**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADAM STEELE, BRITTANY MONTROIS, and a Class of More than 700,000 Similarly Situated Individuals and Businesses,<br><br>    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Civil Action No.: 1:14-cv-01523-RCL |
| Wallace G. Dickson, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | Civil Action No.: 1:14-cv-02221-RCL |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs Adam Steele and Brittany Montrois ("Plaintiffs") filed a Consent Motion for Extension of Time to respond to the Motion for Order Consolidating Related Cases and Appointment of Hausfeld LLP and Boies, Schiller & Flexner LLP as Interim Co-Lead Counsel for the Proposed Class, filed in the above-captioned, related case. *See* ECF No. 7, *Dickson v. United States*, No. 1:14-cv-02221-TSC (D.D.C). Upon consideration of Plaintiffs' Consent Motion for Extension of Time to respond to the motion in *Dickson*, it is hereby:

**ORDERED** that Plaintiffs' Consent Motion for Extension of Time be **GRANTED**; and

it is further

**ORDERED** that Plaintiffs have up to and including February 5, 2015, to file a response to the motion filed by the plaintiff in *Dickson* and to file their own motion for appointment as interim class counsel.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Royce C. Lamberth
Senior United States District Judge