UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADAM STEELE and,<br>BRITTANY MONTROIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 14-1523 |
| WALLACE G. DICKSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 14-2221 |

## ORDER

Before the Court are the *Dickson* plaintiff's motion [*Dickson* ECF No. 7] for consolidation of related actions and appointment of Hausfeld LLP and Boies, Schiller & Flexner LLP as interim co-lead counsel for the proposed class; the *Steele* plaintiffs' motion [*Steele* ECF No. 28] for consolidation of related actions and appointment of Motley Rice LLC as interim class counsel; the *Dickson* plaintiff's reply [*Dickson* ECF No. 17]; the *Steele* plaintiffs' reply [*Steele* ECF No. 32]; the *Dickson* plaintiff's notice [*Dickson* ECF No. 24] of supplemental authority in support of its motion; and the *Steele* plaintiffs' response [*Dickson* ECF No. 25] to the notice of supplemental authority.

Also before the Court are the *Steele* plaintiffs' prior motion [*Steele* ECF No. 7] for an order appointing Mr. Buckley and Mr. Bassin as interim class counsel and their motion [*Steele* ECF No. 19] for a scheduling order.

Upon consideration of these submissions, the applicable laws, and the record in this case, and for the reasons set forth in the accompanying Memorandum Opinion, the plaintiffs' motions [*Steele* ECF No. 28, *Dickson* ECF No. 7] to consolidate the above-captioned cases are hereby GRANTED. The cases are consolidated into one case, *Steele v. District of Columbia*, No. 14-1523, for all purposes. The District Court Clerk is directed to enter this Order in each of the above-captioned cases and then to CLOSE the remaining case, *Dickson v. District of Columbia*, No. 14-2221.

Plaintiff Dickson's motion [*Dickson* ECF No. 7] to appoint Hausfeld LLP and Boies, Schiller & Flexner LLP as Interim Co-Lead Counsel is DENIED. Plaintiffs Steele and Montrois's motion [*Steele* ECF No. 28] to appoint Motley Rice LLC as interim class counsel is GRANTED, and Motley Rice LLC is hereby appointed as Interim Class Counsel for any and all classes in the above-captioned actions.

Motley Rice, LLP will be responsible for the overall conduct of the litigation and shall be responsible for the following:

    a. Supervising all pretrial, trial, and post-trial proceedings;

    b. Signing any pleadings, motions, briefs, discovery requests, or objections and responses, and any subpoenas or notices;

    c. Determining and presenting the position of the plaintiff class as to all matters that arise during pretrial, trial, and post-trial proceedings through motions, briefs, oral argument, or in any other manner as may be appropriate;

d. Designating attorneys for appearances at court conferences;

e. Implementing procedures to ensure deadlines are met and unnecessary expenditures of time and funds are avoided;

f. Organizing meetings of counsel where appropriate;

g. Delegating tasks and otherwise coordinating the work activities of all plaintiffs' counsel, and performing any other such duties Interim Lead Counsel deems appropriate or as the Court may order.

Because Mr. Bassin has withdrawn from the case and in light of this Order, the *Steele* plaintiffs' motion [*Steele* ECF No. 7] for an order appointing Mr. Buckley and Mr. Bassin as interim class counsel is hereby DENIED as moot.

The *Steele* plaintiffs' motion [*Steele* ECF No. 19] for a scheduling order is also DENIED in light of this consolidation. Furthermore, the Court does not agree that bifurcation would expedite these proceedings.

In light of this determination, in accordance with Local Rule 16.3, the parties shall meet and confer within fifteen (15) days of this date; and within fourteen (14) days thereafter, the parties shall jointly submit (1) a written report outlining the discovery plan; and (2) a proposed scheduling order.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on June 30, 2015.