IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM STEELE, et al., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-1523 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States of America, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and permanent injunction entered in this action on July 10, 2017 (Docket No. 82) and the opinion and order granting summary judgment in favor of plaintiffs entered in this action on June 1, 2017 (Docket Nos. 78, 79).

Dated: September 6, 2017        Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General,
Tax Division

*/s/ Christopher J. Williamson*
CHRISTOPHER J. WILLIAMSON
VASSILIKI E. ECONOMIDES
JOSEPH E. HUNSADER
United States Department of Justice
Trial Attorneys, Tax Division
Ben Franklin Station, Post Office Box 227
Washington, D.C. 20044
Tel/Fax: (202) 307-2250/(202) 514-6866
christopher.j.williamson@usdoj.gov

OF COUNSEL

CHANNING D. PHILLIPS
United States Attorney

1

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing NOTICE OF APPEAL was filed with the Court's ECF system on September 6, 2017, which system serves electronically all filed documents on the same day of filing to all counsel of record including upon:

Allen Buckley
The Law Office of Allen Buckley LLC
2802 Paces Ferry Road
Suite 100-C
Atlanta, GA 30339

William H. Narwold
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Deepak Gupta
Jonathan E. Taylor
Peter Conti-Brown
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009

Christopher S. Rizek
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

                                               */s/ Christopher J. Williamson*
                                               CHRISTOPHER J. WILLIAMSON
                                               Trial Attorney