# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 17-5204**  **September Term, 2018**

**1:14-cv-01523-RCL**

**Filed On: March 8, 2019** [1776688]

Brittany Montrois, Class of More Than 700,000 Similarly Situated Individuals and Businesses, et al.,

    Appellees

v.

United States of America,

    Appellant

## M A N D A T E

In accordance with the judgment of March 1, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk

Link to the judgment filed March 1, 2019