# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 17-5204**                          **September Term, 2018**

FILED ON: MARCH 1, 2019

BRITTANY MONTROIS, CLASS OF MORE THAN 700,000 SIMILARLY SITUATED INDIVIDUALS AND
BUSINESSES, ET AL.,

APPELLEES

v.

UNITED STATES OF AMERICA,

APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:14-cv-01523)

———

Before: GARLAND, *Chief Judge*, and SRINIVASAN and MILLETT, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District
Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this
cause is hereby vacated and the case is remanded for further proceedings, in accordance with the
opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Ken Meadows
Deputy Clerk

Date: March 1, 2019

Opinion for the court filed by Circuit Judge Srinivasan.