IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | Case No. 14-cv-01523-RCL |

**[PROPOSED] ORDER**

AND NOW, after consideration of the Joint Motion for Entry of the Scheduling Order, it is hereby:

ORDERED that the United States will produce the remaining RPO employee declarations no later than May 28, 2021.

ORDERED that all document production by parties, except for discrete follow-up, will be completed by May 28, 2021.

ORDERED that production of all non-party documents currently under review by the United States will be completed by May 28, 2021.

ORDERED that fact discovery will be completed by December 31, 2021.

ORDERED that all privilege logs will be produced by the earlier of (1) two weeks after the completion of the document production to which the log pertains, or (2) December 31, 2021.

1

ORDERED that the parties will submit a proposed schedule for the balance of the case, including expert reports, summary judgment motions, and trial by January 7, 2022.

IT IS SO ORDERED.

Date: _____       _____
                                  The Honorable Royce C. Lamberth
                                  Senior United States District Judge