# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM STEELE,<br>BRITTANY MONTROIS, and<br>JOSEPH HENCHMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)<br>)   Case No. 1:14-cv-1523-RSL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' ANSWERS TO
PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, the United States hereby responds to the Plaintiffs' Third Set of Requests for Admission (*i.e.*, Nos. 29–39) as follows:

1.  The United States objects to the extent that any of the "Definitions," "Instructions," or requests for admission exceed the scope of proper discovery and the obligations of the United States to respond under the Federal Rules of Civil Procedure.

2.  The United States objects to the definition of "You" and "Your" and "Defendant" as referring to the entire federal government and "all other persons acting . . . on your behalf" as overbroad and unduly burdensome. The United States construes these terms as referring to the Department of Treasury including the Internal Revenue Service.

## REQUESTS FOR ADMISSION

**Request for Admission No. 29:** During the Relevant Time Period, the IRS never charged a fee for a person or entity to obtain a CAF.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits.

**Request for Admission No. 30:** During the Relevant Time Period, the IRS never charged a fee for a person or entity to obtain an EIN.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits.

**Request for Admission No. 31:** During the Relevant Time Period, the IRS never charged a fee for a person or entity to obtain an ATIN.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits.

**Request for Admission No. 32:** During the Relevant Time Period, the IRS never charged a fee for a person or entity to obtain an ITIN.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits.

**Request for Admission No. 33:** During the Relevant Time Period, the IRS never charged a fee for a person or entity to obtain an IP PIN.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits.

**Request for Admission No. 34:** During the Relevant Time Period, the IRS never charged a fee for a person or entity to obtain an EFIN.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits.

**Request for Admission No. 35:** During the Relevant Time Period, the IRS did not require renewal of CAFs.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits that renewal is not required. However, a new number will be issued if the individual has a different address. *See* Internal Revenue Manual 21.3.7 for more information on the process of issuing a new CAF.

**Request for Admission No. 36:** During the Relevant Time Period, the IRS did not require renewal of EINs.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits. However, taxpayers must obtain a new EIN any time a taxpayer's business structure changes. For example, if the taxpayer is a sole proprietor and it decides to go into business with someone else, the sole proprietorship has become a partnership, and a new EIN is required. Similarly, if it decides to incorporate the partnership or sole proprietorship, it needs to obtain a new EIN. *See* Publication 1635, Employer Identification Number (Rev. 2-2014).

**Request for Admission No. 37:** During the Relevant Time Period, the IRS did not require renewal of ATINs.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits. However, ATINs are deactivated after the IRS is notified that the adopting parents obtained an SSN for the child or automatically after two years. The IRS can approve an ATIN extension when the applicant meets "reasonable cause". Receipt of an extension request after ATIN has expired requires the taxpayer to reapply for a new ATIN. *See* https://www.irs.gov/individuals/adoption-taxpayer-identification-number.

**Request for Admission No. 38:** During the Relevant Time Period, the IRS did not require renewal of IP PINs.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits. An IP PIN is valid for one calendar year. A new IP PIN is generated each year for a taxpayer's account. *See* https://www.irs.gov/identity-theft-fraud-scams/get-an-identity-protection-pin.

**Request for Admission No. 39:** During the Relevant Time Period, the IRS did not require renewal of EFINs.

**Answer:**

The United States objects to this request for admission because it is not related to the claims or defenses of the parties.

Without waving the foregoing objections, the United States admits. Generally, EFINs do not expire. However, if an EFIN is compromised, the IRS will attempt to contact the firm, inactivate the EFIN, issue a new EFIN and notify the firm in writing. *See* https://www.irs.gov/e-file-providers/faqs-about-electronic-filing-identification-numbers-efin.

Dated:  December 29, 2021            DAVID A. HUBBERT
                                     Deputy Assistant Attorney General


                                     */s/Joseph A. Sergi*
                                     JOSEPH A. SERGI
                                     STEPHANIE A. SASARAK
                                     EMILY K. MILLER
                                     BENTON T. MORTON
                                     JOSEPH E. HUNSADER
                                     Trial Attorneys
                                     U.S. Department of Justice
                                     Tax Division
                                     Post Office Box 227
                                     Ben Franklin Station
                                     Washington, D.C.  20044
                                     Tel:  (202) 514-0472
                                     Facsimile:  (202) 514-6866

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing UNITED STATES' ANSWERS TO PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION was served on December 29, 2021 by email to the following:

William H. Narwold
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Meghan Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

/s/ Joseph E. Hunsader
Joseph E. Hunsader
Trial Attorney U.S. Dept. of Justice