# EXHIBIT D

# MANUAL TRANSMITTAL

| | | |
|---|---|---|
| Department of the Treasury | **Internal Revenue Service** | **3.21.259** |
| | | **JANUARY 1, 2003** |

NOTE: DO NOTE REMOVE AND INSERT PAGES OR DISPOSE OF OBSOLETE TRANSMITTALS PRIOR TO 01/01/2003.

## PURPOSE

This transmits a complete revision to Section 3.21.259, Applications for IRS Tax Identification Number, in IRM 3.21, International Returns and Documents Analysis.

## NATURE OF CHANGES

1. Removed all references to ITIN processing and incorporated in new IRM 3.21.260.
2. Added instructions to ATINQ to research using assigned ATIN.
3. Made editorial changes throughout.
4. Revised and updated figures and exhibits throughout the IRM.
5. Reformatted Text throughout this IRM.
6. Text renumbered throughout.
7. Updated tridoc and IRM references throughout.

## INTENDED AUDIENCE

Wage & Investment — Philadlephia Submissions Processing Center (PSPC)
Wage & Investment — Accounts Management Personnel — Telephone Assistors
Wage & Investment — Taxpayer Assistance Center (TAC) Personnel

## EFFECT ON OTHER DOCUMENTS

Manual Transmittal 3.21.259, dated January 1, 2002, is obsolete.

## EFFECTIVE DATE

These instructions are effective January 1, 2003.

/s/ John Crawford
Director, Customer Account Services
S:CAS

---

**3.21.259** (01-01-2003)          IR Manual          Cat. No. 34024M

**Distribution: IRM 3.21.259**

**Exhibit PI 245**
12/16/2021

## Applications for IRS Tax Identification Number   3.21.259   page 29

*Note:* If a better address is found, then remove undeliverable indicator after updating address field, **See Section 259.4.9.3.**

(3)   If you cannot find a more recent address, notate in the remarks field.

(4)   Maintain a file by postmark date for one year. After one year, destroy.

**3.21.259.5  (01-01-2003)**
**Preparer Tax Identification Number (PTIN)-Overview**

(1)   This section of the Internal Revenue Manual (IRM) provides procedures for reviewing and processing Form W-7P, *Application for Preparer Tax Identification Number,* **See Exhibit 3.21.259 - 13.**

(2)   Section 3710 of the IRS Restructuring and Reform Act of 1998 (RRA) mandated that the Service develop a new identifying number for Tax Preparers to use on tax returns they prepare for compensation. This number is used in lieu of their individual Social Security Number (SSN).

(3)   Tax Preparers will have the option of using either their SSN or PTIN on tax returns they prepare beginning January 1, 2000.

(4)   The Form W-7P constitutes confidential taxpayer information.

(5)   The PTIN will consist of one alpha letter followed immediately by 8 numerics and will appear in the following format "PNNNNNNNN". No dashes will separate the alpha or numerics.

(6)   The form W-7P is processed under:

- Program Code: 33070
- Tax Class: 6
- Doc Code: 91
- DLN file Location Code: 28

(7)   The PTIN is intended for tax purposes **ONLY** and are intended to be used in the Preparers TIN area **only**.

(8)   Form W-7P will be **processed only** at the Philadelphia Submissions Processing Center PTIN Unit.

**3.21.259.5.1  (01-01-2003)**
**Who May Apply**

(1)   Any Tax Preparer, who prepares tax returns for compensation, and does not choose to use their individual SSN on the returns they prepare.

**3.21.259.5.2  (01-01-2003)**
**How and Where to Apply**

(1)   Obtain form W-7P via:

- IRS Offices Worldwide
- 1–800–TAX-FORM (1–800–829–3676)
- World Wide Web-http://http://www.irs.gov
- Tax Fax Service 1–703–368–9694

(2)   Submit Forms W-7P to:

- IRS Taxpayer Assistance Centers (TACS) ;

USA-0002754

## Applications for IRS Tax Identification Number   3.21.259   <span>page 75</span>

**Exhibit   3.21.259-13   (01-01-2003)**
**Form W-7P, Application for Preparer Tax Identification Number (PTIN)**

---

**Form W-7P**
(August 1999)
Department of the Treasury
Internal Revenue Service

### Application for Preparer Tax Identification Number

**1  Name**
(Type or print)

| Last name | First name | Middle name/initial |
|---|---|---|
| | | |

**2  Address**
**(residence)**

Street address. Use a P.O. box number only if the post office does not deliver mail to your street address.

City or town, state/province, and, if outside the U.S., country. Include ZIP or postal code where appropriate. Do not abbreviate name of country.

**3  SSN and**
**Date of Birth**

SSN ☐☐☐ - ☐☐ - ☐☐☐☐

Date of birth (month, day, year)
/     /

**Sign Here**

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete. Further, I certify that I will use my preparer tax identification number only to identify myself on returns or claims for refund that I prepare for compensation.

Your signature

Date (month, day, year)
/     /

Phone number
(     )

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of Form.** Use this form to apply for a preparer tax identification number (PTIN) **only** if you are a paid tax return preparer and you do not want to disclose your social security number (SSN) on returns you prepare. If you use a PTIN, you will meet the requirement under section 6109(a)(4) of furnishing your identifying number on returns you prepare. The PTIN cannot be used in place of the employer identification number (EIN) of the tax preparation firm.

**Note:** *You are not required to get a PTIN. If you prefer, you may continue to use your SSN on tax returns you prepare.* **However,** *you must use either an SSN or PTIN on returns you are paid to prepare. Do not write "PTIN applied for" in the Paid Preparer's Use Only section of the return. Certain states and localities may not accept the PTIN as satisfying a requirement for a preparer identification number on their tax returns.*

**How To Apply**

- **By mail:** Complete Form W-7P and send it to:

  Internal Revenue Service
  Philadelphia Service Center
  PTIN Unit
  P.O. Box 447
  Bensalem, PA 19020

- **By fax:** Complete Form W-7P and fax it to **1-215-516-1127.**

  You will receive your PTIN by **mail only.** If you have not heard from the IRS within 6 weeks after applying for your number, you may call 1-800-829-1040 (or 1-215-516-4846 outside the United States) to check on the status of your application.

**Privacy Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Section 3710 of the Internal Revenue Service Restructuring and Reform Act of 1998 allows the use of a PTIN. If you request a PTIN, you must give us the information requested on this form; we need it to properly respond to your request. Under section 6109, you must provide your social security number on Form W-7P. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and to cities, states and the District of Columbia for use in administering their tax laws. If you do not provide all of the requested information, we may be unable to process your request.

Cat. No. 26781M          Form **W-7P** (8-99)

---

34024210

USA-0002800