# EXHIBIT E

| MANUAL TRANSMITTAL | Department of the Treasury | **Internal Revenue Service** | **3.21.262** **OCTOBER 1, 2008** |
|---|---|---|---|

**PURPOSE**

(1)   This transmits a complete revision to the Table of Contents and the text for Section 262, Preparer Tax Identification Number (PTIN), in IRM 3.21.262. This revision contains editorial changes throughout the IRM.

**NATURE OF CHANGES**

(1)   Editorial Changes made throughout this IRM.

(2)   3.21.262.3 Corrected PTIN Function address

(3)   3.21.262.5.2 Added telephone number to requirement

(4)   3.21.262.5.2(6)(c) Change to minimum or maximum age language.

**EFFECT ON OTHER DOCUMENTS**

MT, dated October 1, 2007, is obsolete.

**AUDIENCE**

All employees in the Brookhaven Campus performing PTIN functions.

**EFFECTIVE DATE**

These procedures are effective October 1, 2008.

Jane E. Looney
Director, Accounts Management
Wage and Investment Division

USA-0003679

USA-0003680

3.21.262
Preparer Tax Identification Number (PTIN)

## Table of Contents

3.21.262.1    Overview

3.21.262.2    Definition

3.21.262.3    Applications

3.21.262.4    PTIN On-line Applications

3.21.262.5    PTIN Paper Applications

   3.21.262.5.1    Systems

   3.21.262.5.2    Processing

   3.21.262.5.3    Research

   3.21.262.5.4    Incomplete/Invalid Form W-7P

   3.21.262.5.5    Editing PTIN Applications

   3.21.262.5.6    Preparer Inquiries

3.21.262.6    Foreign Paid Tax Return Preparers PTIN

3.21.262.7    Undeliverable Mail

3.21.262.8    Reporting Time

USA-0003681

USA-0003682

# Preparer Tax Identification Number (PTIN)   3.21.262                     page 1

**3.21.262.1**
(10-01-2008)
**Overview**

(1) Section 6109(a)(4) of the Internal Revenue Code requires any person who prepares a tax return or a claim for refund for compensation to include an identifying number on the prepared form.

(2) An identifying number of an individual paid tax return preparer is his or her Social Security Number (SSN) or a Preparer Tax Identification Number (PTIN). An identifying number of a person (whether an individual, corporation, or partnership) who employs (or engages) one or more persons to prepare the return or claim for refund (other than for the person) is that person's Employer Identification Number (EIN).

(3) A paid preparer has the option of submitting a PTIN application (Form W-7P Application for Preparer Tax Identification Number) on-line, fax or by mail. Applying for a PTIN over the Internet reduces processing time and chances for errors associated with paper applications. The paid preparer is given a PTIN Card which results in the generation of Notice CP 571IRS Preparer Tax Identification Number (PTIN) Assignment Notice sent viamail.

(4) When a paid tax return preparer chooses to submit paper Forms W-7P a Customer Service Representative (CSR) inputs the request.

(5) E-Services -

- External Registration User Portal - allows a paid tax return preparer to apply on-line for a PTIN.
- Internal Employee User Portal (EUP) - allows an IRS employee to process a paper Form W-7P.

(6) Regardless of how an application is submitted, the PTIN is sent by mail only.

(7) IRS has the use of the information provided on the Form W-7P. This includes giving it to the Department of Justice for civil and criminal litigation and to cities, states and the District of Columbia for use in administering their tax laws. IRS can also disclose this information to federal and state agencies to enforce federal non-tax criminal laws and to combat terrorism.

(8) If the preparer does not provide all of the requested information, IRS may be unable to process his/her request for a PTIN.

(9) The procedures within this sub-section are used by IRS CSRs for inputting the paper-based application and for related processes. See IRM 21.1.3.3 for PTIN research guidelines.

**3.21.262.2**
(10-01-2005)
**Definition**

(1) A PTIN is an identifying number of an individual paid tax return preparer who does not want to disclose his or her SSN on the returns he or she prepares.

**3.21.262.3**
(10-01-2008)
**Applications**

(1) Promote the use of the PTIN on-line when inquiries are received.

(2) Inform preparers that a Form W-7P may be obtained on-line by:
Go to www.irs.gov
Select **Tax Professionals**
Select **e-file**
select **e-Services** (under Tax Professionals) for Online Tools for Tax Professionals
If already registered then select **Login** or if not already registered then select

**Registration Services** and follow on-line instructions.

(3) If the preparer chooses to file a paper Form W-7P instead of requesting the PTIN on-line, the form must be faxed to 1-631-687-3850 or mailed to:

Internal Revenue Service

1040 Waverly Avenue, Stop 310

PTIN Function

Holtsville, NY 11742

(4) Regardless of how a paid tax return preparer applies, the PTIN is sent by mail only.

(5) Access the EUP to verify, review, and research the PTIN.

(6) Refer to the latest revision of Form W-7P for form/application instructions.

**3.21.262.4**
**(10-01-2008)**
**PTIN On-line**
**Applications**

(1) The PTIN Program provides an on-line application for the preparer.

