# EXHIBIT G

Message

| | |
|---|---|
| **From:** | Ruf Leann [/O=INTERNAL REVENUE SERVICE/OU=MEMPHIS/CN=RECIPIENTS/CN=USER MAILBOXES/CN=KLRUFX62] |
| **Sent:** | 8/30/2010 5:47:55 PM |
| **To:** | Moses James D [james.d.moses@irs.gov] |
| **Subject:** | Letters to tax return preparers |

==Jim, per the latest info from MITS, there are over 1.02 million people with Preparer Tax Identification Numbers.== So, please up the estimate we discussed earlier and plan to print 1.1 million brochures. Also, you can see below the process they are discussing for printing, etc.

SSN/USA address 1,023,266 records

SSN/FOREIGN address 625 records

ITIN/USA address 2,674 records

ITIN/FOREIGN address 56 records

No address 26 records

---

**From:** Raymond Michael L
**Sent:** Monday, August 30, 2010 1:21 PM
**To:** Reed Karl; McArthur Michael L
**Cc:** Liggins Vera L; Cohen Seth D; McAdams Mike P
**Subject:** RPRS-IVS PTIN Mailing Data Extract

Karl & Michael,

Background:

In order to notify current Return Preparers with PTIN's the RPI PO is planning to mail out a notice/letter to all PTIN holders on the new registration process and system. One of the underling purposes is to stagger the registrations by mailing out the notices by State/ZIPcode. RPI PO is looking to send the PTIN RPRS Notices out by mid September, 2010.
As the legacy PTIN data base address cannot be validated as being the most current or accurate; the RPI PO has requested for the SSN's latest mailing information from the latest return (ie 2009). In order to deliver this information a one-time application is to be developed.
A part of this request, we will be utilizing the RPRS-IVS Service logic to validate the legacy PTIN Data Extract information against the latest tax year as a metric.

Scope of work:

Develop a one-time application to be executed on the production BWAS server to obtain PTIN RP Address Information under the RPRS UWR ETA10124OTH Authentication. PTIN Mailing Data Extract has been requested by the RPI PO to be used to mail out a notice to all RP notifying them of the new RPR requirements and RPRS system. This is to be tested in AQT.

Using a provided input file with SSN, LastName, FirstName, Address1, Address2, City, State, Postal Code, Tax Year Lookup and pass it through the IVS screening for pass/fail, and provide the latest Tax Return address information for that SSN.
***Please note that there will be no DOB or Filing Status provided as part of the input file.

Format: Delimiter '|' as some address fields will contain a comma.
Like to have trimmed fields..not fixed length... spaces are to be deleted back to the first good character.

Output Record Layout:
SSN, Pass/Fail, Latest Tax Year Found, Last Name, FirstName, FirstName + LastName, Address1, Address2, City, State (Abbr), Postal Code

```
SSN –                   9 char unformatted
IVS Pass/Fail -         Passed = 1  Failed=0
Fail State              1 = No SSN Found
                        2 = No Tax Year Found    meaning SSN has NO Tax Returns on record
                        3 = First Name mismatch
                        4 = Last Name mismatch
                        5 = Address1 mismatch
                        6 = Address 2 mismatch
                        7 = City mismatch
                        8 = State mismatch
                        9 = Postal Code mismatch
                Or if easier just use the MIS CFP that caused the first failure to match…
Last Tax Year Found  -  4 char.  Start all searches with TY 2009 and if not found find the next prior tax year and provide that year.  Go back no
                        further that 2007
LastName                Last Name from the return
FirstName               First Name from the return
FirstName + LastName  I would like to have the First and Last name concatenated together with a space between.
Address1                First Address line from the return
Address2                Second Address line from the return
City                    City from the return
State                   Abbrev State from the return
Postal Code             Zip Code from the return
```

RUNTIME:   As there is approx 1.2 million PTIN SSN records.. requesting that this application only run during after hours with ample delays between requests (500ms) in order not to affect production systems.  Base on my calculations this should take approx. 4.5 – 6 hours to run.

Depending on feedback from Seth and/or Mike McAdams we may wish to split the file into 4 files and run it 4x times over 4 nights…

Or just run it on Saturday Morning..

OPERATIONAL:
Once the RPRS-IVS PTIN Mailing Data Extract has been completed, the output file(s) are to be zipped up and password encrypted.
The files are to be copied to specified location on one of the ICCE systems (i.e. critter cmshare) and an email containing the zip password is to be sent from EOPS to myself, Karl Reed, and Vera Liggins.


Regards,

# Michael Raymond
MITS: OS:CIO:AD:CS:SS
Office: NCFB A8-448 - Tuesday - **202-283-5090**
Remote: Mon, Wed, Thurs, Fri - **703-786-7439 (work cell)**
8:00am-4:30pm EST
(540) 295-8160 (cell)