# EXHIBIT H

# IRS Return Preparer Office



Department of the Treasury
**Internal Revenue Service**

## *Office Operating Model:*
### Strategic Visioning to Operating Model

**Washington, DC**
**May 2011**

*FOR INTERNAL USE ONLY*

**Exhibit
PI 276**
1/7/2022

BAH_0002107.0001

## Table of Contents

▸ Purpose and Background

▸ Phases I and II: Future State and Strategic Visioning

▸ Phase III: Concept of Operations

▸ Phases IV and V: Business Initiatives and Operating Models

▸ Next Steps

2

**Purpose**

▸ Present organizational development of the Return Preparer Office (RPO) from initial strategic visioning through development of the RPO Operating Model

▸ Show how strategic plan elements led to the development of the Concept of Operations (CONOPs) through defining capabilities required to achieve the future state vision

▸ Present how RPO operationalized capabilities through the development of more detailed  processes and business initiatives

▸ Show how and at what points individual process flows for business initiatives link together to form the RPO Operating Model

▸ Illustrate how individual processes within RPO are directly linked back to the Mission and Vision of the organization

3

## A 2009 TIGTA report cited major issues with the Service's ability to understand, regulate and effect compliance amongst paid return preparers

- ▸ A July 2009 TIGTA report found that information on paid preparers is inconsistent and incomplete, making it difficult to determine the population of preparers; the report identified the following:
  - – Inconsistent data standards (e.g., no unique identifying number) to easily match preparer information and the return, due to data housed across multiple databases and systems
  - – Using IRS internal sources (e.g., Centralized Authorization File database), preparers were not easily identified as regulated practitioners per *Form 2848: Power of Attorney and Declaration of Representative*
  - – There are no federal laws or regulations requiring a preparer to be compliant with his or her own tax obligations before preparing tax return for others
  - – Insufficient data management system
  - – Unable to ensure that preparers adhere to professional standards and follow the law
- ▸ In response to the TIGTA findings, the IRS formed a Return Preparer Review Team (RPRT) to develop a set of comprehensive recommendations that focus on how to:
  - – Better leverage the tax return preparer community to increase taxpayer compliance
  - – Ensure uniform and high ethical standards of conduct for tax preparers
- ▸ In January, 2010, the Return Preparer Initiative (RPI) was launched, with the goals of designing and standing up an organization that would address the recommendations of the 2009 Return Preparer Review and that would ultimately be responsible for the overall compliance and monitoring of tax professionals
- ▸ In January, 2010, David Williams was selected to lead RPI, and subsequently stand up the Return Preparer Program

4

BAH_0002107.0004

## The significance of these findings is compounded by the overwhelming percentage of total returns prepared by a paid preparer



Breakdown of Tax Return Preparation*

**Total Persons Preparing Returns**

1.2M Return Preparers

57M Self-Preparers

An estimated 900,000 to 1.2M Return Preparers prepare and file tax returns each year

126M Joint Filers

79M Single Filers

**Total Returns Filed**

87M Returns Prepared by Return Preparers

57M Self-Prepared Returns

Additionally, the 144M filed returns represents approximately 205M individual taxpayers providing an opportunity to reach an even larger number of taxpayers through preparer compliance

Approximately 60 percent of all returns are prepared by Return Preparers

**Key Facts**

Approximately 144M Returns Prepared in TY08

An estimated 87M returns were prepared by Return Preparers

Between 900,000 and 1.2M preparers from various professional backgrounds are responsible 60 percent of tax returns

Compliance and enforcement activities can more efficiently and effectively improve compliance by targeting the relatively small number of Return Preparers responsible for the majority of tax returns

*Source : RPRT Fact Pack

5

BAH_0002107.0005

# The Return Preparer Review suggested several improvements to address the findings around the lack of standard education and inconsistent compliance

### Return Preparer Review Findings & Recommendations

| Findings | Overall Recommendations |
|---|---|
| ▸ A significant number of preparers *failed to provide critical information* including, preparer identification number, EIN and company name, and signature | ▸ The IRS should require *mandatory registration* of all tax return preparers <br> ▸ All registered preparers should be required to *renew their registration annually* |
| ▸ Preparers often gave inaccurate advice that resulted in a *failure to report income* from other sources, *failure to itemize when it was advantageous* to the taxpayer, and *failure to determine eligibility* for EITC | ▸ The IRS should conduct *background investigations* of all return prepares upon registration <br> ▸ Preparers should be made to follow strict *guidelines of ethical standards* <br> ▸ The IRS should establish *competency testing for tax return preparers* who are not attorneys, certified public accountants, or enrolled agents <br> ▸ All registered preparers should be required to complete *continuing professional education* requirements |
| ▸ Returns were prepared with *significant errors* including incorrect tax liability, refund amounts, credits, deductions, and dividends or capital gains | ▸ The IRS should establish a program that *provides a strong enforcement mechanism* to address preparers with persistent compliance issues <br> ▸ Congress should authorize the IRS to *impose a per return penalty* for failure to register, absent reasonable cause |
| ▸ There is *overwhelming public support for increased oversight of return preparers*, particularly for those who are not attorneys, CPAs, or other individuals authorized to practice before the IRS | ▸ The Secretary should be authorized and directed to conduct a *public awareness campaign* to inform the public about the registration requirements and offer guidelines about what taxpayers should look for in choosing a qualified tax return preparer <br> ▸ The IRS should create a *publicly available database with all preparers* who have registered and passed competency requirements |

6

BAH_0002107.0006

**These findings necessitated the stand up of a new office responsible for developing and managing many of the activities required to address the team's recommendations**

- In January 2010, the team received IRS executive approval to begin planning for the official standup of the RPO – the office designated with ensuring all findings were adequately addressed and in many cases that recommendations were implemented
- The team has been working to define:
    - What the strategic goals of the office should be
    - What abilities the office and its workers must be able to deliver to reach those goals
    - How best to design the operations of the office to effectively and efficiently deliver

7

BAH_0002107.0007

## The development of the RPO followed a 5 phase approach designed to directly link strategic visioning with detailed operating design



