# EXHIBIT O

**DRAFT**

# IRS Return Preparer Regulation Project Office



Department of the Treasury
**Internal Revenue Service**

## User Fee Calculation worksheet manual

*Washington, DC*
*April 29, 2010*

*FOR INTERNAL USE ONLY*

**Exhibit
PI 270**
12/17/2021

USA-0032746

## *Table of Contents*

▶ User Fees Overview

▶ Cost Tool Overview

▶ Calculation Walkthrough

▶ Appendix

USA-0032747

# The User Fee Calculation worksheet is a tool to consolidate program assumptions and outline cost elements in order to produce User Fees

### Purpose:

▸ The Return Preparer program has several proposed User Fees to cover costs associated with operations necessary to administer return preparer oversight

▸ Each user fee covers a subset of activities whose cost must be recouped from appropriate parties

### Proposed Fees:

The program will assess the following user fees:

| User Fee | Amount | Primary fee-payer |
|---|---|---|
| Registration | $156 | ▸ Return Preparer ( one-time, at PTIN Registration) |
| Testing: Administration | $17 | ▸ Return Preparer (each time the Test is taken) |
| Testing: FBI Investigation | $11 | ▸ Return Preparer (one-time, when sitting for the first test) |
| Continuing Education Program | $939 | ▸ Continuing Education providers (for each program submitted for review) |

*FOR INTERNAL USE ONLY*

3

USA-0032748

# The Registration User Fee incorporates a variety of cost elements related to program management, compliance, outreach and infrastructure

## Registration User Fee- affected RP program functions

| Conduct Branding and On-going Communications with Stakeholders | Manage Testing and Registration | Manage Continuing Education | Ensure Compliance with Tax Code & Ethics Reqts | Make Systemic Improvements |
|---|---|---|---|---|

## User Fee products by functional areas

| Registration Fee functions | Function Description | Tab-specific comments |
|---|---|---|
| IT | ▸ Development of an internal system with workload management capabilities, plus secure connectivity to an externally hosted vendor-registration site, and related activities. | ▸ Costs are amortized over 3 years |
| Compliance | ▸ Includes costs associated with:<br>  – Verification of claimed professional designation for CPAs, Attorneys etc; RPs self reported tax compliance; RPs' self certified continuing education<br>  – Conduction of background check on RPs' criminal history<br>  – Development of process for identifying and Treating RPs filing w/o PTIN or incorrect PTIN | ▸ This is the core User Fee focus area |
| Customer Support and Marketing | ▸ Includes costs related to customer service, marketing/branding, and forms/publications | ▸ The Registration User Fee costs accounts for 75% of the program budget for Customer Support and Marketing |
| PMO Operations Support | ▸ Includes costs related to programmatic oversight/management, vendor/IT management, operations support, business analysis, government/stakeholder liaison, and program compliance/policy | ▸ The Registration User Fee supports 75% of the program budget for PMO operations |

*FOR INTERNAL USE ONLY*

USA-0032749

# Separately, the Testing User Fees support test development, administration, identity verification and background investigation

## Testing User Fees- affected RP program functions

| Conduct Branding and On-going Communications with Stakeholders | **Manage Testing and Registration** | Manage Continuing Education | Ensure Compliance with Tax Code & Ethics Reqts | Make Systemic Improvements |
|---|---|---|---|---|

## User Fee products by functional areas

| Test. Admin. Fee functions | Function Description | Tab-specific comments |
|---|---|---|
| **Customer Support and Marketing** | ‣ Includes costs related to customer service, marketing/branding, and forms/publications | ‣ The Testing Administration User Fee supports 20% of the program budget for Customer Support and Marketing |
| **PMO Operations support** | ‣ Includes costs related to programmatic oversight/management, vendor/IT management, operations support, business analysis, government/stakeholder liaison, and program compliance/policy | ‣ The Testing Administration User Fee supports 15% of the program budget for PMO operations |
| **IT** | ‣ Development of an internal system with workload management capabilities, plus secure connectivity to an externally hosted vendor-registration site, and related activities. | ‣ Costs are amortized over 3 years |
| **Testing** | ‣ Includes costs related to developing and managing the Return Preparer test, and to process appeals from test-takers | ‣ This is the core User Fee focus area |

| Testing (FBI Inv.) functions | Function Description | Tab-specific comments |
|---|---|---|
| **Testing** | ‣ Includes costs related to FBI fingerprint processing, review of results, referral of "hits" for additional research, and clerical support | ‣ This is the core User Fee focus area |

