# EXHIBIT Q

| | |
|---|---|
| **From:** | Myers Nicole L |
| **To:** | "Webb, Daniel"; Tomkins Tracey L |
| **Cc:** | Lee Vivian G; Williams Eva; "Maya Chakko" |
| **Subject:** | RE: Answers to Questions about PTIN User Fee Development |
| **Date:** | Friday, September 17, 2010 4:57:47 PM |
| **Attachments:** | PTIN User Fee GAO Questions.doc |

Daniel - Attached are the written responses on the question regarding the User Fee. I have copied Eva on this message, and we look forward to meeting with GAO on the user fee. I will add that we are working on how much information regarding the user fee assumptions will be publicly disclosed with our Disclosure and Chief Counsel.

Nicole L. Myers
Project Manager
Return Preparer Implementation Project Office
Phone/VMS (202) 622-4935
Blackberry: (202) 841-7665

---

**From:** Webb, Daniel [mailto:WebbD@gao.gov]
**Sent:** Wednesday, September 15, 2010 4:11 PM
**To:** Tomkins Tracey L; Myers Nicole L
**Subject:** Answers to Questions about PTIN User Fee Development

Hi Nicole and Tracey,

Last week, when our GAO team looking at the paid preparer regulations was speaking with David Williams on the phone, Mr. Williams said that Eva had prepared written responses to our questions about the PTIN user fee and that you'd be able to forward them to us. He also mentioned that we'd be able to schedule a time to speak with Eva about the user fee assumptions that were previously provided to us. Would you be able to forward our team a copy of Eva's responses and advise us on the best way to going about setting up a time to speak with her?

Many thanks,
Dan

Daniel J. Webb
Analyst, U.S. Government Accountability Office
Strategic Issues Team
Phone: 202.512.9769
Email: webbd@gao.gov

USA-0029455

**11. Under what authority is IRS able to set and implement user fees and use the revenue they generate to finance the return preparer initiative?**

The IRS bases its fee collection *31 U.S.C. § 9701* - as implemented by *OMB Circular A-25, User Charges,* which provides for the collection of user fees where the Government provides special benefits to a recipient beyond those accruing to the general public. Authorities allowing the Service to retain user fee collections include the *Treasury, Postal Service, and General Government Appropriations Act, 1995, P.L. 103-329, Title I, § 3, September 30, 1994, as amended* which allows the Service to retain up to $119,000,000 per fiscal year of new or increased user fee receipts provided that the fees are based on the cost of providing the services and the *Treasury, Postal Service, and General Government Appropriations Act, 2006, P.L. 109-115, Title I, § 209, September 30, 2006,* which removed the $119 million ceiling on annual spending of user fee receipts.

**12. Please walk us through the assumptions that IRS made when estimating the paid preparer initiative's costs.** IRS followed OMB Circular A-25 that requires charging the full cost for services provided to the public and *Federal Accounting Standards Advisory Board (FASAB), Statement of Federal Financial Accounting Standards (SFFAS) No. 4, Managerial Cost Accounting Concepts and Standards for the Federal Government, issued July 1995,* that mandates and establishes internal costing standards to accurately measure and manage the cost of federal programs.

**13. Please walk us through the assumptions documents for the user fees. Are the assumptions based on current IRS data or another source?** 1.) We looked at costs over a three year period using certain assumptions for wage increases to determine the average cost over the expected 3 year term of the regulation setting the user fee. 2.) We amortized certain pre-FY 2011 start-up costs over a three year period. 3.) We determined IT investments and amortized the cost of those investments over a 6 year period. 4.) IRS determines certain rates to estimate full cost. The first rate is the indirect time percentage to recognize indirect time incurred as direct work is accomplished. The percentage for this calculation is 57.2%. The second is a benefits rate applied to salaries. This is calculated based on labor information in our Internal Financial System (IFS). Our rate for this year is 24.2%. The third is an overhead rate to be applied to labor and benefits to estimate the full cost of activities. This is based on the IRS Statement of Net Cost published in IRS Annual Financial Statements. Generally this rate covers all non-labor expenses. However, if there are extraordinary non-labor expenses, such as the communication costs in this calculation, those costs are separately stated. The rate for this year is 69.35%.

      a. **Does IRS plan to make publicly available the assumptions of the costs for the program, in order to show how it arrived at the $50 fee?** We are working with our Disclosure Office and Chief Counsel to determine what information should be released to the public.

USA-0029456

**14. Will the entire paid preparer initiative be funded exclusively through the user fees that preparers must pay for a PTIN, competency testing and continuing education?** Yes. **Will the funds from each fee be used to exclusively fund that particular component?** Yes.

    b. **Does IRS anticipate that any general funds will be used to finance parts of the paid preparer initiative?** We plan to pay for the program through user fee receipts.

    c. **In the assumptions for the user fees, on the third line, the document states that the user fee will cover 75% of the costs. How will the other 25% be funded?** ==There are certain costs for the entire program that are spread over the three user fees we plan to charge. 75% of those costs are allocated to the PTIN sign-up user fee.== 20% of those costs are allocated to the user fee for the competency testing and 5% of those costs are allocated to the user fee for approving continuing education courses.

**15. Has IRS developed a plan to review its user fee assumptions regularly and ensure that the user fee will be sufficient to cover costs over time?** OMB Circular A-25, and the *Chief Financial Officers (CFO) Act of 1990*, requires a review, every two years, of the cost of all activities for which a Federal agency charges user fees. We comply with the biennial review requirement and will review the user fee every two years.

    a. **Has IRS conducted analysis comparing the paid preparer initiative's cost estimate to its assumed user fee collections, and determined that user fees will cover program costs?** The user fee rate was determined by assuming a certain volume of preparers registering. The volume was our best estimate but we will have better data when we conduct the biennial review and determine whether the volume was estimated at an appropriate level. If the volume is reasonably close to our estimate, the user fee will cover the full cost of the program.

    b. **Has IRS developed a plan to review the third-party vendor's assumptions of its costs for facilitating PTIN registration and ensure that its user fee will be sufficient to cover costs over time?** This is a no-cost to government contract and it is up to the vendor to ensure its costs are recovered. Based on responses to the RFP, we have no reason to believe they are not charging an appropriate fee.

**16. Were the user fee documents updated to reflect the change from a 3 year to an annual fee? If so, do we have the updated documents?** Yes.