# EXHIBIT S



Exhibit
PI 022
5/18/2021

## Agenda – December 6, 2011 (8:30 AM – 4:30 PM)

| Topic | Description | Facilitator |
|---|---|---|
| **Day 1: Tuesday, December 6, 2011** | | |
| **Session Overview** | ▪ Review the overall agenda for working session | David and Preston |
| **Testing Update** | ▪ Provide update on testing, including stand-up of capability, metrics to date, and associated issues<br>▪ Discuss provisional PTINs and make decision on short-term issuance of provisional PTINs, along with long-term options | Larry |
| **Program Implementation Update** | ▪ Provide update on Wave 1 and Wave 2 hiring<br>▪ Discuss how hiring and staffing will progress post-Wave 2, including remaining spots within each department<br>▪ Discuss RPO Orientation progress and any associated issues | Nicole |
| **Budget Update** | ▪ Discuss current RPO budget conditions | Nicole |
| **Lunch Break (12 – 1)** | | |
| **Staff Welcome** | ▪ Welcome and meet new Suitability staff | David |
| **Suitability Update** | ▪ Discuss the updated Suitability options analysis and review RPO's criminal background check requirement<br>▪ Review the Suitability Operating Plan | Kim |
| **Referrals Discussion** | ▪ Provide update on requirements and processes associated with RPO Referral Processing<br>▪ Discuss and obtain decision on application of penalties to return preparers signing without a PTIN | Nadine |

**FOR INTERNAL USE ONLY**

2

## Testing Update

▶ RP Competency Test

▶ EA Special Enrollment Exam (SEE)

▶ Issuance of Provisional PTINs

*FOR INTERNAL USE ONLY*

3

BAH_0002182.0003

**Discussion Objectives**

▶ Provide an update on the stand-up of the RP Testing capability (key metrics reported to date, schedule of next steps, issues identified, etc.)

▶ Discuss status of EA Special Enrollment Exam (SEE) and plan for RPO management in concert with RP Competency Test

▶ Reach agreement on how RPO will handle the issuance of provisional PTINs moving forward

*FOR INTERNAL USE ONLY*

4

BAH_0002182.0004

## RP test scheduling and administration has proceeded at a slower rate than expected since the recent launch at the end of November

### *RP Test Scheduling & Administration Overview*



- With publication of the Testing User Fee Regulations in the Federal Register on Friday November 25, RP Test scheduling began the following Monday, and the first test was administered November 30, 2011

- To meet goal of setting Passing Score by January 25, 2012, the standard-setting process must begin December 21
  - Target is to have 2,400 test results available by then
  - Minimum required is 800 results

- To date, 1,451 RP competency tests have been scheduled
  - 222 are scheduled to occur within the next week

- 73 tests have been administered to date
  - This means that between ~50-150 candidates must take the test *each day* until Dec. 21 in order for the IRS to start distributing scores by January 30
  - RPO has indicated to beta testers that they will receive their scores within 60 days of the start of testing *(i.e., by January 30, 2012)*

*FOR INTERNAL USE ONLY*

5

# The most recent metrics show an ongoing decline in the number of tests scheduled per day, although the cumulative total is approaching 1,500

## *Testing Metrics Daily Report*
*(submitted by Prometric Dec. 5, 2011)*

| Tests Scheduled | 11/28/11 | 11/29/11 | 11/30/11 | 12/01/11 | 12/02/11 | 12/03/11 | 12/04/11 |
|---|---|---|---|---|---|---|---|
| Computer-based (CBT) *(per day)* | 467 | 302 | 235 | 192 | 157 | 51 | 47 |
| Paper-based (PBT) *(per day)* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Daily Change in Tests Scheduled* | - | *-35%* | *-22%* | *-18%* | *-18%* | *-68%* | *-8%* |
| **Total Tests Scheduled *(cumulative)*** | **467** | **769** | **1,004** | **1,196** | **1,353** | **1,404** | **1,451** |
| Total Appts. Scheduled Within Next 7 Days | 89 | 108 | 151 | 207 | 259 | 266 | n/a |
| Appts. Scheduled Within Next 30 Days | 454 | 473 | 585 | 734 | 886 | 881 | n/a |
| **Payment Processing** | **11/28/11** | **11/29/11** | **11/30/11** | **12/01/11** | **12/02/11** | **12/03/11** | **12/04/11** |
| Total $ Amount of Payments Collected *(per day)* | $54,172 | $35,052 | $27,260 | $22,272 | $18,212 | $ 5,913 | $ 5,452 |
| Total $ Amount Payments Transmitted to IRS *(per day)* | $  - | $  - | $  - | $10,098 | $ 8,640 | weekend | weekend |
| **Tests Administered** | **11/28/11** | **11/29/11** | **11/30/11** | **12/01/11** | **12/02/11** | **12/03/11** | **12/04/11** |
| Computer-based (CBT) *(per day)* | - | - | 7 | 20 | 30 | 12 | 4 |
| Paper-based (PBT) *(per day)* | - | - | 0 | 0 | 0 | 0 | 0 |
| *Daily Change in Tests Administered* | - | - | - | *186%* | *50%* | *-60%* | *-67%* |
| **Total Tests Administered *(cumulative)*** | **-** | **-** | **7** | **27** | **57** | **69** | **73** |
| **Customer Service Call Center Stats *(per day)*** | **11/28/11** | **11/29/11** | **11/30/11** | **12/01/11** | **12/02/11** | **12/03/11** | **12/04/11** |
| **Main Customer Service Line Level of Service** | **98%** | **96%** | **98%** | **98%** | **100%** | weekend | weekend |
| Calls Offered | 103 | 68 | 62 | 65 | 57 | - | - |
| Calls Handled | 101 | 65 | 61 | 64 | 57 | - | - |
| Average Speed of Answer (ASA) - mm:ss | 01:00 | 00:24 | 00:32 | 00:16 | 00:26 | - | - |
| ASA **(in seconds)** | 60 | 24 | 32 | 16 | 26 | - | - |
| **Candidate Care Line Level of Service** | - | - | - | - | **0%** | weekend | weekend |
| Calls Offered | 0 | 0 | 0 | 0 | 1 | - | - |
| Calls Handled | 0 | 0 | 0 | 0 | 0 | - | - |
| Average Speed of Answer (ASA) - mm:ss | 00:00 | 00:00 | 00:00 | 00:00 | 01:46 | - | - |
| ASA **(in seconds)** | - | - | - | - | 106 | - | - |
| **Special Accommodations Line Level of Service** | **100%** | **83%** | **88%** | **100%** | **75%** | weekend | weekend |
| Calls Offered | 6 | 6 | 8 | 6 | 4 | - | - |
| Calls Handled | 6 | 5 | 7 | 6 | 3 | - | - |
| Average Speed of Answer (ASA) - mm:ss | 03:48 | 01:01 | 01:35 | 01:07 | 01:22 | - | - |
| ASA **(in seconds)** | 228 | 61 | 95 | 67 | 82 | - | - |

FOR INTERNAL USE ONLY

6

BAH_0002182.0006

## This slower pace has caused the remaining test development schedule to shift backwards, and a new target date for sending candidate scores starting Jan. 30

### Test Development Schedule

| | Test Development Milestones | Dates |
|---|---|---|
| | 1. Results data sent to IRS for demographic analysis | December 21, 2011 |
| | 2. Problem Item Notification conference call | January 9, 2012 |
| | 3. Standard-setting begins | January 17, 2012 |
| | 4. Review standard-setting report with David Williams | January 23, 2012 |
| | 5. Cut Score approval meeting with Commissioner or designee | January 25, 2012 |
| | 6. Start mailing pilot candidate score reports | January 30, 2012 |
| | 7. Post-pilot test launches with immediate scoring | February 6, 2012 |

△ IRS Live Webinar on RPO/OPR ⬤ Federal government holidays

To achieve RPO's public goal of sending beta test scores within 60 days of the start of testing *(i.e., by Jan. 30, 2012)*:

▸ Emails will be sent to all who obtained/renewed PTIN between 10/1-11/28 to inform them of test availability *(after 11/28, automatic notification through TPPS)*

▸ Webinar on 12/14 has been publicized to RP community

▸ Other outreach efforts ongoing



**December 2011**

| M | T | W | T | F |
|---|---|---|---|---|
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 △ | 15 | 16 |
| 19 | 20 | 21 [1] | 22 | 23 |
| 26 ⬤ | 27 | 28 | 29 | 30 |
| ✕ | ✕ | ✕ | ✕ | ✕ |

**January 2012**

| M | T | W | T | F |
|---|---|---|---|---|
| 2 ⬤ | 3 | 4 | 5 | 6 |
| 9 [2] | 10 | 11 | 12 | 13 |
| 16 ⬤ | 17 [3] | 18 | 19 | 20 |
| 23 [4] | 24 | 25 [5] | 26 | 27 |
| 30 [6] | 31 | ✕ | ✕ | ✕ |

**February 2012**

| M | T | W | T | F |
|---|---|---|---|---|
| ✕ | ✕ | 1 | 2 | 3 |
| 6 [7] | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | ✕ | ✕ |

**FOR INTERNAL USE ONLY**

7

BAH_0002182.0007

# No major RP testing problems have been identified to date, but potential issues are being monitored and mitigated proactively

### *Potential Testing Issues*

▶ ***Open Test Center locations:*** RPO continues to track openings of Prometric test center locations daily

| Date | # of Priority Centers Ready | Total Centers Ready to Open | % of Centers Ready to Open | Est. # of PTIN-holders Covered | Est. % of PTIN-holders |
|---|---|---|---|---|---|
| 12/02/11 | 61 | 196 | 73.4% | 571,914 | 81.8% |

*Total*: 61 centers in top 25 markets   *Total*: 264

— A list is published on the IRS website that indicates which cities/states have centers that are currently open, and which are expected to open within the next two months

▶ ***Customer Service Issues:***

— **Online Application:** Prometric has identified that ~3 candidates incorrectly inserted their PTIN in place of the pre-populated File Number field; this must be manually corrected so their results match in TPPS

   • To prevent this in future, the File Number field name has been clarified and may be made numeric-only for max. 7 digits; Prometric also investigating whether pre-populated TPPS data can be frozen

— **Call Center:** Informal Customer Service Representative call monitoring and feedback to Prometric has begun, with formal call quality monitoring slated to start in January 2012 using NQRS

— **Refunds:** Six refund requests have been received and approved; causes of refund requests are being analyzed to make systemic changes that improve customer experience and ease of system use

*FOR INTERNAL USE ONLY*

8

BAH_0002182.0008

## In addition to passing the RP Competency Test, RPO must decide which other activities must be completed before RTRP Certificates are issued

### Prerequisites for Issuance of Registered Tax Return Preparer Certificates

▸ **Pass Tax Compliance Check:** First batch complete; second due in January.  Results are not in TPPS; must be checked manually

▸ **Pass Competency Test:** Target date for scores to be available starting Jan. 30.  TPPS will upload XML files from Prometric secure FTP site daily *(batch process)*

▸ **Suitability:**  What, if any, background check is required before a certificate is issued?
*Will certificates be issued to self-identified felons?*

▸ **Logistics:** Accenture plans to enable automated certificate issuance starting January 31, 2012, pending a contract modification.  Certificates can currently be manually generated from TPPS back-office; the RPO Suitability office will manually issue certificates until automated functionality is in place



**Timeline for Automated Certificate Issuance**

December 2011 — January 2012 — February 2012

1st Batch Tax Compliance Checks Now Complete

2nd Batch Tax Compliance Checks Due in January

Jan. 31: Automated Certificate Issuance Available

Jan. 30: Test Results Available

*FOR INTERNAL USE ONLY*

9



## Testing Update

▶ RP Competency Test

▶ EA Special Enrollment Exam (SEE)

▶ Issuance of Provisional PTINs

*FOR INTERNAL USE ONLY*

10

BAH_0002182.0010

# RPO Competency & Standards has developed an action plan for management of the EA Special Enrollment Exam (SEE) in concert with the RP Test

