# EXHIBIT T



Deposition of:
# Paul Neil Tartaglione 30b6 Booz Allen

*December 17, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Case 1:14-cv-01523-RCL   Document 176-20   Filed 03/23/22   Page 3 of 5
Paul Neil Tartaglione 30b6 Booz Allen   December 17, 2021
Steele v. United States of America

Page 145

1    left-hand side, it looks like there are various
2    positions in VPBRM?
3        A.   Yep, I've got that.  Yep, I'm good.
4        Q.   And the positions are aligned with
5    specific functions in the chart where the X
6    corresponds?
7        A.   Yep.
8        Q.   Why is there no individual associated
9    with PTIN application processing?
10       A.   I do not know.
11       Q.   Did Accenture process the PTIN
12   application?
13       A.   To the best of my knowledge, Accenture
14   was involved in that process, yes.
15       Q.   Do you know if that is why there's no
16   individual listed for PTIN application processing
17   on this slide?
18       A.   I think that's a fair -- I do not know,
19   but I think that's fair.
20            MS. LOPER:  We can go ahead and close
21   out of this document.  And let's go ahead and go
22   off the record.
23            THE VIDEOGRAPHER:  We are going off
24   record.  This is the end of Media Unit 2.  The time
25   is 12:38 p.m.

Case 1:14-cv-01523-RCL   Document 176-20   Filed 03/23/22   Page 4 of 5
Paul Neil Tartaglione 30b6 Booz Allen   December 17, 2021
Steele v. United States of America

Page 146

1            (A brief recess was held.)
2            THE VIDEOGRAPHER: We are back on
3    record. This is the beginning of Media Unit 3.
4    The time is 1:24 p.m.
5    BY MS. LOPER:
6        Q.   Paul, are you familiar with the 2010
7    cost model that set the initial government portion
8    of the PTIN user fee?
9        A.   Through this process, yes.
10       Q.   What do you mean, through this process?
11       A.   I've looked at it, as part of these
12   conversations. I was not part of the original team
13   that put it together at all.
14       Q.   Okay, understood. But Booz Allen was
15   involved in the creation --
16       A.   Yes.
17       Q.   -- of the 2010 cost model?
18       A.   That's correct.
19       Q.   How was Booz Allen involved?
20       A.   So we created the Excel file,
21   maintained the Excel file, worked with the IRS to
22   put the components of the -- of the cost structure
23   into it -- and then maintained it through
24   conversations with the -- with the service.
25            MS. LOPER: I will go ahead and

Case 1:14-cv-01523-RCL  Document 176-20  Filed 03/23/22  Page 5 of 5
Paul Neil Tartaglione 30b6 Booz Allen    December 17, 2021
Steele v. United States of America

Page 147

1    introduce another document.  This one has been
2    previously marked as Exhibit 232.
3               (EXHIBIT 232, April 1, 2010, e-mails
4    between Melissa Reynard, Brett Luhring, and others;
5    Bates USA-0036110, was previously introduced into
6    evidence and presented to the witness.)
7    BY MS. LOPER:
8          Q.   And for the record, this is USA-0036110
9    and attachment at USA-0036111 and the embedded
10   spreadsheet which follows that attachment.
11              Do you have that document up, Paul?
12         A.   Yep, I have it.  I've got it.
13         Q.   And the first sheet appears to be an
14   e-mail from Brett Luhring; is that correct?
15         A.   Yep, that's correct.
16         Q.   Does this e-mail appear to have been
17   sent in the ordinary course of business?
18         A.   Yes, it does.
19         Q.   Does it appear to be a true and
20   accurate copy of the e-mail?
21         A.   Yep, it does.
22         Q.   And do you see the date is April 1st,
23   2010?
24         A.   Yes, I do.
25         Q.   Brett says, "Attached are updated