# EXHIBIT X



Deposition of:
# Melissa L. Reynard

*August 5, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Page 47

1              THE COURT REPORTER:  Ms. Reynard, you
2     faded out there.  Could you repeat the end of that
3     answer, please.
4              THE WITNESS:  Okay.  The information
5     gathered -- as I recall, the information gathered
6     on the prior PTIN application process, the
7     voluntary, was less than the information we were
8     asking for on the new PTIN application.
9     BY MS. OLIVER:
10         Q.   What additional information were you
11    asking for on the new PTIN application?
12         A.   Like I said, I just don't recall.
13         Q.   Do you recall whether this analysis by
14    MITRE was used at all in making a decision about
15    whether to outsource creation of the PTIN system?
16         A.   All I can say is, since I don't really
17    recall this analysis, I'm going to say I just don't
18    know.  I don't remember this being part of the
19    discussions that I do recall about potentially
20    outsourcing the PTIN system.  I don't remember this
21    MITRE, this analysis, being part of those
22    discussions, that I do recall.
23         Q.   We've been going for a little over an
24    hour, a few minutes over an hour.  Would now be a
25    good time for a break?

1        A.   Yes.
2             MS. MILLER:  I think so.
3             THE WITNESS:  Works for me, yes.
4             MS. OLIVER:  Susan?  Okay.  Why don't
5    we go off the record.
6             THE VIDEOGRAPHER:  We are off record.
7    It is 10:11 a.m.  We are now off the record.
8             (A brief recess was held.)
9             THE VIDEOGRAPHER:  We are back on
10   record.  It is 10:24 a.m.
11   BY MS. OLIVER:
12        Q.   Ms. Reynard, was the -- oh, withdrawn.
13             Did IRS build a new system as part of
14   RPO to issue PTINs?
15        A.   No.
16        Q.   How were mandatory PTINs issued?
17        A.   We contracted with a vendor, Accenture,
18   and worked with them.  They basically had a system
19   in place that we could use with some adjustments.
20        Q.   A preexisting system?
21        A.   Yes.
22        Q.   When was the decision made to use a
23   contractor to issue mandatory PTINs?
24        A.   I don't know.  I don't know the timing.
25   So that's your question, when?  I don't know.

```
1         Q.   Was there an RFP for contractors -- for
2    a contractor to issue mandatory PTINs?
3         A.   Yes.
4         Q.   When did that go out?
5         A.   I don't recall.
6              MS. OLIVER:  Ebony, could you go ahead
7    and mark that document as Exhibit 72.
8              And, Ms. Reynard, I will go ahead and
9    tell you, this is not in your binder, so apologies.
10             THE WITNESS:  Okay.
11             MS. BOBBITT:  It's marked.
12             (EXHIBIT 72, E-mail Chain; Subject:
13   Practitioner Strategy; Bates USA-0035601, was
14   marked for identification.)
15             THE WITNESS:  So I just go into that
16   Veritext and open the marked file?
17             MS. OLIVER:  Open the marked exhibit
18   folder under your name.
19             THE WITNESS:  Okay.  And
20   Exhibit 7 -- go ahead.
21             MS. OLIVER:  Exhibit 72.
22             Let me know when you have that up on
23   your screen.
24             THE WITNESS:  I have it up.
25   BY MS. OLIVER:
```

1              MS. OLIVER:  Ebony, could you go ahead
2     and mark Tab 14.
3              Ms. Reynard, this will be Tab 14 in
4     your binder.
5              THE WITNESS:  Okay.
6              (EXHIBIT 73, Solicitation/Contract
7     Order for Commercial Items; Bates USA-0020828, was
8     marked for identification.)
9              THE WITNESS:  Okay.
10    BY MS. OLIVER:
11        Q.   Sorry, I'm waiting.  I apologize for
12    the lag.  I'm waiting for the Exhibit Share to
13    update so I can make sure we're all on the same
14    page figuratively and literally here.
15        A.   Okay.
16        Q.   So I have just marked as Exhibit 73 a
17    document with Bates number beginning USA-0020828.
18             Have you seen this document before?
19        A.   I have.  I don't recall seeing it, but
20    I'm sure -- I feel like I'm -- I don't recall
21    seeing it, how about that.  That's the truth.
22        Q.   Looking at it right now, what do you
23    understand this document to be?
24        A.   It appears to be a contract for the
25    PTIN database, if you will, as far as return

