# EXHIBIT Z

| | |
|---|---|
| **To:** | Reynard Melissa L[melissa.l.reynard@irs.gov]; Goldstein Richard S[Richard.S.Goldstein@irscounsel.treas.gov]; Orozco Larry A[Larry.A.Orozco@irs.gov]; Hernandez Lisa A[Lisa.A.Hernandez@irs.gov]; Rui Leann[Leann.Rui@irs.gov]; McArthur Rod B[rod.mcarthur@irs.gov]; Kurdziel Jim F[Jim.F.Kurdziel@irs.gov]; Williams Eva[Eva.Williams@irs.gov] |
| **Cc:** | Luhring, Brett [USA][luhring_brett@bah.com]; Galley, Paul [USA][galley_paul@bah.com] |
| **From:** | Myers Nicole L |
| **Sent:** | Thur 6/24/2010 1:44:58 PM (UTC) |
| **Subject:** | User Fee Reg Issue - Not For Sharing |

Team - I wanted to give you a heads-up about some issues as it relates to the Registration User Fee regulation (Rich - If I have left anything out, please jump in). IRS Counsel and Treasury (including Rich) have been meeting with OMB on the user fees. ==OMB has raised significant concern on the costs. OMB's conclusion is that this regulation is economically significant and therefore constitutes a major rule. Their viewpoint is that $156 times 1.2 Million return preparers puts us over the $100 million threshold. By going over the $100 million in any year makes the regulation economically significant. Discussions around the fee being spread over three years also did not appear to have swayed their viewpoints. The only way around avoiding the economically significant regulation is to get below $100M in any year.==

You all may recall that the major rule extends the time for the regulation to be finalized by at least another 90 days, plus time for Congressional review.

David is traveling back today and I'm sure he will have an opportunity to discuss with the Commissioner on the flight. This has been raised to the Commissioner's Chief of Staff, and hopefully the Deputies now have a heads-up. I gave Eva a brief update also.

There are a few options, which are being discussed.

~Do an annual registration/renewal. Then do an analysis on the full three year renewal. Going forward with an annual renewal will be very complicated and burdensome to implement. The analysis could include that type of information and be included in our review of the user fee every two years. The user fee would have to recalculated and this will have a huge impact on Accenture.

~Keep an annual registration renewal program for the life of the program.

~Scale back on who can be covered in the fee. For example, remove CPAs, Attorneys, EAs, etc.

~Continue moving forward, and complete an economic analysis (which our Counsel can work on). Have the reg considered economically significant.

~Push OMB at the highest levels (which may not turn out favorably for us politically).

<u>Please don't share this email any further or do anything.</u> As more information becomes available, I will share. OMB is pretty much in a holding pattern, until this can be discussed further with the Commissioner and Deputies. We can then decide what costing rework may have to be completed. Let me know if you have any questions.

Nicole



Exhibit
PI 085
8/5/2021

USA-0036134