# EXHIBIT AB

## Filed Under Seal