# EXHIBIT AC

## Filed Under Seal