# EXHIBIT AD

## Filed Under Seal