# EXHIBIT AE

Case 1:14-cv-01523-RCL   Document 176-31   Filed 03/23/22   Page 2 of 26
Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 1

1                UNITED STATES DISTRICT COURT
                     DISTRICT OF COLUMBIA
2

3     Adam Steele, Brittany Montrois, and
      Joseph Henchman, on behalf of themselves
4     And all others similarly situated,

5
                     Plaintiffs,
6

7           vs.     CASE NO. 14-cv-01523-RCL

8
      United States of America,
9
                     Defendant.
10

      **THIS TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS**
11
      30(B)(6)
12    VIDEOTAPED VIDEOTELECONFERENCE
      DEPOSITION OF:   ACCENTURE FEDERAL SERVICES
13                     BY: ANDREW E. DINN
14    DATE:            January 13, 2022
15    TIME:            9:16 a.m.
16    LOCATION:        9106 Tetterton Avenue
                       Vienna VA
17

      TAKEN BY:        Counsel for the Plaintiffs
18

      REPORTED BY:     Susan M. Valsecchi, Registered
19                     Professional Reporter, CRR
                       (Appearing by VTC)
20    _____
21

22

23

24

25

Page 7

1          A.    Coming on close to 18 years now.

2          Q.    For how much of that time have you been

3    with the entity that's now known as Accenture

4    Federal Services?

5          A.    Full time.

6          Q.    While --

7          A.    Since the Accenture Federal Services

8    nomenclature existed.

9          Q.    You worked on the Return Preparer

10   Implementation contract?

11         A.    I did.

12         Q.    That was a contract between Accenture

13   and the IRS?

14         A.    Yes.

15         Q.    And it was in support of the Return

16   Preparer Office and the standup of the Return

17   Preparer Office?

18         A.    That's correct.

19         Q.    You're familiar with what's known as a

20   Preparer Tax Identification Number, or a PTIN?

21         A.    I am.

22         Q.    Tax return preparers are required to

23   have a PTIN if they wish to prepare tax returns for

24   compensation?

25         A.    That's correct.

Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 8

1          Q.   The office within the IRS that ran the

2    PTIN registration program was the Return Preparer

3    Office, correct?

4          A.   Yes.

5          Q.   Accenture developed the computer system

6    that issued PTINs to tax return preparers, correct?

7          A.   Yes.

8          Q.   That system was the Tax Professional

9    Preparer Tax Identification Number system, or TPPS

10   for short?

11         A.   That's correct.

12         Q.   Accenture also maintained and operated

13   TPPS; is that correct?

14         A.   Yes.

15         Q.   TPPS stored data submitted on PTIN

16   applications by tax return preparers; is that

17   correct?

18         A.   Yes.

Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page  9



Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 10



22          Q.    Are you familiar with the acronym COTS,

23    C-O-T-S?

24          A.    Yes.

25          Q.    That's short for commercial off the

Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 11

1    shelf?

2            A.   Yes.

3            Q.   Are you familiar with the phrase

4    out-of-the-box capabilities?

5            A.   Yes.

6            Q.   What does that mean to you?

7            A.   So essentially that describes what a

8    COTS product is, right?  So a COTS product is a

9    package of software that comes with -- I'll call it

10   a pre-defined framework of functionality.  So in

11   the case of the ███████ software, COTS software, that

12   we use for the PTIN program, its intended purpose

13   is kind of licensing and registration.  Therefore

14   it has certain out-of-the-box functionality that --

15   you know, kind of a set of pre-defined -- templates

16   isn't the right word, but a functionality that's

17   intended for a licensing and registration purpose.

18           Q.   The COTS software that you were talking

19   about was used in TPPS?

20           A.   Yes.

21           Q.   Accenture licensed that COTS software

22   from a company, or did Accenture develop it itself?

23           A.   We licensed the COTS product.

24       ███        ████████████

███      ███        ███████████████████████

Andrew E. Dinn , 30(B)(6)                     January 13, 2022
Steele v. United States of America

Page 12



6        Q.    Can customizations be made to COTS

7    software?

8        A.    They can.

9        Q.    Were they, in the case of TPPS?

10       A.    Yes.

Andrew E. Dinn , 30(B)(6)                          January 13, 2022
Steele v. United States of America

Page 13

1        ███████████████████████████████████

         ███████████████████████    ████████████

         █████████████████████████████████████

         ██████████████████████████████████

         ██████████████████████████████████

         ████████

7                    MS. OLIVER:  Ebony, could you mark

8        Tab 2.  And for all those people who have binders,

9        this is Tab 2 of the first binder.

10                   For the record, this has previously

11       been marked as Exhibit 73 and it's Bates-labeled

12       USA-0020828.

13                   (EXHIBIT 73, Contract Award for the

14       PTIN Program (Base Contract); Bates USA-0020828,

15       was previously introduced into evidence and

16       presented to the witness.)

17       BY MS. OLIVER:

18           Q.   Mr. Dinn, let me know when you've had a

19       chance to flip to that.

