# EXHIBIT AF

# IRS Return Preparer Implementation Project Office



Department of the Treasury
**Internal Revenue Service**

**Weekly Status Report**

**Washington, DC**
**October 15, 2010**

*FOR INTERNAL USE ONLY*

User Fee
Team

BAH_0001710.0001

## IRS RPI Project Dashboard

| Team | Key Milestone/Deliverable | Due | Status | Comment |
|------|---------------------------|-----|--------|---------|
| PMO / Regulations | Develop & Publish PTIN Regulations | 06/07/10 | Blue | Final PTIN Regulations were filed with the Federal Register on September 28, 2010 and published in the Federal Register on September 30,2010 (75 FR 60309) |
| | Develop & Publish Circular 230 Regulations | 11/01/10 | Green | Circular 230 regulations were published on August 23, 2010; the comment period ended on October 7, 2010; hearing held on October 7 2010. Comments are being tracked and analyzed |
| | Develop & Publish User Fee Regulations | 07/30/10 | Blue | Final PTIN User Fee Regulations were filed with the Federal Register on September 28, 2010 and published in the Federal Register on September 30, 2010 (75 FR 60316) |
| | Develop & Publish e-file Mandate Regulation | 11/15/10 | Yellow | Proposed e-file regulations were re-circulated in green sheet clearance and next steps are to reconcile the comments and prepare clearance package for Treasury; Pink sheet expected by November 2010 |
| Governance / Service Wide Impacts | Define Program Governance Structure & Organizational Design | 08/04/10 | Red | OPR-proposed design has been reviewed by IRS executive leadership; No final decision has been made |
| | Detailed Staffing Plan (PDs, Department Structures, Locations) | TBD | Yellow | Identified position descriptions for the proposed TPPO and will continue to work with HCO to create new PDs where needed; Notification to NTEU is being planned for October or November of 2010 |
| | Develop Long-Term Implementation Plan | TBD | Yellow | Dependent on the Short-Term Implementation Plan activities |
| Testing | Finalize Testing User Fee | TBD | Yellow | Draft User Fee was reviewed by Deputy Commissioners on July 5, 2010; Changes Ongoing. Fee split into Testing Admin. and Suitability Checks. Additional data pending on fingerprint process and required testing population prior to finalization |
| | Publish Testing SOO | 10/10/11 | Yellow | Working with Procurement to complete; Obtaining approval from key stakeholders (e.g., Office of Privacy, C&L, MITS); Releasing one SOO with the option to award to separate Test Admin and Suitability vendors; Planned for late October 2010 |
| | Select and Announce Testing Vendor | 11/15/10 | Green | |
| | "Go-Live" with Testing Capability | 06/01/11 | Green | On target as testing development period is estimated at 5-6 months starting in mid-November 2010 |

*Status Key:    Green - In Process;    Yellow - At Risk;    Red - Critical/Missed Deliverable;    Blue - Completed

FOR INTERNAL USE ONLY

2

## IRS RPI Project Dashboard continued

| Team | Key Milestone/Deliverable | Due | Status | Comment |
|---|---|---|---|---|
| Continuing Education | Finalize CE User Fee | TBD | Green | Deputy Commissioners select the "light" approval option for the CE User Fee; Analysis ongoing around  IRS approval by credit hour, by provider, or through an alternative decision-making authority |
| | Document CE Processes | TBD | Green | CE Process Documentation due date is dependent on implementation date for new CE requirements; status may shift to Yellow if CE is required starting in early 2011 |
| | Develop updates/enhancements to e-Trak system | 05/02/11 | Yellow | e-Trak system may be required to accept and review applications for the new CE process as early as January 1, 2011; technical requirements are being drafted for the vendor; however, if the CE requirement is delayed, then the date to update e-Trak can be modified |
| Compliance and Enforcement | Develop Short-Term Enforcement Plan | 10/29/10 | Yellow | Ongoing organizational design efforts continue to impact Short-Term Enforcement Planning |
| | Preliminary Long-Term Enforcement Strategies | 7/30/10 | Green | Enhancing the Long-Term Enforcement Strategy vision draft |
| | Development Implementation Plan | 11/19/10 | Green | |
| Communi- cations | Prepare and Launch Registration Campaign | TBD | Green | Tax Professional PTIN System officially launched on September 28, 2010 and communications were disseminated; currently working on options addressing PTINs not being issued to some who applied and paid |
| | Prepare and Launch e-File Mandate Campaign | 11/15/10 | Yellow | Dependent on issuance of proposed regulations, which has been delayed until at least November 15, 2010 |
| E-file Mandate | Develop capability to validate PTIN through EFIN database | 09/01/10 | Yellow | PTIN data submitted by return preparers on e-file applications would need to be validated by the IRS before automatic issuance of an EFIN |
| | Deploy Waiver Process | 11/15/10 | Green | Waiver process stand-up confirmed and forms and instructions (e.g. 8948) reviewed, updated, and sent for approval; regulations currently under review prior to being published with an estimated issuance date of November 15, 2010 |

