# EXHIBIT AG

EDIT THIS VERSION

Edited by Leann Ruf, Jean Wetzler. Original 1,848 words

Reedited by Nan 092810, revised 1,357 words

Reedited by Leann, 1,322 words

Hello, I'm David Williams from the IRS.

As you may have heard, changes are in store for paid tax return preparers. I'm going to talk with you today about the first phase of the new program – a requirement for all preparers to have a Preparer Tax Identification Number or PTIN.  But I want to briefly outline what we're doing and why.

As you well know, the IRS cannot administer the tax code without you, the tax professional. When you add in tax software use, 80 percent of the nation's taxpayers seek help in preparing their federal returns. The tax professional community brings enormous value to this process. This fact makes it all the more important that all tax professionals meet some basic thresholds related to education, competency and ethics.

After much study and several public hearings, we have decided that in the future:

- o All tax preparers must apply for and use a PTIN – a preparer tax identification number.

- o Some preparers must pass a basic competency test.

- o And some preparers will have a new annual continuing education requirement.

Certified Public Accountants, attorneys and enrolled agents, as well as some other specified tax professionals, are expected to be exempt from the testing and education requirements because they already must meet certain professional

Exhibit
PI 254
12/16/2021

standards.  We will have more guidance in the future on the testing and education requirements.  Visit I-R-S DOT G-O-V SLASH TAXPROS to get the latest information.

**BREAK (TRANSITION)**

For today, let's turn our attention to the PTIN. The PTIN has been available for years as an alternative to using your Social Security number in the paid preparer section of a return. However, starting January 1, 2011, use of the PTIN will no longer be optional; it will be required.

This is an important step because it lays the groundwork in our efforts to ensure the quality and integrity of professional tax return preparation.

Who is affected by this change? In short, almost everyone. We define a tax return preparer as anyone who is paid to prepare all or substantially all of any federal tax return or claim for refund. If you already have a PTIN – and many of you do – you must re-apply using our new application process. You will likely be reassigned your existing number. Let me just stress this again: If you already have a PTIN, you must re-apply using the new sign-up system.

To start this process, go to www.irs.gov slash taxpros. There, you will see a link for the PTIN Sign-up System.

I'm going to mention the required steps for PTIN registration and then I will explain each one in depth.

The steps are:

- Create an account on the system
- Complete the PTIN application

USA-0006099

- Pay the $64.25 fee

- Finally, obtain your PTIN.

**BREAK (TRANSITION)**

<mark>The first step is to create an account on the PTIN Sign-up System. It will be through this account that you can keep up with information about the status of your PTIN, and testing and continuing education if you must meet those requirements.</mark>

You create an account by providing your name and email address, creating a user name and providing a security question. The PTIN Sign-up System will email a temporary password for your account to the email address you just provided. If you don't receive the email right away, check your spam folder. Once you have it, you can then return to the sign-up system and create your own, permanent password. Just a note: The IRS will never send you an unsolicited e-mail requesting personal identification information. However, you may receive reminders of upcoming program requirements, and other general information. That's all there is to creating an account on the sign-up system. This process should take you only a few minutes.

**BREAK (TRANSITION)**

After you have created your account and you have your new password, you are ready to complete the PTIN application form. Just go to your account's main menu, and click PTIN Sign-up.

USA-0006100

The first question asked is whether you have a Social Security number. Only those preparers who, for either religious or foreign residency reasons, have no SSN, can signup without using an SSN.  All others must have an SSN.

One tip before you start the PTIN application, make sure you have all the information items you will need. The PTIN application will ask for the usual information such as your name….your Social Security number…and, your date of birth. It also will ask for some information from your most recent personal tax return.

A couple of important points here:

The application asks if you have had a felony conviction in the past 10 years. If the answer is yes, you must provide an explanation and explain why this should not affect your fitness to prepare tax returns. You may be contacted if additional information is needed.

It also asks if you are compliant with your personal and business federal taxes. If the answer is no, you must provide an explanation to continue with the application. We suggest you resolve any outstanding tax issues before applying for a PTIN.

Some questions on the PTIN application are optional. However, we urge you to answer the optional questions as well.

For example, we ask for your professional credentials. CPAs, attorneys and enrolled agents should complete this question. If you leave this question blank, we will expect you to complete the future testing and continuing education requirements.

USA-0006101

After you review your answers, just click to submit and sign the form electronically.

**BREAK (TRANSITION)**

Once you have completed your PTIN application, you will be asked to pay a fee of $64.25. No doubt, many of you are wondering how that amount was determined.

The IRS will collect $50 per user to pay for outreach, technology and compliance efforts associated with this new initiative. And a third-party vendor will receive $14.25 per user to operate the online system and provide customer support. Government agencies are required to charge user fees to recover the cost of services that convey special benefits beyond those available to the general public, such as the authority to prepare federal tax returns for compensation. That's how we ended up with $64.25.

You can pay this fee with your credit card. Or, you can enter bank account information for a direct debit. You will not receive a PTIN until you pay the fee.

**BREAK (TRANSITION)**

The final step is to obtain your PTIN. Your PTIN will be assigned to you immediately after you pay your fee. If you already have a PTIN, the same number will be reassigned if your information matches your original application. You may wish to print this page for your records. Generally, within 24 hours you should receive an email from the IRS containing a welcome letter and additional information.

USA-0006102

Your PTIN is valid for one year. Each year, all tax professionals must renew their

PTIN and pay the fee.

I know I've given you a lot of information here. This webinar will be archived on

our video portal at IRSVideos dot gov so you can review it at any time.

For the vast majority of you this will be a very simple and fast process. You can

read more about this on the tax professionals page at IRS.gov. Or, you can call

the PTIN Information Line at 877-613-PTIN, that's 877-613-7846.

Thank you and we look forward to working with you. (END)

USA-0006103