# EXHIBIT AH

## Filed Under Seal