# EXHIBIT AJ

## Filed Under Seal