# EXHIBIT AK

## Filed Under Seal