# EXHIBIT AL





RETURN PREPARER OFFICE
INTERNAL REVENUE SERVICE



Business Performance Review
FY2016 – Quarter 4

Washington, DC
November 4, 2016

**Exhibit PI 227**
11/16/2021



USA-0001255

## *Table of Contents*

*Hot Topics*                                                                                     *2*

*RPO Performance Dashboard*                                                                       *4*

*PTIN Statistics – Registration and Renewals*                                                     *4*

*Call Center Metrics*                                                                             *5*

*Program Operations*                                                                              *6*
   *Vendor Processes and Business Requirements*                                              *6*
   *Compliance*                                                                              *8*
   *Competency & Standards*                                                                  *12*
   *Continuing Education Management*                                                          *14*
   *Enrolled Agent Policy & Management*                                                       *16*
   *Return Preparer Suitability*                                                              *19*
   *Communications*                                                                           *21*
   *Joint Board for the Enrollment of Actuaries*                                              *22*

*Compliance Addendum*                                                                             *24*

*Risk Management Attachment*                                                                      *26*

1

USA-0001256

## *Hot Topics*

### *Current Updates*

- Re-proposed enrolled agent testing user fee regulation published on October 25, 2016.

- Expanded the "returns per PTIN" pilot to all credentialed preparers and Annual Filing Season Program (AFSP) participants in July. **(TBOR related – Quality Service and Retain Representation).**

- PTIN renewal season is underway with 100,000 renewals the first week of the new season; Enrolled Agent renewal season for EAs with SSNs ending in 4, 5, or 6 begins on November 1st.

- Draft report, for the Committees on Appropriations for the House and Senate, on the accuracy of returns completed by 2015 AFSP participants is back from Treasury.  Legislative Affairs has not yet shared proposed edits.

- Brief blackout period for the continuing education provider system as RPO transitions to the new vendor. We are hopeful the impact on customers and current programs will be minimal.

2

USA-0001257

## *Challenges*

- Lack of clear legal authority to support revocation of PTINs, as the number of compromised PTINs increases.

- Delay in the stand-up of the new continuing education provider system, as we start the 2017 Annual Filing Season Program and a new EA renewal cycle may create some unease in the stakeholder communities.

- PTIN class action notices being issued the same week as he opening of the 2017 PTIN renewal season may cause confusion in the preparer community with respect to whether renewal is required.

USA-0001258

## *RPO Performance Dashboard*

### *PTIN Metrics – Registration and Renewals\**

| PTIN Statistics | PERFORMANCE HISTORY | | FISCAL YEAR-TO-DATE COMPARISON | | | FY2016 GOAL |
|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q4-2015 | Q4-2016 | % Change | |
| Total Valid PTINs | 696,951 | 715,164 | 715,164 | 727,177 | 2% | |
| Number of Registrants | 91,776 | 102,498 | 102,498 | 101,554 | -1% | |
| Number of Renewals | 628,818 | 632,757 | 632,757 | 646,128 | 2% | |
| **Total Registration and Renewals** | 720,594 | 735,255 | 735,255 | 747,682 | 2% | |
| Total Online Registration and Renewals | 690,809 | 711,786 | 711,786 | 725,247 | 2% | |
| Online Renewals | 602,561 | 612,744 | 612,744 | 626,685 | 2% | |
| Online Registrations | 88,248 | 99,042 | 99,042 | 98,562 | 0%** | |
| Percent of Online Registration and Renewals | 96% | 97% | 97% | 97% | 0% | 96% |
| Total Paper Registration and Renewals | 29,785 | 23,469 | 23,469 | 22,435 | -4% | |
| Paper Renewals | 26,257 | 20,013 | 20,013 | 19,443 | -3% | |
| Paper Registrations | 3,528 | 3,456 | 3,456 | 2,992 | -13% | |
| Percent of Paper Registration and Renewals | 4% | 3% | 3% | 3% | 0% | |

Note:  \*Registrations are new PTIN applicants; renewals are previous PTIN holders. Valid PTINs are PTINs that are not suspended, revoked, assigned to a deceased preparer, voluntarily inactivated or expired.
\*\*This number is actually **-.48** but the formula rounds up to whole numbers.

