# EXHIBIT AM

## Filed Under Seal