# EXHIBIT AN

## Filed Under Seal