# EXHIBIT AO

## Filed Under Seal