# EXHIBIT AP

## Filed Under Seal