# EXHIBIT AQ



Deposition of:

# 30(B)(6) Nicole Young Scott

*January 7, 2022*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Page 42

1    part of the team, so I'd say every day.
2         Q.   Sounds like lots of fun.
3              What was your understanding of what
4    Christian Gould was referring to there in the first
5    sentence of the second paragraph?
6         A.   I think he was saying that the draft
7    organizational structure we had -- because it went
8    through various iterations -- we were trying to tie
9    these FTE to where those would be so that we could
10   talk about the organizational structure with NTEU,
11   and as well as trying to finalize associated costs.
12        Q.   What did you understand him to mean
13   when he says, "We could have a more final version
14   ready to socialize early next week"?
15        A.   I think they were still working on it
16   and it wasn't -- it wasn't complete when he sent
17   this e-mail --
18        Q.   So you --
19        A.   -- because he even talks about
20   negotiations.  So that's with NTEU.  So that's
21   what -- back to what I -- my last answer, I think
22   we were trying to define or detail what FTE were
23   need in the various organizational components.
24        Q.   Could you turn to Page 10 of the PDF.
25   And there are no page numbers, but in the bottom

Page 43

1   right it says, "Detailed Workstream FTE."
2           Let me know when you're there.
3        A.   Okay.  Now there's some -- I see
4   "Detailed Workstream FTE," and there are, I guess,
5   three pages?
6        Q.   Yes.
7        A.   Okay.
8        Q.   The first of those three pages.
9        A.   Okay.
10       Q.   So Column A shows the expected
11  functions of the Return Preparer Organization; is
12  that correct?
13       A.   Uh, that we were thinking at the time.
14  Like I said, it changed so many times.
15       Q.   At this point in time, the Return
16  Preparer Office wasn't actually called the Return
17  Preparer Office, correct?
18       A.   No, it was still implementation.
19       Q.   Okay.  And at this point, the team was
20  referring to it as the Tax Professional Program
21  Office?  Is that right?
22       A.   I think so.  Not to laugh, I'm sorry,
23  but the names morphed over time, as well.  I mean,
24  there would be times, literally, we were like, What
25  are we calling ourselves today?  So sure.

Page 44

```
 1         Q.   But the Tax Professional Program
 2    Office, if we see that term, that's RPO --
 3         A.   Yes.
 4         Q.   -- is that right?
 5         A.   Yes.
 6         Q.   Column B shows Workstreams?
 7         A.   Uh-huh.
 8         Q.   Do you see that?
 9         A.   Yeah.
10         Q.   What's the difference between a
11    workstream and a function?
12         A.   So the workstream, I mean, just looking
13    at the first one, communications, that's the
14    overarching, what we thought that office would be,
15    we'd have a communications office.  And then within
16    that office, these are some of the activities, or
17    workstreams -- because, I mean, it goes into
18    activities -- that are needed in that office.
19         Q.   Column C shows descriptions of the
20    workstreams listed in Column B; is that right?
21         A.   Yes.
22         Q.   Who drafted those descriptions?
23         A.   It would have been, well, the entire
24    team, but the folks that were working on
25    communications at the time, in conjunction with
```

```
 1            Q.   Have you seen this document before?
 2            A.   I'm sure I have.
 3            Q.   What is it?
 4            A.   It's a hiring -- it looks like the
 5     hiring plan for all the different organizations.
 6            Q.   As of April 8th, 2011?
 7            A.   Yes.
 8            Q.   Who created this?
 9            A.   Booz Allen, along with the teams.
10            Q.   This was part of the Return Preparer
11     Implementation?
12            A.   Yes.
13            Q.   It was created in the regular course of
14     IRS business?
15            A.   Yes.
16            Q.   Flipping through, does this appear to
17     be a true and correct copy of the Return Preparer
18     Division hiring plan as of April 8th, 2011?
19            A.   Yes.
20            Q.   Could you look at Slide 4.
21            A.   Okay.
22            Q.   The second bullet under Operational
23     Staff says, "Hiring for positions focused on the
24     analysis of data may be deferred until sufficient
25     amount of data is generated by operations (e.g.,
```

