# EXHIBIT AR

| To: | Myers Nicole L[Nicole.L.Myers@irs.gov]; Luhring, Brett [USA][luhring_brett@bah.com]; Galley, Paul [USA][galley_paul@bah.com] |
|---|---|
| Cc: | Reynard Melissa L[melissa.l.reynard@irs.gov]; Williams David R[David.R.Williams@irs.gov] |
| From: | Gould, Christian [USA] |
| Sent: | Fri 6/18/2010 11:10:41 PM (UTC) |
| Subject: | RE: Governance/FTE Impacts/Staffing Models - Immediate Next Steps |

IRS RPI FTE Analysis_06-18-10_v.01.xls

Nicole,

Attached is the reworked FTE analysis incorporating the changes requested from the business units. Below is a summary table of the changes we made and the source for those changes. The changes are also highlighted in the actual excel spreadsheet.

We are in the process of mapping the FTE to the functional units within the organizational model we discussed last week. We can have a more final version ready to socialize early next week. We have a method of doing this, but we can discuss the best presentation method that will help you all in the negotiations. Let me know if you need anything else before Monday. Thanks!

-C

| Workstream Updated | Prior version FTE Total | New version FTE Total | Difference | Summary of Change |
|---|---|---|---|---|
| Customer Support | 215.01 | 347.10 | 132 | EPSS numbers went from 66 (an original estimate) to 198 (validated estimate). Of 198 FTE, 162 were allocated to e-help desk and 36 were provide operational support for the E-Help Desk. - **Source**: Jerilyn Catoggio |
| Program Action Case Investigations | 100 | 101.20 | 1.2 | Increased by 1.2 for inclusion of 1.2 FTE for Specialty Employment Tax related activities. Source: Karen Slater |
| PTIN Application Processing | 66 | 18.9 | (- 47.1) | Initial number included all EPSS people (198), but didn't provide breakouts. RP core team allocated/estimated by dividing into three to come up with 66. EPPS subsequently reviewed and then provided updated information reflecting 18.9 FTE |
| "10K" Letters Educational Visits | 8 | 12.5 | 4.5 | Original FTE number did not take into account training for Agents, Managers and Territory Managers. Hours associated with this work equated to an additional 4.5 FTE's. - Source: Diane Wensing |
| Verify Return Preparers' Self Reported Tax Compliance | 65.32 | 0 | (- 65.32) | FTEs associated with this workstream are only needed in Year 1. As these FTE were assumed to be utilized in other activities in Years 2 & 3, the total FTE within Program Compliance function should not be included in the FTE total (as they are already accounted for in other workstreams). – Source: Brett correction |
| RP Enforcement: *Additional TBD enforcement activities and increases in current activities* | 0 | 6 | 6 | Original spreadsheet included 5 FTE on consolidated data tab allocated to HQ Preparer Coordination activity. One additional FTE was added, which was a result two different positions, an IR-01 detailed to coordinate Return Preparer Issues and a double encumbered GS-14 analyst position. – Diann Wensing |
| Totals | | | 31.37 | |

**From:** Myers Nicole L [mailto:Nicole.L.Myers@irs.gov]
**Sent:** Friday, June 18, 2010 6:54 PM
**To:** Luhring, Brett [USA]; Gould, Christian [USA]; Galley, Paul [USA]
**Cc:** Reynard Melissa L; Williams David R
**Subject:** Governance/FTE Impacts/Staffing Models - Immediate Next Steps

Exhibit
PI 278
1/7/2022

USA-0036324

Paul/Brett/Christian ~ We have begun working with our Labor Relations organization on Union impacts surrounding possible organizational and staffing changes resulting from the program's permanent structure. We have some quick work to do to determine the staffing impacts for September 1st. We will need to present this information not only to the Commissioner and Deputies, but also have information ready for Union briefings. That being said, of course challenges are present.

On Monday morning (during our 9:00 mtg), can we discuss the true "must haves" of staffing for September 1st. We may have to scale back some of the associated requirements around CE processing or other workstreams, to widdle this down to a smaller number that can be negotiated. We then can back into the longer vision of what's needed for additional negotiations with the Union

I know you all updated the FTE documentation based on the information that we received back from the business units. In addition, we discussed governance and have a high-level design for a possible structure. From what I recall you all were going to tie the needed FTE to the structure based on the associated workstreams. That's correct, right?

Also, can you resend me the FTE document that you updated? I think I inadvertently deleted the latest version. Of course, please keep this close for right now.

David - did you want to add anything else?

Thanks, and we will talk on Monday.

Nicole L. Myers
Project Manager
Return Preparer Implementation Project Office
Phone/VMS (202) 622-4935
Blackberry: (202) 841-7665

