# EXHIBIT AS

## Filed Under Seal