# EXHIBIT AW



RETURN PREPARER OFFICE
INTERNAL REVENUE SERVICE

Canadian Revenue Authority
Briefing Document

May 2012

## Canadian Revenue Authority Briefing

▶ Background & Policy Overview

▶ Program Design

▶ Capabilities & Operations

▶ IT Infrastructure

▶ Lessons Learned

2

BAH_0000497.0002

## Prior to the publication of the RP Review Report, Return Preparers were a largely unregulated community

### Return Preparer Background

▶ In 2009, the IRS estimated between 900,000 to 1.2 million paid Return Preparers but, due to the lack of registration requirements and inconsistent reporting, the exact number was unknown

▶ Approximately 85 million individual tax returns (60%) were prepared by tax return preparers in 2009

▶ Return Preparers are divided into two broad categories, depending on whether they are regulated by Circular 230, the Treasury Department's regulations governing practice before the IRS. Prior to the publication of the Return Preparer Review, the level of oversight varied greatly between these two groups

  – *Circular 230 Preparers*, including attorneys, certified public accountants, and enrolled agents, were (and remain) subject to standards of practice promulgated in Part 10 of Title 31 of the Code of Federal Regulations and reprinted in Treasury Department Circular 230

  – *Non Circular Preparers*, including those who are unenrolled or unlicensed, were subject to civil penalties, enjoinment from preparing tax returns, and criminal penalties for severe misconduct

▶ In addition, return preparer oversight varied by jurisdiction; 4 states (i.e., California, Maryland, Oregon, and New York) had preparer licensing programs (Source: RP Review)

▶ Many preparers who were not governed by Circular 230 or state jurisdictions had no competency requirements before they prepared a federal tax return

3

BAH_0000497.0003

## Responsibilities for Return Preparer oversight were previously divided among internal IRS BODs and external stakeholders



## The magnitude at which taxpayers were affected by the Paid Tax Return Preparer Industry pushed the IRS to review the industry

**IRS Burning Platform**

▶ For 2007 and 2008, over 80% of all federal individual income tax returns were prepared by paid tax return preparers or by taxpayers using consumer tax preparation software

▶ The IRS realized the importance and scale of the paid return preparer industry on the taxpaying public and stated two objectives:

  – Strengthen partnerships with tax practitioners, tax return preparers, and other third parties in order to ensure effective tax administration

  – Ensure that all tax practitioners, tax return preparers, and other third parties in the tax system adhere to professional standards and follow the law

  – Leverage the one-to-many relationships between preparers and taxpayers to influence return preparer compliance/accuracy in the aggregate, and diminish the tax gap

▶ In June 2009, IRS Commissioner Dough Shulman launched the Return Preparer Review to help accomplish the stated objectives

5

BAH_0000497.0005

# The IRS solicited input from a diverse community of stakeholders to develop a number of recommendations for the Return Preparer Review

## Return Preparer Review Overview

| Inputs | RP Review Report December 2009 Recommendations | Actions Taken |
|---|---|---|
| **Stakeholders** 1. NASBA 2. AICPA 3. Taxpaying Public 4. Industry Leaders | 1. Registration of paid tax return preparers register and issuance of a preparer tax identification number (PTIN) for a fee<br><br>2. Competency testing for all paid tax return preparers who are not attorneys, certified public accountants or enrolled agents<br><br>3. Requirement of 15 hours of annual continuing professional education (requirements will not apply to attorneys, certified public accountants, enrolled agents or others enrolled)<br><br>4. All signing and non-signing tax return preparers will be placed under Treasury Department Circular 230<br><br>5. Implementation of a comprehensive enforcement strategy (and apply significant examination and collection resources to tax return preparer compliance) | 1. Commissioner Shulman determined that the IRS would begin a project to begin the oversight and regulation of the Return Preparer Industry<br><br>2. The IRS worked in tandem with a number of contractors to develop a solution based on the recommendations of the Return Preparer Review |
| **Studies** 1. Compliance Studies – GAO Study – TIGTA Study | 6. Establishment of a task force to address identified risks associated with the dependence of tax administration on consumer and commercial tax preparation software, and discuss the possibility of establishing industry standards*<br><br>7. Review of the refund settlement product industry including analysis of opportunities to improve refund delivery options*<br><br>8. A public awareness campaign to educate taxpayers, paid tax return preparers, and IRS employees about the new standards and requirements for tax return preparers; the IRS will develop a searchable database of tax return preparers who have registered and passed the competency examination | |

