# EXHIBIT AZ

| | |
|---|---|
| **To:** | Hunter-Thomas Karen[Karen.Hunter-Thomas@irs.gov] |
| **From:** | Rogers Kimberly D |
| **Sent:** | Tue 5/21/2013 12:25:47 PM (UTC) |
| **Subject:** | RE: Suitability PPT |

IRS_RPO_Suitability and Complaint Referrals Breifing Book for Acting Com....pptx

Teresa may have already forwarded this to you. Here is additional information to consider for Suitability and Complaint Referrals for the Commissioner's briefing.

*Kimberly D. Rogers*
Director, Return Preparer Suitability
IRS Return Preparer Office
703-414-2134 (desk and voice mail)
202-340-9549 (BlackBerry)

---

**From:** Rogers Kimberly D
**Sent:** Monday, May 20, 2013 4:54 PM
**To:** Hunter-Thomas Karen
**Subject:** Suitability PPT



Exhibit PI 063
7/26/2021

USA-0038193




# Briefing Book for Acting Commissioner



Washington, DC
May, 2013



USA-0038194

# The Return Preparer Office's strategic framework includes a mission, vision, goals, and objectives which guide the work of the office

## RPO Strategic Plan

**Mission**
To improve taxpayer compliance by providing comprehensive oversight and support of tax professionals

**Vision**
A community of professional tax practitioners working with the IRS to improve tax administration.

**Goal 1**: Register and promote a qualified Tax Professional community

- **Objective 1.1:** Create and maintain an efficient and effective PTIN registration and renewal system
- **Objective 1.2:** Determine that PTIN registrants meet qualification standards
- **Objective 1.3:** Confirm that new registrants demonstrate a base level of knowledge
- **Objective 1.4:** Maintain a dynamic Continuing Education program
- **Objective 1.5:** Collaborate with OPR to oversee the licensing and Continuing Education process for Enrolled Agents

**Goal 2**: Improve the compliance and accuracy of tax returns prepared by tax preparers

- **Objective 2.1:** Improve compliance by associating non-compliant returns with specific preparers in order to monitor, segment, and prescribe treatments
- **Objective 2.2:** Create a cost effective treatment structure for problematic preparers
- **Objective 2.3:** Promote ethical standards of conduct within the return preparer community

**Goal 3**: Engage stakeholders to create an environment that fosters compliance and program improvement

- **Objective 3.1:** Build, maintain and leverage relationships with stakeholder groups to improve program strategy and operations
- **Objective 3.2:** Use data from and research of the tax preparation industry to make informed decisions and allocate resources
- **Objective 3.3:** Aim for high customer satisfaction

2

USA-0038195

# The Return Preparer office is aligned to the Deputy Commissioner for Services and Enforcement



# The Return Preparer Office has thirteen operational departments that support implementing program initiatives



Return Preparer Office

4

USA-0038197

# Return Preparer Suitability reviews and determines a preparer's eligibility for the program and ensures these personal standards are maintained

### Return Preparer Suitability

*Total Employees: 30*

#### Purpose
- To develop and sustain a return preparer population that is fit to practice and adheres to high ethical standards

#### Strategic Priorities: *Register and promote a qualified tax professional community (RPO Goal #1)*
- Ensure that all preparers have met personal tax compliance standards
- Make initial suitability and disciplinary recommendations (e.g., PTIN revocation) including preliminary correspondence with the preparer
- Make initial decisions on program qualifications of new applicants
- Verify return preparer identity and background check status (*NOTE: The background check is not currently being implemented, and options are under review*)

#### Challenges
- While over 65% (~440,000 practitioners) of the entire PTIN population has been deemed "qualified" according to program suitability requirements, RPO Suitability is unable to clear an additional 30% (~215,000 practitioners) of the PTIN-holder population as a result of suspension of the RTRP competency exam

- Currently, a background check is not required to obtain a "RTRP" certificate because the fingerprinting requirement was deemed "duplicative and costly" by the Preparer community; as a result a name-based solution was developed but not yet deployed

#### Critical Issues
- The current *Loving vs. IRS* Lawsuit has inhibited RPO Suitability's ability to execute core functions, limiting the department's ability to achieve its strategic goal of creating a qualified practitioner community; for example the department is not performing:
  - Personal Tax Compliance Checks (For non-professionals)
  - Competency Exam Checks
  - Continuing Education Checks
  - Supervised Preparer Checks

5

# The Complaint Referral department collects, catalogues and builds preliminary case files to address Tax Practitioners in violation of Circular 230 regulations

## Complaint Referral

*Total Employees: 12*

### Purpose

- To enable the efficient and accurate processing of complaints, to impact return preparer behavior, and to provide an ongoing analysis of community-wide compliance issues

### Strategic Priorities

- Accept and process complaints from taxpayers via Form 14157 regarding potential tax preparer misconduct
- Review initial cases and conduct preliminary research to either treat, or refer to appropriate offices across the IRS
- Provide initial education and warning treatments to tax practitioners in violation of Circular 230 regulations within RPO's jurisdiction based on taxpayer complaints
- Ensure consistency of complaint processing by establishing and maintaining clear processes, prioritization frameworks, and decision criteria

| Challenges | Critical Issues |
|---|---|
| - Annually the CR department processes nearly 10,000 complaints in paper form<br>- Complaints align to over 100 different categories requiring discrete analysis for each complaint received<br>- Complaint content is often unclear, lacking the detail and evidence necessary to complete adequate research and investigation | - Currently, the CR department has 3,000 unresolved complaints, due to annual filing season influx in complaints received |