# EXHIBIT BA



Deposition of:
# Amy Goudey - 30(b)(6) - Volume 1
*September 22, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions

800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Case 1:14-cv-01523-RCL   Document 176-53   Filed 03/23/22   Page 3 of 12
Amy Goudey - 30(b)(6) - Volume 1    September 22, 2021
Steele v. United States of America

Page 32

1    Q.   If you could provide the time -- if it
2    says, please let me know the time frame that it
3    says.
4    A.   So we do have program codes that if we
5    were assigned a special project, we would use those
6    codes to put our time into, but currently we just
7    enter our time as annual, sick, holiday, or time
8    worked.
9    Q.   At any period between 2011 to present,
10   other than broken down by a specific project, would
11   there have been any other breakdown of time by
12   activities?
13   A.   No.
14   Q.   To your knowledge, does every
15   department within RPO use SETR?
16   A.   Yes, it's used by the entire IRS.
17   Q.   And do any of the other departments
18   within RPO require time to be broken down by
19   activity?
20   A.   Not that I'm aware of.
21   Q.   But you said that if an employee was on
22   a specific project, that may be broken out?
23   A.   Yes.
24   Q.   Can you give an example of what type of
25   project would be broken out?

1           A.   If you're required to take training,
2      general training or specialized training, you -- in
3      some cases, you will be given a program code to
4      enter into SETR to put your time against, but it's
5      not consistently done.
6           Q.   Understood.
7                Scroll down to Paragraph 62.
8           A.   Yes.
9           Q.   And do you see where it says, "Since
10     2011," the "Contracting Officer Representatives
11     have been responsible for handling the invoicing
12     and payments of third-party contracts, including
13     coordinating contract management with the IRS
14     Procurement Office"?
15          A.   Yes.
16          Q.   What is the IRS Procurement Office?
17          A.   The IRS Procurement Office is the
18     division that's responsible for contract management
19     for the IRS.
20          Q.   And what do you mean by contract
21     management?
22          A.   They issue contracts or contract awards
23     to the vendors that win the contract, and maintain
24     all contract activities for the IRS.
25          Q.   And so what is the role of the

Case 1:14-cv-01523-RCL   Document 176-53   Filed 03/23/22   Page 5 of 12
Amy Goudey - 30(b)(6) - Volume 1                September 22, 2021
Steele v. United States of America

Page 34

1    contracting officer representatives vis-a-vis the
2    role of procurement?
3         A.   The contracting officer representative,
4    they are responsible for providing any information
5    or updates to the contracting officer in
6    procurement.  With respect to the contract, if they
7    have questions, they go to the contracting officer
8    in procurement.
9              They also -- the CORs also have a role
10   of paying the invoices, overseeing contract
11   performance, day-to-day activities, reviewing
12   deliverables, ensuring timeliness, ensuring all the
13   contract requirements are being met, as set forth
14   in the contract.
15        Q.   Do they have any role -- and they being
16   the contracting officer representative -- have any
17   role in negotiating the contract itself?
18        A.   No, ma'am, that is an Office of
19   Procurement responsibility.
20        Q.   And Paragraph 66 at the bottom of
21   Page 10, do you see that?
22        A.   Yes.
23        Q.   And who are those two contracting
24   officer representatives that are responsible for
25   the Continuing Education and Testing contracts?

1    PTIN, their business address, information related
2    to the registration and renewal of a PTIN.
3         Q.   If they were an enrolled agent, would
4    it have included information from E-Trak?
5         A.   If they had their PTIN, if the enrolled
6    agent did have a valid PTIN, they would be -- you
7    know, they're a return preparer, so they would also
8    be in that system.
9         Q.   Would it have included information
10   regarding suitability; for example, personal tax
11   compliance check results?
12        A.   It's been a long time, so I can't
13   answer, you know, specifically all of those
14   requirements.  I'm not sure.
15        Q.   And you said the intent was for other
16   business operating divisions to also be able to
17   access all this information in RP360; is that
18   correct?
19        A.   Yes.
20        Q.   And that would have been divisions even
21   outside of the RPO?
22        A.   Yes, that's correct.
23        Q.   For example, Wage and Investment?
24        A.   For example, Wage and Investment or
25   Criminal Investigation.

```
 1            Q.   Do you know if it was previous -- if
 2     RP360 was previously referred to as Ideal Tool?
 3            A.   I have not heard of the Ideal Tool.
 4     Honestly, I do not know.
 5            Q.   Was there a system that was stood up
 6     that was similar to RP360, a different system?
 7            A.   To my knowledge, no.
 8            Q.   Why was RP360 never stood up?
 9            A.   That was an executive decision.  I do
10     not know the reason why it was not stood up.
11            Q.   Did VPBRM work to identify the
12     requirements or to gather the requirements for
13     RP360?
14            A.   Yes, we did.
15            Q.   The last one mentioned there is PTIN
16     Security Code project.
17                 Do you see that?
18            A.   Yes.
19            Q.   And what was that?
20            A.   The PTIN Security Code project was --
21     we have requirements for that, but it never --
22     again, that one never came to fruition either.  So
23     the purpose of the PTIN Security Code was that --
24     or the intent was for the tax return preparer to
25     receive a code, so at the time they were filing a
```

