# EXHIBIT BC



Deposition of:

# Christopher Kreg Kurtz

*October 28, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

1          Q.   Mr. Kurtz, is there a way to determine,
2    using the 2015 user fee cost model, the costs
3    associated with running personal tax compliance
4    checks?
5          A.   Tax compliance checks on who?
6          Q.   PTIN applicants.
7          A.   PTIN applicants.
8               So your question, is there any way to
9    know whether the costs related to personal tax
10   compliance for PTIN applicants or PTIN recipients
11   are in the 2015 cost model?
12         Q.   Is there a way to determine those costs
13   using the 2015 cost model?
14         A.   I don't believe so.
15         Q.   If you knew what individuals within RPO
16   were responsible for conducting the personal tax
17   compliance checks, could you find out what their
18   salary and benefits are and determine the costs
19   that way?
20         A.   Yeah, if you gave me a name of somebody
21   who was performing that, you could very likely
22   trace that into one of the sheets; and the sheet
23   would probably be named something along the lines
24   of S&B detail.  But we've definitely seen those
25   sheets.  All of the cost models in my era, 2012 to

1    present, list people's names, as compared to the
2    initial cost model, which was kind of generic work
3    lane type stuff.  So that's my reply.
4         Q.   Can you use the 2015 user fee costs
5    model to determine the costs associated with
6    issuing a PTIN?
7         A.   Again, I'm not trying to be a smart
8    aleck.  It depends on how you define the word
9    issuing a PTIN.  Yeah, exactly.  I mean, I can --
10   I'm sorry, which cost model are you talking about?
11        Q.   2015.  I mean -- when I say issuing a
12   PTIN, I mean giving somebody a PTIN number.
13        A.   Just strictly giving them a PTIN
14   number, just the pure transaction of doing it?
15        Q.   That's right.
16        A.   Okay.  Accenture issues the PTINs for
17   renewals and registrations throughout the history
18   of RPO; but whatever Accenture costs would be in
19   the 2015 model, assuming there are any -- I realize
20   we just looked at it 45 minutes ago, but I just
21   can't recall.
22             So Accenture costs, in some form or
23   fashion, in my opinion, would be costs associated
24   with issuing a PTIN.  RPO, by indirect means, would
25   be performing some type of checks to make certain

1 PTIN issuances are legitimate. That's really all I
2 can say. Most of those checks would probably be
3 done in the compliance area or the suitability
4 area. Those are two departments that have had a
5 fair amount of people in them from the very
6 beginning of RPO. So it's not just a matter of
7 giving someone a PTIN. There are other costs
8 related to that.
9     Q. I have the same question for the 2013
10 cost model. Is it possible to use the 2013 cost
11 model to determine the costs of issuing a PTIN?
12     A. Just -- okay, just strictly issuing a
13 PTIN would be the Accenture costs.
14     MS. OLIVER: I have no further
15 questions. Thank you for your time today.
16     Mr. Kurtz, I don't know whether
17 Mr. Hunsader has any questions for you, but given
18 his imminent dinner plans, it sounds like probably
19 not.
20     MR. HUNSADER: So, you know what, I
21 just -- I was actually objecting, and I guess I was
22 muted, so --
23     MS. OLIVER: Ah.
24     MR. HUNSADER: So let me just, ex-post,
25 so those that relate to the PTIN, I was objecting