# EXHIBIT BD



Deposition of:

# Amy Goudey - Volume II - 30b6

*September 23, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions

800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

1       Q.   But they would be listed on the
2    preparer directory; is that correct?
3       A.   Right, as an Annual Filing Season
4    Program participant, that's correct.
5       Q.   Who benefits from the ability of the
6    non-credentialed return preparers to receive
7    recognition for their professional development
8    effort?
9            MS. SASARAK:  Objection, calls for
10   speculation.  You can answer, Amy.
11           THE WITNESS:  So if you're a
12   non-credentialed preparer and you are an Annual
13   Filing Season Program participant, you have the
14   ability to represent taxpayers in a capacity in
15   front of the IRS.  Whereas, if you didn't have this
16   participant certificate, you don't have any
17   ability, according to the regulation, to represent
18   tax return preparers as if you were an attorney or
19   a CPA.
20   BY MS. LOPER:
21      Q.   So this would be a benefit to the
22   non-credentialed return preparer, correct?
23      A.   Correct.
24      Q.   It's free to participate in the Annual
25   Filing Season Program, correct?

Case 1:14-cv-01523-RCL   Document 176-56   Filed 03/23/22   Page 4 of 13
Amy Goudey - Volume II - 30b6                    September 23, 2021
Steele v. United States of America

Page 274

1  A. The preparers have to register for
2  continuing education courses, and there are many
3  providers that offer courses, so they have to pay
4  for those courses themselves.
5  Q. But there is no specific Annual Filing
6  Season Program user fee; is that correct?
7  A. That's correct.
8  Q. Do you know how the Annual Filing
9  Season Program is funded?
10 A. So the IRS Return Preparer Office is
11 funding that piece of the program through
12 Appropriations funds.
13 Q. And do you know that for a certainty?
14 A. Yes, because I am the program manager
15 of the Accenture contract, so I did coordinate with
16 Strategy and Finance and the director of RPO to
17 ensure we had funding for that program.
18 Q. There are releases to TPPS that relate
19 to the Annual Filing Season Program; is that
20 correct?
21 A. When you say releases, are you speaking
22 to the PTIN system?
23 Q. Yes.
24 A. Yes.
25 Q. And those would have been paid for with

1      Appropriations, the ones --
2             A.    Specific --
3             Q.    -- related to the AFS?
4             A.    Correct, specifically for the AFSP
5      program, yes.
6             Q.    Was Kaye Deppe the contracting officer
7      representative who was in charge of the Accenture
8      contract at the time of the Annual Filing Season
9      Program releases?
10            A.    Yes.
11            Q.    Is her salary paid for with PTIN user
12     fees or with Appropriations?
13            A.    Kaye is retired now, but I would have
14     to double-check at the time how her salary was
15     paid.  The director of Strategy and Finance would
16     have that information.
17                  MS. LOPER:  Okay, go ahead -- we can
18     set this document aside.  I'm going to mark another
19     exhibit.
20                  I'm just making sure my exhibit
21     numbering is correct.
22                  Okay.  You should see Exhibit 139 in
23     the marked exhibit folder.
24                  THE WITNESS:  It's loading.
25                  MS. LOPER:  Okay.

1         MS. SASARAK:  Okay, I have it.
2             (EXHIBIT 139, 2011.09.14 Kinsail
3    Solicitation/Contract/Order for Commercial Items;
4    Bates USA-0022149, was marked for identification.)
5    BY MS. LOPER:
6         Q.   You were designated as the 30(b)(6)
7    witness for the Kinsail contract; is that correct?
8         A.   Yes.
9         Q.   Did you review the Kinsail contract in
10   preparation for this deposition?
11        A.   I mean, I looked at it at a high level,
12   as I answered yesterday.
13        Q.   And what do you mean, looked at at a
14   high level?
15        A.   There -- there's something I want to
16   clarify here, for the record, if I may.
17        Q.   Yes, please, go ahead.
18        A.   Okay.  So these contracts in the Return
19   Preparer Office, I'm the program manager for the
20   PTIN contract, and there are program managers for
21   the Prometric and the Kinsail and Advocation
22   contracts.  So each contract is, you know,
23   exclusive to -- to -- to that lane of work.
24             So I want you to know that the
25   contracting officers are responsible -- the

Page 305

1    Accenture in preparation for today's deposition?
2         A.   I generally reviewed the current
3    contract that we have with Accenture; but as the
4    program manager, I'm familiar with the contracts.
5         Q.   When did the current contract with
6    Accenture go into effect?
7         A.   Give me a minute to think about that.
8    I want to say it was 2015.
9         Q.   And when is that contract set to
10   expire?
11        A.   The contract was set to expire
12   July 31st, 2021, but we received a six-month
13   extension because the re-compete of the contract is
14   held up by the Office of Procurement.
15        Q.   And by held up by the Office of --
16        A.   So --
17        Q.   -- Procurement, what do you mean by
18   that?
19        A.   Yeah, so, the Procurement Office is
20   responsible for taking our requirements, or
21   statement of work, and executing a Request for
22   Proposal.  In other words, it goes out for bid.  So
23   they are held up in their processes.  And so we
24   received a six-month extension to Accenture's
25   current contract, which brings us through

