# EXHIBIT BE

# RPO Vendor Process / Business Requirements Management Department

## Operational Review: Debrief Document

Washington, DC

January 2013

IRS Return Preparer Office

Exhibit PI 124
9/22/2021

USA-0004978

**Table of Contents**

1.0   Overview and Approach ................................................................................................... 3
2.0   Background and Current State ......................................................................................... 8
3.0   Thematic Observations ................................................................................................... 10
4.0   Recommended Actions ................................................................................................... 13
5.0   Appendix: Detailed Observations ................................................................................. 14

## 1.0 Overview and Approach

**MEETING DATES:** NOVEMBER 6 –8, 16, 27 OF 2012; DECEMBER 4-6, 12, 19 OF 2012

**DEBRIEF DOCUMENTATION DELIVERED:** JANUARY 16, 2013

**NOTE TO REVIEWERS:** *The key observations and high-level recommendations outlined in this debrief document are based upon historical knowledge of the Vendor and Business Process/Requirements Management (VPBRM) Department's standup within the RPO, a high-level review of standard documentation, and multiple meetings with department leadership and staff.*

**BACKGROUND AND INTRODUCTION**

As part of an office-wide analysis of all RPO departments, a small team led by the RPO Strategy & Finance Director and Technical Advisor conducted an Operational Review of the VPBRM Department's progress, daily operations, and vision for continued maturation. The scope of the engagement was to define the desired future state of department operations, discuss the proposed high-level roadmap to realize the future state, understand current business practices across several key metrics (e.g., department effectiveness, success in meeting "customer needs", inventory levels, workflow management, etc.), and develop recommended actions to close those gaps. The team also evaluated leadership/human-resource-related practices across the department to ensure effective ongoing management, as well as adherence to IRS/NTEU/RPO rules and guidelines. All employees within the department took part in the operational review and were given the opportunity to provide input, ask questions, and make recommendations for improvement.

**KEY FOCUS AREAS OF THE VENDOR AND BUSINESS PROCESS/REQUIREMENTS MANAGEMENT OPERATIONAL REVIEW**

The Operational Review team conducted an assessment of the RPO VPBRM Department across four core areas:

1. **Policy, Mission, & Strategy:** *A review of the VPBRM Department's goals, existing metrics/targets to measure progress against those goals, and thought leadership that drives ongoing enhancements to the department*
    - <u>Purpose</u>: *To ensure that the VPBRM Department's goals align with the RPO's overall mission & vision, that staff within the VPBRM Department have a comprehensive understanding of the Department's goals, and that the Department is evolving with the needs of the RPO*
2. **Operating Model:** *An assessment of the VPBRM Department's responsibilities, processes/effectiveness, collaboration across other RPO Departments, performance management, and workload levels*
    - <u>Purpose</u>: *To ensure that the VPBRM Department's tactical operations are effectively progressing against the organization's goals*
3. **Organization & People:** *An analysis of the VPBRM organizational structure, governance model, employee levels/skills, training opportunities/frameworks, and assurance that prescribed IRS/NTEU/RPO management practices are being followed*

- 
  - *Purpose*: To ensure that the VPBRM Department is appropriately organized and staffed at the correct staff levels
4. **Technology:** *An assessment of the VPBRM Department's technology tools/ infrastructure and the office's business/technology needs (e.g., case management processing, data tracking/storage/analysis needs)*
   - *Purpose: To ensure that VPBRM has adequate technological support from IRS-IT and external vendors (i.e., Accenture, Prometric, and Kinsail) for the effective delivery of its business operations*

#### HIGH-LEVEL AGENDA

The review of department operations took place across a series of individual meetings to focus on the Requirements Management, Business Operations, Contracting Officer Representatives (CORs), and administrative support. The Operational Review team interviewed each VPBRM division separately:

- **Requirements Management**: Interviews were held between November 6 and 8, 2012 in Ogden, UT
- **Administrative Support**: Interviews were held on November 16, 2012 via conference call
- **Business Operations**: Interviews were held between November 27 and December 4, 2012 via conference call
- **COR Support**: Interviews were held between December 5, 6, and 12, 2012 via conference call *(Note: A separate interview with Valerie Glasker-Muse was conducted on December 5, 2012. Valerie was on detail to the VPBRM department from e-File Market Analysis; however, she was transitioned to the Compliance & Enforcement (C&E) department on December 3, 2012)*
- **VPBRM Director**: Interview and debrief discussions were held December 19, 2012 via conference call. A follow-up meeting was held with the VPBRM Director on January 9, 2013.

For each VPBRM group, a standard agenda was utilized, including an initial "all-hands" meeting to discuss high-level roles and responsibilities, followed by individual employee interviews. While in Ogden, UT, the team followed a prescribed two-day schedule, which also included TPPS and e-trak system demonstrations delivered by designated SMEs:

- *Day 1*: The session began with a two-hour meeting between the Operational Review team and the VPBRM director and the Requirements Management Frontline Manager (FLM). The meeting focused on obtaining leadership's perspective on department resource needs, process effectiveness, identification of lessons learned, use of supporting technologies, desired-near term improvements, and vision for continued office maturation. Following the meeting with the director and FLM, the Operational Review team held a kick-off meeting with the Requirements Management team. The Operational Review team outlined plans for the week, and employees were given the opportunity to provide an overview of their day-to-day responsibilities and recommend process improvements for the department as a whole. Afterwards, the designated TPPS Case Management SME was asked to provide a system demonstration on accessing TPPS. All that was demonstrated was the signing in process. The SME stated that he had not received formal TPPS training, and, as a result, the demonstration was extremely limited, and did not

even remotely showcase the system's case management functionalities. This was not only disappointing, but the Operational Review team's interest in receiving the demo was the only reason the SMEs travel to Ogden was authorized.

