# EXHIBIT BF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM STEELE, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Case No. 1:14-cv-1523-RCL |

**DECLARATION OF AMY GOUDEY**

I, Amy Goudey, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am the Director of Vendor Processes and Business Requirements Management ("VPBR") in the Return Preparer Office ("RPO") of the Internal Revenue Service, in Washington, D.C.

2. Since joining the IRS in 1990, I have worked in several departments, including for the Chief of Staff to the Commissioner of Internal Revenue.

3. From November 2011 until October 2013, Lisa Hernandez served as the Director of RPO VPBR.

4. In October 2011, I joined RPO as the Front Line Manager in the Business Requirements Office within RPO VPBR.

5. As Front Line Manager in RPO VPBR, I was responsible for managing the business requirements and communicating those requirements to contractors.



Exhibit
PI 122
9/22/2021

6. From October 20, 2013 to present, I have served as the Director of RPO VPBR.

7. As the Director of RPO VPBR, I provide oversight of all RPO activities and systems outsourced to third-party vendors, manage RPO's information technology needs, oversee security, and provide contract management oversight through the Contracting Officer Representatives.

8. I have been asked to provide my understanding of RPO VPBR, including:

   a. Its purpose;

   b. Its operations;

   c. Its involvement with the Preparer Tax Identification Number ("PTIN"); and

   d. The amount of time spent on each activity conducted by RPO VPBR personnel.

9. This declaration is based on my personal knowledge and experience, as well as a review of relevant contemporaneous materials.

## RPO VPBR Background

### i. Function and Stand-up of RPO VPBR

10. The function of RPO VPBR is to manage and maintain all RPO systems, including identification of technical requirements and oversight of system design and development.

11. These RPO systems are the Tax Professional PTIN System ("TPPS"), the Academic Professional & Corporate Testing System ("AP&CTS"), and the Continuing Education Provider Registration & Tracking System ("CE-PRATS").

12. RPO VPBR coordinates among RPO departments, third-party vendors, and relevant business owners to ensure business and system operations are coordinated, formalized, and efficient.

13. RPO VPBR also oversees existing RPO contracts with third-party vendors.

14. I was not a part of the implementation team and I did not participate in any discussions related to implementation of RPO.

15. When I started as Front Line Manager in RPO in October of 2011, the stand-up process in RPO VPBR was already complete.

### ii. RPO VPBR Staffing

16. Since RPO stood up in 2011, the number of employees within RPO VPBR has fluctuated.

17. Attached as Exhibit 1 is a PowerPoint of the RPO Implementation Team's planned hiring for the various RPO departments, titled "RPO Implementation Team and Wave 1 and Wave 2 Hiring."

18. As conceptualized by the RPO Implementation Team, the RPO VPBR organizational design contemplated a total staff of twenty-two employees. *See* Exhibit 1 at 15.

3

19. Based on my understanding, two of the positions listed on Exhibit 1 are incorrectly categorized as RPO VPBR employees: the Testing/Fingerprinting Senior and the Testing/Fingerprinting Service Support Analyst.

20. Employees in those positions did not report directly to RPO VPBR but reported to other RPO departments.

21. Exhibit 1 lists sixteen staffed positions in RPO VPBR, along with six vacancies. *See* Exhibit 1 at 15.

22. From 2011 through present, the number of employees in RPO VPBR has fluctuated between ten and sixteen employees due to normal attrition and hiring.

23. Some of the vacant positions listed in Exhibit 1 were never filled and are no longer considered to be available positions in RPO VPBR.

24. The total number of permanent positions in RPO VPBR was eventually reduced from twenty-two to sixteen. *See* Exhibit 3 at 4.

25. The IRS was enjoined from enforcing the registered tax return preparer ("RTRP") requirements in 2013. *See Loving v. IRS*, 917 F. Supp. 2d 67 (D.D.C. 2013), *aff'd Loving v. IRS*, 742 F.3d 1013 (D.C. Cir. 2014).

