# EXHIBIT BI



Deposition of:
# Diann M. Wensing

*June 16, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Case 1:14-cv-01523-RCL   Document 176-61   Filed 03/23/22   Page 3 of 6
Diann M. Wensing                                             June 16, 2021
Steele v. United States of America

Page 10

1  implementation?
2        A.  Yes.
3        Q.  When was that?
4        A.  It was in 2010.
5        Q.  You joined -- withdrawn.
6        A.  Oh, I'm sorry, it was probably 2009.
7  2009 is when --
8        Q.  And that was while you were still with
9  SBSE?
10       A.  Yes.
11       Q.  When you -- withdrawn.
12           When did you join the Return Preparer
13 Office?
14       A.  Permanently or was hired in the Return
15 Preparer Office?
16       Q.  Yes.
17       A.  2010.
18       Q.  So it had been formally stood up by
19 that point?
20       A.  It was being formally stood up.
21       Q.  When had it been formally stood up?
22       A.  I believe in 2010, when they started
23 hiring people.
24       Q.  Last quarter of 2010, would you say?
25       A.  Hold on just a moment, I can tell you.

1           Yes.
2           Q.   What were your responsibilities as far
3    as the return preparer implementation?
4           A.   For the Implementation Team, I was
5    responsible for the design.  And I say responsible
6    for, I -- I was the first drafter of the design of
7    compliance suitability and Complaint Referrals.
8           Q.   What do you mean by first drafter?
9           A.   Well, I don't have the authority to
10   approve anything.  I can only propose what I think
11   should -- should happen -- but I am not a -- I
12   wasn't a director, I don't have the authority to
13   approve anything.
14          Q.   Did you come up with that first draft
15   of the Organization for Compliance Suitability and
16   Complaint Referrals when you were still with SBSE?
17          A.   It would have -- yes, it would have
18   been the Implementation Team.
19          Q.   After you -- excuse me, after you
20   joined RPO as the head of Compliance & Enforcement,
21   at some point in time your title changed and the
22   name of that organization changed from Compliance &
23   Enforcement just to Compliance, correct?
24          A.   Yes.
25          Q.   When was that?

Case 1:14-cv-01523-RCL   Document 176-61   Filed 03/23/22   Page 5 of 6
Diann M. Wensing                                    June 16, 2021
Steele v. United States of America

Page 12

```
 1          A.   I'm not sure.
 2          Q.   Why was the "and enforcement" dropped
 3   from the name?
 4          A.   We have no enforcement, or RPO had no
 5   enforcement authority under Title 26.
 6          Q.   Who had the enforcement authority under
 7   Title 26?
 8          A.   Any organization or BOD that is a Title
 9   26 organization; SBSE, W&I, any of the others that
10   are formed under Title 26.
11          Q.   You say formed under Title 26.  What
12   was RPO formed under?
13          A.   Title 31.
14          Q.   What's Title 31?
15          A.   Oh, I have no idea.  I couldn't tell
16   you.
17               MS. OLIVER:  Ebony, can you go ahead
18   and mark Tab 1, please?
19               MS. BOBBITT:  Okay.
20               MS. OLIVER:  Actually, you know what,
21   sorry, hang on.
22               We put -- we put the draft in your
23   binders, because we didn't get the final until
24   after the binders had been created, and I need to
25   mark the final instead of the draft.  So if you can
```

Page 13

1    just give me a minute.
2              Charlotte, can you tell me what we're
3    starting with?
4              MS. LOPER:  I think Exhibit 23.
5              MS. OLIVER:  Okay.  Sorry for the
6    delay, folks.
7              MS. LOPER:  Meghan, Tab 1 in Exhibit
8    Share was the final version.
9              MS. OLIVER:  Oh, it was?
10             MS. LOPER:  Yeah.  Ebony corrected it,
11   that's all.
12             MS. OLIVER:  Okay.  Well, then, Ebony,
13   why don't you go ahead and mark Tab 1 if it's the
14   final.
15             MS. BOBBITT:  Okay.
16             MS. OLIVER:  More on top of it than I
17   am, no surprise there.  But it will be Tab 1 in
18   your binder, unless the final changed dramatically.
19             MS. BOBBITT:  It's been marked.
20             (EXHIBIT 23, (Tab 1) Steele Testimony
21   Authorization dated 6/14/2021- Diann Wensing, was
22   marked for identification.)
23   BY MS. OLIVER:
24        Q.   Okay.  Ms. Wensing, can you take a look
25   at -- do you have Exhibit Share up?