# EXHIBIT BL

# IRS Return Preparer Office



**Ghost**
**Visitation Training**
City, ST
Month DD, YYYY

*FOR INTERNAL USE ONLY*

BAH_0001186.0001

DRAFT

## Table of Contents

▶ Workshop Overview

   ▶ Objectives

   ▶ Background

   ▶ Overview of 2012 & Goals

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

*FOR INTERNAL USE ONLY*

2

## Workshop Objectives

- Provide individuals assigned Unidentified Return Preparer (URP) cases and their managers an understanding of:
  - Program History and Importance
  - Program Objectives
  - Case Guidance
  - Reporting requirements

- Provide resource materials, tools, and contacts for future reference

*FOR INTERNAL USE ONLY*

3

BAH_0001186.0003



## Table of Contents

▶ Workshop Overview

  ▶ Objectives

  ▶ Background

  ▶ Overview of 2012 & Goals

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

FOR INTERNAL USE ONLY

4

## Background

- URP (Unidentified Return Preparers) Defined as

- URPs can be defined paid preparers of federal tax returns who fail to identify themselves by:
  - Failing to report their identifying #
  - Using a valid identifier belonging to another
  - Using an invalid identifier (ssn 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)

*FOR INTERNAL USE ONLY*

5

## Background – cont.
## Potential Compliance Impact

- URP cases present several compliance issues that will need to be addressed
- Several of these Return Preparers are non-filers
- Multiple Preparer penalty cases will need to be completed
- Multiple summonses may need to be issued
- There is a high-probability some cases will develop into fraud cases
- There is a high-probability some cases could develop into an injunction case

*FOR INTERNAL USE ONLY*

6

## Background – cont.

- IRS estimates paid return preparer population between 800,000 & 1.2 million

- Paid Return Preparers are used on approximately:
  - 60%  of all 1040s
  - 89 % of all C CORPs
  - 93%  of all FLOW THRU returns

FOR INTERNAL USE ONLY

7

BAH_0001186.0007

## Background – cont.

- As of January 27, 2011 632,380 have registered for a new PTIN to meet new PTIN requirements

- A significant number of return preparers may choose to go "underground" rather than comply with new requirements

*FOR INTERNAL USE ONLY*

8



## Table of Contents

▸ Workshop Overview

    ▸ Objectives

    ▸ Background

    ▸ Overview of 2012 & Goals

▸ Preparer Responsibilities

▸ Contacting Preparers

▸ Conducting the Visit

▸ Penalty Considerations and Case File Assembly

▸ Training Program Details

▸ Appendix

*FOR INTERNAL USE ONLY*

9

BAH_0001186.0009

# How Preparers Were Selected (2012)

(Research Methodologies)

## IDENTIFYING A GHOST PREPARER

BAH_0001186.0010

## Overview
## How Did We Start?

The Risk Assessment Scoring Tool provided a significant amount of data resulting in the potential to identify a Ghost:

- Preparer identification numbers that belong to minors
- Individuals who have died
- Invalid PTINs
- Returns electronically filed but not signed or containing identification numbers, (blank but contain EFIN)
- Stolen identities
- Use of false identification numbers

*FOR INTERNAL USE ONLY*

11

## Overview – cont.
## How Did We Start?

In addition, research completed on returns containing multi bank
account and routing numbers was another source for the identification
of an URP.  The steps to identify those possible preparers are reflected
in this presentation.

BAH_0001186.0012

## Overview – cont.
## Steps taken with Multi Bank Accounts

- W&I Research linked the account number and routing number back to a 1099-INT document, the name and social security number of the account holder was identified. Using the data provided by WIRA, the following steps were taken in the actual identification of an URP.

13

BAH_0001186.0013

## Overview – cont.
## Multiple Deposits

- For those accounts that could not be linked to a 1099 statement, other means of possible identification were used.

- Common factors among the returns with the same account numbers and other returns like phone numbers.  Reverse directory the number to possibly identify the preparer.

