# EXHIBIT BM

# RPO Communications Department

## Operational Review: Debrief Document

Washington, DC

June 2013

*IRS Return Preparer Office*

USA-0005032

**Table of Contents**

1.0    Overview and Approach ........................................................................................................ 3
2.0    Background and Current State ............................................................................................. 5
3.0    Thematic Observations ......................................................................................................... 8
4.0    Recommended Actions ...................................................................................................... 10
5.0    Appendix: Detailed Observations ..................................................................................... 11

## 1.0 Overview and Approach

**MEETING DATES:** MAY 6-8, 2013

**NOTE TO REVIEWERS:** *The key observations and high-level recommendations outlined in this debrief document are based upon historical knowledge of RPO, the Communications Department's core functions, department documentation, and several meetings with staff and leadership over the span of three days.*

**BACKGROUND AND INTRODUCTION**

As part of an office-wide analysis of all RPO departments, a small team, led by the RPO Technical Advisor and the RPO Strategy & Finance Department Director, conducted an Operational Review of the RPO Communications Department's progress, daily operations, and vision for continued maturation. The scope of the engagement was to define the desired future state of department operations, discuss the proposed high-level roadmap to realize the future state, understand current business practices across several key metrics (e.g., department effectiveness, success in meeting "customer needs", workflow management, etc.), identify any gaps or challenges, and develop recommended actions to close those gaps. The team also evaluated leadership/human-resource-related practices across the department to ensure effective ongoing management, as well as adherence to IRS/NTEU/RPO rules and guidelines. All employees within the department took part in the operational review and were given the opportunity to provide input, ask questions, and make recommendations for improvement.

**KEY FOCUS AREAS OF THE RPO COMMUNICATIONS OPERATIONAL REVIEW**

The Operational Review team conducted an assessment of the RPO Communications Department across four core areas:

1. ***Policy, Mission, & Strategy:*** *A review of the RPO Communications Department's goals, existing metrics/targets to measure progress against those goals, and thought leadership that drives ongoing enhancements to the department*
    - o *Purpose: To ensure that RPO Communications' goals align with the RPO's overall mission & vision, that staff within the Communications Department have a comprehensive understanding of the Department's goals, and that the Department is evolving with the needs of the RPO*
2. ***Operating Model:*** *An assessment of RPO Communications Department's responsibilities, processes/effectiveness, collaboration across other RPO departments, performance management, and workload levels*
    - o *Purpose: To ensure that RPO Communications' tactical operations are effectively progressing against the organization's goals*
3. ***Organization & People:*** *An analysis of RPO Communications' organizational structure, governance model, employee levels/skills, training opportunities/frameworks, and assurance that prescribed IRS/NTEU/RPO management practices are being followed*
    - o *Purpose: To ensure that RPO Communications' is appropriately organized and staffed at the correct staff levels*

4. **Technology:** *An assessment of the Communications Department's technology tools/ infrastructure as well as an analysis of the office's business/technology needs (e.g., communication tools/channels, data tracking/storage/analysis needs, etc.)*
   - <u>Purpose</u>: *To ensure that RPO Communications has adequate technological support for the effective delivery of its business operations*

#### HIGH-LEVEL AGENDA

The review of Department operations took place on May 6-8, 2013. Due to the various locations of the employees, all meetings and interviews took place via teleconference. The first day's agenda included a kick-off meeting with all members of RPO Communications Department. The Operational Review team followed a three-day schedule:

- <u>**Day 1**</u>: The session began with a brief kick-off meeting between the Operational Review team and all Communications employees. The Technical Advisor provided an overview of the Operational Review effort, including the overall purpose, output documentation, and prescribed schedule. Additionally, employees were given the opportunity to provide an overview of their role and their day-to-day processes.
- <u>**Day 2**</u>: The team then met individually with Communications staff via teleconference to gather information on their tactical/daily work processes and collect their perspectives on all aspects of the department's operations (e.g., process effectiveness, department purpose, expectations, and collaboration across the department, RPO, IRS, and with external partners). Additionally, Technical Advisor and Director of Strategy & Finance held a separate visioning discussion with the Communications Department Director to better understand interim and long-term goals.
- <u>**Day 3**</u>: The team continued to interview individual Communications employees to gather information on their tactical/daily work processes and collect their perspectives on all aspects of the department's operations.

