# EXHIBIT BO

Document Produced in Native Format.

Refer to Native File.

USA-0039612

|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   | **Projected FY14 User Fee Labor (includes 1 new team)** |   |   |   |   |   |   |
| 2 |   |   |   |   |   |   |   |   |   |   |   |   |
| 3 |   | ESRR Summary as of PP 21 |   |   |   |   |   |   |   |   |   |   |
| 4 |   |   |   | **FTE Count** |   | **Fund** |   | **Salary** |   | **Benefits** |   | **Total** |
| 5 |   |   |   |   |   |   |   |   |   |   |   |   |
| 6 |   | RPO ESRR Summary |   | 114 |   | 13XX0913D |   | $10,550,618 |   | $3,006,926 |   | $13,557,544 |
| 7 |   |   |   |   |   |   |   |   |   |   |   |   |
| 8 |   | Transfers to OPR |   | 6 |   | 13XX0913D |   | $532,500 |   | $151,763 |   | $684,263 |
| 9 |   |   |   |   |   |   |   |   |   |   |   |   |
| 10 |   | Minus NON User Fee funded Employee's |   | -7 |   | 13XX0913D |   | -$842,367 |   | -$240,075 |   | -$1,082,442 |
| 11 |   |   |   |   |   |   |   |   |   |   |   |   |
| 12 |   |   |   | **113** |   | **13XX0913D** |   | **$10,240,751** |   | **$2,918,614** |   | **$13,159,365** |
| 13 |   |   |   |   |   |   |   |   |   |   |   |   |
| 14 |   | Add Suitability Team During Jan FY 2014 (8 on rolls) |   | 8 |   | 13XX0913D |   | $399,744 |   | $113,927 |   | $513,671 |
| 15 |   |   |   |   |   |   |   |   |   |   |   |   |
| 16 |   | **Total FY14 Projected User Fee Labor & Benefits** |   | **121** |   | **13XX0913D** |   | **$10,640,495** |   | **$3,032,541** |   | **$13,673,036** |
| 17 |   |   |   |   |   |   |   |   |   |   |   |   |
| 18 |   | Add potential Employee cash awards |   |   |   |   |   |   |   |   |   | $135,000 |
| 19 |   | Add funding for supplies |   |   |   |   |   |   |   |   |   | $45,000 |
| 20 |   |   |   |   |   |   |   |   |   | $16,400,000 |   |   |
| 21 |   | **Total Projected FY14 for items above** |   |   |   |   |   |   |   | **$2,546,963.91** |   | **$13,853,036.09** |
| 22 |   |   |   |   |   |   |   |   |   |   |   |   |

## Suitability Additions

| | Annual Salary | Fund | 3/4 FTE Salary | Benefits | FY 2014 FTE 0.75 Total | FY 2015 FTE 1 Total |
|---|---|---|---|---|---|---|
| **New Hires:** | | | | | | |
| New Hire #11: Suitability Front Line Manager IR-05 | $120,000.00 | 13XX9T3D | $90,000.00 | $25,650.00 | **$115,650.00** | **$154,200** |
| New Hire #12: Team Lead Suitability GS11/12 Average Salary | $69,789.77 | 13XX9T3D | $52,342.33 | $14,917.56 | **$67,259.89** | **$89,680** |
| New Hire #13: Suitability GS7/9/11 Average Salary | $57,200.38 | 13XX9T3D | $42,900.28 | $12,226.58 | **$55,126.86** | **$73,502** |
| New Hire #14: Suitability GS7/9/11 Average Salary | $57,200.38 | 13XX9T3D | $42,900.28 | $12,226.58 | **$55,126.86** | **$73,502** |
| New Hire #15: Suitability GS7/9/11 Average Salary | $57,200.38 | 13XX9T3D | $42,900.28 | $12,226.58 | **$55,126.86** | **$73,502** |
| New Hire #16: Suitability GS7/9/11 Average Salary | $57,200.38 | 13XX9T3D | $42,900.28 | $12,226.58 | **$55,126.86** | **$73,502** |
| New Hire #17: Suitability GS7/9/11 Average Salary | $57,200.38 | 13XX9T3D | $42,900.28 | $12,226.58 | **$55,126.86** | **$73,502** |
| New Hire #18: Suitability GS7/9/11 Average Salary | $57,200.38 | 13XX9T3D | $42,900.28 | $12,226.58 | **$55,126.86** | **$73,502** |
| | | | $399,744.01 | $113,927.04 | **$513,671.06** | **$684,895** |

| | |
|---|---|
| Salaries and Benefits prior to New Suitability Team | $13,159,365.04 |
| New Suitability Team Starting Jan 1, 2014 | $513,671.06 |
| Total | $13,673,036.09 |
| Salaries & Benefits Apportionment Request | $16,400,000.00 |
| Potential Surplus as of Nov 20, 2013 | $2,726,963.91 |

USA-0039612.xls
New Team