# EXHIBIT BR

## Filed Under Seal