# EXHIBIT BS



Deposition of:

# Kelly L. New

*August 27, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Case 1:14-cv-01523-RCL   Document 176-71   Filed 03/23/22   Page 3 of 8
Kelly L. New                                                August 27, 2021
Steele v. United States of America

Page 80

1              Q.   You said yes, or it could?
2              A.   Yes, it could.
3              Q.   So let's go to -- oh, let me ask you to
4      look down a couple more lines, and you'll see
5      something called 2011 Carryover Cash, and you'll
6      see a number of slightly more than 19 million.
7                   Do you see that?
8              A.   Yes.
9              Q.   Do you know what that number refers to?
10             A.   Yes.
11             Q.   What is that?
12             A.   In the user fee arena, they're not
13     entirely single-year funds.  So while they may be
14     collected in a single year, the expense may not
15     occur in the same year.  So the funds are therefore
16     carried over to the next period.
17             Q.   And so at least as of this point,
18     whatever the measurement point was here, there was
19     roughly 19 -- slightly more than 19 million dollars
20     in the carryover fund, correct?
21             A.   Yes.
22             Q.   Okay.  Let's go to the next page.  And
23     I want to just focus on the top quarter -- or
24     actually fifth of that page -- because I only want
25     to focus on the PTIN user fee.  I'm not going to

Case 1:14-cv-01523-RCL   Document 176-71   Filed 03/23/22   Page 4 of 8
Kelly L. New                                          August 27, 2021
Steele v. United States of America

Page 81

1    ask you about the other four fees.
2            This is the -- if you look in the upper
3    left-hand corner, it's called User Fee Summary.
4    And this is the -- essentially the summary of what
5    follows.  In other words, this gives you the $54.47
6    as the projected or the estimated user fee,
7    correct?
8        A.   Correct.
9        Q.   Do you remember a decision being made
10   or have you learned in preparation for your
11   deposition that a decision was made that that
12   number was close enough to 50 to leave the 50
13   dollar fee in place for the ensuing -- the next two
14   years?
15       A.   That is my understanding.
16       Q.   Okay.  Now, if I look at how the user
17   fee was calculated, it is a combination of the
18   operations support fund, the enforcement fund, and
19   capital expenses looking over a three-year period,
20   correct, 2014, 2015, and 2016.
21           Do you see that?
22       A.   Yes.
23       Q.   And then there's a three-year number,
24   and then below that it says User Fee Population,
25   and there's a number of approximately 2.1 million

Case 1:14-cv-01523-RCL   Document 176-71   Filed 03/23/22   Page 5 of 8
Kelly L. New                                          August 27, 2021
Steele v. United States of America

Page 82

1    people, or registrations.
2              Do you see that?
3         A.   Yes.
4         Q.   That's a three-year number, right?
5    That is, that's assuming roughly 700,000 PTIN
6    registrants or renewals each of three years,
7    correct?
8         A.   That's correct.
9         Q.   Okay.  And essentially what the $54.57
10   does is divide that total number into the total
11   expenses, correct?
12        A.   Exactly.
13        Q.   Okay.  And if I go to the far
14   right-hand column, where it says percentage RPO
15   program, what that is telling me is the percentage
16   of the RPO program that is funded by the PTIN user
17   fee, that 93.87 percent, correct?
18        A.   Yes.
19        Q.   And then the remaining 7 -- 6-plus
20   percent -- comes from the return preparer testing
21   fee and from the ERPA testing fee, right?
22        A.   Yes.
23        Q.   Okay.  Now, ultimately the return
24   preparer testing fee had to be discontinued and, in
25   fact, that which had been received was refunded,

1   then we'll be done with user fee calculations, to
2   everybody's great pleasure.
3              If -- Ms. New, are you okay for another
4   5, 10 minutes and then we'll take a lunch break?
5              THE WITNESS:  Yes.
6              MR. NARWOLD:  Joe, are you okay with
7   that?
8              MR. HUNSADER:  Yeah, that's fine, Bill,
9   or Mr. Narwold.
10             MR. NARWOLD:  Yeah, it just makes a
11  convenient breaking point for me.
12             Okay.  Let's go to the next tab, which
13  is Tab 7, and we're going to mark that, Ebony --
14  you're going to have to help me with the number.
15             MS. BOBBITT:  Exhibit 92.
16             MR. NARWOLD:  92, thank you.
17             (EXHIBIT 92, Bates USA-0008458; 2017
18  Cost Model, was marked for identification.)
19  BY MR. NARWOLD:
20       Q.   Okay.
21             Were you involved -- well, let me --
22  the date on this, if we look at Page 1 of 10, is
23  May 31, 2017.
24             Were you involved in any way in the
25  creation or review of this document?

Case 1:14-cv-01523-RCL   Document 176-71   Filed 03/23/22   Page 7 of 8
Kelly L. New                                              August 27, 2021
Steele v. United States of America

Page 113

1       A.   I was socialized to the document as
2  the -- as the management and program analyst,
3  potentially the future director, yes.
4       Q.   That's a new one on me.  Socialized
5  means you were -- you were acquainted with it?
6       A.   Yes.
7       Q.   That must be a -- that must be a
8  Southern expression.
9            So the same format as 2015, there's a
10 projected fee here of 31 dollars.  This was issued
11 the day before Judge Lamberth -- or I shouldn't say
12 issued.  This was dated the day before Judge
13 Lamberth issued his decision in the case we're in
14 today.  So this -- this user fee was never
15 implemented, correct?
16      A.   That's my understanding.
17      Q.   Okay.  I want to go to -- hold on one
18 second.  In 2013 and 2015, there had been an
19 adjustment made for EA support to keep the fee
20 within 30 dollars.  I noticed that in this one, in
21 2017, there was no adjustment.
22           Do you have any understanding of why
23 there was no adjustment for EA support?
24      A.   At the time of this document, I don't
25 know.

1          Q.   And if I go to Page 7 of 10 where the
2     contract costs are, in previous, um -- very well.
3     In 2013 and 2015, we had seen external vendor
4     costs, and I don't see any reference to any
5     Accenture, BAH, Prometric, Doan, anyone here.  Do
6     you know why that is?
7          A.   I don't.
8          Q.   And if I go to the next page, which is
9     the backup for the summary and benefits -- or, I'm
10    sorry, Salary & Benefits -- we see roughly the same
11    number that we saw in 2015 in terms of total FTEs.
12    We see 101 people here, correct?
13         A.   Correct.
14              MR. NARWOLD:  Okay, I think I'm done
15    with this one.  Let me just take a quick peek.
16              Okay.  I think this is probably a good
17    point to take a lunch break.
18              (Off-the-record discussion regarding
19    lunch scheduling.)
20              THE VIDEOGRAPHER:  We are going off the
21    record.  The time is 12:02.
22              (The lunch recess was held.)
23              THE VIDEOGRAPHER:  We are coming back
24    on the record.  The time is 12:51.
25              MR. NARWOLD:  Okay.  I want to shift