# EXHIBIT BT

**Filed Under Seal**