# EXHIBIT BU



U.S. Department of Justice

Tax Division

| Please reply to: | Civil Trial Section, Eastern Region |
| --- | --- |
| | P.O. Box 227 |
| | Washington, D.C. 20044 |
| | Fax No. 202-514-6866 |

DAH:DSM:JEHunsader
DJ 5-16-4787
CMN 2014102332

February 7, 2022

**Via Email**
William Narwold
Motley Rice LLC
20 Church St., 17th Fl
Hartford, CT 06103

        Re:    *Steele v. United States of America*
                  1:14-cv-1523 (D.D.C.)

Counsel:

      This letter is in response to your request for PTIN counts, Internal Revenue Service PTIN user fee revenues, and Accenture PTIN vendor fee revenues for FY2011-FY2017.

      The IRS does not have a single information source that would definitively state all of the annual (1) PTIN registration and renewal counts, (2) IRS PTIN user fee revenues, and (3) Accenture PTIN vendor fee revenues.  In addition, the Return Preparer Office ("RPO") has allowed return preparers to register/renew PTINs belatedly (*e.g.,* allowing a preparer to pay in FY2017 a user fee to renew a PTIN that was used in 2015).  Finally, there may have been timing differences with respect to Accenture's and the Service's recording of PTIN registrations/renewals that transpired

very near the beginning/end of a particular fiscal year.[1]  Accordingly, the following PTIN counts, IRS revenues, and Accenture revenues will not necessarily reconcile.

For IRS PTIN revenues by fiscal year, we consider the Service's Integrated Financial System ("IFS") to be the most reliable source of information.  According to IFS, the IRS PTIN User Fee revenues for FY2011-FY2017 are:

| Fiscal Year | IRS PTIN user fee revenues |
|---|---|
| FY2011 | $36,963,246.27 |
| FY2012 | $37,030,952.03 |
| FY2013 | $35,726,027.74 |
| FY2014 | $35,666,618.31 |
| FY2015 | $36,782,433.34 |
| FY2016 | $25,016,998.78 |
| FY2017 | $24,373,574.25 |
| **Total** | **$231,559,850.72** |

IFS system screenshots showing the above IRS fiscal year revenues are attached as Exhibit A.  *See also* RPO Monthly Budget Update (Oct. 2017) [at USA-0012614].

The IRS does not have a definitive record of the PTIN vendor fee revenues that return preparers paid to Accenture.  Based upon the information that we have, we estimate that total Accenture vendor fee revenues ranged between:

| Fiscal Year | Est. Lower Bound for Total Accenture vendor fee revenues | Est. Upper Bound for Total Accenture vendor fee revenues |
|---|---|---|
| FY2011 | $10,295,382 | $10,535,281 |
| FY2012 | $9,754,675 | $9,784,053 |
| FY2013 | $9,340,326 | $9,405,076 |
| FY2014 | $9,464,445 | $9,387,434 |
| FY2015 | $9,639,676 | $9,692,345 |
| FY2016 | $12,675,453 | $12,735,380 |
| FY2017 | $12,527,439 | $12,811,387 |
| **Total** | **$73,697,398** | **$74,350,958** |

---

[1] For example, our understanding is that there may have been as many as approximately 6,000 PTIN transactions that Accenture recorded during the last few days of September 2010.  Those PTIN transactions occurring at the very end of FY2010 are included in the FY2011 PTIN counts and revenue figures provided in this letter.

2

We think the Upper Bound column is likely too high because for FY2016-FY2017, some Accenture PTIN transactions were for prior years where the registration/renewal charge was lower than the $17 charge in those two later years.[2]

Nor does the IRS have a definitive PTIN registration and renewal count by fiscal year that precisely ties to the above IRS and Accenture revenue figures. And for fiscal years after FY2011, the below counts of PTIN registrations/renewals occurring in a particular fiscal year may include some belated registrations/renewals for prior fiscal year(s).

|        | Lower Bound for Est. Total PTIN count | Upper Bound for Est. Total PTIN count |
|--------|---------------------------------------|---------------------------------------|
| FY2011 | 722,483                               | 739,318                               |
| FY2012 | 738,421                               | 740,619                               |
| FY2013 | 709,404                               | 714,521                               |
| FY2014 | 713,723                               | 713,332                               |
| FY2015 | 727,009                               | 735,649                               |
| FY2016 | 744,020                               | 749,139                               |
| FY2017 | 736,242                               | 753,611                               |
| **Total** | **5,091,302**                      | **5,146,189**                         |

In order to provide you with greater detail, the following table identifies the number of PTIN registrations and renewals that total the fiscal year Upper Bound figures stated immediately above. As with the above table, fiscal years after FY2011 may include belated registrations/renewals that should have been paid in prior fiscal years.

|        | Upper Bound for Est. PTIN Registrations | Upper Bound for Est. PTIN Renewals | Total     |
|--------|-----------------------------------------|------------------------------------|-----------|
| FY2011 | 739,318                                 | 0                                  | 739,318   |
| FY2012 | 124,805                                 | 615,814                            | 740,619   |
| FY2013 | 93,053                                  | 621,467                            | 714,521   |
| FY2014 | 91,295                                  | 622,037                            | 713,332   |
| FY2015 | 103,137                                 | 632,511                            | 735,649   |
| FY2016 | 102,376                                 | 646,764                            | 749,139   |
| FY2017 | 92,715                                  | 660,896                            | 753,611   |
| **Total** | **1,346,699**                        | **3,799,489**                      | **5,146,189** |

