IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM STEELE, et al., ) | |
| ) | Case No. 1:14-cv-1523-RCL |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF CAROL A. CAMPBELL**

I, Carol A. Campbell, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. Since September 2012, I have served as the Director, IRS Return Preparer Office (RPO), and my post of duty is in Washington, D.C.

2. As the Director, RPO, I am aware of the above captioned lawsuit and in my capacity as the Director I have been involved with the ongoing litigation being handled by the Department of Justice in its representation of the United States on behalf of the IRS.

3. As part of my duties, I am making this declaration at the request of the Department of Justice to provide a breakdown of the conceded amounts for costs related to the preparer tax identification number (PTIN) user fees collected by the IRS in fiscal years 2014 through 2017. The IRS stopped charging a PTIN user fee in compliance with the Court's July 10, 2017 Order of Permanent Injunction.

1

4. On March 1, 2019, the D.C. Circuit determined that the IRS may charge a PTIN user fee under *Montrois v. United States*, 916 F.3d 1056, 1058 (D.C. Cir. 2019). Thereafter, the IRS conducted a biennial review to determine the costs for the activities that are reasonably related to the PTIN Program, creating the 2019 PTIN user fee Cost Model.[1]

5. The activities and costs conceded for fiscal years 2014 through 2017 align the PTIN user fee determined by the 2013 and 2015 Cost Model with the 2019 Cost Model and concede Registered Tax Return Preparer (RTRP) Program costs invalidated by *Loving*.[2]

## Concession for Fiscal Years 2014 and 2015

6. For fiscal years 2014 and 2015, the PTIN user fee of $50 was determined based on the costs considered and calculated in the 2013 Cost Model developed during the 2013 Biennial Review.[3]

7. On September 30, 2020, the United States conceded PTIN user fee collections of $8,737,123 for fiscal year 2014 and $9,010,460 for fiscal year 2015.

---

[1] PTIN user fee costs as described in the notice of proposed rulemaking (85 Fed. Reg. 21,126, 21,128 (paragraph E. *Calculation of PTIN User Fee*)) and adopted in the final regulation (85 Fed. Reg. 43,433).
[2] *Loving v. IRS*, 917 F. Supp. 2d 67 (D.D.C. 2013) aff'd Loving v. IRS, 742 F.3d 1013 (D.C. Cir. 2014).
[3] The 2013 Biennial Review determined that the PTIN user fee should increase to $54.47. The IRS, however, did not to raise the fee above the $50 fee developed through the 2010 Cost Model.

8. The table below contains the breakdown of these activities and associated costs for fiscal years 2014 and 2015.

| RPO Department or IRS Activity Charged in the PTIN user fee | Concession amount FY2014 | Concession amount FY2015 | Explanation |
|---|---|---|---|
| Office of the Director | $717,633 | $740,084 | The 2013 Cost Model allocates 100% of the Office of the Director activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 75% based on an estimate of the proportion of PTIN-related oversight activities and is consistent with the 2019 Biennial Review Cost Model. |
| Strategy and Finance | $1,045,119 | $1,077,815 | The 2013 Biennial Review Cost Model allocates 100% of the Strategy & Finance Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 65% based on PTIN-related activities. The allocation of Strategy & Finance Department activities to PTIN Program related work is lower in the 2019 Biennial Review Cost Model, but this higher allocation accounts for start-up work that was being conducted during FY2014 and FY2015. |
| Communications | $572,637 | $590,551 | The 2013 Cost Model allocates 100% of the Communications Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 47% based on a detailed break-down of Communications Department activities specific to FY2014 and FY2015. This concession accounts for removal of activities that were related to EAs and ERPAs, e-filing, and the RTRP. |
| Suitability | $749,294 | $772,735 | The 2013 Cost Model allocates 100% of the Suitability Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 82% based on PTIN-related activities (certain Professional Designation Checks (PDC), Specially Designated Nationals (SDNs), Prisoners Lists, and Referrals). |

| | | | The 18% reduction is attributable to costs associated with the RTRP Program that *Loving* invalidated (conditioning obtaining a PTIN on certain suitability determinations), or activities related to other RPO programs (e.g. AFSP, E-filing, and EA Program costs). |
|---|---|---|---|
| Compliance/ Complaint Referrals | $23,449 | $24,182 | The 2013 Cost Model allocates 100% of the Compliance Department's activities/costs to the PTIN user fee.<br><br>This concession makes only a minor partial reduction for the cost of one employee's labor in the allocation of the Compliance Department's work on or related to PTIN Program activities. This reduction relates to "victim assistance" work that is unrelated to the PTIN Program. |
| Competency & Standards | $453,452 | $467,638 | The 2013 Cost Model allocates 28% of Competency & Standards activities/costs to the PTIN user fee. The remaining 72% of the costs from this department were not included in the PTIN user fee and were covered by appropriations or other user fees.<br><br>This is a 100% concession of this portion of the Competency & Standards Department costs that were included in the PTIN user fee. Much of this department had been allocated to a separate RTRP Program testing user fee. |
| Continuing Education | $1,652,339 | $1,704,032 | The 2013 Cost Model allocates 93.9% of the Continuing Education Department's activities/costs to the PTIN user fee.<br><br>This is a 100% concession because these costs were related to the RTRP Program invalidated by *Loving*. |
| IRS, Office of Professional Responsibility (OPR) | $1,229,075 | $1,267,526 | The 2013 Cost Model includes some OPR costs in the PTIN user fee.<br><br>This is a 100% concession of these costs, which relate to practitioners subject to Circular 230. |

| | | | |
|---|---|---|---|
| EA/ERPA User Fee Cross-Subsidization (RPO EA Policy and Management Department (EAP&M)) | $1,295,282 | $1,335,804 | These amounts partially funded the EA/ERPA program but were included in PTIN user fee costs in the 2013 Cost Model.<br><br>This is a 100% concession of these costs because the services relate solely to EAs and ERPAs and not to all PTIN holders. |
| RPO Vendor Processing and Business Requirements (VPBR) | $998,843 | $1,030,091 | This is a 100% concession of work performed by Prometric and Kinsail, which was related to the RTRP Program and not related to the PTIN user fee. |
| Total | $8,737,123 | $9,010,460 | |

**Concession for Fiscal Years 2016 and 2017**

9.      For fiscal years 2016 and 2017, the PTIN user fee of $33 was determined based on the costs considered and calculated in the 2015 Cost Model developed during the 2015 Biennial Review.

10.     On September 22, 2021, the United States conceded PTIN user fee collections of $6,904,343 for fiscal year 2016 and $6,784,763 for fiscal year 2017. The table below contains the breakdown of these conceded activities and associated costs for fiscal years 2016 and 2017.

| RPO Department or IRS Activity Charged in the PTIN user fee | Concession amount | | Explanation |
|---|---|---|---|
| | FY2016 | FY2017 | |
| Office of the Director | $370,540 | $364,122 | The 2015 Cost Model allocates 100% of the Office of the Director activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 82.5% based on PTIN-related activities.<br><br>This allocation is higher than the allocation used in the 2019 Cost Model because a higher proportion of oversight activities related to the PTIN Program in FY2016 and FY2017. |
| Strategy and Finance | $1,639,155 | $1,610,765 | The 2015 Cost Model allocates 100% of the Strategy & Finance Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 46.2% based on PTIN-related activities. The reduction is attributable to costs related to other RPO programs. |
| Communications | $261,868 | $257,333 | The 2015 Cost Model allocates 100% of the Communications Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 51.2% based on PTIN related activities. The reduction is attributable to costs that related to other RPO programs. |
| Suitability | $1,498,915 | $1,472,954 | The 2015 Cost Model allocates 100% of the Suitability Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 71.5% based on PTIN-related activities (PDC, SDNs, Prisoners Lists, and Referrals). |
| OPR | $1,154,551 | $1,134,554 | The 2015 Cost Model includes some OPR costs in the PTIN user fee.<br><br>This is a 100% concession of these costs, which |

| | | | relate to practitioners subject to Circular 230. |
|---|---|---|---|
| Compliance/ Complaint Referrals | $50,758 | $49,879 | The 2015 Cost Model allocates 100% of the Compliance Department's activities/costs to the PTIN user fee.<br><br>This concession makes only a minor partial reduction for the cost of one employee's labor in the allocation of the Compliance Department's work on or related to PTIN Program activities. This reduction is related to "victims assistance" work that is unrelated to PTINs. |
| VPBR | $343,800 | $337,845 | The 2015 Cost Model allocates 100% of the VPBR Department's activities/costs to the PTIN user fee.<br><br>This concession adjusts the allocation to 89.6% based on PTIN-related activities. |
| EA/ERPA User Fee Cross-Subsidization (EAP&M) | $1,584,758 | $1,557,310 | These amounts partially funded the EA/ERPA program but were included in the 2015 Cost Model.<br><br>This is a 100% concession of these costs because the services relate solely to EAs and ERPAs and not to all PTIN holders. |
| **Total** | **$6,904,343** | **$6,784,763** | |

7

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 10th day of May, 2022 in Springfield, Virginia.

*Carol A. Campbell*
CAROL A. CAMPBELL
Director
IRS, Return Preparer Office

8