# EXHIBIT BV





RETURN
PREPARER
OFFICE
INTERNAL REVENUE SERVICE

# Compliance and Enforcement

## Employee Desk Guide

November 2011





BAH_0002270.0001



Return Preparer Office, Compliance and Enforcement

## Table of Contents

[ TOC \o "1-3" \h \z \u ]

# Purpose of Desk Guide

The purpose of this material is to provide key information about the Return Preparer Office (RPO) Compliance and Enforcement (C&E) Team, our organizational structure, and the tools and resources available to assist you with your job.  Many of the items covered in this desk guide may be covered in greater depth in formal training settings; however this material is designed to provide an overview of the most common issues or situations you will encounter performing your duties as a Compliance and Enforcement employee.

# Introduction to Return Preparer Office

*This section will be prepared by or in conjunction with another RPO function*

## Mission statement

*Pending Director/Commissioner approval*

## RPO Overview

The Return Preparer Office (RPO) is a new business unit responsible for oversight, regulation and enforcement of tax return preparers.  The RPO is designed to improve taxpayer compliance by providing oversight of and services to tax professionals.

RPO oversight includes but is not limited to, preparer tax identification number (PTIN) issuance and renewal, suitability determinations, competency testing, continuing education, referral processing, enrolled agent management and compliance and enforcement.

## RPO History

### Return Preparer Review by TIGTA, December 2009

In June 2009, the IRS initiated a study to analyze the current state of the tax return preparer industry, with the primary focus of understanding the impact the return preparer population has on the taxpaying public and assessing the consistency and quality of services provided by paid preparers.

The Return Preparer Review Final Report (Pub. 4832) was published in December of 2009, and an implementation team was formed to lead the development of key program capabilities and the completion of Phase One of the program.

### Return Preparer Initiative

(1)  creation of initiative
(2)  strategy
(3)  implementation of strategy

BAH_0002270.0002



*Creation of the Return Preparer Office*
*This section will be prepared by or in conjunction with another RPO function*

# Organizational structure and RPO Functional Responsibilities

## RPO Organization Chart



## RPO Functional Responsibilities

| Department | Sub-Department | Functions Performed |
|---|---|---|
| **Office of the Director** | Office of the Director | ▸ Executive oversight and final policy decision making |
| | Strategy and Finance | ▸ Conduct all policy analysis and planning for return preparers as well as office strategic planning<br>▸ Training, Personnel, Labor Relations, Work Planning, Performance measurement<br>▸ Budgeting, financial forecasting, development of user fees and office spend plans<br>▸ Respond to external auditors (e.g., TIGTA, GAO, etc.) |
| | Communications | ▸ Strategic Communications (i.e., marketing and branding, communications planning) |
| | Vendor Process & Business Requirements Management | ▸ Vendor Management, managing call center and process development, overseeing the outsourcing of major core components of the office (e.g., registration, fingerprinting, etc.)<br>▸ Systems development and maintenance, business requirements planning<br>▸ Act as COTR for all Office contracts and outsourcing of work |

BAH_0002270.0003



| | Joint Board of Actuaries | ▸ Maintain and update policy in regards to the actuary community<br>▸ Process all applications and enrollments for the actuary community |
|---|---|---|
| **EA Policy & Management** | N/A | ▸ Conduct policy analysis and provide subject matter expertise on Enrolled Agents<br>▸ Conduct all enrollment activities related to Enrolled Agents |
| **Compliance & Enforcement** | Enforcement Planning and Direction | ▸ Provide input to service wide enforcement planning and resource allocation<br>▸ Plan and direct service wide enforcement actions targeted towards preparers (includes the development of new or innovative treatments required to change preparer behavior)<br>▸ Develop and run advanced analytics necessary to identify Return Preparers requiring corrective treatment |
| | Unidentified Preparer Detection | ▸ Detect and plan enforcement activities related to RPs misusing or not utilizing PTINs |
| **Competency and Standards** | Testing & Continuing Education | ▸ Approve educational providers, oversee the development appropriate tests for preparer enrollment, and conduct audits on educational courses<br>▸ Provide subject matter expertise on key policy decisions related to educational policy and standards |
| **Program Suitability** | N/A | ▸ Verify preparer identity, personal tax compliance, CE Credits, and Professional Designation<br>▸ Conduct all programmatic compliance checks and build cases for disciplinary decision making |
| **Referral Processing and Discipline** | N/A | ▸ Serve as a centralized referral staging area (e.g., complaints from the field, public, etc)<br>▸ Gather metrics on common referrals and assist in the building of comprehensive preparer data repository<br>▸ Review the initial cases and do preliminary research to build a case file to pass to OPR |

For more specific information about the RPO and its functional components you should review our RPO Intranet site located at: [ HYPERLINK "http://irweb.irs.gov/AboutIRS/bu/rpo/default.aspx" ]

# Compliance and Enforcement

## C&E Overview

Compliance and Enforcement is responsible for planning, coordinating and directing return preparer enforcement activities and compliance strategies.

BAH_0002270.0004



## C&E Organizational Chart



## C&E Share Point Site

Many of your co-workers are located in post of duties across the country. Our C&E SharePoint site is designed to be a forum where C&E employees can collaborate with each other to share information, exchange knowledge, and manage documents and data. Our Share Point site is located at: [ HYPERLINK

"http://op.ds.irsnet.gov/sites/dcos/TRPR/stakeholders/compliance.enforcement/default.aspx " ]

## C&E Primary Objectives

The primary objectives of the C&E Team are to ensure that Return Preparers:

### Comply with Regulations and Requirements:

Each year C&E oversees a coordinated strategy to address return preparer compliance through different treatment approaches. The most common strategies are discussed below.

### Return Preparer Visitation Program (RPVP)

The Return Preparer Visitation Program is designed to address the most egregious, identified return preparers through a multi-tiered treatment approach. The RPVP strategy uses a risk scoring methodology designed by Wage and Investment Research & Analysis (WIRA) that

Return Preparer Office, Compliance and Enforcement
Employee Desk Guide – October 2011

BAH_0002270.0005



targets potential return preparer non-compliance. Once identified, return preparers are segmented based on a risk profile and an appropriate treatment is determined. Treatments include letters, visits or Program Action Case (PAC) examination.

## e-File

E-File monitoring visits are conducted to ensure that return preparers are in compliance with e-File rules including, but not limited to, appropriate record keeping of forms such as tax returns and W-2s, EITC due diligence, security of EFIN & taxpayer records and adherence with the e-file mandate.

## Earned Income Tax Credit (EITC)

The EITC strategy focuses on return preparers who prepare high volumes of EITC returns. Similar to RPVP, the EITC strategy uses a risk scoring methodology designed by WIRA that targets potential return preparer non-compliance.  EITC treatments include letter campaigns, knock and talk visits, due diligence visits and streamlined injunctions

## Certified Acceptance Agent - Individual Tax Identification Numbers (CAA-ITIN)

IRS issues ITINs to help individuals comply with the U.S. tax laws, and to provide a means to efficiently process and account for tax returns and payments for those not eligible for social security numbers.  A Certified Acceptance Agent is a person or an entity (business or organization) that, pursuant to a written agreement with the IRS, is authorized to assist individuals and other foreign persons who do not qualify for a SSN but who still need a taxpayer identification number for federal tax reporting.  A CAA facilitates the application process by reviewing the necessary documents and forwarding the completed forms to IRS. Although ITINs are issued strictly for tax administration purposes, they are prone to abuse.  In order to maintain the integrity of the acceptance agent program the IRS conducts reviews to determine adherence with program requirements.

## Letter Campaigns

Letters are an educational and soft compliance treatment designed to modify preparer behavior. Various letters are tailored for RPVP, e-file, EITC and the Unidentified Return Preparer (ghost) programs to provide preparers with sufficient information and instruction to avoid common compliance errors.

## *Register and Timely Renew PTINs*

(1) Anyone paid to prepare all or substantially all of any federal tax return or claim for refund must have a Preparer Tax Identification Number (PTIN). The requirement for paid tax return preparers to use a PTIN on all federal returns became effective on January 1, 2011. Paid return preparers must obtain and renew their PTIN annually.
(2) Tax return preparers register for a PTIN using an on-line system located at [ HYPERLINK "http://www.IRS.gov/taxpros" ] (internally this system is known as TPPS).  Return Preparers may also register for a PTIN by filing a paper application using [ HYPERLINK



"http://www.irs.gov/pub/irs-pdf/fw12.pdf" ], IRS Paid Preparer Tax Identification Number (PTIN) Application. The PTIN registration and annual renewal fee is currently $64.25.

(3) PTIN use is critical for C&E oversight and regulation of return preparers.  C&E will routinely review tax returns to identify individuals who use an identifying number other than a PTIN, fail to use an identifying number, or fail to sign tax returns they prepared. C&E has a number of tools you will become familiar with to detect returns that appear to be professionally prepared but are unsigned. Once identified any of the treatments discussed above may be used to address non-compliance.

**Properly Identify Themselves on Tax Returns - Ghost Return Preparer**

As noted earlier, paid return preparers are required to obtain a PTIN and use it on returns they prepare. Failure for a return preparer to properly identify themselves on a tax return comes in many forms as discussed below:

(1) Failing to report their identifying PTIN
   (a) The return appears to be self-prepared and there is no SSN, PTIN, EIN or other identifying number accompanying the return
   (b) *Scenario – A return that came into the RPO states "Self-Prepared" on the signature line*
(2) Using a valid identifier belonging to another person
   (a) The RP is reporting on the return a PTIN (may be inactive, deceased, stolen, etc) that does not belong to the individual preparing that return
   (b) *Scenario – A recently filed return is received by the Service reporting a PTIN of an individual preparer who died the year before.*
(3) Using an invalid identifier (PTIN, SSN, eg. 1111, or 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)
   (a) The RP is reporting on the return a PTIN that is invalid, or false and has never been issued or confirmed by the IRS
   (b) *Scenario – No PTIN has been issued beginning with a '1-9', thus any PTIN identified starting with a '1-9' would be deemed invalid.*

**Prepare accurate and compliant tax returns**

The RPO is designed to address the tax gap and improve taxpayer compliance by providing oversight of tax professionals. This approach makes sense because the majority of U.S. taxpayers rely on tax return preparers to assist them in meeting their federal tax filing obligations. Several IRS and other studies confirm that taxpayers who use tax return preparers generally follow their preparer's advice. The most efficient way for C&E to address taxpayer compliance is for us to engage in activities that ensure return preparers perform sufficient due diligence, adhere to professional standards and follow tax law.

## Investigative Techniques - Research Tools and Applications

As a C&E employee you will routinely research, collect, analyze and/or evaluate information that relates to return preparers.  There are a variety of research tools and systems available to assist you. A sample of the many research tools available are discussed below. You may not have access to all of these systems; if you believe you need and do not have access to a particular system discuss the justification with your manager:

Return Preparer Office, Compliance and Enforcement

BAH_0002270.0007



| System | Objectives / System Description | RP-Related C&E Compliance Attributes |
|---|---|---|
| **Accurint** | ▸ A web-based research tool for public records and asset and locator research.<br>▸ Accurint provides real and personal property data, motor vehicle information, state corporation data, personal credit header data, news, and business credit reports and other information.<br>▸ Additional information about Accurint may be obtained from : [ HYPERLINK "http://rnet.web.irs.gov/rs/accurint/index.htm" ] | ▸ Assists in determining the identification/location of ghost preparers by providing address, phone number, asset, license and internet domain information. |
| **A-CIS**<br>*AIMS Computer Information System* | ▸ A monitoring and reporting tool used to perform detailed analysis of tax cases<br>▸ A-CIS handles direct taxpayer information (IRC 6103) concerning returns under examination in campus, field, and office exam. | ▸ Assists in determining identification of an entity (an individual or a business) |
| **CDW**<br>*Compliance Data Warehouse* | ▸ CDW provides high quality data and information services, primarily to the Research community, in support of projects, analyses, and studies related to tax administration, enforcement, and customer service<br>▸ Prime data source for W&I Research to create their risk scores and detection thresholds | ▸ Provides data to identify behavioral populations and profiles for egregious return preparers<br>. |
| **Consumer Sentinel Warehouse** | ▸ A federal, state or local law enforcement agency investigative cyber tool that provides access to millions of consumer complaints.<br>▸ Access the Consumer Sentinel Network by submitting an application at: [ HYPERLINK "https://register.consumersentinel.gov/" ] (requires manager approval | ▸ Identifies other law enforcement agents targeting individuals of interest.<br>▸ Provides data collected by other agencies to identify potential victims (return preparer clients) |

BAH_0002270.0008



| | | |
|---|---|---|
| | and an organization pass code) | |
| **ERCS** *Examination Returns Control System* | ▸ An inventory system for controlling tax returns and technical time charges for returns under examination at the group level. <br> ▸ ERCS allows inventory to be tracked and monitored, i.e. statutes, assignments, location | ▸ Inventory system which allows return preparer penalty cases and related statute of limitations to be controlled, tracked and monitored |
| **ETA Preparer Database** | ▸ ETA Preparer Database is a comprehensive collection of return information for unique preparers that have filed 11 or more business and individual returns the prior filing year <br> ▸ Contains individual return information for every EFIN present on a return for the prior filing year <br> ▸ Preparers can be Electronic Return Originators (EROs), Enrolled Agents, Practitioner TIN applicants, and SIDN applicants | ▸ Data is aggregated at the RP level. The database provides detailed information for individual and business filings including increase/decrease from the prior filing year <br> ▸ Provides EFIN data including information on the business the EFIN was issued to and how many: <br> • Different preparers used the EFIN <br> • Returns the EFIN appeared on <br> • Preparers in this database used the EFIN <br> • RPs in this database filed with the EFIN |
| **IDRS** *Integrated Data Retrieval System* | ▸ A system consisting of databases and operating programs that support IRS employees working active tax cases within each business function across the entire IRS <br> ▸ This system manages data that has been retrieved from the Tax Master Files allowing IRS employees to take specific actions on taxpayer account issues, track status and post transaction updates back to the Master Files <br> ▸ [ HYPERLINK "http://serp.enterprise.irs.gov/databases/irm-sup.dr/job_aid.dr/command-code.dr/idrs_command" | ▸ Provides ability to review documented history of return preparer non-compliance which resulted in penalties <br> ▸ In conjunction with interface tools such as (GII) assists with case building and identification of clients |

BAH_0002270.0009



| | | |
|---|---|---|
| | _codes_job_aid.htm" ] | |
| **Internet** | ▸ A vast public information resource which can assist in the identification and location of ghost preparers | A sample of potential resources include:<br>▸ Bank Routing Numbers<br>  [ HYPERLINK "http://www.fededirectory.frb.org/search.cfm" ]<br>  Identify a bank by the routing number<br>▸ Finding People<br>  [ HYPERLINK "http://mysbse.web.irs.gov/Collection/collsystems/research/genreslinks/findpeo/default.aspx" ]<br>  Intranet site - links to various public   directories<br>▸ Domain Name registration<br>  [ HYPERLINK "http://drwhois.com/" ] , [ HYPERLINK "http://samspade.org/" ] ,<br>  [ HYPERLINK "http://www.betterwhois.com/" ] , [ HYPERLINK "http://www.allwhois.com/" ]<br>  Identify who an IP address belongs to<br>▸ Credit Cards<br>  [ HYPERLINK "http://www.bindatabase.net/" ]<br>  Provides identity of bank issuing a credit card |
| **NetReveal** | ▸ A proactive application that can be used to uncover networks of suspicious behavior to reveal the relationships between people and data that are unknown<br>▸ Data is presented in a visual manner to provide the user with clear and understandable connections. | ▸ Uncovers unknown relationships which provides the opportunity to identify previously undetected ghost preparers |
| **TPPS** Tax Professional PTIN System | ▸ PTIN registration system run by Accenture<br>▸ RPs utilize the system directly to register for a PTIN<br>▸ Case management functionality will be added to allow RPO teams (i.e., Suitability, Referrals, and C&E) to open and transfer cases within and outside the RPO | ▸ Research any active or non-active PTIN regulation documentation<br>▸ Access historical notes and information  on prior complaints |

BAH_0002270.0010



| yK-1 | ▸ The yK-1 system is a research, analysis and statistics tool which discovers and explores tax entities and their relationships<br>▸ Taxpayer data is collected from a variety of taxpayer forms including: K–1, 1040, 1041, 1065, 1120, 1120F, 1120FSC, 1120H, 1120L, 1120ND, 1120P, 1120PC, 1120REIT, 1120RIC, 1120S, 1120SF, 5227, 5500, and Form 990.<br>▸ Data includes Social Security number (SSN), employer identification number (EIN) and taxpayer identification number (TIN) information. | ▸ The yK-1 tool can be used to identify tax entities and related taxpayers to detect previously unknown connections<br>▸ Identifies areas of non–compliance involving flow–through entities. |
|---|---|---|

## Case Building

C&E responsibilities include workload detection, selection and inventory delivery.  Each program within C&E with inventory delivery requirements has established guidance and procedures for case building. You should refer to your program's standard operating procedures (SOPs) for detailed instructions. (Need references i.e. ghost, RP strategy SOPs when fully developed) An example of the Unidentified Return Preparer case building workflow is diagramed below.

BAH_0002270.0011





# Return Preparer Penalties

## Purpose

The purpose of proposing and assessing return preparer penalties is to encourage accountability, effect behavior and increase compliance with tax laws.  To be fair and effective penalties must be punitive enough to deter non-compliance.

There are a number of penalties authorized by the Internal Revenue Code (IRC) to assess when return preparer non-compliance is determined. These include penalties for behaviors and responsibilities, including but not limited to, return preparation, identification, disclosure, negotiation, record retention, and furnishing of copies of returns to taxpayers. Return preparer penalties are assessed on a per return basis and may be assessed in coordination with other penalty code sections if warranted.  Below is a list of preparer penalties you will most likely encounter as a C & E employee.

## Penalty Description

### IRC §6694(a) Understatement Due to Unrealistic Positions

IRC §6694(a) imposes a penalty on income tax return preparers who understate a liability if any part of the understatement is due to a position that does not have a realistic possibility of

BAH_0002270.0012



being sustained on its merits, the income tax return preparer knew or reasonably should have known of such position, and the position was not disclosed on the return or the position is frivolous.

*Note: Penalties imposed by IRC §6694(a) cannot be assessed on the same document for which the penalty under IRC §6701 (aiding and abetting) penalty is applied.*

**Penalty Amount**:  $250 for each return or claim.

**Reasonable Cause**:  If an income tax return preparer can establish there was a reasonable cause for the understatement or that the preparer acted in good faith then the preparer is not liable for the penalty.

**Assessment Statute**:  Must be assessed within 3 years of the filing date of the return or claim for which the penalty was assessed. The statute can be extended using Form 872-D, Consent to Extend the Time on Assessment of a Tax Return Preparer Penalty (IRC §6501(c)(4) and Rev. Rul. 78-245).

**Appeal Rights**:  IRC §6696(b) states that deficiency procedures do not apply to IRC §6694 penalties. The Treasury Regulations (current Treas. Reg. §1.6694-4(a)(2), and prior Treas. Reg. §1.6694-4(a)(1)), however, provide for pre-assessment appeal rights. The IRS will send a 30-day letter to the preparer notifying the preparer of proposed penalties under IRC §6694(a) offering the preparer an opportunity to request further administrative consideration through Appeals.

### *IRC §6694(b) Understatement due to Willful or Reckless Conduct*

IRC §6694(b) imposes a penalty on income tax return preparers who willfully understate, attempt in any manner to understate a liability, or who understate a liability due to reckless or intentional disregard for rules or regulations.

The IRC §6694(b) penalty is $1,000 for each return or claim. The penalty imposed by IRC §6694(b) is reduced by the penalty imposed by IRC §6694(a) if both penalties are applied to the same return or claim.

*Note: Penalties imposed by IRC §6694 (b) cannot be assessed on the same document for which the penalty under IRC §6701 (aiding and abetting) penalty is applied.*

**Reasonable Cause:**  There is no reasonable cause exception to the assertion of this penalty.

**Assessment Statute:**  The penalty imposed by IRC §6694(b) can be assessed at any time; there is no statute of limitations.

**Appeal Rights**:  IRC §6696(b) states that deficiency procedures do not apply to IRC §6694 penalties. The Treasury Regulations (current Treas. Reg. §1.6694-4(a)(2), and prior Treas. Reg.

BAH_0002270.0013



§1.6694-4(a)(1)), however, provide for pre-assessment appeal rights. The IRS will send a 30-day letter to the preparer notifying the preparer of proposed penalties under IRC §6694(b) offering the preparer an opportunity to request further administrative consideration through Appeals

### IRC §6695(a) Failure to Furnish Copy to Taxpayer

A signing tax return preparer who fails to furnish a complete copy of the return or claim to a taxpayer by the time the return or claim is presented for the taxpayer's signature is liable for a penalty of $50 per failure. The maximum penalty per person for documents filed during a calendar year is $25,000.

### IRC §6695(b) Failure to Sign Return

A signing tax return preparer who fails to sign a return or claim as required by the Treasury Regulations is liable for a penalty of $50 per failure. The maximum penalty per person for documents filed during a calendar year is $25,000.

### IRC §6695(c) Failure to Supply an Identification Number

A signing tax return preparer who fails to furnish an identifying number with respect to any return or claim for refund is liable for a penalty of $50 per failure. The maximum penalty per person for documents filed during a calendar year is $25,000.

*Note:  On March 25, 2010, the IRS issued proposed regulations to amend Treas. Reg. §1.6109-2. The proposed regulations require that, for tax returns filed after December 31, 2010, the only acceptable identifying number is an IRS-issued preparer tax identification number (PTIN). Return preparers who fail to furnish their PTIN will be subject to penalty under §6695(c). (Are these regulations final?)*

### IRC §6695(d) Failure to Retain Copy or List

A signing tax return preparer who fails to retain a copy of each return or claim prepared, fails to retain a list of the returns or claims, or fails to make the list available to the IRS upon request is liable for a penalty of $50 per failure. The maximum penalty per person for any return period is $25,000.

### IRC §6695(e) Failure to File Correct Tax Return Preparer Information Returns

 A person who is subject to IRC §6060 and Treas. Reg. §1.6060-1 (any person who employs signing tax return preparers and fails to file a return setting forth the name, taxpayer identification number and place of work for each preparer employed) is liable for a penalty of $50 for each failure to file the return. This person is also liable for a penalty of $50 for each failure to set forth an item required on such return. The maximum penalty per person for any return period is $25,000.

BAH_0002270.0014



### *IRC §6695(f) Negotiation of Check*

A tax return preparer who endorses or otherwise negotiates any check issued to a taxpayer is liable for a penalty of $500 for each check.

*Note: See Treas. Reg. Check §1.6695-1(f) for exceptions for tax-return-preparer banks and refund anticipation loans.*

### *IRC §6695(g) Failure to be Diligent in Determining Eligibility for Earned Income Credit*

A tax return preparer who fails to comply with the due diligence requirements imposed by the Treasury regulations for determining eligibility for, or the amount of, the earned income credit, is liable for a penalty of $100 for each failure filed on or prior to December 31, 2011 and $500 for each failure filed after December 31, 2011.

**Reasonable Cause:** IRC §6695 penalties are not assessed if the preparer can establish that failure to comply was due to reasonable cause. *Note: This does not apply to IRC §6695(f), there is no reasonable cause exception for assertion of this penalty.*

**Statute of Limitations**: All IRC §6695 penalties must be assessed within 3 years of the filing date of the related return or claim for refund on which the penalty is assessed. The statute can be extended using Form 872-D, Consent to Extend the Time on Assessment of a Tax Return Preparer Penalty, (IRC §6501(c)(4) and Rev. Rul. 78-245).

**Appeals Rights**: Although IRC §6696(b) states that deficiency procedures do not apply to IRC §6695 penalties, IRM 20.1.6.1.4.1, Appeal Rights, states that examiners will follow the procedures contained in Treas. Reg. §1.6694-4(a)(1) for IRC §6695 penalties (*except for IRC §6695(f) penalties*). A 30-day letter must be sent to the preparer notifying the preparer of proposed penalties under IRC §6695, and offering the preparer an opportunity to request further administrative consideration through Appeals. IRC §6695(f) may only appeal post-assessment.

### *IRC §6713– Disclosure or Use of Information by Preparers of Returns*

A tax return preparer who discloses any information furnished to him for or in connection with the preparation of any return or uses any such information for any purpose other than to prepare, or assist in preparing is liable for a penalty of $250 per occurrence, maximum amount to be asserted $10,000.

**Reasonable Cause:** There is no reasonable cause exception to the assertion of this penalty.

**Statute of Limitations**: The penalty imposed by IRC §6713 can be assessed at any time; there is no statute of limitations.

**Appeals Rights**: IRC §6713 may only appeal post-assessment.

BAH_0002270.0015



### *IRC §6701–Aiding and Abetting an Understatement of Tax*

An individual who assist others in understating their tax liabilities is liable for a penalty of $1,000 per document per taxable period. If the document relates to the tax liability of a corporation, then the penalty is increased to $10,000 per document

**Reasonable Cause:** There is no reasonable cause exception to the assertion of this penalty.

**Statute of Limitations**: The penalty imposed by IRC §6701 can be assessed at any time; there is no statute of limitations.

**Appeals Rights**: IRC §6701 may only appeal post-assessment After penalty is assessed and IRC 6703(c) Special Claim is disallowed.

*If you encounter a possible IRC § 6701 violation, a referral should be made to the SBSE Lead Development Center (LDC) using the referral form located at:* [ HYPERLINK "http://mysbse.web.irs.gov/AboutSBSE/Exam/at/ldc/default.aspx" \t "_parent" ]

## **Penalty Calculation and Assertion**

In additional to C&E SOPs, there are a number of resources and jobs aids to assist you in determining when a return preparer penalty is warranted, how to calculate/assess penalties and how to assemble/process your preparer penalty case file.

Preparer penalty procedures are available:

o IRM 20.1.6 Penalty Handbook: [ HYPERLINK "http://core.publish.no.irs.gov/irm/p20/ouopdf/irm20-001-006--2010-09-17--ouo.pdf" \t "_parent" ][ HYPERLINK "http://core.publish.no.irs.gov/irm/p20/ouopdf/irm20-001-006--2010-09-17--ouo.pdf" \t "_parent" ]
o SBSE Preparer Penalty: [ HYPERLINK "http://mysbse.web.irs.gov/exam/tip/rp/jobaids/12289.aspx" \t "_parent" ]
o Service-wide Preparer Penalty: [ HYPERLINK "http://sbseservicewide.web.irs.gov/penalty/news/188.aspx" \t "_parent" \o "http://sbseservicewide.web.irs.gov/penalty/news/188.aspx" ]

# **C&E Coordination with Other Organizations**

RPO compliance and enforcement is a cross-functional effort that requires significant coordination with various business operating divisions (BODs) and stakeholders.  To achieve our objectives you will work cooperatively with other organizations and functions in various compliance programs, strategies and enforcement activities. Many of the organizations you will interact with our discussed briefly below.

| Program / Organization | Return Preparer Compliance & Enforcement Activities |
|---|---|

BAH_0002270.0016



| | | |
|---|---|---|
| **Office of Professional Responsibility** | **Office of Professional Responsibility (OPR)** | ▸ Ensures tax professionals adherence to ethical conduct and professional standards |
| **Small Business/Self-Employed** | **Return Preparer Program (RPP)** | ▸ Conducts RP detection and selection activities through Area RPCs and coordinates with RAs in the field for application of RP Treatment<br>▸ Selects RPs for Treatment based on workplans<br>▸ Monitored by HQ Analysts in Exam Planning and Delivery and Exam Policy |
| | **Lead Development Center (LDC)** | ▸ Centralizes detection and selection of promoter and RP cases<br>▸ Receives, classifies, and develops referrals. Only authorized organization within SBSE to authorize an IRC 6700/6701 investigation<br>▸ Utilizes internal RP database to track RP leads from initial referral through case closure |
| | **Research** | ▸ Supports the creation and continuous improvement of detection and selection of non-compliant RPs for the Return Preparer Visitation Project<br>▸ Collects ideas for identification of non-compliant RPs in an effort to develop a quantitative method for evaluating the efficacy of these identification approaches |
| **Wage & Investment** | **Research** | ▸ Possesses extensive experience in developing RP Selection filters and continues to refine and improve their methods<br>▸ Supports a number of organizations within and outside of W&I (e.g., EITC, 10K letters, TIGTA data requests) with ad hoc RP research requests and efforts to identify non-compliant RPs<br>▸ Contains vast experience and knowledge of RP Selection filter design has the potential to inform the design and implementation of future-state RP Selection criteria |
| | **Office of Tax Correspondence** | ▸ Works with RPO to provide quality and plain language for notices and letters addressed to the return preparer community |
| | **Media & Publishing** | ▸ Assists with the development, design, publication and distribution of RPO correspondence and forms |
| **Criminal Investigation** | **Criminal Investigation, Scheme Development Centers** | ▸ Detects, selects and treats cases involving RP criminal activity<br>▸ Identifies some criminal RP leads through referrals, but identifies most criminal RP activity via Electronic Fraud Detection System (EFDS) and Return Preparer Assessment Tool (RPAT)<br>▸ Develops RP criminal cases in the nine Scheme Development Centers<br>▸ Sends schemes to the Area Field offices for investigation<br>▸ Applies only one type of treatment (criminal investigation) |

BAH_0002270.0017



| Research, Analysis & Statistics | Office of Program Evaluation and Risk Analysis (OPERA) | ▸ Engages in current discussions about potential RP research in support of the Office, both through RP Research Collaboration Meetings and internal OPERA discussions<br>▸ Collaborates with W&I Research and works to identify Unidentified RPs |
|---|---|---|

# Other Administrative Items (May be replaced by RPO level content)

## Security & Information Protection

You are responsible for protecting government property assigned to you and sensitive data in your custody.  Keep the following requirements in mind:

➤ Personally Identifiable Information (PII) and Sensitive but Unclassified (SBU) data must be protected. PII/SBU includes paper and electronic records such as computers disks, computer documents & files and thumb drives. This data should be locked in a desk or file cabinet when not in use.
➤ When PII or SBU is no longer needed it should be placed into a shred bin for disposal
➤ Protect your laptop with a cable lock during the day and by locking in a secure cabinet overnight. You should lock your computer screen when you step away from your desk.
➤ When transmitting sensitive data via email be sure to use the secure message encryption feature to minimize inadvertent disclosure.
➤ Pocket Commissions and Government Identification must be kept secured at all times. Government identification will be displayed in all IRS facilities.
➤ If there has been any type of security breach or loss of data you should immediately advise your manager and make a report to Computer Security Incident Reporting Center (CSIRC) at [ HYPERLINK "http://mits.web.irs.gov/Cybersecurity/Advise_Alert/Default.htm" ]

## Tour of Duty

The normal work week is five (5) eight (8) hour work days. Your normal tour of duty must fall within 6:00am and 6:00 pm. You are entitled to two breaks (fifteen minutes each) and a lunch period of 30 or 45 minutes depending on your tour of duty. You must secure approval from you immediate supervisor to work an Alternative Work Schedule (AWS). Any changes to your work schedule or work day must approved by your manager.

### Flexiplace

➤ If you meet the criteria for Flexiplace as outlined in Article 50 of the National Agreement you may be eligible for Flexiplace. Before you can work at an alternate site you must execute a Telework Agreement with your manager. A primary consideration for working

BAH_0002270.0018



from home or another approved location is that you have a secure work space to adequately protect government equipment and sensitive data.
➢ When working offsite you must be accessible by phone and computer. Your Outlook calendar should reflect your location and a telephone number where you can be contacted.
➢ All telework time must be reported in SETR. You must ensure that you properly record on your timesheet the hours you are at a flexiplace location.
➢ ELMS Course 19393 - Telework 101 for Employees: Making Telework for You, is a required ELMS course for all employees participating in the Telework/Flexiplace program. If you are new to the Flexiplace program you are required to take the training prior to participating in the Flexiplace program.

### *Leave Requests & Timekeeping*

All leave and/or credit hours worked/claimed must be approved in advance. So that your absence does not negatively impact work load demands you should plan and request leave in advance when possible.  Your manager will advise you of how leave should be requested.  If you are ill, you should notify your manager within two hours of the start of your tour of duty. If your illness or an emergency prevents this from happening, you should notify your manager as soon as possible thereafter.

Timekeeping for the pay period is generally due by **noon** of the second Thursday of each pay period

### *Travel Authorizations/Vouchers*

Depending on the nature of your position may require occasional or frequent travel. You must complete an authorization and secure approval prior to travel. Complete your travel voucher as soon as possible but no later than ten workdays following the travel end date indicated in the travel authorization. For additional travel guidance review the GovTrip website at:  [ HYPERLINK "https://govtrip.com/govtrip/site/index.jsp" ]

## Roles and Responsibilities

### *Role of Compliance and Enforcement Clerk*

C&E clerks provide administrative and clerical support Clerical responsibilities include case processing, maintenance of office files, answering and routing telephone inquiries, receiving, routing and distributing mail, maintaining and ordering office supplies, timekeeping and other duties as assigned to support the manager and work group.

### *Role of Administrative Support*

The administrative assistant for Chief, Compliance and Enforcement provides administrative/management services essential to the operation and management of the C&E organization.  The administrative assistant performs office management duties such as distributing and consolidating information, maintaining the C&E SharePoint site, answering

BAH_0002270.0019



and directing calls, maintaining personnel files, timekeeping, ordering supplies and other administrative duties as assigned.

### Role of Compliance and Enforcement Social Scientist

The Social Scientist lead the initiation, planning, implementation, controlling, modifying, and executing of various research projects involving return preparers. The C&E Social Scientist supports the development of techniques, technology and tools that improve our understanding and modeling of return preparer behavior. Social Scientist collaborates with research organizations such as OPERA, WIRA and SBSE Research to conceive, formulate, and conduct research to identify behavioral segments and profiles for return preparers we will treat.

### Role of Compliance and Enforcement PTIN Analyst

The PTIN analyst primarily focuses their efforts on the identification and selection of return preparers who are failing to comply with the PTIN mandate.  In addition, through review and analysis of documentation and data, the PTIN analyst applies appropriate treatment methods including but not limited to penalty application.  Analysts are called upon ad hoc to share their expertise with internal/external stakeholders to ensure visibility and help promote return preparer compliance with respect to the PTIN mandate.

### Role of Compliance and Enforcement Analyst

C& E Analysts review preparer trends to identify key enforcement areas, analyze systemic detection tools and recommend performance enhancements, determine cost effective and innovative compliance treatments for non-compliant return preparers, assist with planning and execution of annual Return Preparer Strategy, prepare guidelines and/or other instructions for various return preparer programs and identify performance measures to track effectiveness of C&E activities, treatments and strategies.

### Role of Compliance and Enforcement Technical Analyst

C&E Technical Analysts perform technical, analytical, and evaluate reviews on detection and treatment methods for individuals utilizing no or invalid PTINs or not otherwise conforming to PTIN regulations. Technical Analyst work includes planning, coordinating, and conducting analytical studies and/or projects, providing recommendation for treatment activities and reviewing historical data to identify potential leads.

BAH_0002270.0020