# EXHIBIT BY

| | |
|---|---|
| **From:** | u=USA/O=BOOZ ALLEN HAMILTON/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=516387 on behalf of "Gould, Christian [USA]" <gould_christian@bah.com> |
| **Sent:** | Fri, 30 Apr 2010 01:36:50 +0000 (UTC) |
| **To:** | "Galley, Paul [USA]" <galley_paul@bah.com> |
| **Cc:** | "Luhring, Brett [USA]" <luhring_brett@bah.com> |
| **Subject:** | User fee deliverables... |
| **Attachments:** | User Fee Work Products.zip |

Paul,

Attached are the user fee deliverables:

- Registration User fee tool
- User Fee Manual
- User Fee Executive Briefing (includes summaries of all user fees)
- Testing and CE User fee tool

One thing to consider before any official "submission." We should be careful what we post to any site that TIGTA has access to. Nicole would like all the tools "pdf-ed" to avoid any unnecessary confusion that could arise from auditors digging around the tools hidden formulas, etc. The testing and CE user fees are still draft and will be finalized over the next week or two as we get reviews from David and other execs. At that point we can eliminate the high and low assumptions and create PDFs to share with TIGTA.

-C