# EXHIBIT BZ

**To:** Williams Eva[Eva.Williams@irs.gov]; 'Gould, Christian [USA]'[gould_christian@bah.com]
**Cc:** 'Luhring, Brett [USA]'[luhring_brett@bah.com]; Reynard Melissa L[melissa.l.reynard@irs.gov]
**From:** Myers Nicole L
**Sent:** Mon 5/3/2010 4:02:13 PM (UTC)
**Subject:** RE: Registration user fee analysis...

Eva - Oh, ok. That makes sense and I'm fine with this approach. Thanks so much!

P.S. The formal announcement on the vendor is expected later today...stay tuned!!!

---

**From:** Williams Eva
**Sent:** Friday, April 30, 2010 12:46 PM
**To:** Myers Nicole L; 'Gould, Christian [USA]'
**Cc:** 'Luhring, Brett [USA]'
**Subject:** RE: Registration user fee analysis...

I may have confused you. At this time, I need one version – the final.

We are required to do a biennial review of user fee charges. So at the end of ten years, we should have 5 sets of calculations – the final initial and the final ones done for each subsequent two-year cycle. (That is what I meant when I typed "versions" which was a very poor choice of words.) We are very sensitive to maintaining this data because TIGTA just did an audit of calculations for the installment agreement user fees going back to 1994 and the CFO, not the business unit, was on the hook for maintaining this information.

Also, just so you are comfortable, we are not talking to any auditors about this fee. If they called we would send them to you. Unless of course you were sending them to me because of some of the costing guidance we gave you. We are always available to help you with that.

**From:** Myers Nicole L
**Sent:** Friday, April 30, 2010 12:23 PM
**To:** Williams Eva; 'Gould, Christian [USA]'
**Cc:** 'Luhring, Brett [USA]'
**Subject:** RE: Registration user fee analysis...

Eva - Unfortunately, the current TIGTA auditors are already asking for the detail. We provided them with PDF versions of the assumptions and summary tabs. They now want to see the details spreadsheet. We plan to send them a PDF version of the entire model. Providing all versions is a different issue, and we may need to think about what that truly means.

Nicole L. Myers
Return Preparer Implementation Project Office
Phone/VMS (202) 622-4935
Blackberry: (202) 841-7665

---

**From:** Williams Eva
**Sent:** Friday, April 30, 2010 11:33 AM
**To:** 'Gould, Christian [USA]'
**Cc:** Luhring, Brett [USA]; Myers Nicole L
**Subject:** RE: Registration user fee analysis...

**Exhibit PI 235**
11/18/2021

In the words of the Hitchhiker's Guide to the Galaxy – Don't Panic. They are not asking for anything now. And David owns it until the final regulation with the rate is published.

As managers of the user fee program, we have to make sure that when the auditors come back in 10 years we have the costing documents in our files so it is important we have the final version. (We have one program that brings in about $200 million a year and every two years a different analyst works on the costing. Getting all the versions for a ten year period was like having an autopsy without the benefit of dying first. TIGTA nailed us in that audit for not having all the versions in the CFO files.)

For our FY 2011 financial statement audit (because I assume FY 2010 collections will be minimal) we will work with the program office and financial auditors to determine a plan to audit the revenue. We should start those discussions in the December timeframe so electronic revenue files are available for the auditors in June, 2011.

USA-0035819

**From:** Gould, Christian [USA] [mailto:gould_christian@bah.com]
**Sent:** Friday, April 30, 2010 11:21 AM
**To:** Williams Eva
**Cc:** Luhring, Brett [USA]; Myers Nicole L
**Subject:** RE: Registration user fee analysis...
**Importance:** High

Eva,

There have been some ongoing discussions on what is appropriate to share with TIGTA or GAO. I'm unaware of any final decisions that were made with respect to those discussions so we may want to hold off. Nicole, can you provide some guidance? Apologies if I'm just confusing the matter.

-C

---

**From:** Williams Eva [mailto:Eva.Williams@irs.gov]
**Sent:** Friday, April 30, 2010 10:37 AM
**To:** Gould, Christian [USA]
**Cc:** Luhring, Brett [USA]
**Subject:** RE: Registration user fee analysis...

Thanks.

We keep the historical files that TIGTA and GAO come back to audit for user fee calculations and it is always best to have the last version.

When we do this exercise in 2012, I plan to use this worksheet so we are not reinventing the wheel.

---

**From:** Gould, Christian [USA] [mailto:gould_christian@bah.com]
**Sent:** Friday, April 30, 2010 10:35 AM
**To:** Williams Eva
**Cc:** Luhring, Brett [USA]
**Subject:** RE: Registration user fee analysis...

Eva,

Attached is the latest version. We did some IV&V and cleaned up a few things to remove references to external workbooks, etc.

-C

---

**From:** Williams Eva [mailto:Eva.Williams@irs.gov]
**Sent:** Friday, April 30, 2010 10:30 AM
**To:** Gould, Christian [USA]
**Subject:** FW: Registration user fee analysis...

Is this your final version of the user fee model? I seem to recall that you may have been doing some clean up but I am not sure why I thought that.

---

**From:** Gould, Christian [USA] [mailto:gould_christian@bah.com]
**Sent:** Thursday, April 08, 2010 1:54 PM
**To:** Williams Eva
**Subject:** Registration user fee analysis...

Attached. Please let me know if you have any questions or comments.

-C

USA-0035820