# EXHIBIT CA

| | | |
|---|---|---|
| ![IRS logo] | **MANUAL TRANSMITTAL** | **1.35.19** |
| | Department of the Treasury<br>Internal Revenue Service | **JULY 19, 2016** |

**EFFECTIVE DATE**

(07-19-2016)

**PURPOSE**

(1)  This transmits new IRM 1.35.19, Financial Accounting, *User Fees*.

**MATERIAL CHANGES**

(1)  IRM 1.32.19, *Servicewide Travel Policies and Procedures, User Fees*, dated November 8, 2012, has been superseded. Current guidance previously found in IRM 1.32.19, Servicewide Travel Polices and Procedures, *User Fees*, has been renumbered and moved to new IRM 1.35.19, Financial Accounting, *User Fees*, to ensure all Financial Accounting IRMs are in the same IRM section.

(2)  IRM 1.35.19.5, *Definitions*, added definition for Corporate Overhead Rate and deleted definition for Overhead Rate.

(3)  IRM 1.35.19.7.2.1 k), *Director, Cost Accounting Office*, added paragraph to address responsibilities for implementing new user fees.

(4)  IRM 1.35.19.7.2.5 a) and d), *Beckley Finance Center*, revised wording to clarify responsibilities.

(5)  IRM 1.35.19.7.4 e), *Business Units*, added language to ensure business units are responsible for maintaining documentation.

(6)  IRM 1.35.19.7.4, *Business Units*, added paragraphs j, k, and l to make business units responsible for researching debit vouchers, providing additional information necessary to process refunds, and to identify user fees that need to be revised in order for the IRS to better achieve it's mission.

(7)  IRM 1.35.19.7.4(3), *Requirements for Deposit of Funds*, revised wording to clarify that authorization comes from public laws and are codified.

(8)  IRM 1.35.19.7.4(4), *Requirements for Deposit of Funds*, inserted specific code section.

(9)  IRM 1.35.19.9.1(5), *31 USC 9701, Fees and Charges for Government Services and Things of Value*, added additional language to ensure user fees do not impact tax administration or taxpayer rights.

(10) IRM 1.35.19.16(4), *The Freedom of Information Act*, inserted specific code section.

(11) IRM 1.35.19.19(3), *Biennial Review of User Fees*, removed last sentence requiring business units to incorporate inflation into the costing model and added a sentence requiring the analysis of costing to consider the impact on voluntary compliance and increase to enforcement.

(12) IRM 1.35.19.20, *Review and Implementation of New User Fees*, the following changes were made:

    a. Changed title of to "Annual Review of User Fees."
    b. Added a new first paragraph to require the business units to consider if newly implemented fees or existing fees have an impact on tax administration and to make appropriate recommendations.
    c. Inserted new paragraph (2) e) for business units to consider the effect of the fee on voluntary compliance, taxpayer burden, taxpayer rights.
    d. Inserted new paragraph (2) f) for business units to consider the change in demand for the service as a result of a user fee.

|  |  |
|---|---|
| | b. Collecting and reporting user fees within the business unit program area.<br>c. Providing quarterly estimates of projected volumes, revenue, and annual estimates for the subsequent ten years.<br>d. Providing BFC with monthly activity reports and/or explanations of actual to budget variances within three days of the end of the month.<br>e. Executing the biennial review of user fee activities, including maintaining documentation that supports the cost estimates.<br>f. Maintaining and tracking information on revenue and volumes to support the financial audit.<br>g. Implementing changes to legacy systems used to capture and track user fees.<br>h. Providing the BFC with daily deposit tickets to support entry of revenue into IFS within 24 hours.<br>i. Reviewing all activities annually for potential new user fees.<br>j. Researching debit vouchers and updating case load systems payment information.<br>k. Providing BFC refund schedules that include original date of collection.<br>l. Identifying areas of concern in relation to user fee rates or activities that may need to be revised to better achieve IRS's mission. |
| 1.35.19.8<br>(11-08-2012)<br>**Requirements for Deposit of Funds** | (1) Under 31 USC 3302, *Custodians of Money*, absent specific statutory authority, agencies must promptly deposit any funds received for government use to the General Fund.<br><br>(2) *Treasury, Postal Service and General Appropriations Act, 1995,* PL 103–329, provide the authority for the IRS to spend up to $119 million per fiscal year of new or increased user fee receipts implemented as of September 30, 1994. The *2006 Treasury Appropriation Act*, PL 109–115, remove the annual $119 million ceiling from PL 103–329.<br><br>(3) 26 USC 7809, *Deposit of Collections*, authorizes the user fee receipts to reimburse the appropriation that incurred expenses under the following code sections:<br><br>    a. 26 USC 6103, *Confidentiality and Disclosure of Returns and Return Information*.<br>    b. 26 USC 6108, *Statistical Publications and Studies*.<br>    c. 26 USC 6110, *Public Inspection of Written Determinations*.<br><br>(4) The Pension Protection Act of 2006 requires user fees collected for historic conservation easements to be spent on enforcement activities related to charitable contribution deductions for historic conservation easements. This public law is codified in 26 USC 170(f)(13), *Charitable, etc., Contributions and Gifts*. |
| 1.35.19.9<br>(07-19-2016)<br>**31 USC 9701, Fees and Charges for Government Services and Things of Value** | (1) Title 31 USC Section 9701, *Fees and Charges for Government Services and Things of Value*, provides for the collection of user fees where the government provides special benefits to a recipient beyond those accruing to the general public. The IRS collects fees not covered by other legislation under this authority.<br><br>(2) ==IRS implements user fees under 31 USC 9701, *Fees and Charges for Government Services and Things of Value*, by regulation.== |

(3) Title 31 USC Section 9701, *Fees and Charges for Government Services and Things of Value*, requires the IRS to charge full cost or obtain a waiver from OMB to charge less-than full cost.

(4) The IRS collects the following fees for the following activities:

  a. Installment Agreements *(see IRM 1.35.19.21.1)*.
  b. Offers-in-Compromise *(see IRM 1.35.19.21.2)*.
  c. Enrollments and Renewals of Enrollment of Enrolled Actuaries *(see IRM 1.35.19.21.3)*.
  d. Enrollments and Renewals of Enrollment of Enrolled Agents *(see IRM 1.35.19.21.4)*.
  e. Special Enrollment Examinations for Enrolled Agents *(see IRM 1.35.19.21.5)*.
  f. Obtaining and Renewing Preparer Tax Identification Numbers *(see IRM 1.35.19.21.6)*.

1.35.19.9.1
(11-08-2012)
**OMB Circular A-25, User Charges**

(1) OMB Circular A-25, *User Charges,* provides presidential policies to government agency executives establishing and charging user fees for special benefits provided to an identifiable recipient beyond those accruing to the general public. The charge imposed recovers full cost to the Federal Government for providing the special benefit or the market price.

(2) Full cost includes all direct and indirect costs to any part of the Federal Government of providing a good, resource, or service.

(3) A special benefit enables the beneficiary to obtain more immediate or substantial gains or values than those that accrue to the general public, provides business stability, or contributes to public confidence in the business activity or beneficiary, or is performed at the request of or for the convenience of the recipient, and is beyond the services regularly received by other members of the same industry or group or general public.

(4) Market price is the price for the good, resource, or service based on competition in open markets, and creates neither a shortage nor a surplus of the good. When a substantial competitive demand exists, competitive bidding or reference to prevailing prices in competitive markets for goods, resources, or services that are similar to those provided by the Government determines the market price.

(5) Agency heads or their designee may recommend to OMB exceptions to the general policy when the cost of collecting the fees would represent an unduly large part of the fee for the activity or any other condition exists that, in the opinion of the agency head or his/her designee, justifies an exception. IRS considers the impact of the user fee on low income taxpayers, tax administration, taxpayer rights, and the cost of collecting the fees when determining the user fee rate and whether to request a waiver, if necessary. For example, the IRS will avoid a fee or seek an exception or waiver if the fee would reduce access to services by low income taxpayers, combine with other costs to create excessive taxpayer burden, or impair tax administration.

USA-0034821