# EXHIBIT CB

August 16, 2010 – 10:30 am – Conference Call

Attendees:
 [x] David Williams
[x] Nicole Myers
[x] Laure Baek
[x] Leann Ruff
[x] Lisa Hernandez
[x] Larry Orozco
[x] Melissa Reynard
[x] Jim Kurdziel
[x] Deborah Butler
[x] Rod McArthur
[x] Brett Luhring
[x] Paul Galley
[x] Patricia Lee
[x] Tracey Tomkins
[x] Vivian Lee
[x] Christian Gould
[ ] Rich Goldstein
[ ] Stephanie Burch
[ ] Marlene Aquino

Agenda

Review last week's activities

Discuss this week's activities, issues and other topics


Actions, Issues and Decisions


Actions, Issues and Decisions (copied from notes below)

OwnerDue Date

DecisionCommissioner agreed to Accenture portion of User Fee at $14.25Commissioner

DecisionPTIN legacy system will be shut down by COB 08/21/10Melissa Reynard08/11/10

ActionHearing for the User fee regulation scheduled for the 8/24/10. Deborah Butler08/24/10

ActionMeeting with Nicole to discuss terrorist watch list process and implementation detailsRod McArthur08/18/10

ActionMeeting with GAO regarding the e-file mandateJim Kurdziel08/19/10

ActionCreate a waiver and exemption process for the first yearJim Kurdziel

ActionNeed to approve language regarding PTIN system shutdown and issuance for phone message and IRS.govMelissa Reynard08/18/10

Discussion (David Williams)

Moving closer to the September 1, 2010 launch of the IRS Tax Professional PTIN System (2 ½ weeks away)

Lisa is in Reston beginning the end to end testing and working with Accenture to correct almost 100 system issues found during User Acceptance Testing

Met with Nancy Seiger on Friday and she is confident the system is ready for "go-live"

Decision: Commissioner agreed to the Accenture portion of the PTIN User Fee of $14.25 fee; total User Fee is now $64.25

Regulations (Deborah Butler)

Action: Hearing for the PTIN User fee regulation is scheduled for August 24, 2010; almost all public comments received were negative, but expected

Process to incorporate all public comments is expected to go through the week of the August 30, 210 and it is unlikely the process will be completed and ready for Treasury by September 1, 2010

Treasury approval will take at least a week and should begin the week of the August 30, 2010

==Without the regulation published, the IRS will not be able to take money from return preparers at the proposed soft launch in San Diego==

Final PTIN and Circular 230 regulations are in final clearance at Treasury

C/E Requirement (Larry Orozco)

Looking into three different options for delaying the CE requirement

Press forward with current proposed CE process

Delay requirements until next year

Offer online classes

Communications (Leann Ruf)

Preparing for next news release outlining the full PTIN User Fee

Compliance and Enforcement (Rod McArthur)

Action: Meeting with Nicole to discuss terrorist watch list process and implementation details on August 18, 2010

e-file Mandate (Jim Kurdziel)

Action: Meeting with GAO on August 19, 2010 regarding the e-file mandate

Action: Creating a waiver and exemption process for the first year

Governance/System-wide Impact (Melissa Reynard)

Decision: PTIN legacy system will be shut down by COB August 21, 2010; will meet with MITS about PTIN system shut down

Action: Need to approve language regarding PTIN system shutdown and issuance for phone message and IRS.gov by August 18, 2010

IRS RP Implementation Team - Meeting Minutes
Core Team Weekly Meeting

PAGE \* MERGEFORMAT 1