# EXHIBIT CC



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

RETURN PREPARER OFFICE

June 13, 2013

MEMORANDUM FOR CHIEF FINANCIAL OFFICER

FROM:   Carol A. Campbell
        Director, Return Preparer Office

SUBJECT:   Biennial Review of User Fee Charges

We have reviewed the cost of our user fees listed below. We have shared our calculations with your Office of Cost Accounting and they have agreed with our cost methodology and results.

- Preparer Tax Identification Number (PTIN)
- Enrolled Agent (EA) and Enrolled Retirement Plan Agent (ERPA)
- Enrolled Actuary
- Registered Tax Return Preparer (RTRP) Examination
- Special Enrollment Examination (SEE) and the ERPA Examination

We propose that each of our current fees remain the same at this time. Below are the current user fee rates and the full cost of the activities.

- The cost for PTIN enrollment has increased from the current $50.00 to $54.47. Due to the minimal difference, we are requesting the fee remain unchanged at this time.

- The cost for EA and ERPA enrollment continues at the current rate of $30. We are requesting no change at this time.

- The cost for Enrolled Actuary enrollment has decreased from $250.00 to $248.42. Due to the minimal difference, we are requesting no change at this time.

- We are unable to determine a new cost estimate for the RTRP Examination, the SEE Examination and the ERPA Examination because of the ongoing lawsuit *Loving v. IRS*. We propose that the rates for these examinations remain the

Exhibit PI 209
11/16/2021

USA-0034630

2

same until we can determine the full cost of this activity and the total population that will pay the fee.

If you have any questions, please contact me, or a member of your staff may contact Karen Hunter-Thomas, Director, Strategy and Finance, Return Preparer Office, at (703) 414-2121.

USA-0034631