# EXHIBIT CD

**This document has been produced in native format and also has been designated as CONFIDENTIAL**

**Filename:**      **IRS_RPI_Organizational Design for Sept 1_v.0.1_06-23-10.pptx**

**Exhibit
PI 248**
12/16/2021

BAH_0000704

# IRS Tax Professional Project Office



Department of the Treasury
**Internal Revenue Service**

## Draft Organizational Design
## Operations on 9/1/2010

*Washington, DC*
*June 24, 2010*

*FOR INTERNAL USE ONLY*

BAH_0000704.0001

## The Tax Professional Program Office will stand-up in phases based on the critical nature and/or workload associated with the activities

- The Long Term Program Office will consist of 411 FTE organized into major units based on logical groupings of key activities
- Key Long-Term Organizational Design Notes:
  - OPR has been subsumed into the Tax Professional Program Office
  - Traditional enforcement will be directed and funded the Program Office but performed by the BODS. New enforcement activities (TBD) will be performed by the Program Office
  - FTE counts are based upon User Fee calculations as of June 24, 2010

- In the short-term (Sept 1, 2010) the program office will require several key functions to:
  - Implement the return preparer registration system
  - Review of Continuing Education applications and providing customer support
  - Ensure the suitability of registrants through Tax Compliance checks and Background Verifications
  - Continue the roll out of activities through policy development and executive oversight (on-boarding, training, etc)

2

BAH_0000704.0002



## The long-term Program design features 411 FTE and rolls OPR into the Program Office with Enforcement handled by the BODs

BAH_0000704.0003



Initial operating capability will consist of 123 FTE staffing only key areas required for Program Office start-up

# Resources will be required to conduct core activities/functions for the Tax Professional Program Office on September 1, 2010

| Function | FTE | Staff Profile | | Description of September 1 Activities |
|---|---|---|---|---|
| | | GS Level | # | |
| Office of the Director | 3 | SES | 1 | The program will require executive leadership to continue in the deployment and implementation of program capabilities.  This executive will be responsible for coordinating with the implementation team, key stakeholders and new program staff.  This staff will consist of a director, deputy and assistant. |
| | | 15 | 1 | |
| | | 9 | 1 | |
| Policy and Analysis | 5 | 15 | 1 | The program will require dedicated policy and analysis staff to help stand up the continued program support activities.  These staff will assist in the development of key policy decisions as the program continues stand up and will liaison with key internal IRS and other government stakeholders. |
| | | 14 | 1 | |
| | | 13 | 2 | |
| | | 12 | 1 | |
| Operations Support | 6 | 14 | 2 | The program will require staff to assist in the stand up of operations within the unit.  This includes working with vendors (registration and testing), continuing the development of standard operating procedures, assisting in the development of training plans and helping with the transition of staff into new positions. |
| | | 13 | 3 | |
| | | 7 | 1 | |
| Ethical Conduct Unit | 14 | 15 | 3 | The program will require staff to handle investigations and subsequent cases related to unethical conduct of registered preparers.  This includes the investigation, negotiation and any sanction of return preparers with professional designation (Enrolled Agents, Attorneys, etc).  These staff will also handle the evaluation and prioritization of referrals from the public. |
| | | 12 | 11 | |
| Verification Unit | 23 | 15 | 2 | The program will require staff to review circumstances around registrants self reported criminal history.  Although background checks will be required at the time of testing, no return preparers registering before June 2011 will have to undergo a complete background check until they test (deadline December 2013).  These staff will make enrollment recommendations about whether registered return preparers will be allowed to continue use of provisional PTINs. |
| | | 12 | 9 | |
| | | 11 | 8 | |
| | | 7 | 3 | |
| | | 5 | 1 | |

Note: FTE figures developed based upon data from User Fee Calculations.  In some cases, partial FTE were rounded to whole staff.

5

BAH_0000704.0005

## Resources will be required to conduct core activities/functions for the Tax Professional Program Office on September 1, 2010 (con't)

| Function | FTE | Staff Profile | | Description of September 1 Activities |
|---|---|---|---|---|
| | | GS Level | # | |
| Tax Compliance Unit | 30 | 15 | 2 | The program will require staff to conduct initial reviews of self identified tax compliance issues. Although systemic checks will be available in early April, these staff will begin processing personal tax compliance cases and make enrollment recommendations about whether registered return preparers will be allowed to continue use of provisional PTINs. |
| | | 12 | 23 | |
| | | 5 | 5 | |
| Continuing Education Unit | 8 | 5 | 1 | The program will require staff to continue support of Continuing Education provider approval process. Due to an anticipated increase in applications, an estimated 8 staff will be required to support collection of applications, evaluation of course material, and processing of appeals. After opening the application in E-Trak, staff will assess each application for content, review proposed program scope and purpose, validate program rigor to justify proposed credit hours, examine instructor background, and communicate decision. |
| | | 7 | 2 | |
| | | 12 | 5 | |
| Tax Compliance Issue Resolution | 25 | 15 | 5 | The program will require staff to review the recommendations made or questions posed by the Tax Compliance and Verification units and make a final determination if the registered preparer can continue participation in the program. These staff will be primarily focused on registered preparers with some type of professional designation (Attorney, CPA, etc). |
| | | 13 | 20 | |
| Strategic Communication Unit | 5 | 14 | 4 | The program will require staff to provide oversight and coordination of all ongoing communications to government and external stakeholders. This office will develop marketing and branding materials to guide the release of any forms, publications or other communications. The staff will develop communications tools through various media to further stakeholder outreach. |
| | | 13 | 1 | |
| Total FTE | 119 | | | |

Note: FTE figures developed based upon data from User Fee Calculations. In some cases, partial FTE were rounded to whole staff.

6

BAH_0000704.0006

## Next Steps

- Validate long-term FTE allocations and organizational design
- Validate short-term activities and FTE needs for 9/1 stand-up
- Define union requirements needed to implement short-term operations
- Discuss impacts of rolling e-file under the purview of the Program Office

7

BAH_0000704.0007



Appendix

8

BAH_0000704.0008

# The long-term Suitability Division (Tax Compliance Unit) will employ 51 FTE to support program compliance activities



- Key Questions:
  - How should functions be aligned to single offices / units to account for workload balancing (of cyclical work), breadth of career tracks, end-to-end process quality, etc?
  - Will the IRS accept virtual offices?  Are there geographical concerns?
  - Are there opportunities for outsourcing available?

9

BAH_0000704.0009

# The 51 FTEs within the Tax Compliance Unit comprise of various positions, responsibilities, and reporting structures

**Tax Compliance Unit Long-Term**

| POSITION | GRADE | # FTE | RESPONSIBILITIES | SKILLS | ~~REPORTS TO~~ |
|---|---|---|---|---|---|
| Sr. Manager, Program Compliance | GS-15 | | • Oversee and manage the team activities<br>• Additional briefings by Attorney to appellate authority if RP loses case and pursues an appeal. | | Suitability Office Director |
| Manager, Program Compliance | GS-15 | | • Oversee and manage the team activities<br>• Develop allegation letter and correspond with taxpayer<br>• Negotiate with RP and resolve case | | Sr. Manager, Program Compliance |
| Team Member, Program Compliance | GS-12 | | • Contact RP for explanation of circumstances surrounding non-compliance<br>• Review level of self reported non-compliance and determine if it meets criteria set for future noncompliant status<br>• Remove Temp PTIN for RPs with sustained non-compliance<br>• Identify and validate SSNs of RPs that have tax compliance issues<br>• Contact RP via email or letter and notify them of obligations and/or the activities being taken to remove them from the program | | Manager, Program Compliance |
| | GS 5 | | | | |

NOTIONAL

10

# The short-term Suitability Division (Tax Compliance Unit) will employ 30 FTE to support program compliance activities



BAH_0000704.0011

# The 30 FTEs within the Tax Compliance Unit comprise of various positions, responsibilities, and reporting structures

## Tax Compliance Unit Short-Term

| POSITION | GRADE | # FTE | RESPONSIBILITIES | SKILLS | REP... |
|----------|-------|-------|------------------|--------|--------|
| Sr. Manager, Program Compliance | GS-15 | 1 | • Oversee and manage the team activities<br>• Additional briefings by Attorney to appellate authority if RP loses case and pursues an appeal. | | Suitability Office Director |
| Manager, Program Compliance | GS-15 | 1 | • Oversee and manage the team activities<br>• Develop allegation letter and correspond with taxpayer<br>• Negotiate with RP and resolve case | | Sr. Manager, Program Compliance |
| Team Member, Program Compliance | GS-12 | 23 | • Contact RP for explanation of circumstances surrounding non-compliance<br>• Review level of self reported non-compliance and determine if it meets criteria set for future noncompliant status<br>• Remove Temp PTIN for RPs with sustained non-compliance<br>• Identify and validate SSNs of RPs that have tax compliance issues<br>• Contact RP via email or letter and notify them of obligations and/or the activities being taken to remove them from the program | | Manager, Program Compliance |
| | GS-5 | | | | |

*NOTIONAL*

12