# EXHIBIT CF

**Brittany Montrois**

| | |
|---|---|
| From: | TaxPro_PTIN@irs.gov |
| Sent: | Friday, December 21, 2012 3:32 PM |
| To: | bmontrois@bmontroiscpa.com |
| Subject: | Payment Confirmation for PTIN Sign-up (Renewal) |



*** PLEASE DO NOT RESPOND TO THIS EMAIL ***

Thank you for submitting your payment for PTIN Sign-up (Renewal). This email is to confirm that on Dec-21-2012, you authorized IRS Tax Professional PTIN Fee to charge the credit card listed below on the scheduled payment date.

| | |
|---|---|
| Confirmation Number: | RPRIRS░░░6420 |
| Confirmation Date (ET): | Dec-21-2012 03:29:53 PM |
| Payer Name: | Brittany Montrois |
| Amount Due: | $63.00 |
| Payment Amount: | $63.00 |
| Scheduled Payment Date: | Dec-21-2012 |
| Account Nickname: | work card |
| Cardholder Name: | Brittany L Montrois |
| Card Number: | XXXXXXXXXXXX░░░ |
| Card Type: | Visa Credit |

Thank you for using the IRS Tax Professional PTIN Fee electronic payment system.

Montrois000010