# EXHIBIT CG



| Department of Treasury | | Letter | 4644 |
| Internal Revenue Service | | Date | January 20, 2015 |
| 104 Brookeridge Drive #5000 | | To contact us | Phone 1-877-613-7846 |
| Waterloo, IA 50702 | | | TTY 1-877-613-3686 |
| | | | 8 a.m.- 5 p.m. CT |

ADAM STEELE

In response to your Preparer Tax Identification Number (PTIN) application

## We're unable to process your application

We received your application for a PTIN, but:

A payment is missing. Submit a check to IRS Tax Pro PTIN Fee for the correct amount ($63.00) along with the payment voucher below.

**Your PTIN information**

| Name | ADAM STEELE |
| Application Received | 01/20/2015 |
| Fee | $63.00 |
| PTIN status | Pending |

**What you need to do**

**If we returned your application with this letter:**

- Resubmit a complete Form W-12, *IRS Paid Preparer Tax Identification Number (PTIN) Application and Renewal*, along with the correct payment amount to the address on this letter.

---

 

| | | Letter | 4644 |
| | | Notice date | January 20, 2015 |

## Payment

- Make your check or money order payable to IRS Tax Pro PTIN Fee.
- Write your PTIN on your payment and any correspondence.

INTERNAL REVENUE SERVICE
PTIN PROCESSING
104 BROOKERIDGE DRIVE #5000
WATERLOO, IA  50702

| Amount due for PTIN application fee | $63.00 |
| --- | --- |

**Letter 4644 (Rev 4-2013)**
Catalog Number 55943E

Steele000073



| | |
|---|---|
| **Department of Treasury** | **Letter** 4644 |
| **Internal Revenue Service** | **Date** January 20, 2015 |
| 104 Brookeridge Drive #5000 | **To contact us** Phone 1-877-613-7846 |
| Waterloo, IA 50702 | TTY 1-877-613-3686 |
| | 8 a.m.- 5 p.m. CT |

**What you need to do -- continued**

- Make sure you've entered the following information correctly on your application:
  - Name
  - Social Security number
  - Address (must be a street address, not a PO Box)
  - Age (Must be over 18)
  - Tax compliance status
  - Felony status
  - Professional credentials

**If we did not return your application with this letter:**

- Submit the correct payment amount with the payment voucher included on this letter.

If you have questions, you can call 1-877-613-7846. If you're out of the country and need assistance, call 01-915-342-5655 (not a toll-free number).

**Additional information**

- Visit www.irs.gov/ptin
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Keep this letter for your records.

If you need assistance, please don't hesitate to contact us.

**Letter 4644 (Rev 4-2013)**
Catalog Number 55943E

Steele000074