# EXHIBIT CK

OMB Control No. 1505-0086

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002 | See Block 16C | M-0-M2-01-08-000 002 | |

| 6. ISSUED BY | CODE | IRS0086 | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Internal Revenue Service
6009 Oxon Hill Road, Suite 500
Oxon Hill, MD 20745

Pamela T. Lee  202-283-1291

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, county, State and ZIP Code)

ACCENTURE NATIONAL SECURITY SERVICES, LLC    00331141
11951 FREEDOM DR STE 1000
RESTON, VA 201905858

ACCENTURE NATIONAL SECURITY SE

| (x) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | TIRNO-10-C-00022 |
| | 10B. DATED (SEE ITEM 13) |
| | 05/07/2010 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
None   Net Increase: $0.00

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | | |
|---|---|---|
| | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 43.103(a)(3) |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor  ☐ is not,  ☒ is required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to:

a) Specify that the amount of the government user fee for the Return Preparer Registration (RPR) Program is ▓▓▓▓▓▓▓ and,

b) Change the contractor's registration and renewal fees as follows:

   i) The Contractor's Registration Fee per each contract period (base and 4 optional years) is changed from ▓▓▓▓▓▓▓

   ii) The Renewal Fee per contract period (base and 4 optional years) is changed from ▓▓▓▓▓▓▓

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓ | PAMELA T LEE  202-283-1291 / CONTRACTING OFFICER |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| ▓▓▓▓▓▓▓▓▓▓▓ | 12/08/2010 | BY /s/ Pamela Lee  (Signature of Contracting Officer) | 12/8/2010 |
| (Signature of person authorized to sign) | | | |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

CONFIDENTIAL

AFS_00015909

TIRNO-10-C-00022 MOD# 0001

SF 30, Continuation Sheet

This modification also accepts in its entirety Accenture's revised proposal dated September 3, 2010 (and as updated on September 14, 2010) and effect the changes to the Statement of Work and Section II, paragraph 1.0. This modification is a definitive action and all negotiations of the revised user fees established herein are complete.

All other terms and conditions of the contract remains the same.

CONFIDENTIAL                                             AFS_00015910