# EXHIBIT CL



Deposition of:
# David Williams

*December 16, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Page 165

1  taxpayers call -- explain it to them, help them,
2  and so on.
3         So I -- I would -- I would have -- I'm
4  sure that even if they did have access, it would be
5  fairly limited.
6      Q.   As a resident of California, do you
7  have a view on the likelihood that the SALT changes
8  are going to make it through?
9      A.   I have a hope.  I think that that's
10 going to be a tough one for the majority, primarily
11 because the distributional consequences of it don't
12 fit with the narrative that they have.
13     Q.   Right.
14     A.   But that said, California is what's
15 known as a donor state.  I don't know if you know
16 what that means.
17     Q.   Yeah, we've --
18     A.   But essentially --
19     Q.   Yeah.
20     A.   Yeah.  So we deliver far more to the
21 federal government than we receive from them.  And
22 the states that don't impose some of these -- don't
23 have these higher taxes -- are receiver states.
24 And something about that doesn't feel right either.
25 So I don't know for sure, but I'm hopeful that

Page 166

1    they'll come up with some solution that seems a
2    little bit more equitable.
3         Q.   One second.
4              Oh, do you recall that in 2010 when you
5    finally -- when the IRS finally determined the 50
6    dollar user fee, that there was a regulation
7    published that specifically identified the 50
8    dollar user fee?
9         A.   I don't recall specifically, but I
10   believe we would have been required to do so, under
11   some set of circulars or other, but I don't
12   remember exactly what.
13        Q.   Okay.  Do you recall, at the time you
14   left in 2012, roughly the size, either by personnel
15   or FTEs, of the RPO?
16        A.   I don't.  I want to think it was fairly
17   small.  I know it hadn't gotten to any of the
18   levels we're seeing in some of the documents you're
19   showing, but I don't remember the exact number.
20        Q.   Okay.
21        A.   Close to it.
22        Q.   Do you -- do you recall whether, when
23   one renewed a PTIN, that they received the same
24   number upon renewal, that is, they didn't change
25   year to year?

1    A.  I believe, in general, that was the
2    case, though I think there were times when there
3    were PTIN changes and people got very upset that
4    they couldn't keep that very special proprietary
5    PTIN that had defined their lives for so long.
6    Forgive me.  Let me reframe that.  People were
7    upset that they'd used a number -- some of them
8    have actually put their PTIN on their letterhead,
9    which today would be, you know, tantamount to
10   identity theft invitations.  But there were some
11   folks who were upset about not getting it.  In most
12   cases, we tried to give them the one they had
13   before.
14           MR. NARWOLD:  Okay.  I don't have any
15   further questions, Mr. Williams.  It's possible the
16   DOJ, Ms. Miller, may have some questions; but if
17   not, we're done.
18           MS. MILLER:  We don't --
19           THE WITNESS:  Ms. Miller?
20           MS. MILLER:  We don't have any
21   follow-up.
22           THE WITNESS:  All right.  Thanks so
23   much.
24           THE VIDEOGRAPHER:  We are off the
25   record.  The time is 3:50 p.m.  This concludes the