# EXHIBIT CM



Deposition of:

# Carol A. Campbell 30b6 The IRS

*November 16, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions

800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Case 1:14-cv-01523-RCL   Document 186-18   Filed 05/12/22   Page 3 of 6
Carol A. Campbell 30b6 The IRS                          November 16, 2021
Steele v. United States of America

Page 189

1  that, it says the IRS charges a fee to initially
2  apply for and to renew a PTIN.
3           The user fee recovers, among other
4  things, the costs to complete tax compliance and
5  suitability checks and to administer the PTIN
6  application process.
7           Do you see that?
8      A.   Yes.
9      Q.   So now I want to jump ahead, um, so to
10 one, two, three, four, five pages, to a page in the
11 lower right-hand corner that has the numbers 4828.
12     A.   Okay.
13     Q.   And, again, we see the same thing,
14 obtaining and renewing preparer tax identification
15 numbers, but now the date is July 19th, 2016.
16          Do you see that?
17     A.   I do.
18     Q.   And you're free to flip back, but you
19 can see that the language has now changed in 2016.
20 It now just says the IRS charges a fee to initially
21 apply for and to renew a PTIN, and the balance of
22 the language that I read to you from the earlier
23 version is not there.  Do you have any
24 understanding why that change was made?
25     A.   No, it probably related to the fact

Case 1:14-cv-01523-RCL   Document 186-18   Filed 05/12/22   Page 4 of 6
Carol A. Campbell 30b6 The IRS   November 16, 2021
Steele v. United States of America

Page 190

1  that we could -- we could no longer -- what's on
2  the other page -- that tax compliance checks and
3  suitability checks were no longer a part of the
4  PTIN process, or no longer -- in 2012, it was
5  thought that they would be a part of the PTIN
6  process, but post Loving, they are not.
7           MR. NARWOLD:  Let's look at one more
8  document before we take a break, and let's go to
9  the next tab, which is Tab 20, and we'll mark that
10 as Exhibit 213.
11          (EXHIBIT 213, October 30, 2015, Federal
12 Register 66792; Rules and Regulations, was marked
13 for identification.)
14 BY MR. NARWOLD:
15      Q.  I've only got a question about a
16 portion of this, but the -- are you able to -- if
17 you look at the bottom of the first page, it will
18 tell you what the reg is that's involved -- or the
19 rule that's involved.  Do you see that?
20      A.  Preparer tax identification number,
21 PTIN user fee update?
22      Q.  Correct.
23      A.  Okay.
24      Q.  And it's my understanding that this is
25 the regulation that we talked about earlier that

Case 1:14-cv-01523-RCL   Document 186-18   Filed 05/12/22   Page 5 of 6
Carol A. Campbell 30b6 The IRS   November 16, 2021
Steele v. United States of America

Page 191

1  set the -- or re-set the user fee from the
2  50 dollars to the 33 dollars.
3              Is that your understanding?
4       A.   We do one of these every time we change
5  the user fee.  I can't find the dollars in this
6  one, but --
7       Q.   Well, let me see if I can help you,
8  then.
9       A.   There's a lot here.
10      Q.   There is.
11      A.   So it has -- yes, I see it, I see it.
12      Q.   Right.  If you go to the very end on
13 Page 4, you see that they announced the fee to
14 apply for or renew a preparer tax identification
15 number is 33 dollars per year.
16              Do you see that?
17      A.   Right, I see it, yes.
18      Q.   And if you look on the middle column of
19 the previous page, Page 66794, you can see where it
20 talks about the vendor fee is increasing to
21 70 dollars for both original applications and
22 renewal applications, correct?
23      A.   17 dollars, yes.
24      Q.   Yeah, 17.  I misspoke.
25              If you go to the first column on that

1  same page, on Page 794, if I go to the second full
2  paragraph, it's a short paragraph above Explanation
3  of Provisions.  Do you see that?
4       A.   Yes.
5       Q.   It says, "The vendor's fee, currently
6  set at $14.25 for new applications and $13 for
7  renewal applications, is paid directly to the
8  vendor and covers the costs incurred by the vendor
9  to process applications and renewals."
10           Do you see that?
11      A.   Yes.
12      Q.   And is that your understanding as to
13 what that fee goes for?
14      A.   Yes.
15           MR. NARWOLD:  All right.  Why don't we
16 take a break.  What time is it?  It's three o'clock
17 on the nose.  So why don't we -- would ten minutes
18 be enough?
19           THE WITNESS:  Yes.
20           MR. NARWOLD:  Okay.  Joe, is that okay
21 for you?  Susan and Ashley?
22           THE VIDEOGRAPHER:  Perfect.  We are
23 going off record.  This is the end of media unit 3.
24 The time is three o'clock p.m.
25           (A brief recess was held.)