# EXHIBIT CN

# Document Produced in Native Format.

# Refer to Native File.



Exhibit
PI 035
6/16/2021

USA-0001549

# Metrics Report
October EOM

### Inventory

|  | TY2012 | TY2013 | TY2014 |
|---|---|---|---|
| **Closed** | 742 | 1,385 | 730 cases |

| **Notable Sources of Closed Inventory** | TY2012 | TY2013 | TY2014 |
|---|---|---|---|
| Referrals | 92 | 236 | 59 cases |
| Ghost Cases | 266 | 435 | 478 cases |
| 50/50 Project | 256 | 655 | 169 cases |

**Unassigned** — 3,982 cases
- Cases received from referrals: 312
- 50/50: 1,101
- Ghost TA - No ID/No Name: 2,569

### Time

|  | TY2012 | TY2013 | TY2014 |
|---|---|---|---|
| **Average time per closed case** | 6.13 | 5.26 | 5.10 hours |

### Disposition

|  | TY2012 | TY2013 | TY2014 |
|---|---|---|---|
| **Penalties that are applicable*** | $ 16,276,280 | $ 27,855,630 | $ 18,121,260 |
| **Penalties that are recommended** | $ 2,057,100 | $ 1,466,000 | $ - |
| **Letters Cases** | 248 | 531 | 381 cases |
| **Recommended Transfer** | 121 | 252 | 157 cases |
| CI | 16 | 14 | 13 |
| SBSE | 104 | 238 | 144 |
| Suitability | 1 | 0 | 0 |
| **Self-Corrected** | 149 | 231 | 38 cases |

*penalties that could be asserted but may not be recommended
based on the RP's actions since the violations occurred

RPO Compliance Metric Report Glossary

In-Process     Total Count of Number of Cases that have been assigned. This includes closed cases.

<u>Sources of Inventory</u>
*Sources will vary each month. The Ghost TA provides Compliance with the majority of datasets that become inventory. The datasets will be listed in this section. These are estimates since only potions of some datasets may be worked due to the volume of returns. Additional inventory can be requeseted from the Ghost TA at any time.

Closed         Total Count of the Number of Cases that have been closed.

Time           Represents the average time that is spent on a case from open to closure.

<u>Disposition</u>
Penalties Applicable-          Represent penalites that could be asserted. They have not been asserted for various reasons:
Return Preparers Actions
    RP has self-corrected the non-compliant behavior
    RP may have reasonable cause for the behavior
    RP does not have a pattern of non-complaince
==Compliance does not have the authority to assess penalties and these penalties to not meet the $ criteria to refer to SBSE==

Penalties Recommended-     *From discussions with SBSE Compliance stopped "recommending" penalites to SBSE in early 2013. For all cases closed post discussion the penalty will not be calculated and the case will only be transferred.

Letters        Total Count of the Number of letters (various) that were sent to RPs

Transfer       Total Count of the Number of cases that were transferred outside of Compliance to be treated.

Self-Corrected  Total Count of the Number of casesin which the RP has corrected their behavior before treatment by Compliance.