# EXHIBIT CP



Deposition of:
# Christopher Kreg Kurtz

*October 28, 2021*

In the Matter of:

# Steele v. United States of America

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

1       THE WITNESS:  I believe they maintain
2   facilities, like buildings and air conditioning and
3   heating and stuff like that, but in the context of
4   this cost model, they -- they performed background
5   checks on our vendors.
6   BY MS. OLIVER:
7       Q.   Are the background checks listed in
8   Row 70 in addition to the background -- the HCO
9   background checks listed up above?
10      A.   I -- I don't know.  I just can't
11  recall, to be honest with you.
12      Q.   Where did this information about total
13  AWSS and HCO background checks come from?
14      A.   Probably conversations that I had with
15  people about what we thought the amount was going
16  to be for -- for upcoming -- for a single upcoming
17  year, or multiple years.
18      Q.   And what people did you have
19  conversations with about the AWSS and HCO
20  background checks?
21      A.   Probably the CORs, contracting officer
22  representatives.
23      Q.   Would you click on the "PTIN total
24  costs" tab.
25      A.   Okay.

Case 1:14-cv-01523-RCL   Document 186-21   Filed 05/12/22   Page 4 of 11
Christopher Kreg Kurtz                                October 28, 2021
Steele v. United States of America

Page 161

1        Q.   Actually, wait.  Can you -- let's --
2   before we skip to that, can you go to the user fee
3   dashboard?
4        A.   Okay.
5        Q.   Are the numbers on the left -- toward
6   the left-hand side -- used to generate the graphs
7   on the right-hand side?
8        A.   I don't have an answer to that.  In
9   2012, Booz Allen put a ton of bells and whistles in
10  the cost model, and they definitely had nothing to
11  do with the 2013 cost model.  So whether they're
12  automatically linked, I don't know.  I'm a little
13  embarrassed that there's so much -- so many
14  graphics in here.  I apologize.  So my belief is --
15  my request is that you don't rely on any of the
16  graphs in the 2013 cost model.
17       Q.   You don't know how they got there?
18       A.   Well, they're inherited from when Booz
19  Allen did it in the spring of 2012.
20       Q.   So if you click on the bars in the PTIN
21  user fee total costs graph.
22       A.   Hold on.  What row?  Okay, PTIN user
23  fee.  Okay, your question, please.
24       Q.   Click on the bar -- one of the bars in
25  the graph.

1      A.   I really have no comment on the graphs.
2   In hindsight, I never would have put them in the
3   cost model.  If you want to attach something --
4      Q.   Can you -- can you click on one of the
5   bars and look at the formula bar, please.
6      A.   I don't know how to do that.  I don't
7   use graphs.
8      Q.   Did you click on one of the bars in the
9   PTIN user fee total cost graph, one of the bars in
10  the bar graph?
11     A.   Okay.  Now I'm getting a -- I'm getting
12  a pop-up thing that -- that shows how do I want to
13  set up my -- how do I want to set up the appearance
14  of the graph.
15          MR. HUNSADER:  Kreg, that probably
16  wasn't the right thing.  If you just, like, click
17  on the vertical bar, like under the 36817, you will
18  get, I think, four blue dots at the corners, and
19  then if you look up at the formula bar, it will
20  give you a formula.
21          MS. OLIVER:  That's right.
22          THE WITNESS:  Okay, thank you.  I see
23  the formula now.
24  BY MS. OLIVER:
25     Q.   Does the formula indicate that the

Case 1:14-cv-01523-RCL   Document 186-21   Filed 05/12/22   Page 6 of 11
Christopher Kreg Kurtz                                              October 28, 2021
Steele v. United States of America

Page 163

1  graph was automatically generated using the inputs
2  listed in the formula bar?
3          A.   I don't know.  I don't use graphs.
4  I've used -- done graphs -- I've used Excel for 30
5  years and I've done maybe 50 graphs.  I'm just not
6  familiar with them.  I've never seen the function
7  series, and I have major reservations about
8  providing any comments on the graphs.
9          Q.   Why are the graphs still in the user
10 fee cost model in 2013?  Why were they not removed?
11         A.   I don't have a good answer for that.
12         Q.   If you could click on cell B16, 1-6.
13         A.   B16?
14         Q.   Yep.
15         A.   Okay.
16         Q.   And then look up at the formula bar.
17         A.   Yes.
18         Q.   What do you see in the formula bar?
19         A.   PTIN total costs, B21.
20         Q.   What does that indicate?
21         A.   That's coming from the -- so the PTIN
22 total costs has more detail, and if we just pull
23 forward the summaries to the user fee dashboard.
24         Q.   So that number, $16,663,204, is coming
25 from the PTIN total cost sheet in this model?

```
 1          A.   Correct.
 2          Q.   And specifically it's coming from cell
 3    B21; is that correct?
 4          A.   Correct.
 5          Q.   And then, likewise, cell B19 in the
 6    user fee dashboard, 4,804,156; do you see that?
 7          A.   Yes.
 8          Q.   That's coming from cell B59 in the
 9    "PTIN total costs" tab in the cost model?
10          A.   Yes.
11               I'm sorry, yes, it does.
12               Can you hear me?
13          Q.   Yes.
14          A.   Okay.
15          Q.   And just so I'm clear on where some of
16    these things are coming from, so B31, 889,864; do
17    you see that?
18          A.   Hold on.  B31, you said?
19          Q.   Yes.
20          A.   889?
21          Q.   Yes.  That's coming from cell B20 of
22    the "RTRP testing total costs" tab; is that
23    correct?
24          A.   Yes, cell B20.
25          Q.   Now, when that appears in the formula
```

Case 1:14-cv-01523-RCL   Document 186-21   Filed 05/12/22   Page 8 of 11
Christopher Kreg Kurtz                           October 28, 2021
Steele v. United States of America

Page 225

1 earlier --
2     A.   Uh, vaguely.
3     Q.   -- or MBBs?
4     A.   MBB, yeah, I knew what you meant.
5     Q.   You said, yeah, vaguely?
6     A.   Well, yeah, I vaguely remember the
7 reference in the MBB.  I just -- that's all I can
8 recall.
9     Q.   Do you know if the budget exhibits
10 being referred to in the MBB are the same as these
11 budget exhibits?
12    A.   No.
13    Q.   They're different?
14    A.   I don't know.  I don't have a basis for
15 determining whether they're the same or whether
16 they're different.
17    Q.   Could you look at budget Exhibit 4.
18    A.   Okay.
19    Q.   Do you see that fiscal year 2012 is
20 missing?
21    A.   Yes.
22    Q.   And 5, it appears that fiscal year 2012
23 is also missing?
24    A.   I'm sorry, you'd asked me if this
25 was -- you'd asked me if fiscal year '12 is

1  missing.  What was the other year that you think is
2  missing?
3      Q.  I'm looking at budget Exhibit 5.
4      A.  Oh, I'm sorry.  Yes, 2012 --
5      Q.  For fiscal year 20 --
6      A.  Go ahead.
7      Q.  Fiscal year 2012 is also missing from
8  budget Exhibit 5?
9      A.  Correct.
10     Q.  And if you could look at budget
11 Exhibit 6.
12     A.  I'm there.
13     Q.  Fiscal year 2012 is missing from budget
14 Exhibit 6?
15     A.  Correct.
16     Q.  And if you look at 8, budget Exhibit 8,
17 fiscal year 2012 is also missing from budget
18 Exhibit 8?
19     A.  Correct.
20     Q.  Correct?
21     A.  Correct.
22     Q.  Do you know why fiscal year 2012 is
23 missing from those four budget exhibits?
24     A.  No.
25     Q.  Who prepared the budget exhibits?

Case 1:14-cv-01523-RCL   Document 186-21   Filed 05/12/22   Page 10 of 11
Christopher Kreg Kurtz                      October 28, 2021
Steele v. United States of America

Page 227

1      A.    These were definitely carried over from
2  the 2012 model, just like the graphs were.
3      Q.    So Booz Allen prepared them?
4      A.    Correct.
5            MS. OLIVER:  All right.  Let's go off
6  the record.
7            THE VIDEOGRAPHER:  We are going off
8  record.
9            THE WITNESS:  Okay.
10           THE VIDEOGRAPHER:  This is the end of
11 media unit 4.  The time is 5:12 p.m.
12           (A brief recess was held.)
13           THE VIDEOGRAPHER:  We are back on
14 record.  This is the beginning of media unit 5.
15 The time is 5:21 p.m.
16           (EXHIBIT 198, Slip Sheet for 2015 Cost
17 Model; Bates USA-0008460, was marked for
18 identification.)
19           MS. OLIVER:  For the record, I have
20 marked as Exhibit 198 a document Bates labeled
21 USA-0008460, 6-0.
22           Mr. Kurtz, let me know when you have
23 that open, please.
24           THE WITNESS:  Okay.  It's open.  Please
25 proceed.

Page 228

1  BY MS. OLIVER:
2       Q.   Could you open the PTIN contract --
3  well, actually, hang on.  Scratch that.  Have you
4  seen this document before?
5       A.   Yes.  This is the -- appears to be the
6  2015 cost model.
7       Q.   Does this appear to be a true and
8  accurate copy of the 2015 user fee cost model?
9       A.   Yes.
10      Q.   And this was prepared as a part of
11 regular IRS business, correct?
12      A.   Correct.  It was prepared by someone
13 who works for me.
14      Q.   Did you review the final version, this
15 version, of the 2015 user fee cost model after it
16 was completed?
17      A.   Yes.
18      Q.   Did you contribute to the creation of
19 this 2015 user fee cost model?
20      A.   I very likely provided guidance on it
21 and was very likely available for ad hoc questions,
22 so, yes, I provided -- I actively provided guidance
23 on how this was prepared.
24      Q.   Did you collect any information used in
25 this 2015 user fee cost model, you personally?