# EXHIBIT CQ

**From:**
**To:** Kannike Paula T
**CC:** Williams Gethrel A; Perkins Tanasha N; Ruf Leann; Erath Rachel B
**Sent:**
**Subject:** FW: RPI Program Metrics Report -- February 2015
**Attachments:** RPI Program Metrics Executive Summary 2015 02 28.zip

Paula,
Attached is the latest monthly metrics report we received from the PTIN contractor. I've provided the information I believe Jerry requested during this morning's call. If I have overlooked anything or Jerry added a request, please let me know.

According to my notes, Jerry requested the following information.

**IVR Messaging tab:** This tab displays the total number of calls answered by the informational system. Row 3, columns AI – AN show the ASFP related program calls received by the PTIN phone center. Prompt 2 reflects the AFSP related inquires handled by the PTIN phone center's informational messaging system. All callers all have the option of speaking to a CSR if the informational message does not fully cover their initial question.

**Number of calls regarding the AFSP/RoC program:** This data is located on the report under the 'Call Logging' tab. This tab provides a detailed breakdown of the calls logged in as received by the CSR PTIN phone center employees related specifically to the AFSP/RoC. Data is only reflected from the date we launched AFSP.

This report is provided to RPO by the contract weekly during peak season (Oct-Jan) and monthly (Feb-Sept).

Thanks.

Pamela J. Koslicki
Policy & Management Analyst
Return Preparer Office
SE:RPO
904.665.1018 (office)
904.254.5337 (mobile)

---

**From:** lillian.l.holden@accenturefederal.com [mailto:lillian.l.holden@accenturefederal.com]
**Sent:** Tuesday, March 03, 2015 11:19 AM
**To:** Campbell Carol A; Benoit Preston B; Hunter-Thomas Karen; Ruf Leann; Rogers Kimberly D; Tomkins Tracey L; Koslicki Pamela J; Wensing Diann M; Goudey Amy R; Orozco Larry A; Roberts Jana K; Marsden Ben; Kurtz Christopher K; Mattingly Robert W; Deppe Kaye M; Reichstine Robert F; McGriff Darick A; Williams Gethrel A; Woodside Zachary R; Perkins Tanasha N
**Cc:** andrew.e.dinn@accenturefederal.com; keith.m.gajowski@accenturefederal.com; colin.a.ohaver@accenturefederal.com; kimberly.golden@accenturefederal.com; jessica.datta@accenturefederal.com; lauren.m.neatherlin@accenturefederal.com; richard.l.nester@accenturefederal.com
**Subject:** RPI Program Metrics Report -- February 2015

Good Morning All,

Please find attached the February Metrics Report. We closed out the month with stable volumes across the board, ending the month with over 11,200 calls offered, ~3,400 paper receipts, and a LoS of 94%. Overall phone and paper demand are manageable and continue to align with the revised ramp down plan.

**Detailed insights from the attached report include:**

- As of 3/1, we have issued approximately 1,130,724 unique PTINs.

Exhibit
PI 178
10/1/2021

- In February, we successfully processed ~6,850 registrations, ~13,500 renewals and ~1k reactivations for 2015.
    Over the last week, we processed approximately ~1,100 registrations, 1,700 renewals and ~180 reactivations in total.
  - Year to date, we issued over 43.2k Records of Completion for the new AFSP.
- Overall demand for CSR phone service decreased 47% compared to last year.
  - In February, call volumes ended with ~11,200 calls offered with a LoS of 94%.
  - In February, the Average Speed of Answer (ASA) ended in the 1 minute range, with Average Handle Time (AHT) ended in the 5 minute range.
- Paper demand decreased 26% compared to same period last year.
  - In February, we received and processed ~3,400 paper pieces including ~1k paper registrations, 1,700 renewals, and ~700 pieces of general correspondence. CSRs processed bulk of paper, oldest inventory date of 2/27/2015.

Thanks,
LuAnn

*LuAnn Holden*
*Accenture Federal Services*
*Office: (210) 306-3171*
lillian.l.holden@accenturefederal.com

**Document Produced in Native Format.**

**Refer to Native File.**

## Call Capture Tool Reason Codes

| | Account Assistance & Change: Total | Account Information Change |
|---|---|---|
| October, 2012 | 3,960 | 1,460 |
| Percentage | 20.74% | 7.65% |
| November, 2012 | 4,461 | 992 |
| Percentage | 14.22% | 3.16% |
| December, 2012 | 6,221 | 1,352 |
| Percentage | 10.52% | 2.29% |
| January, 2013 | 2,247 | 681 |
| Percentage | 6.56% | 1.99% |
| February, 2013 | 1,281 | 328 |
| Percentage | 7.35% | 1.88% |
| March, 2013 | 498 | 180 |
| Percentage | 6.51% | 2.35% |
| April, 2013 | 249 | 104 |
| Percentage | 3.64% | 1.52% |
| Year 2013 Totals | 18,917 | 5,097 |
| Percentage | 10.76% | 2.90% |
| May, 2013 | 229 | 115 |
| Percentage | 7.89% | 3.96% |
| June, 2013 | 217 | 119 |
| Percentage | 8.51% | 4.66% |
| July, 2013 | 318 | 164 |
| Percentage | 11.53% | 5.95% |
| August, 2013 | 333 | 148 |
| Percentage | 13.12% | 5.83% |
| September, 2013 | 690 | 179 |
| Percentage | 12.68% | 3.29% |
| October, 2013 | 801 | 165 |
| Percentage | 11.19% | 2.31% |
| November, 2013 | 2,998 | 387 |
| Percentage | 12.69% | 1.64% |
| December, 2013 | 4,271 | 782 |
| Percentage | 10.56% | 1.93% |
| January, 2014 | 5,025 | 449 |
| Percentage | 14.38% | 1.28% |
| February, 2014 | 1,981 | 140 |
| Percentage | 14.05% | 0.99% |
| March, 2014 | 864 | 89 |
| Percentage | 13.19% | 1.36% |
| April, 2014 | 442 | 65 |
| Percentage | 10.53% | 1.55% |
| Year 2014 Totals | 18,169 | 2,802 |
| Percentage | 12.36% | 1.91% |
| May, 2014 | 329 | 52 |
| Percentage | 16.40% | 2.59% |
| June, 2014 | 369 | 77 |
| Percentage | 22.03% | 4.60% |
| July, 2014 | 402 | 73 |
| Percentage | 21.67% | 3.94% |
| Aug, 2014 | 503 | 93 |
| Percentage | 22.46% | 4.15% |
| Sept, 2014 | 594 | 78 |
| Percentage | 22.45% | 2.95% |
| Oct, 2014 | 2,014 | 288 |
| Percentage | 18.85% | 2.70% |
| Nov, 2014 | 3,182 | 303 |
| Percentage | 26.37% | 2.51% |
| Dec, 2014 | 5,629 | 482 |
| Percentage | 20.92% | 1.79% |
| Jan, 2015 | 4,792 | 298 |
| Percentage | 19.33% | 1.20% |
| Feb, 2015 | 1,707 | 118 |
| Percentage | 19.16% | 1.32% |
| March, 2015 | - | - |
| Percentage | #DIV/0! | #DIV/0! |
| April, 2015 | - | - |
| Percentage | #DIV/0! | #DIV/0! |
| Year 2015 Totals | 16,396 | 1,532 |
| Percentage | 20.42% | 1.91% |
| May, 2015 | - | - |
| Percentage | #DIV/0! | #DIV/0! |
| June, 2015 | - | - |
| Percentage | #DIV/0! | #DIV/0! |

| | Login User ID/Password | Other | Program Requirements: Total | AFSP/AFTR Requirements | Continuing Education | FOIA | Other | Preparer Directory | PTIN Program Overview | PTIN General Questions: Total | Authentication IVS | Check PTIN Status | Credit Card Expiration | Help with Application | Logo Requests | New PTIN Question | Next Year Renewal (Open Season) | Other | Payments Inquiries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October, 2012 | 4,672 | 542 | 1,524 | | 689 | | 469 | | 366 | 7,677 | | 686 | | | | 1,976 | | 548 | 857 |
| Percentage | 24.47% | 2.84% | 7.98% | | 3.61% | | 2.46% | | 1.92% | 40.21% | | 3.59% | | | | 10.35% | | 2.87% | 4.49% |
| November, 2012 | 10,855 | 503 | 1,625 | | 741 | | 396 | | 488 | 13,064 | | 926 | | | | 4,368 | | 326 | 1,705 |
| Percentage | 34.59% | 1.60% | 5.18% | | 2.36% | | 1.26% | | 1.56% | 41.63% | | 2.95% | | | | 13.92% | | 1.04% | 5.43% |
| December, 2012 | 19,045 | 560 | 3,207 | | 1,872 | | 572 | | 763 | 28,842 | | 4,119 | | | | 9,110 | | 443 | 4,881 |
| Percentage | 32.22% | 0.95% | 5.42% | | 3.17% | | 0.97% | | 1.29% | 48.79% | | 6.97% | | | | 15.41% | | 0.75% | 8.26% |
| January, 2013 | 7,093 | 314 | 1,805 | | 1,005 | | 410 | | 390 | 21,777 | | 2,984 | | | | 6,348 | | 354 | 3,079 |
| Percentage | 20.70% | 0.92% | 5.27% | | 2.93% | | 1.20% | | 1.14% | 63.56% | | 8.71% | | | | 18.53% | | 1.03% | 8.99% |
| February, 2013 | 2,136 | 203 | 619 | | 111 | | 290 | | 218 | 8,597 | | 1,304 | | | | 1,950 | | 293 | 603 |
| Percentage | 12.25% | 1.16% | 3.55% | | 0.64% | | 1.66% | | 1.25% | 49.32% | | 7.48% | | | | 11.19% | | 1.68% | 3.46% |
| March, 2013 | 828 | 80 | 412 | | 27 | | 185 | | 200 | 2,845 | | 476 | | | | 663 | | 118 | 186 |
| Percentage | 10.83% | 1.05% | 5.39% | | 0.35% | | 2.42% | | 2.62% | 37.20% | | 6.22% | | | | 8.67% | | 1.54% | 2.43% |
| April, 2013 | 310 | 5 | 388 | | 19 | | 104 | | 265 | 1,541 | | 264 | | | | 465 | | 16 | 71 |
| Percentage | 4.53% | 0.07% | 5.67% | | 0.28% | | 1.52% | | 3.88% | 22.54% | | 3.86% | | | | 6.80% | | 0.23% | 1.04% |
| Year 2013 Totals | 44,939 | 2,207 | 9,580 | | 4,464 | | 2,426 | | 2,690 | 84,343 | | 10,759 | | | | 24,880 | | 2,098 | 11,382 |
| Percentage | 25.57% | 1.26% | 5.45% | | 2.54% | | 1.38% | | 1.53% | 47.99% | | 6.12% | | | | 14.15% | | 1.19% | 6.48% |
| May, 2013 | 202 | 1 | 359 | | 26 | | 103 | | 230 | 1,243 | | 286 | | | | 349 | | - | 42 |
| Percentage | 6.96% | 0.03% | 12.37% | | 0.90% | | 3.55% | | 7.93% | 42.83% | | 9.86% | | | | 12.03% | | 0.00% | 1.45% |
| June, 2013 | 201 | 6 | 237 | | 17 | | 43 | | 177 | 1,268 | | 319 | | | | 399 | | - | 53 |
| Percentage | 7.88% | 0.24% | 9.29% | | 0.67% | | 1.69% | | 6.94% | 49.71% | | 12.50% | | | | 15.64% | | 0.00% | 2.08% |
| July, 2013 | 253 | 1 | 295 | | 49 | | 44 | | 202 | 1,260 | | 276 | | | | 472 | | 4 | 44 |
| Percentage | 9.18% | 0.04% | 10.70% | | 1.78% | | 1.60% | | 7.33% | 45.70% | | 10.01% | | | | 17.12% | | 0.15% | 1.60% |
| August, 2013 | 222 | - | 198 | | 44 | 1 | 40 | | 113 | 1,307 | 30 | 211 | 1 | 26 | 2 | 377 | 61 | - | 60 |
| Percentage | 8.74% | 0.00% | 7.80% | | 1.73% | 0.04% | 1.58% | | 4.45% | 51.48% | 1.18% | 8.31% | 0.04% | 1.02% | 0.08% | 14.85% | 2.40% | 0.00% | 2.36% |
| September, 2013 | 572 | - | 304 | | 111 | 2 | 85 | | 106 | 3,180 | 32 | 203 | 10 | 106 | 2 | 526 | 800 | - | 124 |
| Percentage | 10.51% | 0.00% | 5.59% | | 2.04% | 0.04% | 1.56% | | 1.95% | 58.45% | 0.59% | 3.73% | 0.18% | 1.95% | 0.04% | 9.67% | 14.71% | 0.00% | 2.28% |
| October, 2013 | 1,151 | - | 273 | | 145 | 2 | 71 | | 55 | 4,305 | 57 | 155 | 6 | 109 | 12 | 603 | 2,181 | - | 134 |
| Percentage | 16.08% | 0.00% | 3.81% | | 2.03% | 0.03% | 0.99% | | 0.77% | 60.15% | 0.80% | 2.17% | 0.08% | 1.52% | 0.17% | 8.43% | 30.47% | 0.00% | 1.87% |
| November, 2013 | 8,168 | - | 414 | | 215 | 3 | 83 | | 113 | 10,431 | 280 | 1,059 | 22 | 1,028 | 52 | 1,534 | 325 | - | 854 |
| Percentage | 34.57% | 0.00% | 1.75% | | 0.91% | 0.01% | 0.35% | | 0.48% | 44.15% | 1.19% | 4.48% | 0.09% | 4.35% | 0.22% | 6.49% | 1.38% | 0.00% | 3.61% |
| December, 2013 | 13,467 | 417 | 504 | | 307 | 1 | 79 | | 117 | 19,326 | 1,053 | 2,218 | 21 | 2,195 | 27 | 2,899 | - | - | 1,883 |
| Percentage | 33.28% | 1.03% | 1.25% | | 0.76% | 0.00% | 0.20% | | 0.29% | 47.77% | 2.60% | 5.48% | 0.05% | 5.43% | 0.07% | 7.17% | 0.00% | 0.00% | 4.65% |
| January, 2014 | 8,517 | 236 | 331 | | 85 | 2 | 65 | | 179 | 17,694 | 1,655 | 3,027 | 13 | 2,126 | 24 | 2,810 | - | - | 1,267 |
| Percentage | 24.37% | 0.68% | 0.95% | | 0.24% | 0.01% | 0.19% | | 0.51% | 50.62% | 4.74% | 8.66% | 0.04% | 6.08% | 0.07% | 8.04% | 0.00% | 0.00% | 3.62% |
| February, 2014 | 1,723 | 85 | 126 | | 16 | 8 | 28 | | 74 | 5,517 | 418 | 1,382 | 6 | 386 | 31 | 841 | - | - | 314 |
| Percentage | 12.22% | 0.60% | 0.89% | | 0.11% | 0.06% | 0.20% | | 0.52% | 39.13% | 2.96% | 9.80% | 0.04% | 2.74% | 0.22% | 5.96% | 0.00% | 0.00% | 2.23% |
| March, 2014 | 591 | 9 | 124 | | 26 | 9 | 17 | | 72 | 1,781 | 109 | 332 | 6 | 156 | 4 | 280 | - | - | 112 |
| Percentage | 9.03% | 0.14% | 1.89% | | 0.40% | 0.14% | 0.26% | | 1.10% | 27.20% | 1.66% | 5.07% | 0.09% | 2.38% | 0.06% | 4.28% | 0.00% | 0.00% | 1.71% |
| April, 2014 | 245 | 5 | 107 | | 6 | 5 | 10 | | 86 | 649 | 53 | 51 | 2 | 90 | 1 | 132 | 3 | - | 31 |
| Percentage | 5.84% | 0.12% | 2.55% | | 0.14% | 0.12% | 0.24% | | 2.05% | 15.46% | 1.26% | 1.22% | 0.05% | 2.14% | 0.02% | 3.15% | 0.07% | 0.00% | 0.74% |
| Year 2014 Totals | 35,312 | 760 | 3,272 | | 1,047 | 33 | 668 | | 1,524 | 67,691 | 3,687 | 9,519 | 87 | 6,222 | 155 | 11,222 | 3,370 | 4 | 4,918 |
| Percentage | 24.03% | 0.52% | 2.23% | | 0.71% | 0.02% | 0.45% | | 1.04% | 46.06% | 2.51% | 6.48% | 0.06% | 4.23% | 0.11% | 7.64% | 2.29% | 0.00% | 3.35% |
| May, 2014 | 143 | 2 | 93 | | 10 | 6 | 7 | | 70 | 433 | 52 | 14 | 2 | 56 | - | 86 | 8 | - | 11 |
| Percentage | 7.13% | 0.10% | 4.64% | | 0.50% | 0.30% | 0.35% | | 3.49% | 21.59% | 2.59% | 0.70% | 0.10% | 2.79% | 0.00% | 4.29% | 0.40% | 0.00% | 0.55% |
| June, 2014 | 164 | - | 112 | | 38 | 5 | 7 | | 62 | 492 | 42 | 44 | - | 108 | 1 | 100 | 26 | - | 15 |
| Percentage | 9.79% | 0.00% | 6.69% | | 2.27% | 0.30% | 0.42% | | 3.70% | 29.37% | 2.51% | 2.63% | 0.00% | 6.45% | 0.06% | 5.97% | 1.55% | 0.00% | 0.90% |
| July, 2014 | 158 | 5 | 158 | 22 | 48 | 6 | 4 | | 78 | 598 | 60 | 47 | 5 | 111 | - | 126 | 44 | - | 28 |
| Percentage | 8.52% | 0.27% | 8.52% | 1.19% | 2.59% | 0.32% | 0.22% | | 4.20% | 32.24% | 3.23% | 2.53% | 0.27% | 5.98% | 0.00% | 6.79% | 2.37% | 0.00% | 1.51% |
| Aug, 2014 | 281 | 1 | 141 | 19 | 48 | 12 | - | - | 62 | 732 | 26 | 60 | 4 | 93 | 2 | 140 | 76 | 6 | 39 |
| Percentage | 12.54% | 0.04% | 6.29% | 0.85% | 2.14% | 0.54% | 0.00% | 0.00% | 2.77% | 32.68% | 1.16% | 2.68% | 0.18% | 4.15% | 0.09% | 6.25% | 3.39% | 0.27% | 1.74% |
| Sept, 2014 | 344 | 4 | 182 | 38 | 62 | 7 | 2 | 1 | 72 | 1,017 | 54 | 58 | 7 | 132 | 1 | 192 | 210 | 17 | 45 |
| Percentage | 13.00% | 0.15% | 6.88% | 1.44% | 2.34% | 0.26% | 0.08% | 0.04% | 2.72% | 38.44% | 2.04% | 2.19% | 0.26% | 4.99% | 0.04% | 7.26% | 7.94% | 0.64% | 1.70% |
| Oct, 2014 | 3,999 | 50 | 377 | 165 | 122 | 13 | 19 | 3 | 55 | 3,111 | 140 | 138 | 14 | 475 | - | 529 | 478 | 74 | 417 |
| Percentage | 37.44% | 0.47% | 3.53% | 1.54% | 1.14% | 0.12% | 0.18% | 0.03% | 0.51% | 29.12% | 1.31% | 1.29% | 0.13% | 4.45% | 0.00% | 4.95% | 4.47% | 0.69% | 3.90% |
| Nov, 2014 | 3,858 | 41 | 329 | 148 | 138 | 6 | 13 | 2 | 22 | 3,771 | 437 | 190 | 9 | 465 | 1 | 864 | 23 | 177 | 469 |
| Percentage | 31.98% | 0.34% | 2.73% | 1.23% | 1.14% | 0.05% | 0.11% | 0.02% | 0.18% | 31.26% | 3.62% | 1.57% | 0.07% | 3.85% | 0.01% | 7.16% | 0.19% | 1.47% | 3.89% |
| Dec, 2014 | 8,866 | 147 | 877 | 504 | 276 | 9 | 34 | 16 | 38 | 9,732 | 1,663 | 877 | 15 | 713 | - | 2,460 | 51 | 285 | 1,053 |
| Percentage | 32.95% | 0.55% | 3.26% | 1.87% | 1.03% | 0.03% | 0.13% | 0.06% | 0.14% | 36.16% | 6.18% | 3.26% | 0.06% | 2.65% | 0.00% | 9.14% | 0.19% | 1.06% | 3.91% |
| Jan, 2015 | 5,685 | 44 | 431 | 261 | 84 | 3 | 36 | 27 | 20 | 11,631 | 1,972 | 1,527 | 2 | 474 | 1 | 2,932 | 20 | 311 | 985 |
| Percentage | 22.93% | 0.18% | 1.74% | 1.05% | 0.34% | 0.01% | 0.15% | 0.11% | 0.08% | 46.91% | 7.95% | 6.16% | 0.01% | 1.91% | 0.00% | 11.83% | 0.08% | 1.25% | 3.97% |
| Feb, 2015 | 1,136 | 13 | 282 | 120 | 18 | 2 | 8 | 118 | 16 | 3,411 | 429 | 700 | 5 | 126 | - | 701 | 7 | 183 | 274 |
| Percentage | 12.75% | 0.15% | 3.17% | 1.35% | 0.20% | 0.02% | 0.09% | 1.32% | 0.18% | 38.29% | 4.82% | 7.86% | 0.06% | 1.41% | 0.00% | 7.87% | 0.08% | 2.05% | 3.08% |
| March, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| April, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Year 2015 Totals | 21,069 | 278 | 1,308 | | 700 | 57 | 119 | | 432 | 31,263 | 4,520 | 3,455 | 52 | 2,290 | 5 | 7,343 | 866 | 910 | 2,908 |
| Percentage | 14.34% | 0.19% | 1.63% | | 0.48% | 0.04% | 0.08% | | 0.29% | 38.94% | 3.08% | 2.35% | 0.04% | 1.56% | 0.00% | 5.00% | 0.59% | 0.62% | 1.98% |
| May, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| June, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |

| | Refund | Renewal Question | Technical Support | Testing Inquiries | Unable to Validate Identity | Wrong Number: Total | 1040/BMF/PPS Line | CE Provider Registration Kinsail) | Complaint Form 14157 | E-Services | Federal Agent Inquiry | Non-English Speaker | Other | PTIN ID Theft | Suspected Fraud/Identity Theft | Daily Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October, 2012 | 42 | 2,829 | | 595 | 144 | 479 | 66 | 5 | 3 | 115 | | 21 | 258 | | 11 | 19,094 |
| Percentage | 0.22% | 14.82% | | 3.12% | 0.75% | 2.51% | 0.35% | 0.03% | 0.02% | 0.60% | | 0.11% | 1.35% | | 0.06% | |
| November, 2012 | 53 | 4,930 | | 428 | 328 | 557 | 64 | 10 | 5 | 142 | | 44 | 254 | | 38 | 31,379 |
| Percentage | 0.17% | 15.71% | | 1.36% | 1.05% | 1.78% | 0.20% | 0.03% | 0.02% | 0.45% | | 0.14% | 0.81% | | 0.12% | |
| December, 2012 | 91 | 8,673 | | 544 | 981 | 870 | 100 | 12 | 5 | 227 | | 74 | 396 | | 56 | 59,117 |
| Percentage | 0.15% | 14.67% | | 0.92% | 1.66% | 1.47% | 0.17% | 0.02% | 0.01% | 0.38% | | 0.13% | 0.67% | | 0.09% | |
| January, 2013 | 43 | 7,837 | | 348 | 784 | 854 | 118 | 6 | 11 | 303 | | 56 | 294 | | 66 | 34,263 |
| Percentage | 0.13% | 22.87% | | 1.02% | 2.29% | 2.49% | 0.34% | 0.02% | 0.03% | 0.88% | | 0.16% | 0.86% | | 0.19% | |
| February, 2013 | 60 | 3,754 | | 205 | 428 | 4,445 | 2,666 | 4 | 9 | 557 | | 49 | 1,058 | | 102 | 17,430 |
| Percentage | 0.34% | 21.54% | | 1.18% | 2.46% | 25.50% | 15.30% | 0.02% | 0.05% | 3.20% | | 0.28% | 6.07% | | 0.59% | |
| March, 2013 | 21 | 1,064 | | 125 | 192 | 2,850 | 2,300 | 4 | 13 | 251 | | 39 | 144 | | 99 | 7,648 |
| Percentage | 0.27% | 13.91% | | 1.63% | 2.51% | 37.26% | 30.07% | 0.05% | 0.17% | 3.28% | | 0.51% | 1.88% | | 1.29% | |
| April, 2013 | 13 | 527 | | 84 | 101 | 4,248 | 3,823 | 1 | 15 | 262 | | 31 | 37 | | 79 | 6,838 |
| Percentage | 0.19% | 7.71% | | 1.23% | 1.48% | 62.12% | 55.91% | 0.01% | 0.22% | 3.83% | | 0.45% | 0.54% | | 1.16% | |
| Year 2013 Totals | 323 | 29,614 | | 2,329 | 2,958 | 14,303 | 9,137 | 42 | 61 | 1,857 | | 314 | 2,441 | | 451 | 175,769 |
| Percentage | 0.18% | 16.85% | | 1.33% | 1.68% | 8.14% | 5.20% | 0.02% | 0.03% | 1.06% | | 0.18% | 1.39% | | 0.26% | |
| May, 2013 | 5 | 428 | | 65 | 68 | 811 | 685 | 3 | 16 | 72 | | 8 | 2 | | 25 | 2,902 |
| Percentage | 0.17% | 14.75% | | 2.24% | 2.34% | 27.95% | 23.60% | 0.10% | 0.55% | 2.48% | | 0.28% | 0.07% | | 0.86% | |
| June, 2013 | 6 | 349 | | 42 | 100 | 599 | 486 | 5 | 14 | 62 | | 14 | 1 | | 17 | 2,551 |
| Percentage | 0.24% | 13.68% | | 1.65% | 3.92% | 23.48% | 19.05% | 0.20% | 0.55% | 2.43% | | 0.55% | 0.04% | | 0.67% | |
| July, 2013 | 9 | 344 | | 42 | 69 | 573 | 452 | 2 | 16 | 73 | | 11 | 3 | | 16 | 2,757 |
| Percentage | 0.33% | 12.48% | | 1.52% | 2.50% | 20.78% | 16.39% | 0.07% | 0.58% | 2.65% | | 0.40% | 0.11% | | 0.58% | |
| August, 2013 | 23 | 353 | 80 | 42 | 41 | 410 | 290 | 1 | 21 | 68 | - | 10 | 5 | | 15 | 2,539 |
| Percentage | 0.91% | 13.90% | 3.15% | 1.65% | 1.61% | 16.15% | 11.42% | 0.04% | 0.83% | 2.68% | 0.00% | 0.39% | 0.20% | | 0.59% | |
| September, 2013 | 24 | 908 | 307 | 79 | 59 | 482 | 306 | 5 | 7 | 110 | 2 | 9 | 22 | | 21 | 5,441 |
| Percentage | 0.44% | 16.68% | 5.64% | 1.45% | 1.08% | 8.86% | 5.62% | 0.09% | 0.13% | 2.02% | 0.04% | 0.17% | 0.40% | | 0.39% | |
| October, 2013 | 49 | 402 | 537 | | 60 | 430 | 205 | 8 | 3 | 148 | 1 | 14 | 33 | | 18 | 7,157 |
| Percentage | 0.68% | 5.62% | 7.50% | | 0.84% | 6.01% | 2.86% | 0.11% | 0.04% | 2.07% | 0.01% | 0.20% | 0.46% | | 0.25% | |
| November, 2013 | 82 | 2,414 | 2,621 | | 160 | 598 | 192 | 17 | 8 | 156 | 1 | 20 | 166 | | 38 | 23,627 |
| Percentage | 0.35% | 10.22% | 11.09% | | 0.68% | 2.53% | 0.81% | 0.07% | 0.03% | 0.66% | 0.00% | 0.08% | 0.70% | | 0.16% | |
| December, 2013 | 51 | 6,193 | 2,496 | | 290 | 962 | 412 | 15 | 9 | 269 | 2 | 30 | 174 | | 51 | 40,460 |
| Percentage | 0.13% | 15.31% | 6.17% | | 0.72% | 2.38% | 1.02% | 0.04% | 0.02% | 0.66% | 0.00% | 0.07% | 0.43% | | 0.13% | |
| January, 2014 | 61 | 6,039 | 287 | | 385 | 1,595 | 901 | 11 | 16 | 411 | - | 31 | 162 | | 63 | 34,952 |
| Percentage | 0.17% | 17.28% | 0.82% | | 1.10% | 4.56% | 2.58% | 0.03% | 0.05% | 1.18% | 0.00% | 0.09% | 0.46% | | 0.18% | |
| February, 2014 | 52 | 1,901 | 120 | | 66 | 3,820 | 2,756 | 3 | 41 | 472 | - | 37 | 348 | | 163 | 14,100 |
| Percentage | 0.37% | 13.48% | 0.85% | | 0.47% | 27.09% | 19.55% | 0.02% | 0.29% | 3.35% | 0.00% | 0.26% | 2.47% | | 1.16% | |
| March, 2014 | 21 | 685 | 50 | | 26 | 2,831 | 2,183 | 3 | 49 | 178 | 2 | 24 | 270 | | 122 | 6,548 |
| Percentage | 0.32% | 10.46% | 0.76% | | 0.40% | 43.23% | 33.34% | 0.05% | 0.75% | 2.72% | 0.03% | 0.37% | 4.12% | | 1.86% | |
| April, 2014 | 7 | 239 | 9 | | 31 | 2,631 | 2,207 | 1 | 62 | 169 | 1 | 30 | 68 | | 93 | 4,197 |
| Percentage | 0.17% | 5.69% | 0.21% | | 0.74% | 62.69% | 52.59% | 0.02% | 1.48% | 4.03% | 0.02% | 0.71% | 1.62% | | 2.22% | |
| Year 2014 Totals | 390 | 20,255 | 6,507 | | 1,355 | 15,742 | 11,075 | 74 | 262 | 2,188 | 9 | 238 | 1,254 | | 642 | 146,961 |
| Percentage | 0.27% | 13.78% | 4.43% | | 0.92% | 10.71% | 7.54% | 0.05% | 0.18% | 1.49% | 0.01% | 0.16% | 0.85% | | 0.44% | |
| May, 2014 | 16 | 148 | 9 | | 31 | 930 | 722 | 1 | 33 | 115 | 2 | 7 | 23 | - | 27 | 2,006 |
| Percentage | 0.80% | 7.38% | 0.45% | | 1.55% | 46.36% | 35.99% | 0.05% | 1.65% | 5.73% | 0.10% | 0.35% | 1.15% | 0.00% | 1.35% | |
| June, 2014 | 7 | 119 | 14 | | 16 | 478 | 336 | 3 | 20 | 81 | 5 | 5 | 8 | - | 20 | 1,675 |
| Percentage | 0.42% | 7.10% | 0.84% | | 0.96% | 28.54% | 20.06% | 0.18% | 1.19% | 4.84% | 0.30% | 0.30% | 0.48% | 0.00% | 1.19% | |
| July, 2014 | 10 | 134 | 11 | | 22 | 474 | 345 | - | 8 | 70 | 2 | 15 | 23 | - | 11 | 1,855 |
| Percentage | 0.54% | 7.22% | 0.59% | | 1.19% | 25.55% | 18.60% | 0.00% | 0.43% | 3.77% | 0.11% | 0.81% | 1.24% | 0.00% | 0.59% | |
| Aug, 2014 | 7 | 219 | 26 | | 34 | 415 | 307 | 1 | 32 | 36 | - | 4 | 23 | - | 12 | 2,240 |
| Percentage | 0.31% | 9.78% | 1.16% | | 1.52% | 18.53% | 13.71% | 0.04% | 1.43% | 1.61% | 0.00% | 0.18% | 1.03% | 0.00% | 0.54% | |
| Sept, 2014 | 3 | 217 | 35 | 16 | 30 | 394 | 258 | 1 | 10 | 69 | 3 | 10 | 34 | - | 9 | 2,646 |
| Percentage | 0.11% | 8.20% | 1.32% | 0.60% | 1.13% | 14.89% | 9.75% | 0.04% | 0.38% | 2.61% | 0.11% | 0.38% | 1.28% | 0.00% | 0.34% | |
| Oct, 2014 | 10 | 666 | 78 | 23 | 69 | 638 | 331 | 8 | 21 | 134 | 2 | 22 | 98 | 4 | 18 | 10,682 |
| Percentage | 0.09% | 6.23% | 0.73% | 0.22% | 0.65% | 5.97% | 3.10% | 0.07% | 0.20% | 1.25% | 0.02% | 0.21% | 0.92% | 0.04% | 0.17% | |
| Nov, 2014 | 19 | 898 | 33 | 38 | 148 | 582 | 242 | 21 | 12 | 105 | 3 | 13 | 146 | 11 | 29 | 12,065 |
| Percentage | 0.16% | 7.44% | 0.27% | 0.31% | 1.23% | 4.82% | 2.01% | 0.17% | 0.10% | 0.87% | 0.02% | 0.11% | 1.21% | 0.09% | 0.24% | |
| Dec, 2014 | 32 | 2,230 | 80 | 24 | 249 | 793 | 318 | 22 | 14 | 177 | 4 | 41 | 189 | 6 | 22 | 26,910 |
| Percentage | 0.12% | 8.29% | 0.30% | 0.09% | 0.93% | 2.95% | 1.18% | 0.08% | 0.05% | 0.66% | 0.01% | 0.15% | 0.70% | 0.02% | 0.08% | |
| Jan, 2015 | 33 | 2,944 | 120 | 4 | 306 | 1,382 | 547 | 19 | 40 | 314 | 5 | 55 | 320 | 26 | 56 | 24,792 |
| Percentage | 0.13% | 11.87% | 0.48% | 0.02% | 1.23% | 5.57% | 2.21% | 0.08% | 0.16% | 1.27% | 0.02% | 0.22% | 1.29% | 0.10% | 0.23% | |
| Feb, 2015 | 15 | 912 | 9 | 1 | 49 | 1,965 | 933 | 1 | 63 | 278 | 3 | 22 | 535 | 37 | 93 | 8,908 |
| Percentage | 0.17% | 10.24% | 0.10% | 0.01% | 0.55% | 22.06% | 10.47% | 0.01% | 0.71% | 3.12% | 0.03% | 0.25% | 6.01% | 0.42% | 1.04% | |
| March, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| April, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| Year 2015 Totals | 131 | 7,610 | 371 | | 802 | 7,179 | 3,903 | 60 | 220 | 1,267 | 27 | 179 | 1,256 | | 267 | 80,293 |
| Percentage | 0.09% | 5.18% | 0.25% | | 0.55% | 8.94% | 2.66% | 0.04% | 0.15% | 0.86% | 0.02% | 0.12% | 0.85% | | 0.18% | |
| May, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |
| June, 2015 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Percentage | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | |