IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>   v.<br><br>United States of America,<br>    *Defendant*. | Civil Action No.: 1:14-cv-01523-RCL |

**DECLARATION OF MEGHAN S. B. OLIVER IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Meghan S. B. Oliver, being of full age, certify and state as follows:

1. I am an attorney at law at the law firm of Motley Rice LLC admitted to practice in the State of South Carolina, the Commonwealth of Virginia, and the District of Columbia.

2. I submit this declaration and the attached Exhibits in support of Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Summary Judgment.

3. For ease of the Court's reference, and unless otherwise indicated, all highlighting in the Exhibits was added by Plaintiffs in yellow.

4. Attached hereto are true and correct copies of the following:

| Exhibit Letter | Description |
|---|---|
| Exhibit CR | Oct. 9, 2015, Accenture contract, TIRNO-11-D-00007 Task Order 11, **Bates USA-0021044-0021176**, produced by the United States in this Action, and previously marked as Plaintiffs' Exhibit 143 at deposition. **[Sealed]** |
| Exhibit CS | Suitability Department "Description and Time Periods for Lanes of Work," **Bates USA-0039890-0039893**, produced by the United States in this Action. |

| Exhibit CT | June 25, 2013, "RPO Workload Analysis Study: Appendices," **Bates BAH_0000352.0001-0000352.0130**, produced by nonparty Booz Allen Hamilton in this Action. Booz Allen Hamilton initially designated this document as confidential, but has since withdrawn the designation. |
|---|---|
| Exhibit CU | Apr. 3, 2014, Draft GAO study, **Bates USA-0025921-0025940**, produced by the United States in this Action. |
| Exhibit CV | May 3, 2012, "Suitability Department Desk Guide," **Bates BAH_0004183.0001-0004183.0034**, produced by nonparty Booz Allen Hamilton in this Action, and previously marked as Plaintiffs' Exhibit 58 at deposition. |
| Exhibit CW | Sept. 26, 2011, "An overview from: Diann Wensing, Chief Compliance and Enforcement," **Bates BAH_0001303.0001-0001303.0032**, produced by nonparty Booz Allen Hamilton in this Action. Booz Allen Hamilton initially designated this document as confidential, but has since withdrawn the designation. |

I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 8th day of July, 2022

/s/*Meghan S.B. Oliver*
MOTLEY RICE LLC
Meghan S.B. Oliver
moliver@motleyrice.com
Charlotte Loper
cloper@motleyrice.com
Ebony Bobbitt
ebobbitt@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

MOTLEY RICE LLC
William H. Narwold
bnarwold@motleyrice.com
DC Bar No. 502352
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

*Class Counsel*

LAW OFFICE OF ALLEN BUCKLEY LLC
Allen Buckley
ab@allenbuckleylaw.com
2727 Paces Ferry Road, Suite 750
Atlanta, GA  30339
Telephone: (678) 981-4689
Facsimile: (855) 243-0006

GUPTA WESSLER PLLC
Deepak Gupta, Esq.
deepak@guptawessler.com
Jonathan E. Taylor
jon@guptawessler.com
2001 K Street, NW
North Tower, Suite 850
Washington, DC  20006
Telephone:  (202) 888-1741
Facsimile:  (202) 888-7792

CAPLIN & DRYSDALE, CHARTERED
Christopher S. Rizek, Esq.
crizek@capdale.com
One Thomas Circle, NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 862-8852
Facsimile:  (202) 429-3301

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022 I electronically filed the Declaration of Meghan S. B. Oliver in Support of Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Summary Judgment through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated:  July 8, 2022                                          */s/ William H. Narwold*
                                                                            William H. Narwold