# EXHIBIT CR

## Filed Under Seal