# EXHIBIT CS

**Description and Time Periods for Lanes of Work**

**Personal Tax Compliance**

Return Preparers must be up to date & provide accurate personal and business tax returns. RPO Suitability performs a systemic review of a preparer personal and business tax compliance. 2012 -2014 PTC Active egregious - balance due over $100,000.  Failed to file in 3 or more years within a last 6 years, Fail to file & overdue balance over $50,000.

**PTC-AFSP** started in **November 2015** - Present, Suitability started to perform personal tax compliance checks on return preparers who elected to participant in the Annual Filing Season Program (AFSP).  This change was made due to the LOVING case results.

**EFIN Adjudication/Appeals 2012 – June 2014**

Performed background check adjudication responsibilities for EFIN application. Suitability adjudicated a backlog of EFIN background checks, Suitability obtains case files and Record of Arrest Prosecution sheets and compares this data to RPO Adjudication framework.  Work transitioned back to W&I- ETA

**Prisoner List 2012 - Present**

Return Preparer cannot be currently incarcerated.  Suitability performs a name, SSN, date of birth comparisons with the Tax Professional PTIN System.  If there is a match, Suitability will start the PTIN revocation process.

**OPR Restricted list/Enjoined Referrals 2012 – Present**

Return Preparer cannot be currently barred by law from preparing tax returns.  Referral are received from Office of Professional Responsibility.  Suitability will make the determination after research and supporting documentation on whether to revoke the PTIN.

**Specially Designated Nationals (SDN) 2012- Present**

Preparers cannot be suspected terrorists or threats to national security (i.e., on Office of Foreign Asset Control's Specially Designated Nationals List). Suitability receives regular lists from Office of Program Evaluation & Risk Analysis (OPERA), verifies potential matches, and forward the refined list to CI for confirmation.

**Referrals 2012 – Present**

Suitability office is responsible for conducting suitability checks on return preparers who are referred to RPO from various sources. After completing research Suitability takes appropriate action. <mark>A referral could be related to any off the lanes of work Suitability performs.</mark>

### Former Employee Enrolled Agent Program – 2013 - Present

Certain former IRS employees can become an enrolled agent without taking the Special Enrollment Examination by virtue of experience with the IRS.

Circular 230 specifies that such applicants "must have been regularly engaged in applying and interpreting the provisions of the Internal Revenue Code and the regulations relating to income, estate, gift, employment, or excise taxes."

In general, the experience must include at least five years in one of these taxpayer-facing field positions: appeals officer, special agent, revenue officer, revenue agent, tax specialist, tax law specialist, or settlement officer. These positions will qualify for limited to collection matters, limited to examination matters or full enrollment. Three of the five qualifying years must have occurred within the last five years prior to separation from the IRS.

These requirements are intended to ensure the applicant's IRS experience provides him/her with the same overall background as a public sector candidate who passes all three parts of the SEE. If the former employee's IRS experience does not provide the same overall background, enrollment will be restricted to a specific area of representation.

### Joint Board for the Enrollment of Actuaries Personal Tax Compliance Checks - March 2021 – Present

A tax compliance check on each Form 5434 (Application for Enrollment) will be conducted to certify an enrollee applicant has complied with the regulations governing enrollment (i.e., has not engaged in disreputable conduct including willfully failing to make a Federal tax return, evading/attempting to evade federal tax or payment and/or convicted of any offenses.

### CBC – EA – May 2014 – Present (began conducting on all new applicants in October 2019)

Circular 230 section 10.5(d)(1) provides the Internal Revenue Service (IRS) with the authority to perform tax compliance and suitability checks on Enrolled Agent (EA) applicants and those renewing their credential. We have the authority to deny their enrollment when they engage in disreputable conduct. Under this authority, the Return Preparer Office (RPO) Suitability department reviews the criminal history of individuals applying to be an EA or when renewing their enrollment.

The starting point of a Criminal Background Check (CBC)-EA case is the enrollment application Form 23 Application for Enrollment to Practice Before the Internal Revenue Service, or renewal application Form 8554, Application for Renewal of Enrollment to Practice Before the Internal Revenue Service. These applications are stored in E-Trak Practitioner.

### PTC – EA – April 2017 - Present

Enrolled Agent (EA) - Tax Compliance Check (EA-TCC) is work conducted by the Return Preparer Office (RPO) Suitability department, the cases are received in E-Trak Practitioner.  The purpose of this check is to conduct a systemic review of the EA's personal and/or business tax compliance to confirm that the EA has filed all tax returns identified by the Internal Revenue Service (IRS) as required and has satisfied all balances due for enrollment to practice before the IRS.

==Professional Designation Check (PDC) 2012 - Present==

The purpose of a Professional Designation Check (PDC) is to conduct a systemic review of preparer credential(s) to ensure that the credential listed within TPPS is valid. The purpose of these PDC inquiries is to determine that the PTIN holder has updated the application with the current credential information and that the Preparer Directory is current.


**PDC -Annual Filing Season Program (AFSP) 2016 - Present**

The AFSP is a voluntary program designed to encourage tax return preparers to participate in CE courses. Unregulated return preparers can elect to voluntarily take continuing education each year in preparation for filing season and receive an AFSP, Record of Completion.

Effective January 1, 2016, only tax return preparers who earn an IRS AFSP Record of Completion may engage in limited practice before the IRS. Unenrolled preparers who have passed recognized state or national tests qualify for an exemption from the AFTR course.

**Professional Designation Check Revalidation (PDCR) June 2015 - Present**

June 2015 – Present: The PDC revalidation inquiry is a validity check conducted on previously verified credentials—for those that still have an active PTIN. This check is conducted every 3 years to ensure that the credential listed is still valid. This validity check is only conducted on at Description of Lanes of Work:

**Criminal Background Checks (CBC)**

CBC – EA (May 2014 – Present) Circular 230 section 10.5(d)(1) provides the IRS with the authority to perform tax compliance and suitability checks on applicants and deny enrollment to applicants who have been shown to engage in disreputable conduct. Under this authority, Suitability reviews the criminal history of individuals applying to be an EA or ERPA, along with applications to renew the enrollment, if they have attested to a felony on their enrollment or renewal application.

CBC – AFSP (January 2016 – Present) Suitability performs a Criminal Background Check (CBC) on preparer or practitioners who have attested to a felony. The CBC is a criminal history review of tax, financial, and/or public trust felonies that have occurred within the last 5 years of the application date—as noted in the AFSP Felony Table.

CBC-Combo (January 2017 – Present) Suitability performs Criminal Background Check CBC) and Personal Tax Check (PTC) to see if a Return Preparer qualifies for the Annual Filing Season Program.

CBC-Other (2015 – Present) Suitability performs special short-term project covering Criminal Background Checks as it relates to various programs within RPO.  These projects include a sample size of the return preparer population.

USA-0039893