(2) Instructions for applying for the PTIN on-line are located on the Form W-7P. Please refer to IRM 3.21.262.3(2).

(3) A PTIN applicant will receive the PTIN by mail only unless it is done through e-Services where the PTIN is issued instantly.

**3.21.262.5**
**(10-01-2005)**
**PTIN Paper Applications**

(1) The IRS continues to accept paper Forms W-7P at Brookhaven only. If a paper Form W-7P is received at another IRS location, fax it to the Brookhaven PTIN Unit @ 1-631-687-3850 or mail if the address is shown in IRM 3.21.262.3(3).

**3.21.262.5.1**
**(10-01-2005)**
**Systems**

(1) To process a paper request for a PTIN, the Customer Service Representative (CSR) must first complete Form 5081, Information Systems User Registration and Change Request Form and obtain the manager's approval of the form. Do not attempt to access the Employee User Portal (EUP) or issue PTINs until your manager provides approval of the Form 5081 request.

(2) To complete a Form 5081, go directly to: *https://ol5081.enterprise.irs.gov:8443/* and follow the instructions.

(3) Enter your Standard Employee Identifier (SEID) for your user name and the password you were provided.

*Note:* If you do not know your SEID, research your own name on the Discovery Directory.

(4) If you have never used the directory, select IRS Directories at the top of the IRWeb Home page. The link to the Discovery Directory is under "Find an Employee". Enter your last and first names in the appropriate boxes and click on Search. Open your record and your SEID is directly under your name.

# Preparer Tax Identification Number (PTIN)  3.21.262

3.21.262.5.2
(10-01-2008)
**Processing**

(1) To access the Employee User Portal ( EUP), select the appropriate link on the IRWeb page, under Employee Tools/Services:

1. Select Technology
2. Select Employee User Portal (EUP)
3. Select Link to Tax Administration's EUP info page
4. Select Section III

(2) For help screens, reference and instructional material, select Register and Use the Employee User Portal and Online Form 5081.

(3) Use the EUP Home Page to access and research PTIN applications. See IRM 3.21.262.5.6 for IDRS research information.

a. Any applications you are authorized to access are shown in the upper left portion of the screen.
b. The lower left side contains navigational links to return home, change passwords or logout.
c. Select the link for the application you wish to access in the upper left area.
d. Enter user name and password, if required by that specific application.
e. If applicable, read the warning disclaimer, and select I Accept or I Do Not Accept.
f. If you accept, you are directed to the application you selected. If you choose not to accept, you are redirected to the IRS Home Page.

(4) All fields found on the Form W-7P correspond to the fields on the PTIN Application page. An SSN, name, telephone number and DOB must be present in order to process the application. If one of the required fields is missing, see IRM 3.21.262.5.4 below.

(5) To process the application, enter the:

• Name
• Social Security Number (SSN)
• Date of Birth (DOB)
• Telephone Number

(6) Select the validate button. The validate button sends the inquiry to verify this information against the National Account Profile (NAP). Results are displayed as follows:

a. SSN Valid and DOB Fields - indicates a Y, for Yes, if the identifying information is valid. An N, in either field means the information provided does not agree with our records. You must verify the input of the SSN, Name, and DOB when this occurs. Correct any errors found and re-validate. If the SSN and DOB fields still register an N, the request for a PTIN is suspended and a reason code is displayed. See IRM 3.21.262.5.4.
b. If the information provided does not match the IRS data base, it will not validate. A CP 572A generates, outlining the reason code(s) and is sent to the paid preparer. A second notice, CP 572B is sent if the invalid data is unchanged and 45 days have passed since the application was first submitted.
c. Minimum or Maximum Age - PTINs are alternative TINs for paid individual return preparers (before Tax Year 2000, return preparers had to list their SSNs on returns). There is no minimum or maximum age for a return preparer to requesting a PTIN

USA-0003685

d. Comments- A history of notices issued and prior contacts with the paid preparer is found on the Comments Box at the bottom of the PTIN application page.

e. Paid Preparer Field- updates to Y upon assignment of a PTIN.

*Note:* Do not try to input to this field. It systemically updates upon processing a new or corrected PTIN application.

f. Home Address Section- is a read-only area with information from the master file. Compare home address information on the Form W-7P with the master file address. If the address is different, enter the complete home address in the Alternate Address section.

*Note:* This does not update the preparer'sHome address on the master file. This field permits the preparer to use a business address or other alternative address instead of a home address.

g. Application Signed/Not Signed- This field automatically defaults to Y for Yes. Enter the date the application was received in the Application Received Data Field. If the application is not signed, you need to manually change this field to N for No.

h. Application Received Date- Enter the IRS received date and verify that the Form W-7P is signed. Refer to IRM 3.21.262.5.3 below.

i. Application Status Field remains blank until the new application is saved and submitted.

j. When you complete the screen, select Save & Submit.

k. A CP 571 containing a PTIN card is generated and sent to the home address or alternate address (if one was entered). The application updates to suspended when certain data is invalid or the Application Signed/Not Signed field is changed to N.

3.21.262.5.3
(10-01-2008)
**Research**

(1) To open the Search PTIN Application page through the EUP, select the following links in the order given:

- Application
- PTIN Application
- Search
- Search PTIN Applicants

(2) Enter the individual's SSN and select the Search button. If the SSN search does not find an existing PTIN, process a new PTIN Application.

(3) To initiate research, input information into the SSN, PTIN number (if available), Last Name, First Name, Date of Birth (DOB), or DLN (if known) fields.

(4) If your search is successful, the PTIN record will appear.

(5) The search results contains two tabs:

- Personal Information Tab contains the individual's SSN and other entity information.
- PTIN Status Tab displays the PTIN of the individual ( if one was assigned) and other related PTIN information.

USA-0003686

## Preparer Tax Identification Number (PTIN)   3.21.262

**3.21.262.5.4**
**(10-01-2008)**
**Incomplete/Invalid Form**
**W-7P**

(1) Incomplete - An application that is missing the SSN, Name, DOB and Telephone Number must be perfected through contact with the paid tax return preparer before it can be re-input. Return the Form W-7P (if appropriate) using the appropriate C letter after researching using Command Code INOLET. See procedures below.

(2) Invalid Response to CP 572A and 572B- If the paid tax return preparer response to CP 572A and CP 572B differs from the previous application, update the appropriate fields with the missing/corrected information. Select the Validate button to check the data against the IRS records. If you update the SSN, Name, or DOB and it is still invalid, review your input and make corrections, as needed. Research using CC INOLET.

(3) If the paid tax return preparer explains that the information on the original application is correct, confirm the fields with the data on the application research INOLET and validate. If the information is still invalid, inform the paid tax return preparer via telephone that the information does not match our information and that the application can't be processed until the information matches.

(4) Once all changes have been made and the information matches the Master File, Save & Submit.

**3.21.262.5.5**
**(10-01-2005)**
**Editing PTIN**
**Applications**

(1) Access applications to modify information, re-issue a PTIN card or complete a suspended application.

 a. To access a PTIN record, use the Search functionality which contains a list of PTIN records that match the search criteria.
 b. Select the underlined link on the Search Results page to view the PTIN record you must edit.
 c. The PTIN Status Tab contains the Application Status of the application, as well as links to Re-Issue PTIN or Create PTIN.

(2) Use PTIN Status to create a PTIN or re-issue a PTIN (contains the status of an application).

(3) Use Re-issue PTIN to re-issue a PTIN. This is only used if a PTIN has been previously assigned. This function mails a new PTIN Card to the address of record.

(4) Use Create PTIN - to modify a suspended PTIN Application.

(5) Modifying a PTIN - is very similar to creating a new application. However, all previous valid information about the applicant is pre-filled on the screen fields.

**3.21.262.5.6**
**(10-01-2008)**
**Preparer Inquiries**

(1) To research a PTIN, you <u>must</u> use the EUP. See IRM 3.21.262.5.3.

(2) To discuss issues after a return is filed, Oral Disclosure Consent procedures must be followed. See IRM 21.1.3.2.2.

(3) If a paid tax return preparer calls and requests research on a PTIN, use the EUP and the following guidelines:

 • PTIN Number was assigned, provide the number to the preparer (if requested).
 • PTIN is not located, advise the caller/preparer to re-submit request for another PTIN via Internet (on-line), FAX or mail. See IRM 3.21.262.4..

USA-0003687

# 3.21 International Returns and Documents Analysis

(4) Do not transfer or refer preparer, taxpayers, third parties to Ptin telephone numbers when they request a PTIN. Neither the PTIN staff, nor other CSRs orally issue PTIN numbers to taxpayers, third parties, or practitioners. To request a PTIN, advise preparer to:

- use the Internet *www.irs.gov* for on-line request or,
- FAX (or mail) Form W-7P to Brookhaven PTIN Unit.

(5) Do not forward calls to the Partnership, Trust and International (PTI) Section in reference to the PTIN Program.

(6) Do Not Direct any telephone calls related to PTIN to Brookhaven. You must prepare Form 4442/e-4442 and FAX or mail to Brookhaven, PTIN Unit.

3.21.262.6
(10-01-2008)
**Foreign Paid Tax Return**
**Preparers PTIN**

(1) Until further guidance is issued, suspend any request/application for a PTIN if the applicant does not provide an SSN along with a name and DOB.

(2) Notify the requester that IRS does not have a mechanism for foreign paid tax return preparers to secure a PTIN without an SSN.

3.21.262.7
(10-01-2005)
**Undeliverable Mail**

(1) Use CC INOLET to research any undeliverable Ptin correspondence . If another address is found, resend the correspondence. If no new address is found, dispose via Classified Waste.

3.21.262.8
(10-01-2007)
**Reporting Time**

(1) All time spent on the **PTIN Program is charged to OFP 710-33070. Use OFP 710–33071 for PTIN Correspondence.**

USA-0003688

USA-0003689

USA-0003690