### RPO Organization Development Framework

| | **1** Future State Visioning | **2** Capabilities Definition | **3** CONOPs Design | **4** Business Initiative Development | **5** Operating Model |
|---|---|---|---|---|---|
| **Key Activities** | ▶ Identify Return Preparer themes that will be necessary to realize the RPI mission<br>▶ Develop Mission and Vision statements<br>▶ Determine strategic goals and supporting objectives | ▶ Brainstorm capabilities that may be necessary to bring RPO to fruition<br>▶ Map capabilities to the Return Preparer phases they fulfill<br>▶ Map capabilities to strategic vision as exemplified through mission, vision, goals, and objectives | ▶ Link capabilities together into an overarching framework that defines the high level future state operations<br>▶ Update the future state vision and strategic goals<br>▶ Develop a list of strategic initiatives | ▶ Design business initiatives/solutions to fulfill capabilities<br>▶ Prioritize business initiatives based on future state visioning | ▶ Sequence and diagram RPO solution set to understand internal and external touch points<br>▶ Develop high level operating model to serve as guide to detailed development<br>▶ Develop timeline to full maturity to inform implementation activities *Current Focus* |
| **Work Products** | ▶ RPO Strategic Plan (3 year) | ▶ Inventory of Potential Capabilities to Realize the RPO Future State | ▶ Return Preparer Lifecycle<br>▶ RPO Concept of Operations | ▶ Inventory of Business Initiatives/Solutions<br>▶ Timeline to Capability Maturity | ▶ Operating Model<br>▶ High Level Business Initiative Process Flows (where appropriate) |

**Progress to Date**

▶ In February of 2011, the RPI team received IRS Commissioner approval to begin the process of standing up the organization responsible for making many of the defined capabilities operational

▶ This document will provide a high level synopsis of the outputs from each phase of the organizational development and is serving as preliminary guide for further detailed process development by each department within the organization

▶ While some components may be "preliminary," it is anticipated that subsequent changes to outputs from phases 1 through 4 will not materially change

8

BAH_0002107.0008

## Table of Contents

▸ Purpose and Background

▸ Phases I and II: Future State and Strategic Visioning

▸ Phase III: Concept of Operations

▸ Phases IV and V: Business Initiatives and Operating Models

▸ Next Steps

9

BAH_0002107.0009

**The first phase of the organizational development began by defining the program's mission, vision and strategic goals through an office strategic plan**



The RPO Visioning and Planning Framework

- Mission & Vision
- Program Goals
- Strategic Plan
- Program Priorities
- Concept of Operations
- Business Initiatives and Solutions
- Operating Model

**Components of Strategic Visioning**

**Mission and Vision:**
*Defines the why RPO exists and where it is going*

**Program Goals:**
*Prioritizes end results of the RPO's actions*

**Objectives:**
*Broadly defines how the RPO will achieve it's goals*

**Supporting Capabilities:**
*Defines what the RPO must be able to do in order to fulfill it's objectives*

**Assumptions**

- The future state Vision was created considering a 3 year timeframe (in accordance with IRS standard) but elements of the future state may be in place prior to 3 years out
- There may be subsequent changes to the future vision as the Return Preparer environment evolves and changes
- The RPO's Program Goals and Objectives link to the IRS enterprise goals and objectives
- Supporting Capabilities identifies the business aptitudes within each lifecycle phase needed to fulfill the future state CONOPs vision

10

BAH_0002107.0010

**The future state is articulated by Mission and Vision statements supported by program goals that define desired outcomes to be achieved by program operations**

*The Return Preparer Office's mission, vision, and strategic goals seek to provide improved regulation and monitoring of the Return Preparer Community*



**RPO Mission**

*To improve taxpayer compliance by providing comprehensive oversight and support of tax professionals*

**RPO Vision**

*A community of professional tax practitioners working with the IRS to improve tax administration.*

**Goal 1**

*Register and promote a qualified tax professional community*

**Goal 2**

*Improve the compliance and accuracy of returns prepared by Tax Professionals*

**Goal 3**

*Foster a stakeholder-centric culture that encourages voluntary compliance and continuous improvement*

11

BAH_0002107.0011

**Each goal is supported by more granular objectives that define outcomes and point to the types of capabilities the program needs to develop to achieve those outcomes**



**Goal 1**

Register and promote a qualified tax professional community

1. New enrollees and renewal applicants are qualified to practice

2. Enrolled preparers maintain professional competency and take steps to improve knowledge areas that may be lacking

3. Newly enrolled return preparers demonstrate a base level of salient knowledge

4. Efficient and effective registration process

5. High applicant and enrollee degree of satisfaction with RPO interactions

**Goal 2**

Improve the compliance and accuracy of returns filed by Return Preparers

1. Improve compliance by associating non-compliant returns with specific preparers in order to monitor, segment, and prescribe treatments

2. Maximize the cost-effectiveness of treatment structure focusing on corrective and preventative actions

3. Return preparer community upholds ethical standards of conduct

**Goal 3**

Foster a stakeholder-centric culture that encourages voluntary compliance and continuous improvement

1. Formalize communication channels with the Tax Professional community to cultivate voluntary compliance and collaboration

2. Build a deeper, data-driven perspective of the tax preparation marketplace to inform program planning, stakeholder communications, and market forecasting

12

BAH_0002107.0012

**The team examined each objective and iteratively developed a master list of RPO capabilities that will guide office stand up and the development of operational activities**

### Supporting Capabilities

- To uniquely identify return preparers, track their behavior, and monitor their qualifications
- To determine the eligibility of return preparers for acceptance and continuation in the program
- To certify a preparer's professional competency based on their area of focus or line of practice
- To update professional competency certification requirements on an as-needed basis
- To systemically identify return preparer programmatic and professional compliance issues in real-time
- To identify unethical preparer behavior using a variety of data sources
- ...sources to better identify ...

- To enable real-time workload prioritization that ensures "next best case" selection, while balancing coverage and resources
- To define, set, and update selection criteria based on analysis, emerging trends, and business priorities
- To enable cross-BOO workload planning and inventory management
- To utilize a hierarchy or suite of treatments to resolve preparer issues in real-time during the filing season
- To expand return preparer treatment options (i.e., new treatment options)
- To collect and store treatment outcome information for future detection, tracking, and reporting
- To collect, store, and ...

- To enable the certification and profession...t of return preparers
- To refine and update content of educational requirement on an as-needed basis
- To develop preventative tools, processes, and delivery methods to increase voluntary preparer compliance
- To proactively prevent unethical behaviors and drive voluntary compliance with ethical standards
- To provide Service-wide and public program stewardship of return preparer requirements
- To provide timely and effective program communications to internal and external stakeholders and oversight bodies
- To develop, capture, and report program performance

### Future State Benefits

- Provides a method for uniquely identifying preparers and tracking their behavior
- Sets a baseline level of professional competency and ethicality for preparers
- Coordinates programmatic, tax code, and ethical non-compliance across BODs
- Centralizes ethical misconduct identification through a unified referral system
- Ensures the "next best case" is selected for treatment and aligned to enforcement activities that will balance coverage, compliance, and resource availability
- Promotes increased preparer compliance through targeted educational information and deterrent activities
- Facilitates iterative improvement of more effective, innovative treatments through research and analysis into both real-time trends and long-term studies

13

**For each objective, the supporting capabilities are mapped to clearly tie what the organization eventually needs to with the strategic goals, mission and vision**



**Goal 1**

Register and promote a qualified tax professional community

**Strategic Objectives**

**1** New enrollees and renewal applicants are qualified to practice

**2** Enrolled preparers maintain professional competency and take steps to improve knowledge areas that may be lacking

**3** Newly enrolled return preparers demonstrate a base level of salient knowledge

**Supporting Capabilities**

- To uniquely identify return preparers, track their behavior, and monitor their qualifications
- To determine the eligibility of return preparers for acceptance and continuation in the program

- To update professional competency certification requirements on an as-needed basis
- To enable the certification and professional development of return preparers

- To certify a preparer's professional competency based on their area of focus or line of practice
- To enable the certification and professional development of return preparers

*NOTE: Objective to capability mapping is not necessarily one to one;  some capabilities can support more than one strategic objective*

14

BAH_0002107.0014

**Some capabilities support more than one strategic objective, indicating that business initiatives developed later can support achievement of multiple strategic outcomes**



**Goal 1**

Register and promote a qualified tax professional community

**Strategic Objectives**

**4** Efficient and effective registration process

**5** High applicant and enrollee degree of satisfaction with RPO interactions

**Supporting Capabilities**

- To uniquely identify return preparers, track their behavior, and monitor their qualifications

- To provide timely and effective program communications to internal and external stakeholders and oversight bodies
- To provide timely dissemination of general public messaging and ad hoc communications

*NOTE: Objective to capability mapping is not necessarily one to one;  some capabilities can support more than one strategic objective*

15

BAH_0002107.0015



**Capabilities are agnostic of resource requirements, change management implications, or political uncertainties; they focus on achieving desired outcomes**

**Goal 2**

**Improve the compliance and accuracy of returns filed by Return Preparers**

*Strategic Objectives*

*Supporting Capabilities*

**①** Improve compliance by associating non-compliant returns with specific preparers in order to monitor, segment, and prescribe treatments

- To systemically identify return preparer programmatic and professional compliance issues in real-time
- To identify unethical preparer behavior using a variety of data sources
- To utilize internal historical data sources to better identify return preparer programmatic and professional non-compliance
- To utilize external data sources to better identify return preparer programmatic and professional non-compliance
- To identify preparers that require treatment through an aggregated view of long-run programmatic and professional compliance
- To enable real-time workload prioritization that ensures "next best case" selection, while balancing coverage and resources
- To define, set, and update selection criteria based on analysis, emerging trends, and business priorities
- To enable cross-BOD workload planning and inventory management

**②** Maximize the cost-effectiveness of treatment structure focusing on corrective and preventative actions

- To utilize a hierarchy or suite of treatments to resolve preparer issues in real-time during the filing season
- To expand return preparer treatment options (i.e., new treatment options)
- To collect and store treatment outcome information for future detection, tracking, and reporting
- To collect, store, and analyze treatment outcomes to enhance the future efficacy of treatment streams and preventative activities
- To measure and analyze outcomes from prevention and outreach activities to enhance their future effectiveness
- To develop preventative tools, processes, and delivery methods to increase voluntary preparer compliance

**③** Return preparer community upholds ethical standards of conduct

- To enable the general public to make educated consumer decisions regarding their preparer selection
- To proactively prevent unethical behaviors and drive voluntary compliance with ethical standards

16

BAH_0002107.0016

**As a whole, capabilities define the entire work of the program; their classification, alignment, and sequencing defines a concept for how the program will operate**



**Goal 3** Foster a stakeholder-centric culture that encourages voluntary compliance and continuous improvement

*Strategic Objectives*

*Supporting Capabilities*

**1** Formalize communication channels with the Tax Professional community to cultivate voluntary compliance and collaboration

- To provide timely dissemination of general public messaging and ad hoc communications
- To provide timely and effective program communications to internal and external stakeholders and oversight bodies

**2** Build a deeper, data-driven perspective of the tax preparation marketplace to inform program planning, stakeholder communications, and market forecasting

- To develop, capture, and report program performance measures
- To identify and proactively address current and emerging return preparer issues
- To identify and prioritize improvement initiatives through trending and analysis and proactive research
- To set and update program priorities, policies, and standards for return preparer activities

*NOTE: Objective to capability mapping is not necessarily one to one; some capabilities can support more than one strategic objective*

17

## Table of Contents

▶ Purpose and Background

▶ Phases I and II: Future State and Strategic Visioning

▶ Phase III: Concept of Operations

▶ Phases IV and V: Business Initiatives and Operating Models

▶ Next Steps

18

BAH_0002107.0018

**The initial strategic planning laid the groundwork for the team to classify, sequence and organize RPO's capabilities into a high level concept of operations**



The RPO Visioning and Planning Framework

- Mission
- Program Goals
- Strategic Plan
- Program Priorities
- Concept of Operations
- Business Initiatives and Solutions
- Operating Model

**Components of the CONOPS Summary**

**Future State Operating Vision:**
*Defines how the capabilities link together to form RPO's operations*

**Lifecycle Phases:**
*Illustrates how the capabilities create major "events" for key stakeholders (e.g. Enrollment, enforcement, etc)*

- The Future State Operating Vision is different than that for strategic planning: the first identifies, at a high level, what functions will operate in the future in order to bring to fruition the outcomes identified in the latter
- Lifecycle Phases are high level functions necessary for operations

19

BAH_0002107.0019

**The classification, alignment and sequencing of capabilities yielded four distinct lifecycle phases of operation for RPO**

| Phase | Description |
|---|---|
| **Enrollment Management** | ▸ Enrollment determines the eligibility of a preparer for acceptance and continuation in the program based on their criminal history, personal tax compliance, professional competency, and ethicality. It provides a means to uniquely identify preparers and track their behavior |
| **Enforcement** | ▸ Detection identifies non-compliant preparer behavior with the dual goal of stopping activities that would disqualify a preparer from the program, prevents the release of illegitimate refunds, and protects tax payers from unethical behavior<br>▸ Identifies and prioritizes preparers requiring treatment and aligns them to the suite of available treatment streams to ensure the next best case is worked in a manner that balances coverage, compliance, and resource availability. Selection criteria will be influenced by current business priorities and emerging trends and will inform cross-BOD resource planning and coordination<br>▸ Treatment utilizes a hierarchical suite of treatment options to address preparer behavior based on egregiousness of the infraction. Outcomes and resolutions are used to enhance future Detection and Prevention capabilities |
| **Prevention** | ▸ Prevention seeks to stop improper return preparer behavior before it begins. It provides not only education and outreach to the preparer community but also enhances detection capabilities through the continuous improvement of filters and business rules and the refinement of models, business analytics, and operational procedures used to detect non-compliant behavior |
| **Program Management & Coordination** | ▸ Provides strategic planning, operational support, and communication services for the Return Preparer Program as well as coordinates Service-wide return preparer activities. Program-wide research, performance management, budgeting, reporting, and policy and procedural development will all be driven by Program Management & Coordination capabilities |

20

BAH_0002107.0020

**As a whole, the RPO future state will provide a comprehensive program that ensures programmatic and professional compliance of return preparers**



21

**The Enrollment phase focuses on determining a preparer's eligibility into the program with the goal of improving quality and performance**



**A**   **Enrollment Management Capability Area**

1. To uniquely identify return preparers, track their behavior, and monitor their qualifications
2. To determine the eligibility of return preparers for acceptance and continuation in the program
3. To certify a preparer's professional competency based on their area of focus or line of practice
4. To update professional competency certification requirements on an as-needed basis

**Focus of Phase**

▸ Creates a process and supporting systems to register and catalog return preparers
▸ Develops a methodology to determine a preparer's eligibility prior to acceptance and continuation in the program
▸ Ensures a baseline level of knowledge to support professional competency and ethical standards with the goal of improving overall preparer performance and quality

22

**A key component of the Enforcement phase focuses on scanning across the service and identifying programmatic and professional non-compliance and ethical misconduct**



**B**   **Enforcement Capability Area - Detection**

1. To systemically identify return preparer programmatic and professional compliance issues in real-time

2. To identify unethical preparer behavior using a variety of data sources

3. To utilize internal historical data sources to better identify return preparer programmatic and professional non-compliance

4. To utilize external data sources to better identify return preparer programmatic and professional non-compliance

**Focus of Phase**

▶ Improves the detection of non-compliant return preparers through a scoring engine that includes key attributes

▶ Enhances cross-cutting coordination to identify non-compliant behavior through lead development

▶ Leverages historical data sources to identify preparer behavior and continually improve detection capabilities

▶ Promotes communication and exchange of information between W&I, PRP, SB/SE, and RPI

23

BAH_0002107.0023

**Additionally, the Enforcement phase also focuses on the RPO's ability to intelligently prioritize enforcement workload and effectively integrate cases into BOD work plans**

SELECTION



Selection enables the intelligent prioritization of preparer treatment cases and their integration into BOD work plans

**B**  **Enforcement Capability Area - Selection**

1. To identify preparers that require treatment through an aggregated view of long-run programmatic and professional compliance

2. To enable real-time workload prioritization that ensures "next best case" selection, while balancing coverage and resources

3. To define, set, and update selection criteria based on analysis, emerging trends, and business priorities

4. To enable cross-BOD workload planning and inventory management

**Focus of Phase**

▶ Identifies and prioritizes preparers requiring treatment and aligns them to the suite of available treatment streams

▶ Ensures the next best case is worked in a manner that balances coverage, compliance, and resource availability

▶ Provides for real-time updates to return scoring and case selection algorithms/business rules

▶ Informs cross-BOD resource planning and enhances Service-wide coordination

▶ Determines enforcement strategy and compliance thresholds, and incorporates emerging trends or shifting priorities

24

BAH_0002107.0024



**Finally, the Enforcement phase will also feature an expanded set of treatment streams designed to maximize the breadth and impact of enforcement resources**

TREATMENT



*Optimizing treatment of noncompliance through matching of RPs to best treatment*

**B** **Enforcement Capability Area - Treatment**

1. To utilize a hierarchy or suite of treatments to resolve preparer issues in real-time during the filing season

2. To expand return preparer treatment options (i.e., new treatment options)

3. To collect and store treatment outcome information for future detection, tracking, and reporting

4. To collect, store, and analyze treatment outcomes to enhance the future efficacy of treatment streams and preventative activities

**Focus of Phase**

▸ Utilizes a suite of systemic and resource-driven treatments to increase the number of cases that can be worked

▸ Proposes treatment options that focus on data-matching, eliminating hand-offs, consolidated resolution, etc.

▸ Supports improvement of future Return Preparer activities through the capture of resolution outcomes and performance results

▸ Leverages treatment outcomes and performance results to target outreach, education, and deterrence activities

25

**The Prevention phase leverages data-driven analysis to proactively impact compliance through pro-active outreach and required continuing education**



**Prevention Capability Areas**

1. To provide timely dissemination of general public messaging and ad hoc communications
2. To enable the general public to make educated consumer decisions regarding their preparer selection
3. To measure and analyze outcomes from prevention and outreach activities to enhance their future effectiveness
4. To enable the certification and professional development of return preparers
5. To refine and update content of educational requirements on an as-needed basis
6. To develop preventative tools, processes, and delivery methods to increase voluntary preparer compliance
7. To proactively prevent unethical behaviors and drive voluntary compliance with ethical standards

**Focus of Phase**
- Encourages compliance through targeted outreach and education activities
- Enables taxpayers to make educated decisions when selecting a preparer
- Supports improvement of future detection business rules and filters through analysis of prevention activities
- Fosters an environment in which taxpayer participation promotes voluntary compliance amongst preparers

26

BAH_0002107.0026

**The Program Management & Coordination phase provides oversight for planning, operations, and communication of return preparer activities**



**Program Management & Coordination Capability Areas**

1. To provide Service-wide and public program stewardship of return preparer requirements

2. To provide timely and effective program communications to internal and external stakeholders and oversight bodies

3. To develop, capture, and report program performance measures

4. To identify and proactively address current and emerging return preparer issues

5. To identify and prioritize improvement initiatives through trending and analysis and proactive research

6. To set and update program priorities, policies, and standards for return preparer activities

**Focus of Phase**

▸ Serves as the planning and coordinating function for return preparer compliance activities across the Service

▸ Provides governance for Service-wide return preparer compliance policies and procedures

▸ Integrates a research-based, data-driven strategy for program operation support

▸ Serves as the primary communicative body for return preparer stakeholders

27

BAH_0002107.0027

## Table of Contents

▶ Purpose and Background

▶ Phases I and II: Future State and Strategic Visioning

▶ Phase III: Concept of Operations

▶ Phases IV and V: Business Initiatives and Operating Models

▶ Next Steps

28

BAH_0002107.0028

**After a high level vision was established, the team developed a more detailed operating model and a catalogue of business initiatives and high level processes**

The RPO Visioning and Planning Framework



**Components of RPO Operating Model Summary**

**RPO Operating Model:**
*Provides a more detailed overview of the RPO's operations and across major stakeholders*

**Operational Area(s) Overview:**
*Provides a listing of major activities or technologies required to make the operating model functional*

**Future State Process Flows:**
*Illustrates the sequencing of major events and describes major long term activities*

- The RPO Operating Model is presented as a high level process flow showing the general workflow through major activities within the RPO office and key critical stakeholders

- Operational Areas were created as a method for segmenting the implementation work into logical groupings of activities that will mature together as the RPO is further developed

- The Future State Process Flows represent the first level of detail necessary to build out detailed SOPs. In many areas, the flows are being further detailed and changes may be required

29

BAH_0002107.0029

**Subsequent slides are organized to logically present the operating model in progressively more detail ending with first level process flows**

**High Level Operating Model**

▸ The CONOPs was further elaborated and each capability area was divided into multiple operational areas. Each operational area became the guideline from which additional detail was added around the initiatives and processes for the RPO

▸ These operational areas were linked together through a high level operating model that shows the sequencing of major activities and the RPO's interactions / dependencies on other stakeholders

**Operational Area Overviews**

▸ Each operational area was further detailed and summaries presented showing:
  – **Capabilities:** At the beginning of each operational area, the capabilities supported by those operations are listed
  – **Initiatives and Processes Rationale** : For each operational area, major processes and / or events necessary to allow the operating model to function are listed along with rationale for how that activity supports the capability and the office's goals / objectives

**Future State Process Flows**

▸ For major activities / processes identified within the operational areas, more detail is provided on how the work will be completed through :
  – **Process flows:** Each major operational area* has a workflow diagram illustrating how major activities are anticipated to be completed
  – **Long Term Descriptions:** Where relevant, descriptions are provided to give more detail on how the work will be performed

30

BAH_0002107.0030

**For streamlining and planning purposes for implementation and on-going management, CONOPs life cycle phases were broken into nine operational areas**



31

BAH_0002107.0031

**These operational areas were further detailed and linked to develop the RPO's preliminary operating model**



32

BAH_0002107.0032

Case 1:14-cv-01523-RCL   Document 176-8   Filed 03/23/22   Page 34 of 54

## Registration – Alignment of Business Initiatives to Capabilities



### Supporting Capabilities

- To uniquely identify return preparers, track their behavior, and monitor their qualifications

### Future State Processes & Rationale

| Business Initiative / Process | Rationale |
|---|---|
| Verify RP identities during application registration process | ▶ Registration processing entails the office utilizing an external vendor to provide a systemic way for preparers to submit their personal information to the IRS for one time identity verification.  This process is critical to ensure that the IRS can maintain an accurate listing of return preparers and ensure that all communications and / or compliance and enforcement efforts are appropriately targeted. |
| Process registration and renewal payments and/or PTIN user fee refunds as necessary | ▶ RPO  will be a fee-based organization that  relies on non-appropriated funds.  As such, it needs to collect user fees at the time of registration and/or renewal to ensure the timely collection of financial resources needed to operate the program. |
| Assign a unique PTIN registration number to qualified RPs and notify; send denial to ineligible applicants | ▶ A key component of the ability to track and identify return prepares is the unique number (PTIN) they are assigned upon successful registration and passage of suitability checks.  The registration system needs to be able to automatically assign this unique number . |
| Process PTIN denial appeals as necessary | ▶ Because the denial of a PTIN and hence the ability to prepare tax returns for a fee may deny the opportunity of certain individuals to earn a living, the application and renewal processes need to include the right to appeal  a PTIN denial decision by IRS.  This ensures the maintenance of due process through the application procedure. The PTIN registration and renewal processes will be finalized to include an appeals process for results of automated checks that will begin in 2011 (e.g., criminal background check failures and personal tax compliance check failures). |
| Notify RP of upcoming renewal requirements | ▶ The PTIN registration and renewal process will reflect the fact that PTINs are issued on a calendar-year basis.  Registered RPs will be informed of PTIN renewal requirement within 2 months of PTIN expiration, and will be given details on "open registration season" with sufficient time to plan. |

33

BAH_0002107.0033

## Registration – Process Flow



**Process**

**Long Term Description**

*Verify RP identities during application registration process*
▶ RP identity verification is in place and includes updates to verification logic following 2010 lessons learned

*Process registration and renewal payments and/or PTIN user fee refunds as necessary*
▶ TPPS will process PTIN payments from new applicants through the same process that was implemented in 2010; PTIN renewal capability will be implemented in 2011, which will include the collection of user fees

*Assign a unique PTIN registration number to qualified RPs and notify; send denial to ineligible applicants*
▶ TPPS will issue PTINs to new applicants through the same process that was implemented in 2010; updates will be made to support the online renewal process
▶ TPPS will automatically deny PTINs to RPs that do not meet specific suitability checks and will provide a notification through a secure mailbox
▶ Real time case management will be available to RPO staff to address any questions or issues during the registration process

*Process PTIN denial appeals as necessary*
▶ Vendor performs initial processing of test-taker appeals and complaints; IRS does 2nd level review and processing

*Notify RP of renewal requirements*
▶ PTIN renewal process will reflect the fact that PTINs are issued on a calendar-year basis; Registered RPs will be informed of renewal requirement within 2 months of PTIN expiration

34

## Suitability – Alignment of Business Initiatives to Capabilities (1 of 2)



*Supporting Capabilities*

- To determine the eligibility of return preparers for acceptance and continuation in the program

*Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Continuing Education Check | ▶ Going forward, return preparers who are not CPAs, attorneys, and Enrolled Agents will for the first time be required to take Continuing Education (CE). At a minimum, return prepares will have to take 15 hours of CE. During the PTIN renewal process, RPO will need to check to ensure that preparers applying for renewal have completed the required CE. |
| Conduct Blacklist Check | ▶ RPO needs to ensure that no tax professional currently on the OPR "No Fly" list receives a PTIN for the purpose of preparing and submitting returns. This professional has been determined to be in violation of Title 31 or 26 and has been sanctioned by OPR. |
| Certify RP personal tax compliance | ▶ Another key indicator of a preparer's likelihood of compliance in regard to his clients' returns is whether the return preparer is compliant with his personal returns. Therefore, RPO will check the personal tax compliance of each applicant. Negative information in this regard will be evaluated on a case by case basis. |
| Conduct reviews of professional designation claims | ▶ Professional designation is an important distinction among return preparers because certain tax professionals will be exempt from certain components of suitability. For example, CPAs, attorneys, and Enrolled Agents will not be required to take the certification exam. Therefore, RPO must ensure the integrity of the application process to ensure that applicants honestly report professional designations. |
| Validate RP's standing with state program requirements as necessary | ▶ For those return preparers who operate in states with existing oversight and regulation, RPO will ensure that they are in good standing with their state programs. A preparers who is not in good standing with their state program would give question as to whether they should be in good standing with the Federal PTIN program administered by RPO. |
| Verify e-File Mandate compliance | ▶ The Office will evaluate samples of registered RP's that are filing an excessive number of returns on paper and validate against waiver records (e.g. proof of financial hardship, client requested paper filing) in order to ensure compliance with the e-File mandate. This will ensure coordination and continuity of all IRS policy and procedures. |
| Validate PTINs of supervised preparers | ▶ The Tax Professional PTIN System will verify if the PTIN of a supervised RP is valid (non-signing RPs supervised by CPAs, EAs or attorneys; can be supervised by ERPAs/actuaries for non-1040 returns), supervised RPs will be notified when they are listed as a supervised preparer. Supervised preparers will have the ability to view the names of those who have listed them as a supervisor and have the ability to request to be removed as their supervisor. |

35

## Suitability – Alignment of Business Initiatives to Capabilities (2 of 2)



*Supporting Capabilities*

- To determine the eligibility of return preparers for acceptance and continuation in the program

*Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Conduct criminal background checks | ▸ RPO reasons that a direct indicator of a return preparer's probability of behaving unethically in the future is how that preparer has behaved in the past. Therefore, a cornerstone of the suitability process will be the conduct of criminal background checks on all applicants. Any negative information found about a return preparer will be evaluated on a case by case basis in order to understand the context and severity of the negative event, and in RPO's judgment, the impact of that event on the confidence of RPO in that preparer's ability to file accurate returns and act ethically in the future. |
| Verify passage of tax professional examination | ▸ An initial suitability check will be to ensure that the applicant has passed the return preparer exam, which tests the return preparer on the basic tenets of tax law and tax return preparation. |
| Conduct specially designated nationals check | ▸ While not directly related to the suitability of an applicant, RPO will conduct this check in support of on-going government-wide initiatives to fight terrorism on all fronts. Return preparers on this list will not be denied a PTIN automatically; rather RPO will communicate to the proper Federal agencies their presence on this list for monitoring purposes. |

36

BAH_0002107.0036

## Suitability – Process Flow (1 of 2)

**Process**



**Long Term Description**

**Continuing Education Check**
- Automated capture of CE information from vendors

**Conduct Blacklist Check**
- Systemic automated comparison of "blacklist" and PTIN database

**Certify RP Personal Tax Compliance**
- Batched tax compliance checks will be undertaken for existing PTIN holders with manual verification
- Automatic tax compliance checks for PTIN applicants that register after the certification test is available

**Conduct Review of Professional Designation Claims**
- Manual validation with appropriate governing body of sample of registered RPs
*Validate RP's standing with state program requirements as necessary*
- Real-time evaluation of registered RP's to determine their standing with appropriate state requirements, as appropriate

**Verify E-File Mandate Compliance**
- Compliance & Enforcement detection mechanisms refined to automatically identify potential RP cases of e-file non-compliance

*Validate PTINs of Supervised Preparers*
- Work is queued anytime a preparer reports to the IRS that they have been falsely claimed as a supervisor – cases will be resolved according to TBD workflow management rules about prioritization

37

BAH_0002107.0037

## Suitability – Process Flow (2 of 2)



**Long Term Description**

*Conduct Criminal Background Checks*
- New PTIN registrants required to undergo systemic criminal background checks prior to PTIN issuance;
- Existing PTIN holders will begin submitting fingerprints (Note: all PTIN holders will be fingerprinted prior to 12/31/13)

*Verify passage of Tax Professional Examination*
- Systemic capture of RP test results and automated reporting from vendor to TPPS

*Conduct Specially Designated Nationals Check*
- Automated comparison of PTIN and the SDN listing

# Testing – Alignment of Business Initiatives to Capabilities



*Supporting Capabilities*

- To certify a preparer's professional competency based on their area of focus or line of practice
- To enable the certification and professional development of return preparers

*Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Analyze test results and identify trends in RP behavior to update test requirements | ▶ As part of continuous improvement efforts, RPO will examine the results of the exam and the performance of preparers in submitting compliant returns.  This is to ensure the exam is kept current.  Analyzing trends in RP behavior  and compliance will help RPO determine on which areas of tax preparation are more crucial to test return preparers. |
| Validate test questions prepared by vendor | ▶ Although RPO will contract with a vendor to develop and administer the test., RPO will still be responsible for validating the body of knowledge covered on the competency exam to ensure its appropriateness. |
| Administer test to Return Preparers | ▶ Establishing a base level of knowledge for return preparers admitted to the program can best be accomplished through an entrance exam.   The test offering must be administered, which includes authenticating return prepares to verify their identity, collection of test fees that will provide the financial resources to offer and administer the test, and transmit the results to the TPPS system to suitability requirement purposes. |
| Process and resolve appeals/complaints from test takers (IRS and Vendor) | ▶ In the case of an appeal of testing results or a complaint about the exam or process , RPO will be responsible for examining the issue and determining what actions will be taken.   An appeals process ensures due process for applicants as well as supports consistency of treatment by RPO. |

39

BAH_0002107.0039

## Testing – Process Flow



**Process**

**Long Term Description**

○ **Analyze test results and identify trends in RP behavior to update test requirements**
  ‣ Develop and implement updated questions, based on changes in tax code, surveys, or compliance/enforcement data regarding RP knowledge gaps

○ **Validate test questions prepared by vendor**
  ‣ Develop and implement updated questions, based on changes in tax code, surveys, or compliance/enforcement data regarding RP knowledge gaps

○ **Administer test to Return Preparers**
  ‣ Vendor registers RPs and administers test and scoring as well as collects and transmits IRS Testing Fee and results ; Authentication of RPs upon registration

○ **Process and resolve appeals/complaints from test takers (IRS and Vendor)**
  ‣ Vendor performs initial processing of test-taker appeals and complaints; IRS does 2nd level review and processing

40

BAH_0002107.0040

## Compliance and Enforcement: Detection and Selection –
## Alignment of Business Initiatives to Capabilities (1 of 2)



### Supporting Capabilities

- To systemically identify return preparer programmatic and professional compliance issues in real-time
- To identify unethical preparer behavior using a variety of data sources
- To utilize internal historical data sources to better identify return preparer programmatic and professional non-compliance
- To utilize external data sources to better identify return preparer programmatic and professional non-compliance
- To identify preparers that require treatment through an aggregated view of long-run programmatic and professional compliance
- To enable real-time workload prioritization that ensures "next best case" selection, while balancing coverage and resources
- To define, set, and update selection criteria based on analysis, emerging trends, and business priorities
- To enable cross-BOD workload planning and inventory management

### Future State Processes & Rationale

| Business Initiative | Rationale |
|---|---|
| Score, rank, and select non-compliant RP cases for treatment | ▶ Existing detection mechanisms provide outputs based on single returns. These outputs will be an indication of preparer behavior but will not provide a holistic view of their overall compliance. To achieve this, detection outputs will need to be aggregated by preparer and the overall "risk score" will need to be evaluated to determine the Office's confidence in its accuracy and, thus, likelihood of confirming a compliance issue(s). As the RPO matures the amount of relevant data regarding a preparer's historical behavior will increase significantly. The RPO will need an efficient, standardized methodology for sifting through this data to determine: which preparers to pursue for enforcement; how to prioritize those preparers amongst each other and within the context of treatment application; and how to build a strong, statistically relevant case against those preparers. |
| Baseline Preparer Behavior | ▶ To aid in identifying suspicious behavior preparers will be grouped by meaningful characteristics (e.g., return types, volume, etc.). These groupings will create segmentations of preparers that indicate both historical behavior or trending and response to treatments. These segments can be used to quickly identify anomalistic preparers that demonstrate a sudden shift in behavior or indicate a stark contrast in one area of otherwise standard characteristics. |
| Process referrals | ▶ RP referrals currently serve as the primary detection mechanism across the Service (CI and EITC are exceptions, proactively identifying non-compliant RPs via automated database queries and filters). A Centralized Referral Process (CRP) would provide a consistent and efficient intake and review of all internal and external RP referrals (Title 31 and 26) to ensure they are centrally captured, reviewed and classified using consistent criteria, and included in the RP profile and overall risk score |

41

# Compliance and Enforcement – Detection – Process Flow



**Process**

**Long Term Description**

**Score, rank, and select RP cases for treatment**
- Automatic detection of aggregated RP tax-code non-compliance
- An established understanding of RP population non-compliance trends
- Anomaly model developed and operational
- Predictive analytics model developed and operational
- *Real-time change to selection criteria and triggers*
- *Real-time prioritization and selection of "next best cases"*
- Data-driven improvement of detection tools and selection criteria and triggers
- Defined methods for selection and referral of unethical cases to OPR

**Baseline Preparer Behavior**
- Data-driven improvement of treatment effectiveness, efficiency and trends
- Data-driven improvements of prevention program effectiveness, efficiency and trends

**Process Referrals**
- Identification of referred preparer non-compliance
- Investigation of referral cases
- Scoring of referrals and aggregation with systemic detection scores

*Grey text denotes inapplicable milestone in the context of this capability*

42

## Compliance and Enforcement – Selection – Process Flow



**Process**

**Long Term Description**

**Score, rank, and select RP cases for treatment**

▸ *Automatic detection of aggregated RP tax-code non-compliance*
▸ Understanding of RP population non-compliance trends
▸ Anomaly model developed
▸ Predictive analytics model developed
▸ Real-time change to selection criteria and triggers
▸ Real-time prioritization and selection of "next best cases"
▸ Data-driven improvement of detection tools and selection criteria and triggers
▸ *Systemic selection and referral of unethical cases to OPR*

*"Grey text denotes inapplicable milestone in the context of this capability*

43

BAH_0002107.0043

## Compliance and Enforcement: Treatment and Prevention – Alignment of Business Initiatives to Capabilities



*Supporting Capabilities*

- To utilize a hierarchy or suite of treatments to resolve preparer issues in real-time during the filing season
- To expand return preparer treatment options (i.e., new treatment options)
- To collect and store treatment outcome information for future detection, tracking, and reporting
- To collect, store, and analyze treatment outcomes to enhance the future efficacy of treatment streams and preventative activities
- To measure and analyze outcomes from prevention and outreach activities to enhance their future effectiveness
- To develop preventative tools, processes, and delivery methods to increase voluntary preparer compliance
- To proactively prevent unethical behaviors and drive voluntary compliance with ethical standards

*Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Develop and coordinate yearly workplans | ▶ The increased coordination of RP C&E activities under the auspices of the RPO will necessitate a higher level of Service-wide collaboration in terms of annual RP business planning. The service-wide RP business planning will require an alignment of BOD-level and RPO C&E targets, and take into account resource constraints and organizational priorities for the year in question |
| Treat RPs with identified issues on their returns or continued ethical misconduct | ▶ Current preparer treatments are leveraged from existing taxpayer treatments and strategies (e.g., soft notices, visitations, etc.) and are applied at the discretion of the enforcing BOD. In order to ensure consistency, fairness, and effectiveness of preparer treatments, the RPO will need to standardize the methodology by which treatments are applied and develop a suite of RP-specific treatments |
| Design, develop, and deploy training | ▶ Currently the identification, planning, and execution of training requirements for RP examination functions are disjointed and uncoordinated across the Service. Centralizing RP training will allow the RPO to standardize and direct the skill set of staff conducting C&E related activities as well as control RP knowledge management |

44

BAH_0002107.0044

# Compliance and Enforcement – Treatment – Process Flow



## Long Term Description

**Develop and Coordinate Yearly Workplans**
- Automatic detection of aggregated RP tax-code non-compliance
- Understanding of RP population non-compliance trends
- Anomaly model developed
- Predictive analytics model developed
- Real-time change to selection criteria and triggers
- Real-time prioritization and selection of "next best cases"
- Data-driven improvement of detection tools and selection criteria and triggers
- Systemic selection and referral of unethical cases to OPR

**Treat RPs with identified issues on returns or continued ethical misconduct**
- Data-driven improvement of treatment effectiveness, efficiency and trends
- Data-driven improvements of prevention program effectiveness, efficiency and trends
- Data-driven improvements of CE requirements, curriculums and coursework

**Design, Develop and Deploy Training**
- Certain components of enforcement training related to RPs will be required in BOD staff's CPE

*Grey text denotes inapplicable milestone in the context of this capability

45

BAH_0002107.0045

# Continuing Education –
## Alignment of Business Initiatives to Capabilities



*Supporting Capabilities*

- To update professional competency certification requirements on an as-needed basis
- To enable the certification and professional development of return preparers

*Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Analyze CE results and identify trends in RP behavior to update CE requirements | ▶ Multiple providers and courses will be available to return preparers for CE credit.  Understanding the effectiveness of certain providers and of courses on the behavior of return preparers will allow the RPO to make more informed decisions about granting CE provider status.  Understanding trends in RP behavior will allow the RPO to change CE requirements for populations to address new or changing issues. |
| Develop CE requirements | ▶ Tax law will continue to change and new pockets of non-compliance may arise in out years.  The RPO will have the ability to adjust their CE requirements (types of course, not total hours required) regularly to ensure courses are up to date on current issues facing the market.  Additionally, involving other BODs in the development of CE requirements will allow stakeholders a direct voice into key decisions made by the RPO. |
| Process and Resolve Appeals / Complaints from CE providers / students | ▶ As with other processes, an appeals process is necessary to ensure due process to those providers who may be denied authorization from IRS.  In the case of an appeal from a denied  CE provider, the RPO will analyze any claims made by the appealer and reach a decision based on that analysis. |
| Review CE provider applications and issue decision on program qualification status | ▶ In order to efficiently and effectively provide CE to return preparers across the US and internationally, the IRS has decided to outsource CE provision.  As such, IRS (or a designated vendor/authorizing body) will have to review the applications of potential CE providers in order to evaluate their ability to deliver quality CE.  RPO will ensure all CE providers meet certain minimum qualifications before being designated as an authorized vendor. |
| Conduct post-approval audits | ▶ Because IRS is not providing CE directly but still has a vested interest in the quality, breadth, and availability of courses, RPO will periodically audit  approved CE providers to ensure that the CE provider and course standards are being upheld. |

46

BAH_0002107.0046

## Continuing Education – Process Flow



**Process**

**Long Term Description**

**Analyze CE results and identify trends in RP behavior to update CE requirements**
- Develop and implement updated CE , based on changes in tax code, surveys, or compliance/enforcement data regarding RP knowledge gaps

**Develop and Validate CE Requirements**
- Develop updated CE requirements, based on changes in tax code, surveys, or compliance/enforcement data regarding RP knowledge gaps

**Process and resolve appeals/complaints from CE providers/students**
- Vendor performs initial processing of test-taker appeals and complaints; IRS does 2nd level review and processing

**Review  CE provider applications and issue decision on program qualification status**
- Review  CE provider applications and issue decision on program qualification status

**Conduct Post Approval Audits**
- Specified forms and materials developed to conduct correspondence audit
- Potentially integrate with field offices to provide staffing for audits across the country

47

## Stakeholder Engagement –
## Alignment of Business Initiatives to Capabilities



### *Supporting Capabilities*

- To provide timely and effective program communications to internal and external stakeholders and oversight bodies
- To provide timely dissemination of general public messaging and ad hoc communications
- To enable the general public to make educated consumer decisions regarding their preparer selection

### *Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Coordinate service-wide preparer-focused outreach and communications | ▶ Because this is a new program at IRS, an effective communications function is paramount.  For the first time, IRS will have one voice to speak to all return preparers in the market place.  However, legacy functions across the Service will not necessarily disappear.  Therefore, RPO must work to coordinate service-wide RP outreach and communications in order to ensure message uniformity. |
| Analyze the return preparation marketplace | ▶ Analysis of the return preparation marketplace will be done to enhance the effectiveness and efficiency of outreach and communications initiatives as well as generate greater understanding of the return prepare population to maximize the effectiveness of all RPO policies and operations. |
| Enable the taxpaying public | ▶ The RPO will communicate directly with the taxpayer in order to create awareness of the new program and new rules and regulations surrounding return preparers as well as enable the taxpayer to make informed choices in the market place.  Engaging the taxpayer will help bring market forces to bear on the return preparer market, thereby encouraging self-regulation and compliance.  Tools will be available for the taxpaying public – such as the return preparer database – that will allow them to better understand the return preparer community and support their efforts to find return preparers that are qualified and that fit their needs. |

*Note: No process maps were developed for stakeholder engagement as these activities are generally not repeated processes.*

48

BAH_0002107.0048

# Program Management –
## Alignment of Business Initiatives to Capabilities



*Supporting Capabilities*

- To develop, capture, and report program performance measures
- To identify and proactively address current and emerging return preparer issues
- To identify and prioritize improvement initiatives through trending and analysis and proactive research
- To set and update program priorities, policies, and standards for return preparer activities

*Future State Processes & Rationale*

| Business Initiative | Rationale |
|---|---|
| Strategic Planning | ▶ The Mission, Vision and Goals for RPO define the intended program outcomes and therefore is an essential part of organizational development.  However, because the return preparer environment will always be changing, strategic planning should be an ongoing endeavor. |
| Performance Program Management Functions | ▶ Performance measurement and management is necessary to ensure that the office is performing efficiently and providing functions that are consistent with the RPO mission, vision, and goals. |
| Budget Management | ▶ A well-maintained and detailed budget management capability is necessary to ensure that the office and all office functions are cost-effective, efficient, and adhere to government accounting standards. |
| Research | ▶ At a high level, a research function is desirable in order to inform RPO policy and procedures to maximize the effectiveness of RPO operations. |
| Analysis | ▶ An analysis function to examine the RP community , RP practices, and the impact of RPO policy and procedures, among others, is necessary to support continuous improvement efforts with the RPO. |

*Note: No process maps were developed for program management as these activities are generally not repeated processes.*

49

## Table of Contents

▸ Purpose and Background

▸ Phases I and II: Future State and Strategic Visioning

▸ Phase III: Concept of Operations

▸ Phases IV and V: Business Initiatives and Operating Models

▸ Next Steps

50

BAH_0002107.0050

**Next Steps**

- Develop more detailed process flows within the operational areas (details and timelines outlined in the SOP charter)
- Build Standard Operating Procedures (SOPs) for each process to support training and on-boarding of new employees
- Develop and build business requirements to support IT planning around key areas (e.g., compliance and enforcement)
- Develop performance measures to link operations to strategic planning elements
- Revalidate organizational design based on refined workload planning efforts
- Begin hiring managers within operational areas and plan for hiring operational staff

51



**Appendix**

52

BAH_0002107.0052

## Organizational development terminology is defined for reference throughout this document

| Organizational Development Components | Description |
|---|---|
| **Mission Statement** | ▶ A mission statement is a brief statement that describes the purpose of the organization and provides employees understanding of the organization's objectives |
| **Vision** | ▶ A vision statement is an idealized concept of a desired outcome that inspires, energizes, and assists the organization in creating a mental picture of the targeted state |
| **Goals** | ▶ Goals are desired end results that have one or more objectives to be achieved within a fixed timeframe |
| **Objectives** | ▶ Objectives are observable and measureable accomplishments to which efforts are directed in order to achieve a goal or desired end result |
| **Strategies** | ▶ Methods by which the organization plans to achieve the stated objectives and realize the mission and vision of the organization |
| **Future State Phase** | ▶ Future state phases are concepts that address one or more key areas of identified need that will drive capabilities and solution building<br>▶ Future state phases address the gaps between current state and future state |
| **Capabilities** | ▶ Supporting capabilities are high-level functionality necessary to achieve the goals and priorities established by the vision and phases |
| **Business Initiatives and Solutions** | ▶ Business initiatives and/or solutions are processes or groups of activities and/or enabling technology that can achieve the objectives of one or more particular capabilities |

53

BAH_0002107.0053