*FOR INTERNAL USE ONLY*

5

USA-0032750

# The Continuing Education User Fee supports criteria development, program review, audits, public outreach and CE provider services

## Continuing Education User Fee - affected RP program functions

| Conduct Branding and On-going Communications with Stakeholders | Manage Testing and Registration | **Manage Continuing Education** | Ensure Compliance with Tax Code & Ethics Reqts | Make Systemic Improvements |

## User Fee products by functional areas

| CE Fee functions | Function Description | Tab-specific comments |
|---|---|---|
| **PMO Operations support** | ▶ Includes costs related to programmatic oversight/management , vendor/IT management, operations support, business analysis, government/stakeholder liaison, and program compliance/policy | ▶ The Continuing Education User Fee supports 10% of the program budget for PMO operations |
| **IT** | ▶ Development of an internal system with workload management capabilities, plus secure connectivity to an externally hosted vendor-registration site, and related activities. | ▶ Costs are amortized over 3 years |
| **Customer Support and Marketing** | ▶ Includes costs related to customer service, marketing/branding, and forms/publications | ▶ The CE User Fee supports 5% of the program budget for Customer Support and Marketing |
| **Continuing Education** | ▶ Includes costs related to reviewing Continuing Education programs submitted by providers, conducting program audits and processing appeals | ▶ This is the core User Fee focus area |

**6**

*FOR INTERNAL USE ONLY*

USA-0032751

## *Table of Contents*

▸ User Fees Overview

▸ Cost Tool Overview

▸ Calculation Walkthrough

▸ Appendix

USA-0032752

# The cost tool is comprised of three different dynamic worksheet types

## Cost tool worksheets

### Summary tab



*A "roll up" of the major elements on each of the cost center tabs, showing program costs based on the stated assumptions and cost elements*

### Cost center tabs



*An explanation of the major elements broken out into groups of activities that support the same program function*

### Assumptions tab



*Calculations and proposed programmatic structures (e.g., % of preparers to audit) used to project cost center activity volume*

FOR INTERNAL USE ONLY

8

USA-0032753

# The summary tab acts as a dashboard of the program cost centers, retrieving data from all of the cost center worksheets

## Summary tab

| | Capability | Cost Category | Activities Description | Estimated Costs |
|---|---|---|---|---|
| 1 | | | | |
| 3 | | Customer Suppport | Includes all inquiry response to taxpayers about the program (TAS, W&I, EPSS, etc) | $ 2,532,717 |
| 4 | Communications & Customer Support | Marketing & Branding | Development of television and radio commercials, the use of paid advertisers and communication tools for both interna and external stakeholders | $ 8,797,598 |
| 5 | | Forms / Publications | Publication/forms updates | $ 449,920 |
| 6 | | Communications | Includes contacting current PTIN holders, webinars and shipping of applications inadvertently sent to the IRS | $ 325,193 |
| 7 | | | *Communications & Customer Support: Registration Fee Related Costs - Subtotal:* | *$ 12,105,428* |
| | IT (Amortized) | Amortized IT Development & Implementation | Includes the initial procurement of the "ideal" database, retiring of the existing PTIN system, development of interfaces, development of automated tax compliance checks, IV&V testing, security and acceptance testing, and the creating of a secure tunnel on IRS.gov | $ 6,132,400 |
| 9 | | | | |
| 10 | | | *IT: Registration Fee Related Costs - Subtotal:* | *$ 6,132,400* |

*In this example, two cost centers with their groupings of activities are displayed*

*The "category" and "description" columns include a basic explanation of the groups of activities that have been "rolled up" into the capability cost center*

*Overall costs for each grouping of activities are displayed here*

*FOR INTERNAL USE ONLY*

9

USA-0032754

# Cost center tabs describe the activities under each functional area and consolidate direct and indirect costs to perform each activity instance

**Cost center tab**



*Each of these activities are rolled up into the cost center activity groups on the Summary tab*

*This column draws upon the assumptions tab to drive activity volume*

*These columns contain time and grade level for each activity, multiplied by the volume to generate an FTE assessment, direct and indirect costs*

**FOR INTERNAL USE ONLY**

10

USA-0032755

## Assumptions inform activity volumes in the cost center tabs, and are typically the most frequently modified data points in the cost center tool

### Assumptions tab



| | ID# | Key Drivers | Assumptions | Values | Selected Value | Option 2: Assumption Source | Estimated Costs- Compliance |
|---|---|---|---|---|---|---|---|
| 1 2 | | | | | | | |
| 3 | | | General | | | | |
| 4 | | | Total Registered RPs | 1,200,000 | 1,200,000 | | |
| 5 | | | # of RPs not covered by Professional Designation | | 700,000 | | Intentionally left blank |
| 6 | | | % of costs for IT, Cust Support & Marketing, and OPR/PMO costs that can be recovered by registration user fee | | 75% | | |
| 7 | | | Verify claimed Professional Designation for CPAs, Attorneys Etc | | | | |
| 8 | C1-C6 | | # of CPAs and Attorneys | 400,000 | 400,000 | | |
| 9 | C1-C6 | | Sampling rate | 1% | 1% | | |
| 10 | C2-C6 | | Prof Desig. Error Rate | 5% | 5% | | |
| 11 | C3 | | % of RPs requiring additional contact via follow-up letter | 10% | 10% | | $   219,405 |
| 12 | C4 | | % of RPs Prof Desig errors caused by data issues | 90% | 90% | | |
| 13 | C5 | | % with errors caused by legitimate but non-conduct related issue | 7% | 7% | | |
| 14 | C6 | | % with errors caused by conduct related issue | 3% | 3% | | |

*This column contains the program assumption*

*These columns contain the values for each program assumption*

*This column cites the source of the assumption for future reference*

*FOR INTERNAL USE ONLY*

11

USA-0032756

## *Table of Contents*

▶ User Fees Overview

▶ Cost Tool Overview

▶ Calculation Walkthrough

▶ Appendix

*FOR INTERNAL USE ONLY*

**12**

USA-0032757

# Direct labor costs were calculated by projecting hours needed to complete the activities of a functional area



Direct cost calculation overview

*FOR INTERNAL USE ONLY*

13

# Next, program assumptions were applied to extrapolate total required direct hours based on activity volume

**Volume calculation based on assumptions**



*FOR INTERNAL USE ONLY*

USA-0032759

# Indirect costs were appended to direct hours to include benefits, overhead, training and other expenses

### Indirect cost calculation overview



Note:  In all of the calculations above, we assumed that  10:1 ratio of management on top of the FTE count
Note:  Three-year cost calculations include a "growth effect" to account for required salary increases, etc.

FOR INTERNAL USE ONLY

15

USA-0032760

# *Table of Contents*

▶ User Fees Overview

▶ Cost Tool Overview

▶ Calculation Walkthrough

▶ Appendix

– Modifying assumptions

– Modifying projected time to complete activities

– Adding activities

USA-0032761

# All changes to assumptions should be performed on the "Program Assumptions" tab

## Modifying values in the Assumptions tab

| | ID# | Key Drivers | Assumptions | Values | Selected Value | Option 2: Assumption Source |
|---|---|---|---|---|---|---|
| 1 / 2 | ID# | Key Drivers | Assumptions | Values | Selected Value | Option 2: Assumption Source |
| 3 | | | General | | | |
| 4 | | | Total Registered RPs | 1,200,000 | 1,200,000 | |
| 5 | | | # of RPs not covered by Professional Designation | | 700,000 | |
| 6 | | | % of costs for IT, Cust Support & Marketing, and OPR/PMO costs that can be recovered by registration user fee | | 75% | |
| 7 | | | Verify claimed Professional Designation for CPAs, Attorneys etc | | | |
| 8 | C1-C6 | | # of CPAs and Attorneys | 400,000 | 400,000 | |
| 9 | C1-C6 | | Sampling rate | 1% | 1% | |
| 10 | C2-C6 | | Prof Desig. Error Rate | 5% | 5% | |
| 11 | C3 | | % of RPs requiring additional contact via follow-up letter | 10% | 10% | |
| 12 | C4 | | % of RPs Prof Desig errors caused by data issues | 90% | 90% | |
| 13 | C5 | | % with errors caused by legitimate but non-conduct related issue | 7% | 7% | |
| 14 | C6 | | % with errors caused by conduct related issue | 3% | 3% | |

*Modifying cell values will filter down into the functional area cost elements throughout the worksheet*

*FOR INTERNAL USE ONLY*

17

USA-0032762

# Each assumption value is supported by data

## Modifying values in the Assumptions tab

| | ID# | Key Drivers | Assumptions | Values | Selected Value | Option 2: Assumption Source |
|---|---|---|---|---|---|---|
| 1 2 | | | | | | |
| 3 | | | General | | | |
| 4 | | | Total Registered RPs | 1,200,000 | 1,200,000 | |
| 5 | | | # of RPs not covered by Professional Designation | | 700,000 | |
| 6 | | | % of costs for IT, Cust Support & Marketing, and OPR/PMO costs that can be recovered by registration user fee | | 75% | |
| 7 | | | Verify claimed Professional Designation for CPAs, Attorneys Etc | | | |
| 8 | C1-C6 | | # of CPAs and Attorneys | 400,000 | 400,000 | |
| 9 | C1-C6 | | Sampling rate | 1% | 1% | |
| 10 | C2-C6 | | Prof Desig. Error Rate | 5% | 5% | |
| 11 | C3 | | % of RPs requiring additional contact via follow-up letter | 10% | 10% | |
| 12 | C4 | | % of RPs Prof Desig errors caused by data issues | 90% | 90% | |
| 13 | C5 | | % with errors caused by legitimate but non-conduct related issue | 7% | 7% | |
| 14 | C6 | | % with errors caused by conduct related issue | 3% | 3% | |

*Each assumption should be validated by source information to support the value projection*

*FOR INTERNAL USE ONLY*

18

USA-0032763

## *Table of Contents*

▶ User Fees Overview

▶ Cost Tool Overview

▶ Calculation Walkthrough

▶ Appendix

    – Modifying assumptions

    – Modifying projected time to complete activities

    – Adding activities

USA-0032764

# To modify the time it takes to perform an individual activity, change the value in the "Hrs to complete 1 unit" column

## Modifying values in the Cost center tab

| | Cost Category | ID # | Activity Description | Short-Term | Mid-Term | Long-Term | Include in Regis. | Volume | Hrs to complete 1 unit | GS Level |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | | |
| 3 | Verify claimed Professional Designation for CPAs, Attorneys Etc | | | | | | | | | |
| 4 | | C1 | Draw and check professional designation status for a sample of CPAs and Attorneys | X | X | | X | 4000 | 0.10 | 5 |
| 5 | | C2 | Contact (via phone) RPs with professional designation errors for explanation | X | X | | X | 200 | 0.50 | 7 |
| 6 | | C3 | Contact RPs not responding to phone contact by issuing a follow-up letter | X | X | | X | 20 | 1.00 | 7 |
| 7 | | C4 | Manual review of RP's that were detected as having a professional designation error. | X | X | | X | 180 | 0.50 | 7 |

*Note that this value is a percentage of one hour, so 30 minutes would be a value of ".50"*

*Note: Like volume assumptions, time modifications only need to be changed in this column for the worksheet to update*

*FOR INTERNAL USE ONLY*

**20**

USA-0032765

# *Table of Contents*

▶ User Fees Overview

▶ Cost Tool Overview

▶ Calculation Walkthrough

▶ Appendix

    – Modifying assumptions

    – Modifying projected time to complete activities

    – Adding activities

USA-0032766

# Adding an activity is more complicated, and requires manual entry of data and replication of formulae

## Adding an activity in the Cost center tab



### Columns that can be "Pulled Down" to replicate formulae

- Volume (Col. I)
- GS Rate (Col. L)
- FTE (Col. M)
- Est. Yr. 1 Costs (Col. N)
- Est. Yr. 2 Costs (Col. O)
- Est. Yr. 3 Costs (Col. P)
- Three Year Cost (Col. Q)
- Direct Hours (Col. S)
- Indirect Hours (Col. T)
- Total FTE (Col. U)

- FTE Grade (Col. V)
- FTE Grade Rate (Col. X)
- Salaries (Col. Y)
- Benefits (Col. Z)
- Overhead (Col. AA)
- Yr 1 Total (Col. AB)
- Yr 2 Total (Col. AC)
- Yr 3 Total (Col AD)
- 3 Year Total (Col. AE)

### Columns where data must be manually entered

- ID # (Col. B)
- Activity Description (Col. C)
- Short-term (Col. D)
- Mid-term (Col. E)
- Long-term (Col. F)

- Hrs to complete 1 unit (Col. J)
- GS Level (Col. K)
- POD (Col. W)
- Assumptions/Notes (Col. AF)

*FOR INTERNAL USE ONLY*

22

USA-0032767