## EA SEE Action Plan



| Actions | 2011 | 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
| **Coordinate with Procurement re: actions needed before IRS signs contract extension** | Thru 1/4/12 | | | | | | ***SEE currently administered outside US by Prometric employees who have not undergone IRS background checks. Issue on hold pending resolution for RP Test | | | |
| ① Assign new COTR for SEE contract *(recommended, not required)* | | | | | | | | | | |
| ② Revise Form 2587 *Application for Special Enrollment Exam* to reflect $4 vendor fee increase (to $94) | | 1/5/2012: Start of next contract option period | | | | | | | | |
| ③ Negotiate vendor 508 Compliance Plan for Prometric website, online application, and computer-based exam | | | | | | | | | | |
| ④ **IRS SMEs review 2012 SEE questions for technical correctness** | | | 2/29/2012: Testing ends for 2010 Tax Year | | | | | | | |
| ▸ Each question reviewed by 1 Counsel SME and 1 SME from SB/SE, Appeals, TE/GE or LB&I | | 12/22/11 - 2/2/12 | | | | 5/1/2012: Launch SEE for 2011 TY | | | | |
| ▸ Ethics questions in Part 3 already pre-reviewed and revised by Counsel and OPR | | | | | | | | | | |
| ⑤ **With CFO, review $11 IRS SEE user fee & re-calculate, if needed** | | | During February | | | | | | | |
| ▸ Part of cost review for all RPO activities | | | | | | | | | | |
| ⑥ **Conduct major SEE update** | | | | | | | | | | |
| ▸ Complete overhaul of all questions, particularly Part 3 (ethics) | | | | | | | | Summer 2012 | | |
| ▸ Consider  conducting job skills analysis to update test specifications | | | | | | | | | | |
| ▸ Change SEE procedures to make consistent with RP Competency Test | | | | | | | | | | |
| ▸ Consider making RP Test become Part 1 of the SEE | | | | | | | | | | |
| ⑦ **Continue to work with Communications to move SEE materials from OPR website to RPO, and create any new content needed** | Thru 1/31/12 | | | | | | | | | |

*FOR INTERNAL USE ONLY*

1

BAH_0002182.0011



BAH_0002182.0012

## Both small and large tax preparation firms have expressed concerns regarding the elimination of Provisional PTINs

### *Key Issues Related to Elimination of Provisional PTIN*

▶ **Ability to Quickly Hire** – Without provisional PTINs, new applicants will be required to satisfy <u>all</u> suitability requirements <u>before</u> they are able to prepare tax returns. Firms fear that if candidates must pass the RP test and background checks before obtaining a PTIN, they will be unable to quickly hire and deploy preparers during tax season or other times of need

▶ **Timely PTIN Approval Process** – RPO cannot yet accurately forecast the resources needed to timely process new PTIN applications under yet-to-be-determined suitability criteria while also reducing the current provisional PTIN backlog

▶ **News Release Needed** – Notice 2011-80, published Oct. 24, states that Provisional PTINs will be issued "until at least April 18, 2012. The IRS will announce the last date it will issue provisional PTINs in a news release issued at least 30 days before"

  – *i.e.*, the IRS must issue revised guidance via a news release by March 19, 2011

*FOR INTERNAL USE ONLY*

13

# In the short-term, the team recommends that IRS continue issuing provisional PTINs through an extended date of December 31, 2012

### *Short-term Recommendation*

▸ The team recommends that IRS *continue issuing Provisional PTINs beyond April 18* – potentially through December 31, 2012

– The original April 18, 2012 date was a *self-imposed target* to initially address filing season hiring concerns raised by external stakeholders

– An extension will *give RPO sufficient time to implement full suite of suitability checks and evaluate data* on average processing times and stakeholder impact

– This extension will also *give the IRS time to decide on a long-term solution* to avoid the same concerns arising from the firms each year

*FOR INTERNAL USE ONLY*

14

# Long-term, the RPO could consider several options, including a new type of provisional PTIN that lasts no longer than one calendar year

*Illustrative timelines on next slide*

## Long-Term (Post-2012) Solution Options

| | Option | Description | Benefits of Option | Risks |
|---|---|---|---|---|
| **These two options involve ceasing prov. PTINs on a specific date** | **#1 - Cease issuing provisional PTINs as of specific date (e.g., Dec. 31, 2012 or April 18, 2013, etc.)** | ▸ Extends process currently described in Notice 2011-80 | ▸ Fits philosophy that RPs should be deemed competent and suitable before they prepare any returns<br>▸ No new TPPS functionality required | ▸ Does not address firms' long-term need to be able to quickly hire and deploy RPs<br>▸ Creates risk if RPO backlogs develop |
| | **#2 - Issue new batch of provisional PTINs good through 2014, then cease** | ▸ Assuming current provisional PTIN system extended until 12/31/2012, applicants who come in after that have until end of 2014 to pass test and suitability<br>▸ On 1/1/2015, provisional PTIN issuance ceases | ▸ Gives RPO time to process current backlog of provisional PTIN-holders and refine processes to minimize new applicant turnaround time | ▸ Additional 2-year grace period does not meet RPO goal of ensuring RPs' competency & suitability<br>▸ After 2014, firms may still have trouble hiring/deploying quickly<br>▸ May require minimal IT modifications |
| **These two options create a new type of prov. PTIN** | **#3 - Issue new type of provisional PTIN that lasts for that calendar year** | ▸ Assuming current provisional . PTIN system extended until 12/31/2012, after that, RPO begins issuing new provisional PTINs that last only through the end of that calendar year<br>▸ Provisional PTIN is a 1-time designation; cannot be renewed | ▸ Firms able to hire/deploy RPs quickly<br>▸ Shorter grace period minimizes risk until RPs deemed competent & suitable | ▸ Confusion may arise between original provisional PTIN holders and new designation ("pending"?)<br>▸ May require extensive IT modifications |
| | **#4 - Issue new provisional PTIN for that calendar year & require supervision** | ▸ As above<br>▸ Adds requirement that provisional PTIN-holders must be supervised | ▸ Shorter grace period & supervision requirement enhances control over provisional PTIN holders' behavior until they are deemed competent & suitable | ▸ As above, may cause confusion regarding name of new designation<br>▸ May require extensive IT modifications |

**Other options?**

15

*FOR INTERNAL USE ONLY*

BAH_0002182.0015

# The identified long-term solution options encompass a variety of durations



*FOR INTERNAL USE ONLY*

16



**Program Implementation Update**

▶ Hiring Update

▶ Training Update

*FOR INTERNAL USE ONLY*

17

BAH_0002182.0017

## Discussion Objectives

- ▶ Review progress of RPO hiring (staffing of each RPO department)
- ▶ Review currently un-hired positions and discuss plans for hiring new staff moving forward
- ▶ Discuss any risks or issues related to office hiring

*FOR INTERNAL USE ONLY*

18

# Wave 2 hiring is almost complete but a few issues remain outstanding

### *Wave 2 Hiring Update*

▸ Of 76 positions announced, 45 have been hired/accepted offers to date

| Department | Wave 2 Planned | Staff Selected |
|---|---|---|
| Office of the Director | 2 | - |
| Strategy & Finance | 6 | 2 |
| Vendor & Business Processes / Requirements Management | 6 | 6 |
| Return Preparer Suitability | 24 | 16 |
| Competency & Standards | 7 | 4 |
| Compliance & Enforcement | 18 | 6 |
| Referral Processing & Discipline | 11 | 11 |
| Communication | 2 | - |
| *Total* | *76* | *45* |

▸ Suitability faces some unique challenges

  – Mix-up regarding the required number of candidates on the hiring certificate has caused additional offers to be made than otherwise planned

  – Uncertainty around fingerprinting/background checks has put a hold on some previously planned Wave 2 hires (8 FTE)

*FOR INTERNAL USE ONLY*

19

## After Wave 2 is complete, RPO will have 151 permanent employees:  101 "new" RPO permanent employees and 50 realigned ETA/OPR FT permanent employees



▸ *36 positions were originally planned for  Wave 3, which would result in an organization of 192 positions (142 "new" and 50 realigned)*

**FOR INTERNAL USE ONLY**

20

## As Wave 2 comes to a close, Department Directors need to validate any additional hires needed in the foreseeable future

### *Validation of Additional Hires*

▶ Plans made for Wave 3 were originally made at the June Leadership meeting

▶ More recent information about planned operations, anticipated workloads, and stand-up timelines should be taken into consideration

▶ Overall hiring will have to be balanced with available funds based on actual and anticipated user fee revenues and management decisions to resolve fingerprinting issue

    – Going forward, however, hiring decisions will require more rigorous analysis and justification

*This exercise requires two pieces of information (based on best current knowledge)*
    *– Identification of positions that need to be hired in Wave 3*
    *– Date at which workload will require them being on-board (i.e., hired and initially trained)*

*FOR INTERNAL USE ONLY*

21

### Office of the Director – Post Wave 2 State

| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|--------|--------|--------|---------------------|-----------------|------------|
| 6 | 2 | 0 | 0 | 8 | 2 |

**Karen Masken** — 1
Secretary
GS-318-10
*Detailee – 1/28/12*

**David Williams** — 1
Director
Return Preparer Office
SES

**Tracey Tomkins** — 1
Staff Assistant
Return Preparer Office
GS-301-12

**Sarah (Denise) Trujillo** — 1
Attorney-Advisor
Return Preparer Office
GS-0905-15

**Preston Benoit** — 1
Deputy Director
Return Preparer Office
SES

**Latarsha Brown\*** — 1
Secretary
GS-318-10
*Detailee – 2/25/12*

\*Latarsha is detailed from another RPO office; positioned has been re-announced.

**Melissa Reynard** — 1
Technical Advisor
Return Preparer Office
GS-301-15

**Technical Advisor** — 1
Return Preparer Office
GS-301-15

**Sr. Operations Advisor** — 1
Return Preparer Office
GS-343-15

Permanent Position Filled or To Be Filled in Wave 2    Detailee Position    Wave 3 Hire    Remaining Positions

**FOR INTERNAL USE ONLY**

22

193, 165, 96



## Strategy & Finance – Post Wave 2 State

| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|--------|--------|--------|---------------------|-----------------|------------|
| 5 | 5 | 9 | 4 | 23 | 4 |

**Nicole Myers** 1
Director
Strategy and Finance
IR-SM-343-01

**Erin Crowthers** 1
Admin. Support
GS-303-7

Frontline Manager 1
Strategy and Policy Team
IR-FM-343-04

**Christopher Kurtz** 1
Frontline Manager
Budget & Finance Team
IR-FM-560-04

**Munavar Hassanali** 1
Team Lead
Human Capital Team
GS-201-13

Sr. Analyst 1
Strategy and Policy Team
GS-343-14

**Rachel Erath** 1
Policy Team Lead
Strategy and Policy Team
GS-343-14

**Alisa Dortch** 1
Team Lead
Budget & Finance Team
GS-560-14

**Alia Black** 1
Management Analyst
Human Capital Team
GS-343-12

Analyst 1
Strategy and Policy Team
GS-343-13

**Analyst** 1
Strategy and Policy Team
GS-343-13

Budget Analyst 5
Budget & Finance Team
GS-560-13

HR Specialist 2
Human Capital Team
GS-201-12

**Analyst** 1
Strategy & Policy Team
GS-343-9/11/12

Analyst 2
Strategy & Policy Team
GS-343-9/11/12

Analyst 2
Strategy & Policy Team
GS-343-9/11/12

**Barbara Lamos** 1
Strategy and Finance
GS-343-14
*Detailee – 2/11/12*

**Ken Marek** 1
Strategy and Finance
IR-1169-01
*Detailee – 12/31/11*

**G. Baker** 1
Strategy and Finance
GS-343-14
*Detailee – 3/21/12*

**Andrea Brown** 1
Strategy and Finance
GS-201-13
*Detailee – 1/28/12*

Permanent Position Filled or To Be Filled in  Wave 2     Detailee Position     Wave 3 Hire     Remaining Positions

**FOR INTERNAL USE ONLY**

23

# Vendor & Business Processes/Requirements Management – Post Wave 2 State



| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|--------|--------|--------|---------------------|-----------------|------------|
| 4 | 7 | 6 | 2 | 19 | 2 |

Lisa Hernandez
Director
VPBRM
IRS-SM-340-01

Admin. Support
GS-303-7

Robert Mattingly
Registration Lead/COTR
GS-343-15

Alex Shojay*
Testing/Fingerprinting
Lead/COTR
GS-343-15
*Detailee – 10/20/12*

Service-wide Sr. Analy.
Serv. Wide Guidance
GS-343-14

Christopher Pfeffner
Security/FISMA
Coordinator/Frontline
Manager
GS-343-15, *Detailee –
3/24/12*

Amy Goudey
Business Requirements
Frontline Manager
Business Requirements
Planning Office
IR-FM-343-03

J. Driscoll*
Registration Sr. Analyst
GS-343-14
*Temp ~ 6/2/12*

Pam Koslicki
Testing/Fingerprinting
Sr. Analyst
GS-343-14

Service-wide Analyst
Serv. Wide Guidance
GS-343-13

Security/FISMA
Support Analyst for
Registration*
GS-343-13

Steven Drake
BSP Analyst
GS-343-14

Sara Covington
IT and Registration
Management
GS-343-13
*Detailee, 120 Days*

Testing/Fingerprinting
Service Support Analyst
Customer Service Support
GS-343-13

Security/FISMA
Support Analyst for
Testing/Fingerprinting*
GS-343-13

Jana Roberts
BSP Analyst
GS-343-14

Ben Marsden
BSP Analyst
GS-343-14

*Alex and Jim are currently
filling permanent positions but
are Detailed/Temp
respectively. These are
counted in the "Remaining
Positions" total.

Allen Dye
Darick McGriff
Byron Endo
Business Req. Analyst
Business Requirements
Planning Office
GS-343-13/14

| | Permanent Position Filled or To Be Filled in Wave 2 | | Detailee Position | | Wave 3 Hire | | Remaining Positions |
|---|---|---|---|---|---|---|---|

**FOR INTERNAL USE ONLY**

24

BAH_0002182.0024

## Communications – Post Wave 2 Hiring State

| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|---|---|---|---|---|---|
| 3 | 2 | 2 | 1 | 8 | 0 |



Leann Ruf
Director
Com. Team
IR-SM-1035-01 — 1

Admin. Assistant
Com. Team
GS-303-7 — 1

Nancy Mathis
Marketing/Branding Manager
Com. Team
GS-343-15 — 1

Anjali Garg
Team Lead
Com. Team
GS-1035-14 — 1

Com. Specialist
Com. Team
GS-1035-13 — 2

Comm. Specialist
Com. Team
GS-1035-13 — 1

Sr. Web Analyst
Com. Team
GS-301-13 — 1

Permanent Position Filled or To Be Filled in Wave 2    Detailee Position    Wave 3 Hire    Remaining Positions

**FOR INTERNAL USE ONLY**

25

BAH_0002182.0025

## Competency & Standards – Post Wave 2 State



| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|--------|--------|--------|---------------------|-----------------|------------|
| 2 | 6 | 7 | 0 | 15 | 3 |

**Stan Oshinsky** `1`
Technical Advisor
Competency & Standards
GS-343-15

**Larry Orozco** `1`
Director
Competency & Standards
IR-SM-340-01

**Christopher A. Perry\*** `1`
Admin. Support
GS-303-07
*Detailee – 12/17/11*

**Sue Gaston\*** `1`
Continuing Education Sr. Analyst
GS-343-14

**Lana Doolin** `1`
Testing Coord.
Competency Team
GS-343-14

**Karen Copeland** `1`
CE Team Lead/Sr. Analyst
CE Application Approval Team
GS-343-14

**Joel Abbott** `1`
CE Team Lead
CE Audit Team
GS-343-14

**Shannon Simpson** `1`
GS-343-13
*Temp – 9/8/12*

Testing Analyst `1`
Competency Team
GS-343-13

CE Analyst `1`
Application Approval Team
GS-343-13

**Rosemary A. Ryan\*** `1`
CE Analyst
CE Audit Team
GS-343-13
*Temp – 12/31/11*

\*Christopher and Rosemary are detailees currently filling permanent positions

**Rita Barnett** `1`
CE Analyst
CE Application Approval Team
GS-343-13

CE Analyst `3`
CE Audit Team
GS-501-13

CE Asst. `1`
CE Application Approval Team
GS-344-7

CE Audit Asst. `1`
CE Audit Team
GS-344-7

Legend:
- Permanent Position Filled or To Be Filled in Wave 2
- Detailee Position
- Wave 3 Hire
- Remaining Positions

**FOR INTERNAL USE ONLY**

26

## Compliance & Enforcement Overview – Enforcement Planning and Direction – Post Wave 2 State



| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|--------|--------|--------|---------------------|-----------------|------------|
| 2 | 8 | 0 | 0 | 10 | 1 |

**Diann Wensing** [1]
Director
Compliance & Enforcement
IR-SM-340-01

**Kareen Williams** [1]
Admin. Support
Compliance & Enforcement
GS-303-7

**Tracy Pettaway** [1]
Frontline Manager
Enforcement Planning
& Direction
IR-FM-343-03

**Michael Reynard** [1]
GS-303-04
*Detailee – 2/25/12*

**Bobbie Fowler**
**Dianne Krpan**
**Joan Cunningham**
**Lucille Jessey** [4]
Analyst
Compliance &
Enforcement
GS-343-14

Analyst [1]
Compliance &
Enforcement
GS-343-14

Social Scientist/ [1]
Researcher
GS-101-13

**Scott Wieczynski** [1]
Technical Analyst
Enforcement Planning
& Direction
GS-343-13

| | | |
|---|---|---|
| Permanent Position Filled or To Be Filled in Wave 2 | Detailee Position | Wave 3 Hire |
| | | Remaining Positions |

**FOR INTERNAL USE ONLY**

27





## Return Preparer Suitability – Post Wave 2 State

| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|--------|--------|--------|---------------------|-----------------|------------|
| 2 | 12/12 | 12 | 13 | 51 | 2 |

**Kim Rogers** — Director, Return Preparer Suitability — 1

Admin. Support GS-303-7 — 1

**Robin Tillman** Policy Analyst RP Suitability GS-343-14 — 1

**Theba Reese Parker** Frontline Manager RP Suitability IR-FM-343-05 — 1

Frontline Manager RP Suitability IR-FM-343-05 — 1

Frontline Manager RP Suitability IR-FM-343-05 — 1

Frontline Manager RP Suitability IR-FM-343-05 — 1

**D. Matheson\*** Fingerprinting GS-343-13 *Temp – 1/1/12* — 1

**T. Fernandez** Fingerprinting GS-501-14 *Temp – 3/10/12* — 1

**Monica Farrow** Staff Assistant Joint Board of Actuaries GS-301-12 — 1

*\*Deb is returning to her permanent position in January*

**Sallemah Tolev** Lead Suitability Analyst RP Suitability GS-501-12 — 1

Lead Suitability Analyst RP Suitability GS-501-12 — 1

Lead Suitability Analyst RP Suitability GS-501-12 — 1

Lead Suitability Analyst RP Suitability GS-501-12 — 1

**Jamie Southward (7)** **Tetaurus Royalston (11)** **Dominique Stanberry (11)** **Ameda Russell (11)** **Leanne Juliana (9)** **Kimberly Storey (7)** *Vacant* Suitability Analyst RP Suitability GS-501-7/9/11 — 7

**Anthony Porress (7)** **Glenda Brooks Geegbae (11)** **Zandra Taylor (11)** **4 Vacants** Suitability Analyst RP Suitability GS-501-7/9/11 — 7

Suitability Analyst RP Suitability GS-501-7/9/11 — 7

Suitability Analyst RP Suitability GS-501-7/9/11 — 7

**Melissa Jackson** **Chiquita Russaw** Suitability Para-Technicians RP Suitability GS-303-5/6 — 2

**Latolya Edwards** *Vacant* Suitability Para-Technicians RP Suitability GS-303-5/6 — 2

Suitability Para-Technicians RP Suitability GS-303-6 — 2

Suitability Para-Technicians RP Suitability GS-303-6 — 2

**Veronica McGil** Clerk RP Suitability GS-303-5 — 1

Clerk RP Suitability GS-303-5 — 1

Clerk RP Suitability GS-303-5 — 1

Clerk RP Suitability GS-303-5 — 1

Permanent Position Filled or To Be Filled in Wave 2 · *Detailee Position* · Wave 3 Hire · *Remaining Positions*

*FOR INTERNAL USE ONLY*

29

# Referral Processing and Discipline – Post Wave 2 State



| Wave 1 | Wave 2 | Wave 3 | Remaining Positions | Total Positions | Temp Staff |
|---|---|---|---|---|---|
| 1 | 11 | 0 | 30 | 42 | 0 |

**Nadine McPhail** [1]
Director, Referral Processing and Discipline
IR-SM-340-01

**L'Tanya Chew** [1]
Admin. Support
Referral Processing Team
GS-303-7

**Zachary Woodside** [1]
Frontline Manager
Issue Resolution Team
IR-FM-950-05

Frontline Manager [1]
Issue Resolution Team
IR-FM-950-05

Frontline Manager [1]
Issue Resolution Team
IR-FM-950-05

Frontline Manager [1]
Issue Resolution Team
IR-FM-950-05

**Kalpana Patel (11)** [8]
**Sonya Grier (11)**
**Cedric Brown (12)**
**Daphne Meadows (12)**
**Earline Smith (12)**
**Vicki Morris (12)**
**Anthony Black (12)**
**Natalie Trankle (12)**
Case Specialist
Issue Resolution Team
GS-950-11/12

Case Specialist [8]
Issue Resolution Team
GS-950-11/12

Case Specialist [8]
Issue Resolution Team
GS-950-11/12

Case Specialist [8]
Issue Resolution Team
GS-950-11/12

Clerk [1]
Issue Resolution Team
GS-303-5

Clerk [1]
Issue Resolution Team
GS-303-5

Clerk [1]
Issue Resolution Team
GS-303-5

**Jared Kelly** [1]
Clerk
Issue Resolution Team
GS-303-5

Permanent Position Filled or To Be Filled in Wave 2  |  Detailee Position  |  Wave 3 Hire  |  Remaining Positions

**FOR INTERNAL USE ONLY**

30

BAH_0002182.0030



## Relationship Management & Marketing – Post Wave 2 State

FOR INTERNAL USE ONLY

31

BAH_0002182.0031

# e-File Market Analysis – Post Wave 2 State



| Total Positions | Temp Staff |
|---|---|
| 8 | 0 |

**Phyllis Gattos**
Supervisory Program Analyst
IR-343-01

**Maxine Holland**
Secretary
GS-318-07

**Derrick Wilson**
Sr. Management/Program Analyst
GS-343-14

**Valerie Glasker Muse**
Sr. Management/Program Analyst
GS-343-14

**Lisa Burch**
Sr. Management/Program Analyst
GS-343-14

**Sara Dir**
Management/Program Analyst
GS-343-13

**Michael Denard**
Computer Analyst
GS-301-13

**Rosalind Inge**
Management/Program Analyst
GS-343-12

Permanent Position Filled or To Be Filled in Wave 2   Detailee Position   Wave 3 Hire   Remaining Positions

**FOR INTERNAL USE ONLY**

32



# e-File Provider Program Management– Post Wave 2 State

| Total Positions | Temp Staff |
|---|---|
| 11 | 0 |

**Kevin Hatton**
Supervisory Program Analyst
IR-343-01

Sr. Management/Program Analyst
GS-343-14
(formally filled by Alex Shojay who is on detail to VBPRM)

**Yudeckia Brothers**
Sr. Management/Program Analyst
GS-343-14

**Joan Tann**
Sr. Management/Program Analyst
GS-343-14

**Harold Swartzwelder Jr.**
Sr. Management/Program Analyst
GS-343-14

**Keith Morris**
Sr. Management/Program Analyst
GS-343-14

**Grace Davis**
Sr. Management/Program Analyst
GS-343-14

**Milka Rodriguez**
Management/Program Analyst
GS-343-13

**Amy Dance-Lewis**
Management/Program Analyst
GS-343-13

**Teresa Sexton**
Management/Program Analyst
GS-343-13

**Elwood Lucas**
Management/Program Analyst
GS-343-13

Permanent Position Filled or To Be Filled in Wave 2   Detailee Position   Wave 3 Hire   Remaining Positions

**FOR INTERNAL USE ONLY**

33

## Office of the Director – Joint Board of Actuaries – Post Wave 2 State



| Total Positions | Temp Staff |
|---|---|
| 4 | 0 |

**Pat McDonough**
Director, Enforcement II
Joint Board of Actuaries
IR-SM-905-01

**Vacant\***
Staff Assistant
Joint Board of Actuaries
GS-301-12

*Monica Farrow's position; she is on detail to Suitability*

**Elizabeth Van Osten**
Attorney / Advisor
Joint Board of Actuaries
GS-905-14

**Michele McDonald**
Program Analyst
Joint Board of Actuaries
GS-343-09

Permanent Position Filled or To Be Filled in Wave 2    Detailee Position    Wave 3 Hire    Remaining Positions

**FOR INTERNAL USE ONLY**

34

BAH_0002182.0034



Add the 2 detailed positions on here that came from OPR to work the elevated cases from EA

BAH_0002182.0035



## Program Implementation Update

▶  Hiring Update

▶  Training Update

*FOR INTERNAL USE ONLY*

36

## Discussion Objectives

- Review key training dates across the RPO
- Reach agreement on the proposed scope of the RPO Orientation session in early January
- Discuss costs associated with training

*FOR INTERNAL USE ONLY*

37

BAH_0002182.0037

## The RPO training program will include RPO-wide events as well as training modules for each department

### *RPO Training Program Overview*

▸ The goal of the RPO Training Program is to onboard employees and give them the tools necessary to fulfill their roles and responsibilities successfully.  RPO will fulfill this goal by offering Office-wide training as well as Department-specific training

▸ RPO will hold an Orientation training session that is opened to all RPO employees including realigned employees from OPR and ETA. Orientation is tentatively scheduled for January 18, 2012

▸ Likely after Orientation, each department will hold focused training modules to give their employees the specific knowledge and skills necessary to carry out their jobs effectively.  The below table gives a summary of training plan details –

| Department | Training Modules | Start Date | Duration |
|---|---|---|---|
| *Compliance and Enforcement* | ▸ Department Training<br>▸ PTIN Analyst Training<br>▸ Systems Training (NetReveal, ETA Database, IAT/IDRS)<br>▸ Secretary Training<br>▸ Technical Analyst Training (includes TPPS Case Management Training) | Jan 23, 2012<br>Jan 24, 2012<br>Jan 26, 2012<br>Jan 31, 2012<br>Jan 31, 2012 | 1 day<br>2 days<br>2 days<br>3 days<br>3 days |
| *Competency and Standards* | ▸ Continuing Education Department Training (Part 1)<br>▸ Testing – Customer Service Quality Assurance<br>▸ Continuing Education Department Training (Part 2) | Ongoing<br>Oct 12, 2011<br>Feb 6, 2012 | TBD<br>6 hours<br>1 week |
| *Return Preparer Suitability* | ▸ RPO Orientation<br>▸ Department Training<br>▸ Pre-Work and On-The Job Training<br>▸ TPPS Case Management Training | Dec 6, 2011<br>Dec 9, 2011<br>Dec 19, 2011<br>Jan 26, 2012 | 2 days<br>2 weeks<br>2 weeks<br>2 days |
| *Referral Processing & Discipline* | ▸ Department Training<br>▸ External Systems Training (Accurint, BRB Publishing, ERCS, ETA Preparer Database, e-trak, IDRS/IAT, PACER)<br>▸ TPPS Case Management Training | Jan 20, 2012<br>Jan 24, 2012<br>Jan 25 2012 | 2 days<br>1 day<br>2 days |
| *Vendor & Business Processes/Requirements Management* | ▸ Vendor and Business Processing/Requirements Management Department Training | Jan 17, 2012 | 1 day |

*FOR INTERNAL USE ONLY*

38

# Each department has scheduled their training sessions to coincide with expected start dates of new hires

### *RPO Training Program Key Dates*



| Departments | December 2011 | | | | January 2012 | | | | | February 2012 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/4 | 12/11 | 12/18 | 12/25 | 1/1 | 1/8 | 1/15 | 1/22 | 1/29 | 2/5 | 2/12 | 2/19 | 2/26 |
| **RPO** | | | ★ 12/20: Accenture Train-the-Trainer | | | | ★★ 1/18 – 19: RPO Orientation | | | | | | |
| **Compliance and Enforcement** | | | | | | | 1/23: Department Training 1/24 – 25: PTIN Analyst Training 1/26 – 27: Systems Training 1/31 – 2/2: Technical Analyst and TPPS System Training 1/31 – 2/2: Secretary Training | | | | | | |
| **Competency and Standards** | | *Date(s) TBD: Ongoing informal training* | | | | | | | | 2/6: Continuing Education Dept. Training (Part 2) | | | |
| **Return Preparer Suitability** | 12/6: RPO Orientation (Suitability) | 12/9 – 16: Department Training | 12/19 – 30: Suitability pre-work, on-the-job training and Professional Designation checks | | | | | 1/26 – 27: TPPS Case Management Training | | | | | |
| **Referral Processing and Discipline** | | | | | | | 1/20: Dept. Training | 1/24: External Systems Training | 1/25:TPPS Case Management Training | | | | |
| **Vendor & Business Processes/Rqmnts Management** | | | | | | | 1/17: Department Training | | | | | | |

**Key** ★ RPO-Wide Event   ◆ Training Activity      *FOR INTERNAL USE ONLY*      39

# Orientation will be a two-day training session, which will provide the background, strategy, capabilities and resources of RPO

## RPO Orientation Overview

| Module | Duration | Delivery Method | Location | Start Date |
|---|---|---|---|---|
| RPO Orientation | 2 days | Discussion, Demonstration | Washington, DC | Jan 18, 2012 |

| Module Objective | ▶ To provide context and background to RPO staff and ensure there is a clear understanding about roles and responsibilities and relationships among all the departments | | |
|---|---|---|---|
| **Learning Objectives** | ▶ Industry Overview and Return Preparer Initiative<br>▶ RPO Capabilities<br>▶ Strategic Plan: Vision, Mission and Goals<br>▶ Department Overview and Organizational Structure<br>▶ Internal and External Stakeholders<br>▶ Program Funding Model: User Fees and Appropriations<br>▶ Regulatory Framework (e.g., Circular 230, etc.)<br>▶ Tax Professional PTIN Systems Overview<br>▶ RPO Implementation Plan: Phase 3 | | |
| **Materials** | 1) Orientation Training Presentation | Point of Contact | 1) Leann Ruf, Melissa Reynard and Nicole Myers<br>2) Lisa Hernandez |

| Trainer(s) | Audience | Number of Attendees [1] |
|---|---|---|
| RPO Senior Leadership | All RPO Employees including realignments | 161 |

[1] Includes 109 RPO Hiring Wave 1 and Wave 2 employees, projected employees and detailees, respectively, 33 ETA employees and 19 OPR employees

*FOR INTERNAL USE ONLY*

40

# Travel costs associated with the training program are estimated to be approximately $140K, with 71% of those costs attributable to Orientation

### *Training Program Costs*

▸ The overall cost of the RPO training program was estimated using a flat-rate per traveler methodology.  A key assumption in this methodology is there are no other costs associated with the training program besides travel

▸ The flat-rate methodology estimates that training program costs are $1,500 per traveler.  Thus, the total cost of the training program is $210,000, $138,000 coming from user fee funds.  Orientation travel costs make up 71% of the total RPO training program cost as 65 RPO employees will likely have to travel to Washington, DC to attend training

▸ Department training program costs are generally not significant with the exception of Compliance and Enforcement.  More modules and a longer duration compared to other departments are factors that drive the higher cost in Compliance and Enforcement



**Flat-Rate Methodology Cost Details**

| | Total | RPO | Compliance and Enforcement | Referral Processing and Discipline | Return Preparer Suitability | Competency and Standards | Vendor & Business Processes / Requirements Management |
|---|---|---|---|---|---|---|---|
| *Training Location* | Washington, DC | Atlanta, GA | Washington, DC [2] | Atlanta, GA | Washington, DC | Atlanta, GA [2] |
| # of Travelers | 113 [1] | 12 | 10 | 5 | 3 | 4 |

[1] Travelers to Washington, DC for Orientation Includes 65 travelers from RPO, 33 from ETA and 15 from OPR.   [2] Used an estimate of $750 instead of $1,500 as these travelers will not expend additional costs traveling to department training because their training location will be held in Washington, DC prior to or directly after Orientation

*FOR INTERNAL USE ONLY*

41



## Budget Update

▶ User fee revenues/Appropriations

▶ Cost explanation and breakdown

▶ Situational analysis

▶ Appendix

*FOR INTERNAL USE ONLY*

42

BAH_0002182.0042

## RPO planned to recoup costs associated with the program through three user fees covering RPO costs relating to labor, HCO and one-time expenses

| Fee | Description | FY11 Costs | FY12 Costs | FY13 Costs |
|---|---|---|---|---|
| PTIN* | The PTIN fee was designed to cover the bulk of total program costs inclusive of an anticipated 331 person organization to provide oversight for 1.2 M preparers.  Major components included | **$52,607,893** | **$59,203,377** | **$67,046,112** |
| | – Communications / Customer Support<br>– IT<br>– Program Compliance<br>– PMO Operations Support<br>– Registration | – $2,124,955<br>– $2,261,924<br>– $37,456,668<br>– $10,445,201<br>– $319,145 | – $1,653,251<br>– $2,261,924<br>– $47,073,842<br>– $7,888,832<br>– $325,528 | – $8,327,221<br>– $2,261,924<br>– $48,015,319<br>– $8,109,609<br>– $332,039 |
| Test | The Test fee was designed to recover a portion (20%) of the RPO program costs not recouped by the PTIN fee.  Additionally, it was designed to recoup activities related to the following components: | **$4,629,841** | **$3,316,860** | **$3,324,959** |
| | – RPI Program Costs<br>– Test development<br>– Test complaint resolution<br>– Vendor Employee Background Check | – $2,798,574<br>– $319,905<br>– $0<br>– $1,511,362 | – $2,798,574<br>– $326,304<br>– $10,639<br>– $181,343 | – $2,798,574<br>– $332,830<br>– $10,852<br>– $182,703 |
| Fingerprint | The Fingerprint fee was designed to recover program costs for suitability checks and the following components: | **$3,376,304** | **$7,344,569** | **$7,488,462** |
| | – Fingerprint adjudication<br>– Vendor Employee Background Check<br>– Suitability Appeals | – $219,136<br>– $3,157,168<br>– $0 | – $6,880,543<br>– $307,690<br>– $156,336 | – $7,018,142<br>– $310,858<br>– $159,462 |

*Developed and approved in April 2010

## The PTIN fee was designed to cover the majority of program costs; however, the program has changed dramatically since its development

The PTIN fee was designed anticipating the majority (75%) of program costs would be recouped through the PTIN fee. Since the fee was approved (April 2010) several changes to the program have necessitated changes to how the office plans on spending the fee collected

### What was Planned?

‣ The majority of the Return Preparer Office labor, benefits and overhead, as well as a portion of OPR's staff necessitated by implementation of the new PTIN regulations were to be covered (~300 staff)

‣ Major IT investments were to be covered

‣ Major marketing and communications efforts were to be covered



### What's Changed?

‣ Significantly fewer preparers (~730k) obtained a PTIN than anticipated (1.2M). The resulted in a high percentage of revenue needing to be spent on program costs not dependent upon volume (e.g., program management)

‣ Significant changes to the anticipated processes and associated workload have altered the RPO and OPR's organizational design

‣ 5% of the remaining 25% of the program costs will not be recouped as originally planed

| | 2011 | 2012 | 2013 |
|---|---|---|---|
| Originally Anticipated PTIN Fee Revenue | $60,000,000 | $60,000,000 | $60,000,000 |
| Updated projected PTIN Fee Revenue | $36,963,246 | $36,887,990 | $36,900,230 |
| Difference | ($23,036,754) | ($23,112,010) | ($23,099,700) |

FOR INTERNAL USE ONLY

44

**The Testing and Fingerprint fees were designed to cover only the costs incurred in administering those capabilities, no revenue has been realized to date**

### TESTING USER FEE PLANS

**What is Planned?**

▸ 20% of RPO program costs are planned to be recouped from the testing fee
▸ All IT and processing fees required to conduct MBI screenings on the testing vendor's staff are planned to be recouped
▸ Costs associated with the development of the test are planned to be recouped
▸ All costs associated with resolving complaints are planned to be recouped

|  | 2011 | 2012 | 2013 |
|---|---|---|---|
| IRS User Fee | $27 | $27 | $27 |
| Anticipated Volume | 0* | 230,314* | 115,233* |
| Anticipated Revenue | $0** | $6,218,491** | $3,110,277** |

\* Assumes total tests taken as 460K across '11 – '14
\*\* IRS will not begin collecting revenue until  Prometric realizes revenue

### FINGERPRINTING USER FEE PLANS

**What is Planned?**

▸ All IT and processing fees required to conduct MBI screenings on the testing vendor's staff are planned to be recouped
▸ Costs associated with HCO gathering final disposition of cases and conducting preliminary screenings of cases are planned to be recouped
▸ Cost associated with appeals to suitability decisions are planned to be recouped

|  | 2011 | 2012 | 2013 |
|---|---|---|---|
| IRS User Fee | TBD | TBD | TBD |
| Anticipated Volume | TBD | TBD | TBD |
| Anticipated Revenue | TBD | TBD | TBD |

FOR INTERNAL USE ONLY

45

BAH_0002182.0045

# In addition to the user fee revenue, the RPO will receive appropriated funding for staff recently transitioned from other IRS organizations



*Offices / Staff  Transitioned to the RPO*

**EA Mgmt - Detroit**
‣ 14 staff responsible for processing Enrolled Agent applications were recently transitioned from OPR to the RPO
‣ Staff are located in Detroit and range from GS5 – GS12

**Joint Board of Actuaries**
‣ 4 staff responsible for oversight of the Actuarial enrollment process were recently transitioned from OPR to the RPO
‣ Staff are located in Washington DC metro

**ETA Components**
‣ 34 staff responsible for oversight of the Efile program, relationship management as well as general analysis for electronic tax administration were recently transitioned from OPR to RPO
‣ Staff are distributed across the country

*Appropriated Money Transferred to the RPO*

$2,207,568

$7,780,371

*FOR INTERNAL USE ONLY*

46

# The baseline FY2012-13 budget is based on several assumptions that will be refined as we know more information

## Revenue Assumptions

**PTIN Fee**
- 15,000 new PTIN applications will be made each year
- 98% PTIN Renewal Rate from year-to-year

**Testing Fee**
- 50% of provisional test takers will take the test in FY2012
- 50% of provisional test takers will take the test in FY2013 and FY2014 (25% in each)

**Fingerprinting**
- No fingerprinting revenue will be collected due to a new background check policy

## Cost Assumptions

**Labor**
- All of Wave 1 and Wave 2 hires will be hired in FY21012
- All Wave 3 hires will be hired for the full FY2013
- Remaining positions are not included in the baseline
- Certain OPR staff will be funded by the User Fee
  - 15 FTE in Q4 of FY2012
  - 25 FTE (an additional 10) in FY2013
  - 34 FTE (an additional 9) in FY2014
- Benefits for labor are calculated as 28% of salaries
- Costs for the OPR staff paid for by the User Fee assumes 33.4% personnel rate (28% for benefits 5.4% for other costs – based on current OPR non-labor to labor ratio)
- Mid-Grade salary estimations were used for positions where exact salary information was not available

**Non-Labor**
- Operational Support Overhead is calculated as 55.6% of labor salary and benefits of User Fee Funded Staff; this overhead is taken off the top of appropriations so is not included

*FOR INTERNAL USE ONLY*

47

## To fund office operations, the Return Preparer Office generates revenue through user fees and receives appropriations

**Fund Summary**

| | FY2011 | FY2012 | FY2013 |
|---|---|---|---|
| *User Fee Revenue* | | | |
| PTIN New Application Fee | $36,963,246 | $750,000 | $750,000 |
| PTIN Renewal Fee | | $36,137,990 | $36,150,230 |
| Carryover from Previous Year | | $19,272,698 | $25,167,988 |
| Testing Fee | | $6,218,491 | $3,110,277 |
| Fingerprinting Fee* | | | |
| **Revenue Sub-Total** | $36,963,246 | $62,379,179 | $65,178,495 |
| *Appropriations* | | | |
| **Appropriated Funds** | | $9,987,939 | $9,987,939 |

*Fingerprinting Fee is contingent upon the decisions made by RPO Leadership on the Criminal Background Check Methodology

**Combined Funding**

| | FY2011 | FY2012 | FY2013 |
|---|---|---|---|
| **Total Funds** | $36,963,246 | $72,367,118 | $75,166,434 |

**Revenue Assumptions**

PTIN Renewal Rate – 98%
Assumed New Applications per Year – 15,000
Provisional Test Takers in 2012 – 50%
Provisional Test Takers in 2013 – 25%

*FOR INTERNAL USE ONLY*

48

BAH_0002182.0048



## Budget Update

▶ User fee revenues/Appropriations

▶ Cost explanation and breakdown

▶ Situational analysis

▶ Appendix

BAH_0002182.0049

## Per Congressional and OMB requirements, RPO expenditures are classified into three categories depending on the type of operations that the funding supports



▸ RPO has two sources of funds to support office operations
- User Fee Funds are generated through the RPO as RPs register for the program
- RPO also has Congressional Appropriations to support operations

▸ Monies are appropriated and apportioned into three fund types: Enforcement, Operations Support, and Taxpayer Services
- RPO requests authority to spend User Fee revenues through a detailed Spend Plan approved by OMB
- Congressional Appropriations are allocated to RPO through IRS CFO in these three categories

▸ Funds allocated or approved for one category cannot be spent in another category unless it is approved by OMB and Congress

**Enforcement:** provides for the examination of tax returns, both domestic and international; the administrative and judicial settlement of taxpayer appeals of examination findings; technical rulings; monitoring employee pension plans; determining qualifications of organizations seeking tax-exempt status; examining tax returns of exempt organizations; enforcing statutes relating to detection and investigation of criminal violations of the internal revenue laws; identifying underreporting of tax obligations; securing unfiled tax returns; and collecting unpaid accounts

**Operations Support:** provides for overall planning and direction of the IRS, including shared service support related to facilities services, rent payments, printing, postage, and security. Specific activities include headquarters management activities such as strategic planning, communications and liaison, finance, human resources, Equal Employment Opportunity and diversity, research, information technology, and telecommunications

**Taxpayer Services:** provides for taxpayer services, including forms and publications; processing tax returns and related documents; filing and account services; taxpayer advocacy services; and assisting taxpayers to understand their tax obligations, correctly file their returns, and pay taxes due in a timely manner

FOR INTERNAL USE ONLY

50

BAH_0002182.0050

## Based upon current revenue and cost projections, RPO will have an overall budget surplus at the end of FY2013

### User Fee Summary

| Revenue | | | |
|---|---|---|---|
| | FY2011 | FY2012 | FY2013 |
| Unused from Previous Year | | $19,272,698 | $25,167,988 |
| PTIN User/Renewal Fee | | $36,887,990 | $36,900,230 |
| Testing Fee | | $6,218,491 | $3,110,277 |
| Fingerprinting Fee* | | | |
| Total | $36,963,246 | $62,379,179 | $65,178,495 |

| Costs | | | |
|---|---|---|---|
| Enforcement | | $12,767,989 | $19,615,344 |
| Ops Support | | $23,443,202 | $25,313,527 |
| Taxpayer Services | | $1,000,000 | $1,000,000 |
| Total | $17,690,548 | $37,211,191 | $45,928,871 |

| Net Revenue | | | |
|---|---|---|---|
| Total Net Revenue | $19,272,698 | $25,167,988 | $19,249,624 |

*Fingerprinting Fee is contingent upon the decisions made by
RPO Leadership on the Criminal Background Check Methodology

### Appropriations Summary

| Revenue | | | |
|---|---|---|---|
| | FY2011 | FY2012 | FY2013 |
| Appropriations | | $9,987,939 | $9,987,939 |

| Costs | | | |
|---|---|---|---|
| Enforcement | | $1,746,429 | $1,707,505 |
| Ops Support | | $0 | $0 |
| Taxpayer Services | | $7,311,812 | $7,311,812 |
| Total | | $9,058,241 | $9,019,317 |

| Appropriations Balance | | | |
|---|---|---|---|
| Total Appropriations Balance | | $929,698 | $968,622 |

BAH_0002182.0051

## User fees are the primary funding mechanism of RPO to pay for the bulk of RPOs costs

### Costs Paid for by User Fee Revenue

| Enforcement | | | | |
|---|---|---|---|---|
| **Costs** | **Description** | **FY2011** | **FY2012** | **FY2013** |
| Labor | Labor salary and benefits costs for each employee paid for by the User Fee. Benefits is calculated as 28% of salary costs | | $12,217,989 | $19,065,344 |
| Travel | Employee and leadership travel costs | | $550,000 | $550,000 |
| | **Enforcement Sub-Total** | | $12,767,989 | $19,615,344 |

| Operational Support | | | | |
|---|---|---|---|---|
| IT | Expenses related to MITS support for the RPO office | | $3,000,000 | $3,000,000 |
| HCO | Expenses related to HCO support related to testing ,and potentially, fingerprinting | | $0 | $513,196 |
| Contract Support | Expenses related to vendor support | | $11,450,000 | $5,000,000 |
| Marketing | Expenses for public outreach and other marketing initiatives (including printing) | | $2,200,000 | $6,200,000 |
| Ops Support Overhead | Overhead costs calculated as a percentage of labor and benefits costs (55.6%) | | $6,793,202 | $10,600,331 |
| | **Ops. Support Sub-Total** | | $23,443,202 | $25,313,527 |

| Taxpayer Services | | | | |
|---|---|---|---|---|
| Marketing | Expenses for public outreach and other marketing initiatives | | $1,000,000 | $1,000,000 |
| | **Taxpayer Services Sub-Total** | | $1,000,000 | $1,000,000 |

| | | | | |
|---|---|---|---|---|
| **GRAND TOTAL** | | $17,690,548 | $37,211,191 | $45,928,871 |

*FOR INTERNAL USE ONLY*

52

BAH_0002182.0052

## Appropriated funds are being transferred to the RPO to pay for staff and related activities recently transitioned from ETA and OPR

### Costs Paid for by Appropriations

| Enforcement (OPR components) | | | | |
|---|---|---|---|---|
| **Costs** | **Description** | **FY2011** | **FY2012** | **FY2013** |
| Labor | Labor salary and benefits costs for employees transferred from OPR (EA Management and Joint Board of Actuaries). Benefits is calculated as 26% of salary costs | | $1,645,926 | $1,607,002 |
| Contract Support | Enforcement contract support costs | | $27,941 | $27,941 |
| Travel | Employee and leadership travel costs | | $46,020 | $46,020 |
| Other Expenses | All miscellaneous Enforcement expenses not covered above | | $26,542 | $26,542 |
| | **Enforcement Sub-Total** | $0 | $1,746,429 | $1,707,505 |

| Operational Support | | | | |
|---|---|---|---|---|
| | **Ops. Support Sub-Total** | $0 | $0 | $0 |

| Taxpayer Services (ETA components) | | | | |
|---|---|---|---|---|
| Labor | Labor salary and benefits costs for employees transferred from OPR (EA Management and Joint Board of Actuaries). Benefits is calculated as 26% of salary costs | | $4,434,826 | $4,434,826 |
| Contract Support | Enforcement contract support costs | | $2,405,590 | $2,405,590 |
| Travel | Employee and leadership travel costs | | $177,000 | $177,000 |
| Other Expenses | All miscellaneous Enforcement expenses not covered above | | $294,396 | $294,396 |
| | **Taxpayer Services Sub-Total** | $0 | $7,311,812 | $7,311,812 |

| **GRAND TOTAL** | | $0 | $9,058,241 | $9,019,317 |
|---|---|---|---|---|

*FOR INTERNAL USE ONLY*

53

## Although the office currently projects an overall budget surplus, part must be held in reserve to ensure RPO can meet cash requirements

| Rolling User Fee Surplus End of Year FY2013 |
| :---: |
| *$19,249,624* |

Less

| Required Cash On Hand for First Quarter 2014 |
| :---: |
| *$10,002,627* |



| Available Funds FY2013 |
| :---: |
| *$9,246,997* |

### *Available Funds Overview*

▸ Because the office is funded through user fees and not appropriations, it must be cognizant of cash flow considerations and keep capital on hand. The office must keep enough funds to account for at least a quarter of their operations in the next year

▸ Additionally, in the first several years of the program, the office will be collecting revenue for Testing that cannot be counted on as consistent funding streams moving forward (i.e., beyond 2014)

### *Budget Flexibility*

▸ "Overhead" funds are typically lump sum payments for shared service support. During the FY2011 implementation, the RPO has been charged for those services as a line item and no "overhead" funds were recouped by the CFO

▸ Moving forward, the office has accounted for "overhead" and operations support costs as separate line items. However, the CFO has assured the office that if needed, the overhead money could be spent according to office needs

   – For example, in FY2013 $10,600,331 has been accounted for as an "Overhead" cost in the budget but a portion of that could be utilized to pay for unexpected operations support expenses

*FOR INTERNAL USE ONLY*

54

BAH_0002182.0054

## RPO currently projects lower costs than were included in both its 2012 Apportionment Request and the original appropriations transfer estimates

| 2012 RPO Apportionment Request Analysis | | | | | |
|---|---|---|---|---|---|
| Investment | Allocation Category | Original Request | Current Baseline | Difference (Req. – Base) | Reasons for Difference |
| Permanent Office Staff | Enforcement – Labor and Benefits | $17,200,000 | $12,217,989 | $4,982,011 | ▸ There have been changes in the hiring assumptions since the last User Fee Funded Staff Estimate was calculated<br>▸ There was uncertainty around when and how many Wave 2 hires would be hired<br>▸ There is now clarity on the detail/temp. employee FTE counts and durations for 2012 |
| | Enforcement – Travel | $550,000 | $550,000 | $0 | |
| | Operations Support – Contract Expenses | $7,000,000 | $11,450,000 | ($4,450,000) | ▸ Current contract projections are more than anticipated |
| | Operations Support – Overhead for IRS | $9,500,000 | $6,793,202 | $2,706,798 | ▸ The Overhead costs is lower than originally anticipated because of the change in labor and benefits costs |
| Marketing and Communications | Operations Support | $2,200,000 | $2,200,000 | $0 | |
| | Taxpayer Services | $1,000,000 | $1,000,000 | $0 | |
| IT | Operations Support | $3,000,000 | $3,000,000 | $0 | |
| | **TOTAL** | $40,450,000 | $37,211,191 | $3,238,809 | |

| Appropriations Transfer Issues | | | | |
|---|---|---|---|---|
| Department | Original Transfer Estimate | Current Baseline | Difference (Trans. – Base) | Reasons for Difference |
| Office of Professional Responsibility | $2,207,568 | $1,746,429 | $462,201 | ▸ Original Estimates used 25% of salary for benefits but current estimates used 28% of salary for benefits<br>▸ Four OPR staff accounted for on the MOU are now with the RPO User Fee Funded Staff (total of 22 FTE) |
| Electronic Tax Administration | $7,780,371 | 7,311,812 | $465,559 | ▸ MOU used 26.1% of salary for benefits but current estimates used 28% of salary for benefits<br>▸ Some ETA staff has retired since the MOUs were submitted (MOU account for 35 while current estimates account for 31) |

FOR INTERNAL USE ONLY

BAH_0002182.0055



## Budget Update

▸ User fee revenues/Appropriations

▸ Cost explanation and breakdown

▸ Situational analysis

▸ Appendix

*FOR INTERNAL USE ONLY*

56

BAH_0002182.0056

## Upcoming policy and management decisions may affect the projected costs through FY2012 and FY2013, which will affect the User Fee Net Surplus

▶ *All labor decisions have not been made through FY2012 and 2013*
  - Wave 2 and Wave 3 hires are still in flux through FY2012
  - Wave 4 hires are currently considered contingency hires based on future workload analysis
  - User Fee Funded OPR Staffing Levels have not been finalized for FY2012 and FY2013

▶ *Policy decisions around Fingerprinting will have an effect on Non-Labor Cost Scenarios*

▶ *Potential scenarios are listed below and analyzed in the next few slides*

---

**Potential Labor Cost Scenarios**

There may be changes to the current hiring plan that may affect labor costs

▶ The current Wave 3 hires may be hired in FY2012 as opposed to FY2013

▶ It is uncertain how many OPR staff who will be funded by the User Fee will be hired in FY2013

▶ There is a Return Preparer Suitability Processing Team that is planned for Wave 2 that may not be hired due to the RP Suitability workload

---

**Potential Non-Labor Cost Scenarios**

▶ Discuss non-labor situations that may affect this surplus

▶ Fingerprinting contract stuff

▶ HCO payments

---

*FOR INTERNAL USE ONLY*

57

## Changes in labor assumptions or to plans in hiring may affect the estimations for User Fee Costs

### Labor Cost Analysis

| Scenario | Description | Labor Costs* | | Rolling User Fee Net Surplus** | Effect on Rolling User Fee Net Surplus/Deficit** |
|---|---|---|---|---|---|
| | | FY2012 | FY2013 | | |
| **BASELINE** | *Assumes that all positions through Wave 2 are hired as planned* | $12,217,989 | $19,065,344 | $19,249,624 | - |
| ① Remove 2nd RP Suitability Team | *The 2nd RP Suitability Processing Team may not be necessary in 2012 due to a smaller than anticipated workload* | $11,474,910 | $19,065,344 | $20,405,856 | + $1,156,232 |
| ② Wave 3 hired in 2012 | *Assumes that all Wave 3 Hires have a start date of 07/1/2011 as opposed to an 10/1/2011 start date* | $13,105,906 | $19,065,344 | $17,868,026 | ($1,381,598) |
| ③ All OPR positions hired in 2013 | *Assumes that all OPR positions that are funded by the User Fee are funded for all of FY 2013 opposed to only 25 positions being hired in 2013* | $12,217,989 | $20,187,089 | $17,504,189 | ($1,745,435) |
| ④ Wave 3 Hires in 2012 & OPR positions in 2013 | *Combined effect of the Wave 3 hired in 2012 and all OPR positions hired in 2013* | $13,105,906 | $20,187,089 | $16,122,591 | ($3,127,033) |

*Labor costs take all salaries and benefits into account (benefits are calculated as 28% of salaries)
** All changes to the surplus account for the change in overhead cost (55.6% of labor and benefits) due the changes in labor and benefits costs

FOR INTERNAL USE ONLY

58

BAH_0002182.0058

## Certain policy decisions may affect the estimations for Non-Labor User Fee Costs

### Non-Labor Cost Analysis

| Scenario | Description | Non-Labor Costs | | Effect on Net Surplus/Deficit |
| --- | --- | --- | --- | --- |
| | | FY2012 | FY2013 | |
| *BASELINE* | Assumes that Fingerprinting is a part of the suitability process as originally planned | $11,726,000 | $15,893,500 | |
| *Option 1* | | *Total Cost with option accounted for* | | *($ extra cost as a result of the option over the years noted)* |
| *Option 2* | | | | *$ Less cost over the years noted as a result of the option* |
| *Option 3* | | | | |



To be discussed…

*FOR INTERNAL USE ONLY*

59



## Budget Update

- ▶ User fee revenues/Appropriations
- ▶ Cost explanation and breakdown
- ▶ Situational analysis
- ▶ Appendix

BAH_0002182.0060

## The labor costs paid for by User Fee Funds and Appropriations are broken down by department below

| User Fee Labor Costs | | | | | | |
|---|---|---|---|---|---|---|
| **Costs** | FY2011 | | FY2012 | | FY2013 | |
| | Pos. | Costs | Pos. | Costs | Pos. | Costs |
| Office of the Director | 32 | $2,729,496 | 8 | $1,100,470 | 8 | $1,297,910 |
| VBPRM | | | 10 | $1,307,924 | 17 | $2,267,671 |
| Strategy and Finance | | | 10 | $1,219,372 | 19 | $2,321,546 |
| Communication | | | 5 | $675,009 | 7 | $971,752 |
| Competency and Standards | | | 9 | $1,222,135 | 16 | $1,953,032 |
| Compliance & Enforcement | | | 21 | $1,969,950 | 21 | $2,275,853 |
| RP Suitability | | | 26 | $1,909,457 | 40 | $3,408,223 |
| Referral Processing and Discipline | | | 12 | $973,414 | 12 | $1,217,983 |
| EA Policy and Management | | | - | - | 1 | $179,532 |
| Office of Professional Responsibility | | | 15 | $491,989 | 25 | $3,171,844 |
| Detailed/Temporary Positions | | | 21 | $1,348,269 | - | - |
| **User Fee Sub-Total** | | | **122** | **$12,217,989** | **166** | **$19,065,344** |

| Appropriated Labor Costs | | | | | | |
|---|---|---|---|---|---|---|
| Joint Board of Actuaries | | | 4 | $558,607 | 4 | $558,607 |
| EA Policy and Management | | | 14 | $1,048,394 | 14 | $1,048,394 |
| e-File Market Analysis | | | 9 | $1,176,045 | 9 | $1,176,405 |
| e-File Provider Program Management | | | 10 | $1,437,161 | 10 | $1,437,161 |
| Relationship Management and Marketing | | | 12 | $1,821,620 | 12 | $1,821,620 |
| Details/Temporary Staff | | | 2 | $38,924 | - | - |
| **Appropriations Sub-total** | | | **51** | **$6,080,751** | **48** | **$6,041,828** |

# A large portion of RPO's operational costs is allocated to labor

The budget tool used the labor cost information available to provide as precise an estimate as possible



**Labor Estimate Formula**

| Position Details | × | Cost Factor | × | Benefits Factor | = | Total Position Cost |

- ‣ Includes the employee location, grade level, and step level
- ‣ Precise salary information was used if available

- ‣ Represents the percentage of the fiscal year that the employee is full-time
- ‣ Sample calculation:: (End Date-Start Date)/365 days

- ‣ Benefits account for an additional 28% of the original salary cost for each employee
- ‣ Multiply salary costs by 1.28 to receive this number

- ‣ Total employee cost per a fiscal year
- ‣ Salary and benefits included

**Labor Assumptions**

- Precise salary information was used if it was available
- If precise salary information was not available, the step 5 salary for the positions Grade and POD location was used
- Precise start and end dates were used if they were available
- Positions that have been planned to be hired but have not been hired yet use estimated start and end dates
- There is a population of positions that are not included in the FY2012 calculations because RPO does not anticipate on hiring these positions before FY2013

*FOR INTERNAL USE ONLY*

62



Suitability Staff Welcome

*FOR INTERNAL USE ONLY*

63

BAH_0002182.0063



**Return Preparer Suitability Update**

▸ Criminal Background Check Options Analysis

▸ Initial Office Operating Plan

*FOR INTERNAL USE ONLY*

64

## Several options utilizing Consumer Reporting Agencies (CRA) were evaluated in response to feedback at the Oct 2011 RPO background check user fee hearing

*Options Evaluated*

| | Option Description | Method for Conducting Check | | Method for Reporting Results to IRS | |
|---|---|---|---|---|---|
| | | Fingerprint | Name Based | Employer | CRA |
| 1 | **No background checks:** Return Preparers (RPs) required to self-disclose criminal history during registration. RPO will receive consent from all RPs to implement a name-based check and perform name-based checks on the RPs who self-disclosed. | | | | |
| 2 | **Allow either fingerprinting or CRA information reported by the employer:** Employer manages complete name-based screening process and reports disposition information to RPO; RPO performs final adjudication; all others fingerprint through RPO vendor. | ✓ | ✓ | ✓ | |
| 3 | **Allow either fingerprinting or CRA information reported by the CRA to IRS:** CRA directed by employer to provide name-based check disposition results to the IRS; RPO performs final adjudication; all others fingerprint through RPO vendor. | ✓ | ✓ | | ✓ |
| 4 | **Same as option 2 but without fingerprinting:** Employer reports complete name-based disposition information to RPO; RPO performs final adjudication; Self-employed RPs are required to use a third party CRA and CRA must provide name-based check disposition results to IRS. | | ✓ | ✓ | ✓ |
| 5 | **Same as option 3 but without fingerprinting:** CRA directed by employer to provide name-based check disposition results to the IRS. | | ✓ | | ✓ |

*FOR INTERNAL USE ONLY*

65

## Several key assumptions were used to help narrow down and compare the background check options

### *Assumptions*

▶ Historical background check records exist

- RPs will be able to reuse old results from prior employment checks (i.e. either the employer or CRA has this information)

- CRAs or employers will share criminal history record information and not only pass/fail information based on their adjudication criteria

▶ RPs will give employers or CRAs consent to share new or existing background check results with IRS

▶ IRS will adjudicate all background checks

▶ CRAs will be required to utilize IRS criteria regarding the depth of the data gathered (e.g., utilize state and county databases) and this is something that IRS can control

- IRS will be able to verify and monitor that CRAs are meeting IRS standards

▶ Employers will cover any charges associated with sending new or existing background check data to IRS

▶ Self-employed RPs will be required to have a third party (CRA or Channeler) report their background check data to the IRS

▶ IRS will be required to compensate current fingerprinting vendors in all options as a result in the anticipated large change in expected fingerprinting volume

▶ If RPO moves ahead with a background check requirement which requires RPs to pay a fee and honors the eFile program background check results then eFile will immediately require eFile applicants to utilize RPO approach (i.e. we don't want RPs to flood eFile process because it is a free option)

*FOR INTERNAL USE ONLY*

66

## Based upon RP community feedback and using data gathered from the industry analysis, several criteria were developed and weighted to compare each option

*Options Analysis*

**Options Analysis Criteria**

▶ The options address market concerns related to conducting criminal background checks. The market research helped to understand key industry considerations in determining if, and how, background checks should be conducted. For each option developed, the team evaluated the alternatives across the following criteria

| Cost to RP Community | Cost to IRS | Risk to RPO Program | Feasibility to Implement | Burden on RP Community |
|---|---|---|---|---|
| ▶ The total cost to employers/RPs to comply with the requirements including FBI fees, vendor fees, and RPO processing fee | ▶ The total cost to the IRS to manage the program including cost to change processes, vendor costs, staffing, IT systems, and other implementation costs | ▶ The accuracy of the screening method including the number of false positives/ negatives and related risk to the RPO | ▶ The ability to implement the Suitability background screening requirements including the investment in time, resources needed, and complexity to administer | ▶ The RP community's perception of the RPO requirements, any hardship resulting from effort to meet requirement and their adherence to the industry standard |

*FOR INTERNAL USE ONLY*

67

BAH_0002182.0067

## A criteria based matrix was used to rank and evaluate the refined set of background check options against weighted criteria

| Option | Cost to RP Community | | Cost to IRS | Risk to RPO Program | Feasibility to Implement | Burden on RP Community |
|---|---|---|---|---|---|---|
| **Weight (6=most important, 1=least important)** | 3 | | 1 | 6 | 1 | 3 |
| **1** **No Background Check** *Baseline* | No Cost to RP Community | | **Least Cost** (Requires payout current vendors and RPO staffing model) | **High Risk** (does not prevent non-suitable RP from obtaining PTIN) | **Low Complexity** (Requires cancellation of vendor contracts and RPO org design changes) | **No Burden on RP Community** |
| **2** **Allow either fingerprinting or CRA information reported by the employer** | CRA ~$50 / check | F-print ~$60 / check | **Some Cost** (Requires some payout current vendors and interface for over 100,000 employers) | **Moderate Risk** (relies on positive knowledge of employer) | **Moderate Complexity** (Requires employment verification and interface to over 100,000 companies) | **Low Burden** (Requires employers to collect results and submit to IRS) |
| | *Score: 2* | | *-1 x 3 = -3* | *-2 x 1 = -2* | *2 x 6 = 12* | *-2 x 1 = -2* | *-1 x 3 = -3* |
| **3** **Allow either fingerprinting or CRA information reported by the CRA to IRS** | CRA ~$50 / check | F-print ~$60 / check | **Some Cost** (Requires some payout current vendors and interface for ~1,000 CRAs) | **Low Risk** (Utilizes independent and regulated 3rd parties and provides fingerprinting option) | **Low Complexity** (Requires interfaces to ~400 CRAs) | **Low Burden** (Requires employer to coordinate having CRA send results to IRS, alternatively RP can fingerprint if they prefer) |
| | *Score: 10* | | *-1 x 3 = -3* | *-1 x 1 = -1* | *3 x 6 = 18* | *-1 x 1 = -1* | *-1 x 3 = -3* |
| **4** **Same as option 2 but without fingerprinting** | ~$50 / check | | **Most Cost** (Requires payout current vendors and interface for employers and CRAs) | **Moderate Risk** (relies on positive knowledge of employer) | **High Complexity** (Requires employment verification and interface to XX –XX companies and ~400 CRAs) | **Low Burden** (Requires employers to collect results and submit to IRS) |
| | *Score: 0* | | *-1 x 3 = -3* | *-3 x 1 = -3* | *2 x 6 = 12* | *-3 x 1 = -3* | *-1 x 3 = -3* |
| **5** **Same as option 3 but without fingerprinting** | ~$50 / Check | | **Some Cost** (Requires payout current vendors and interface for CRAs) | **Moderate Risk** (Utilizes independent and regulated 3rd parties, but does not provide fingerprint option ) | **Low Complexity** (Requires interfaces to ~400 CRAs) | **Low Burden** (Requires employer to coordinate having CRA send results to IRS, alternatively RP can fingerprint if they prefer) |
| | *Score: 3* | | *-1 x 3 = -3* | *-2 x 1 = -2* | *2 x 6 = 12* | *-1 x 1 = -1* | *-1 x 3 = -3* |

3 = significantly better than baseline (best)
-3 = significantly worse than baseline (worst)

*FOR INTERNAL USE ONLY*

68

BAH_0002182.0068

## Option 3 enables RPO to maintain some level of background check requirement and addresses the RP communities duplicity and burden concerns

### *Options Analysis - Recommendation*

> **Recommendation**

▶ If PTIN applicant completed a background check with a CRA who meets IRS criteria then the CRA may submit those results to the IRS for adjudication. If they have not, they may utilize any CRA or approved fingerprint vendor and provide consent to have the results submitted to the IRS for adjudication

▶ **Key Advantages for Recommended Option**

  − **Reduces Burden:**

    • Provides an option for applicants to get a background check without submitting fingerprints

    • Employers can have CRAs resend background check disposition information

  − **More Secure and Feasible to Administer:**

    • Minimizes the number of connections and security risks to IRS. While still complex, connections will be made from a smaller number of third party than if all employers were sending results directly

  − **Leverages Existing Fingerprinting Solution:**

    • IRS able to leverage current fingerprinting vendor(s) and provides an option for self-employed or Return Preparers who are not required to pass a background check for employment

    • Provides fingerprinting option for EFIN applicants

    • Provides convenience for Return Preparer to test and get background check at same time

*FOR INTERNAL USE ONLY*

69

BAH_0002182.0069

## For each of the CRA options RPO also evaluated reusing existing eFile background check results to further reduce the burden on the RP community

### *eFile Background Check Information*

▸ ETA has a copy of EFIN applicant fingerprints but did not complete background checks on all applicants until after June 2009

▸ Approximately 400,000 Return Preparers will be required to pass a background check (i.e. non-Professionals)

▸ ~11,000 of these Return Preparers fingerprinted after June 9th, 2009 and passed the eFile background check when getting an EFIN

▸ ETA collected fingerprint cards for ~ 200,000 eFile applicants but only submitted roughly 1 of 4 to FBI

  – An estimated 43,000 additional EFIN applicants went through a background check previously prior to June 2009

#### *Recommendation*

▸ To help reduce the overall burden accept ~ 11,000 EFIN applicant fingerprint results captured after June 9, 2009

▸ Make a risk based decision to also accept the results from the 43,000 EFIN applicants who passed a background check prior to 2009 – IRS currently allows these applicants to eFile

*FOR INTERNAL USE ONLY*

70



### Return Preparer Suitability Update

▶  Criminal Background Check Options Analysis

▶  Initial Office Operating Plan

BAH_0002182.0071

# The Return Preparer Suitability department will be focusing on training staff on initial operations during December with case work beginning in early January

### *Suitability Training Schedule*



## Training Activities & Dates

- **December 6-7**: RPO Orientation in Atlanta
- **December 8**: Management Expectations
- **December 9, 12-16**: Suitability Department Training
- **December 20**: TPPS Case Management, train the trainer
- **December 19-30**: Suitability on-the-job training
- **January 18-19**:  RPO Orientation in Washington, DC
- **January 23-24**: Suitability TPPS Training

## Suitability Activities & Dates

- **January 3**: Suitability Operations Launch
- **January 3-13**: EFIN Adjudication Support Begins
- **January 25**: Suitability TPPS Work Begins
  - Personal Tax Compliance
  - Conduct Referrals including Incarcerated List
  - Certificate Issuance
- **TBD**:
  - Background Check  - Self Identified
  - Professional Designation

*FOR INTERNAL USE ONLY*

72

## The bulk of formal and on-the-job training for newly hired RP Suitability staff will occur in December with formal system training occurring in late January

*Training Activity Description*

| Training Activity | Purpose and Description | Start Date | Duration |
|---|---|---|---|
| RPO Orientation | ▸ To provide context and background to the Suitability staff and to ensure there is a clear understanding about roles and responsibilities, Return Preparer Review Report, Strategic Plan, Key Stakeholders, Rules and Regulations, User Fee, etc. (Atlanta and Washington, DC) | Dec 6-7, 2011 Jan 18-19, 2012 | 2 days |
| Management Expectations | ▸ To manage expectations about administrative responsibilities including tour of duty, time and attendance, credit hours, office closures, travel vouchers, communication, IDRS, Flexiplace, Annual Performance Appraisal, security, supplies, etc. | Dec 8, 2011 | 1 day |
| Suitability Department Training | ▸ To prepare staff to perform their jobs by communicating the overall operations strategy, providing background on the department, discussing the methodology of performing tasks, reviewing the roles and responsibilities of staff and key stakeholders, reviewing work instructions etc. | Dec 9, 2011 Dec 12-16, 2011 | 6 days |
| TPPS Case Management | ▸ Train the trainer/TPPS testing: For Accenture to walk through use cases with the Suitability trainers ▸ Department wide: For Suitability trainers to walk through the Suitability processing lanes and work instructions | Dec 20, 2011 Jan 23-24, 2012 | 1 day 2 days |
| Suitability on-the-job training | ▸ To prepare staff to begin work by conducting research projects, reviewing and finalizing the work instructions, validating and conducting quality control on the work lists, etc. | Dec 19-30, 2011 | 9 days |

*FOR INTERNAL USE ONLY*

73

BAH_0002182.0073

# In early January, the RP Suitability office will begin processing four distinct types of work and slowly incorporating additional work types as the year progresses

## *Initial RP Suitability Office Processing Lanes*

| Work Type | Description | Process and Decision Criteria | Start Date |
|---|---|---|---|
| *Personal Tax Compliance (PTC)* | **Initiated by:**<br>▸ RPO Suitability<br>**Info Source:**<br>▸ IDRS (IRS tax compliance database) | **Process:**<br>▸ Pass check or send non-compliant notification(s) then revoke provisional PTIN<br>▸ Volume: ~15,000 hits from the batch check<br>**Decision Criteria:**<br>▸ Outstanding balance greater than $500<br>▸ Required to file, but did not | Jan 25th<br>▸ Dependency is the PTC Soft Letter distribution method (in bulk versus one-by-one in TPPS) |
| *Conduct Referral* | **Initiated by:**<br>▸ RPO Suitability<br>**Info Source:**<br>▸ OPR Restricted, W&I Incarcerated List, OPERA, and CI lists | **Process:**<br>▸ Remove known RP's out of compliance<br>▸ Volume: ~2,000 incarcerated; less than 100 others<br>**Decision Criteria:**<br>▸ Name match | Jan 25th<br>▸ Dependencies are Incarcerated list and TPPS availability |
| *Background Checks – EFIN Support and Self Identified* | **Initiated by:**<br>▸ RPO Suitability<br>**Info Source:**<br>▸ CI/ETA for EFIN; PTIN application | **Process:**<br>▸ TBD<br>**Decision Criteria:**<br>▸ TBD | Jan 3rd for EFIN Support<br>TBD for Self-Identified<br>▸ Dependencies are defining process and staff training |
| *Certificate Issuance* | **Initiated by:**<br>▸ Return Preparer and RPO Suitability<br>**Info Source:**<br>▸ TPPS report | **Process:**<br>▸ Confirm suitability and change status to "active"; issue certificate<br>▸ Volume: unknown<br>**Decision Criteria:**<br>▸ Recorded pass of Competency Test (if required) and Personal Tax Compliance in TPPS | Jan 25th<br>▸ Dependencies are TPPS availability, Test "pass" results uploaded and PTC "pass" results uploaded |

*FOR INTERNAL USE ONLY*

74

# The RPO must make policy and operational decisions about how to handle ~4,000 PTIN holders that have self-identified criminal histories

### Self-Identified Criminals with PTIN Situation

There are approximately 4,000 self-identified criminals that received a PTIN for the 2011 filing season. When the RPs self identified, they included information about the circumstances regarding their criminal histories, however the quality of the information provided is not sufficient enough to make a adjudication decision. As the RP Suitability Department begins operations, two questions center around how to handle these self identified criminals

- *When should the RPO begin to address PTIN holders that self identified as criminals?*
- *What approaches should RPO Suitability take in addressing these applicants?*

### Processing Options for Self-Identified Criminals

| Option | Pros | Cons |
|---|---|---|
| Address self-identified criminals when / if a criminal background check is implemented | ▸ Ensures consistent treatment of all PTIN holders with criminal histories | ▸ May open the office to critique from external oversight (TIGTA, GAO, etc) |
| Request self-identified criminals to fingerprint via the EFIN fingerprint card process | ▸ Ensures more complete criminal history information is gathered for known prior felons prior to adjudication | ▸ Places burden on RPs<br>▸ Sets precedent for background checks while decision are still being made |
| Use Accurint search tool to verify felony convictions /correspond with the applicant to make an adjudication decision based on final disposition | ▸ Allows for progress of processing cases against RPs with known criminal history | ▸ Labor intensive to correspond with the applicant, evaluate results, etc. to determine final disposition |

*FOR INTERNAL USE ONLY*

75

BAH_0002182.0075

# While the office considers background check options, RP Suitability must determine how and when they will validate claimed professional designations

### *Professional Designation*

**Situation:** Over 350,000 licensed practitioners, including attorneys, CPAs, Enrolled Agents, Enrolled Actuaries, and Enrolled Retirement Plan Agents, are exempt from certain Suitability requirements. RPO verifies licensed practitioner's credential status to ensure that the applicant properly reported their professional designation.

> *Are there any objections to beginning the professional designation Suitability in 2012?*

### *Processing Approach for Professional Designation*

**Approach:**

> CPA and Attorneys – verified via state boards or bars (SB/SE website) to ensure license practitioner is in "good standing"
> Enrolled Agents – verified via OPR to ensure license practitioner is in "good standing"
> Enrolled Actuaries – verified via Joint Board for Enrollment of Actuaries to ensure license practitioner is in "good standing"
> Enrolled Retirement Plan Agents – verified via IRS.gov to ensure license practitioner is in "good standing"

**Next Steps:**

> Develop a process for the selected approach
> Confirm approach with OPR

*FOR INTERNAL USE ONLY*

76



Referrals

FOR INTERNAL USE ONLY

77

BAH_0002182.0077

## Discussion Objectives

- Review the proposed Referrals operational model at a high level to ensure understanding across the Sr. Leadership Team

- Review the major categories of referrals handled by the RPO

- Make a  decision on the potential application of penalties by the Referral Processing & Discipline department

*FOR INTERNAL USE ONLY*

78

BAH_0002182.0078

# The RP complaint handling process includes four standard phases: in-take, research, case-building, and closure

*Complaint Handling Process*



## Highlights of the Complaint Handling Process

▸ The process for in-take, research, and closure of a referral case are standardized for all complaints funneled through the Referral Processing & Discipline Branch

▸ 24 types of allegations have been identified and the corresponding process for case-building is customized

▸ The TPPS Case Management Tool will be utilized to monitor case work process, document case-building activities, and track performance of the referrals workstream for the RP&D Branch

▸ The RP&D Branch will determine the final disposition of complaint cases, including transferring cases to other RPO branches, referring cases to other IRS divisions, or applying appropriate treatments.

*FOR INTERNAL USE ONLY*

79

BAH_0002182.0079

## Based upon referrals received to date, the department has categorized workload into 6 case types for processing

### Case Types

| PTIN Allegations | Suitability allegations | e-File allegations |
|---|---|---|
| **Primary Objectives:** | **Primary Objectives:** | **Primary Objectives:** |
| ▸ *Coordinate with C&E branch to identify and discipline RPs who did not correctly identifying themselves on returns* <br> ▸ *Ensure that current IRS employees are not using PTINs to prepare returns* <br> ▸ *Ensure that PTINs that belong to deceased RPs are inactivated* | ▸ *Coordinate with Suitability branch to ensure that PTIN holders maintain their credentials and standings at all times instead of at the time renewal* <br> ▸ *Take action immediately on RPs who fall out of suitability compliance* | ▸ *Ensure that RPs are properly following e-File rules* <br> ▸ *Ensure that preparers working at VITA sites are providing quality e-File services for qualified taxpayers* <br> ▸ *Identify improper conduct or return preparation practices by RPs who provide non-compensated services to taxpayers* |

| Preparer conduct allegations | Return preparation allegations | Non-RP allegations |
|---|---|---|
| **Primary Objectives:** | **Primary Objectives:** | **Primary Objectives:** |
| ▸ *Allegations are related to unethical conduct and behaviors by RPs that are primarily governed by Circular 230* <br> ▸ *Coordinate with OPR as well as TIGTA to uphold the professional integrity and ethical standards of the return preparer community* | ▸ *Encompass commonly seen improper and fraudulent return preparation practices* <br> ▸ *Coordinate with key stakeholders to route complaints to the appropriate IRS divisions* <br> ▸ *Route referrals will be based on the egregiousness and complexity of the cases, which are reflected in the criteria agreed upon by all parties* | ▸ *In the instance that referrals received by RP&D do not concern return preparers, these complaints will be nonetheless be recorded* <br> ▸ *Redirect non-RP complaints to the appropriate IRS BODs* <br> ▸ *Coordinate with Continuing Education branch to intake complaints against CE providers* |

**FOR INTERNAL USE ONLY**

80

# 24 types of allegations are grouped in five major categories, based on the nature of the complaints

*Self Identified Criminals with PTIN Situation*

### PTIN Allegations

▶ Missing PTIN but return signed with SSN or EIN
▶ Misused, misidentified, misrepresented, fabricated, or stolen PTIN used on return
▶ Ghost return preparers (e.g., non-signing RPs, RPs using Free File or off-the-shelf software, etc.)
▶ PTIN holder who becomes deceased
▶ PTIN holder who is an IRS employee

### Suitability Allegations

▶ RP personal tax non-compliance
▶ RP criminal or civil convictions and injunctions

### e-File Allegations

▶ e-Filing without taxpayer's consent, without signing return and / or with the last pay stub
▶ All other e-File complaints, including failure to follow e-File rules

### Preparer Conduct Allegations

▶ Misrepresentation and/or overstatement of professional credentials
▶ Behavior with IRS employees
▶ Behaviors with taxpayers, including threatening taxpayers

▶ Contested fee charged for RP service or collection assistance service
▶ RP or POA keeping original tax records
▶ All other allegations that fall under the purview of Circular 230

### Return Preparation Allegations

▶ Tax preparation schemes, promoters of such schemes (including selling, purchasing unauthorized use of SSNs)
▶ Theft of Refunds (e.g., altering direct deposit information, copy of return given to taxpayer different from filed with IRS, etc.) and/or Negotiation of Refunds
▶ No copy of tax return given to taxpayer

▶ False information provided on Schedules, Forms, W-2s, and/or 1099s attached to tax returns
▶ RPs providing false or altered documents
▶ False exemptions or dependents claimed, false filing status, false tax credit claimed
▶ Complaints against non-compensated RPs

81
*FOR INTERNAL USE ONLY*

# After initial research, RP&D will determine if immediate discipline is needed or case should be route to other IRS offices



BAH_0002182.0082

## In addition to educating RPs and effecting behavioral changes via letters, penalties can also be employed by RP&D to discipline RPs

### Discipline applied by RP&D

**Soft Letters**

▸ For allegations that could warrant penalties, RP&D will first discipline the RP by issuing a soft letter to educate the RP on the misconduct, which could effect changes in the RP's behavior in the future

▸ However, for RPs who have demonstrated incorrigible behaviors, incident-based penalties should be considered to discipline the RPs

**Potential Penalties**

▸ To ensure that enforcement of RP compliance is carried indiscriminately and timely, penalties, regardless of their amounts, should be applied

▸ Given the egregiousness of the cases and the size of the potential penalties, the ROI would make these penalty cases lower priorities for the C&E branch

▸ In coordination with C&E, RP&D would like to propose to apply following potential for less egregious cases, should the office grant this authority to RP&D

| Potential Penalty | IR Code | Penalty Amount | Explanation |
|---|---|---|---|
| Copy of Return to Taxpayer | 6695(a) | $50 each max $25,000 | Evidence should show that RP has routinely refused to give a copy of return to taxpayers |
| Signing Return | 6695(b) | $50 each max $25,000 | Evidence should show that the RP failed to provide a signature on the return. (applicable before 100% RP e-File compliance is in effect) |
| Provide ID number | 6695(c) | $50 each max $25,000 | Evidence should show that the RP signed the return with a SSN or EIN only and has not made effort to obtain a PTIN after a soft notice is sent. |
| Negotiate Check | 6695(f) | $500 | Evidence should show that the RP endorsed or negotiated any check relating to a taxpayer's taxes. |

*FOR INTERNAL USE ONLY*

83

# The RP&D Department is recommending that both departments (RP&D and C&E) be allowed to issue penalties to preparers

## Recommendation

### Pros

**Streamlined Processing of Penalties**
- RP&D Case Specialist will have high level familiarity with and knowledge of complaint case to apply penalties
  - Low level of effort is required by RP&D, since the proposed penalties are straight forward
- Touch on the RP will be limited to only RP&D, and the same RPs that were treated prior via soft or educational letters

**Broader Coverage and Faster Turn-Around of Penalties**
- Coverage of penalty cases by RP&D will be limited to less egregious cases, in coordination with C&E
- Turn-around time for these penalty cases should require low time — high ROI

**Alleviate C&E's Workload**
- Penalty case workload for C&E will be reduced, and C&E can focus on building more egregious cases

### Cons

- Lack of centralization of penalty case processing since both RP&D and C&E will be able to apply penalties
  - **Potential Mitigation**: upfront agreement on clear delineation of responsibilities for RP penalty cases arise from referrals
- Potential conflict if C&E has an on-going penalty case on the same RP
  - **Potential Mitigation**: implementation of deconfliction process for penalty cases to avoid multiple touches on RP by the RPO

### Options of Penalty Application

*Additional steps if RP&D does not directly apply penalties*

Can RP&D apply penalties?

— No → RP&D transfers case to C&E

Yes

C&E reviews proposed penalty

Will C&E work the penalty case given its ROI?

→ No penalty applied

C&E proposes penalty

CCP processes penalty

**FOR INTERNAL USE ONLY**

84