1    preparer registration using that particular
2    database -- I'm looking at the -- with some option
3    periods in here.  This speaks specifically to
4    return preparer registration.
5         Q.   This is a contract with Accenture?
6         A.   It is.
7         Q.   So Accenture was the vendor chosen to
8    build and maintain the system used to issue PTINs,
9    correct?
10        A.   Correct.
11        Q.   This was a no-cost contract; is that
12   correct?
13        A.   Yes, as I recall.
14        Q.   What do you understand a no-cost
15   contract to be?
16        A.   My understanding is that we
17   don't -- basically they collect a fee and they keep
18   a portion of the fee for the work they do and then
19   send the remainder to us, so no initial outlay of
20   money from us to the vendor.
21        Q.   And was the fact that the vendor was
22   funding the creation of this system one of the
23   factors used to decide to outsource building this
24   PTIN issuance system?
25        A.   I'm sorry, could you repeat your

1      question.
2           Q.   Sure, it was a bad question, I will
3      rephrase it.
4                The fact that IRS was not going to have
5      to make an initial outlay to build the PTIN
6      issuance system, was that a factor in deciding to
7      outsource the PTIN system?
8           A.   I don't believe so.
9           Q.   Why did the IRS decide to outsource the
10     PTIN system?
11          A.   When we -- we evaluated doing the work
12     internally and the timing was going to take a long
13     time and the costs were what we thought would be
14     higher than if we went with a vendor.  We thought
15     if we could -- we thought if we went with a vendor,
16     the costs would be lower and we could get it -- get
17     it done more -- more quickly.
18          Q.   How long would it take to build the
19     system internally?
20          A.   Well, so let me qualify the "internal."
21               Internally, I don't recall the timing,
22     but it was years.  And I say that, because,
23     internally, then it has to be prioritized with
24     other work that is being done.
25               So as I recall, the discussion was this

1    was it understood that Accenture would be handling
2    the call center?
3         A.   Yes, I believe that was understood.
4         Q.   Was there any kind of online support,
5    like a chat function or anything like that?
6         A.   Not that I recall.  I believe it was
7    all -- I believe it was all call-in customer
8    support and mail.
9         Q.   Did the IRS handle any customer support
10   calls for TPPS?
11        A.   We provided to our call center staff
12   some very, very basic information around PTINs.
13             So, generally, if I recall correctly,
14   it was, you know, they can answer questions about
15   whether a PTIN is required, versus not, and provide
16   them with the -- I can't remember whether it was a
17   form or a link or a website.  I can't remember.
18   Provide them with the referral information or how
19   to obtain the PTIN.  And then if they had questions
20   about their already-existing PTIN that had been
21   issued -- excuse me -- we provide them with a
22   toll-free number to the Accenture contractor.
23             I'm going to take a drink here in a
24   minute.
25        Q.   Go ahead.  I mean, and if we need to go

Case 1:14-cv-01523-RCL   Document 176-24   Filed 03/23/22   Page 10 of 17
Melissa L. Reynard
Steele v. United States of America
August 5, 2021

Page 60

1  off the record, that's fine too.
2          What BOD within IRS handled those
3  customer service calls?
4      A.  That would be the Wage and Investment
5  BOD, B-O-D.
6      Q.  Was that function paid for with PTIN
7  user fees?
8      A.  Them answering the PTIN call, I don't
9  remember.  I remember discussing it, but I simply
10 don't remember where we landed with that.
11     Q.  What was the relative volume of calls
12 handled by the Accenture call center and the IRS
13 customer service representatives?
14         Did Accenture handle 90 percent of the
15 calls or nearly 100 percent?  Just roughly what was
16 the breakdown?
17     A.  If asking to estimate, I would estimate
18 that they handled 98 percent of the call -- percent
19 of the call volume that came in.  I will qualify
20 that a little bit too.
21         I will add to that by saying, I suspect
22 it would have been higher -- I'm sorry -- that the
23 IRS call center might have handled more early on
24 until the tax return preparers understood, here is
25 a separate number, a separate place to call, but I

1    think the vast majority, for sure, was handled -- I
2    believe was handled by the Accenture site.
3         Q.   If you go down towards the bottom
4    quarter of the page, do you see the heading
5    registration?
6         A.   I do.
7         Q.   And right underneath that it says:
8    Register all tax return preparers using the minimal
9    data capture requirements outlined in Attachment 1.
10             Do you see that?
11        A.   I see that statement, yes.
12        Q.   TPPS was the system used to register
13   all tax return preparers?
14        A.   Correct.
15        Q.   And to collect the information on the
16   PTIN applications?
17        A.   Correct.
18        Q.   Did TPPS store all of that information
19   provided on the applications?
20        A.   I believe it did.
21        Q.   And it stored the PTINs that had been
22   issued to particular individuals, correct?
23        A.   Correct.
24        Q.   It generated the PTINs, correct?
25        A.   Correct.

Case 1:14-cv-01523-RCL   Document 176-24   Filed 03/23/22   Page 12 of 17
Melissa L. Reynard                                            August 5, 2021
Steele v. United States of America

Page 62

1      Q.   The IRS didn't issue PTINs, correct,
2  TPPS did it?
3      A.   That's correct.
4      Q.   I note a couple bullets down it says:
5  Issue a preparer tax identification number (PTIN)
6  with confirmation information in a printable form
7  for use by the preparer.  PTIN to be issued in the
8  following format...
9           "P" and then eight numerical digits.
10          The IRS prescribed the format of the
11 PTIN, but TPPS generated the random numbers in the
12 PTIN?  Generated the actual PTINs?
13     A.   They generated the actual -- yes, TPPS
14 actually generated the PTIN numbers themselves.
15     Q.   If you could turn the page.
16          Who was responsible for interfacing
17 with Accenture on a daily basis once the contract
18 had been executed?
19     A.   So two -- I would say two -- two
20 scenarios that required day-to-day -- more
21 day-to-day interaction -- would have been if there
22 were some system issues, we may have had Lisa or
23 someone from her team, Lisa Hernandez or someone
24 from her team interacting.  For the service
25 delivery, it was either me or Pam Koslicki.

1               And I will --
2          Q.   Go ahead.
3          A.   I will qualify this a little bit in
4     that I was the technical advisor and Lisa was the
5     manager, so initially we would have been more
6     engaged.  As the program evolved, it would have
7     gone down to the analysts, so Pam and perhaps
8     someone under Lisa -- on Lisa's staff.
9          Q.   Where within -- was Pam within RPO?
10         A.   She was.
11         Q.   Where within RPO was she?
12         A.   She -- initially she was part of the
13    implementation team on a detail, and then I believe
14    she landed under Lisa for some period of time, and,
15    you know, some of that's -- again, the program --
16    and even the program office has evolved a bit, so
17    I'm not sure, but we had, at some point under Lisa,
18    the system -- everything -- everything Accenture, I
19    suppose, at some point.
20         Q.   You said you were -- you would have
21    been sort of the primary contact, at least
22    initially, for service delivery issues.
23              What do you mean by service delivery?
24         A.   I mean, the customer -- answering the
25    questions on the call center, how to answer the

1            A.    Yes.
2            Q.    This separate overhead rate that was
3     specific to the return preparer program was used in
4     calculating the user fee in 2010, correct?
5            A.    It appears that it was.  It should have
6     been used.  And it looks like it was, yes.
7            Q.    Was it used in the subsequent biannual
8     user fee reviews?
9            A.    I don't -- I don't -- I don't recall.
10    I don't know.  So I would have worked -- I worked
11    very closely with trying to get it -- the user fee
12    initially calculated, and then I was kind of out of
13    that mix.  I did not work with any of the
14    subsequent review processes.
15           Q.    On Page 3, the last action bullet, so
16    toward the bottom there, says:  Need to validate
17    that PTIN usage compliance will be limited during
18    first three years by resources.
19                 What do you understand that to mean?
20           A.    My interpretation of that is that our
21    resources, RPO resources, will be limited, so
22    verifying compliance or doing compliance work
23    associated with that may be limited as a result of
24    our resource limitations, but I can't be certain of
25    that, but that's my take on it.

Case 1:14-cv-01523-RCL   Document 176-24   Filed 03/23/22   Page 15 of 17
Melissa L. Reynard                                          August 5, 2021
Steele v. United States of America

Page 177

1      Q.  And when you say verifying compliance
2   or doing compliance work, this specifies PTIN usage
3   compliance, correct?
4      A.  Correct, so putting the PTIN on the tax
5   return, as they're supposed to be doing.  We'll
6   get, you know, complaints from taxpayers that they
7   went and paid a paid tax return preparer and they
8   wouldn't give them their PTIN, they wouldn't sign
9   the return, that kind of thing.  So that's --
10  that's what that is referencing, that type of
11  compliance work, so not the traditional compliance.
12     Q.  Do you know if, in fact, resources for
13  PTIN usage compliance were limited during the first
14  three years?
15     A.  I do not know.  I don't know.
16     Q.  Was there a team within RPO that
17  handled PTIN usage compliance?
18     A.  Yes.
19     Q.  What team was that?
20     A.  The compliance units.  We were
21  called --
22     Q.  Was the compliance unit fully staffed
23  when IRS began issuing mandatory PTINs?
24     A.  I don't know, but I seriously doubt
25  that.  That would have been in 2010, and, no, we

Case 1:14-cv-01523-RCL   Document 176-24   Filed 03/23/22   Page 16 of 17
Melissa L. Reynard                                    August 5, 2021
Steele v. United States of America

Page 178

1    didn't fully staff, probably, that organization
2    until sometime in 2011.
3         Q.   Were there any compliance or
4    suitability checks done on PTIN applications in the
5    last quarter of 2010 and the first quarter of 2011?
6    I'm talking about calendar year, not the federal
7    government fiscal year.
8         A.   Uh, yeah.  Um, I don't believe so.
9    I -- suitability -- I really don't believe so.
10   That would have been tax compliance checks or
11   background checks.  I don't believe so.  That was
12   the question, right, were either of those done
13   during that -- yeah, I don't believe so.
14              MS. OLIVER:  Ebony, could you mark Tab
15   10.
16              MS. BOBBITT:  It's marked.
17              (EXHIBIT 81, IRS RPI Working Session
18   User Fee Discussion, Meeting Minutes, March 24,
19   2010; Bates USA-0009785, was marked for
20   identification.)
21   BY MS. OLIVER:
22        Q.   We've marked as Exhibit 81 the document
23   with Bates number beginning USA-0009785.
24              This appears to be another set of
25   meeting minutes from the IRS RPI working session

Case 1:14-cv-01523-RCL   Document 176-24   Filed 03/23/22   Page 17 of 17
Melissa L. Reynard                                          August 5, 2021
Steele v. United States of America

Page 179

1    user fee discussion, this time on March 24th at
2    8:30 a.m., correct?
3           A.   Correct.
4           Q.   And you attended this session as well?
5           A.   Correct.
6           Q.   Who is Lindsey de la Torre?
7           A.   I knew you were going to ask that one.
8    No, I do not know.
9           Q.   And Gianpaolo Baglione?
10          A.   No, uh-uh.
11          Q.   If you could turn to the second page.
12               At the very bottom at the second page
13   it says, (#3 big change) added in a cost to
14   discover the people who file without a PTIN.
15   Estimate, 956 cases per year.
16               Do you understand this to be referring
17   to what ended up being the ghost preparer team?
18          A.   Correct, yes.
19          Q.   And you were not initially planning on
20   having a ghost preparer team?
21          A.   I don't know if that's the case.
22               I'm trying to broaden the definition of
23   what a ghost preparer is, because I think it's
24   bigger than just this piece.  I think this is
25   simply a piece of work we missed.