20           A.   Tab 2?

21           Q.   Yes.

22           A.   Okay.

23           Q.   Have you seen this document before?

24           A.   Yes.

25           Q.   What is it?

Andrew E. Dinn , 30(B)(6)                                    January 13, 2022
Steele v. United States of America

Page 25



Andrew E. Dinn , 30(B)(6)                                    January 13, 2022
Steele v. United States of America

Page 26



Andrew E. Dinn , 30(B)(6)                     January 13, 2022
Steele v. United States of America

Page 27



Andrew E. Dinn , 30(B)(6)                                                   January 13, 2022
Steele v. United States of America

Page 40



Andrew E. Dinn , 30(B)(6)                                 January 13, 2022
Steele v. United States of America

Page 41



20              MS. OLIVER:  Could you turn to Tab 9.

21              THE WITNESS:  Tab 9, yes, okay, yes.

22              MS. OLIVER:  Ebony, could you mark

23      Tab 9.

24              MS. BOBBITT:  Yes.

25              MS. OLIVER:  And for the record, I have

Andrew E. Dinn , 30(B)(6)                        January 13, 2022
Steele v. United States of America

Page 42

1    marked as Exhibit 299 a document with Bates number

2    AFS_00034862, and it also has a printout of the

3    associated metadata.

4                    (EXHIBIT 299, February 4, 2010, UF

5    Buildup (metadata); Bates AFS_00034862, was marked

6    for identification.)

7    BY MS. OLIVER:

8         Q.   Mr. Dinn, if you could take a look at

9    this.

10                   And, again, I'll ask you if the

11   BegControl number in the top row matches the number

12   in the right-hand corner of the second page?

13        A.   It does.

14        Q.   You appear to be the custodian of this

15   document also; is that correct?

16        A.   It appears so, yes.

17        Q.   The date last modified here is

18   February 4th, 2010; is that correct?

19        A.   It is.

20        Q.   That's one day later than the document

21   we just looked at?

22        A.   Thank you.  That was going to be my

23   question.

24        Q.   So you remember I asked you, right,

25   make a note of the February 3rd, 2010.

Andrew E. Dinn , 30(B)(6)                January 13, 2022
Steele v. United States of America

Page 59



Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 60



23          MS. OLIVER:  Now, if you could look at

24     Tab 61.  I think this one's in your second binder.

25          THE WITNESS:  Okay.

Case 1:14-cv-01523-RCL   Document 176-31   Filed 03/23/22   Page 18 of 26
Andrew E. Dinn , 30(B)(6)          January 13, 2022
Steele v. United States of America

Page 61

1              MS. OLIVER:  Ebony, could you mark

2      Tab 61 --

3              MS. BOBBITT:  Yes.

4              MS. OLIVER:  -- as Exhibit 303.  So for

5      the record, I have marked as Exhibit 303 a document

6      with Bates number AFS_00013077.

7              THE WITNESS:  Uh-huh.

8              (EXHIBIT 303, August 20, 2015, e-mails

9      between Andrew Dinn, Sujata Mehta, and others;

10     Bates AFS_00013077, was marked for identification.)

11     BY MS. OLIVER:

12        Q.   Mr. Dinn, you sent this e-mail on

13     August 20th, 2015 correct?

14        A.   Yep.

15        Q.   Did you send this e-mail in the regular

16     course of business?

17        A.   Can you define regular course of

18     business?

19        Q.   Just your job at Accenture, just sort

20     of something that you might routinely send?

21        A.   Yes.

22        Q.   Do you have any reason to believe this

23     is not a true and correct copy of the e-mail?

24        A.   No, I do not.

25        Q.   I see three tables in your e-mail, CTA,

Case 1:14-cv-01523-RCL   Document 176-31   Filed 03/23/22   Page 19 of 26
Andrew E. Dinn , 30(B)(6)                        January 13, 2022
Steele v. United States of America

Page 90



1

25        it.

Andrew E. Dinn , 30(B)(6)                                    January 13, 2022
Steele v. United States of America

Page 91



Case 1:14-cv-01523-RCL   Document 176-31   Filed 03/23/22   Page 21 of 26
Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America



Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 93



         1

    13            MS. OLIVER:  Yes.  Could you turn to

    14    Tab 17.

    15            Ebony, could you mark Tab 17.

    16            MS. BOBBITT:  Yes.

    17            THE WITNESS:  17.

    18            MS. OLIVER:  I have marked as

    19    Exhibit 307 a document with Bates number

    20    AFS_00149715.

    21            THE WITNESS:  All right.

    22            (Exhibit 307, June 12, 2014,

    23    Spreadsheet; Bates AFS_00149715, was marked for

    24    identification.)

    25    BY MS. OLIVER:

Andrew E. Dinn , 30(B)(6)                                           January 13, 2022
Steele v. United States of America

Page 235

1    record.   The time is 5:08 p.m.

2    BY MS. OLIVER:



Case 1:14-cv-01523-RCL   Document 176-31   Filed 03/23/22   Page 24 of 26
Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page  236



Andrew E. Dinn , 30(B)(6)                                          January 13, 2022
Steele v. United States of America

Page 237



Case 1:14-cv-01523-RCL   Document 176-31   Filed 03/23/22   Page 26 of 26
Andrew E. Dinn , 30(B)(6)                    January 13, 2022
Steele v. United States of America

Page 238