*Status Key:  Green -  In Process;  Yellow -  At Risk;  Red  Critical/Missed Deliverable;  Blue -  Completed

FOR INTERNAL USE ONLY

3

BAH_0001710.0003

## IRS RPI Project Dashboard continued

| Team | Key Milestone/Deliverable | Due | Status | Comment |
|---|---|---|---|---|
| Business and IT Impacts | Tax Professional PTIN System "Go-Live" | 09/28/10 | Blue | TPPS went live on September 28, 2010. Approximately 56,000 PTINs have been issued as of October 13, 2010. |
| | Milestone 3/4a | 12/20/10 | Yellow | Security Assessment and Authorization (SA&A) working sessions were conducted October 5-7, 2010  There is a risk that the actions will not be addressed in time to maintain the aggressive schedule which would impact MS3/4a exit. |
| | Milestone 4b | 02/28/11 | Yellow | If MS 3/4a is delayed then we could miss our time to perform Security Certification and Accreditation (SCA) testing scheduled on December 14 – 16th which could prevent us from completing the SA&A activities prior to 02/28/11. |

*Status Key:    Green - In Process;    Yellow - At Risk;    Red - Critical/Missed Deliverable;    Blue - Completed

FOR INTERNAL USE ONLY

4


## PMO
**Nicole Myers (Project Lead)**

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Continued to track and prioritize issues related to the IRS Tax Professional PTIN System<br><br>■ Provided support to sub-teams on various project implementation activities and meetings<br><br>■ Summarized and categorized public comments received for the Circular 230 regulations following end of comment period on October 7, 2010<br><br>■ Hearing held on October 7, 2010 regarding Circular 230 regulations | ■ Continue to further detail Tax Professional PTIN System out of scope items<br><br>■ Continue to reconcile comments received for the e-file regulations and prepare clearance package<br><br>■ Continue to work with CFO on establishing separate user fee account |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. Accenture Systems Update<br>2. AICPA briefing<br>3. Governance/Organizational Design<br>4. Business Requirements with Mike Silva<br>5. Out of Scope meeting<br>6. JO – Return Preparer<br>7. Accenture Status Conference Call | 1. Daily<br>2. ???<br>3. October 13, 2010<br>4. October 14, 2010<br>5. October 15, 2010<br>6. October 15, 2010<br>7. October 15, 2010 | 1. Team Working Session<br>2. Pay.gov meeting with CFO and Accenture<br>3. RPI/COTR touchpoint meeting<br>4. AICPA briefing on Public Relations<br>5. Update on Return Preparer Initiative with Steve Miller | 1. October 20 -21, 2010<br>2. ???<br>3. October 19, 2010<br>4. October 20, 2010<br>5. October 21, 2010 |

*FOR INTERNAL USE ONLY*

5

BAH_0001710.0005

## Governance/Service Wide Impacts Project Team
**Melissa Reynard (Project Lead)**

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Developed department staffing breakdowns and position details for additional organizational design options being considered by the Commissioner<br>■ Finalized numerous position descriptions for the proposed TPPO Organizational Design through input from HCO<br>■ Developed an initial outline for the TPPO Concept of Operations<br>■ Began development on materials to facilitate client visioning and strategic planning<br>■ Developed final recommendation and next steps for mitigating potential risks of IRS users not having real time access to the new PTIN database | ■ Continue to finalize position descriptions for the TPPO Organizational Design<br>■ Begin to develop NTEU packets for labor negotiations pending final decision on organizational structure<br>■ Socialize Strategic Plan with goals, objectives, and strategies for the TPPO by end of October 2010<br>■ Continue to develop Concept of Operations document |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. Org Design/PD Conference Call | 1. October 13, 2010 | 1. TPPO Organizational Design – Position Description Follow-up | 1. TBD |

6

BAH_0001710.0006

## Testing/Continuing Education (T/CE) Project Team
### Larry Orozco (Project Lead)

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Updated testing user fee based upon OPR and Counsel's input on workforce requirements to support the appeals processes<br>■ Conducted analysis and developed a briefing on the "dual-fee" hybrid CE approval process, outlining the costs and process for CE providers; the hybrid process allows for providers to apply directly to the IRS or seek pre-approval from other professional organizations | ■ Continue to analyze alternatives for Testing and CE User Fees<br>■ Testing /Fingerprint Vendor Selection:<br>  ➢ Continue to work with IRS Procurement to prepare for release of the Testing/Fingerprinting Vendor SOO(s) by October 30, 2010<br>  ➢ Select Testing/Fingerprinting Vendor(s) by November 30, 2010<br>■ Analyze alternatives to determine whether other professional organizations should be engaged to approve CE programs on behalf of the IRS<br>■ Establish criteria and process that the IRS would use to select professional organizations |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. Weekly meeting with Procurement to discuss Fingerprinting and Testing SOO's | 1. October 12, 2010 | 1. Weekly meeting with Procurement to discuss Fingerprinting and Testing SOO's<br>2. Bi-weekly Testing and CE Meeting<br>3. Meeting with Karen Hawkins and Rich Goldstein to discuss possible CE approval processes | 1. October 19, 2010<br>2. October 19, 2010<br>3. October 19, 2010 |

BAH_0001710.0007

## Business and IT Relationship Management Project Team
### Lisa Hernandez (Project Lead)

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Approximately 58,872 PTINs have been issued as of 5:00PM October 14, 2010<br>  ➢ Deployed patch to resolve defect with paid applicants not receiving PTINs<br>  ➢ Upgraded irs.gov infrastructure October 10 – 12 (preventive maintenance)<br>■ Developed work breakdown schedule to create the Transition Management Plan (TMP)<br>  ➢ Plan to deliver initial TMP by December 20, 2010 in alignment with milestone 3/4a, with initial focus on the IT gaps<br>  ➢ Transition Management kickoff meeting planned for week of October 25, 2010 | ■ Continue to address action items from SA&A working session and update Security Authorization Boundary Memo, System Security Plan and IT Contingency Plan<br>  ➢ Critical to have action items addressed in a timely manner to maintain SA&A schedule in support of meeting key milestone to conduct SCA testing on December 14, 2010<br>■ Identify Transition Management stakeholders and create draft kickoff material<br>■ Section 508 Compliance Activities<br>  ➢ Obtain Executive approval for 508 testing funding<br>  ➢ Conduct additional Section 508 testing for the public-facing interface using ZoomText and Dragon NaturallySpeaking (software used to test for Section 508 compliance). Target completing by November 30, 2010<br>  ➢ Schedule Section 508 testing of the IRS employee interface. Target completing by November 30, 2010<br>  ➢ Update the necessary Section 508 documentation so it is acceptable for milestone 3/4a and 4b |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. IT RPI SA&A Action Items Follow up<br>2. Discuss providing Accenture remote access to MITS 28 to support RPI with COTR<br>3. Review TPPS Lessons Learned and PMP Documents<br>4. Review Draft TM WBS with TM Lead<br>5. RPI Weekly IT Status Meeting<br>6. RPI Portal Business Management Web Analytic Requirements with Portal Management<br>7. PTIN System Status to Review System Metrics and Defects | 1. October 13, 2010<br>2. October 13, 2010<br><br>3. October 13, 2010<br><br>4. October 14, 2010<br>5. October 14, 2010<br>6. October 14, 2010<br><br>7. Daily | 1. ELC Document Status with MITS and RPI PO<br>2. Working Session to Complete Section K of System Security Plan with Project Management<br>3. Transition Management Plan status with TM Lead<br>4. PTIN System Status to Review System Metrics and Defects | 1. October 18, 2010<br>2. October 19, 2010<br><br>3. October 22, 2010<br><br>4. Daily |

BAH_0001710.0008

## Compliance/Enforcement Project Team
### Rod McArthur (Project Lead)

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Developed initial draft Criminal Background Check Adjudication process timeline and validated content with sub-team SMEs<br><br>■ Developed draft estimate of future personal tax non-compliance workload through analysis of existing criteria and estimated levels of non-compliance in the legacy PTIN database<br><br>■ Developed long-term program Compliance & Enforcement strategy work stream project work plans for client review | ■ Define existing processes, detection tools, and treatments to support drafting of future solutions and processes (Suitability and Compliance sub-teams)<br><br>■ Develop initial concepts for pilots to assess alternatives for detection or treatment of noncompliance after FS2011<br><br>■ Analyze the use of funded money for non-traditional enforcement, Terrorist Watch List review, and allocation between testing and registration user fees<br><br>■ Continue to develop process to support detection of ghost preparers<br><br>■ Develop draft process for identifying PTIN applications using SSN's of deceased persons<br><br>■ Define training, PTIN database access, reporting structure, and other system requirements for Terrorist Watch List red flag reviewer implementation |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. Personal Tax Compliance and MITS meeting to determine IT requirements | 1. October 14, 2010 | 1. Development of "ghost preparer" training for execution in FY2011 work plan with Diann Wensing, SBSE Exam | 1. October 19, 2010 |
| 2. Title 26 Sub-team meeting to develop a plan for identifying enforcement activities to be included in FY2012 work plan | 2. October 14, 2010 | | |
| 3. PTIN Usage Sub-team meeting to develop methodology for measuring success of FY2011 Ghost Preparer work plan activities | 3. October 14, 2010 | | |
| 4. Terrorist Watch List reporting and funding clarification with Nicole Myers and Melissa Reynard | 4. October 14, 2010 | | |

FOR INTERNAL USE ONLY

BAH_0001710.0009

## Communications Project Team
### Leann Ruf (Project Lead)

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ▪ Posted multiple updates to the FAQ's to inform the return preparer community of system updates and other general program information | ▪ Continue to finalize e-file Mandate news release based on updates to regulations<br>▪ Continue to work with the e-file Mandate Project Team to finalize correspondence for the e-file Mandate waiver process |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. None | 1. N/A | 1. None | 1. N/A |

BAH_0001710.0010

# e-file Mandate Project Team
**Jim Kurdziel (Project Team Lead)**

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Refined high-level issues for PTIN/EFIN Reconciliation and updated the e-File Reconciliation Action Plan deck<br>   ➤ Obtained agreement on the high-level e-File Reconciliation categories with key stakeholders (e.g. EPSS) during standing weekly meeting<br>   ➤ Assigned team members to each of the four sub-groups<br>   ➤ Began documentation of issues and associated Reconciliation activities across sub-teams | ■ Prepare for waiver "Go-Live" in November 2010<br>   ➤ Obtain approval on forms and post them on IRS.gov website<br>   ➤ Publish the proposed e-File regulations and other guidance<br> ■ Continue investigation of the necessary compliance and enforcement capabilities for implementation following e-File reconciliation<br> ■ Continue to develop the stakeholder action plan for submission by the end of October 2010 |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. Meeting to discuss PTIN/EFIN reconciliation action plan development | 1. October 14, 2010 | 1. Meeting to discuss PTIN/EFIN reconciliation Action Plan development | 1. October 21, 2010 |

*FOR INTERNAL USE ONLY*

11

## Registration Vendor Project Team
**Accenture**

| This Week's Major Accomplishments | Focus for Next Week/Major Upcoming Activities |
|---|---|
| ■ Continued ongoing TPPS Production support<br>■ Investigated issues identified via IRS and Accenture call centers. Issues tracked in a combined "Issue Tracker"<br>■ Started back office / RSA Token implementation for Two-factor Authentication<br>■ Closed significant number of open actions items identified during security working sessions conducted October 5 – 7, 2010<br>■ Continued following up on approximately 9 outstanding action items<br>■ Delivered initial security documentation for internal QC team review on October 13, 2010<br>■ Call volumes significantly exceeding initial CSO assumptions (approximately 30k calls offered MTD), with weekly level of service at 78%<br>■ Conducted IRS Site Visit to Waterloo facility<br>■ Started moving from our current location to the space occupied by HCTC | ■ Continue Production support and investigation of potential system issues<br>■ Revise call center procedures to capture more details regarding issues reported by callers to assist with system debugging |

| This Week's Meetings | Date | Upcoming Meetings | Date |
|---|---|---|---|
| 1. Weekly Status Meetings | 1. Ongoing | 1. Weekly Status Meetings | 1. Ongoing |

BAH_0001710.0012