4

## *Call Center Metrics*

| Performance Indicators | PERFORMANCE HSITORY | | FISCAL YEAR-TO-DATE | | | |
|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q4-2015 | Q4-2016 | % Change | FY2016 GOAL |
| Calls Offered | 201,507 | 123,787 | 123,787 | 108,451 | -12% | |
| Average Handle Time (seconds) | 378 | 358 | 358 | 347 | -3% | 270 |
| Calls Answered | 157,019 | 109,151 | 109,151 | 88,538 | -19% | |
| Level of Service | 78% | 88% | 88% | 82% | -7% | 82% |
| Average Speed of Answer (seconds) | 253 | 226 | 226 | 351 | 55% | 180 |
| Customer Accuracy (quality) | 90% | 90% | 90% | 91% | 1% | 90% |

Notes:
"Calls Offered" include calls received from customers who want to speak to a customer service representative, receive an informational message, or called but then hang up.
Prior Fiscal year-to-date data updated to reflect changes based on new data source which captures and reports statistics more accurately.

5

USA-0001260

| Program Operations |
|---|

## *Vendor Processes and Business Requirements*

**Program Accomplishments**

The new PTIN registration contract was awarded to the incumbent contractor, Accenture, with an effective date of August 1, 2016.  The contract including options is for 5 years.  The new contract reduced the vendor portion of the PTIN fee from $17 to $14.95 effective May 1, 2017.

We successfully refreshed hardware used to support TPPS and converted the Operating System to Redhat Linux. This has significantly increased current PTIN system performance.

We developed TPPS enhancements and are ready to deploy them for the upcoming Registration and Renewal season, which officially began on October 17, 2016.  A primary enhancement will allow preparers to complete both the PTIN renewal and AFSP C230 consent actions through one visit to TPPS potentially increasing AFSP participation.

A requirements gathering session was held with RPO personnel and Accenture to establish new system requirements as a result of the recently awarded PTIN registration contract.  TPPS will be hosted in a cloud service environment with disaster recovery capabilities.  The enhancements are scheduled to deploy by April 30, 2017.

6

USA-0001261

*Return Preparer Office:  Business Performance Review*                    **Q4 2016**

---

### System Availability/Security

| Performance Indicators | PERFORMANCE HISTORY | | | FISCAL YEAR-TO-DATE COMPARISON | | | FY2016 GOAL |
|---|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | FY2016 | Q4-2015 | Q4-2016 | % Change | |
| **TPPS Total System Availability Impacting Internal Users (%)** | 99% | 99% | 100% | 100% | 100% | 0% | 99% |
| **TPPS Total System Availability Impacting External Users (%)** | 95% | 98% | 97% | 98% | 95% | -3% | 95% |

### Current Priorities

- Prepare for and successfully launch the 2017 PTIN registration and renewal season.
- Collaborate with the TPPS vendor to ensure new system requirements and design are implemented by the contractual due date of April 30, 2017.
- Ensure compliance with and support for the Continuing Education (CE) Provider Registration and Tracking System (CE-PRATS) as relates to security and Enterprise Life Cycle (ELC) requirements.
- Close-out the former Enrolled Agent testing and Continuing Education contracts.
- Continue working with all our contractors on compliance with the IRM 10.23.2 requirements (Personnel Security).
- Monitoring the PTIN contractor's expansion to bring online a second customer call center in El Paso, Texas by mid-October 2016.  The current call center is located in Waterloo, Iowa.
- CSR training at both call centers is ongoing and background clearances for El Paso call center staff are pending.

7

## *Compliance*

**Program Accomplishments**

RPO Compliance treatments over the past five years, combined with education and outreach, have effectively reduced PTIN non-compliance. 2012 was the first year of mandatory PTIN use. Letters and phone outreach will continue to be used to promote PTIN use:



In June 2016, 1,496 Letter 5538, "Permanently Expired PTIN" were mailed to preparers whose PTINs were expired for three or more years. There is a four percent response rate to date:
- forty-eight phone calls
- nine letters
- three PTIN applications

Compliance will continue to monitor this population through PTIN renewal and filing season.

8

USA-0001263

## Current Priorities

- Support for Complaint Referrals (CR) was eliminated as this is the slowest period of the year for complaints. Atlanta personnel will process Accounts Management Services and CR mailbox tasks.
- Quality Review is being implemented on ghost casework. Information on this process will be shared with employees during the first quarter of FY 2017.
- CR held calls regarding referral criteria with SBSE Exam, Lead Development Center and Return Integrity and Compliance Services. SBSE Exam had no changes. LDC and RICS asked for threshold and criteria changes for 2017. Training on the new criteria for CR employees is expected in November 2016. Quality Review will also be notified of the changes.

| Ghost Preparer Cases | PERFORMANCE HISTORY | | FISCAL YEAR-TO-DATE COMPARISON | | |
|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q4-2015 | Q4-2016 | FY2016 GOAL |
| **Delivered to SBSE (current fiscal year)** | 193 | 56 | 56 | 73 | |
| **Closed (current fiscal year)** | 297 | 451* | 451 | 298 | |
| **Open (all fiscal years)** | 410 | 542 | 542 | 424 | |
| **# closed with Assessed Preparer Penalties (all fiscal years)** | 432 | 199 | 199 | 230 | |
| **Total amount of Assessed Preparer Penalties (all Fiscal Years)** | $8,420,800 | $9,217,292 | $9,217,292 | $14,899,733 | |
| **# Closed with Civil/Fraud Penalties (all fiscal years)** | 153 | 333 | 333 | 388 | |
| **Total amount of Assessed Civil/Fraud Penalties (all Fiscal Years)** | $2,767,827 | $3,754,175 | $3,754,175 | $5,010,075 | |
| **% Closed with No Change (current fiscal year)** | 6% | 11% | 11% | 5% | 15% |

*In previous BPRs, this figure was 275. The Booz-Allen-Hamilton data collection instrument was only reporting the FY 2015 4th quarter, not the total for the entire fiscal year.

9

USA-0001264

*Return Preparer Office:  Business Performance Review*                                      **Q4 2016**

| Programmatic Compliance Cases | PERFORMANCE HISTORY | | FISCAL YEAR-TO-DATE COMPARISON | |
|---|---|---|---|---|
| *Cases originate from several sources, including complaint referrals & internal research* | FY2014 | FY2015 | Q4-2015 | Q4-2016 |
| **In Process** | 64 | 46 | 46 | 52 |
| **Closed** | 1,143 | 1,170 | 1,170 | 2,039 |
| **Letter** | 440 | 748 | 748 | 1,292 |
| **Transfer to CI** | 7 | 7 | 7 | 17 |
| **Transfer to SBSE** | 241 | 162 | 162 | 111 |
| **Self-Corrected** | 86 | 47 | 47 | 215 |
| **No Action** | 369 | 206 | 206 | 201 |
| **Applicable RP Compliance Case Penalties** | $23,244,190* | $20,589,800** | $20,589,800 | $39,796,482 |

* In previous BPRs, these figures were $2,359,100* and $4,617,950**. The Booz-Allen-Hamilton data collection instrument was only reporting the 4th quarter, not the total for the entire fiscal year.

10

USA-0001265

*Return Preparer Office:  Business Performance Review*                                                        *Q4 2016*

| Complaints Received | PERFORMANCE HISTORY | | FISCAL YEAR-TO-DATE COMPARISON | | | |
|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q4-2015 | Q4-2016 | % Change | FY2016 GOAL |
| **Total Submissions Received by Complaint Referrals (RPO rec'd date)** | 10,971 | 10,984 | 10,984 | 9,479 | -14% | |
| **Open Inventory** | 7,241 | 147 | 147 | 239 | 63% | |
| Average submissions received by Complaint Referrals per day | 46 | 30* | 30 | 26 | -14% | |
| Average age of inventory - Open complaints (Days) | 100 | 8 | 8 | 8 | 0% | |
| Average Age of Closed Inventory - Closed Complaints (Days) | 215 | 30 | 30 | 22 | -27% | 45 |
| **Complaints Closed** | FY2014 | FY2015 | Q4-2015 | Q4-2016 | | |
| **Total Closed** | 9,367 | 18,454 | 18,454** | 8,579** | | |
| Non-RPO Work (Unprocessable, not a complaint, or duplicate) | N/A | N/A | N/A | 1,718 | | |
| Complaints Closed with no action (no treatment required, referral criteria not met, or no violation confirmed) | N/A | N/A | N/A | 1,254 | | |
| SB/SE Referral | 1,316 | 1,731 | 1,411 | 1,158 | | |
| CI Referral | 271 | 597 | 523 | 323 | | |
| CR Warning & Education Letter | 292 | 586 | 544 | 332 | | |
| RPO Referral | 273 | 2,323 | 2,010 | 2,187 | | |
| TIGTA Referral | 39 | 31 | 30 | 12 | | |
| E-file | N/A | N/A | N/A | 83 | | |
| OPR | N/A | N/A | N/A | 100 | | |
| W&I | N/A | N/A | N/A | 105 | | |
| RICS Referral | 1,659 | 1,650 | 1,501 | 1,144 | | |

* In previous BPRs, this figure was 22. The BAH data collection instrument was only reporting the FY 2015 4th quarter, not the total for the entire FY.
** The figures above may not sum to this total because cases can receive more than one treatment. For example, CR may send a Warning & Education Letter while also referring the complaint to another IRS unit for other issues from the complaint.

11

## *Competency & Standards*

### *Program Accomplishments*

Completed the analysis of EA-SEE beta test results which allowed us to gather data, finalize the examination, determine new cut scores, and resume immediate scoring.  In July and August, score reports were mailed to the beta test takers.

Started work on the 2017 SEE annual update.  Twenty SMEs wrote 350 new test questions which were later reviewed by different SMEs for accuracy, clarity, and adherence to writing guidelines.

Successfully closed out the ERPA-SEE contract.  Cybersecurity's Contractor Security Assessment staff confirmed all IRS SBU data housed on both the contractor and sub-contractor's IT platforms were properly sanitized and documented.

### *Current Priorities*
- Work with the new CE contractor (Advocation) on the CE-PRATS System to establish a quality assurance process for monitoring the CE Provider Help Line.
- Continue to provide contractor oversight in updating the EA-SEE by providing the 350 newly written test questions to IRS Counsel for review.
- Begin work on developing a new sample EA-SEE in order to give test candidates a better understanding of what to expect on the exam.
- Continue working with EA-SEE contractor on completion of 2017 annual Security Awareness Training for its 2,000 plus employees, which must be completed by November.
- Begin the development of a database to house data from the prior and current EA-SEE contracts for historical and archival purposes.
- Coordinate data destruction with EA-SEE contractor and Cybersecurity for the  prior contract.

12

USA-0001267

## Enrolled Agent - Special Enrollment Examination (EA-SEE)

| Tests | FYTD 2016 | | FYTD 2015 | |
|---|---|---|---|---|
| | Total Tested | Pass Rate | Total Tested | Pass Rate |
| EA-SEE Part 1 | 7,230 | 67% | 7,018 | 75% |
| EA-SEE Part 2 | 7,176 | 59% | 7,158 | 59% |
| EA-SEE Part 3 | 5,507 | 86% | 5,425 | 87% |
| Total | 19,913 | | 19,601 | |

## Enrolled Agent– Special Enrollment Examination (EA-SEE) Call Center Metrics (TBOR related - Quality Service)

| | PERFORMANCE HISTORY | | FY2016 | | | | FY2016 GOAL |
|---|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q1-2016 | Q2-2016 | Q3-2016 | Q4-2016 | |
| Total Calls monitored | 439 | 325 | 82 | 78 | 87 | 98 | |
| Customer Accuracy Rate | 91% | 93% | 95% | 88% | 89% | 88% | 90% |

USA-0001268

## *Continuing Education Management*

**Program Accomplishments**

Continuing Education (CE) Provider registrations and renewals continue to grow.  As of September 30, 2016, there are 565 IRS-approved CE Providers (down from 581 at the end of CY 2015, but up from 538 at the end of Q3 2016).

Conducted quarterly calls with CE Providers September 8- 9 and 12- 13 to discuss the transition to the new CE Vendor.

Outlined all transition activities, monitored tasks, and stayed connected with CE Providers through e-mail and timely updates to the CE web page of irs.gov during the transition.

Continued contact and/or review of CE Providers offering the Annual Federal Tax Refresher course/test.  As of September 30, there are 58 CE Providers offering the course/test (69 at this time last year).

Completed the technical requirements, screen designs, and initial testing of the new CE Provider system.  Closed out prior vendor contract which ended on September 13.

Completed 90 detailed reviews of the sample of 108 Enrolled Agents requested to provide their continuing education for audit.

14

**Current Priorities**

- Test, verify, and launch the new CE Provider system and the call site in late October/early November, despite the challenges of the additional IRS security/documentation requirements and challenges with how the data was stored by the previous vendor (not easily compatible with the new system).
- Continue assisting CE Providers with questions and getting program numbers for them during the transition to the new vendor and keep them up to date with status of new CE Provider system launch.
- Complete Enrolled Agent continuing education audits and submit report to leadership with recommendations to address issues uncovered.
- Continue with Annual Federal Tax Refresher course/test reviews by providing feedback and/or requests for updates.
- Create method to resume the random CE Provider reviews using a paper process until the new system supports IRS electronic use of the system for reviews (last priority for deployment).

**Targets**
- CE Program reviews
  - FY2016 target — 90 reviews
    - Reviews conducted year-to-date — 79 (87.8% of target).

**Continuing Education (CE) Call Center Metrics**

| CE Call Center Metrics | PERFORMANCE HISTORY | | FY2016 | | | | FY2016 GOAL |
|---|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q1 | Q2 | Q3 | Q4 | |
| **Total Calls monitored** | 286 | 263 | 52 | 54 | 51 | 30* | |
| **Customer Accuracy Rate** | 94% | 90% | 98% | 87% | 94% | 100% | 90% |

\* Reflects calls through 9/13/2016 when vendor contract ended.

15

*Return Preparer Office:  Business Performance Review*                                   **Q4 2016**

---

## Enrolled Agent Policy and Management

***Program Accomplishments***

**Enrolled Practitioner Program**

EA Continuing Education Audit Pilot
- Partnered with the CE director and staff to get a statistically valid sample population.  108 EAs who submitted their EA applications prior to March 31, 2016 were chosen.

Quality Review for Toll-free number
- Worked with Competency and Standards (C&S) to determine the rebuttal process for identified quality review errors  from the program level.

E-trak practitioner module
- Led meeting with IT and Vendor to discuss peak season readiness. Confirming that all interfaces are working correctly and that down time will be limited.

**Business Operations**

Peak Season Readiness
- Submitted service request (SR) that allows online payments for suspended applications. Rolled out online name change functionality including all associated documentation.
- Developed SR to allow ID proofing documentation, for both SSN and non-SSN applicants, to be submitted online.
- Submitted SR to allow prior year payments online. This will drastically reduce paper applications received in call site.

16

USA-0001271

- Reviewed TPPS Bulk Payments ConOps. This will provide functionality for larger PTIN firms to make bulk PTIN payment for their employees.

### *Current Priorities*

- Submit change request (CR) for additional validation criteria for pay.gov application interface with e-trak practitioner.  Former employee (FE) applications were not loaded based on current validation criteria that do entity matches. CR will allow FEs to flow into e-trak practitioner.  This will allow us to process FEs online instead of having to identify them manually.
- Update messaging on EA toll free number to allow for proper end of shift call routing.
- Launch enrolled agent renewal season for SSNs ending in 4, 5, or 6.
- Determine the number of EA renewals expected and how many have not maintained an active PTIN.
-  Ensure sufficient staffing to cover hours of service foe EA toll-free.

17

### Enrolled Agent Toll-Free Number Data

| EA Toll Fee # Data | PERFORMANCE HSITORY | | FISCAL YEAR-TO-DATE COMPARISON | | | |
|---|---|---|---|---|---|---|
| | FY2014* | FY2015 | Q4-2015 | Q4-2016 | % Change | FY2016 GOAL |
| Services Offered | 17,734 | 18,919 | 18,919 | 19,541 | 3% | |
| Services Provided | 17,656 | 18,777 | 18,777 | 19,334 | 3% | |
| Level of Service | 66% | 67% | 67% | 70% | 3% | 75% |
| Average Handle Time (seconds) | 375 | 326 | 326 | 231 | -29% | |
| Average Talk Time (seconds) | 189 | 189 | 189 | 187 | -1% | |
| Average Hold Time (seconds) | 17 | 13 | 13 | 28 | 115% | |
| Average Wrap Time (seconds) | 169 | 145 | 145 | 17 | -88% | 25 |

* Reporting for this product line began January 2014
Note: Decrease in average wrap time due to implementation of Aspect auto-available feature

### EA Toll Free Number Quality Metrics

| | PERFORMANCE HISTORY | | FY2016 | | | | |
|---|---|---|---|---|---|---|---|
| | FY2014 | FY2015 | Q1-2016 | Q2-2016 | Q3-2016 | Q4-2016 | FY2016 GOAL |
| **Total Calls monitored** | N/A | N/A | 126 | 130 | 134 | 130 | |
| **Customer Accuracy Rate** | N/A | N/A | 84% | 88% | 94% | 94% | 90% |

Note: Program call monitoring began October 2015. Feedback is resulting in improved accuracy.

USA-0001273

*Return Preparer Office:  Business Performance Review*                                    **Q4 2016**

## *Return Preparer Suitability*

**Program Accomplishments**
- RPO Suitability has been focused on improving case management this fiscal year.  The cases below have been managed manually on spreadsheets housed on SharePoint.
  - All cases require research.
  - Many cases require communicating (by letter) with return preparers.  All correspondence sent and received is uploaded to TPPS.

| FY 2016 Accomplishments | Total | |
|---|---|---|
| | **New Cases** | **Closed Cases** |
| **Criminal Background Checks-AFSP** | 379 | 379 |
| **Professional Designation Checks-AFSP** | 21,472 | 21,468 |
| **Professional Designation Checks-Revalidation** | 125,199 | 124,646 |
| **Personal Tax Compliance-AFSP** | 3,959 | 3,952 |
| **Prisoner** | 443 | 443 |
| **Specially Designated Nationals** | 133 | 133 |
| **Referrals** | 241 | 301 |
| **Former Employees** | 239 | 239 |
| **Total** | 151,826 | 151,322 |

- ==For the first time, we will begin this fiscal year relying on system generated information.  We will create and manage the majority of the FY 2017 cases in TPPS.==   Reports will be generated to reflect accomplishments.  We will continue to work with the vendor to ensure accuracy.

- Prisoners With PTINs:
  - As a result of a TIGTA audit recommendation, RPO began receiving quarterly actionable data regarding potentially incarcerated preparers.  In FY 2016, RPO Suitability revoked the PTINs of 364 prisoners (82.2% of our review) who are not allowed to have a PTIN due to their incarceration.

19

USA-0001274

*Return Preparer Office:  Business Performance Review*                                    **Q4 2016**

---

## Current Priorities

- Continuing to transition from a manual case management system to managing all case work in TPPS.
- Realigning from three groups to two to address span-of-control concerns.
- Metrics to capture our case results from TPPS are in the process of being finalized.

| Programmatic Suitability Checks | | PERFORMANCE HISTORY | | FISCAL YEAR-TO-DATE COMPARISON | |
|---|---|---|---|---|---|
| | | FY 2014 | FY 2015 | Q4 - 2015 | Q4 - 2016 |
| Personal Tax Compliance | New Case Inventory | 0 | 4,818 | 4,818 | 3,959 |
| | Cases Closed | 1,058 | 4,235 | 4,235 | 3,952 |
| Prisoner's List | New Case Inventory | 445 | 393 | 393 | 443 |
| | Cases Closed | 445 | 393 | 393 | 443 |
| SDN List | New Case Inventory | 94 | 152 | 152 | 133 |
| | Cases Closed | 86 | 152 | 152 | 133 |
| Professional Designation Checks | New Case Inventory | 33,033 | 86,851 | 86,851 | 146,671 |
| | Cases Closed | 24,551 | 84,031 | 84,031 | 146,114 |
| Referrals | New Case Inventory | 192 | 328 | 328 | 241 |
| | Cases Closed | 681 | 316 | 316 | 301 |
| AFSP Criminal Background Checks | New Case Inventory | 0* | 334 | 334 | 379 |
| | Cases Closed | 0* | 334 | 334 | 379 |
| Former Employee EA Suitability Waiver | New Case Inventory | 206 | 240 | 240 | 239 |
| | Cases Closed | 202 | 238 | 238 | 239 |

\* AFSP criminal background checks began in 2015 hence no data available for prior year.

20

## *Communications*

**Program Accomplishments**

- Expanded the "returns per PTIN" pilot to all credentialed preparers and Annual Filing Season Program participants in July. Promoted in Security Awareness Tax Tip 2016-11, "Tax Pros: Monitor Your PTIN for Suspicious Activity", issued August 9, 2016. **(TBOR related – Quality Service and Retain Representation).**

- Wrapped up Tax Forum presentations and "Safeguarding Client Data" webinar. Also presented to Latino Tax Professionals, Liberty Tax, Oklahoma Tax Practitioners, and Western Pennsylvania Return Preparers. **(TBOR related – Retain Representation).**

- Sent AFSP/EA promotional email to 434,000 non-credentialed PTIN holders.

- Revised dozens of PTIN system screens related to system enhancements and improved user experience.

- Met with IL Dept of Revenue to explain IRS PTIN policies and procedures in preparation for their state legislation beginning in 2017 requiring state preparers to have a valid federal PTIN.

**Current Priorities**
- Continue communications promoting EA and Annual Filing Season Programs.
- Launch communications announcing 2017 PTIN and AFSP open season.
- Finalize updates to AFSP tutorial video.

21

USA-0001276

## *Joint Board for the Enrollment of Actuaries*

**Program Accomplishments**

Scanned 88% of enrollment files.

Held two-day meeting of Advisory Committee on July 11-12.  At this meeting, the Joint Board set passing marks for the May 2016 EA-1 and EA-2L Exams,  and the Advisory  Committee reviewed and drafted questions for possible inclusion on the November 2016 EA-2F Exam.

Renewed charter of Joint Board's Advisory Committee.  The duration of the charter is 2 years.

Opened application period for membership on new term of the Advisory Committee, which runs March 1, 2017 – February 28, 2019.  Applications are due December 6.

**Current Priorities**
- Continue scanning.
- Continue preparing for upcoming renewal season.  Preparations include revising Form 5434-A (Application for Renewal of Enrollment), enrollment status letters, and website announcements pertaining to the upcoming renewal cycle, and testing pay.gov application and pay.gov/e-trak interface.
- Prepare for November 2016 and January 2017 meetings of Advisory Committee.

USA-0001277

| Enrolled Actuaries FY2016 Q4 | |
|---|---|
| **Active Status** | 4212 |
| **Inactive Status** | 1547 |
| **Terminated Status** | 2342 |

| Applications for Initial Enrollment FY2016 Q4 | |
|---|---|
| **Beginning Inventory** | 23 |
| **Applications Received** | 37 |
| **Applications Approved** | 31 |
| **Ending Inventory** | 29 |

Requests granted for waiver of 1 of 3 examinations needed to qualify for enrollment: 30

23

USA-0001278

## *Compliance Addendum*

Compliance analysts used the Compliance Data Warehouse to compile collection data on ghost preparer cases as of October 6, 2016:



| Amounts shown above are for 226 cases: |
|---|
| *122 cases in Collection Determination made = Paid in Full, Installment Agreement, 53 Hold or Tolerance case* |
| *90 cases in Ongoing Collection = Notice, TDA, Call site, Queue, Field, or OIC status* |
| *14 cases in Collection Hold = Criminal Case Indicator, Bankruptcy or Status 48/STAUP (Suspense)* |

| Item | October 6, 2016 |
|---|---|
| **Penalties in whole dollars** | **$13,642,033** |
| **# of return preparers penalized** | **226** |
| **Average penalty amount per preparer** | **$60,363** |
| **Number of cases where a Collection determination was made** | **122** |

24

*Return Preparer Office:  Business Performance Review*                                    **Q4 2016**



Note: one case with penalties totaling $2,005,000 was placed in CNC in May 2016. The preparer passed away.

*Amounts shown above are for 226 cases:*
*122 cases in Collection Determination made = Paid in Full, Installment Agreement, 53 Hold or Tolerance case*
*90 cases in Ongoing Collection = Notice, TDA, Call site, Queue, Field, or OIC status*
*14 cases in Collection Hold = Criminal Case Indicator, Bankruptcy or Status 48/STAUP (Suspense)*

| Item | October 6, 2016 |
|---|---|
| % of assessed penalty collected | 8% |
| Paid in Full total | $617,743 |
| % Paid in Full | 52 of 122 cases (43%) |
| % in Installment Agreement | 38 of 122 cases (31%) |
| % in Currently Not Collectible | 32 out of 122 cases (25%) |

25

USA-0001280

*Return Preparer Office:  Business Performance Review*                                    *Q4 2016*

---

## Risk Management Attachment

| Risk Category | Potential Cause | Existing or Planned Mitigation |
|---|---|---|

# Deliberative Process

26

# Deliberative Process

USA-0001282