1    Enforcement Planning and Direction)."
2              Do you see that?
3         A.   Yes.
4         Q.   What analysis of data was Enforcement
5    Planning and Direction going to be performing?
6         A.   It would be any data that's coming from
7    the PTIN system, you know, how many folks are
8    registered, how many are compliant, how many had
9    tax compliance issues, things like that.  And I'm
10   sure, you know, as the program got older, then
11   there would be, you know, more data that would be
12   analyzed.
13        Q.   What was the purpose of the analyses
14   performed by the Enforcement Planning and Direction
15   group?
16        A.   Yeah.  Well, of course, that wasn't
17   what it ended up being, but you need data to
18   influence the program.  I mean, how are you going
19   to enforce the program or say the program is
20   operating efficiently if you don't look at data?
21        Q.   I'm not sure I understand that.  Could
22   you explain what you mean by that.
23        A.   If you want to talk about how many
24   return preparers that have PTINs that have tax
25   compliance issues, you can't talk about it unless

1    you know what the data is, what the numbers are.
2    What is the data showing?  Are there trends?
3           Q.   Enforcement Planning and Direction is
4    listed at this bullet as an example of a unit in
5    which "Hiring for positions focused on the analysis
6    of data may be deferred until sufficient amount of
7    data is generated by operations."
8                Were there other units that would be
9    deferred as well?
10          A.   I'm sure, since we weren't hiring
11   everybody all at the same time.  So if it was -- if
12   the data wasn't going to be available for, say, a
13   year or two, then why hire for that?
14          Q.   What other units would be affected by
15   the absence of data?
16          A.   I wouldn't say they'd be affected by
17   the absence of data.  The data wouldn't be -- I
18   mean, when you first stand up a registration system
19   and people start registering, you don't have data
20   yet.  So I think it would be everybody, the entire
21   organization.
22          Q.   What jobs couldn't be performed without
23   that data?
24          A.   I don't think any jobs could not be
25   performed.  I would think that that's why the

```
 1   decision was made to do hiring and staggered -- in
 2   a staggered fashion.  The initial positions were
 3   important for standing up the registration system.
 4   So you wouldn't have data on day one because nobody
 5   is registered.  So that's what I mean.
 6        Q.   What other positions, other than
 7   Enforcement Planning and Direction, were deferred
 8   because of the lack of data?
 9        A.   I can't say.  That's such a broad
10   question.  I mean, we'd have to look at the hiring
11   plans and all the activities associated with that.
12   I just can't say that just that one thing, the
13   absence of data.  It's not because we just decided
14   not to look at the data, data wasn't available yet.
15        Q.   Do you see the second bullet under
16   Program Management.
17        A.   Uh-huh.
18        Q.   It says, "Core management functions are
19   necessitated to be stood up first (e.g., the
20   organization should have finance and human
21   resources capabilities from its inception.)"
22        A.   Yes.
23        Q.   Were there core management functions
24   other than finance and human resources that needed
25   to be stood up first?
```

| | |
|---|---|
| 1 | A. Yes. |
| 2 | Q. What were they? |
| 3 | A. I mean, as an example, I can't say all |
| 4 | of them, but as an example, you needed IT.  You |
| 5 | needed the vendor oversight because we had |
| 6 | contractors running the system.  It was a IT |
| 7 | system.  We needed communications.  But you don't |
| 8 | need the full robust communications, but there are |
| 9 | some communications that you would need on day one. |
| 10 | Q. Could you turn to Slide 7.  This is in |
| 11 | Exhibit Share too, if you have trouble reading it. |
| 12 | A. Okay. |
| 13 | Q. Do you see the Key Activities box at |
| 14 | the top right? |
| 15 | A. Yes. |
| 16 | Q. Which of those key activities in |
| 17 | Registration were performed by the IRS? |
| 18 | A. What do you mean performed?  I don't |
| 19 | understand.  As opposed to who? |
| 20 | Q. Were any of those performed by |
| 21 | Accenture? |
| 22 | A. Oh, okay. |
| 23 | No, I mean, they ran the system, but as |
| 24 | far as all of the checks and the review, that was |
| 25 | done internally. |