**Document Produced in Native Format.**

**Refer to Native File.**

USA-0036326

Return Preparer Program
Total Estimated FTE Cost Breakdown

| Function | Ref | Workstream | Workstream Activity Description | Original Future State | Future State FTE | | Est. Costs (Future State) | Current State FTE | Grade | Difference | Inputs | Total Current | Current State FTE associated? (Y / N) | Office | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Communications & Customer Support** | | Customer Suppport | Includes all inquiry response to preparers and taxpayers about the program (TAS, W&I, EPSS, etc). Shipping of applications inadvertently sent to the IRS. | 16.39 | 170.49 | GS-7 (11.7 FTE) GS-11 (3.69 FTE) GS-12 (1 FTE) | $ 2,532,717 | 154.10 | | 16.39 | -134 from W&I | | Y | | Not dedicated |
| | | Marketing & Branding | Development of television and radio commercials, the use of paid advertisers and communication tools for both internal and external stakeholders | 2.44 | 2.44 | GS-17 (2.44 FTE) | $ 8,797,598 | | | 2.44 | | | Y | | Not dedicated |
| | | Forms / Publications | Publication/forms updates | 2.50 | 2.50 | GS-13 (2.5 FTE) | $ 449,920 | | | 2.50 | | | Y | | Not dedicated |
| | | Outreach and Relationship Mgmt | Delivery of IRS messages to preparer community. Webinars, Tax Forums, etc. Messengers for all meetings with the return preparer community re: policy. Includes contacting current PTIN holders | | | | | | | | | | Y | SBSE-HQ C&L, W&I, TEGE | Primarily dedicated to return preparers |
| | | Communications | Development of materials and messages delivered through the outreach activities. | 1.87 | 1.87 | GS-9 (.87 FTE) GS-8 (1.0 FTE) | $ 325,193 | | | 1.87 | | | Y | | Not dedicated |
| | | *Subtotals:* | | 23.20 | 177.30 | | $ 12,105,428 | | | | | | | | |
| **IT (Amortized)** | | Amortized IT Development & Implementation | Includes the initial procurement of the "ideal" database, retiring of the existing PTIN system, development of interfaces, development of automated tax compliance checks, IV&V testing, security and acceptance testing, and the creating of a secure tunnel on IRS.gov | - | - | | $ 6,132,400 | | | | | | | | |
| | | *Subtotals:* | | - | - | | $ 6,132,400 | | | | | | | | |
| **RP Program Compliance** | | Verify claimed Professional Designation for CPAs, Attorneys Etc | Sampling, checking, and reviewing of self reported professional designation to ensure accuracy of claims. Also includes all appropriate actions to resolve any instances of mismatches of self reported and actual professional designation | 0.73 | 0.73 | GS-5 (.34 FTE) GS-7 (.18 FTE) GS-11 (.21 FTE) | $ 219,405 | | | | | | N | | |
| | | Conduct Background Check on Return Preparers' Criminal History (Review of Self Reported in Yr1, Random Sampling in Years 2 & 3) | Includes reviewing of self reported felonies in year one, and continued sampling of return preparers in subsequent years to conduct background checks. Also includes the manual reviews of history to determine acceptability into the program and resolution of exception cases | 61.65 | 61.65 | GS-5 (2.35 FTE) GS-11 (18.49 FTE) GS-12 (32.03 FTE) GS-15 (8.79 FTE) | $ 32,122,534 | | | | | | N | | OPR currently does a random sample of EAs only. This is not done for the return preparer community |
| | | Verify Return Preparers' Self Reported Tax Compliance | Includes reviewing of self reported tax compliance issues and resolution of cases of non-compliance (Year One only) | 65.32 | 65.32 | GS-5 (12.70 FTE) GS-7 (11.43 FTE) GS-11 (41.17 FTE) | $ 7,755,502 | | | | | | N | | |
| | | Verify Return Preparers' Personal Tax Compliance | Includes the systemic identification of tax compliance issues for entire population of return preparers and determining the appropriate treatment for any preparers with persistent compliance issues | 168.68 | 168.68 | GS-5 (7.62 FTE) GS-12 (133.44 FTE) GS-15 (27.61 FTE) | $ 84,235,416 | | | | | | Y | | This includes EA and ERPAs only |
| | | Develop Process for Identifying and Treating Return Preparers Filing w/o PTIN or Incorrect PTIN | Includes the development of a process / systems for identifying, locating and treating return preparers not using a PTIN, or utilizing an invalid PTIN. Also includes initial implementation of the developed process in years 2 and 3. | 17.01 | 17.01 | GS-11 (5 FTE) GS-12 (10.01 FTE) GS-13 (2 FTE) | $ 8,439,265 | | | | | | N | | |
| | | Verify Return Preparers' Self Certified Continuing Education | Includes sampling, identification, and initial treatment of return preparers that have not certified their continuing education. | 6.88 | 6.88 | GS-7 (5.88 FTE) GS-9 (1 FTE) | $ 2,041,331 | | | | | | N | | |
| | | Additional Ethical Conduct Compliance Issue Investigations | Includes the investigation of key return preparer ethical issues covered under circular 230. (e.g., fair practice, etc) | | | | | | | | | | Y | | This includes EA, ERPAs, Attys and CPAs only. |
| | | Program Compliance Judgement | Decision work related to all program compliance disciplinary decision making | | | | | | | | | | Y | | This includes EA and ERPAs only |
| | | Administrative Support | Administrative support staff for program compliance functions | 25.00 | 25.00 | GS-7 (25 FTE) | $ 7,181,055 | | | | | | Y | | |
| | | *Subtotals:* | | 345.28 | 345.28 | | $ 141,994,507 | | | | | | | | |

Return Preparer Program
Total Estimated FTE Cost Breakdown

| Function | Ref | Workstream | Workstream Activity Description | Original Future State | Future State FTE | Est. Costs (Future State) | Current State FTE | Grade | Difference | Inputs | Total Current | Current State FTE associated? (Y / N) | Office | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Post RP Review Report Implementation Team | Includes the RP Project Implmentation Team | - | - | $ 2,699,287 | | | | | | | | |
| OPR / PMO Ops Support | | Program Operational Support | Includes cost associated with : <br>- Programmatic Executive Management / Oversight <br>- Vendor / IT Mgmt - THIS ONE <br>- Operations Support - THIS ONE <br>- Business Analysis - THIS ONE <br>- Government / Stakeholder Liaison <br>- Program Compliance & Policy <br>- Communications oversight - THIS ONE <br>- Contractors and Administrative Support <br>*Note*: Some of the staff activities can be peformed by existing staff | 41.00 | 41.00 GS-7 (2 FTE) <br>GS-9 (1 FTE) <br>GS-12 (2 FTE) <br>GS-13 (16 FTE) <br>GS-14 (15 FTE) <br>GS-15 (4 FTE) <br>SES (1 FTE) | $ 23,744,355 | | | | | | N | | Each of these should be their own workstream on this spreadsheet |
| | | *Subtotals:* | | 41.00 | 41.00 | $ 26,443,642 | | | | | | | | |
| Testing | | Test Development | Review test questions, manage relationship with testing vendor | 1.22 | 1.22 GS-15 (1 FTE) <br>GS-13 (.13 FTE) <br>GS-14 (.08 FTE) | $ 982,389 | | | | | | Y | | EA and ERPAs only |
| | | Complaint Resolution | Process appeals from applicants who fail test; render decision of substantative test related questions | 3.92 | 3.92 GS-13 (3.92 FTE) | $ 2,376,447 | | | | | | Y | | EA and ERPAs only |
| | | Fingerprinting & Background Scan | Review of FBI fingerprint results, conduct additional research for all "hits", execute clerical responsibilities and technical management | 17.89 | 17.89 GS-7 (5.29 FTE) <br>GS-9 (1 FTE) <br>GS-12 (11.59 FTE) | $ 7,777,717 | | | | | | N | | This should be included in the program compliance piece |
| | | *Subtotals:* | | 23.03 | 23.03 | $ 11,136,552 | | | | | | | | |
| Continuing Education | | Approve CE Programs | Accept all submitted CE programs for review, enter necessary information into E-Trak, conduct substantive review of each CE program, contact CE Providers to ascertain additional information about a program application, forward decision, close application and answer questions from CE Providers who call to inquire about their application status | 117.77 | 117.77 GS-7 (39.12 FTE) <br>GS-9 (4 FTE) <br>GS-14 (67.64 FTE) <br>GS-15 (7 FTE) | $ 66,968,158 | | | | | | Y | | Approve a subset of the EA CE programs |
| | | Resolve Appeals for CE Programs | Perform research; evaluate program (content, delivery, customer evaluation, record keeping); communicate with provider for information and clarification; render decision Forward decision, close evaluation: Notify provider of approval/disapproval; update e-trak, close program folder; Update IRS sponsor database with program information | 10.30 | 10.30 GS-7 (.84 FTE) <br>GS-12 (1 FTE) <br>GS-14 (8.45 FTE) | $ 6,805,985 | | | | | | N | | There aren't any appeals of the program |
| | | Conduct Audits - for substantitive content (Travel / On-site observation) | (1) Evaluate CE Program (content, delivery, customer evaluation, record keeping); log results for internal record keeping <br>(2) Forward decision, and close audit <br>Notify provider of approval/disapproval; update e-trak, close program folder; | 19.79 | 19.79 GS-12 (19.79 FTE) | $ 10,080,792 | | | | | | N | | |
| | | Conduct Audit - for record keeping (Correspondence) | (1) Evaluate CE Program (content, delivery, customer evaluation, record keeping); log results for internal record keeping <br>(2) Forward decision, and close audit <br>Notify provider of approval/disapproval; update e-trak, close program folder; | 2.64 | 2.64 GS-7 (2.64 FTE) | $ 757,758 | | | | | | Y | | On a sample basis for EA CE only |
| | | *Subtotals:* | | 150.49 | 150.49 | $ 84,612,693 | | | | | | | | |

**Return Preparer Program**
Total Estimated FTE Cost Breakdown

| | Function | Ref | Workstream | Workstream Activity Description | Original Future State | Future State FTE | | Est. Costs (Future State) | Current State FTE | Grade | Difference | Inputs | Total Current | Current State FTE associated? (Y / N) | Office | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | **Ethical Conduct Compliance** | | *Note: Many of the OPR FTE working this activity are included in the Program Compliance section* | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | |
| 42 | | | *Subtotals:* | | - | - | | $ - | | | | | | | | |
| 43 | | | | | | | | | | | | | | | | |
| 44 | | | | Revenue Agents | 108.00 | 108.00 | | $ 16,801,000 | | | | | | | | |
| 45 | | | | Revenue Officer | 6.00 | 6.00 | | $ 693,000 | | | | | | | | |
| 46 | | | | Tax Technician | 47.00 | 47.00 | | $ 5,189,000 | | | | | | | | |
| 47 | | | | Scientist | 3.00 | 3.00 | | $ 539,000 | | | | | | | | |
| 48 | **Tax Enforcement** | | | Special Agents | 53.00 | 53.00 | | $ 12,303,000 | | | | | | | | |
| 49 | | | | Appeals Officer | 2.00 | 2.00 | | $ 291,000 | | | | | | | | |
| 50 | | | | Attorney | 1.00 | 1.00 | | $ 162,000 | | | | | | | | |
| 51 | | | | Support Staff | 32.00 | 32.00 | | $ 3,265,000 | | | | | | | | |
| 52 | | | *Subtotals:* | | 252.00 | 252.00 | | $ 39,243,000 | | | | | | | | |
| 54 | | | **TOTALS** | | 835.00 | 989.10 | - | $ 321,668,222 | | | | | | | | |
| 55 | | | Research | | | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | New FTE Summary | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | Total FTE | #REF! | | | | | | | | | |
| 4 | FTE funded through user Fees | #REF! | Composed of FTE from the Registration, Testing, and CE User Fees | | | | | | | | |
| 5 | FTE Funded through Initiative or BODS | #REF! | Includes the 2012 initiative and current staffing levels | | | | | | | | |
| 6 | Customer support not appropriate for user fee | #REF! | Composed of help desk support related to AM questions or general E-services questions. | | | | | | | | |
| 7 | Unfunded FTE | #REF! | Outreach and Relationship Mgmt and Research staff | | | | | | | | |
| 8 | | | | | | | | | | | |

| Function | Current FTE | Future FTE | Difference | Description |
|---|---|---|---|---|
| **Embedded activities not specifically dedicated to Return Preparer work** | | | | |
| Communications | 21 | 21 | - | FTE associated with this activity refer to existing communication development targeting return preparers. |
| Customer Support | 347 | 347 | - | FTE associated with these activities refer to existing customer support to answer questions related to submitted tax returns. These activities are not specific to the program but instead refer to the volume of calls handled by toll free staff originating from return preparers. |
| Outreach & Relationship Mgmt | 160 | 160 | - | Includes FTE responsible for delivery of program or IRS messages to the return preparer community. This includes webinars, tax forums or other general outreach methods. |
| Tax Enforcement | 329 | 329 | - | Includes FTE responsible for many of the current return preparer enforcement activities (e.g., PACs, KTVs, etc). The resources performing these activities are not dedicated specifically to return preparers but conduct investigations on RPs in addition to their more traditional taxpayer enforcement responsibilities |
| Research | 12 | 12 | - | The team does not estimate an increase in research activities but rather a reprioritization of activities based upon the needs of the preparer program |
| **Subtotal** | **870** | **870** | **-** | |
| **Activities dedicated to Return Preparer work** | | | | |
| Communications | - | 5 | 5 | The additional FTE are to handle implementation of communication needs related to the implementation of the program (e.g., contacting current PTIN holders). Also includes clerical handling of PTIN applications erroneously sent to the IRS. |
| Customer Support | - | 18 | 18 | The additional FTE are to handle new customer support staff to address questions specifically about the return preparer program. The current FTE are to address general inquiries that happen to originate from return preparers (e.g., AM inquiries, e-services inquiries, etc) |
| RP Program Compliance | 39 | 280 | 241 | The additional FTE are to handle largely new activities around verification of professional designation, conducting background checks, ensuring proper use of PTINs, and verification of continuing education credits. Also includes a significant increase in the volume of personal tax compliance checks and disciplinary decision making. |
| RP Program Operations Support | 17 | 41 | 24 | The additional FTE are to handle new oversight and strategic direction activities around service-wide policy setting, oversight and coordination of communications, IT vendor management, and business analysis (e.g., analytics). |
| Testing | 2 | 18 | 16 | The additional FTE were estimated to assist in the development of testing materials, handle compliants or objections to test materials, and to coordinate fingerprinting of return preparers subject to testing requirements |
| Continuing Education | 3 | 37 | 34 | The additional FTE were estimated to process CE provider applications, handle appeals from disapproved providers, and conduct audits to ensure education programs delivered meet specifications and quality standards of the program |
| PTIN application processing | 19 | - | (19) | The processing of PTIN applications will be handled exclusively through the selected vendor |
| RP Tax Enforcement | 13 | 139 | 126 | The additional FTE were estimated based upon the 2012 Initiative. The activities these FTE are being performed are yet to be determined but will be a mix of increased volumes of current actions (e.g., PACs, Penalty Cases, EITC Due Diligence, Knock and Talks, etc) and activities the team will be developing before FS2011 |
| **Subtotal** | **93** | **539** | **446** | |
| **TOTAL** | **963** | **1,408** | **446** | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Activities requiring levels of support by September 1, 2010** | | | | | |
| 2 | | | | | **Difference** | |
| 3 | **Function** | **Current FTE** | **Future FTE** | **FTE Needed by Sept 1, 2010** | **(FTE needed by 9/1 - Current FTE)** | **Rationale** |
| 4 | Customer Support | 0 | 16 | 4 | 4 | It is assumed that most calls will initially be handled by the registration vendor, however additional FTE will be needed to address questions specifically about the return preparer program. 25% of the total needed FTE should be staffed to handle these intial questions as registration begins. |
| 5 | RP Program Compliance | 39 | 280 | 92 | 53 | At the time of registration, the program will need staffing levels to do initial reviews of self identified tax compliance issues and self reported felonies. Staffing levels will be increased to do final enrollment decisions and additional program compliance activities (e.g., professional designation checking, CE checking, etc) at a later date. 23 FTE will conduct background checks, and 30 will conduct tax compliance checks |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | RP Program Operations Support | 17 | 41 | 20 | 3 | At the time of registration, most of the key programmatic operations will need at least some of their FTE in in place, including Executive Oversight, Vendor/IT management, Business Analysis, and Program Compliance and policy oversight from an enterprise-wide perspective. Additional FTE will need to be staffed as the RP organization is further stood up. |
| 13 | Continuing Education (Provider-related) | 3 | 37 | 10 | 7 | CE credits will be available starting Jan 1, 2010. To allow the market time to set up the infrastructure necessary to deliver classes as quickly as possible, the program must review and approve CE programs starting in Septemeber. Failing to do this could result in CE programs being delayed to the market. |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | Subtotal | 59 | 375 | 126 | 67 | * NOTE: Approximately 67 FTE will need to be hired and/or reallocated from other IRS business units. |

| Function | Workstream | Workstream Activity Description | Original Future State | Future State FTE | Futre State Grade | Est. Costs (Future State) | Current State FTE | Difference | CI | WI | SBSE | National C&L | RAS | OPR | Other | Org Design - Business Unit Mapping |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Communications & Customer Support** | Customer Support | Includes all inquiry response to preparers and taxpayers about the program (TAS, W&I, EPSS, etc). Shipping of applications inadvertently sent to the IRS. Package and ship applications inadvertently sent to IRS. Contacting current PTIN users | 16.39 | 365.36 | GS-7 (11.7 FTE) GS-11 (3.69 FTE) GS-12 (1 FTE) | 2,532,716.86 | 347.10 | 18.26 | - | 347.10 | - | - | - | - | - | BODS |
| | Marketing & Branding | Development of television and radio commercials, the use of paid advertisers and communication tools for both interna and external stakeholders | 2.44 | 2.44 | GS-17 (2.44 FTE) | 8,797,598.43 | - | 2.44 | - | - | - | - | - | - | - | Strategic Communications |
| | Forms / Publications | Publication/forms updates | 2.50 | 2.60 | GS-13 (2.5 FTE) | 449,919.71 | 0.10 | 2.50 | - | 0.10 | - | - | - | - | - | Strategic Communications |
| | Outreach and Relationship Mgmt | Delivery of IRS messages to preparer community. Webinars, Tax Forums, etc. Messengers for all meetings with the return preparer community re: policy. Includes contacting current PTIN holders | | 160.42 | | | 160.42 | - | - | 5.09 | 137.33 | 18.00 | - | - | - | BODS |
| | Communications | Development of materials and messages delivered through the outreach activities. | 1.87 | 21.30 | GS-9 (.87 FTE) GS-& (1.0 FTE) | 325,193.05 | 21.30 | - | - | 0.10 | 21.20 | - | - | - | - | BODS |
| | *Subtotals:* | | *23.20* | *552.12* | | *12,105,428.06* | *528.92* | *23.20* | *-* | *352.39* | *158.53* | *18.00* | *-* | *-* | *-* | *-* |
| **IT (Amortized)** | Amortized IT Development & Implementation | Includes the initial procurement of the "ideal" database, retiring of the existing PTIN system, development of interfaces, development of automated tax compliance checks, IV&V testing, security and acceptance testing, and the creating of a secure tunnel on IRS.gov | - | - | | 6,132,400.00 | - | - | - | - | - | - | - | - | - | |
| | *Subtotals:* | | *-* | *-* | | *6,132,400.00* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* |
| **RP Program Compliance *** | Verify claimed Professional Designation for CPAs, Attorneys Etc | Sampling, checking, and reviewing of self reported professional designation to ensure accuracy of claims. Also includes all appropriate actions to resolve any instances of mismatches of self reported and actual professional designation | 0.73 | 0.52 | GS-5 (.34 FTE) GS-7 (.18 FTE) GS-11 (.21 FTE) | 219,405.18 | 0.07 | 0.45 | - | - | - | - | - | 0.07 | - | Verification |
| | Conduct Background Check on Return Preparers' Criminal History (Review of Self Reported in Yr1, Random Sampling in Years 2 & 3) | Includes reviewing of self reported felonies in year one, and continued sampling of return preparers in subsequent years to conduct background checks. Also includes the manual reviews of history to determine acceptability into the program and resolution of exception cases | 61.65 | 47.43 | GS-5 (2.35 FTE) GS-11 (18.49 FTE) GS-12 (32.03 FTE) GS-15 (8.79 FTE) | 32,122,533.74 | 6.60 | 40.83 | - | - | - | - | - | 6.60 | - | Verification |
| | Verify Return Preparers' Self Reported Tax Compliance | Includes reviewing of self reported tax compliance issues and resolution of cases of non-compliance*. **Note: FTEs associated with this workstream are only needed in Year 1. As these FTE were assumed to be utilized in other activities in Years 2 & 3, the total FTE within Program Compliance doesn't include them in the total (as they are already accounted for in other workstreams).** | 65.32 | 65.32 | GS-5 (12.70 FTE) GS-7 (11.43 FTE) GS-11 (41.17 FTE) | 7,755,501.83 | - | - | - | - | - | - | - | - | - | |
| | Verify Return Preparers' Personal Tax Compliance | Includes the systemic identification of tax compliance issues for entire population of return preparers and determining the appropriate treatment for any preparers with persistent compliance issues | 168.68 | 50.75 | GS-5 (7.62 FTE) GS-12 (133.44 FTE) GS-15 (27.61 FTE) | 84,235,416.37 | 7.07 | 43.68 | - | - | - | - | - | 7.07 | - | Tax Compliance |
| | Develop Process for Identifying and Treating Return Preparers Filing w/o PTIN or Incorrect PTIN | Includes the development of a process / systems for identifying, locating and treating return preparers not using a PTIN, or utilizing an invalid PTIN. Also includes initial implementation of the developed process in years 2 and 3. | 17.01 | 17.01 | GS-11 (5 FTE) GS-12 (10.01 FTE) GS-13 (2 FTE) | 8,439,264.70 | 2.37 | 14.64 | - | - | - | - | - | 2.37 | - | PTIN Usage |
| | Verify Return Preparers' Self Certified Continuing Education | Includes sampling, identification, and initial treatment of return preparers that have not certified their continuing education. | 6.88 | 6.88 | GS-7 (5.88 FTE) GS-9 (1 FTE) | 2,041,330.84 | 0.96 | 5.92 | - | - | - | - | - | 0.96 | - | Verification |
| | Additional Ethical Conduct Compliance Issue Investigations | Includes the investigation of key return preparer ethical issues covered under circular 230. (e.g., fair practice, etc) | | 14.42 | | | 2.01 | 12.41 | - | - | - | - | - | 2.01 | - | Ethical Conduct |
| | Program Compliance Judgement | Decision work related to all program compliance disciplinary decision making | | 117.93 | | | 16.43 | 101.50 | - | - | - | - | - | 16.43 | - | Tax Compliance Issue Resolution |
| | Administrative Support | Administrative support staff for program compliance functions | 25.00 | 25.00 | GS-7 (25 FTE) | 7,181,054.79 | 3.48 | 21.52 | - | - | - | - | - | 3.48 | - | Admin Assistants |
| | *Subtotals:* | | *345.28* | *279.95* | | *141,994,507.44* | *39.00* | *240.95* | *-* | *-* | *-* | *-* | *-* | *39.00* | *-* | *-* |
| **RP Program Operations Support *** | Programmmatic Executive Management / Oversight | | | 2.00 | | | 0.70 | 1.30 | - | - | - | - | - | 0.70 | - | Office of Director |
| | Vendor / IT Mgmt | | | 9.00 | | | 3.07 | 5.93 | - | - | - | - | - | 3.07 | - | Operations Support |
| | Administrative / Operations Support | | | 11.00 | | | 3.75 | 7.25 | - | - | - | - | - | 3.75 | - | Admin Assistants & OPS Support |
| | Business Analysis | | | 6.00 | | | 5.05 | 0.95 | 1.00 | 2.00 | - | - | - | 2.05 | - | Policy and Analysis |
| | Government / Stakeholder Liaison | | | 1.00 | | | 0.34 | 0.66 | - | - | - | - | - | 0.34 | - | Strategic Communications |
| | Program Compliance & Oversight | | | 9.00 | | | 3.07 | 5.93 | - | - | - | - | - | 3.07 | - | Policy and Analysis |
| | Communications Oversight | | | 3.00 | | | 1.02 | 1.98 | - | - | - | - | - | 1.02 | - | Strategic Communications |
| | *Subtotals:* | | *-* | *41.00* | | *-* | *17.00* | *24.00* | *1.00* | *2.00* | *-* | *-* | *-* | *14.00* | *-* | *-* |

Comments (margin notes):
- BRETT LUHRING: Rows 4, 5, 6, and 7
- BRETT LUHRING: Rows 14, 15, 16, 17, and 21
- BRETT LUHRING: Rows 31 - 34, and 38
- BRETT LUHRING: Rows 8, 9, 18, 19, 20 in Registration User Fee
- BRETT LUHRING: Rows 35 - 37 in Reg User Fee Calcuations. + 11 FTE from Row 38

| Function | Workstream | Workstream Activity Description | Original Future State | Future State FTE | Futre State Grade | Est. Costs (Future State) | Current State FTE | Difference | CI | WI | SBSE | National C&L | RAS | OPR | Other | Org Design - Business Unit Mapping |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Testing * | Test Development | Review test questions, manage relationship with testing vendor | 1.22 | 0.30 | GS-15 (1 FTE) GS-13 (.13 FTE) GS-14 (.08 FTE) | 982,388.55 | 0.47 | (0.17) | - | - | - | - | - | 0.47 | - | Program Testing |
| | Complaint Resolution | Process appeals from applicants who fail test; render decision of substantive test related questions | 3.92 | 0.20 | GS-13 (3.92 FTE) | 2,376,446.69 | 1.53 | (1.33) | - | - | - | - | - | 1.53 | - | Program Testing |
| | Fingerprinting & Background Scan | Review of FBI fingerprint results, conduct additional research for all "hits", execute clerical responsibilities and technical management | 17.89 | 17.89 | GS-7 (5.29 FTE) GS-9 (1 FTE) GS-12 (11.59 FTE) | 7,777,717.10 | - | 17.89 | - | - | - | - | - | - | - | Program Testing |
| | *Subtotals:* | | 23.03 | 18.39 | | 11,136,552.33 | 2.00 | 16.39 | - | - | - | - | - | 2.00 | - | - |
| | | | | | | | | | | | | | | | | |
| Continuing Education * | Approve CE Programs | Accept all submitted CE programs for review, enter necessary information into E-Trak, conduct substantive review of each CE program, contact CE Providers to ascertain additional information about a program application, forward decision, close application and answer questions from CE Providers who call to inquire about their application status | 117.77 | 30.38 | GS-7 (39.12 FTE) GS-9 (4 FTE) GS-14 (67.64 FTE) GS-15 (7 FTE) | 66,968,157.72 | 2.76 | 27.62 | - | - | - | - | - | 2.76 | - | CE Unit |
| | Resolve Appeals for CE Programs | Perform research; evaluate program (content, delivery, customer evaluation, record keeping); communicate with provider for information and clarification; render decision Forward decision, close evaluation: Notify provider of approval/disapproval; update e-trak, close program folder; Update IRS sponsor database with program information | 10.30 | 1.86 | GS-7 (.84 FTE) GS-12 (1 FTE) GS-14 (8.45 FTE) | 6,805,984.68 | 0.24 | 1.62 | - | - | - | - | - | 0.24 | - | CE Unit |
| | Conduct Audits - for substantitive content (Travel / On-site observation) | (1) Evaluate CE Program (content, delivery, customer evaluation, record keeping); log results for internal record keeping (2) Forward decision, and close audit Notify provider of approval/disapproval; update e-trak, close program folder; | 19.79 | 3.50 | GS-12 (19.79 FTE) | 10,080,791.97 | - | 3.50 | - | - | - | - | - | - | - | CE Unit |
| | Conduct Audit - for record keeping (Correspondence) | (1) Evaluate CE Program (content, delivery, customer evaluation, record keeping); log results for internal record keeping (2) Forward decision, and close audit Notify provider of approval/disapproval; update e-trak, close program folder; | 2.64 | 1.49 | GS-7 (2.64 FTE) | 757,758.21 | - | 1.49 | - | - | - | - | - | - | - | CE Unit |
| | *Subtotals:* | | 150.49 | 37.23 | | 84,612,692.57 | 3.00 | 34.23 | - | - | - | - | - | 3.00 | - | - |
| | | | | | | | | | | | | | | | | |
| Tax Code Enforcement | Return Preparer Program Investigations | Includes General, Primary, Investigations and Subject Investigations. Also includes Undercover Shopping Operations - utilized to obtain evidence on return preparers suspected of preparing false tax returns | | 157.00 | | | 157.00 | - | 157.00 | - | - | - | - | - | - | BOD |
| | Knock and Talks | Outreach acitivity worked jointly with SBSE and EITC office to educate return preparers and identify return preparers abusing EITC | | 2.10 | | | 2.10 | - | 1.00 | - | 1.10 | - | - | - | - | BOD |
| | Scheme Development | Develop and identify fraudulent return preparer schemes for dissemination to the field | | 15.00 | | | 15.00 | - | 15.00 | - | - | - | - | - | - | BOD |
| | W&I Return Preparer Collection Activities | W&I Compliance examines the preparer's client returns referred by CI as part of the Return Preparer Strategy. In addition, W&I has a representative on the Commissioner's Return Preparer Strategy Team. She is a subject matter expert expected to spend 10 - 20% of her time on the project. | | 6.62 | | | 6.62 | - | - | 6.62 | - | - | - | - | - | BOD |
| | Program Action Case Investigations | Program Action Case Formal investigation of Return Preparer and Client audits; investigations in Employment Tax: Hidden Distributions, Nontaxable Distributions, and Distributions in Lieu of Wages. | | 101.20 | | | 101.20 | - | - | - | 101.20 | - | - | - | - | BOD |
| | Lead Development | Develop leads, write memoranda authorizing 6700/6701 investigations and interfactin with Return Preparer Coordinators | | 3.30 | | | 3.30 | - | - | - | 3.30 | - | - | - | - | BOD |
| | CAA monitoring visits | Designated Certifying Acceptance Agents visitation established by W&I ITIN Office | | 6.00 | | | 6.00 | - | - | - | 6.00 | - | - | - | - | BOD |
| | "10K" Letters Educational Visits | One time compliance visit (6.5hr per visit) to 2,500 selected Return Preparers | | 12.50 | | | 12.50 | - | - | - | 12.50 | - | - | - | - | BOD |
| | Preparer Penalty Cases | Includes application of preparer penalties related to 6694(a) | | 3.72 | | | 3.72 | - | - | - | 3.72 | - | - | - | - | BOD |
| | Due Diligence Visits | Includes visits to assess preparers due dilligence in accordance with 6695 requirements | | 9.60 | | | 9.60 | - | - | 2.00 | 7.60 | - | - | - | - | BOD |
| | Streamlined Injunctions | Includes a test program to place an injunction on preparers who have continued eggregious non-compliance | | 0.60 | | | 0.60 | - | - | - | 0.60 | - | - | - | - | BOD |
| | PSP coordination | Includes the coordination of preparer enforcement activities for each area | | - | | | - | - | - | - | - | - | - | - | - | BOD |
| | HQ Preparer Coordination | Includes the program level coordination and workplanning across the country for preparer enforcement activities | | - | | | - | - | - | - | - | - | - | - | - | BOD |
| | Correspondence Preparer Penalties | Includes the application of preparer penalties through coorrespondence examinations of questionable preparers | | 3.20 | | | 3.20 | - | - | - | 3.20 | - | - | - | - | BOD |
| | ERO Monitoring Visits | Visitations to ensure compliance with e-file rules | | 7.96 | | | 7.96 | - | - | - | 7.96 | - | - | - | - | BOD |
| | RP Enforcement: Additional TBD enforcement activities and increases in current activities | Activities and assignment of resources TBD | 108.00 | 139.00 | | | 13.00 | 126.00 | - | - | 13.00 | - | - | - | - | Tax Pro Liaison (30) BODs (96) |
| | *Subtotals:* | | 108 | 467.80 | | - | 341.80 | 126.00 | 173.00 | 8.62 | 160.18 | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| Research | Research RP Related issues | | 108.00 | 12.00 | | | 12.00 | - | - | 7.00 | 2.00 | - | 3.00 | - | - | BODs |
| | *Subtotals:* | | 324 | 12.00 | | - | 12.00 | - | - | 7.00 | 2.00 | - | 3.00 | - | - | - |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Function | Workstream | Workstream Activity Description | Original Future State | Future State FTE | Futre State Grade | Est. Costs (Future State) | Current State FTE | Difference | CI | WI | SBSE | National C&L | RAS | OPR | Other | Org Design - Business Unit Mapping |
| 63 | | | | | | | | | | | | | | | | | - |
| 64 | PTIN Application Processing | PTIN Application Processing | Activities and assignment of resources TBD | 108.00 | - | | | 18.90 | (18.90) | - | 18.90 | - | - | - | - | - | BODs |
| 65 | | *Subtotals:* | | 756 | - | | - | 18.90 | (18.90) | - | 18.90 | - | - | - | - | - | - |
| 66 | | | | | | | | | | | | | | | | | - |
| 67 | | | TOTALS | #REF! | 1,408.49 | #REF! | #REF! | 962.62 | 445.87 | 174.00 | 388.91 | 320.71 | 18.00 | 3.00 | 58.00 | - | - |
| 68 | | | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | | | |

DRAFT

| ID | Source | Workstream Map | Activity Summary | Description | FTE | Position Titles | Average Grade | Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | SBSE | Enforcement | PAC Investigation | Program Action Case Formal investigation of Return Preparer and Client audits; investigations in Employment Tax: Hidden Distributions, Nontaxable Distributions, and Distributions in Lieu of Wages. | 54.0 | Tax Auditor | GS-9 | |
| 2 | SBSE | Enforcement | PAC Investigation | Program Action Case Formal investigation of Return Preparer and Client audits; investigations in Employment Tax: Hidden Distributions, Nontaxable Distributions, and Distributions in Lieu of Wages. | 47.2 | RA | GS-12 | Added 1.2 FTE for Specialty |
| 3 | SBSE | Enforcement | LDC Work | Develop leads, write memoranda authorizing | 2.3 | RA | GS-13 | |
| 4 | SBSE | Enforcement | LDC Work | 6700/6701 investigations and interfactin with Return | 1.0 | RA | GS-12 | |
| 5 | SBSE | Enforcement | CAA Monitoring Visits | Designated Certifying Acceptance Agents visitation established by W&I ITIN Office | 6.0 | RA | GS-12 | |
| 6 | SBSE | Enforcement | "10k" Letters Educational Visits | One time compliance visit (6.5hr per visit) to 2,500 selected Return Preparers | 12.5 | RA | GS-12 | |
| 7 | SBSE | Enforcement | Preparer Penalty Cases | P-1 / 501 6694(a) (understatement due to unreason | 0.12 | TCO | GS-9 | |
| 8 | SBSE | Enforcement | Preparer Penalty Cases | P-1 / 501 6694(a) (understatement due to unreason | 0.7 | RA | GS-12 | |
| 9 | SBSE | Enforcement | Preparer Penalty Cases | P-2 / 502 6694(b) (understatement due to willful or r | 0.71 | TCO | GS-9 | |
| 10 | SBSE | Enforcement | Preparer Penalty Cases | P-2 / 502 6694(b) (understatement due to willful or r | 1.78 | RA | GS-12 | |
| 11 | SBSE | Enforcement | Preparer Penalty Cases | Collection TDA module work with penalty reference code of 624, 626, 627, 628, 631, 634, 636, 645, 648, or 650. | 0.4 | RO | GS-11 | |
| 12 | SBSE | Enforcement | EITC Due Diligence Visits | Preparer visitation in accordance with IRC Sec 6695g | 7.6 | RA | GS-12 | |
| 13 | SBSE | Enforcement | EITC Knock and Talk Visits | EITC Office designated preparer education visitation | 0.6 | RA | GS-12 | |
| 14 | SBSE | Enforcement | EITC Streamlined Injunctions | EITC Office test program | 0.6 | RA | GS-12 | |
| 15 | SBSE | Enforcement | FTHBC Knock and Talks | Designated preparer education visitation | 0.5 | RA | GS-12 | |
| 16 | SBSE | RP Enforcement | Area Coordination (PSP) | Cooridnates the Area's return preparer activities | 7 | RA | GS-13 | |
| 17 | SBSE | RP Enforcement | HQ Preparer Coordination | Responsible for Exam's return preparer activities (Lienhart, Fowler, Manakas, Loggins, Berue) | 6 | RA | GS-14 | |
| 18 | SBSE | Enforcement | Preparer Penalty Cases | Correspondence examinations of returns prepared by questionable preparers. | 3.2 | Tax Examiner | GS-07 | |
| 19 | RAS | Research | Research | RAS research activities | 3 | | GS-12 | Chriss Hess |
| 20 | OPR | Testing | Testing | | 2 | | | |
| 21 | OPR | Program Compliance | Program / Tax compliance | | 13 | | | |
| 22 | OPR | CE | Cont Ed | | 3 | | | |
| 23 | OPR | Program Compliance | Ethical Conduct | | 26 | | | |
| 24 | SBSE | Outreach & Relationship Management | SB/SE Stakeholder Liaison | Conduct outreach to tax professionals through leveraged relationships with associations/organizations | 137.33 | Stakeholder Liaisons | Journey level - 12 Senior - 13 | 206 total FTE - estimate 2/3 time spent on preparer outreach activities |
| 25 | SBSE | Communications | SB/SE Communications | Develop outreach products and messages for delivery by Stakeholder Liaison | 21.2 | Communication Analysts | Journey level - 13 Senior - 14 | 53 total FTE - estimate 2/5 time spent on preparer outreach development |
| 26 | C&L | Outreach & Relationship Management | HQ National Public Liaison | Conduct outreach to tax professionals through leveraged relationships with associations/organizations. Responsible for coordination of IRS Advisory Group activities (IRSAC and IRSAC). Responsible for coordination of IRS Nationwide Tax Forums. | 18 | Program Analysts | Various - average 13 | 18 total FTE - estimate 100% spent on preparer outreach activities |
| 27 | CI | Enforcement | **RPP investigations** | - General, Primary, Investigations and Subject Investigations<br>- Undercover Shopping Operations - utilized to obtain evidence on return preparers suspected of preparing false tax returns<br>- HQ staffing responsible for managing CI's Return Preparer Program | 157 | - Special Agents | GS-13 | |
| 28 | CI | Enforcement | **Knock and Talks** | - Outreach acitivity worked jointly with SBSE and EITC office to educate return preparers and identify return preparers abusing EITC | 1 | - Special Agents | GS-13 | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 29 | CI | Enforcement | Scheme Development Centers | - Develop and identify fraudulent return preparer schemes for dissemination to the field | 15 | - Resident Agent In Charge<br>- Supervisory Investigative Analyst<br>- Investigative Analyst<br>- Investigative Aide | GS-11 | |
| 31 | 30 | CI | RP Program Operations Support | Return Preparer Analysis Tool | Analytical tool used to identify potential abusive return preparers | 1 | - Senior Program Analyst | GS-14 | |
| 32 | 31 | W&I | Outreach & Relationship Management | ETA-Relationship Mgmt & Marketing | Relationship Mgmt activities with tax preparation software industry partners (e.g. H&R Block, Jackson Hewitt, Intuit), State tax administrators & state tax administration entities; federal advisory committees (IRSAC/IRPAC/ETTAC); Free File Program Administration/Free File Alliance | 5 | - National Acct. Managers<br>- Relationship Mgrs. | GS-15 | |
| 33 | 32 | W&I | Customer Support | AM - Telephone Contacts from Return Preparers | AM staffs 4 Practitioner Priority telephone applications to handle IMF and BMF inquiries on the dedicated Practitioner Priority Service toll-free line (866 860-4259). These are applications 185 - 189.  In FY09, the IRS had 1,304,184 Assistor Calls Answered with an Average Handle Time (AHT) of 770.2 seconds.  For FY10 through 5/1/2010, the IRS had 735,611 Assistor Calls Answered with an AHT of 693.7 seconds. | 134.1 | - Contact Representative | GS 962 8 | Volume:<br>FY 2009 1,304,184<br>FY 2010 thru 5-1-10 735,611<br><br>FTE:<br>FY 2009 Direct FTE - 134.1<br>FY 2010 to date  Direct FTE - 68.1 |
| 34 | 33 | W&I | Customer Support | AM - Correspondence from Return Preparers | Practitioner Priority Services (PPS) inventory hours include all time spent by employees resolving practitioner issues received via unsolicited faxes from practitioners or the Internet via a secure electronic mailbox.  Employees perform account research utilizing IDRS in determining the appropriate response to a wide variety of practitioner inquiries.  The work is fairly evenly split between BMF and IMF accounts. | 13.4 [BRETT LUHRING: Was 66] | - Contact Representative | GS 962 8 | FY 2009 Direct FTE - 13.4<br>FY 2010 to date  Direct FTE - 2.1 |
| 35 | 34 | W&I | Customer Support | EPSS - e-help Desk | Respond to Return Preparers' Contacts (telephone, email) about e-services, Process e-file Applications (24.3 FTE); Conduct suitability on EROs (40.5 FTE); Customer Service Support: Respond to Return Preparers' Contacts (telephone, email) about e-services, e-file Apps, PTIN, e-filing, EFTPS;Process Letters of Application for business returns (97.2 FTE) | 162 | - Tax Examiners | GS-7 | [BRETT LUHRING: Was 66 allocated to PTIN Application] |
| 36 | 35 | W&I | Customer Support | EPSS - Operations Support HQs | Provide operational support (Level 2 Assistors, Training, IRMs, Financial Management, Program management) for the E-Help Desk | 36 | Program Analysts / Manager | GS-13 | |
| 37 | 36 | W&I | Customer Support | JOC - Planning and Analysis for Return Preparers | Forecasting additional daily telephone demand | 0.3 | - Program Analyst Management | GS-13 | |
| 38 | 37 | W&I | Customer Support | JOC - BRIDG e-file applications | e-file Mandate Expansion | 1 | - Tax Analyst | GS-13 | |
| 39 | 38 | W&I | Customer Support | JOC - Operations Call Routing | Monitoring telephone routing for return preparer calls | 0.3 | - Program Analyst | GS-13 | |
| 40 | 39 | W&I | Customer Support | JOC- Contact Analytic Research | follow-up search of PPS and e-Help calls for mentions of the Return Preparer Strategy. Search and analysis of PPS calls for mentions of the faxing of POA forms (and other 3rd party authorization forms), and the average silence (hold time) associated with faxing of the documents | 0.003 | - Prg and Mgmt Analyst | GS-14 | |
| 41 | 40 | W&I | Enforcement | Compliance - Collection activities focused on return preparers | W&I Compliance examines the preparer's client returns referred by CI as part of the Return Preparer Strategy.  In addition, W&I has a representative on the Commissioner's Return Preparer Strategy Team. She is a subject matter expert expected to spend 10 - 20% of her time on the project. | 6.62 | - Tax Examiners to Exam the returns<br>- Operations Manager on the Return Preparer Strategy Team | Grade 7 for TE; Senior Manager | |
| 42 | 41 | W&I | Outreach & Relationship Management | TFP - Outreach - M&P | Tax Forums and industry meeting | 0.08 | - Tax Law Specialist | GS-14 | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 42 | W&I | Outreach & Relationship Management | **TFP - Outreach - M&P** | Tax Forums and industry meeting | 0.01 | - Tech Advisor | GS-15 | |
| 44 | 43 | W&I | Forms / Publications | **TFP - Tax Form Development - M&P** | Tax Form development | 0.1 | - Tax Law Specialist | GS-13 | |
| 45 | 44 | W&I | Enforcement | **Field Assistance** | Face-To-Face visits from return preparers | 0 | | | |
| 46 | 45 | W&I | RP Program Operations Support | **EITC Program Office** | Business Analysis | 2 | | | |
| 47 | 46 | W&I | Enforcement | **EITC Program Office** | Enforcement Management Coordination | 2 | | | |
| 48 | 47 | SBSE | Research | Research | SBSE research activities | 2 | | GS-12 | MR Assumption |
| 49 | 48 | W&I | Research | Research | W&I research | 7 | | GS-12 | Source: W&I |
| 50 | 49 | OPR | RP Program Operations Support | | | 14 | | | |
| 51 | 16 | SBSE | Enforcement | ERO Monitoring Visits | Visitations to ensure compliance with e-file rules *** | 7.96 | RA | GS-12 | |
| 52 | 50 | W&I | PTIN Application Process | AM / Campus Support - Correspondence from RPs | Research and process paper PTIN applications | 18.9 | Clerks | GS-305-4 | |

BRETT LUHRING:
New FTE