*Recommendations were later considered out of scope for the Return Preparer Office

6

## Canadian Revenue Authority Briefing

▶ Background & Policy Overview

▶ Program Design

▶ Capabilities & Operations

▶ IT Infrastructure

▶ Lessons Learned

7

BAH_0000497.0007

## Visionary statements about what the RPO is/will be...

▸ We need the ability to conduct trend analysis over long term return filing patterns in order to better predict preparer behavior and/or potential non-compliance...

Strategic intent/purpose of the RPO

This is what we wanted to do when we talked about "return preparer management"

The "why"

8

BAH_0000497.0008

## Frame up capabilities...

▸ All the things that we need to organize ourselves, in order to realize the vision that we set up on the last slide...

9

BAH_0000497.0009

## In April 2010, RPO conducted an options analysis to determine the type of organizational structure best suited to oversee professional return preparers

**Organizational Design Options Analysis**

- To create a new organization, RPO developed a high-level organizational value chain designed to meet the recommendations outlined in the Return Preparer Review. Guiding principles helped to shape the organizational design (e.g., single line of sight for strategy and operations around Return Preparer activities, clear and consistent decision rights and authorities, quick decision making to provide flexibility and scalability)

| *Option 1: Centralized* | *Option 2: Decentralized* | *Option 3: Decentralized with Centralized Policy Control Office* |
|---|---|---|
|  |  |  |
| Description: All oversight functions are housed within a single organization responsible for overseeing enrollment, judging suitability, managing continuing education and testing, and directing a service-wide preparer compliance and enforcement strategy | Description: Oversight functions are split between two offices, each reporting to the IRS Deputy Commissioner. Responsibilities are split between multiple organizations (e.g., ethics-related decisions vs. processing of suitability for tax preparer registrants) | Description: Oversight functions are split between two offices, each reporting to the IRS Deputy Commissioner. RPO will process all suitability/disciplinary issues and provide any casework necessary to OPR for appeals; however, policy is centralized within RPO |

- After much internal discussion, a decision was made that Option 3 would be organizational structure for the new RPO program office because it allowed for consolidation of accountability, centralized policy control, simplified decision rights and controls, and strictly specified responsibilities of each office
- Additionally, this design option allowed for the interactions between the two organizations to be mainly process related, while Service-wide decision making would be finalized within RPO win consultation with OPR and the Return Preparer Executive Advisory Committee

10

BAH_0000497.0010

**Org. design of the RPO...**



11

BAH_0000497.0011

**Even though return preparer policy operations is centr...**
**IRS divisions still play a role in the return preparer ove...**



To be updated (Owner: Lauren): Revise graphic and shrink. Insert table below that outlines the various IRS depts, current role with RPs (to the extent that it exists). Possibly create a similar slide to show the same information but include the dept. roles prior to RPO stand-up

*With respect to tax litigation and the legal interpretation of tax law, the Chief Counsel also reports to the General Counsel of the Treasury Department. On matters solely related to tax policy, the Chief Counsel reports to the Treasury General Counsel

12

BAH_0000497.0012



BAH_0000497.0013

## What enables the capabilities of the RPO...



Text

The IRS teamed with internal IRS organizations/x,y,z vendors in order to do the stuff on the right,

Some stuff lives inside the RPO, some lives inside the IRS, some lives outisde the IRS (i.e., the vendors)

| 1 | Registration | Assign a unique identification number to suitable RPs and collect a user fee to support Return Preparer Program activities |
| 2 | Program Suitability | Develop and sustain a population that is fit to practice and adheres to high ethical standards |
| 3 | Testing | Verify that each preparer has a comprehensive understanding of relevant tax law and ethical practice |
| 4 | Continuing Education | Ensure that preparers are able to obtain CE credit from qualified providers |
| 5 | Enforcement | Locate erroneous or non-compliant income tax returns associated with a specific preparer, and coordinate the investigation, treatment and adjudication of cases of habitual non-compliant or abusive preparer behavior |
| 6 | Stakeholder Engagement | Establish a dialogue with key stakeholder groups to increase program awareness and compliance |

14

BAH_0000497.0014

# The IRS worked with its vendor partners to calculate user fee models that support ongoing operations while recovering full Return Preparer Program costs

## Program User Fee Overview

- The Office of Management and Budget (OMB) requires that user fees be charged to certain populations in order to recover the cost of services that convey special benefits beyond those available to the public
- For the RPO, user fees were calculated using a volume-driven costing model that took into account core processes, staff LOE, anticipated volume, and other non-labor expenses (e.g., travel)
- All vendors supporting RPO standup have been awarded "no cost" contracts, and do not collect fees from the IRS

| RPO User Fee | IRS Fee | Vendor Fee | Total Fee | Primary Cost Drivers/ Key Considerations |
|---|---|---|---|---|
| Registration User Fee | $50.00 | $14.25 | $64.25 | • **Required to Pay Fee:** *Practitioners submitting applications for/renewing PTINs*<br>• **IRS Costs Recovered:** *75% of "program costs"*<br>— *RPO Labor: Staff costs related to programmatic oversight/management , capability development, vendor/IT management, operations support, business analysis, policy development, and compliance strategy*<br>— *Marketing: Costs related to customer service, marketing/branding, and forms/publications*<br>— *IRS Technology/Systems Enhancements: Costs related to updating IRS systems and security enhancements* |
| Testing User Fee | $27.00 | $89.00 | $116.00 | • **Required to Pay Fee:** *Practitioners required to pass the competency exam to obtain RTRP certification*<br>• **IRS Costs Recovered:**<br>— *20% of "program costs" (Detailed in Registration User Fee row)\*\**<br>— *Other Recovered Costs: Test Development, Test Update Oversight, Complaint Resolution, and Test Center employee administrative costs (e.g., background checks)* |
| Fingerprinting User Fee* | $33.00 | $52.00<br>$28.25 | $85.00<br>$61.25 | • **Required to Pay Fee:** *Practitioners required to submit to a background check*<br>• **IRS Costs Recovered:**<br>— *Recovered Costs: Labor costs required to support fingerprint processing and adjudication, suitability appeals, and Fingerprinting Center employee administrative costs (e.g., background checks)*<br>— *Note: Final solution for background checks is currently being evaluated by IRS Commissioner-level leadership* |
| Continuing Education User Fee | $0.00 | $419.00 | $419.00 | • **Required to Pay Fee:** *Continuing Education Providers who plan to issue credits for CE courses*<br>• **IRS Costs Recovered:** *None* |

*The IRS initially selected two vendors to support the fingerprinting capability; Prometric charged a higher fee for the convenience of allowing RPs to fingerprint at testing centers
** 75% of program costs are recovered from the Registration User Fee, and 20% of program costs are recovered through the testing user fee. Remaining 5% collected from program overhead

15

BAH_0000497.0015

## RPO used a workload analysis model to inform its organizational design structure, hiring plan and hiring waves

### Hiring Plan & Workload Analysis

▸ RPO developed a Human Capital Strategic Hiring Plan to guide the hiring process for its organization. The Plan was a central roadmap for hiring new staff in alignment with strategic objectives and understanding human capital requirements

▸ Using a workload analysis model, RPO [...] the number of employees needed to su[...] organization's structure and strategic ob[...]

▸ A workload analysis model is an analyti[...] that can assist leadership with underst[...] human capital requirements ensuring that skilled staff are available and properly aligned based on workload demands

▸ The RPO model identified workload drivers and estimated the associated work processes and activities, level of effort and inventory for each of its six major capabilities

▸ The results of the RPO model was a organizational structure that outlined the number of employees needed by capability

### Hiring Waves

▸ With a organization structure in place, RPO began hiring employees for each of its capability through the implementation of four hiring waves:

  – Wave 1 | Senior and Program Management Staff: Employees responsible for critical office [...]t or support functionality

  – [...] perational Staff: Employees working in [...]y delivering against the organization

  – [...]d Wave 4 | Additional operational staff

> Use this slide to talk about how RPO staffed itself…what priorities were used to drive hiring?

16

**Workload analysis to drive staffing...**

Text

17

BAH_0000497.0017

**Transition slide**

Text

18

BAH_0000497.0018

## Canadian Revenue Authority Briefing

▸   Background & Policy Overview

▸   Program Design

▸   Capabilities & Operations

▸   IT Infrastructure

▸   Lessons Learned

19

BAH_0000497.0019

## Registration

| Return Preparer Registration |
| --- |

*Draft*

**Description**

- A major capability built into the Return Preparer Initiative was the mandatory registration of all compensated tax return preparers.
- Effective for the 2011 filing season, all individuals required to sign a federal tax return as a paid tax return preparer are required to register with the IRS and obtain a Preparer Tax Identification Number (PTIN).
- All tax return preparers will be required to provide their PTIN on any tax return that they prepare and sign for compensation.
- The PTINs must be renewed annually and are only valid for one calendar year; the IRS charges an annual fee for PTIN application and renewal

**Estimated Benefits**

- Registration of all tax return preparers has enabled the IRS to collect more accurate data on return preparers
- Registration has helped the IRS provide better service to the tax return preparer community and taxpayers generally
  - e.g., By tracking the number of persons who prepare returns, the qualifications of those who are preparing returns and the number of returns each person prepares, the IRS will be able to send targeted updates to those tax return preparers who have clients that are most likely to be impacted by significant or late changes in the tax laws or IRS Procedures
- Registration has made it easier for the IRS to locate and review the returns prepared by a tax return preparer when instances of misconduct are detected

20

BAH_0000497.0020

## Registration Stand-Up Approach

### Registration Stand-Up Approach

- In order to support the preparer registration recommendation, the IRS contracted with a private, 3rd party vendor to implement and deploy an online PTIN registration system
- The 3rd party vendor leveraged a commercial off the shelf (COTS) product as the basis for what is known as the Tax Professional PTIN System (TPPS)
- TPPS is being hosted in the IRS' public user portal eForms environment which is also managed the same 3rd party vendor.
- An IRS Identity Verification Service (IVS) is used to verify the identity of new preparers before they are issued a PTIN
- The 3rd party vendor also oversees a Registration call center, which acts as the primary customer service platform to serve preparers using TPPS

### TPPS Deployment Approach

- The IRS used phased deployment approach to operationalize TPPS, rolling out new registration related capabilities with each "release"
    - System Release 1, PTIN Registration;
    - System Release 2, including PTIN Renewal and registration-related interfaces with the competency testing capability and program suitability background checks
    - System 3 Release, including automatic RTRP Test Pass/Fail functionality and _____

21

BAH_0000497.0021

## Overview of Current State of Registration

**Registration Current State**

- Stats:
    - How many registered in first year
    - How many renewed during second year
    - What the market looks like (pie chart?)
- The registration system now has interfaces with other stuff, including
    - Competency Testing
    - Personal Tax Compliance
    - Continuing Education

REMOVE

22

BAH_0000497.0022

## Lessons Learned and Key Considerations

**Lessons Learned**

- A registration pilot program with a limited number of participants can help identify issues with the registration system
- TBD

Combine Lessons Learned and Key Considerations into "Key Considerations"

Make these slides more tables than text.

- Identifying an accurate and efficie[...]ged during registration is key to implementing a smooth registration process
- TBD

23

BAH_0000497.0023

## Program Suitability

### Return Preparer Program Suitability

**Draft**

#### Description

- The goal of program suitability is to perform initial checks and continuous monitoring for return preparer "fitness to practice" against established criteria, focusing on the following qualification areas:
  - Criminal history/felony background
  - Personal tax compliance history
  - IRS Predetermined Conduct List presence (i.e., incarcerated list, suspected terrorist or trafficking list; enjoined or felony tax conviction list)
  - Continuing education compliance
  - Professional designation validation (if an applicant claims to be a Certified Public Accountant, Enrolled Agent, Enrolled Retirement Plan Agent, or an attorney),
  - Supervised return preparer validation

#### Estimated Benefits

▸ Establishing and enforcing "fitness to practice"  standards  builds a community of competent and compliant return preparers and removes practitioners who are unsuitable to practice

▸ standards instills confidence in tax return preparers and in taxpayers that the IRS is detecting and sanction non-compliance, which creates an incentive to comply

24

BAH_0000497.0024

# Program Suitability Stand-Up Approach

## Suitability Stand-Up Approach

- IRS defined "fitness to practice" standards (i.e., exclusion from IRS Predetermined Conduct lists, Criminal History/Felony background, Personal Tax compliance, Continuing Education compliance, Professional Designation validation, Supervised Preparer Status validation)

- Suitability program office then established processes for each of the "fitness to practice" standards, specifically,
    - ***Predetermined Conduct List exclusion:*** receive lists from OPR and cross-references names with list of practitioners applying for PTINs in TPPS to ensure exclusion
    - Personal Tax Compliance: use IDRS system to check practitioner's individual tax return from the previous year against established criteria for non-compliance
    - Continuing Education Compliance: establish interface between CEPARS and TPPS IT systems to ensure practitioners are fulfilling established, annual education requirements
    - Professional Designation validation: receive lists from professional organizations (i.e., state Bar/CPA associations) compare names
- In order to perform Personal Tax Compliance check, IRS will review the practitioner's individual tax return from the previous year and compare it to established criteria for personal tax non-compliance
- Immediate pass/fail interface between TPPS and Prometric testing IT systems will enable Suitabiliy program office to check that all practitioners applying for PTIN fulfill examination requirements
- Once practitioners have passed all required Suitability program checks, the office will assign each practitioner a unique PTIN in order to continuously monitor their "fitness to practice"

## Criminal Background Checks

- The Suitability program office established an interim Criminal Background Check solution

25

## Overview of Current State of Suitability

**Program Suitability Current State**

- Program Suitability is currently piloting an interim criminal background check solution
- Stats
  - How many CBG checks have been completed
  - How long does it take to complete a CBG check
  - How many RPs have been

- TBD

REMOVE

26

BAH_0000497.0026

## Lessons Learned and Key Considerations

**Lessons Learned**

- A registration pilot program with a limited number of participants can help identify issues with the registration system
- TBD

**Key Considerations**

- Considering the public opinion regarding the costs of suitability checks (e.g., fingerprinting for the criminal background check) is key because the program is funded solely from
- TBD

27

BAH_0000497.0027

## Competency Testing

### Return Preparer Competency Testing

**Description**

- The return preparer competency exam was established as a program requirement to ensure adequate knowledge and competency of 1040-related tax returns among preparers who were not CPAs, Attorney's or other enrolled practitioners
- All return preparers who are not CPAs, Attorneys, and Enrolled Agents must successfully complete the competency exam in order to obtain

**Estimated Benefits**

- Establishes a benchmark of minimum return preparer competency that can be used to determine program participation for all non-CPAs/Attorneys/EAs
- Improves taxpayer confidence in competency of the return preparer community
- Improves practitioner compliance and potentially enhances services to return preparers through utilization of test results as a benchmark for prescribing targeted continuing education programs
- Provides test data to inform future compliance monitoring efforts in a targeted manner on specific preparers or groups of preparers

Draft

28

BAH_0000497.0028

## Program Suitability Stand-Up Approach and Current State

### Competency Testing Stand-Up Approach

- The RPO used a phased approach to implement the competency testing capability
  - In the first phase, the IRS contracted with a private, 3rd party vendor (i.e. Prometric) to assist in the test development phase; Prometric would also eventually administer the test to return preparers
  - To develop the test, IRS and Prometric created and disseminated of a "job analysis" survey to approximately 700,000 PTIN holders and received approximately 40,000 responses to establish high-level parameters for the competency exam content
  - In the second phase, the IRS and Prometric used the survey results to create the "test blueprint", which was released to the public through multiple media channels for public comment
  - Based on public comments, IRS and Prometric created test questions and design a Beta Exam, which was deployed and taken by 2400 individuals at Prometric test sites
  - Finally, the IRS used the score results of the Beta Exam takers to establish exam standards and a "cut score" determine passing and failing scores

### Competency Testing Current State

- As of _____, _____ of non_____ the exam, of which _____ had passed the exam
- IRS and Prometric anticipate that _____ ____ed to take the exam before the end of 2013 and is examining me_____ 2013 deadline

REMOVE CURRENT STATE

29

BAH_0000497.0029

## Lessons Learned and Key Considerations

### Lessons Learned

- A Competency Exam pilot program with a limited number of participants can help establish an appropriate and fair "cut score"
- Engaging the public and the return preparer community during the test development process (i.e. surveys, requests for public comment) will leverage practitioner knowledge and gauge public attitude towards the testing requirement

### Key Considerations

- The testing capability can be linked with the registration system for two purposes:
  - To make the test registration process easier for PTIN applications (i.e. making TPPS a "one-stop shop" for all application requirements
  - To systemically link the results of the competency exam to a practitioners ability to complete the PTIN registration process (i.e. successful registration is contingent upon the passing of competency exam)

30

BAH_0000497.0030

## Continuing Education



## Continuing Education Stand-Up Approach

**Continuing Education Stand-Up Approach**

‣ TBD

32

BAH_0000497.0032

## Overview of Current State of Continuing Education

**Continuing Education Current State**

▸ TBD



33

BAH_0000497.0033

## Lessons Learned and Key Considerations

**Lessons Learned**

▸ TBD

**Key Considerations**

▸ TBD

34

BAH_0000497.0034

## Compliance & Enforcement

| Compliance & Enforcement |
| --- |

*Draft*

### Description

▸ Return preparers will be continuously assessed on their "fitness to practice" both at a program and individual tax return level

▸ The compliance and enforcement strategy will rely on two codependent capability areas to build a profile of each return preparer

  – The RPO will check suitability adherence by performing initial checks and continuously monitoring for return preparer "fitness to practice" against established criteria, focusing on program qualification and registration requirements

  – The RPO will also focus on identifying non-compliant RP activities falling under the purview of Title 26 (Tax Code) and Title 31 (Ethics) requirements

### Estimated Benefits

▸ Foundational, holistic understanding of the return preparer marketplace, including market segmentation capability

▸ Ability to confirm known areas of non-compliance and test hypotheses for suspected areas of non-compliance

▸ Increased efficiency of RPO detection processes through the utilization of holistic return preparer information

▸ Ability to broadly understand and detect activities of non-compliance

▸ Enhanced service to the taxpayer community as a result of more compliant tax preparation

35

BAH_0000497.0035

## Compliance & Enforcement Stand-Up Approach

**Compliance & Enforcement Stand-Up Approach**

‣ The C&E Capability Lifecycle was developed by the RPO to differentiate and analyze the various phases of the return preparer compliance and enforcement activities:
- – Detection – find preparers who are engaging in non-compliant behavior
- – Selection – sort non-compliant preparers into different categories for treatment
- – Treatment – Deploy tailored treatments designed to modify preparer behavior
- – Prevention – Provide preparers and taxpayers with sufficient information to avoid common compliance error

‣ The RPO will foster a data-driven culture to provide a holistic view of Return Preparers across all phases of the C&E lifecycle by leveraging existing and developing new tools and technology that allow data-driven decisions and support continuous improvement of C&E processes

‣ The RPO will maximize compliance with Return Preparer Ethics and Tax Code guidelines, while reducing the overall effort in downstream phases of the C&E lifecycle, by implementing preventive measures and innovative techniques focused on targeted education and communications, increasing participation in self-service incentive (e.g., loyalty) programs

‣ The RPO will direct, optimize and improve the performance of enforcement activities carried out by other IRS organizations, developing capability, resource capacity and work planning requirements

‣ The RPO will centralize, simplify, and expedite Return Preparer specific C&E decision making by managing a cross-functional body accountable for service-wide (RPO, OPR, BODS) oversight of preparer enforcement actions

‣ The RPO will minimize the burden on preparers to understand and comply with their ethics and tax code obligations through simplified operations

‣ The RPO will optimize use of IRS resources by facilitating the efficient flow of information across internal and external stakeholders

36

## Overview of Current State of Compliance & Enforcement

**Compliance & Enforcement Current State**

▸ Compliance & enforcement is currently identifying some forms of non-compliance through ad hoc analysis, processing intake for referrals, coordinating with other BODs to discipline identified non-compliant preparers

▸ TBD

REMOVE

37

BAH_0000497.0037

## Lessons Learned and Key Considerations

### Lessons Learned

▸ Consolidating, analyzing, and utilizing historical return preparer data is a difficult process; tools should be created to manage this data...

▸ TBD

### Key Considerations

▸ Analytical tools enhance the ability to detect non-compliance

▸ TBD

38

## Communications and Outreach

| Communications and Outreach |
|---|

*Draft*

**Description**

- To expedite the creation of the Office and to reduce taxpayer and tax preparer confusion, the IRS created a communications and outreach plan
- The outreach plan includes a variety of media channels such as broadcasting press conferences, emailing tax preparers, updating the website with FAQs and YouTube Videos, and gaining a social media presence through sites such as Twitter

**Estimated Benefits**

- Ensures that important messaging regarding return preparer requirements is sufficiently communicated to the return preparer community to reduce confusion and increase program compliance
- Establishes feedback mechanisms

39

## Communications and Outreach Stand-Up Approach

**Communications and Outreach Stand-Up Approach**

- Text

40

BAH_0000497.0040

## Overview of Current State of Communications and Outreach

**Communications and Outreach Current State**

- TBD
- TBD



REMOVE

41

BAH_0000497.0041

## Lessons Learned and Key Considerations

**Lessons Learned**

- Text

**Key Considerations**

- Text

42

BAH_0000497.0042

## Canadian Revenue Authority Briefing

▶   Background & Policy Overview

▶   Program Design

▶   Capabilities & Operations

▶   IT Infrastructure

▶   Lessons Learned

43

BAH_0000497.0043

**We needed to manage data and have case management systems….**

Text



44

BAH_0000497.0044

## Tools & Capabilities

Text



BAH_0000497.0045

## Canadian Revenue Authority Briefing

▶ Background & Policy Overview

▶ Program Design

▶ Capabilities & Operations

▶ IT Infrastructure

▶ Lessons Learned

46

BAH_0000497.0046

# David talking points

Text

47

BAH_0000497.0047