Page 77

1  tax return, only that preparer was linked to that
2  code, so it was to help avoid identity theft.  But,
3  again, that project never came to fruition.
4        Q.   And by identity theft, do you mean
5  theft of the return preparer's PTIN?
6        A.   So identity theft would mean that that
7  return preparer who was filing the tax return was
8  who they said they are and they own that PTIN.  So
9  they would have to enter a code at the time of
10 filing the return, which would verify they are who
11 they say they are.  So someone couldn't steal their
12 identity and file a return.
13            Does that make sense?
14       Q.   Were there problems with identities
15 being stolen and filing returns?
16       A.   I don't have any personal knowledge of
17 that, so I couldn't answer that.
18       Q.   Why did the PTIN Security Code project
19 never come to fruition?
20       A.   Again, that was an executive decision,
21 and I -- I don't have that information.
22       Q.   And by executive decision, who would
23 have been making these types of decisions?
24       A.   The director of the Return Preparer
25 Office.

Case 1:14-cv-01523-RCL   Document 176-53   Filed 03/23/22   Page 9 of 12
Amy Goudey - 30(b)(6) - Volume 1				September 22, 2021
Steele v. United States of America

Page 78

```
 1          Q.   And in 2013, who was the director of
 2     the Return Preparer Office?
 3          A.   I knew you were going to ask me.  It
 4     was either David Williams or Carol A. Campbell.  I
 5     am not sure.
 6          Q.   And who is the current director?
 7          A.   Carol A. Campbell.
 8          Q.   Do you know at what point it was
 9     determined that the PTIN Security Code project was
10     not going to be stood up?
11          A.   I don't have that information in front
12     of me, so -- and I -- I don't have a date.
13     Honestly, I don't.
14          Q.   All right.  How about for RP360?
15          A.   The same.  I don't have a date, an
16     exact date.
17          Q.   Go ahead and scroll to Page 982.
18          A.   Not 4982?
19          Q.   Scroll to page -- it should be 982, so
20     we're scrolling back up.
21          A.   Okay.  I'm here.
22          Q.   And do you see a list of meeting
23     attendees?
24          A.   Yes.
25          Q.   Who was Melissa Reynard?
```

```
 1    I -- I'm not exactly sure.  Or before.
 2         Q.   Do you know why it was determined there
 3    would be no fingerprinting requirement?
 4         A.   No, I don't, personally, but that would
 5    be a question for the director of RPO.
 6              MS. LOPER:  I am going to introduce
 7    Exhibit 128 now.
 8              And for the record, this is Bates
 9    number USA-0022042.
10              THE WITNESS:  Exhibit 128?
11              MS. LOPER:  Yes.
12              THE WITNESS:  Okay.
13              (EXHIBIT 128, Daon Trusted Identity
14    Services Solicitation/Contract/Order for Commercial
15    Items; dated 2011-04-25; Bates USA-0022042, was
16    marked for identification.)
17              THE WITNESS:  Okay, I'm here.
18    BY MS. LOPER:
19         Q.   Okay.  Do you recognize this document?
20         A.   This is a Procurement document.
21    It's -- it looks like an award document.
22         Q.   And that top left corner says,
23    "Contract No. TIRNO-11-C-0012"; is that correct?
24         A.   I see that, yes.
25         Q.   And the award date is April 25th, 2011?
```

Page 170

```
 1           A.   Yes.
 2           Q.   And if you look down, it looks like the
 3   contracting -- the contractor is Daon Trusted
 4   Identity Services.
 5                Do you see that?
 6           A.   Yes, in 17a.
 7           Q.   Yes, exactly.
 8                Does this appear to be the
 9   fingerprinting contract that the IRS entered into
10   with Daon?
11           A.   It appears so, yes.
12           Q.   Do you see the name of the contracting
13   officer in that bottom right corner under 31b?
14           A.   Yes.
15           Q.   And the name is Pamela T. Lee?
16           A.   Yes.
17           Q.   Do you know who Pamela Lee is?
18           A.   According to this document, she's the
19   contracting officer that works in Procurement, but
20   I don't know her personally.
21           Q.   And so she would have been in
22   Procurement, though, not VPBRM; is that correct?
23           A.   That's correct.
24           Q.   And I see that there's no signature
25   here.  Do you have any reason to believe this
```

Case 1:14-cv-01523-RCL   Document 176-53   Filed 03/23/22   Page 12 of 12
Amy Goudey - 30(b)(6) - Volume 1          September 22, 2021
Steele v. United States of America

Page 171

1   document is not the final version?
2        A.   You're right, I don't see a signature.
3   The Office of Procurement would need to provide you
4   with the final approved signed document.
5        Q.   Would this be a contract that VPBR
6   would have in their SharePoint?
7        A.   Yes, we would have a copy on our
8   SharePoint site, but I don't know if that's where
9   this came from or -- or not -- or if it came from
10  Procurement.
11       Q.   Under 13a, do you see that -- or -- I
12  apologize.  Under Section 14, still on the first
13  page, it says, "Method of Solicitation," and it
14  says RFP?
15       A.   Yes, request for proposal.
16       Q.   And does that -- my next question.
17            Does that indicate that this contract
18  was pursuant to a competitive bid process?
19       A.   Yes.
20       Q.   And who would have drafted that RFP?
21  And you may not know the specific name, but
22  Procurement or VPBRM is what I'm getting at.
23       A.   Procurement.
24       Q.   Would VPBRM have communicated to
25  Procurement the need for a fingerprinting contract?