1    January 31st, 2022.  So we have between now and the
2    end of January to award a new contract to either
3    the current vendor or a new vendor.
4         Q.   And that would be pursuant to an RFP
5    that will be issued by Procurement?
6         A.   Yes.  The RFP was already issued, and
7    the technical evaluation met and made a
8    recommendation for award to Procurement, but
9    it's -- it's stuck at Procurement.
10             They -- they haven't been able to make
11   the contract award.
12        Q.   What work does Accenture perform for
13   the Return Preparer Office?
14        A.   Accenture is our vendor, and they are
15   responsible for maintaining the PTIN system, TPPS,
16   and call center operations.  They're responsible
17   for hosting the TPPS system, the security of the
18   system.
19        Q.   When you say maintaining the PTIN
20   system, what do you mean by that?
21        A.   Well, TPPS has been up and operational
22   since 2011, so sometimes there are -- there's
23   patching that needs to be done to the system.
24   There could be a slight change to or an enhancement
25   that needs to be made, a usability change to the

Page 307

1    system, very slight modifications.
2         Q.   Would there need to be additional task
3    orders or modifications associated with what you're
4    referring to for maintaining the database?
5         A.   No, that's all part of the current
6    contract.
7         Q.   And how often is that type of work
8    performed, the maintaining the database work?
9         A.   As needed.  I don't have a -- a
10   particular date.  Patches come in -- they could
11   come in at any time.  So they let us know when a
12   patch is needed, and they perform that work.
13        Q.   And what is a patch?
14        A.   A patch.  A system patch.  It could be
15   a database patch.  It's all driven by the company.
16   For example, if Oracle has a patch, they would let
17   their providers know that they need to implement
18   this patch to the system.  It could be a fix.
19        Q.   So it's fixing a minor issue, is that
20   what -- I just -- I'm just not familiar with the
21   term patch, so I want to make sure I'm using it the
22   same way you are.
23        A.   Yeah, it could be fixing a minor issue
24   to the database, maybe a glitch, or providing an
25   extra level of security to the system, or the

Page 370

1	A.	Depending on who was on the panel.  To
2	the best of my recollection, they were RPO
3	employees, and some VPBR employees were on the
4	panel.
5	Q.	But unless you were on the panel, you
6	would not have access to the proposals?
7	A.	That's correct.
8	Q.	And Procurement ultimately awarded
9	Accenture the TPPS contract again; is that correct?
10	A.	Yes.
11	Q.	Has Accenture's work remained
12	consistent throughout the past four contracts we've
13	looked at?
14	A.	Yes.
15	Q.	So the general scope of work would have
16	been the same starting from the 2010 contract?
17	A.	Yes, essentially all the contracts were
18	successors to one another.  And like we stated, the
19	scope and work performed were substantially the
20	same.
21	Q.	There have been no additional TPPS
22	releases issued for a number of years now; is that
23	correct?
24	A.	Yes.
25	Q.	So does Accenture's work primarily

1    relate to maintenance and upkeep of the database at
2    this point?
3          A.   Yes, that's correct.
4          Q.   As well as the security and hosting of
5    the database; is that correct?
6          A.   Yes.
7          Q.   And here in the bottom right-hand
8    corner I see Richard A. Hutchinson.  And I believe
9    you mentioned his name earlier as the contracting
10   officer from Procurement; is that correct?
11         A.   That's correct.
12         Q.   And he's the one that you currently
13   coordinate with regarding the Accenture contract?
14         A.   Yes, that's correct.
15         Q.   Go ahead and look at that Line Item
16   Number 1.  Just go ahead and read it to yourself,
17   and then I'll...
18         A.   I have read it.
19         Q.   Do you see where it says, "Contractor
20   Transaction Fee is awarded in the amount of
21   $14.95"?
22         A.   Yes.
23         Q.   And it was previously $17; is that
24   correct?
25         A.   Yes.

Page 372

1      Q.   Were you part of any of the discussions
2  regarding why that fee was decreased?
3      A.   Not that I recall.
4      Q.   Accenture would have submitted that fee
5  as part of their proposal?
6      A.   Yes, that's correct.
7      Q.   So you have no knowledge of why that
8  fee decreased?
9      A.   I don't have knowledge, but it was most
10 likely outlined in their cost proposal.
11     Q.   Go to the next page where you see Line
12 Item Number 2.
13     A.   I see it.
14     Q.   And this is a line item associated with
15 the Annual Filing Season Program, correct?
16     A.   Yes.
17     Q.   And this line item is contingent upon
18 the availability of appropriated funds; is that
19 correct?
20     A.   Yes.
21     Q.   Do you see Line Item 3, it says,
22 "Additional Credential Types in accordance with
23 Return Preparer Registration"?
24     A.   Yes.
25     Q.   What does that refer to?

Page 373

1           A.    Could we go to this -- the
2      Subtask C.3.7.3?
3           Q.    Sure.  Let me see if I can point you to
4      a page number.  It doesn't look like the statement
5      of work was attached to this contract that we were
6      provided --
7           A.    Okay.
8           Q.    -- so do you have any knowledge of what
9      that is without reviewing that in the statement of
10     work?
11          A.    Additional credential types other than,
12     to the best of my recollection, any registration or
13     renewal for other than the tax return preparers,
14     specifically, so other credential types, such as
15     enrolled agent.  To the best --
16          Q.    What type of information -- withdrawn.
17                What type of work would Accenture do
18     regarding additional credential types?
19          A.    To the best of my recollection, the
20     additional credential types, that was an optional
21     task, and I do not believe that we enabled that sub
22     task, but it would have been related to the
23     government would have requested, if it took place,
24     a registration renewal for a specific credential
25     type, such as the enrolled agent.