- **Day 2:**   Day 2 began with a e-trak demo.  The demo was quite comprehensive. Individual staff interviews began in the afternoon. Interviews were conducted with each Requirements Management analyst and served as the Operational Review team's key data gather input.  The Operational Review team leads interviewed the Requirements Management FLM.  Key discussion points include what is working, what is not, and recommended improvements.
- <u>**Day 3**</u>: The team continued remaining one-on-one interviews with VPBRM analysts, obtaining additional information as necessary to close out the data gathering effort, including workload data to further refine the VPBRM workload model.

After the Ogden, UT Requirements Management interviews, the Operational Review team met separately with the Business Operations, CORs, and Administrative Support employees. Each group met to provide a high-level overview of the Operational Review process, along with a discussion of employee roles and responsibilities. Following the initial meeting, the Operational Review team scheduled and conducted individual interviews via conference call to gather detailed information on individual employee's tactical/daily work processes and collect his/her perspectives on all aspects of the department's operations.

**MEETING ATTENDEES**

During the course of the operational review, the team was able to engage all employees in the VPBRM department.  All interviewed employees were given opportunities individually and as a group to provide required information, as well as offer recommendations for improvement across the department.  The Operational Review participants included:

- **Melissa Reynard**, *RPO Technical Advisor & Operational Review Co-lead*:  Responsible for co-facilitating the VPBRM Operational Review meetings, leading the data collection and analysis effort, developing formal recommendations for executive review, and debriefing RPO executives on key findings
- **Karen Hunter-Thomas**, *RPO Strategy & Finance Director and Operational Review Co-lead*: Jointly responsible for facilitating the VPBRM Operational Review meetings, leading the data collection and analysis effort, developing formal recommendations for executive review, and debriefing RPO executives on key findings
- **Rachel Erath,** *Strategy and Finance Policy Team Lead & Operational Review Team Member:* Responsible for conducting interviews and generally assisting Operational Review Team leadership in collection of data at the tactical/processing level, as well as development of recommendations for holistic improvement across the department
- **Lisa Hernandez,** *RPO VBPRM Director (Jacksonville, FL)*: Oversees and manages team activities around planning and coordination of VPBRM-related policies and operations, including vendor management and systems development/maintenance. Supported operational review by

USA-0004982

providing an overview of the current state and existing processes, as well as describing a future-state vision and providing recommendations on improvement for core processes

- **Amy Goudey,** *VPBRM Business Requirements Frontline Manager (Crystal City, VA):* Oversees and manages the Business Requirements team, including oversight of system implementation and maintenance (e.g., requirement identification, ELC review and approval, coordination with IRS IT) for RPO systems (i.e., TPPS, CEPARS, AP&C, RP360, PKS, e-trak Practitioner), ongoing TPPS data reports, and RPO business systems planning
- **Jana Roberts**, *Business Systems Planning Analyst (Ogden, UT):* Serves as the Lead Analyst for RP360, including system implementation (e.g., UWR, ELC activities) and overall project management of the system launch (e.g., WBS, risk tracking). Serves as the Case Management and Usability SME for TPPS. Holds responsibility as the Usability and Section 508 Compliance for all RPO systems. Coordinates all UWRs across the RPO
- **Steven Drake,** *Business Systems Planning Analyst (Ogden, UT):* Serves as the Lead Analyst for PTIN Security Code (PSC) and CEPARS, including system implementation (e.g., ELC activities, CEPARS and TPPS interface functionality). Serves as the Data Sharing SME for TPPS, along with supporting TPPS remote access (i.e., "F5 client application")
- **Ben Marsden,** *Business Systems Planning Analyst (Ogden, UT):* Serves as the Lead Analyst for TPPS, including system implementations, vendor management activities around Accenture's support, Oracle licenses, etc. Holds responsibility for TPPS data management, including tax compliance checks and response to individual data requests (e.g., RPO, TIGTA, GAO, FISMA/Security). Provides ongoing support to system-related security activities alongside of RPO's Security Specialist. Serves as a COR, partnering with Kinsail around management of CEPARS. Holds responsibility for overall development and maintenance of RPO IT Contingency Plans (e.g., disaster planning for all vendors)
- **Allen Dye,** *Business Requirements Analyst (Ogden, UT):* Supports coordination around TPPS system releases. Holds responsibility for data management and reporting across multiple systems (e.g., TPPS, RP360), including development regular data reports, assuring data quality (e.g., data anomalies, certificates), and responding to ad-hoc data requests
- **Darick McGriff,** *Business Requirements Analyst (Jacksonville, FL):* Supports the system implementation for RP360, including involvement in case scenario and ELC documentation. Holds responsibility as the TPPS Case Management SME. Holds responsibility for the VPBRM Department SharePoint website focusing on document and data management
- **Michael Denard,** *Business Requirements Analyst – Detail (Detroit, MI):* Serves as the Technical Lead for the e-trak Practitioner module, including development of gap analysis, Statement of Work (SOW) and UWRs, ongoing coordination of e-trak Practitioner stakeholders (i.e., IRS IT, EAPM, Joint Board of Actuaries), and access management (e.g., controls user access, reviews systems for inactive users). Serves as the Technical Lead for the Electronic Tax Administration (ETA) Market Database (MDB) to ensure proper data load to the Compliance Data Warehouse (CDW). Holds responsibility for the RPO Business Impact Assessment. Supports TPPS remote access issues (i.e., F5 client application activities), alongside of regular reporting activities

USA-0004983

- **Byron Endo,** *Service-wide Senior Analyst (Ogden, UT)*: Serves as the Business Systems Planner (BSP) for RPO, including coordination of all hardware and software needs for the office (e.g., computer profiles, UWRs, air-cards). Holds responsibility for oversight and management of the TPPS token assignment process. Supports ongoing reporting activities, specifically the weekly report sent to Prometric using TPPS data
- **Robert Mattingly,** *Registration Lead/Contracting Officer Representative (Crystal City, VA):* Serves as a Lead COR for the Return Preparer Office. Manages the Accenture and Booz Allen contracts, as well as any plans for an additional RP360 contract. His role currently includes coordinating with the VPBRM Requirements Management team to understand the business and technical requirements, which will ultimately inform a potential SOW (if needed). Coordinates with the Business Operations team to develop Quality Assurance Plans and implement standards across multiple vendor contracts
- **Kaye Deppe,** *IT and Registration Management/Contracting Officer Representative (Philadelphia, PA):* Supports the Accenture contract, including management of vendor background checks and coordination with the IRS Procurement Office on acquisition packages. Provides support for the implementation of Quality Assurance Plans with Accenture
- **Alex Sojay,** *Testing Lead/Contracting Office Representative (Washington, DC):* Manages two Prometric contracts (i.e., one for the RTRP test and one for the Enrolled Agents test) and the Kinsail contract (i.e., CE Provider system). Currently working to transition the COR management of the American Institution of Retirement Education (AIRE) contract (i.e., Enrolled Retirement Plan Agents (ERPA) test) to a lower-graded COR. Serves as a Lead COR for the Return Preparer Office
- **Robin Saunders,** *Testing Service Support Analyst (Austin, TX):* Provides support to the two Prometric contracts (i.e., one for the RTRP test and one for the Enrolled Agents test), including the primary responsibility of background check coordination and implementation of the quality assurance plans. Currently working to take over the management of the AIRE contract for the ERPA test
- **Pam Koslicki,** *Senior Analyst (Jacksonville, FL):* Coordinates with vendors (i.e., Accenture, Prometric, and Kinsail) and RPO business owners (e.g., Competency and Standards, Complaint Referrals, Continuing Education) to develop and document exception processes for implementation. Implements quality assurance standards through call monitoring and paper processing activities. Responsible for development of TPPS contingency plans. Supports peak-season readiness activities
- **Mindi Holley,** *Service-wide Analyst (Ogden, UT):* Coordinates with vendors (i.e., Accenture, Prometric, and Kinsail) to develop and document exception processes for implementation. Implements quality assurance standards through call monitoring and paper processing activities. Supports peak-season readiness activities
- **Jeremy Lamary,** *RPO VPBRM Administrative Support (Crystal City, VA):* Responsible for supporting administrative responsibilities across the VPBRM Department, including management of employee HR files, attendance to and documentation of specific department meetings, etc. Assists with the document maintenance on VPBRM Department's SharePoint site

USA-0004984

- **Valerie Glasker Muse,** Senior Management Program Analyst – Detail (New Carrolton, MD): Previously responsible for coordinating the Prometric background investigations, along with the COR responsibilities for the Russell Research contract set to expire in June 2013. (*Note: Upon re-assignment to C&E, Valerie transitioned her responsibility for the Prometric background investigations to Robin Saunders*)

Additionally, business owners for systems managed by VPBRM, including Sue Gaston, the Director of Continuing Education Management, and Larry Orozco, the Director of Competency & Standards, were both interviewed by the Operational Review Team to gather information around the working relationship and interactions with VPBRM staff.

## 2.0 Background and Current State

### OVERVIEW

The department is primarily charged with:

- Management and maintenance of all RPO systems, including identification of technical requirements and oversight of system design and development
- Coordination among RPO departments, third-party vendors, and relevant business owners to ensure business and system operations are coordinated, formalized, and efficient
- Oversight of existing RPO contracts with third-party vendors, including development of Quality Assurance Plans

The department is currently comprised of sixteen staff which includes:

- One director,
- One Frontline Manager,
- Two lead CORs graded GS-15,
- Two support CORs graded GS-13,
- One Business Operations Senior Analyst graded GS-14,
- Three BSP analysts graded at GS-14,
- Two Business Requirement Analysts graded at GS-13,
- One Business Requirement Analyst graded at GS-14,
- One Service-wide analyst graded at GS-13,
- One Senior Management Program Analyst graded at GS-14 (on detail from e-file Market Analysis), and
- One administrative assistant graded at GS-7

The VPBRM department is geographically dispersed across eight locations: Jacksonville, FL; Crystal City, VA; Ogden, UT; Detroit, MI; Philadelphia, PA; New Carrollton, MD; Washington, DC; and Austin, TX.

### BUSINESS REQUIREMENTS MANAGEMENT

Business Requirements Management serves as a liaison between RPO business owners, RPO's 3rd party vendors, and other IRS stakeholders in the development, analysis, and implementation of business

requirements that inform RPO's IT infrastructure. Specifically, the Requirements Management (RM) group supports RPO business owners in developing requirements for IT systems to ensure that the end products will effectively meet RPO business needs. Then, RM coordinates with vendors, IRS IT, and IRS Procurement stakeholders to determine whether, how, when, and at what cost the business requirements can be implemented by RPO's 3rd party vendors. RM is then responsible for conducting user acceptance testing on vendor systems to ensure that all relevant business requirements were implemented by the vendor.

### BUSINESS OPERATIONS

The Business Operations function within VPBRM focuses on ensuring that the day-to-day processes between RPO departments and third-party vendors, as well as among the vendors and among the RPO business owners, are coordinated, formalized, and efficient, and that they sufficiently address operational issues associated with oversight of the tax return preparation industry. Specifically, Business Operations is responsible for five different operational areas, including:

- Managing vendor exceptions processing (i.e., addressing practitioner questions or issues that fall outside of existing vendor or business processes/procedures)
- Monitoring and facilitating vendor performance (i.e., conducting vendor call center monitoring and ensure uniform RPO-wide quality standards)
- Developing and maintaining vendor processes, especially manual processes
- Supporting formal responses to 3rd-party inquiries (i.e., TIGTA, GAO, Congress)
- Supporting RPO-wide policy planning, including decisions that impact one or more of RPO's external vendors

### CONTRACTING OFFICER REPRESENTATION

The Contracting Officer Representation (COR) group, in a role delegated to RPO by the IRS Procurement Office, is focused on ensuring that the contracts with RPO's 3rd party vendor are planned, executed, and managed in line with overall RPO and IRS standards and requirements. Specifically, RPO CORs are responsible for liaising between RPO business owners and the IRS Procurement Office to ensure that vendor contracts—including individual SOWs, or acquisitions— and associated documentation are produced to meet the requirements of both parties. ==VPBRM CORs oversee six contracts across five different vendors: Prometric (2), AIRE (1), Kinsail (1), Accenture (1), and Booz Allen (1).== Additionally, the Russell Research contract is set to expire in June of 2013; ==however, there will potentially be an additional contract needed to support the design and development of the RP360 system that the CORs have been working with the RM team on.==

Additionally, CORs develop and implement RPO vendor quality assurance plans and conduct other "contract surveillance" activities to ensure that vendors execute sufficiently against the scope of their contracts with the RPO. Finally, CORs serve as a primary IRS POC for vendors for administrative processes such as managing vendor invoices and the background checks of vendor employees.

### PERFORMANCE MEASURES

USA-0004986

Quality Assurance Plans and standardized reporting mechanisms exist that provide RPO leadership with key metrics related to vendor performance. However, there are currently no operational measures in place that gauge the department's effectiveness to deliver its core functions (e.g., on-time system release/delivery, etc.)

**EMPLOYEE PERSONNEL AND DROP FILES**

The Operational Review Team reviewed 13 employee personnel and drop files. Twelve had timely completed annual performance assessments, although, one performance assessment was completed using an incorrect rating period. Two midyears were not completed in a timely fashion and two departures were not received. Emergency contact information was included in all drop files, and all employees, except one, have flexi place agreements.

## 3.0 Thematic Observations

As part of the operational review, the team collected data across four main categories: 1) Policy, Mission, and Strategy, 2) Operating Model, 3) Organization and People, and 4) Technology. The initial data gathering effort resulted in a set of key observations that will guide recommendations for improvement and continued department standup. The preliminary findings across the four main categories are:

1. **_Policy, Mission, and Strategy_**:  In general, VPBRM department employees are **unified in their vision** of how their department directly supports the larger RPO mission and enables office-wide success through the planning and delivery of critical systems (e.g., a registration and renewal system) and oversight of key business processes (e.g., exceptions processing, quality assurance, contract management). VPBRM provides project management for critical RPO systems, but does not have full control over the system lifecycle as IRS IT and external vendors are responsible for system design and build. Further, the department's employees have a **_strong understanding of the current priorities of not only RPO as a whole, but also the individual RPO departments_**, given the nature of VPBRM's support processes that require ongoing coordination from and across multiple RPO departments. ==Currently, VPBRM employees are providing various levels of support across six office-wide systems and projects: Tax Professional PTIN System (TPPS); Continuing Education Provider Application and Renewal System (CEPARS); Academic, Professional, and Corporate (AP&C) Testing System; e-trak Practitioner (e-trak); RP360 project and PTIN Security Code (PSC) project.== Even if **the long-term role of VPBRM largely remains the same,** the systems or functionalities of those systems will change depending upon shifts in Office-wide strategic direction, policy and operations (e.g., a consolidated testing strategy, single CE system for all designations). Currently, each system is at varying maturity stages (e.g., design, development, deployment), while future releases will be driven by those needs articulated by RPO business owners. Much time and energy is spent focusing on day-to-day operations in all facets of VPBRM - Relationship Management, CORs, and Business Operations - leaving little time for longer-term strategic planning. **VPBRM's long-**

USA-0004987

***term workload plan is largely unknown*** due to the department's dependency on RPO's strategic direction and those systems that support the Office's day-to-day operations.

2. **Operating Model**: The department is structured into three groups: Requirements Management, Business Operations, and Contracting Officer Representatives (CORs). The Requirements Management team is responsible for the oversight and management of RPO IT infrastructure with a focus on ***defining both the business and technical system requirements*** for Office-wide systems. Because these systems support cross-department processes, the Requirements Management team ***continuously collaborates with other department directors and staff to understand business needs*** to ensure that system requirements are correctly identified and prioritized to deliver key functionalities. Employees are not necessarily aligned on a "one-to-one" basis to an individual system (e.g., TPPS, e-trak, CEPARS, RP360). Instead, employees may ***support multiple systems depending upon the individual's specific responsibilities*** (e.g., 508 Compliance, data reporting). Even though this operating model ***allows for employees to provide "back-up" support***, it causes ***confusion with RPO business owners on which VPBRM employee to contact, as well as potential duplication of effort*** (e.g., team-wide attendance to meetings). In addition to requirements support, the Requirements Management team is responsible for developing TPPS data reports both on a regular and ad-hoc basis. Because this reporting functionality is not automated and the RPO department staff do not have the ability or knowledge in some cases to pull the desired PTIN registration system data, VPBRM employees must manually ***gather and analyze the data to support ad-hoc, time sensitive requests*** from RPO stakeholders. Consideration should be given on how to better coordinate both the requests and responses between the Research Technical Advisor's role in the Office of the Director and the Requirements Management employees to maximize efficiencies and minimize potential duplication of effort. The Business Operations team coordinates with business owners and vendors to monitor and ***measure quality in day-to-day processes*** (e.g., call monitoring), while ***developing standards for various vendor processes*** (e.g., exceptions processing, case management procedures). The primary Business Operations' focus in VPBRM is on TPPS and PTIN processing activities. To ensure Peak Season Readiness the Business Operations team supported the RPO Technical Advisor with RPO Readiness planning sessions. These sessions, and associated action items, include an evaluation of current peak season work processes, successes, challenges and process improvement activities. This work is transitioning fully to VPBRM. ***During Peak Season, the team increases the quantity of calls monitored focusing on trouble-shooting to ensure a successful peak season.*** The Business Operations team often serves as the liaison between the vendors (i.e., Accenture, Prometric, Kinsail) and RPO owners (e.g., Complaint Referrals, Compliance & Enforcement) to address paper processing issues. For example, the Business Operations team recently coordinated with Complaint Referrals on authentication overrides and with Compliance & Enforcement on handling deceased PTIN cases. The ***CORs manage existing contracts with all RPO vendors*** (e.g., Accenture, Kinsail, Prometric); however, the current management of the Russell Research contract currently resides in Compliance & Enforcement as a prior VPBRM detailee continued to maintain that responsibility when she transitioned to the C&E department. The CORs coordinate with IRS Procurement and business owners (e.g., Continuing Education for CEPARS,

USA-0004988

Competency & Standards for AP&C) to ensure the contract accurately reflects new and existing vendor work. RPO business owners – both within and outside of VPBRM - are **confused at the business' role versus the COR role**, including when to engage CORs and which CORs to engage. Additionally, CORs serve as the liaison in the processing of vendor security clearances, including all Prometric staff that support the testing centers. Due to the sheer volume (estimated 2,000 employees) and Prometric turn-over rate (estimated ~40%), this process requires a high level-of-effort to coordinate clearance paperwork and processing between the vendor and the IRS stakeholders (i.e., Time Track Security and Contract Security Management).

3. **Organization and People**:  Employees within the VPBRM Department **seem engaged and motivated** to effectively carry out their responsibilities. The Requirements Management team has a relatively new frontline manager. As she has gained experience and familiarity with the program, she's enabled the Director to work more directly with the CORs and Business Operations areas. Both the Director and FLM expressed a need for additional Relationship Management resources to address issues that can be attributed largely to **workload demands**. The Operational Review Team agrees that resource needs exist, but also recommends that the VPBRM Director/FLM evaluate priorities. In addition, there needs to be a *clearer* **delineation of roles and responsibilities**. Despite the fact that a roles and responsibilities document exists, employees are not consistently working in accordance with identified roles. There is confusion, particularly for those outside of VPBRM who need to coordinate work activities with VPBRM, about who the proper POC is and who should be doing what. This is creating frustration and associated inefficiencies. Some work has since been done to improve in this area. For example, Requirements Management employees often times are responsible for a particular task related to a multiple systems resulting in multiple team members participating in a single meeting. This causes **confusion among the business owners** when he/she needs to engage an individual on a specific system issue, question or need. There does not appear to be a clearly identified "lead" and "back-up". This also occurs with the CORs as there are multiple CORs assigned to a single contract (i.e., Accenture, AIRE), which results in confusion among the business owners on who to engage. In terms of scope, some VPBRM **individuals seemed to be taking on work outside of his/her core responsibilities**, which further contributed to increased workload. In one instance, it resulted in Requirements Management FLM doing work that should be done by her analyst. This occurred when the Requirements Management employee, as a developmental assignment, supported both contract management and some business-related FISMA responsibilities, in addition to trying to manage his own workload. These activities should reside with the VPBRM CORs and/or Security Specialist in the Office of the Director (*Note: Since the VPBRM Operational Review Debrief, this issue has been addressed by the VPBRM Director and Frontline Manager to ensure staff are focused on individual core responsibilities*). Confusion around the owners of different processes exists when multiple stakeholders are involved in a single task. For example, there is confusion in stakeholders' roles and responsibilities when developing a Statement of Work (SOW) between RPO business owners, CORs, IRS Procurement, and IRS IT. These roles need to be clarified. As stated earlier, the Operational Review team recognizes that there is a need for additional resources; however, there are **some tasks that VPBRM currently owns that**

***could potentially be assigned to lower graded analysts***, including TPPS token assignment, additional support for TPPS data reporting, and management of the Prometric background checks. Currently, RPO directors are working on a day-to-day basis with VPBRM staff. Because of this, department directors are unsure of when to engage the VPBRM director on utilizing VPBRM resources versus when to coordinate directly with the VPBRM employee responsible for that particular system, issue, and/or task. Additionally, VPBRM employees should be actively communicating with the director to communicate any potential "out-of-scope" activities. Employees mentioned that being ***co-located allowed them to collaborate on work and share best practices*** to improve overall department efficiency, especially the Requirements Management team. VPBRM employees have ***deep institutional knowledge*** that needs to be shared and documented to ensure knowledge transfer and continuity of operations when there is employee turnover.

In interviews conducted with the VPBRM Director, the Director makes clear her desire to decrease the scope of the VPBRM organization. She believes that the scope and diversity of work is far too broad to be managed by a single Director. Her recommendation includes moving both the COR and Business Operations functions to other parts of RPO. The OR team agrees that there is some potential for improved efficiencies that may well include a re-design of VPBRM, as well as other RPO departments. The RPO Strategy and Finance department is currently leading an effort to evaluate workload and workforce issues and will include organizational re-design recommendations, as appropriate.

4. **Technology**: VPBRM employees have ac***cess to the technological data sources and systems needed that are required*** for them to successfully fulfill their job functions. The tools that VPBRM staff utilizes on a day-to-day basis include SharePoint, TPPS back-office functionality, TPPS case management functionality, and MS Access, along with Procurement systems that CORs leverage (e.g., IPS for requisitions, ABIS/PBIP for background investigations). However, some employees do not fully understand the utility or purpose of them possessing a secure ID token to access TPPS and therefore, the associated expectations of accessing TPPS may need to be clarified with certain individuals and/or the token should be made available for use by other RPO employees. Additionally, there is a need for the designated VPBRM Case Management SME to ***enhance specific knowledge and expertise*** beyond what is provided in the case management training class.

Additional observations gleaned from the RPO VBPRM Operational Review are tracked in the Appendix (Section 5.0).

## 4.0 Recommended Actions

In order to continue to mature the RPO's VPBRM department, the team recommends that several guiding recommendations be adopted to improve overall organizational impact and employee engagement.

1. **_Develop Targeted Work Plans_**: Coordinate with the RPO Senior Leadership Team to identify top priorities for the Office "as-a-whole". Assess current work plans and available resources to appropriately align staff to high-priority initiatives over the next 6-12 months. Identify resource constraints, dependencies, and downstream impacts. Use work plans as a tool to justify and communicate impact of shifting Office-wide priorities on VPBRM workload.
2. **_Clarify and Delineate Roles and Responsibilities Within and Outside of VPBRM_**:  Given the current IRS environment and hiring constraints, explore other alternatives to alleviate resource challenges. Utilize work plans to develop Office-wide and VPBRM priorities. Discuss VPBRM roles and responsibilities to better define and delineate employee task ownership versus other stakeholders (e.g., RPO Business Owners, IRS IT, IRS Procurement Office). Clearly communicate expectations to individual VPBRM staff members, along with stakeholders to ensure a shared understanding of accountability and ownership across requirement management, business operations, and contract management responsibilities. Identify tasks that could potentially be assigned to lower-graded analysts and re-distribute work appropriately (e.g., TPPS Token Assignments).
3. **_Enhance Data Reporting Functionality_**:  Increase coordination with Research Technical Advisor's role in the Office of the Director to improve and potentially streamline data requests and responses across the Office. Improve the reporting process by identifying recurring or overlapping data requests at an Office-wide level and explore the possibility to further automate the data reporting process.
4. **_Enhance TPPS Case Management Expertise_**: Continue to build TPPS case management expertise within the VPBRM department through proactive and self-based learning.
5. **_Create a Succession Plan_**: Document existing processes to supplement existing job aids and desk guides. Identify "lead" and "support" roles to further enhance succession planning efforts across the VPBRM department.

## 5.0 Appendix:  Detailed Observations

In addition to the thematic key observations presented in section 3.0, the Operational Review team tracked detail around specific observations obtained from leadership and staff across the VPBRM Department.

**KEY FINDINGS: POLICY, MISSION & STRATEGY**

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| 1 | Long-Term Vision | *VPBRM's role will most likely remain consistent; however, shifts or evolution in Office-wide policies will require downstream system changes* | • Due to the changing needs and time-sensitive demands placed on the department, VPBRM responsibilities cannot be shifted to IRS IT and the department's role will largely remain constant for the foreseeable future<br>• Planned/potential Office-wide policy shifts will impact VPBRM's workload. For example, if RPO implements a consolidated testing strategy, VPBRM will need to make system enhancements/updates to support revised processes. Other external policy decisions that will impact RPO systems and subsequently VPBRM's workload, |

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| | | | include: Provisional PTINs, pro-rating CE, Suitability Background Checks, and renewal cycles |
| | | *Strategic discussions around RPO's long-term plan and priorities can aid VBRPM in workload planning and resource management* | • Clear understanding of the RPO's future-state direction will help VPBRM prioritize competing tasks and ensure adequate resources against a realistic timeframe |
| | | *There is an opportunity to consolidate RPO-wide registration and renewal processes into a single system (e.g., RTRP, EA, ERPA, EAc)* | • Over the next 3-5 years, there is a potential to utilize TPPS for the EA, ERPA, and EAc registration and renewal process. This will require additional analyses around renewal cycle frequencies (i.e., 1-year vs. 3-year renewal cycles), user fees, and the development of a comprehensive transition and communication plan |
| 2 | *RPO Organizational Awareness* | *VPBRM employees have a strong understanding of other RPO department roles* | • Because of department's role in supporting the business across the RPO, VPBRM employees frequently collaborate with other departments, including Compliance & Enforcement, Complaint Referrals, Competency & Standards, Suitability, and Continuing Education<br>• This collaboration provides VPBRM employees with a deeper understanding of other department's day-to-day operations as its critical they grasp the business needs to effectively deliver system, contract, and vendor support<br>• For example, multiple VPBRM employees attend the weekly Prometric call to understand business needs, current system and vendor issues, etc. |
| 3 | *Business Operations Case Routing Responsibilities* | *The Business Operations team is currently working to decrease their role in the case routing process (from Accenture to RPO department owner) by developing department profiles and standardized processes for vendor use* | • The Business Operations team has been serving as a case management liaison between the vendors and RPO business owners. This role is time consuming, but is transitioning to a RM analyst whose been assigned as the case management lead.<br>• For example, Accenture forwards a case to the Business Operations team via TPPS, which then is reviewed and routed to the appropriate RPO department depending on the issue (e.g., cases related to a specific competency test question is routed to Competency & Standards)<br>• Currently, the Business Operations team is working to build "department profiles" to identify logical case paths to the correct owners based upon key issues<br>• Sharing these department profiles with Accenture will hopefully alleviate the Business Operations team's role in this process |

**KEY FINDINGS: OPERATING MODEL**

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| 1 | Contract Management | *VPBRM CORs are currently managing six total contracts, while an additional contract is being managed by a prior VPBRM detail that is currently aligned to C&E* | • CORs oversee six contracts across five vendors: Prometric (2 contracts), AIRE, Kinsail, Accenture, and Booz Allen<br>• Valerie Glasker Muse was detailed to VPBRM and during that time served as the COR on the Russell Research contract, which is set to expire in June of 2013; however, Valerie still owns this contract even though her VPBRM detail expired and is now aligned to C&E<br>• Over the next six months, the COR leads should consider keeping in contact with Valerie to ensure standard contract management practices across the office |
| 2 | Succession Planning | *The lack of documented department processes may create a* | • Because of the current workload volumes within VPBRM, there has not been an opportunity to consistently |

| | | | |
|---|---|---|---|
| | | challenge in the event of employee turnover | document processes to standardize practices and continuity of service if employees leave the department |
| 3 | Data Requests & Reporting | *Data reporting needs entail manual processes to query and analyze data* | • Often times these requests are time sensitive and require "back-and-forth" discussions between the requesting department and RM to truly understand the request<br>• Some of the reports are standardized, but the ad-hoc requests require manual processes to query and gather TPPS data<br>• There is an opportunity to potentially automate some of these reports; however, there aren't available resources to focus on this project now |
| | | *VPBRM employees see a potential opportunity to better coordinate data requests and reporting with the RPO's Research Technical Advisor* | • There does not appear to be clear coordination at an Office-wide level of data needs, requests, and reports as the Requirements Management team responds to ad-hoc TPPS data requests on a regular basis<br>• There is an opportunity to better coordinate data needs and requests across the entire office |
| 4 | e-trak Status | *VPBRM is currently identifying the business needs and necessary system updates to ensure full e-trak functionality* | • VPBRM inherited the e-trak Practitioner Module when EAP&M and the Joint Board transition to RPO from OPR<br>• The RM team is working with EAP&M and the Joint Board to identify business needs for managing EA, ERPA, and EAc registration and renewal<br>• Currently, RM is working to address data discrepancies by deleting duplicative entries or revising entries for identified inactive EAs<br>• Once the UWR is signed, VPBRM will work with MicroPact to develop a project schedule to outline the timing of system updates |
| 5 | Business Owner Interactions | *RPO Business Owners are unclear of specific VPBRM responsibilities related to their systems* | • There is confusion around exact roles and responsibilities between business owners and VPBRM staff on particular operations<br>• In the current operating model, business owners are confused around who owns each component in the procurement lifecycle (e.g., SOW development, technical requirements)<br>• Additionally, business owners are not clear on who to contact for specific needs related to a contract or a system as it appears that multiple staff members are supporting the same system or contract |
| 6 | Contract Management & Quality Assurance | *CORs review and analyze existing contracts to determine work scope and quality of service* | • As new business needs are identified, there are subsequent impacts to vendor services provided<br>• VPBRM CORs work alongside of the RPO business owners to determine if the "new work" is in the current scope of the contract or if further modifications need to be made<br>• Additionally, if business owners identify an issue around quality of service, the CORs will review the contract in detail, as well as coordinate with IRS Procurement, to determine the established quality standards<br>• For example, if Competency & Standards vocalizes a concern about call center customer service levels, Alex Sojay (the Prometric COR) will determine what level of service is contractually promised |
| 7 | Call Center Monitoring | *Business Operations staff regularly monitors call center quality across multiple vendors* | • Business Operations monitors and supports vendor call centers through numerous activities (e.g., perform quality reviews, site visits, monitor calls, support peak season readiness activities and compliance checks on contracts) to ensure that vendor CSRs are fulfilling the terms of their |

| # | Category | Observation | Additional Information and Potential Risks |
|---|----------|-------------|---------------------------------------------|
| | | | quality assurance plans, which are developed and maintained by CORs<br>• To ensure consistency across departments, the VPBRM Business Operations team coordinates with C&S and CEM staff to discuss call monitoring standards, including "coding consistency" and accuracy of customer call reports |
| 8 | *RPO-wide Communications* | *RPO business owners do not consistently share information that could potentially impact system requirements and schedules* | • There is no formal or standardized way for RPO business owners to share information with VPBRM<br>• Some VPBRM employees indicated that they think RPO departments aren't sure when to engage VPBRM |
| 9 | *Business Systems Planning (BSP) Workload* | *VPBRM picked up the RPO BSP role from IRS Headquarters, which takes a significant portion of a Requirements Management employee's time* | • Historically, IRS Headquarters provided a resource to coordinate BSP responsibilities across HQ functions, including RPO<br>• VPBRM took on this responsibility without obtaining additional resources, while the VPBRM BSP Analyst is concurrently owning TPPS token assignments |

**KEY FINDINGS: ORGANIZATION AND PEOPLE**

| # | Category | Observation | Additional Information and Potential Risks |
|---|----------|-------------|---------------------------------------------|
| 1 | *Clarification of Roles and Responsibilities* | *VPBRM employees indicated some confusion around individual roles and responsibilities within the department* | • Staff indicated confusion around delineation of roles and responsibilities, including ownership and accountability. For example, the development of SOWs should be driven by the CORs, but the level and type of input required by RM seems to be inconsistent<br>• In another example, RM employees have taken on additional responsibilities as a "learning opportunity" by supporting Security, FISMA, and COR work; however, given current RM workload, these assignments should be re-assigned back to the CORs and RPO Security Specialist to more effectively utilize department resources<br>• There is an opportunity to better delineate roles and responsibilities within the VPBRM department to clarify which individuals are responsible, accountable, consulted or informed on given tasks<br>• Clarifying responsibilities will allow employees to better manage his/her own time (e.g., identify those meetings where their attendance is critical)<br>• Additionally, this will provide RM Leads the ability to hold junior analysts accountable for specific tasks even though those analysts may not "organizationally" report to the project leads<br>• In a number of examples, multiple RM employees attend the same, recurring call; however, not every single RM individual is required or critical for the meeting's success |
| | | *Business Owners are unsure of when to engage VPBRM and which employee to contact* | • Once internal department roles and responsibilities have been clarified, VPBRM should clarify POCs to RPO business owners<br>• Currently, there appears to be some confusion among RPO business owners of when and who to engage VPBRM<br>• For example, there are multiple CORs assigned to both the AIRE and Accenture contracts making it difficult for business owners to identify which COR to contact directly<br>• RPO directors working on a day-to-day basis with the VPBRM staff are unsure of when to engage the VPBRM |

| | | | |
|---|---|---|---|
| | | | • director versus when to coordinate directly with the VPBRM employee responsible for that particular system/activity<br>• Enhanced delineation and definition of VPBRM roles will provide Business Owners with the understanding of when to engage the VPBRM Director (i.e., those activities that are beyond the normal day-to-day interactions) and when to coordinate directly with the VPBRM individual<br>• Additionally, further clarity around external stakeholder roles and responsibilities (e.g., IRS IT, Procurement, RPO departments/business owners) can alleviate some of the confusion |
| 2 | *Workload and Resource Constraints* | *There are resource constraints given VPBRM's workload that need to be addressed in both the short- and long-term* | • VPBRM expanded in scope, while existing workload levels continued to grow. For example, VPBRM picked up the RPO BSP work, while system release scope continues to change/grow (e.g., additional TPPS releases to create system interfaces, development of RP360 system)<br>• VPBRM did not anticipate the workload volumes associated with processing Prometric background checks particularly those driven by employee turn-over and exceptions processing<br>• Additionally, the VPBRM detail that used to be responsible for the Prometric background checks has been transitioned to C&E resulting in existing staff taking on more work<br>• At the discretion of RPO leadership, lower graded analysts (GS-9/11/12) can be hired as 120-day details to support the Requirements Management team with data reporting, TPPS token assignments, and/or supporting the Prometric Fingerprinting process)<br>• The Business Operations team seems to be more appropriately staffed now with the recent addition of Mindi Holley |
| 3 | *Workload Prioritization* | *Given the criticality of the various systems that RM team support, workload prioritization is difficult across the systems (TPPS, CEPARS, RP360, e-trak, PKS, Testing) without RPO-wide discussions* | • VPBRM provides critical support across the entire RPO; however, given current resource and hiring constraints, VPBRM should periodically review holistic project priorities with key stakeholders from RPO and re-prioritize as necessary<br>• Once Office-wide priorities are articulated, VPBRM should work with business owners to develop a 6-12 month workplan that identifies key tasks and owners, along with any known resource constraints and associated impacts (e.g., delays) |
| 4 | *Employee Morale* | *In general, VPBRM employees indicated a strong and positive relationship with VPBRM management, but consistently discussed a need for additional resources given current workload* | • VPBRM employees expressed that they work in a collaborative environment where morale is generally high<br>• Staff indicated that they have a strong relationship with the VPBRM director and/or frontline manager as employees feel VPBRM management are accessible and responsive<br>• However, given the current workload demands, employees are often times discouraged by the amount of work, expected delivery timelines, and limited resources |
| 5 | *Training* | *There are limited training materials available for new VPBRM team members; however, the majority of department training occurs "on-the-job"* | • Limited training materials are currently available; however, VPBRM employees indicated that having access to training materials would have been beneficial when joining the team<br>• For example, Pam Koslicki created training documentation specific to Business Operations to onboard Mindi Holley |

|   |   |   | <ul><li>All VPBRM teams provide "on-the-job" training to junior analysts and/or new hires</li><li>For example, the Lead CORs hold regular meetings to discuss issues with junior CORs and recommend potential solution paths</li></ul> |
|---|---|---|---|

### KEY FINDINGS: TECHNOLOGY

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| 1 | Data Sources and Systems | *VPBRM employees have access to the technological data sources and systems needed that are required for them to successfully fulfill their job functions* | <ul><li>VPBRM staff utilize the following systems on a day-to-day basis: SharePoint (to store and management project documentation, policies, and procedures), TPPS back-office functionality (to analyze PTIN registration data), TPPS case management functionality (to coordinate with Accenture on PTIN registration and renewal issues), and MS Access (to analyze TPPS data, identify data discrepancies, and perform ad-hoc queries for the Office)</li></ul> |
| 2 | Case Management Technology | *VPBRM needs to enhance TPPS case management expertise to efficiently and effectively respond to RPO user queries* | <ul><li>Prior to TPPS training, VPBRM identified Darick McGriff as the TPPS Case Management SME</li><li>There is an opportunity to further advance case management knowledge and expertise across the VPBRM department through proactive, self-paced learning</li></ul> |