26. I became Director of RPO VPBR following the *Loving* district court decision.

27. The staffing in RPO VPBR did not change following the *Loving* decisions.

28. Prior to the *Loving* district court decision, the goals of RPO VPBR included managing contracts related to the testing system for tax return preparers.

29. After the *Loving* district court decision, RPO VPBR partially terminated a contract with Prometric, as testing and fingerprinting for tax return preparers was no longer required.

30. After the *Loving* district court decision, RPO VPBR continues to develop and maintain third party systems concerning PTINs, enrollment programs, IRS continuing education providers and the Annual Filing Season Program ("AFSP")[1].

### RPO VPBR Activities

31. Within RPO VPBR, there have always been two groups, each handling distinct lanes of work: Vendor Processes and Business Requirements.

32. I have broadly broken down the historic and current RPO VPBR activities into categories since the office was created in 2011:

    a. Standup Activities;

    b. Vendor Processes Activities; and

    c. Business Requirements Activities.

33. Attached as Exhibit 2 is a PowerPoint of the RPO VPBR department employees' Roles and Responsibilities from January 2017. This PowerPoint describes

---

[1] AFSP is a voluntary program that allows non-credentialed return preparers to take 18 hours of continuing education, including a six-hour federal tax law refresher course with test. The return preparer must also renew their PTIN for the upcoming year. Upon completion of these requirements, the return preparer receives an Annual Filing Season Program – Record of Completion from the IRS, and AFSP participants are included in a public database of return preparers on the IRS website.

the tasks of various RPO VPBR employees and accurately reflects the activities and tasks of RPO VPBR employees today.

34. RPO VPBR employees are specialists; each position has distinct responsibilities. These responsibilities are outlined in Exhibit 2.

35. Attached as Exhibit 3 is a PowerPoint of the RPO Organizational Chart for September 2019. This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of September 2019.

36. Attached as Exhibit 4 is a PowerPoint of the RPO Organizational Chart for April 2018. This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of April 2, 2018.

37. Attached as Exhibit 5 is a PowerPoint of the RPO Organizational Chart for January 2017. This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of January 1, 2017.

38. Attached as Exhibit 6 is a PowerPoint of the RPO Organizational Chart for February 2016. This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of February 1, 2016.

39. Attached as Exhibit 7 is a PowerPoint of the RPO Organizational Chart for April 2015. This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of April 9, 2015.

40. Attached as Exhibit 8 is a PowerPoint of the RPO Organizational Chart for January 2014.  This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of January 30, 2014.

41. Attached as Exhibit 9 is a PowerPoint of the RPO Organizational Chart for May 2013.  This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of May 20, 2013.

42. Attached as Exhibit 10 is a PowerPoint of the RPO Organizational Chart for January 2012.  This PowerPoint shows the various positions in RPO VPBR and who was employed in those positions as of January 9, 2012.

   i. **Director**

43. The Director of RPO VPBR oversees both the Vendor Processes and Business Requirements groups.

44. Vendor Processes includes the work related to third party contracts. Business Requirements includes the information technology work required to convert the directives and needs of RPO and translating them into functional requirements to be integrated with the third-party systems.

45. In the Vendor Processes group, the Contracting Officer Representatives and Security Program Management Officer report to the Director of RPO VPBR.  *See* Exhibit 3 at 4.

46. In the Business Requirements group, the Analysts report directly to a Front Line Manager.  *See id.*

7

47. The Front Line Manager reports to the Director of RPO VPBR. *See id.*

48. Because the Front Line Manager handles much of the work related to Business Requirements and information technology, most of the Director's time is spent overseeing activities related to third-party contracts and security requirements.

49. The Director is also in charge of ensuring that call centers follow the Security and Privacy guidelines set forth in the IRS' Publication 4812, which requires all call centers to undergo an annual security assessment to comply with the requirements set forth in that publication.

50. The Director is responsible for ensuring timely resolution of the findings of the annual security assessments.

51. The Director also holds recurring staff meetings, maintains and facilitates monthly action logs, and collects information for performance reviews.

**ii.   Administrative Support**

52. The Administrative Support position listed on the RPO Organizational Chart is currently vacant.

53. The Administrative Support position was created to provide administrative assistance to the director and to RPO VPBR generally but was only filled for a few years prior to 2017.

54. When the Administrative Support position was filled, the employee in this position reported to the Director of RPO VPBR.

55. The employee was responsible for maintaining the Director's calendar, including scheduling monthly leadership meetings, scheduling staff meetings, scheduling meetings pursuant to 5 U.S.C. § 7114, and maintaining the action items log. *See* Exhibit 2 at 2.

56. The employee was responsible for maintaining the office, including ordering office supplies, securing meeting spaces, reserving workstations, receiving packages, providing technical support, and escorting visitors. *See* Exhibit 2 at 2.

57. The employee was responsible for maintaining employee performance files, reviewing employee travel requests, managing the employee travel budget, coordinating travel for the Director, maintaining call tree and telework agreements, and administrating Single Entry Time Reporting ("SETR"). *See* Exhibit 2 at 2.

58. Since 2017, the RPO VPBR Administrative Support position has been vacant.

59. The Director of RPO VPBR now requests administrative assistance from the administrative employee assigned to the Director of Joint Board of Actuaries on an ad hoc basis.

### iii. Contracting Officer Representatives

60. The Contracting Officer Representatives are responsible for administering third-party contracts on behalf of the Internal Revenue Service. *See* Exhibit 2 at 5–8.

61. The Contracting Officer Representatives are listed as "COTR" in the RPO Organizational Chart. *See* Exhibit 3 at 4.

62. Since 2011, Contracting Officer Representatives have been responsible for:

    a. Handling the invoicing and payments of third-party contracts, including coordinating contract management with the IRS Procurement Office;

    b. Conducting background checks for third party contractors in coordination with IRS Personnel Security Office (IRS Human Capital Office);

    c. Coordinating Security Awareness and specialized IT training with third party contractors and ensuring compliance with this training;

    d. Facilitating recompetes of any RPO contracts; and

    e. Monitoring third-party contractor compliance with their performance requirements as prescribed by the contract.

63. Two Contracting Officer Representatives are responsible for managing the Accenture contract.

64. These Contracting Office Representatives spend most of their time on the Accenture contract.

65. Since 2011, all work related to the Accenture contract has been related to annual registration and renewal of PTINs.

66. Two Contracting Officer Representatives are responsible for managing the Continuing Education and Testing contracts with Prometric and Advocation.

67. These Contracting Officer Representatives spend most of their time on the Prometric and Advocation contracts.

68. Since 2011, all work related to the Advocation contract has been related to IRS-authorized continuing education providers.

69. The RTRP contract with Prometric had a testing portion and a fingerprinting portion.

70. In 2012, the fingerprinting portion of the RTRP contract with Prometric was terminated for reasons unrelated to the *Loving* district court decision.

71. Following the *Loving* district court decision, the Contracting Officer in IRS Procurement oversaw the termination of the testing portion of the RTRP contract with Prometric.

72. The Director of RPO Competency & Standards was responsible for negotiating the termination of this contract with Prometric.

73. The Director of RPO Competency & Standards oversaw the changes in programming for the Prometric contract while the Contracting Officer Representative coordinated the contract modification with Procurement.

74. Following the *Loving* district court decision, Prometric has continued to work on the Enrolled Agent Special Enrollment Exam through a separate contract.

75. Following the *Loving* district court decision, all RPO VPBR work involving Prometric has been related to the Special Enrollment Exam.

76. Following the *Loving* district court decision, the job duties of the Contracting Officer Representatives have remained consistent.

### iv. Security Program Management Officers (Security / FISMA Coordinator)

77. The Security Program Management Officer is responsible for enforcing the security policy and guidance outlined in the Internal Revenue Manual, Section 10.8.1.

78. The Internal Revenue Service has Security Program Management Officers in each division, including RPO.

79. The Security Program Management Officer is listed as the "Security/FISMA coordinator" in the RPO Organizational Chart. *See* Exhibit 3 at 4.

80. Since 2011, the Security Program Management Officer in RPO VPBR has been responsible for the following activities:

   a. Overseeing the IT security contracts, worked as liaisons to contractors on security mitigation plans, conducted cybersecurity reviews with contractors, and ensured Federal Information Security Management Act ("FISMA") compliance from contractors. *See* Exhibit 2 at 3–4.

   b. Participating in the annual security control assessment conducted by IRS Cybersecurity in order to audit FISMA compliance and to monitor contractor compliance with regulations promulgated by the Department of Treasury. *See* Exhibit 2 at 3–4.

   c. Overseeing specialized IT Security training and security awareness training for RPO employees and contractors. *See* Exhibit 2 at 3–4.

d. Overseeing personnel security for the Safeguarding Personally Identifiable Information Data Extracts ("SPIIDE") Project and the IRS Computer Security Incident Response Center. *See* Exhibit 2 at 3–4.

e. Handling security threats and mitigating security risks. In the event of a security attack on any of the RPO systems (including TPPS), the Security Program Management Officers are responsible for working with the contractors to perform remedial measures and further mitigation in compliance with Treasury regulations. *See* Exhibit 2 at 3–4.

f. Maintaining accurate FISMA and non-FISMA inventories. *See* Exhibit 2 at 3–4.

g. Maintaining Security Change Management Requests (forms completed by IRS Business Unit to document any changes impacting cybersecurity to an IRS system) and security impact assessments. *See* Exhibit 2 at 3–4.

h. Conducting security activities related to the TPPS system, PTIN peak season, and AFSP. *See* Exhibit 2 at 3–4.

i. Overseeing the IRS information technology management of IVS, Tax Compliance Checks, and Returns per PTIN. *See* Exhibit 2 at 3–4.

j. Managing information technology activities for the RPO Competency and Standards Department, the RPO Suitability Department, the RPO Continuing Education Department, and the RPO Compliance Department. *See* Exhibit 2 at 3–4.

13

81. Since 2011, the job duties of the Security Program Management Officers have remained consistent.

### v. Front Line Manager (Business Requirements Planning Office)

82. The Front Line Manager is responsible for planning, organizing, and defining the business requirements for the TPPS system and translating those requirements into technical specifications for contractors to develop changes.

83. The Front Line Manager is listed in the "Business Requirements Planning Office" in the RPO Organizational Chart. *See* Exhibit 3 at 4.

84. I was the Front Line Manager from November 2011 until I became Director of RPO VPBR in October 2013.

85. When the position was created in 2011, the Front Line Manager was responsible for rolling out the initial TPPS system as well as facilitating system update releases.

86. RPO utilizes two major computer systems: E-Trak Practitioner Module and TPPS.

87. The RPO E-Trak Practitioner Module is used by the Director of RPO EAP&M to manage the registration and renewal of Enrolled Agents.

88. The E-Trak system is managed by IRS IT, but the Front Line Manager serves as the point of contact for any system issues with the RPO E-Trak Practitioner Module.

89. The TPPS system is managed by RPO VPBR.

90. For the first few years, TPPS issued several system updates called "releases," which the Front Line Manager was responsible for facilitating.

91. There were approximately 5 or 6 releases completed in the first few years. Since 2015, there have been no TPPS releases.

92. Now, the Front Line Manager oversees minor maintenance operations and updates, such as system design or screen flow changes.

93. The job duties for the Front Line Manager evolved from 2011 through 2015 as the TPPS matured.

94. Since 2015, the last TPPS release, the job duties for the Front Line Manager have remained consistent.

vi. **Analysts**

95. RPO VPBR has several analysts who report to the Front Line Manager.

96. These analysts are responsible for managing various types of data in RPO systems and running reports of that data.

97. Analysts in RPO VPBR are generally responsible for managing data, monitoring and troubleshooting secure data and file transfers, inputting and facilitating work tickets with IT, creating and maintaining search queries to support RPO functions, extracting data and research analysis requests from both RPO and non-RPO sources, processing FOIA requests, processing data extractions, facilitating training sessions, and managing data in TPPS systems.

98. As shown in the RPO Organizational Chart, RBO VPBR has Business Systems Planner ("BSP") Analysts and Business Requirement Analysts. *See* Exhibit 3 at 4.

99. BSP Analysts are responsible for reporting data and completing data requests for other RPO departments.

100. These analysts serve as the point of contact for all TPPS back office and case management issues, maintain and issue tokens to TPPS back office users, maintain the inventory of TPPS back office users, facilitate training sessions for TPPS back office users, monitor and respond to TPPS support requests, identify and address TPPS data anomalies, upload data into TPPS, and track and analyze TPPS downtime. *See* Exhibit 2 at 9 and 11.

101. They also manage Event Spending Requests, facilitate internal FEVS status meetings, create bi-weekly system update newsletters for the Suitability office, administer training plans for VPBR, and manage Versa Software issues. *See* Exhibit 2 at 11.

102. They facilitate data management and transfers by:

   a. Monitoring Secure Data Transfer ("SDT") files;

   b. Facilitating data transfers with IT;

   c. Creating and maintaining recurring data queries and extracts from TPPS to support RPO functions;

   d. Creating and maintaining ad hoc data queries and analysis requests;

      e.  Developing and maintaining queries to process Annual Federal Tax Refresher ("AFTR") course exemptions;

      f.  Developing and maintaining queries to process felony exemptions;

      g.  Conducting Business Performance Review ("BPR") updates using extracted data, processing FOIA requests; and

      h.  monitoring Unified Work Requests (UWR) submitted to IT.

103.    The job duties of these positions have remained consistent since 2013.

104.    Since April 2018, one of the BSP Analyst positions has been vacant. *See* Exhibit 4 at 4.

105.    The Business Requirements Analysts are responsible for coordinating equipment for RPO employees.

106.    These analysts serve as specialists for the case management portion (back office) of TPPS, running reports or updates for an account.

107.    These analysts maintain the Enterprise Life Cycle documents for TPPS, update TPPS for new testing requirements, and monitor compliance with Section 508 of the Amendment to the Rehabilitation Act of 1973, which requires federal agencies to make their electronic and IT systems accessible to people with disabilities. *See* 29 U.S.C. § 794(d); 36 C.F.R. § 1194.1.

108.    These Analysts also oversee AFSP activities and initiatives, upload data for the RPO Suitability Department, and maintain the return preparer directory on the IRS website.

109. The job responsibilities of this position have evolved, for example, to incorporate new operating and/or case management systems, but the responsibilities have not substantively changed since 2013.

### vii. Management & Program Assistant

110. The Management & Program Assistant position listed in the RPO Organizational Chart has never been filled since the standup the standup of RPO. I have no knowledge what responsibilities were intended for this position.

### Time Analysis

111. As the Director of the RPO VPBR, I am responsible for assigning work to the RPO VPBR employees who directly report to me.

112. I assign work via email, action items, or through commitments listed on the individual employee's Annual Performance Management Plan.

113. Allocations of time attributable to the activities of the RPO VPBR employees will be provided separately.

114. The time attributable to the activities of the Director, Front Line Manager (Business Requirements) and Administrative Support positions did not change following the district court decision in *Loving*.

115. The time attributable to the activities of the Security Program Management Officers (Security / FISMA Coordinator) did not change following the district court decision in *Loving*.

116. The time attributable to some of the activities of the Contracting Officer Representatives did not change following the district court decision in *Loving*.

117. The time attributable to the activities of each Analyst did not change following the district court decision in *Loving*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 15th day of March 2021, in Washington, D.C.

*Amy R. Goudey*
AMY GOUDEY
Internal Revenue Service
WASHINGTON, D.C.