BAH_0001186.0014

## Overview – cont.
## Multiple Deposits Research Process

| EFIN used to file returns looked up in ETA database | SSN of account holder looked up in ETA database | IDRS on account holder's SSN researched |
|---|---|---|

IDRS research as follows:

- Inoles provided address
- Imfol indicated filing returns
- Rtvue possible link to a preparer
- Irptro to show sources of funds received for possible link to return preparation

FOR INTERNAL USE ONLY

15

BAH_0001186.0015

# Overview – cont.
## Multiple Deposits Research Process



FOR INTERNAL USE ONLY

16

BAH_0001186.0016

## Overview – cont.
## Blank But e-Filed

- The next set of steps were used to identify a potential return preparer from the Risk Assessment Scoring Tool.  The parameters were electronically filed,  less then 3 EROs, more then 100 returns that contained no preparer identification, and returns scored as high risk. The associated possible preparer SSN was provided from the EFIN – SSN crossover by WIRA.

*FOR INTERNAL USE ONLY*                                    17

## Overview – cont.
## Blank But e-Filed

| EFIN used to file returns looked up in ETA database | Linked SSN and IDs looked up in ETA database | IDRS on identified SSN researched |

- The ETA database linked the EFIN used to file the returns, to an SSN and PTIN
- Any information provided with the SSN or PTIN link was captured and used for further research
- The EFIN holder's name and address were provided
- IDRS used for further information

FOR INTERNAL USE ONLY

18

## Overview – cont.
## Blank But e-Filed



FOR INTERNAL USE ONLY

19

BAH_0001186.0019

## Overview – cont.
## False  Numbers

- 10 cases were selected in which it is believed that the individual who was the return preparer filed the returns using a false identification number in an attempt to hide their identity
- Using data available from all filed returns, Research was able to identify a portion of those returns which contained fabricated identification numbers
- Cases were developed for examination based on preparers who scored as the highest risk for preparation behaviors

BAH_0001186.0020



ANY QUESTIONS?

FOR INTERNAL USE ONLY

21

BAH_0001186.0021

## Overview – cont.
## PROGRAM GOALS

- Bring Return Preparers into income tax compliance (many are non-filers or are failing to report income from tax preparation).

- Bring Return Preparers into compliance with 6109(a)(4) – requirement to furnish identifying number,  by assessing appropriate penalties for non compliance

- Test research and methodology for identifying Unidentified Return Preparers

FOR INTERNAL USE ONLY

22



**Table of Contents**

▶ Workshop Overview

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

*FOR INTERNAL USE ONLY*

23

## Preparer Responsibilities
## New PTIN Requirements

- All return preparers, including those return preparers who are attorneys, certified public accountants (CPAs), and enrolled agents, must have PTINs if they prepare tax returns after December 31, 2010.

- Testing and Continual Professional Education Requirements are being implemented and will need to be met to be a registered return preparer

BAH_0001186.0024

## Preparer Responsibilities – cont.
## New e-file Mandate

- Starting Jan. 1, 2011, paid preparers who prepare income tax returns for individuals, trusts and estates, such as Forms 1040, 1040A, 1040EZ, and Forms 1041, and who reasonably expect to file 100 or more of these income tax returns in 2011 are specified tax return preparers required to file these returns electronically

- To comply with the new law, a tax return preparer who is subject to the electronic filing requirement and does not already provide e-file for clients must become an Authorized IRS e-file Provider, which means he, she, or the firm, if the preparer is a member of a firm, must obtain an Electronic Filing Identification Number (EFIN)

*FOR INTERNAL USE ONLY*

25



## Table of Contents

▶ Workshop Overview

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

*FOR INTERNAL USE ONLY*

26

BAH_0001186.0026

## Contacting Preparers

- Taxpayer Contact made ASAP
- Initial appointment to be held by 4/1/11*
- Initial appointment must be held at potential POB*

  *Note: - If TP tries to delay or change location due to filing season demands – explore this – is your TP even reporting a tax preparation business?

- RA safety should be considered
  - If the preparer's location poses a risk to your safety, contact local CI group following normal procedures to request an escort

BAH_0001186.0027

## Contacting Preparers – cont.
## Other Considerations

- Taxpayers should not be allowed defer initial appointments until after the filing season.

- Initial appointments may be deferred based on exigent preparer situations (e.g. hospitalization)*

  *Note: In such cases it is highly recommended that the agent at a minimum perform a "drive by" observation of any possible business location during filing season – an efile visit may also be arranged

BAH_0001186.0028

## Contacting Preparers
## Procedures for Preparers who cannot be located

- *Content needed*

FOR INTERNAL USE ONLY

29



## Table of Contents

▶ Workshop Overview

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

*FOR INTERNAL USE ONLY*

30

BAH_0001186.0030

## Conducting the Visit
## What to Expect in Your Case File

- Case work will include
  - Income Tax Examination of target subject
  - Income Tax Examination of related subject
  - Return Preparer Penalty case to assess appropriate RP penalties on all appropriate parties
- All Minimum Income Probe Requirements
- Probable in depth income probe – involve mgr & FTA ASAP
- Analysis of Bank Accounts
- Planned/In depth interview - income tax issues and all aspects of return preparation and/or filing

*FOR INTERNAL USE ONLY*                                                        31

BAH_0001186.0031

## Conducting the Visit – cont.
## What to Expect in Your Case File

- Referrals as appropriate
    - \* LDC – Injunction Case
    - \* EMC – e-File Monitoring Visit
    - \* RPC – PAC (Program Action Case - client exams)
    - \* CID – through FTA

FOR INTERNAL USE ONLY

32

BAH_0001186.0032

## Conducting the Visit – cont.
## Case File Assembly – Case Building Documents

CASE BUILDING DOCUMENTS:

- White Paper
- URP Identification Methodology Used
- EFIN Report (not all cases)
- Return Preparer Report (not all cases)
- Refund Deposit Data (For cases identified through Bank Deposits)
- Supplemental Interview Questions
- RPVUEs
- RTVUE & IDRS PRINTS
- Case Closing Procedures Flyer

*FOR INTERNAL USE ONLY*                                               33

## Conducting the Visit – cont.
## Case File Assembly – Case Building Documents

- NOTE: RESEARCH MAY HAVE PROVIDED SUPPLEMENTAL INFORMATION ON OTHER PERSONS THAT MAY BE RELATED TO THE ESTABLISHED INDIVIDUAL
- FOIA CONCERNS – INTERNAL USE ONLY DOCUMENTS
- SET UP "ADMINISTRATIVE FILE" to close to PSP with documents requested on Case Closing Procedures/Special Handling Flyer– Include:
  - White Paper
  - URP Methodology Used
  - EFIN/Preparer Reports
  - EFIN/PTIN Report Explanations
  - Case Closing Procedures Flyer

BAH_0001186.0034

## Conducting the Visit – cont.
## Case File Assembly – RESEARCH REPORTS

- RETURN PREPARER REPORT

  (Please see Exhibit – (rptEFINsinfo.rtf)

- EFIN INFORMATION REPORT

  (Please see Exhibit – (rptPrepInfo.rtf)

BAH_0001186.0035

## Conducting the Visit – cont.
## Initial Interview – Please Refer to URP Interview Questions.rtf

- Plan interview based on TP return, identification method, and case building
- Integrate questions provided into your normal interview
- Ask all appropriate questions and document answers neatly and fully – data collection is of primary concern for use in future research, profiling, and identification
- Look for inconsistencies & document e.g.. TP states not involved in tax returns yet you have indication of EFIN

36

BAH_0001186.0036

## Conducting the Visit – cont.
## Confirm Identification of Preparer

- Research has provided identifying information available (e.g. address, EIN, PTIN, EFIN, etc.)

- Confirm all such information with the preparer as well as associated preparers and/or EROs - record data in your interview notes

BAH_0001186.0037

# Conducting the Visit – cont.
# Verify PTIN  – Once Preparer has been confirmed

- IF TP is **reporting** tax prep activity on their return, THEN
  - Ask the taxpayer to provide you with a print of the email that they received their PTIN number from the IRS (Received since Sept. 1, 2010). (Contact Monika Buffamonti to get verification from Accenture of new PTIN.) This can be done at the initial interview

- IF TP is **NOT reporting** tax prep activity, AND
  - You determine tax preparation activity exists, then <u>AFTER</u> you have determined their activity
  - Verify PTIN registration requirements with preparer
    (Direct preparer to irs.gov to register for PTIN)

BAH_0001186.0038

## Conducting the Visit – cont.
## Verify E-File Requirements Once Return Activity Established

- Ask preparer for their EFIN number

- If the preparer works for a firm, does the firm have an EFIN to file returns electronically.

- Ask the preparer if they plan to prepare more than 100 returns this year.

39

BAH_0001186.0039

## Conducting the Visit – cont.
## Obtaining Client Listing – once preparer has been confirmed

- Under IRC 6107, the preparer must make copy or list pertaining to IRC 6695 available upon request by the IRS for a 3 year period following the close of the return period.

- If the preparer refuses, Chief Counsel has opined that the IRS has summons authority under IRC 7602.

- Alternatively, an IRC 7407 injunction can be used in which a federal judge will compel the preparer to provide the requested records (US v. Mayer, 92 AFTR 2nd 2003-5379).

FOR INTERNAL USE ONLY

40

## Conducting the Visit – cont.
## Fraud Considerations

- As in all cases,  consider indications of Fraud

- Good fraud potential

- Discuss as soon as possible with manager

- Work with your FTA – sooner rather then later

BAH_0001186.0041



## Table of Contents

▶ Workshop Overview

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

*FOR INTERNAL USE ONLY*

42

BAH_0001186.0042

# Penalty Considerations

**Penalty Alignment to FY2012 Treatment Activities**

| | Identification Penalties | | | | | | | Preparation Penalties | | | | Misc. Penalties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6695(a) | 6695(b) | 6695(c) | 6695(d) | 6695(e) | 6695(f) | 6695(g) | 6694(a) | 6694(b) | 6700 | 6701 | 6713 |
| **EITC Preparer Strategy** | | | | | | | | | | | | |
| Due Diligence Visits (DDVs) | N/A | ✓ | ✓ | ✓ | N/A | ✓ | ✓ | N/A | N/A | N/A | N/A | N/A |
| Injunctions | N/A | N/A | N/A | ✓ | N/A | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ? |
| **RP Visitation Program** | | | | | | | | | | | | |
| Return Preparer Visits (RPVs) | N/A | ✓ | ✓ | ✓ | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Campus PACs | ✓ | N/A | N/A | N/A | N/A | ✓ | N/A | ✓ | ✓ | N/A | ✓ | ? |
| Field Exam PACs | ✓ | N/A | N/A | N/A | N/A | N/A | N/A | ✓ | ✓ | ✓ | ✓ | ? |
| **e-File / PTIN Compliance** | | | | | | | | | | | | |
| e-File Visitations | N/A | ✓ | ✓ | ✓ | N/A | N/A | ✓ | N/A | N/A | N/A | N/A | ? |
| **URP** | | | | | | | | | | | | |
| URP Examinations | N/A | ✓ | ✓ | ✓ | ✓ | ✓ | N/A | N/A | N/A | N/A | N/A | ✓ |

6695(a): Failure to furnish copy of return to taxpayer
6695(b): Failure to sign return
6695(c): Failure to furnish identifying number
6695(d): Failure to retain copy or list
6695(e): Failure to file correct information returns
6695(g): Negotiation of check
6695(g): Failure to be diligent in determining eligibility for earned income credit
6694(a): Understatement of taxpayer's liability due to unreasonable positions
6694(b): Understatement of taxpayer's liability due to willful or reckless conduct
6700: Promoting abusive tax shelters
6701: Aiding and abetting in an understatement of a tax liability
6713: Disclosure or use of information by preparers of returns

**Legend**

| | |
|---|---|
| ✓ | Penalty is applicable to Treatment |
| N/A | Penalty is not applicable to Treatment |
| ? | Further investigation needed to determine if Penalty is applicable to Treatment |

*FOR INTERNAL USE ONLY*

43

BAH_0001186.0043

## Penalty Considerations – cont.
## IRC § 6695(b) - FAILURE TO SIGN RETURN

- The IRC § 6695(b) penalty applies if the preparer fails to sign the return or claim for refund.

- If more than one preparer is involved in the preparation of the return/claim for refund, the preparer with primary responsibility for the overall substantive accuracy of the return/claim for refund is the preparer who must sign the return/claim for refund.

FOR INTERNAL USE ONLY

44

## Penalty Considerations – cont.
## IRC § 6695(b) - FAILURE TO SIGN RETURN/CLAIM FOR REFUND

- IRC § 6695(b) A manual signature on income tax returns is not required. The IRS will permit tax return preparers to sign original returns, amended returns, or requests for filing extensions by rubber stamp, mechanical device, or computer software program. These alternative methods of signing must include either a facsimile of the individual preparer's signature or the individual preparer's printed name.

- Reasonable Cause applies.

- A $50 penalty will be asserted for each failure, with a maximum of $25,000 per preparer, per calendar year.

FOR INTERNAL USE ONLY

45

## Penalty Considerations – cont.
## IRC § 6695(c) - FAILURE TO FURNISH IDENTIFYING NUMBER

- (Before 1/1/2011), A self-employed preparer can use either his/her social security number (SSN) or their PTIN. If there is an employment arrangement, the employer's identification number (EIN) and the individual preparer's SSN or PTIN must be on the return. The preparer is not required to provide their SSN, PTIN or EIN on the copy furnished to the client.
- A preparer is not required to affix an identification number to the taxpayer's copy of the return.
- Reasonable Cause applies.
- A $50 penalty will be asserted for each failure, with a maximum of $25,000 per preparer, per calendar year.

*FOR INTERNAL USE ONLY*

46

BAH_0001186.0046

## Penalty Considerations – cont.
## IRC § 6695(d) - FAILURE TO RETAIN COPY OR LIST

- The IRC § 6695(d) penalty applies if the preparer fails to comply with IRC § 6107(b), Copy or List to Be Retained by Tax Return Preparer. A preparer must:

  - Retain a completed copy of the return/claim for refund, or alternatively retain a record (by list, card file, of all the taxpayers electronically, or otherwise), their taxpayer identification numbers, the taxable years, and the type of returns/claims for refund prepared.

  - Retain a record (by copy of the return/claim for refund or by a list, card file, electronically, or otherwise) of the name of the preparer required to sign the return/claim for refund under IRC § 6695(b) for each return/claim for refund presented to the taxpayer.

  - Make such copy or list available for inspection upon request by the IRS for a 3-year period following the close of the return period (See IRC § 6060(c) for the definition of "return period").

FOR INTERNAL USE ONLY

47

## Penalty Considerations – cont.
## IRC § 6695(d) - FAILURE TO RETAIN COPY OR LIST

- If there is an employment arrangement between two or more preparers, the requirement to retain a copy or list only applies to the person who employs (or engages) one or more other preparers. Similarly, if there is a partnership arrangement, the requirement to retain a copy or list only applies to the partnership.
- Reasonable Cause applies.
- A $50 penalty will be asserted for each failure, with a maximum of $25,000 per preparer, per calendar year.

FOR INTERNAL USE ONLY

48

## Penalty Case File Assembly

- Area PSPs will be conducting Preparer Penalty training sessions for Ghost agents

49

BAH_0001186.0049

## Referrals

- Send All Referrals – (except fraud referrals) to Area PSP URP Coordinator cc:Monika Buffamonti
- e-File – Form Provided
- LDC - ATTI/Injunction – Form Provided
- PAC – Form Provided
- DON'T WAIT!

*FOR INTERNAL USE ONLY*

50

BAH_0001186.0050

## Reporting Requirements

- Receipt of case by Revenue Agent
- Initial Taxpayer Contact
- Date set for initial appointment
- Date initial appointment and initial interview held
- Brief quarterly status update (due 1st workday following end of quarter, starting quarter ending 6/30/11)
- Date of Return Preparer Penalty Case establishment
- RAR issue date (initial plus any corrected/revised RARs issued)
- Date closed to Group Manager (Income Tax Case)
- Date closed to Group Manager (RP Penalty Case)

FOR INTERNAL USE ONLY

51

BAH_0001186.0051

## Data Collection & Closing Procedures

- IMPORTANCE OF DATA COLLECTION

- 6-30-11 Is TP an URP?

- Data Collection Sheet – being finalized

- Data Collection Sheet Methodology – being finalized

BAH_0001186.0052

## CLOSING PROCEDURES

- Please refer to Special Handling Flyer (new return closing procedures.doc)

*FOR INTERNAL USE ONLY*

53

BAH_0001186.0053

**Ideas/suggestions/solutions**
**Please!**

# Thank you!!!

*FOR INTERNAL USE ONLY*

54

BAH_0001186.0054



## Table of Contents

▶ Workshop Overview

▶ Preparer Responsibilities

▶ Contacting Preparers

▶ Conducting the Visit

▶ Penalty Considerations and Case File Assembly

▶ Training Program Details

▶ Appendix

FOR INTERNAL USE ONLY

55

BAH_0001186.0055

## Training Program Details

### *Content needed for:*

- Role and Responsibilities of Coordinator
- Program Timeline
- Administrative Codes (Tracking, Project and Source Codes)
- Timekeeping SETTS Activity Codes
- Travel Codes
- Soliciting Revenue Agents
- Program Monitoring

FOR INTERNAL USE ONLY

56



**Table of Contents**

▸ Workshop Overview

▸ Preparer Responsibilities

▸ Contacting Preparers

▸ Conducting the Visit

▸ Penalty Considerations and Case File Assembly

▸ Training Program Details

▸ Appendix

*FOR INTERNAL USE ONLY*

57

BAH_0001186.0057

## Ghost Contacts

- Lucille Jessey – SBSE Research
  - 203-781-3053

- Monika Buffamonti
  - Senior Policy Analyst Return Preparers
  - 716-961-5184
  - Monika.A.Buffamonti@irs.gov

BAH_0001186.0058

## Ghost Resources

- Materials and Procedures for assessing Return Preparer Penalties may be found at:
  - http://mysbse.web.irs.gov/exam/tip/rp/default.aspx
- Area PSPs will be delivering Return Preparer Penalty Workshops
- Bi-monthly Conference Calls will be held for information sharing

BAH_0001186.0059

## PSP URP Coordinators – (forward all referrals except fraud to URP Coordinator, cc: Monika Buffamonti

| Area | | PSP URP Coordinators | Telephone |
|---|---|---|---|
| 1 | North Atlantic | Ben Swartz | 617-316-2564 |
| 2 | Central | Christine Doebley | 215-861-1183 |
| 3 | South Atlantic | Eric Wile | 336-378-2948 |
| 4 | Mid-west | Maher "Al" Bader | 312-566-2479 |
| 5 | Gulf States | Kori A. McEwen | 713-209-4035 |
| 6 | Western | Susan K. Wilson | 303-603-4836 |
| 7 | California | Lawrence Do | (213) 633-8015 |

*FOR INTERNAL USE ONLY*

60

# e-File Monitoring Coordinators

| Area | | EFILE Monitoring Coordinators | Telephone |
|---|---|---|---|
| 1 | North Atlantic | Deborah Walk | 716-961-5312 |
| 2 | Central | Brenda Uganski<br>Chuenjenn (Tony) Leu (backup) | 616-365-4649<br>215-861-3843 |
| 3 | South Atlantic | Vicki Stringer | 804-916-8059 |
| 4 | Mid-west | Molly Wuorinen | 651-726-1412 |
| 5 | Gulf States | Jeanne Butler | 214-413-5283 |
| 6 | Western | Susan K. Wilson | 303-603-4836 |
| 7 | California | Yvonne White | 213-633-8016 |

BAH_0001186.0061

## Contacts

Area PSP Return Preparer Coordinators (PACS) can be found at:

http://mysbse.web.irs.gov/exam/tip/rp/contacts/default.aspx

BAH_0001186.0062

## Area Champions

| Area | Champion | Phone |
|---|---|---|
| North Atlantic | Susan M. Lamastro | 860-756-4662 |
| Central | Kathleen A. Lennon | 215-861-1218 |
| South Atlantic | David C. Capps | 352-291-2802 |
| Midwest | Margaret C. Thor | 651-312-7687 |
| Gulf States | Steven R. Bonds | 214-413-5115 |
| Western | Kenneth D. Cooper | 303-603-4730 |
| California | Victor M. Aguilar | 562-253-1624 |

*FOR INTERNAL USE ONLY*

63

# Thank you for

# your participation!



## Any Questions?

*FOR INTERNAL USE ONLY*

64

BAH_0001186.0064