The Technical Advisor and Director of Strategy & Finance subsequently interviewed the Director and reviewed staff HR files to ensure that processes/policies prescribed by RPO/IRS/NTEU are being followed.

#### MEETING ATTENDEES

During the course of the operational review, the team was able to engage all of the employees in the RPO Communications Department. All interviewed employees were given opportunities individually and as a group to provide information, as well as offer recommendations for improvement across the department. The meeting attendees included:

- ***Melissa Reynard***, *RPO Technical Advisor & Operational Review Team Lead*: Responsible for co-facilitating the three-day meeting, leading the data collection and analysis effort, developing formal recommendations for executive review, and debriefing RPO executives on key findings
- ***Karen Hunter-Thomas***, *RPO Strategy & Finance Director and Operational Review Co-lead*: Responsible for co-facilitating the three-day meeting, leading the data collection and analysis

effort, developing formal recommendations for executive review, and debriefing RPO executives on key findings

- **Rachel Erath,** *Strategy and Finance Policy Team Lead & Operational Review Team Member:* Responsible for conducting interviews and generally assisting the Technical Advisor and Director of Strategy & Finance in collection of data at the tactical/processing level through individual employee interviews
- **Leann Ruf,** *RPO Communications Director*: Oversees and manages RPO Communications Department activities, including the development and delivery of stakeholder messages. Responsible for setting the strategic direction of the department and interaction with RPO executives to obtain approval on high-priority/key messages
- **Nancy Mathis,** *RPO Communications Senior Marketing / Branding Manager:* Collaborates with vendors and oversees the marketing/branding efforts for return preparers (RPs), Enrolled Agents (EAs), Enrolled Actuaries (EAcs), and Enrolled Retirement Planning Agents (ERPAs). Interacts with the vendor, Ogilvy, to develop different marketing strategies/concepts for the Free File Program, which is owned by the RPO Relationship Management and Marketing (RM&M) Department
- **Anjali Garg,** *Team Lead:* Coordinates with internal and external stakeholders to understand RP community, industry challenges, and business unit requirements that the RPO is implementing. Drafts key communications for the Office, including letter development, TPPS messages, social media/web content, etc.
- **Cquincy Fletcher,** *Senior Web Analyst:* Manages web content displayed on IRweb and IRS.gov through coordination with IRS Online Services (OLS) to validate data display. Supports the distribution of GovDelivery messages (e.g., Quick Alerts, e-mails to external stakeholders, TPPS messages). Coordinates system downtime messages related to TPPS

## 2.0 Background and Current State

**OVERVIEW**

The department's primary responsibilities are to:

- Coordinate with internal and external stakeholders to understand the current environment of the RP community
- Develop and distribute targeted communications to the RP community through various channels, including letters, social media, web content, etc.
- Collaborate with vendor (i.e., Ogilvy) to develop marketing materials for the tax professional community and Free File Program

The department is currently comprised of one Director (IR-01) located in Nashville, TN, one Marketing/Branding Manager (GS-15) in New Carrollton, MD, one Team Lead (GS-14) in Crystal City, VA, and one Senior Web Analyst (GS-13) in Town & Country, MO.

**RPO COMMUNICATIONS AREAS OF WORK**

### Marketing and Branding

As part of the RPO branding effort, the Communications Department partners with an external vendor: Ogilvy & Mather, a public relations firm. The external vendor supports the development of creative products, including public service announcements, marketing documents (e.g., posters, flyers, etc.), radio messages, and online videos. These products promote both the overall brand of RPO to the RP community and taxpayers (e.g., Facebook), as well as the Free File Program, which is owned by RPO RM&M. The vendor will develop various concepts for the creative products, which Communications will review and provide comment before engaging RM&M for further discussion and approval. In addition to the creative development products, Communications also relies upon the vendor to host multiple microsites, including the Free File Program website (www.freefile.irs.gov).

### Messages and Outreach

Message Development: The RPO Communications Department works with internal IRS stakeholders (e.g., other RPO departments, Media Relations, Earned Income Tax Credit (EITC), National Public Liaison (NPL), Stakeholder Liaison, etc.) to develop messages tailored to specific customer segments. When aiding other RPO departments in developing key communications (e.g., Continuing Education, Competency & Standards, Vendor Process and Business Requirements Management (VPBRM), etc.), Communications staff request that the department first meet with them to discuss the message purpose/goal, intended audience, potential communication channels, and timing constraints/considerations. RPO Communications will coordinate with the requesting RPO department/business owner to provide general guidance and recommendations on how to "frame" the stakeholder message. Next, Communications employees will support the development of the message content and review/refine language to ensure consistency with prior communications before distribution to internal and external stakeholders.

RPO Communications prescribes a specific process for RPO departments to follow when developing/creating letters. This letter process starts with the department meeting with RPO Communications to determine if a similar letter exists, where Communications staff may inquire about the intended purpose, audience, and timeline. Following the initial discussion, the requesting RPO department provides Communications with a draft letter, a "Letter Request Form" (which includes details about the audience, timing, intent, logistics, etc.), and the process flow explaining the course of action required by the letter recipient (if action is required). The Communications Department reviews the documentation and provides feedback to the RPO department. The two departments continue to coordinate as the letter undergoes multiple reviews and approval stages, including both Counsel and RPO executives. Following executive approval, the department/business owner requests approval from the Office of Taxpayer Correspondence. Additionally, RPO obtains a letter identification number through IRS Publishing Services. The requesting RPO department will provide the following to the RPO Communications department before the letter is sent: number of recipients, recipient characteristics, how the recipient list is compiled, delivery mechanism (i.e., regular mail, e-mail), and contact information included on the letter (i.e., phone number, return information). Once the letter is finalized, RPO Communications retains a copy for RPO files.

Message Delivery: <mark>Once key messages have been developed, reviewed, and approved, Communications staff utilizes mechanisms to target external stakeholders (e.g., RPs, EAs, taxpayers, etc.),</mark> including but not limited to:

- *Public-facing Communication Vehicles* – RPO Communications utilizes traditional vehicles (e.g., news releases, IRS.gov, etc.) to reach external stakeholders to share information around major program updates (e.g., Open Season for PTIN Renewal, PTIN requirements for RPs)
- *Social Media* – RPO Communications uses various social media channels to distribute broad messages, as well as obtain feedback from the RP community. On RPO's Facebook page (www.facebook.com/IRStaxpros), users are able to view information updates posted by RPO Communications (e.g., new online PTIN account functionality, becoming an Enrolled Agent, TPPS system outages, etc.)
- *Letters* – RPO issues various letters to specific RPs relating to potential non-compliance. Often times, these letters request specific RP information/data, serve as a "soft" notice/friendly reminder, etc.
- *E-mail* – RPO utilizes TPPS to distribute secure e-mail via PTIN accounts to deliver specific messages, newsletters like e-News and QuickAlerts to deliver general news, and GovDelivery for other generic e-mail blasts

In addition to external message delivery, RPO Communications coordinates with internal IRS departments (e.g., OLS, C&L, etc.) to deliver information to internal IRS employees, including:

- *IRWeb* – IRS utilizes the IRWeb to reach all internal staff as it is the default intranet home page for all employees. Potential messages that RPO may deploy through this vehicle include background RPO information (e.g., distinctions between preparer types, etc.), contact information, referral process (e.g., how to report a preparer, file a complaint, etc.), and full listing of EAs
- *Service-wide Electronic Research Program (SERP) Alerts* – RPO deploys SERP Alerts to call center/processing center employees to share information regarding system problems and/or fixes, program updates, etc.
- *BOD internal communications* – RPO works with embedded communication staffs to deliver targeted messages to specific groups of employees such as with SB/SE to reach revenue agents or revenue officers.

### EMPLOYEE PERSONNEL AND DROP FILES

All employee annual mid-year and annual evaluations were completed in a timely manner with one exception. AGs mid-year assessment was not completed, per the Director's note on the annual evaluation. In addition, CF's mid-year was not included in the EPF, although, per the Director it was in fact completed. CF's EPF has some old information that could be purged. In addition, performance assessment material for NM, who is a NBU management official whose information is maintained in HR Connect, was also not included in her EPF. Documented performance reviews were not included in EPFs for any employees. Emergency contact information is maintained separately by the Director in lieu of being included in employee drop files. Directors should also

ensure that the emergency contact information is included in drop files, in case the Director is not available when needed.

## 3.0 Thematic Observations

As part of the operational review, the team collected data across four main categories: 1) Policy, Mission, and Strategy, 2) Operating Model, 3) Organization and People, and 4) Technology.  The initial data gathering effort resulted in a set of key observations that will guide recommendations for improvement and continued department standup.  The preliminary findings across the four main categories are:

1. *Policy, Mission, and Strategy*:  Generally, the RPO **Communications staff is engaged in their work and has a clear understanding of their role in stakeholder engagement**; however, given the recent lawsuit, employees indicated **concern on how *Loving* has and will impact stakeholder relationships.**  Prior to the lawsuit, the Communications Department responded directly to numerous RP inquires (e.g., Facebook posts, individual RP inquiries, etc.), but given the sensitivity surrounding *Loving*, **any** external communication must undergo review and approval at the RPO executive level, which causes delayed message distribution. Additionally, RPO has not responded to certain RP inquiries because the Office has yet to determine certain policy decisions on how to address and/or respond to issues caused by the injunction (e.g., testing refunds, RTRP designation). Employees believe that **external stakeholders may become frustrated with RPO's delayed or limited response, which could potentially impact RPO's relationship and credibility with the RP community**, especially with those preparers that initially complied with PTIN requirements. The Communications staff believes that the Office should quickly respond to inquiries, even if the Office does not have a definitive answer at the time. A response that indicates RPO is "working the issue" or "finalizing the policy", while **acknowledging the stakeholder comment will re-affirm that customer service is still a top priority** for the RPO.
2. *Operating Model*: Employees understand the overall operating model within the Communications Department, including the major functions: marketing/branding, message development, and message delivery. To fulfill these functions, **Communications coordinates with internal IRS stakeholders and external vendors** to craft impactful messages and language. RPO Communications will work directly with the "business owner", or responsible RPO department, to develop targeted communications for the RP community or segment; however, **employees are unsure of when a particular message and/or communication requires RPO executive approval**. There is an opportunity for RPO Communications to develop set criteria that outlines the type and level of review required for different types of communications, similar to the existing documentation for the letter writing process. Currently, RPO departments are following the prescribed process for engaging the Communications Department when initially starting to write a letter; however, there are instances when departments fail to engage Communications employees up-front, which causes additional re-work of messages. Communications staff **indicated a desire for additional transparency during the message**

      **review and approval process** as employees are unaware of a particular communication's status once it is sent to RPO executives for approval. For example, the Communications Department collaborated closely with VPBRM to ensure accurate and consistent screen content for the most recent TPPS Release. Employees participated in planning, requirements gathering, and release readiness meetings to obtain buy-in from all levels; however, the decision was made to "pull-back" the functionality once it had been deployed. Communications staff indicated that they are **unclear of the issues associated with the most recent TPPS release, and therefore, are unsure of how to better plan for future releases**. Although the Communications Department does not have formal performance measures, employees review call center data, the RPO Facebook page, OLS web content metrics, and feedback collected informally via industry groups/meetings. There is **a correlation between the messages that the Communications Department deploys and the inquiries RPO receives through these vehicles**. There is a potential opportunity for the Communications Department to formally capture and report these findings on a regular basis to RPO executives to demonstrate the benefits of targeted communications. Current **budget constraints are prohibiting staff** (within all organizations – Communications, RPO, and broader IRS) **from attending industry conferences and meetings, which may impact mission-critical work and relationships** between IRS and the external tax community.

3. *Organization and People*: Communications employees have **clearly defined roles and responsibilities, which allows staff to work independently, while still having sufficient access to the department director when needed**. In addition, Communications staff indicated that **current workload levels – while high – are manageable**. While workload remains generally consistent throughout the year, there are **seasonal shifts in the types of messages that Communications staff deploys** as it relates to peak season (e.g., PTIN renewal reminders, EA Special Enrollment Exam, etc.). For example, the Communications Department recently posted on the Facebook page a reminder for EAs with Social Security Numbers ending in 0, 1, 2, or 3 to submit renewal applications to RPO by January 31, 2013 to obtain new renewal cards. **Communication employees seem to be knowledgeable about stakeholder issues and opinions** as staff members closely coordinate with other IRS and RPO departments to understand RP issues through informal communications (e.g., industry group meetings, tax forums, etc.) and internal channels (i.e., two-way communication on Facebook). **Staff indicated a desire for additional growth opportunities** and new challenges as the department continues to mature. There is a potential to re-distribute work responsibilities to new staff members given the Team Lead's recent leave of absence, which would provide other employees with the opportunity to take-on new/additional tasks.

4. *Technology*: The Communications Department **utilizes technology to communicate with the RP community**, including websites (e.g., IRS.gov, e-News for Tax Professionals), social media (e.g. Facebook, LinkedIn), and RPO systems (e.g., TPPS messages, secure e-mail). Employees utilize the **RPO Facebook page as both a communication vehicle and feedback mechanism** to understand the current RP landscape (e.g., current challenges, questions, and/or complaints re: the RPO Program). Additionally, Communications staff **coordinates with other IRS departments to ensure effective and consistent messaging across the IRS**. For example, the Senior Web

Analyst coordinates with OLS to validate the most effective way to display RPO data on IRS.gov. Additionally, the RPO Communications Department offered to support the Office of Professional Responsibility (OPR) in revising their external facing website as web content is outdated, but OPR does not have the technical skills available to effectively make the required updates.

Additional observations gleaned from the RPO Communications operational review are tracked in the Appendix (Section 5.0).

## 4.0 Recommended Actions

In order to continue to mature the RPO's Communications Department, the team recommends that several guiding recommendations be leveraged to improve organizational impact.

1. **_Create and execute Loving contingency plans_**: Communications leadership may consider engaging staff and collaborating with RPO executives to develop contingency plans that focus on the potential outcomes of the *Loving* appeal. These plans should focus on strengthening stakeholder relationship in the near-term by outlining specific activities that the Communications Department will complete during the interim appeal period. Additionally, contingency planning will enable RPO to quickly deploy communications once the appeal decision is made regardless of the final outcome. Currently, other RPO departments (i.e., C&S, CE, and Suitability) are involved in contingency planning efforts. A part of these plans include communications specific to individual department functions (e.g., testing refunds, CE provider information, etc.); however, the Communications Department's involvement will ensure a holistic approach to stakeholder engagement as specific messages are communicated to various stakeholders.

2. **_Build additional department guidance and training_**: Communications should consider expanding existing job aids and policy documentation (e.g., "RPO Communication Tools" lesson, etc.) to other department processes. For example, the department may want to identify set criteria that will help staff understand which communications require executive review and approval. Additionally, Communications should continue to share best practices and prescribed processes (e.g., letter writing process) with other RPO departments to ensure consistency and standardized processes across the Office.

3. **_Establish formal performance measures and reporting mechanisms_**: RPO Communications should consider formalizing the current feedback mechanisms (e.g., Facebook page, industry group discussions) and metrics (e.g., call center data, web content metrics, etc.). Some examples may include monitoring changed RP behavior as a result of communication/message deployment (e.g., reduction in call center inquiries on a specific issue, early/influx in renewals after RPO communications reminder, etc.). This will provide RPO Communications with the opportunity to display their effect on the RP population using performance measures and reporting. Additionally, there may be supplementary mechanisms to obtain feedback from the RP community to better inform RPO operations and communications (e.g., survey, RP focus groups, etc.) on a regular, but more infrequent basis to obtain customer/RP feedback.

USA-0005041

Currently, RPO Strategy & Finance is leading an office-wide Performance Management initiative with a vendor's support to create measures and reporting dashboards. As part of this effort, Strategy & Finance will coordinate with RPO Communications to implement this recommendation.

4. **<u>Provide staff with growth opportunities</u>** Staff expressed an interest in additional opportunities and responsibilities as the department continues to evolve. There is a potential to re-distribute work responsibilities to new staff members given the Team Lead's recent leave of absence, which would provide remaining employees with the opportunity to take-on new/additional tasks. Additionally, involving Communications staff in contingency planning efforts will allow the department director to lead and challenge employees to creatively solve complex problems associated with stakeholder engagement.

# 5.0 Appendix: Detailed Observations

In addition to the thematic key observations presented in section 3.0, the Operational Review team tracked detail around specific observations obtained from leadership and staff across the Communications Department.

**KEY FINDINGS: POLICY, MISSION & STRATEGY**

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| 1 | Impact of Loving | *The Loving lawsuit impacted the department's operations, which has resulted in limited and/or delayed communications to the RP community* | • All RPO Communications staff understand the importance of stakeholder engagement in the broader RPO mission<br>• Before *Loving*, employees responded directly to stakeholder inquiries, including RP comments/inquires posted on the RPO Facebook wall<br>• However, given the sensitivity around the lawsuit, any communication related to *Loving* (or its subsequent impacts to RPO operations and RP requirements) requires RPO executive approval, which lengthens the response time<br>• For example, RPs that registered for the RTRP Exam inquired about a potential testing refund; however, because RPO had not yet made a policy decision on the issuance of testing refunds, limited communications/responses were provided to the community until May 2013 |
| 2 | Stakeholder Engagement | *Employees believe that RPO's relationship with the RP community can be strengthened* | • Since stand-up, RPO focused communications on RTRP messaging, including PTIN registration, renewal, CE, and competency testing; however, as a result of the injunction, RPO revisited PTIN requirements<br>• As a result of *Loving*, RPO received in influx in RP inquiries on how the injunction impacts previous RTRP and PTIN requirements; but due to the sensitivity surrounding the lawsuit, there have been limited communications to the RP community<br>• For example, RPs are inquiring about the status of previously secured RTRP designation, testing refunds, and CE course completion; however, RPO recently clarified (on 5/17/2013) the testing refund issue, but indicated that the Office would continue to work through remaining issues during the interim appeal period |

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| | | | • Regardless, Communications staff indicated that they believe the RPO's relationship with RPs has been damaged due to limited and/or delayed responses over the past few months even though the employees understand the sensitivity around the issues |
| 3 | *Communications Strategy* | *RPO utilizes progressive communication vehicles/tools that are consistent with recent trends in web-based and social media messaging* | • Over the past few years, the way in which organizations communicate with their customers has become more reliant on digital technology (e.g., social media, mobile devices, etc.)<br>• The Communications Department utilizes many of these tools that allow for quick dispersion of information to the RP community, while also providing an environment where stakeholders can share information with each other (e.g., Facebook posts/comments, etc.)<br>• However, this digital trend emphasizes the importance of RPO's ability to quickly draft, review, approve, and deliver communications to RPs as data is shared quickly online and through social media channels |

**KEY FINDINGS: OPERATING MODEL**

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| 1 | *Marketing & Branding* | *RPO Communications partners with Ogilvy - an external vendor - to support marketing and branding efforts* | • Historically, the Ogilvy contract was owned by ETA; however, the contract was transitioned over to RPO at the same time the ETA employees joined RPO<br>• The RPO Senior Marketing and Branding Manager collaborates with Ogilvy to manage the marketing and branding efforts for the Free-File Program, which includes the development of various concepts prior to obtaining approval from RM&M<br>• Ogilvy also provides hosting capabilities for multiple microsites, including Free File (www.freefile.irs.gov)<br>• Currently, Communications is working with Ogilvy to create an EA page/tab on RPO's Facebook page. This EA section will include sample test questions and a photo contest to further engage the EA population |
| 2 | *Recurring Stakeholder Events, Forums, and Conferences* | *Beyond formal, written communications, RPO historically relied upon events, forums, and conferences to build and maintain stakeholder relationships* | • Historically, RPO participated more frequently in events, forums, and conferences (e.g., National Tax Forums)<br>• Given recent budget constraints, RPO's attendance is limited, which may impact the relationship with the RP community<br>• However, even though RPO will not have a physical presence at this year's forums, Communications drafted materials that provide recent information on *Loving* and the current requirements that are still intact<br>• Additionally, the Communications Department is responsible for developing PowerPoint presentations, talking points, etc. for RPO leadership to utilize during speaking engagements |
| 3 | *Internal Coordination with RPO Departments and IRS Departments* | *RPO Communications frequently coordinates with other RPO departments (i.e., business owners) to develop and deploy targeted messaging* | • RPO departments reach to the Communications Department for assistance, guidance, and support in reaching the RP population, often times triggering Communications employee work<br>• The type of support that Communications employees provide focuses on initial strategic conversations to appropriately "frame" the message (i.e., overall purpose, intended audience, timeline), along with development/review of message and deployment (e.g., Facebook post, eNews letter, Quick Alert, IRS.gov, IRweb)<br>• For example, in the Fall of 2012, Communications partnered with Competency & Standards to encourage RPs to complete RTRP competency testing (i.e., "test now" messages)<br>• For example, Communications frequently coordinates with RM&M on new marketing and communications for the Free File Program |
| 4 | | *Additionally, RPO* | • In addition to other RPO departments, Communications employees |

*RPO Communications Operational Review – Debrief Document*

| | | Communications coordinates with other IRS divisions that interact with the RP community to ensure Enterprise-wide consistency | • frequently coordinate with other IRS divisions to ensure consistency in messaging<br>• For example, a Communications employee is supporting OPR in revising outdated web content to ensure the website accurately reflects current requirements<br>• For example, Communications employees interact with National Public Liaison (NPL) on tax forums (e.g., development/approval of tax forum materials relating to RPO) |
|---|---|---|---|

**KEY FINDINGS: ORGANIZATION AND PEOPLE**

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|
| 1 | Workload Distribution | Even though there is a shift in the type of communications deployed across seasons, the volume of work remains manageable for the Communications staff | • Prior to the injunction, Communications focused on PTIN Renewal/Peak Season (October – January) by issuing reminders to the entire RP population with a focus on the RTRP segment, while some employees indicated that their focus shifted to tax forums during the summer months<br>• However, even though the focus of communications/messages shifts over the year, the overall workload for the department is manageable<br>• Additionally, the Communications department led the development and dissemination of information relating to specific RP segments, including EAs, ERPAs, and EAcs<br>• For example, the Communications Department recently posted on the Facebook page a reminder for EAs with Social Security Numbers ending in 0, 1, 2, or 3 to submit renewal applications to RPO by January 31, 2013 to obtain new renewal cards |
| 2 | RPO Organizational Awareness | RPO Communications employees seem to possess a strong understanding of Office-wide operations and department activities | • Due to the Communications Department's frequent interaction with other RPO departments, staff have a good understanding of other department operations and activities<br>• This overall awareness enables the Communications Department to ensure consistency across Office-wide messaging<br>• Additionally, the Communications Department conducts a bi-weekly conference call to internally share information, discuss issues, and coordinate activities across the team |
| 3 | Communications Experience and Knowledge | Some Communications staff have prior experience in related fields allowing them to apply learned skills directly to their work | • Some Communications employees bring prior experience and skillsets, which are applicable to his/her current role<br>• For example, the Marketing/Branding Manager has a journalism background allowing her to apply prior experience to current marketing tasks (e.g., creation of written, visual, or audio material)<br>• Additionally, the Senior Web Analyst is supporting OPR with updating their web content as some of the language is outdated and OPR does not possess the necessary skillsets "in-house" to make the necessary changes |
| 4 | Clear Roles and Responsibilities | Communications clearly understand individual roles and responsibilities for themselves and for others | • Communications staff are aware of their individual roles and responsibilities, as well as other team members<br>• This understanding enables employees to collaborate and share information among the team when needed<br>• For example, the Communications Team Lead coordinates with the department director to develop and obtain approval on key messages, while the Senior Web Analyst is responsible for the deployment logistics of messages (i.e., validation of recipient e-mail addresses, etc.) |

**KEY FINDINGS: TECHNOLOGY**

| # | Category | Observation | Additional Information and Potential Risks |
|---|---|---|---|

USA-0005044

*RPO Communications Operational Review – Debrief Document*

| | | | |
|---|---|---|---|
| 1 | Communication Vehicles | RPO Communications Department utilizes internal websites and systems to communicate with stakeholders | <ul><li>In addition to direct interaction during events, conferences, and/or meetings, RPO primarily utilizes internal/external websites, social media, and RPO systems to communicate with stakeholders</li><li>For example, Communications utilizes IRweb and SERP alerts to disseminate information to internal IRS employees relating to RPO operations, system outages, etc.</li><li>RPO Communications utilizes TPPS to securely e-mail PTIN-holders with relevant information, updates, and/or "soft" letters</li></ul> |
| 2 | Feedback Mechanism | Communications utilizes the RPO Facebook page as both a communication vehicle and a feedback mechanism | <ul><li>The Office relies upon the RPO Facebook page to both distribute information, but also to obtain the "pulse" of the RP community through staff's review of Facebook wall posts/comments<ul><li>Prior to the lawsuit, Communications employees used to respond directly to questions/inquiries from the RP population; however, given the increased sensitivity around *Loving's* impact to RPO operations, a more formal review process is required prior to employees responding directly to RP inquiries</li><li>Facebook creates a virtual environment for RPs to easily share information, news, and comments with each other</li></ul></li></ul> |
| 3 | Job Aids | There are existing documents that can be leveraged by Communications staff to support day-to-day activities | <ul><li>There is some job aids/training documents available within RPO Communications; however, given the team's prior experience and size, employees bring knowledge into their current role and are able to provide on-the-job training to more junior staff</li><li>Employees cited a few job aids/documentation that are utilized, including: *IRS C&L Style Guide, RPO Letter Writing Process Documentation,* and *RPO Communications Tools*</li></ul> |

USA-0005045