---

[2] Another Accenture revenues caveat remains. We understand that approximately 17,500 PTIN transactions occurred in late FY2017 after the District Court *Steele* opinion. Consequently, the Accenture FY2017 revenue estimate likely includes nearly $300,000 that the United States paid to Accenture for those late FY2017 PTIN transactions. By definition, these United States' payments to Accenture after the District Court *Steele* opinion cannot be included in any refund/restitution to Plaintiffs. In addition, these United States payments to Accenture are included in the United States' offset affirmative defense.

3

In sum, although we do not have completely definitive figures, our best estimates of the PTIN counts and revenues are:

|   |   | Lower Bound of Est. Range | Upper Bound of Est. Range |
|---|---|---|---|
| 1. | FY2011-FY2017 Total PTIN registrations and renewals | 5,091,302 | 5,146,189 |
| 2. | FY2011-FY2017 Total IRS PTIN user fee revenues based upon IRS Integrated Financial System ("IFS")[3] | $231,559,850 | $231,559,850 |
| 3. | FY2011-FY2017 Total Accenture PTIN vendor fee revenues based upon PTIN counts | $73,697,398 | $74,350,958 |
| 4. | **Sum of Rows 2 & 3** | **$305,257,248** | **$305,910,808** |

Sincerely,

*/s/* Joseph E. Hunsader
Joseph E. Hunsader
Trial Attorney
Civil Trial Section, Eastern Region
Department of Justice, Tax Division


Cc:   Meghan Oliver, MOliver@motleyrice.com
      Charlotte Loper, CLoper@motleyrice.com
      Ebony Bobbitt, EBobbitt@motleyrice.com
      Allen Buckley, ab@allenbuckleylaw.com
      Joseph A. Sergi, Joseph.A.Sergi@usdoj.gov
      Emily K. Miller, Emily.K.Miller@usdoj.gov
      Stephanie A. Sasarak, Stephanie.A.Sasarak@usdoj.gov
      Benton T. Morton, Benton.T.Morton@usdoj.gov

---

[3] Calculating IRS user fee revenues based upon our estimated range for PTIN registration and renewal counts results in FY2011-FY2017 total IRS revenues ranging from $231.1 million to $231.8 million, before subtracting for the over $575,000 in PTIN user fees that the IRS did not receive relating to the 17,500 PTIN transactions occurring in late FY2017 after the *Steele* District Court opinion.  This letter includes the IFS $231.5 million total based upon IFS data even though our calculations suggest a lower IRS revenue total.

The screen shot below is from IFS in Nov 2021 for the FY shown below:





Exhibit A

The screen shot below is from IFS in Nov 2021 for the FY shown below:



G/L Account Balance Display

| Field | Value | |
|---|---|---|
| Account number | 5200.URPR | UF - RP RENEW REGIST |
| Company code | 2009 | Internal Revenue Service |
| Business area | 0001 | Adminstrative |
| Fiscal year | 2012 | |
| All documents in currency | * | Display currency  USD |

| Period | Debit | Credit | Balance | Cumulative balance |
|---|---|---|---|---|
| Balance Car... | | | | |
| 1 | | 2,799,854.75 | 2,799,854.75- | 2,799,854.75- |
| 2 | | 11,143,664.60 | 11,143,664.60- | 13,943,519.35- |
| 3 | | 13,540,476.20 | 13,540,476.20- | 27,483,995.55- |
| 4 | 64.25 | 6,306,745.80 | 6,306,681.55- | 33,790,677.10- |
| 5 | 29,000.00 | 1,704,010.96 | 1,675,010.96- | 35,465,688.06- |
| 6 | | 523,741.22 | 523,741.22- | 35,989,429.28- |
| 7 | | 270,780.50 | 270,780.50- | 36,260,209.78- |
| 8 | 5,400.00 | 143,765.50 | 138,365.50- | 36,398,575.28- |
| 9 | | 164,259.25 | 164,259.25- | 36,562,834.53- |
| 10 | | 145,606.25 | 145,606.25- | 36,708,440.78- |
| 11 | 9,450.00 | 168,305.75 | 158,855.75- | 36,867,296.53- |
| 12 | 21,450.00 | 185,105.50 | 163,655.50- | 37,030,952.03- |
| 13 | | | | 37,030,952.03- |
| 14 | | | | 37,030,952.03- |
| 15 | | | | 37,030,952.03- |
| 16 | 37,030,952.03 | | 37,030,952.03 | |
| Total | 37,096,316.28 | 37,096,316.28 | | |

The screen shot below is from IFS in Nov 2021 for the FY shown below:



The screen shot below is from IFS in Nov 2021 for the FY shown below:



The screen shot below is from IFS in Nov 2021 for the FY shown below:



The screen shot below is from IFS in Nov 2021 for the FY shown below:



The screen shot below is from IFS in Nov 2021 for the FY shown below:

