# EXHIBIT CT

**This document has been produced in native format and also has been designated as CONFIDENTIAL**

**Filename:**      **IRS_RPO_Workload Analysis_Appendices_6 25 2013_v1 0.pptx**

BAH_0000352



**RETURN PREPARER OFFICE**
INTERNAL REVENUE SERVICE

## RPO Workload Analysis Study:
### *Appendices*

Washington, D.C.
June 25, 2013

IRS

BAH_0000352.0001

**RPO Workload Analysis Study**

Appendix A: Methodology

Appendix B: Department Findings

*FOR INTERNAL USE ONLY*

2

BAH_0000352.0002

## The Workload Analysis initiative is part of a broader effort to assess RPO staffing, employees' knowledge and skills, and the effectiveness of department operations

*Overview of Four RPO Efforts*



▸ The Workload Analysis study is one component of a broader RPO effort to assess current and future state operations

▸ The four distinct efforts are comprised of:

  – **Workload Analysis:** A validation of each department's processes, associated time and FTE-grade necessary to complete each process, and workload volume estimates for FY13 – FY16 to determine whether staffing levels are appropriate

  – **Operational Reviews:** An evaluation of current state operations for each department, including ways in which the department collaborates across RPO and supports the overarching mission

  – **Knowledge and Skills Assessment:** An application of a competency framework with the goal of identifying the knowledge and skills required by RPO staff to effectively carry out their job requirements and support operations across the department

  – **Roadmap and Vision Revalidation:** A socialization of the function- and department-level vision from the Draft RPO Roadmap with a goal of obtaining/incorporating feedback, defining initiatives, and determining timelines for implementation

▸ The completed Workload Analysis study provides a snapshot of workload fluctuations and staffing needs across FY13 – FY16, which is critical background information to support not only hiring decisions, but analyses in the three related efforts. Together, the four studies provide the organization with a clear picture of its staffing needs, the competencies required for employees to be successful in each department, and an understanding of how operations may be improved to heighten efficiency and effectiveness in achieving RPO's mission

*FOR INTERNAL USE ONLY*

3

BAH_0000352.0003

**The Workload Analysis initiative follows a four-phased approach to gathering and analyzing data, and illustrating department staffing needs for FY2013 – FY2016**

*Workload Analysis Approach*

| ① Refine Model | ② Gather Data | ③ Validate Inputs | ④ Make Recommendations |
|---|---|---|---|
| ‣ Evaluate best practices in workload modeling<br><br>‣ Design a workload model with functionality to:<br>  – Differentiate between case- and function-driven work<br>  – Highlight program and department assumptions<br>  – Calculate FTE needs by work process and summarize total FTE needs across RPO | ***For Case-Driven Departments***<br>‣ Collect data on work processes and activities, drivers, time, and volume using SOPs, training materials, process maps, etc.<br><br>***For Function-Driven Departments***<br>‣ Conduct 1-2 hour meetings with directors to discuss key functions, current staffing levels, and long-term work<br><br>***For Both***<br>‣ Populate workload analysis model with initial data and develop draft worksheets for review with SMEs, RPO directors and other key staff | ‣ Validate workload model inputs with SMEs, key department staff, and Directors<br><br>‣ Refine model inputs and functionality based on feedback<br><br>‣ Validate model outputs and FTE needs in current and future state | ‣ Develop recommendations on short- and long-term staffing needs based on workload model outputs<br><br>‣ Illustrate fluctuations in workload within and between years, and opportunities to detail staff to allocate resources efficiently<br><br>‣ Finalize with dept. director |

4

*FOR INTERNAL USE ONLY*

BAH_0000352.0004

## RPO created the Workload Analysis model to document work processes and their LOE with the goal of determining appropriate staff size for each department

### Model Overview

▸ The Workload Analysis Model is a tool created to document current and future work processes, activities and level effort, and to determine the appropriate FTE for each department

▸ The model is comprised of three dynamic worksheets:

| Summary Worksheet | Department Worksheet | Assumptions Worksheet |
|---|---|---|
|  |  |  |
| *A "roll up" of major processes and activities by department and position type, displaying FTE needs in the current and future state* | *A documentation of the major processes and activities as well as the assumed volume and time associated with each activity* | *Key assumptions related to the return preparer community, its growth and segments of the community (i.e., Test Takers)* |

5

FOR INTERNAL USE ONLY

**Assumptions for all departments are documented on a single worksheet, and must be supported by independently verifiable quantitative data and sound logic**

*Assumptions Worksheet*



**Overarching Assumptions**

Description: Documents Workload Model assumptions applicable across the entire office, including RP population size (e.g., Total, Active, and Provisional Registrations) and IRS-wide Human Resources assumptions (e.g., FTE Annual Hours, Indirect Hours Rate)

**Department-Specific Functions**

Description: Documents assumptions related to each department, including population sizes for different segments of the RP population, percentage of cases with issues, etc.

*Note: Modifying assumptions in this worksheet will impact the overall workload projections so documenting the rationale behind all assumptions is important*

*FOR INTERNAL USE ONLY*

6

BAH_0000352.0006

**In addition, each department is broken down into individual worksheets which document case- and function-driven processes, hours, and FTE requirements**

*Department Worksheet*



| Case-driven/ Function-Driven Processes | Processes | Position/ Grade | Cases/Year, Hours/Case | Direct/Indirect Hours |
|---|---|---|---|---|
| <u>Case-Driven:</u> The work and associated employees in this section are **driven by the number of cases** and/or repeatable, known processes (e.g., number of annual TPPS releases). Total FTE required **depends on annual volume, estimated hours, and assumptions**<br><br><u>Function Driven:</u> The activities and associated employees listed in this section are **not driven by number of cases**. Therefore, they are **fixed positions** and the total FTE required is based on the number of employees necessary to accomplish the given activity descriptions | <u>Description:</u> **Processes** are listed at a high-level and are the **primary functions** of each department, while **activities are detailed steps** within a process | <u>Description:</u> Each work activity is **assigned the position title / GS level** for staff apportionment calculation | <u>Description:</u> The number of **Cases/Year are documented assumptions** ; **Hours/Case** is the **estimated time to complete** the work | <u>Description:</u> This section **calculates the total time required** to execute each process (**Direct Hours**) plus other work **time not performing the process** (**Indirect Hours** – e.g., training, admin mtgs), then divides by 2080 hours per year to estimate the number of FTE required to perform the work ("Total FTE") |

*FOR INTERNAL USE ONLY*

7

## RPO Workload Analysis Study

Appendix A: Methodology

Appendix B: Department Findings

*FOR INTERNAL USE ONLY*

BAH_0000352.0008



Vendor Processing and Business Requirements Management

*FOR INTERNAL USE ONLY*

9

BAH_0000352.0009

## Although VPBRM completed a workload analysis in August, subsequent hiring and an Operational Review required reevaluation of workload model assumptions

### *Background*

- ‣ RPO completed an initial FY13-FY16 Workload Analysis Model for VPBRM in August 2012, which found staffing gaps for FY13-14 in the Business Requirements Management Office to manage the design, development, and deployment of multiple systems to a steady-state "operations and maintenance" (O&M) phase

- ‣ Based on the August workload analyses – both the FY13-FY16 Workload Analysis Model and a separate FY12 workload study – VPBRM presented their requests for additional temporary/NTE staff to the Strategy and Finance Director and Deputy Director of RPO. The department was approved to hire short-term FTE to cover its temporary staffing shortages and in October 2012 hired the following two positions:

  - — Service-wide Sr. Analyst[1] (GS-14): Temp/NTE 2 YRS position, filled by Byron Endo (on a temporary promotion within VPBRM)

  - — Service-wide Analyst (GS-13): Temp/NTE 3 years position, filled by new hire, Mindi Holley

- ‣ In November 2012, RPO conducted an Operational Review of the department to assess current goals, operations, and resources. For the Business Requirements Management Office, the Operational Review revealed two key findings:

  - — Certain tasks that are currently performed by GS-13 and GS-14 Senior Management/Program Analysts could be performed by lower-graded staff, which would allow current staff to focus on more complex duties; and

  - — All VPBRM staff would benefit from a better delineation in roles and responsibilities; in particular, clarifying between roles of VPBRM employees, vendors, business owners, IRS Procurement, and IRS IT

*[1]Internal hire will retain his previous position title as a Business Requirements Analyst under the FLM Bus. Req. Planning Office*   **10**

**FOR INTERNAL USE ONLY**

## VPBRM has a staff of 16 FTE, with three new positions – 1 permanent and 2 temporary/NTE – advertised and hired since the initial Aug 2012 workload study

*VPBRM Organizational Chart (as of 12/2012)*



**Total Onboard Staff: 16**

Lisa Hernandez
Director, VPBRM

Jeremy Lamary
Admin. Support

Robert Mattingly
Registration COR

Alex Shojay[1]
Testing/Fingerprint COR

*Vacant*
Service-wide Sr. Analyst

Amy Goudey
Frontline Manager

Kaye Deppe
Service Support Analyst

Pam Koslicki
Sr. Analyst

Robin Saunders
Service Support Analyst

Mindi Holley[2]
Service-wide Analyst

Steve Drake
BSP Analyst (GS 14)

Jana Roberts
BSP Analyst (GS 14)

Ben Marsden
BSP Analyst (GS 14)

Byron Endo[3]
Bus. Req. Analyst (GS 14)

Allen Dye
Bus. Req. Analyst (GS 13)

Darick McGriff
Bus. Req. Analyst (GS 13)

Michael Denard
Computer Analyst (GS 13)

*Function-Driven Work*

*Case-Driven Work*

**New Hires**

**VPBRM Positions Hired After Aug 2012 Workload Study:**

- [1]**Testing/Fingerprint COR (GS-15):** Temp position converted to permanent
- [2]**Service-wide Analyst (GS-13):** TEMP/NTE 3 YRS, hired as part of group of 3 FTE hired to support business operations; other two positions are shared resources between C&S, CEM, and VPBRM
- [3]**Service-wide Sr. Analyst (GS-14):** TEMP NTE 2 YRS, Byron Endo hired on a temporary promotion within department

*Note: In addition, 1 Frontline Manager position has been approved but not yet filled, along with 2 120-day details*

*Note: The above organizational design is the version approved by NTEU in July 2011*

**11**

*FOR INTERNAL USE ONLY*

BAH_0000352.0011

## VPBRM is responsible for both case-driven processes, associated with systems releases, and function-driven processes for COR and department support roles

*VPBRM: Workload Processes*

| Release-Driven Processes | Function-Driven Processes |
|---|---|
| *Driven by the number of system releases, including both size and scope, and associated hours necessary to complete the identified work* | *Not driven by the number of system releases; therefore, these are fixed positions and the total FTEs are based on the number of employees necessary to accomplish the given role descriptions* |
| <ul><li>Develop and maintain the **Tax Professional PTIN System (TPPS)** for registering and renewing PTINs</li><li>Develop and maintain the **Continuing Education Provider Approval and Registration System (CEPARS)**</li><li>Develop and maintain **Academic, Professional and Corporate (AP&C)** testing system</li><li>Define requirements and develop the **RP360** System to support RPO Case Management and Compliance & Analytics operations</li><li>Define CONOPS and requirements to incorporate **Private Key Services**; support system development process</li><li>Perform system administrative work for two **e-Trak** modules (EAs/ERPAs and Actuaries)</li></ul>*Note: the model assumes that RPO Suitability will conduct criminal background (CBG) checks internally by using publically available data, which will not require any VPBRM support to build or maintain a supporting IT infrastructure for the CBG check process* | <ul><li>Plan, organize, direct, and monitor the VPBRM department</li><li>Manage teams analyzing business systems requirements</li><li>Manage the PTIN registration system business operations (Biz Ops)</li><li>Manage all RPO contracts and vendor relationships</li><li>Serve as the Business Systems Planner (BSP) for RPO</li><li>Provide administrative and clerical support to VPBRM</li><li>Conduct data extracts and analysis</li><li>Perform other systems administration work in support of the VPBRM Dept.</li><li>Serve as a liaison to internal/external stakeholders</li><li>Perform other administrative and policy duties in support of the department</li></ul> |

12

*FOR INTERNAL USE ONLY*

## The bulk of workload is associated with system releases that require design, development, and ongoing management, with the highest LOE in FY13 - FY14

*VPBRM: Progress in Function-Driven Processes*

| System | Progress Summary |
|---|---|
| **TPPS**[1] | **Progress to Date**:<br>▪ Collaborated with Accenture/IRS IT to **define multi-year requirements**, deployed **3 major releases**, and **planned Release 3B and Release 4**<br>**Planned Future State Activities**:<br>▪ **Gather requirements**, **design system upgrades**, conduct **usability testing**, and **deploy** Release 3B and 4 with enhanced functionality (Interface to Continuing Education system, new PTIN Security Code Issuance, pro-rated Continuing Education, etc.)<br>▪ Deploy annual system releases: **FY2013 – 2 major releases; FY2014 – FY2016 – 1 release per year** |
| **CEPARS** | **Progress to Date**:<br>▪ Deployed **major system release** and **functionality** in collaboration with Kinsail, Corp.<br>**Planned Future State Activities**:<br>▪ **1 system release** per year for FY2013 – FY2016 to make **minor system enhancements** |
| **AP&C**[1] | **Progress to Date**:<br>▪ Deployed **major system release** and **functionality** in collaboration with Prometric, Inc.<br>**Planned Future State Activities**:<br>▪ **1 system release** per year for FY2013 – FY2016 to make **minor system enhancements** |

*Key Assumptions*
1. *System releases will become smaller in scope and complexity over time*

13

FOR INTERNAL USE ONLY

BAH_0000352.0013

# The bulk of workload is associated with system releases that require design, development, and ongoing management, with the highest LOE in FY13 - FY14

## *VPBRM: Progress in Function-Driven Processes*

| System | Progress Summary |
|---|---|
| **RP360**[1] | *Progress to Date*:<br>▪ Conducted formal **requirements gathering** with relevant internal/external stakeholders, and completed and secured approval on **system design ELC documentation** for Release 1<br>*Planned Future State Activities*:<br>▪ **Initial system release** is planned for 2013 for case management; ***1 system release per year*** is planned for FY2014 – FY2016 |
| **Private Key Services**[1] | *Progress to Date*:<br>▪ Conducted **requirements gathering** and completed required ELC documentation<br>*Planned Future State Activities*:<br>▪ **PINs will be issued beginning Oct 2013, and initial system release** is planned for 1 Jan 2014; annual releases with limited scope are planned for FY2014 – FY2016 |
| **e-Trak Modules**[2] | *Progress to Date*:<br>▪ **Maintained user profiles** and other system requirements in both e-Trak modules, and **initiated system updates**<br>*Planned Future-State Activities*:<br>▪ **Initial system update** is planned for 2013; annual releases with limited scope are planned for FY2014 – FY2016 |

*Key Assumptions*
1. *System releases will become smaller in scope and complexity over time*
2. *e-Trak maintenance will require 1 System Administrator on a continual basis*

14

FOR INTERNAL USE ONLY

BAH_0000352.0014

# VPBRM resources are needed in the near-term to update in-flight systems, but staffing needs decrease over time as systems reach an O&M phase

## VPBRM: Release-Driven Workload Projections

**Draft**

| | FY2013 | FY2014 | FY2015 | FY2016 |
|---|---|---|---|---|
| **TPPS** | Release 3a & 3b<br>2.8 FTE | Operations and Maintenance<br>1.9 FTE | | |
| | ▪ Release 3b planned for 3/31/13<br>▪ Release 4 planned for 9/30/13 | ▪ Assumes 1 Release per year for minor system updates over the next three fiscal years resulting in a decrease of hours from FY2013 to FY2014-2016 primarily due to ELC documentation requirements<br>▪ However, the Project Manager hours will remain constant across all four fiscal years | | |
| **CEPARS** | System Release<br>1.7 FTE | Minor System Enhancements<br>1.0 FTE | Operations and Maintenance<br>0.6 FTE | |
| | ▪ Ongoing system enhancements (Phase 5-2/4/13 and Phase 6-3/31/13 including CEPARS/TPPS interface) | ▪ Assumes relatively minor system updates resulting in decreased complexity and LOE over time | ▪ Steady state requires 0.6 FTE (Note: the difference between CEPARS and AP&C support is due to MBI management) | |
| **AP&C** | System Enhancements<br>2.2 FTE | Minor System Enhancements<br>1.5 FTE | Operations and Maintenance<br>1.1 FTE | |
| | ▪ Ongoing system enhancements, includes MBI management | ▪ Assumes relatively minor system updates resulting in decreased complexity and LOE over time | ▪ Steady state requires 1.0 FTE (Note: the difference between CEPARS and AP&C support is due to MBI management) | |
| **RP360** | Requirements, Design & Build<br>5.6 FTE | Build, Test, & Deploy<br>3.3 FTE | System Enhancements<br>2.2 FTE | Operations and Maintenance<br>1.4 FTE |
| | ▪ Identify/refine requirements<br>▪ Design system and begin system build<br>▪ Deploy Case Management | ▪ Continue to build and test system<br>▪ Release 2 planned for FY14 | ▪ Assumes additional system enhancements to refine/update RP360 after initial release | ▪ Steady state requires 1.5 FTE to maintain ELC documentation and maintenance of the system |
| **PKS** | Release 1<br>3.1 FTE | Release 2<br>2.1 FTE | Operations and Maintenance<br>0.5 FTE | |
| | ▪ System release planned for January 2014 | ▪ Assumes minor system release in January 2015 | ▪ Steady state requires 0.5 FTE to maintain ELC documentation and maintenance of the system | |
| **e-Trak** | System Enhancements<br>1.3 FTE | Operations and Maintenance<br>1.0 FTE | | |
| | ▪ Coordinate with MicroPact to modify e-Trak system | ▪ Assumes 1 System Administrator to maintain and manage the system and associated user requests on an ongoing basis | | |
| | **16.7 FTE** | **10.8 FTE** | **7.3 FTE** | **6.5 FTE** |

*Note:* The Release-Driven FTE projections do not account for function-driven support associated with each of the system releases (e.g., VPBRM Director, CORs)

15

**FOR INTERNAL USE ONLY**

## Additionally, there are function-driven positions, which support department responsibilities not associated with case volume

**Draft**

### VPBRM: Function-Driven Processes and Assumptions

| Function | Function Description | FTE |
|---|---|---|
| *Plan, organize, direct, and monitor the VPBRM department* | • Plan, organize, direct, and monitor the VPBRM department | 1.0 |
| *Manage teams analyzing business systems requirements* | • Manage Requirements Management staff to support the design, development and deployment of RPO systems (e.g., TPPS, PKS, RP360, CEPARS, AP&C, e-Trak) | 1.0 |
| *Manage the PTIN registration system business operations (Biz Ops)* | • Manage vendor end-user exceptions processing<br>• Coordinate the identification of business needs and the development and implementation of new/enhanced vendor business processes and/or system enhancements to address those needs<br>• Monitor quality in RPO-wide vendor performance, including call monitoring during peak season<br>• Assess the potential impact of RPO policy changes or strategic planning on business-vendor operations | 2.0 |
| *Manage all RPO contracts and vendor relationships* | • Support Vendor Management and Business Operations, managing all contractual issues, audits, and coordination with Procurement, including the ETA "Russell Research" contract | 4.3 |
| *Serve as the Business Systems Planner for RPO[1]* | • Serves as the Liaison between RPO and IRS IT (e.g., help ensure staff obtain necessary IT equipment, build/configure user profiles) | 0.8 |
| *Provide administrative and clerical support to VPBRM* | • Perform clerical and technical work in support of the department (e.g., general administrative/office work, organizing and maintaining files, reviewing all incoming mail and correspondence, responding to correspondence as necessary, and maintaining a variety of administrative records and controls) | 1.0 |
| *Conduct data extracts and analysis* | • Support RPO departments by conducting data extracts, analysis, and reporting from TPPS and other systems | 1.3 |
| *Perform other systems administration work in support of the VPBRM Dept.* | • Support the TPPS Case Management tool<br>• Manage Security Issues/Backup Security PMO/POA&Ms Maintenance/TAF<br>• Manage and update the RPO V&BPRM SharePoint site<br>• Perform RPVUE Updates/Maintenance (Annual Maintenance + Ongoing Support) | 0.6 |

<u>Key Assumption:</u> *The workload associated with the function-driven processes will remain constant over the next four years*
[1] *As of 12/20/2012 this position description and its associated LOE is still being defined*

**16**

**FOR INTERNAL USE ONLY**

BAH_0000352.0016

## Additionally, there are function-driven positions, which support department responsibilities not associated with case volume

**Draft**

*VPBRM: Function-Driven Processes and Assumptions*

| Function | Function Description | FTE |
|---|---|---|
| *Serve as a liaison to internal/external stakeholders* | • Work with IRS IT on mass distribution of RPO letters<br>• Coordinate with Accenture on TIGTA/GAO requests<br>• Respond to FOIA requests<br>• Manage TPPS Tokens and IRS Connectivity | 0.2 |
| *Perform other administrative and policy duties in support of the department* | • Submit and track (non-project UWRs)<br>• Attend weekly RPO Action Log meeting<br>• Prepare for Senior Leadership Team meetings<br>• Provide support for other admin items | 0.4 |

<u>Key Assumption:</u> *The workload associated with the function-driven processes will remain constant over the next four years*

17

FOR INTERNAL USE ONLY

BAH_0000352.0017

**Based on November Operational Review findings, certain function-driven tasks were reallocated from GS 13/14 staff to potential GS 9 and GS 11 staff**

*Reallocation of Certain Functional Responsibilities*



**Key Workload Model Updates**

▸ Based on Operational Review findings, VPBRM staff are *currently performing tasks, which could be accomplished by lower-graded staff* and provide GS-14 and GS-13 level staff the opportunity to focus on higher-graded tasks

— Certain lower-graded tasks identified by staff members in the Operational Review were re-allocated in the workload model to a GS-9 (see ⬦ for example) for forecasting and analysis. These tasks include: conducting data reporting and analysis; uploading Tax Compliance checks; performing RPVUE updates; managing TPPS tokens; submitting and tracking some UWRS

— Other lower-graded tasks were re-allocated in the model to a GS-11 (see ⬦ for example). In addition to the tasks formed by the GS-9 staff member, the GS-11 would also work with IRS IT on distribution of mass letters

18

FOR INTERNAL USE ONLY

**Due to the size and scope of systems releases, VPBRM has the greatest staffing gap in release-driven work from FY13 - FY14, with workload normalizing in FY15**

*Summary of VPBRM Workload Findings*

Draft

| Onboard Staff *(as of 12/2012)* | | FY 2013 | | FY 2014 | | FY 2015 | | FY 2016 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage |
| VPBRM | 17.0 | **29.0** | **12.0** (3.0 assumes 9.0 BAH staff are extended) | 23.2 | 6.2 | 19.7 | 2.7 | 18.8 | 1.8 |
| + BAH | 9.0 | | | | | | | | |

| | Description of Resources Needed to Close Gap² | | | |
|---|---|---|---|---|
| *Management Program Analysts (GS 14)* | **6.4 FTE Shortage** <br>▪ Manage TPPS Release 3B and 4 <br>▪ Manage design and development of RP360 <br>▪ Manage deployment of initial release for Private Key Services | **2.3 FTE Shortage** <br>▪ Manage RP360 initial deployment <br>▪ Manage release for PKS and maintain other systems in O&M | **0.4 FTE Shortage** <br>▪ Manage releases for all systems | **No shortage** <br>▪ Manage releases for all systems |
| *Management Program Analysts (GS 13)* | **3.3 FTE Shortage** <br>▪ Support TPPS Release 3B and 4 <br>▪ Support design and development of RP360 <br>▪ Support deployment of initial release for Private Key Services | **2.0 FTE Shortage** <br>▪ Support RP360 initial deployment <br>▪ Support release of PKS and other systems | **0.5 FTE Shortage** <br>▪ Support RP360 initial deployment <br>▪ Support release of PKS and other systems | **0.2 FTE Shortage** <br>▪ Support RP360 initial deployment <br>▪ Support release of PKS and other systems |
| *Management Program Analyst (GS 11)* | **1.0 FTE Shortage** <br>▪ Support data extracts and analysis <br>▪ Manage TPPS tokens | **1.0 FTE Shortage** <br>▪ Support data extracts and analysis <br>▪ Manage TPPS tokens | **0.9 FTE Shortage** <br>▪ Support data extracts and analysis <br>▪ Manage TPPS tokens | **0.9 FTE Shortage** <br>▪ Support data extracts and analysis <br>▪ Manage TPPS tokens |
| *Management Program Analyst (GS 9)* | **1.0 FTE Shortage** <br>▪ Support data extracts and analysis, and other systems administration | **0.9 FTE Shortage** <br>▪ Support data extracts and analysis, and other systems administration | **0.9 FTE Shortage** <br>▪ Support data extracts and analysis, and other systems administration | **0.9 FTE Shortage** <br>▪ Support data extracts and analysis, and other systems administration |
| *Computer Analyst (GS 13)* | **0.3 FTE Shortage** <br>▪ Deploy updates and manage e-Trak | *The need for the additional 0.3 FTE goes away in FY2014-2016 as the system enhancements/coordination with MicroPact is complete* | | |

19

FOR INTERNAL USE ONLY

BAH_0000352.0019

**As part of the Operational Review, VPBRM also proposed a reorganization of its Business Requirements Management Office to align staff against systems**

*VPBRM Proposed Organizational Chart (Requirements Management Office \*ONLY\*)*



*FOR INTERNAL USE ONLY*

20

## Reorganizing the Requirements Mgmt. office and delegating to lower-graded staff may heighten efficiency, and fewer staff may be required than requested

*Next Steps*

▸ **Validate department reorganization.** Review the proposed reorganization of the Business Requirement Management Office and answer key questions such as:

– What is the scope of Business Systems Planning work, and the 2 resources identified as necessary to support this focus area?

– Are their complications with realigning a staff member from another RPO office to the Frontline Manager position in VPBRM? Does it require negotiation with NTEU?

– What is the scope of the additional support required for the TPPS / AP&C / CEPARS workstream?

▪ **Clarify job roles and responsibilities.** One of the key findings from the Operational Review was the need to better delineate VPBRM roles and responsibilities to clarify roles between VPBRM employees, vendors, business owners, IRS Procurement, and IRS IT

▪ **Determine remaining staffing shortages.** Based on workload model findings in comparison with the proposed organizational chart, VPBRM has a short-term staffing needs for (1) GS-13 Mgmt/Prog Analyst, (1) GS-11 and (1) GS-9

*Note: The S&F Director is currently conducting staffing discussions with RPO and VPBRM leadership to determine short-term fixes (i.e., 120-day details) and long-term adjustments (i.e., delineation of roles and responsibilities) based upon Workload Model and Operational Review findings*



NOTE: For more detail, please see the *2013 – 2016 VPBRM Workload Analysis Model*

FY13-16 VBPRM Workload Model

21

*FOR INTERNAL USE ONLY*



**Competency and Standards**

*FOR INTERNAL USE ONLY*

22

BAH_0000352.0022

## Competency and Standards currently has 5 permanent FTE, plus 1 detailed staff member from Continuing Education Mgmt, and 2 FTE as shared RPO resources



*Competency and Standards Organizational Chart (as of 12/2012)*

[1] Temp/NTE 3 YRS positions for Business Operations work; employees are a shared resource between C&S, CEM, and VPBRM
[2] CE Assistant on detail from Continuing Education Management department

23

*FOR INTERNAL USE ONLY*

## Competency and Standards staff perform both case-driven work, associated with administration of tests, and function-driven work in support roles

*Competency and Standards: Workload Processes*

| Case-Driven Processes | Function-Driven Processes |
|---|---|
| *Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | *Fixed positions based on the number of FTE necessary to accomplish given role descriptions; positions are not derived using case volume* |
| • Oversee receipt of test score results and resolve data discrepancies between Prometric and TPPS (including certificate requests) | • Plan, organize, direct, and monitor the Competency and Standards department |
| • Review and make a determination on cases where the test candidate is suspected of suspicious activity and/or cheating | • Conduct independent research on preparer competency test policy and requirements |
| • Review and make a final determination on candidate appeals of test questions and/or results | • Manage testing system business operations |
| • Review and make a final determination on test candidate requests for refunds and hardships | • Update Communications (e.g., letters to practitioners) and WBS |
| • Oversee payments and ensure accuracy of reconciliation for testing program | • Support RFP and other planning and implementation of testing vendor contract renewal |
| • Conduct full review of test questions and publish updated test | • Provide technical support to the ERPA exam |
| • Conduct random site visits to Prometric test centers for quality assurance and security reviews | • Provide administrative and clerical support to Competency and Standards |
| • Review and make final determination on special accommodations requests | |
| • Conduct formal monitoring of Prometric customer service calls and provide feedback | |
| • Analyze candidate comment reports | |

*FOR INTERNAL USE ONLY*

**C&S case-driven workload is largely comprised of resolving data discrepancies, which will increase considerably with the bulk of test takers before Dec 2013**

*Competency and Standards: Progress in Case-Driven Processes*

| Process | Progress Summary |
|---|---|
| Oversee **receipt of test score results** and **resolve data discrepancies** between Prometric and TPPS (including certificate requests) | <u>*Progress to Date*</u>:<br>▪ Addressed data discrepancies for **400 cases**, leaving an inventory **backlog of approximately 150 cases**; roughly 3.5% of all testing candidates experience data discrepancy issues<br><br><u>*Planned Future State Activities*</u>:<br>▪ Manage workload associated with **anticipated 3.5% data discrepancy rate** for all testing cases, assuming that **80% of all current provisional PTIN holders will take the test** by the cut-off date of 12/31/2013 |
| Review and make a determination on cases where the test candidate is **suspected of suspicious activity and/or cheating** | <u>*Progress to Date*</u>:<br>▪ **Developed process** for handling cases and **addressed 334 cases** of suspicious activity<br><br><u>*Planned Future State Activities*</u>:<br>▪ Continue to **monitor and address cases of suspicious activity**, assuming **2.3% of test takers** are identified for suspicious activity |
| Review and make a final determination on **candidate appeals** of test questions and/or results | <u>*Progress to Date*</u>:<br>▪ **Developed process** for handling candidate appeals and **addressed 1 request to re-grade a test** due to computer issues<br><br><u>*Planned Future State Activities*</u>:<br>▪ Continue to **monitor** and **address candidate appeals,** assuming **0.01% of test takers** continue to appeal |

*FOR INTERNAL USE ONLY*

25

## C&S case-driven work also includes managing test candidate hardship and refund requests, overseeing test payments, and updating the exam annually

*Competency and Standards: Progress in Case-Driven Processes*

| Process | Progress Summary |
|---|---|
| Review and make a final determination on test candidate **requests for refunds and hardships** | **Progress to Date**:<br>• **Addressed 247 RTRP refund requests, 11 RTRP hardship requests, and 1 SEE refund request**<br><br>**Planned Future State Activities**:<br>• Continue to **monitor** and **address candidate requests for refunds and hardships**, assuming **0.78% of RTRP, SEE, ERPA test candidates** continue to submit requests |
| Oversee **payments** and ensure **accuracy of reconciliation** for testing program | **Progress to Date**:<br>• Partnered with IRS CFO and Prometric to **reconcile user fee payment data** prior to a GAO audit, including in-process refunds, "no shows", late cancellations, pending credit card payments, and charge backs<br><br>**Planned Future State Activities**:<br>• Continue to **monitor and reconcile payment data** for the testing program and ensure accurate reporting |
| Conduct **full review of test questions** and **publish updated test** | **Progress to Date**:<br>• Managed multi-phase **test development** process, coordinating input from **internal and external SMEs**; finalized test October 2011, began scheduling 11/28/2011 and administered first beta test 11/30/2011<br><br>**Planned Future State Activities**:<br>• Manage **mandatory RTRP competency test** beginning 12/31/2013; conduct **annual revision** of RTRP, SEE, and ERPA tests; **launch revised SEE** test May 2013; consider **Spanish testing** option (date TBD) and developing an approach to an **integrated testing strategy** |

26

FOR INTERNAL USE ONLY

BAH_0000352.0026

## Additionally, case-driven work comes from vendor quality assurance activities, analyzing comments left by test takers, and special accommodations requests

### Competency and Standards: Progress in Case-Driven Processes

| Process | Progress Summary |
|---|---|
| Conduct random **site visits** to Prometric test centers for **quality assurance and security reviews** | **Progress to Date**:<br><br>▪ **263 Prometric test centers** were open by April 2012 and C&S **conducted multiple site visits**<br><br>**Planned Future State Activities**:<br><br>▪ Continue to **conduct site visits to ensure quality and security standards** are upheld at Prometric centers |
| Review and make final determination on **special accommodations requests** | **Progress to Date**:<br><br>▪ **Developed process** for handling special accommodations requests and **addressed 30 cases**<br><br>**Planned Future State Activities**:<br><br>▪ Continue to **monitor and address candidate special accommodations requests**, assuming **0.10% of test takers** continue to submit requests |
| Conduct formal **monitoring of Prometric customer service calls** and provide feedback | **Progress to Date**:<br><br>▪ Prometric **call center opened** for informational calls 10/19/2011; C&S staff **established a plan** for frequency/volume of RTRP examination calls<br><br>**Planned Future State Activities**:<br><br>▪ Maintain policy objectives in completing **regular call monitoring** for quality assurance |
| Analyze **candidate comment reports** | **Progress to Date**:<br><br>▪ Reviewed the **estimated 600 comments** in Q3 – FY2013 and **communicated key issues** to take action<br><br>**Planned Future State Activities**:<br><br>▪ Continue to **review candidate comments** and **use feedback** to enhance test experience, assuming **7.4% of RTRP, SEE, and ERPA test takers** continue to leave comments and **2.0% of comments warrant RPO action** |

27

*FOR INTERNAL USE ONLY*

BAH_0000352.0027

## Function-driven work processes in C&S include some business operations work for the testing system, as well as other support positions for the department

**Draft**

*Competency and Standards: Function-Driven Processes and Assumptions*

| Function | Function Description | FTE |
|---|---|---|
| *Plan, organize, direct, and monitor the C&S department* | Assist in *revising RTRP and SEE competency tests* and *developing future test integration strategy* for all IRS-recognized designations (i.e., integrating management/administration RTRP/SEE/ERPA exams), aligning test materials, policies, and procedures | 1.0 |
| *Conduct independent research on preparer competency test policy and requirements* | *Conducts research* on highly complex, crosscutting and technical issues, responsible for planning, coordinating and implementing *technical and resource management projects* and programs within the organization. Independently undertakes *special studies and projects* in support of the RPO  (e.g., conducting Spanish RTRP exam demand analysis) | 1.0 |
| *Manage testing system business operations* | Respond to *general correspondence/system user questions* and concerns on the *test scheduling system*; respond to RPO stakeholders' *data requests*; develop quality reviews and conduct *site visits*; support development and maintenance of back-office testing system *business processes*; update all appropriate all *customer service documentation* (for RTRP, SEE, and ERPA Exam) when program changes occur and forward to Communications for approval | 1.0 |
| *Update Communications (e.g., letters to practitioners) and WBS* | Develop and maintain *WBS for each test update period*; develop and maintain  *test candidate-facing communications* (e.g., letters, alerts) | .2 |
| *Support RFP and other planning/implementation for testing vendor contract renewal* | Support RFP and other *planning /implementation for testing vendor contract renewal* (e.g., support development of RFP, vendor selection, support of vendor onboard and planning, system/process/exam implementation) | 1.0 |
| *Provide technical support to the ERPA exam* | Provide *technical support to the ERPA exam*, including system administration, updates, and other non-contract issues; staff is provided by IRS TEGE | 0.25 |
| *Provide administrative and clerical support to C&S Director and staff* | Perform *clerical and technical work* in support of the department (e.g., general administrative/office work, organizing and maintaining files,  reviewing all incoming mail and correspondence, responding to correspondence as necessary, and maintaining a variety of administrative records and controls) | 1.0 |

*Key Assumption:* The workload associated with the function-driven processes will remain constant over the next four years

**28**

FOR INTERNAL USE ONLY

## A scenario analysis illustrates how C&S staffing needs may change depending on the number of RTRP test takers, and will require continuous monitoring

### Scenario Analysis for FTE Needs to Manage Test Data Discrepancies

▸ The largest potential driver of resource needs for Competency & Standards in FY13 and FY14 is represented by *managing data discrepancy issues of 3.5% of provisional PTIN holders* who register for the RTRP competency test

▸ Since there is no current technical solution to address the 3.5% discrepancy rate, the FTE needs to address data discrepancies is directly dependent upon the number of RTRP test candidates (i.e., provisional PTIN holders who register for the test)

▸ Therefore, *assuming that this discrepancy rate will remain constant*, the FTE needs for this function are *proportional* to the percentage of current provisional PTIN holders who take the test by the current deadline of December 31, 2013

▸ The *table below* as well as the *charts on the following slides depict a scenario analysis* for staffing needs for managing exam candidate data discrepancy issues based on the number of provisional PTIN holders that take the test by December 31, 2013

▸ Note: This analysis assumes that the *current deadline for RTRP test will not be extended beyond CY2013* and that provisional PTINs who do not take the test will *drop out of the market and never take the test*; also assumes that exam registration rate will level off and become constant starting FY2015

### Overview of Scenario Analysis Findings

| % of Current Provisional PTINs that take RTRP exam by 12/31/2013 | FTE Needs FY2013 | FTE Needs FY2014 | FTE Needs FY2015 | FTE Needs FY2016 |
|---|---|---|---|---|
| ① 80% | 3.1 | 1.2 | 0.5 | 0.5 |
| ② 100% | 3.8 | 1.4 | 0.5 | 0.5 |
| ③ 55% | 2.1 | 1 | 0.5 | 0.5 |

29

*FOR INTERNAL USE ONLY*

BAH_0000352.0029

**The workload model assumes 80% of provisional PTIN holders will take the RTRP test by 12/31/13 , which causes a staffing gap for Testing Coordinators for FY13-14**



*Competency and Standards: FTE Requirements for Workload (Scenario 1)*

*Note: Currently, 6.75 FTE are dedicated to C&S work, including 0.50 FTE Quality Assurance Analysts,0.25 FTE from TEGE for systems work on the ERPA exam, and 1 CEM detailee*

30

FOR INTERNAL USE ONLY



**However, if 100% of provisional PTIN holders take the exam before 12/31/13, the staffing gap for Testing Coordinators may increase to 3 FTE for FY13-14**



*Competency and Standards: FTE Requirements for Workload (Scenario 2)*

*Note: Currently, 6.75 FTE are dedicated to C&S work, including 0.50 FTE Quality Assurance Analysts, 0.25 FTE from TEGE for systems work on the ERPA exam, and 1 CEM detailee*

31

FOR INTERNAL USE ONLY

**Alternatively, if only 55% of provisional PTIN holders take the RTRP test by 12/31/13 , the staffing gap for Testing Coordinators decreases for FY13-14**



*Competency and Standards: FTE Requirements for Workload (Scenario 3)*

*Note: Currently, 6.75 FTE are dedicated to C&S work, including 0.50 FTE Quality Assurance Analysts,0.25 FTE from TEGE for systems work on the ERPA exam, and 1 CEM detailee

FOR INTERNAL USE ONLY

32

BAH_0000352.0032

# Workload could match resources by FY15, while the detail from CEM could have capacity to provide support to some of the Testing Coordinator tasks starting FY13

### Competency and Standards: Summary of Workload Findings

| Onboard FTE (as of 12/2012) | | FY 2013 | | FY 2014 | | FY 2015 | | FY 2016 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage |
| 6.75 | | 9.1 | 2.37 | 7.8 | 1.05 | 6.9 | 0.15 | 6.9 | 0.15 |

| | | Description of Resource Needs Per Year | | | |
|---|---|---|---|---|---|
| 1.0 | Director | No change in IR 01 level support is needed from FY 2013 – 2016 (1 FTE) | | | |
| 1.0 | Technical Advisor | No change in Technical Advisor support is needed from FY 2013 – 2016 (1 FTE) | | | |
| 2.0 | Testing Coordinators | **2.6 FTE Shortage**<br>• Due to increased number of test takers and data discrepancies<br>• Note: Assumes 80% of provisional PTIN holders take the test prior to 12/31/13 cut-off | **1.7 FTE Shortage**<br>• To support RFP and program management for testing vendor | **1 FTE Shortage**<br>• To support program management/implementation for testing vendor | **1 FTE Shortage**<br>• To support program management/implementation for testing vendor |
| 0.5 | Quality Analysts | No change in Quality Analyst support is needed from FY 2013 – 2016 (0.5 FTE) | | | |
| 1.0 | Admin Support | No change in Admin Support is needed from FY 2013 – 2016 (1 FTE) | | | |
| 1.0 | CE Assistant* | **0.23 FTE Surplus**<br>• Supporting Data Discrepancy & Exam Candidate Comment Management | **0.69 FTE Surplus**<br>• Supporting Data Discrepancy & Exam Candidate Comment Management | **0.86 FTE Surplus**<br>• Supporting Data Discrepancy & Exam Candidate Comment Management | **0.86 FTE Surplus**<br>• Supporting Data Discrepancy & Exam Candidate Comment Management |
| .25 | TEGE Support for ERPA Exam | No change in TEGE support is needed from FY 2013 – 2016 (0.25 FTE) | | | |

*Note: Assumes that CE Assistant will remain detailed to Competency & Standards through FY2016

Draft

FOR INTERNAL USE ONLY

33

BAH_0000352.0033

## Additional staff for supporting data discrepancies and the exam contract renewal could be addressed by NTE hires, though long-term skill needs should be assessed

### *Key Considerations*

▸ **Current staffing level appropriate for steady state.** Based on current projections, workload volume could match current staffing levels starting FY14 through steady state

▸ **Monitor testing rates.** High estimated resource needs for FY13-14 are associated with the potentially significant workload caused by managing data discrepancy issues of 3.5% of provisional PTIN holders who are expected to take the RTRP competency test. C&S must continue to monitor testing rates and associated data discrepancies to determine whether greater or fewer than 80% of provisional PTIN holders take the test

   – The workload model assumes that 80% of all current provisional PTIN holders will take the test by the current deadline of 12/31/2013; if the department continues to experience a 3.5% data discrepancy rate for testing candidates, the department will experience a staffing shortage for Testing Coordinators

   – The CE Assistant currently detailed to C&S could increase his current level of support to this process to help manage data discrepancy issues; however C&S may need to evaluate the skillset required to support this work, and determine whether acquiring additional short-term FTE may be a more appropriate solution

▸ **Determine need for RFP support.** Competency & Standards estimated that it will require support starting FY14 to develop an RFP and conduct other project management duties associated with renewal and implementation of testing vendor contracts; the skills required for such support align to the Testing Coordinator position

▸ **Consider length of CE Assistant detail.** It is undetermined how long the 1 FTE currently detailed from CEM (i.e., the CE Assistant) will remain detailed to Competency & Standards

   – Based off of the current workload volume prediction, if the detail were to end before CY2016, the 1 FTE would need to be replaced to match anticipated workload requirements



**NOTE**: For more detail, please see the *2013 – 2016 C&S Workload Analysis Model*

FY13-16 C&S Workload Model

**34**

*FOR INTERNAL USE ONLY*



**Continuing Education Management**

*FOR INTERNAL USE ONLY*

35

BAH_0000352.0035

**Continuing Education Management currently has 10 onboard staff over two teams, which perform both case-driven and function-driven work**



*Continuing Education Management Organizational Chart (as of 12/2012)*

[1] Currently detailed to Competency and Standards

*FOR INTERNAL USE ONLY*

36

## Case-driven work is associated with approving and managing CE Providers, while function-driven work is in business operations and support roles

**Continuing Education Management: Workload Processes**

| Case-Driven Processes | Function-Driven Processes |
|---|---|
| *Driven by the number of CE Providers and PTIN holders requiring CE with whom CEM needs to interact, as well as associated hours necessary to complete the identified work* | *Not driven by the number of CE Providers or PTIN holders; therefore, these are fixed positions and the total FTEs are based on the number of employees necessary to accomplish the given role descriptions* |
| <ul><li>Review CE Provider application and approve or deny application</li><li>Manage IRS CE Provider Account</li><li>Resolve Provider or PTIN-holder complaint regarding PTIN-level CE data discrepancy[1]</li><li>Receive, Review, and Process CE Waiver[1]</li><li>Review application documentation submitted by status (i), (ii), (iii), or legacy OPR-Providers, post-approval</li><li>Conduct post-approval reviews on CE Providers[1]</li><li>Monitor Provider data submission rates</li><li>Monitor Kinsail CSR calls/activity</li><li>Conduct CE requirement validation on PTIN holders[1]</li><li>Review CE Provider application for becoming a certification specialist[1]</li></ul> | <ul><li>Plan, organize, direct, and monitor the Continuing Education Management department</li><li>Provide administrative and clerical support to the Continuing Education Management Director and staff</li><li>Coordinate CE Provider Community Outreach & Analysis</li><li>Manage business operations associated with CEPARS system/capability (i.e., including UAT)</li></ul> |

[1]Indicates that process has not been fully implemented and time estimates in workload model (i.e. minutes/case) are subject to change. Note: Time estimates (i.e. minutes/case) have a direct relationship to number of FTE required for each process

37

*FOR INTERNAL USE ONLY*

## CEM's workload is driven primarily by approving and monitoring CE Providers, although managing PTIN-holder CE data & waivers could also drive work volume

### Continuing Education Management: Progress in Case-Driven Processes

| Process | Progress Summary | Key Assumptions in Model |
|---|---|---|
| *Review CE Provider application and approve or deny application* | **Progress to Date:**<br>▪ Approved 521 Providers through CEPARS (as of Sept. 9, 2012)<br>**Planned Future State Activities:**<br>▪ *Continue to review and approve or deny CE Provider applications* | ▪ CE Provider Population will increase **100% in FY2013**<br>▪ In steady state, provider population will grow by **net 7% annually** |
| *Manage IRS CE Provider Account* | **Progress to Date:**<br>▪ *Input approximately 200 programs into an account shared by 25 IRS CE Providers; began uploading PTIN-level CE Data from IRS Providers*<br>**Planned Future State Activities:**<br>▪ *Continue inputting program information and uploading course content* | ▪ CEM will be responsible for inputting or updating ~**200 IRS-provided programs per year**<br>▪ Each of the **25 IRS CE Providers** will submit PTIN-level upload data **8 times per year** |
| *Resolve CE Provider or PTIN-holder complaint regarding PTIN-level CE data discrepancy*[1]<br><br>*Note: Data discrepancy mgmt. & CE Waiver processing could represent significant workload drivers starting FY2013* | **Progress to Date:**<br>▪ *Although resolving PTIN-level data discrepancies in TPPS will not start until CY 2013, CEM has started resolving PTIN discrepancies reported by CE Providers submitting data to CEPARS*<br>**Planned Future State Activities:**<br>▪ *Define formal framework to perform this function and manage the volume of workload, and align staff accordingly* | ▪ *0.50% of RTRPs* will experience discrepancies that CEM will have to manage<br>▪ Rate projected to decline to *0.25% starting FY2014* due to user familiarity with system and process |
| *Receive, Review, and Process CE Waiver*[1] | **Progress to Date:**<br>▪ Developed initial processes for CE Waiver Processes<br>**Planned Future State Activities:**<br>▪ *Receive, review, and process CE Waivers* | ▪ *0.25% of RTRPs* request CE waivers *annually* that CEM will have to manage |

[1]Indicates that process has not been fully implemented and time estimates in workload model (i.e. minutes/case) are subject to change. Note: Time estimates (i.e. minutes/case) have a direct relationship to number of FTE required for each process.

FOR INTERNAL USE ONLY

38

**Starting FY2014, CEM could expand post-approval reviews of CE Providers, depending on the provider population size and review framework**

*Continuing Education Management: Progress in Case-Driven Processes*

| Process | Progress Summary | Key Assumptions in Model |
|---|---|---|
| *Conduct post-approval reviews on CE Providers\** | <u>*Progress to Date*</u>: ▪ *Developed a framework and system design for selecting, communicating with, and evaluating approved Providers for review* <br> <u>*Planned Future State Activities*</u>: ▪ *Collaborate with Kinsail to launch CEPARS Post-Approval Review functionality and perform post-approval reviews of CE Providers* | ▪ **10% of CE Provider population** will be reviewed in FY2013 *(Note: Higher % due to smaller than anticipated provider population)* <br> ▪ **90%** will be reviewed via distance/ correspondence |
| *Monitor Provider data submission rates* | <u>*Progress to Date*</u>: ▪ *Began monitoring provider submission rates in August, 2012* <br> <u>*Planned Future State Activities*</u>: ▪ *Develop a framework for evaluating providers' submission rates and contacting providers with insufficient data submission rates/records* | ▪ **25% of providers** will have insufficient submission rates in FY2013 <br> ▪ Rate projected to decline to **10% starting FY2014** due to user familiarity with system/process |
| *Monitor Kinsail CSR calls/activity* | <u>*Progress to Date*</u>: ▪ *Established quality review framework for Kinsail Corp.'s CSRs* <br> <u>*Planned Future State Activities*</u>: ▪ *Continue conducting regular quality reviews on Kinsail Corp.'s CSRs* | ▪ In steady state, CEM will continue to monitor **15 Kinsail calls per week** |
| *Conduct CE requirement validation on PTIN holders[1]* | <u>*Progress to Date*</u>: ▪ *Developed initial plans to conduct spot checks on PTIN holders* <br> <u>*Planned Future State Activities*</u>: ▪ *Select PTIN holders for validation; develop and deploy spot check* | ▪ As of now, CEM will only conduct this activity in **FY2013** <br> ▪ **0.25% of provisional/active RTRPs** will be contacted for validation |

[1]Indicates that process has not been fully implemented and time estimates in workload model (i.e. minutes/case) are subject to change. Note: Time estimates (i.e. minutes/case) have a direct relationship to number of FTE required for each process.

FOR INTERNAL USE ONLY

39

BAH_0000352.0039

## CEM could consider adding a CE subject-matter certification for CE Providers, although this would result in additional workload during application and renewal

**Continuing Education Management: Progress in Case-Driven Processes**

| Process | Progress Summary | Key Assumptions in Model |
|---|---|---|
| *Review CE Provider application to become a certification specialist*[1] | **_Progress to Date_**:<br>▪ *Potential future strategy and implementation of CE Provider specializations*<br>**_Planned Future State Activities_**:<br>▪ *If implemented, develop criteria and make necessary CEPARS updates* | ▪ If implemented, this process would not start until **FY2015**<br>▪ **5% of CE Providers** would apply for this certification |

[1]Indicates that process has not been fully implemented and time estimates in workload model (i.e. minutes/case) are subject to change. Note: Time estimates (i.e. minutes/case) have a direct relationship to number of FTE required for each process

*FOR INTERNAL USE ONLY*

40

## Additionally, there are function-driven positions, which support department responsibilities not associated with case volume

*Continuing Education Management: Function-Driven Processes*

| Function | Function Description | FTE |
|---|---|---|
| *Plan, organize, direct, and monitor the Continuing Education Management department* | • Plan, organize, direct, and monitor the Continuing Education Management department | 1 |
| *Provide administrative and clerical support to the Continuing Education Management Director and staff* | • Perform clerical and technical work in support of the department (e.g., general administrative/office work, organizing and maintaining files,  reviewing all incoming mail and correspondence, responding to correspondence as necessary, and maintaining a variety | 1 |
| *Coordinate CE Provider Community Outreach & Analysis* | • Coordinate outreach activities (e.g., schedule informational calls, send letters) aimed at enhancing return preparer understanding of their CE requirements (e.g., ensuring they take CE from approved Providers; providing PTIN information during programs, etc.)<br><br>• Conduct analysis on CE Provider market as necessary | 0.5 |
| *Manage business operations for CEPARS system/capability[1]* | • Respond to general correspondence / system user questions and concerns regarding CEPARS; respond to RPO stakeholders' data requests; develop quality reviews and conduct site visits; support development and maintenance of back-office testing system business processes | 1 (FY2013)<br>0.5 (FY2014) |

[1]*Key Assumption: With the exception of CEPARS BizOps (i.e., UAT, process development, etc.), the workload associated with the function-driven processes will remain constant over the next four years*

**41**

*FOR INTERNAL USE ONLY*

BAH_0000352.0041

**FTE needs could be high in near-term to review Provider applications and process PTIN-level data discrepancies, but work could decline and stabilize by FY2014**



*Continuing Education Management: FTE Requirements for Workload*

Note: Includes 0.5 FTE of Quality Assurance Analyst, but does not include the CE Assistant currently on detail to the Competency and Standards department

**FOR INTERNAL USE ONLY**

42

BAH_0000352.0042

**Due to an anticipated high volume of PTIN-level data discrepancies, CEM could have a staff shortage in FY13, although workload could normalize in FY14-FY16**

*Summary of CEM Workload Scenario Findings*

Draft

| Onboard Staff (as of 9/14/12) | FY 2013 | | FY 2014 | | FY 2015 | | FY 2016 | |
|---|---|---|---|---|---|---|---|---|
| | *Estimated* | *Shortage* | *Estimated* | *Surplus* | *Estimated* | *Surplus* | *Estimated* | *Surplus* |
| 9.5* | **10.2** | 0.7 | **8.5** | 1.0 | **8.6** | 0.9 | **8.8** | 0.7 |
| *Description of Resource Gap (if applicable)* | | | | | | | | |
| 1 Director (IR 01) | No change in IR 01 level support is needed from FY 2013 – 2016 (1 FTE) | | | | | | | |
| 1 Admin Support (GS 07) | No change in GS-07 level support is needed from FY 2013 – 2016 (1 FTE) | | | | | | | |
| 1 CE Team Lead - Application Approval Team (GS 14) | <u>0.2 FTE Surplus</u> <br>• Responsible for final decision on CE Provider applications, data discrepancy decisions, and CE waivers | | <u>0.5 FTE Surplus</u> <br>• Currently assigned work expected to decrease due to declining CE Provider applications and data discrep. | | <u>0.4 FTE Surplus</u> <br>• In steady state, volume of currently assigned work expected to level off at 0.6 FTE | | <u>0.4 FTE Surplus</u> <br>• In steady state, volume of currently assigned work expected to level off at 0.6 FTE | |
| 2 CE Analyst - Application Approval Team (GS 13) | <u>0.2 FTE Surplus</u> <br>• Evaluates Provider application, supports Provider outreach/ market analysis, supports CEPARS stand-up/BizOps | | <u>0.8 FTE Surplus</u> <br>• Currently assigned work expected to decrease CE Provider applications & CEPARS implementation | | <u>0.8 FTE Surplus</u> <br>• In steady state, volume of currently assigned work expected to level off at 1.1 FTE | | <u>0.8 FTE Surplus</u> <br>• In steady state, volume of currently assigned work expected to level off at 1.1 FTE | |
| 1 Management/ Program Analyst (GS 07) | <u>1.1 FTE Shortage</u> <br>• PTIN level data-discrepancy/ waiver processing & resolution <br>• Anticipated high volume data discrepancy causes shortage | | <u>0.4 FTE Shortage</u> <br>• PTIN level data-discrepancy/ waiver processing & resolution <br>• Shortage decreases as data discrepancy rates decline | | <u>0.5 FTE Shortage</u> <br>• PTIN level data-discrepancy/ waiver processing & resolution <br>• In steady state, a shortage of 0.5FTE remains | | <u>0.5 FTE Shortage</u> <br>• PTIN level data-discrepancy/ waiver processing & resolution <br>• In steady state, a shortage of 0.5FTE remains | |
| 3 CE Analyst - CE Audit Team (GS 13) | <u>No Gap</u> <br>• Conducts post-approval reviews, provider monitoring | | <u>0.1 FTE Surplus</u> <br>• Conducts post-approval reviews, provider monitoring | | <u>0.5 FTE Surplus</u> <br>• Surplus increases as some provider monitoring declines | | <u>0.5 FTE Surplus</u> <br>• In steady state, a surplus of 0.5 FTE remains | |
| 0.5 Quality Analyst | No change in QA Analyst support is needed from FY 2013 – 2016 (0.5 FTE) | | | | | | | |

*Note: Includes 0.5 FTE of Quality Assurance Analyst, but does not include the CE Assistant currently on detail to the Competency and Standards department.*   43

FOR INTERNAL USE ONLY

BAH_0000352.0043

## CEM should consider options for staffing the PTIN-level data discrepancy resolution process, and allocate available resources to other areas as necessary

### *Key Considerations*

- **Monitor data discrepancy and CE waiver rates.** CEM should consider options for handling potentially heavy workload in FY2013 driven by resolving PTIN-level data discrepancies and CE Waivers, which could require at least 2-3 FTE in FY2013 and beyond

  - This risk increases if PTIN-level data discrepancy and/or waiver rates are greater than currently projected (i.e., higher than 0.50% of RTRPs submitting CE, or higher than 0.25% of RTRPs applying for waivers), or the resolution process takes more time than currently projected (i.e., 65 and 60 total min/case, respectively)

  - To mitigate this workload risk, CEM should explore the following strategies:

    - Developing systemic solutions (i.e., in CEPARS, TPPS) to decrease the data discrepancies (e.g., improved systemic name/PTIN matching capabilities)

    - Streamlining the data resolution and waiver processes to reduce time/case

    - Obtaining FTE support from other RPO departments or vendor employees for surge support (i.e., Accenture/Affina)

    - Hiring NTE staff for surge support, as necessary

- **Consider options for surplus staff capacity.** By contrast, if CEM experiences surplus staff capacity starting in FY 2014 (i.e. through lower workload from data discrepancies and/or CE waivers), the department could consider expanding existing activities to which it could allocate more staff, or take on new, ad hoc projects

  - For example, CEM could use potential surplus capacity to expand the amount of providers examined annually in post-approval reviews or to expand the scope of those reviews, or both

  - Additionally, surplus capacity could be used to take on new, ad hoc projects (e.g., in depth analysis of CE provider marketplace, RPO collaboration efforts with CE Provider community) help CEM better pursue its objectives



**NOTE**: For more detail, please see the *2013 – 2016 CEM Workload Analysis Model*   → FY13-16 CEM Workload Model

**44**

*FOR INTERNAL USE ONLY*

BAH_0000352.0044



**Relationship Management and Marketing**

*FOR INTERNAL USE ONLY*

BAH_0000352.0045

**Relationship Management and Marketing currently has 12 onboard staff, including one new Senior Account Manager to backfill for a Dec 2012 retirement**



*Relationship Management and Marketing Organizational Chart (as of 12/2012)*

*FOR INTERNAL USE ONLY*

46

BAH_0000352.0046

## RM&M staff perform only function-driven work across four workstreams: National Accounts, Free File, ETA Advisory Committee, and Formal Outreach

*Relationship Management and Marketing: Workload Processes*

| Case-Driven Processes<br>*Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | Function-Driven Processes<br>*Fixed positions based on the number of FTE necessary to accomplish given role descriptions; positions are not derived using case volume* |
|---|---|
| ▪ This department does not have case-driven processes associated with volume; all work is documented in function-driven processes | ▪ *Plan, organize, direct*, and monitor the Relationship Management & Marketing department<br><br>▪ Provide *administrative and clerical support* to the Relationship Management & Marketing department<br><br>▪ Establish and maintain strategic relationships with *National Account* holders to facilitate communication and change on electronic tax initiatives<br><br>▪ Oversee the *Free File Alliance*, communicate the impact of policy changes, and monitor free file program compliance<br><br>▪ Manage the *ETA Advisory Committee (ETAAC)* and facilitate meetings to discuss the impact of e-channel issues and news<br><br>▪ Conduct formal outreach to *manage internal/external stakeholder* relationships |

NOT APPLICABLE

FOR INTERNAL USE ONLY

BAH_0000352.0047

**The National Account Management workload is driven by regular meetings with National Account holders and collaboration between them and other stakeholders**

*Relationship Management and Marketing: Progress in Function-Driven Processes*

| Function | Function Description and Progress Summary | Assumptions |
|---|---|---|
| National Account Management (NAM) | *Mission/Purpose:*<br><br>- Establish and maintain **strategic relationships with National Account** holders to facilitate communication and change on electronic tax initiatives<br><br>*Progress to Date:*<br><br>- Held **post-filing season meetings** between: CI Refund Crimes and HRB to discuss fraud and ID theft reporting; RICS, CI Refund Crimes, and Intuit to discuss fraud and ID theft reporting; E-Channel Support, HRB and Intuit to discuss the ELF Legacy contingency plan; Thomson Reuters and RPO to discuss lessons learned surrounding the practitioner e-file mandate. NAMs also **facilitated a "lessons learned" debrief** between RPO e-File Provider Program Management and Intuit regarding efforts to address potentially compromised EFINs<br>- Managed **Real Time Tax System focus group planning and attendance** among software companies, payroll companies, and states/FTA<br>- Organized and implemented **Jackson Hewitt National Conference** in Atlanta (9/20/2012)<br>- Held **monthly industry calls, call center collaboration** calls, **FTA / State calls, practitioner outreach calls** between SB/SE SL and Jackson Hewitt<br><br>*Planned Future State Activities:*<br><br>- Continue to **prepare for upcoming national conferences** (i.e., H&R Block)<br>- Continue to **hold monthly industry calls and in-person meetings** with National Account holders to collaborate<br>- Note: There may be a **significant impact to NAM workload if the Real Time Tax System is embraced and fully implemented by IRS.** In this case, the department may seek to fill the previous NAM position for the financial services industry, which is currently vacant | - Assumed **current level of staff is adequate** for this work<br>- **Total FTE: 3**<br>  &ndash; (3) GS-15 National Account Managers<br>  &ndash; Note: RM&M is recently hired (1) GS-15 to backfill for a 12/2012 retirement |

*FOR INTERNAL USE ONLY*

## The Free File workload is driven by help desk support for individuals seeking to use the online programs, and training efforts to support IRS Accounts Management

*Relationship Management and Marketing: Progress in Function-Driven Processes*

| Function | Function Description and Progress Summary | Assumptions |
|---|---|---|
| Free File | **Mission/Purpose:**<br><br>- Oversee the *Free File Alliance*, communicate the impact of policy changes, and monitor free file program compliance<br><br>**Progress to Date:**<br><br>- *Created a Free File CPE Training presentation* for 1040 Assistors; coordinated and delivered *"train-the-trainer" with Accounts Management*; held 3 Free File introductory CPE telephonic "train-the-trainer" sessions with Accounts Management SMEs; held *Free File SPEC Training, Alternate Filing Strategies Class*<br>- Presented *Free File options for VITA sites* at 2 SPEC face-to-face partner meetings<br>- Successfully *launched Free File link* on Department of Labor GovBenefits website<br>- Held regular *Free File Fillable Forms (FFFF) progress meetings*<br><br>**Planned Future State Activities:**<br><br>- Continue to *hold training presentations and train-the-trainer sessions* for Accounts Management to increase awareness and understanding of Free File issues and decrease the number of help desk issues directed to RM&M staff<br>- Note: Free File workload is not expected to change unless a major change to IRS' Free File program was enacted, such as that supported by industry groups (e.g., National Taxpayer Advocate) | - Assumed *current level of staff is adequate* for this work<br>- *Total FTE: 4*<br><br>  – (1) GS-15 Senior Management / Program Analyst<br><br>  – (1) GS-14 Management / Program Analyst<br><br>  – (2) GS-13 Management / Program Analyst |

FOR INTERNAL USE ONLY

49

BAH_0000352.0049

## The ETA Advisory Committee requires management of regular meetings, and the interview and selection of new ETA committee members annually

*Relationship Management and Marketing: Progress in Function-Driven Processes*

| Function | Function Description and Progress Summary | Assumptions |
|---|---|---|
| Oversee ETAAC | **Mission/Purpose:**<br>• Manage the **ETA Advisory Committee (ETAAC)** and facilitate meetings to discuss the impact of e-channel issues and news<br><br>**Progress to Date:**<br>• Vetted **applications for individuals to join the 2012-2013 ETAAC**, interviewed 13 potential candidates and recommended 5 individuals for acceptance<br>• Secured opportunity for current ETAAC committee members **to provide input into the IRS Strategic Plan**<br><br>**Planned Future State Activities:**<br>• Continue to **organize regular ETAAC meetings and facilitate communications among committee members**<br>• Conduct **annual review of applications for membership**, interview potential candidates, and make recommendations for new members | • Assumed **current level of staff is adequate** for this work<br>• **Total FTE: 1**<br>  – (1) GS-14 Management / Program Analyst |

**50**

FOR INTERNAL USE ONLY

## The Formal Outreach workload is comprised of holding monthly meetings and regular collaboration between CERCA, FTA/TAG, ACTR and other stakeholders

*Relationship Management and Marketing: Progress in Function-Driven Processes*

| Function | Function Description and Progress Summary | Assumptions |
|---|---|---|
| Formal Outreach | **Mission/Purpose**:<br><br>▪ Conduct formal outreach to **manage internal/external stakeholder** relationships<br><br>**Progress to Date**:<br><br>▪ Partnered with CERCA to **plan for Developer Conference** and held successful face-to-face board meeting to discuss Modernized eFile, Refunds, and RTTS<br><br>▪ Continued to hold monthly meetings with **FTA / TAG**<br><br>▪ Held **post-filing season face-to-face meeting with ACTR** to discuss completed items and begin plan for next year; held meeting to establish next year's definitive steps; held follow-up meeting with ACTR to solicit suggestions for 2013 fraud traps<br><br>**Planned Future State Activities**:<br><br>▪ Continue to **hold monthly discussions and facilitate communication** for CERCA, FTA / TAG, ACTR, and other relevant internal and external stakeholders, as applicable<br><br>▪ Begin to work with ACTR to **expand fraud-fight participants** | ▪ Assumed **current level of staff is adequate** for this work<br><br>▪ **Total FTE: 2**<br>   – (2) GS-14 Management / Program Analyst |

51

FOR INTERNAL USE ONLY

## RM&M is adequately staffed for its current workload, but may consider expanding its cross-training of staff to provide greater flexibility in staffing operations

### *Key Considerations*

▸ **Maintain current staffing levels.** Relationship Management & Marketing has a consistent workload over the next 4 years, and staffing levels are appropriate for the department's current and anticipated future workload

 – RM&M recently hired a GS-15 National Account Manager to backfill for a retirement in December; the incumbent and the new staff member overlapped in order to ensure adequate time for the transition

 – Workload is not expected to change, although if certain policy changes were enacted (i.e., implementation of the Real Time Tax System, or changes to the IRS Free File program), the department would potentially require additional staff to support this change in work

▸ **Consider expanding cross-training efforts.** The department is also taking steps to cross-train certain staff members in different lanes of work to provide flexibility in coverage for periods of peak volume and to cover staff absences

 – RM&M may consider expanding cross-training efforts across the department, or to other RPO departments, to broaden staff exposure and experience, and heighten flexibility in staffing operations

**NOTE:** For more detail, please see the *2013 – 2016 RM&M Workload Analysis Model*



FY13- 16 RM&M
Workload Model

52

*FOR INTERNAL USE ONLY*



## Compliance and Enforcement

*FOR INTERNAL USE ONLY*

53

## Compliance and Enforcement currently has 24 onboard staff over two teams, and is responsible for both case-driven and function-driven work



*Compliance and Enforcement Organizational Chart (as of 12/2012)*

Total Onboard Staff: 25

Diann Wensing
Director, C&E

Kareen Williams
Admin. Support

Kyle Oliver
FLM Unidentified Preparer
Detection (UPD)

Tracy Pettaway
FLM Enforcement
Planning & Direction (EPD)

Corey Walton)
PTIN Analyst

Angela Taylor-Woodfork
PTIN Analyst

Bobbie Fowler
Technical Analyst

Joan Cunningham
Technical Analyst

Erin Hoffner
PTIN Analyst

Clarice Johnson
PTIN Analyst

Dianne Krpan
Technical Analyst

Lucille Jessey
Technical Analyst

John Barkley
PTIN Analyst

Lorna Deperro
PTIN Analyst

Scott Wieczynski
Technical Analyst

Joni Sackman
Technical Analyst

Keli Singleton
PTIN Analyst

Cedric Brown
PTIN Analyst

Joseph Scardina
Social Scientist/
Researcher

Christopher Delcalzada
Mgmt/Prog Analyst
(TEMP NTE 1 YR)

Anthony Black
PTIN Analyst

Michael Reynard
Tax Specialist Trainee

*Function-Driven Work*

Sandra Maul
Case Processor

*Case-Driven Work[1]*

Details

Lisa Burch
Sr. Mgmt/Prog Analyst

Valerie Glasker Muse
Sr. Mgmt/Prog Analyst

[1] PTIN Analysts perform all case-driven work, except for one work process supporting EPD Technical Analysts

54

FOR INTERNAL USE ONLY

BAH_0000352.0054

## The Unidentified Preparer Detection group performs case-driven work, while Enforcement Planning and Direction performs function-driven work

*Compliance and Enforcement: Workload Processes*

| Case-Driven Processes: |
| --- |
| *Department work processes that are driven by case volume* |

- Identify potential ghost return preparers using a detection model
- Verify existence of ghost return preparers and build cases to confirm noncompliance
- Apply treatment to confirmed cases of return preparer noncompliance
- Build penalty cases and apply penalty to confirmed cases of noncompliance
- Monitor treated ghost return preparers for change in behavior

| Function-Driven Processes: |
| --- |
| *Fixed positions based on the number of FTE necessary to accomplish given role descriptions* |

- Plan, organize, direct, and monitor the Compliance and Enforcement department
- Provide administrative and clerical support to the C&E department
- Assign, direct, and conduct quality assurance for all PTIN Analyst Group work
- Plan and coordinate enforcement activities and compliance strategies for the PTIN Analyst (Ghost) program
- Manage the Technical Analyst group and draft and implement the annual RP Enforcement Strategy
- Analyze C&E data on noncompliance, prepare and write studies/reports and policies, and recommend opportunities for improvement
- Collaborate with internal IRS entities to identify and take action on civil and/or criminal fraud development cases
- Support Enforcement Planning and Direction program research efforts and apply treatment in cases where appropriate
- Coordinate and plan the Return Preparer Visitation Program
- Support delivery and interpretation of C&E department research efforts
- Analyze trends specific to noncompliance on the Earned Income Tax Credit (EITC) and other refundable credits programs
- Coordinate with various government liaisons and leverage enforcement activities currently underway to address RP noncompliance at the state-level
- Address all issues involving foreign preparers under the Certified Acceptance agent program

*Note: There are 4 additional staff members supplementing department work: a Tax Specialist Trainee, 2 eFile details, and Temp Management/Program Analyst*   55

FOR INTERNAL USE ONLY

## PTIN Analysts in the Unidentified Preparer Detection group are responsible for detecting, selecting, and treating cases of ghost return preparer noncompliance

### Compliance and Enforcement: Progress in Case-Driven Processes

| Process | Progress Summary | Assumptions |
|---------|-----------------|-------------|
| Identify **potential ghost return preparers** using a **detection model** | **Progress to Date**:<br>- Ran a detection model and **generated an initial population of ~14,000** potential ghost preparers<br>**Planned Future Activities**:<br>- Continue to **refine detection model capabilities** and run search at least once annually to generate potential new ghost preparers | - In steady state, **assume 1 detection model** run per year by a **Technical Analyst** |
| **Verify existence** of ghost return preparers and **build cases to confirm noncompliance** | **Progress to Date**:<br>- As of August 30, 2012, PTIN Analysts **conducted research on approximately 335 cases** and submitted them for review<br>**Planned Future State Activities**:<br>- PTIN Analysts will **continue to conduct research and build cases** to confirm noncompliance on the **current backlog** of cases, as well as **new cases** identified and added to the inventory | - PTIN Analysts could conduct research on a maximum of **1,600 cases per year**, if they only researched these cases<br>- Process takes roughly **4.4 hours per case** (Note: it takes approximately **6 hours total when combined with process** of closing cases) |
| **Close cases of confirmed** noncompliance, applying treatment where appropriate | **Progress to Date**:<br>- As of August 30, 2012, PTIN Analysts **closed 288 cases of confirmed noncompliance**<br>**Planned Future State Activities**:<br>- PTIN Analysts will **continue to close cases** of confirmed noncompliance for the **current backlog** and **new cases** added to the inventory | - Assume PTIN Analysts **close ~86% of cases researched**<br>- Process takes **approximately 1.6 hours per case** |

56

*FOR INTERNAL USE ONLY*

BAH_0000352.0056

**The workload for PTIN Analysts is driven by a backlog of roughly 14,000 cases and a continuously growing population of potential ghost preparers to research**

*Compliance and Enforcement: Progress in Case-Driven Processes*

| Process | Progress Summary | Assumptions |
|---|---|---|
| Build penalty cases and *apply penalty to confirmed cases* of noncompliance | *Progress to Date*:<br>▪ Conducted case work that led to the identification of *$5,763,400 in potential penalties*, with *$1,676,950 in recommended penalties*<br><br>*Planned Future State Activities*:<br>▪ Although C&E has identified and recommended penalties, RPO has *not yet imposed any penalties*; RPO has *not yet determined if or to what degree it will impose penalties* on return preparers in the future | ▪ Assumed that roughly *67% of ghost cases researched would result in penalties*, using the 2012 data to determine<br>▪ Of total penalty cases, *assumed that roughly 22% of penalties would be approved/recommended*, based on 2012 data |
| *Monitor treated ghost return preparers* for change in behavior | *Progress to Date*:<br>▪ Conducted *initial research on treated ghost cases* to determine effectiveness of different treatments; study findings TBD<br><br>*Planned Future State Activities*:<br>▪ Continue to *conduct research on the total ghost population*<br>▪ *Monitor the effectiveness of treatment options* on ghost cases and *make recommendations for future treatments* based on findings | ▪ Assume *Technical Analyst* will conduct research on treated ghost preparers once a month (*12 times annually*) for *approximately 4 hours* |

57

*FOR INTERNAL USE ONLY*

BAH_0000352.0057

## The function-driven positions in Enforcement Planning and Direction support department responsibilities but are not associated with case volume

**Draft**

*Compliance and Enforcement: Function-Driven Processes and Assumptions*

| Function | Function Description | FTE |
|---|---|---|
| *Plan, organize, direct, and monitor the C&E department* | ▪ Plan, organize, direct, and monitor the Compliance and Enforcement department, including the creation of the RPO Annual Enforcement Strategy | 1.0 |
| *Provide administrative and clerical support to the Compliance and Enforcement Director and staff* | ▪ Perform clerical and technical work in support of the department such as general office work, organize and maintain files,  review all incoming mail and correspondence and respond as necessary, maintain a variety of administrative records and controls | 1.0 |
| *Assign, direct, and conduct quality assurance for all PTIN Analyst work* | ▪ Assign, direct, and review the work of subordinate employees as a first level supervisor. Plan, schedule, and coordinate work operations, training and development of employees,   performance evaluations, and conduct quality assurance on case work. Perform other ad hoc administrative functions in support of the PTIN Analyst Group (Note: remaining 0.5 FTE allocated to case-driven work) | 0.5 |
| *Plan and coordinate enforcement activities and compliance strategies for the PTIN Analyst program* | ▪ Plan and coordinate enforcement activities and compliance strategies for the Ghost Preparer program. Coordinate with IRS research organizations to gather data to support detection, selection and treatment of ghost preparers. Recommend training, workload delivery, and parameters | 1.0 |
| *Manage the Technical Analyst and draft and implement the annual RP Enforcement Strategy* | ▪ Assign, direct, and review the work of subordinate employees as a first level supervisor. Plan, schedule, and coordinate work operations, training and development of employees, performance evaluations, and conduct quality assurance. Perform other ad hoc administrative functions in support of the Technical Analyst Group. Draft annual RP Enforcement Strategy and oversee implementation | 1.0 |
| *Analyze C&E data on noncompliance, prepare and write studies/reports and policies, and recommend opportunities for improvement* | ▪ Lead major analytical studies and/or projects related to return preparer compliance and enforcement, conducting in-depth analysis of RP data and its impact | 1.0 |
| *Collaborate with internal IRS entities to identify and take action on civil and/or criminal fraud development cases (EPD Group)* | ▪ Plan, coordinate, and direct enforcement activities and compliance strategies for the Fraud program. Assist in determining the appropriate civil and/or criminal treatment, and serve as a cross-functional liaison/resource | 1.0 |

<u>Key Assumption:</u> The workload associated with the function-driven processes will remain constant over the next four years

58

*FOR INTERNAL USE ONLY*

BAH_0000352.0058

## The function-driven positions in Enforcement Planning and Direction support department responsibilities but are not associated with case volume (cont.)

*Compliance and Enforcement: Function-Driven Processes and Assumptions*

**Draft**

| Function | Function Description | FTE |
|---|---|---|
| *Coordinate and plan the Return Preparer Visitation Program (EPD Group)* | Hold responsibility for coordinating and planning for the Return Preparer Visitation Program, e-File compliance visitations, and PTIN misuse compliance efforts; provide primary support for the SBSE Exam work plan for the C&E department | 1.0 |
| *Support delivery and interpretation of C&E department research efforts (EPD Group)* | Perform ad hoc support for delivery and interpretation of research efforts with the C&E department, deliver training/onboarding support for department employees, treatment training for SBSE field personnel, support IRM updates, deliver internal and external communications, and maintain RGS updates | 1.0 |
| *Analyze trends specific to noncompliance on the Earned Income Tax Credit (EITC) and other refundable credits programs (EPD Group)* | Plan, coordinate, and direct enforcement activities and compliance strategies for the EITC and Refundable Credits program. Work with impacted operating divisions to identify potentially non-compliant return preparers, determine appropriate treatments, and coordinate, identify, enlist and train employees to carry out treatments | 1.0 |
| *Coordinate with various government liaisons and leverage enforcement activities currently underway to address RP noncompliance at the state-level (EPD Group)* | Plan, coordinate, and direct enforcement activities and compliance strategies for the International / State program, leveraging activities currently underway at the state level | 0.5 |
| *Address all issues involving foreign preparers under the Certified Acceptance Agent program (EPD Group)* | Manage compliance by foreign preparers and the Certified Acceptance Agent (CAA) program | 0.5 |
| *Support Enforcement Planning and Direction program research efforts and apply treatment in cases where appropriate* | Support research and treatment effort for EPD programs: deceased preparers; credit or deduction anomalies; NAICS or Return Preparation Income; Discontinued CI Cases; Negotiating a Refund; Enjoined Return Preparers; Unfinished Applications in TPPS; PTIN Misuse or False PTINs; Change of Address Anomalies; Form 14157; High-Volume RPs; and Identity Theft Indicators | 4.0 |

This work is performed by PTIN Analysts, and is considered a function-driven process until data is available to populate a case-driven process

<u>Note</u>: There are 4 additional staff members supplementing department work: a Tax Specialist Trainee, Temp Management/Program Analyst, and 2 eFile detailees   59

**FOR INTERNAL USE ONLY**

BAH_0000352.0059

**PTIN Analyst support for EPD projects is currently documented as a function-driven process because the work does not yet have time or volume estimates**

*PTIN Analyst Support for EPD Programs/Projects*

| Function | Function Description | FTE |
|---|---|---|
| *Support Enforcement Planning and Direction program research efforts and apply treatment in cases where appropriate* | • Support research and treatment effort for EPD programs: deceased preparers; credit or deduction anomalies; NAICS or Return Preparation Income; Discontinued CI Cases; Negotiating a Refund; Enjoined Return Preparers; Unfinished Applications in TPPS; PTIN Misuse or False PTINs; Change of Address Anomalies; Form 14157; High-Volume RPs; and Identity Theft Indicators | 4.0 |

‣ **PTIN Analysts spend 50% of their time on EPD projects.** The functional process above describes PTIN Analysts' support for EPD projects with research and applying treatments. According to C&E guidance, PTIN Analysts currently spend roughly 50% of their time on this work; thus, an estimate of 4.0 FTE (out of the total 9.0 PTIN Analysts) is assigned to this process in the Workload Model

‣ **Future EPD Projects may require PTIN Analysts' support.** The department has identified the following program areas that may require some level of support from PTIN Analysts in the future:

| | | |
|---|---|---|
| Deceased preparers | Negotiating a Refund | Change of Address Anomalies |
| Credit or deduction anomalies | Enjoined Return Preparers | Form 14157 |
| NAICS/Return Preparation Income | Unfinished Applications in TPPS | High-Volume RPs |
| Discontinued CI Cases | PTIN Misuse or False PTIN | Identity Theft Indicators |

‣ **Consider revising model once EPD project data is available.** The Workload Model applies the assumption that PTIN Analysts will spend 50% of their time on this work. Once specific time and volume data is available for this work, however, the department may consider revising this process in the model and accounting for this work as a case-driven process

60

*FOR INTERNAL USE ONLY*

BAH_0000352.0060

**PTIN Analysts' workload is divided between Ghost and EPD cases; however, it is currently unclear how additional resources may impact RPO compliance activities**

▸ Currently, PTIN Analysts spend 50% of their time on Ghost cases, and 50% of their time supporting EPD research cases

▸ If processing Ghost cases becomes an office-wide or department priority (based upon policy decisions), there are options on how C&E can meet this need: 1) Revise PTIN Analyst responsibilities; or 2) Hire additional resources

<u>*Option 1: Revise PTIN Analyst Responsibilities*</u>



**Impact of PTIN Analysts' Workload on Ghost Case Inventory**

**Scenario A: 25% Ghost / 75% EPD**
PTIN Analysts' time is divided between 25% Ghost cases and 75% EPD research; they are able to process ~400 Ghost cases per year

**Scenario B: 50% Ghost / 50% EPD**
PTIN Analysts' time is divided between 50% Ghost cases and 50% EPD research; they are able to process ~800 Ghost cases per year

**Scenario C: 100% Ghost / 0% EPD**
PTIN Analysts' time is dedicated 100% to Ghost cases; they are able to process ~1,600 Ghost cases per year

<u>*Option 2: Hire Additional Staff*</u>

▸ Before hiring additional PTIN Analysts or other C&E staff, the department must first assess the value of reducing its inventory of Ghost cases in a shorter period of time, and determine the effectiveness of C&E treatments in general. Key questions include:

— How does reducing the current Ghost case inventory faster benefit overall C&E efforts to improve preparer compliance (i.e., is it worth hiring the additional staff to reduce the backlog faster, given the overall size of the inventory? Are there specific target areas where there is a higher return-on-investment?)

— Are EPD research efforts a higher priority to complete in a shorter period of time?

*FOR INTERNAL USE ONLY*

BAH_0000352.0061

## The C&E workload is bound by the current number of FTE, and hiring depends on the value of reducing the Ghost inventory faster or fully supporting EPD cases

### *Key Considerations*

▸ **Gather data to define scope of EPD projects.** Although the Workload Model currently accounts for this work as roughly 50% of PTIN Analysts' time (or, 4 FTE for the entire year), C&E will need to continue to gather data on the volume and time estimates for each EPD program area. This will allow the department to assess the impact to both PTIN Analysts and Technical Analysts more precisely, and generate various scenario analyses to better understand the different options for deploying staff against the total department workload

▸ **Determine priority of Ghost cases versus support for EPD projects.** RPO will need to determine whether it places greater priority on reducing the backlog of Ghost cases faster, or if it would prefer to research and treat other types of compliance cases, such as those program areas identified by EPD Technical Analysts, or some combination of both. With a clearer understanding of the volume and LOE associated with EPD research cases, C&E can make better informed policy decisions about how best to allocate its staff against its current workload

▸ **Assess effectiveness of C&E treatments.** C&E has implemented a variety of treatments for noncompliance in FY12, but does not yet have data that illustrates the varying degrees of effectiveness of its treatments. To determine how best to target the population of noncompliant preparers – Ghost and otherwise – and whether additional C&E staff are necessary to support the effort, the department must first gather data on the effectiveness of its treatments to date

▸ **Consider whether additional staff are required.** Based on how RPO and C&E leadership prioritize work between Ghost and other cases, and the overall impact of compliance and enforcement work, the department may consider hiring additional staff in order to meet its organizational goals and objectives

NOTE: For more detail, please see the *2013 – 2016 C&E Workload Analysis Model*



FY13- 16 C&E
Workload Model

**62**

*FOR INTERNAL USE ONLY*



**Strategy and Finance**

*FOR INTERNAL USE ONLY*

BAH_0000352.0063

**Strategy and Finance currently has 14 onboard staff, who are primarily aligned to three workstreams: strategy and policy, budget, and human capital**

*Strategy and Finance Organizational Chart (as of 3/2013)*



Total Onboard Staff: 14

Karen Hunter-Thomas — Director, S&F
Daniel Balangue — Admin. Support

Harry Clemson III — FLM Strategy and Policy
Christopher Kurtz — FLM Budget and Finance
Kelly New — Mgmt/Program Analyst
Munavar Hassanali — Team Lead Human Capital

Rachel Erath — Team Lead, Strategy and Policy
[Temp] — Team Lead, Budget and Finance
Alia Dockins — Mgmt/Program Analyst

Merlon Harper — Strategy and Policy Analyst
Rob Reichstine — Budget Analyst

Nicholas Sampson — Strategy and Policy Analyst
Crystal Bell — Budget Analyst

Paula Kannike — Strategy and Policy Analyst

64

*FOR INTERNAL USE ONLY*

## Work processes are divided into two categories: case-driven processes associated with volume, and function-driven processes, which are fixed positions

*Strategy and Finance: Workload Processes*

| Case-Driven Processes | Function-Driven Processes |
|---|---|
| *Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | *Fixed positions based on the number of FTE necessary to accomplish given role descriptions; positions are not derived using case volume* |
| ▪ This department does not have case-driven processes associated with volume; all work is documented in function-driven processes | ▪ *Plan, organize, direct*, and monitor the Strategy and Finance department<br><br>▪ Serve as an expert in *resolving complex labor issues* with Labor Relations and *support department-wide operations*<br><br>▪ Oversee the hiring, training, performance reporting, and other *human capital* requirements of RPO staff<br><br>▪ Manage the *RPO budget*, financial forecasting, and spend plans, and review program user fees to ensure compliance with OMB and IRS CFO regulations<br><br>▪ Conduct *policy analysis and strategic planning* to assess RPO work against its strategic mission, vision, and goals<br><br>▪ Provide *administrative and clerical support* to the Strategy and Finance department |

NOT APPLICABLE

*Note: The key assumption for the Strategy and Finance workload model is that **current workload will remain consistent** for FY2013 – FY2016*

65

BAH_0000352.0065

## The Strategy and Finance Director is responsible for overseeing all hiring and budget decisions, and ensuring RPO meets strategic policy requirements

*Strategy and Finance: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Director | **Progress to Date:**<br><br>- Oversaw 4 hiring waves for to stand-up RPO operations and ensured proper onboarding and training; received staffing requests from department directors to meet immediate workload demands, and collaborated across internal/external stakeholders to develop efficient and effective decisions to meet RPO needs (i.e., NTE and other short-term hires)<br><br>- Maintained awareness of RPO budget, and managed directors' funding requests (e.g., for travel, training) in line with funding limitations; ensured that the RPO Director and Deputy Director's maintained an understanding of the budget status and solicited key decisions<br><br>- Collaborated with the Office of the Director on implementation of department Operational Reviews, collecting data through interviews and presenting findings with recommendations for department implementation<br><br>**Planned Future State Activities:**<br><br>- Continue to gather data from RPO Directors on staffing needs (short- and long-term), determine appropriate hiring decisions, and ensure proper hiring and onboarding of staff<br><br>- Maintain awareness of RPO budget limitations in collaboration with the budget office, and convey budget department budget limitations to department directors, and inform RPO Director and Deputy Director of the status of the RPO budget, highlighting any risks<br><br>- Collaborate across RPO to organize regular Senior Leadership Team meetings, resolve human resource actions or issues that are elevated, ensure that the department meets strategic policy requirements (i.e., Strategic Plan updates, correspondence, GAO/TIGTA) | **1 FTE:**<br><br>– Strategy and Finance Director (IR 01) |

66

*FOR INTERNAL USE ONLY*

**The Sr. Management/Program Analyst workload is driven by resolving complex issues with Labor Relations and supporting other S&F department-wide issues**

*Strategy and Finance: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Human Capital | *Progress to Date*:<br>▪ Assisted with the development of an approach for an RPO Knowledge and Skills Assessment, provided information to NTEU to secure approval, and supported survey testing and RPO-wide deployment<br>▪ Provided expert knowledge to the Strategy and Finance director on complex labor issues and the implications for Labor Relations/NTEU, as well as provided support for the full range of Strategy and Finance department functions<br><br>*Planned Future State Activities*:<br>▪ Serve as a liaison to Labor Relations and NTEU, and apply expertise in supporting the Strategy and Finance Director and other RPO Directors to resolve issues or facilitate dialogue with LR/NTEU<br>▪ Continue to manage data gathering and approval process for event spending in line with IRS regulations (i.e., $3000 limit and other requirements)<br>▪ Continue to work with the Strategy and Finance director and other RPO directors, as appropriate, on TIGTA inquires and ensure proper implementation of TIGTA recommendations | *1 FTE:*<br>– Sr. Mgmt/ Program Analyst (GS 14) |

FOR INTERNAL USE ONLY
BAH_0000352.0067

# The human capital workload is driven by the hiring and onboarding of RPO staff, and maintaining updated human resource records across the organization

### Strategy and Finance: Progress in Function-Driven Processes

| Function | Progress Summary | FTE Required |
|---|---|---|
| Human Capital | **Progress to Date**:<br><br>▪ Oversaw hiring process and onboarding of approximately 200 employees over 4 hiring waves, coordinating with the IRS Human Capital office on the drafting of Position Descriptions, advertising and closing of positions, interviewing and candidate selections, and onboarding<br><br>▪ Ensured space allocation for all RPO staff<br><br>▪ Oversaw RPO-wide training effort for waves 1, 2, and 3 of staff, including a comprehensive orientation ("RPO 101") and training modules specific to each department's functions; coordinated travel budget, meeting spaces, and materials<br><br>▪ Processed required human resource actions, including PAR actions, annual performance reports, and awards<br><br>**Planned Future State Activities**:<br><br>▪ Continue to gather and evaluate data on department staffing needs, and monitor hiring process for remaining ad hoc hires in collaboration with IRS Human Capital<br><br>▪ Monitor deadlines and continue to submit human resource actions for all RPO staff (e.g., PAR actions, annual performance reports, awards) | ▪ **2 FTE:**<br><br>— Human Capital Team Lead (GS-13)<br><br>— Management/ Program Analyst (GS-12) |

68

FOR INTERNAL USE ONLY

BAH_0000352.0068

**The budget office workload is driven by the tracking and submission of RPO budget plans, as well as analysis of user fees to ensure IRS regulatory compliance**

*Strategy and Finance: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Budget | **_Progress to Date_:**<br><br>• Established an annual RPO budget, monitored department funding from multiple sources (e.g., appropriations and from four user fees), tracked monies spent, developed apportionment requests, and planned out-year expenditures; provided monthly budget updates to RPO executive leadership, as well as formal budget requests to IRS and Department of Treasury authorities<br><br>• Completed a draft User Fee Biennial Review in collaboration with the IRS CFO to assess whether current RPO user fees sufficiently cover the full cost of the program, in accordance with IRS and OMB regulations<br><br>**_Planned Future State Activities_:**<br><br>• Continue to monitor and update the RPO budget, including gathering data (and setting guidelines) for RPO departments on travel budgets, purchase card limitations, etc.)<br><br>• Finalize the User Fee Biennial Review and determine whether RPO user fees appropriately cover the full cost of operating the program, and provide justification to the IRS CFO, Commissioner's office, and OMB | • **4 FTE:**<br><br>– Frontline Manager Budget and Finance (IR-04)<br><br>– Team Lead Budget and Finance (GS-14)<br><br>– Budget and Finance Analyst (GS-13)<br><br>– Budget and Finance Analyst (GS-13) |

69

FOR INTERNAL USE ONLY

BAH_0000352.0069

## The policy and strategic planning workload includes reporting RPO performance data, responding to GAO/TIGTA, and ensuring processes are documented in IRMs

*Strategy and Finance: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Policy and Strategic Planning | **Progress to Date**:<br><br>▪ Drafted the initial RPO Strategic Plan and ensured the organizational mission, vision, and key strategic goals were publicized on the website in accordance with federal regulations<br><br>▪ Assisted in compiling draft RPO performance measures, and gathered operational metrics for quarterly Business Performance Reports for RPO leadership and IRS executives<br><br>▪ Supported planning and implementation of 7 department Operational Reviews, and provided analysis and debrief outcomes for departments to improve operations<br><br>▪ Gathered data on RPO processes and procedures, and drafted new chapters for the Internal Revenue Manual (IRM) to document RPO work in accordance with IRS regulations<br><br>▪ Coordinated and submitted responses to TIGTA/GAO inquiries, and managed all other RPO correspondence from internal/external stakeholders<br><br>**Planned Future State Activities**:<br><br>▪ Revise the RPO Strategic Plan in line with the new IRS Strategic Plan (anticipated early 2014), and post updated organizational goals and objectives on the IRS website<br><br>▪ Continue to gather data on performance metrics, RPO processes and procedures for IRM chapters, and support department Operational Reviews and implementation<br><br>▪ Receive GAO/TIGTA inquiries and all other correspondence for RPO, gather data and coordinate message with department directors and SMEs, and ensure timely response<br><br>▪ Begin conducting cross-RPO quality reviews, and determine the appropriateness of this function for Strategy and Finance ; as necessary, refine processes and procedures | ▪ *5 FTE:*<br><br>– Frontline Manager Strategy and Policy (IR-04)<br><br>– Team Lead Strategy and Policy (GS-14)<br><br>– Strategy and Policy Analyst (GS-13)<br><br>– Strategy and Policy Analyst (GS-09)<br><br>– Strategy and Policy Analyst (GS-09) |

70

*FOR INTERNAL USE ONLY*

## The Administrative Assistant workload is driven by maintaining effective records and controls for Strategy and Finance, as well as corresponding with stakeholders

### Strategy and Finance: Progress in Function-Driven Processes

| Function | Progress Summary | FTE Required |
|---|---|---|
| Admin. Assistant | **Progress to Date:**<br><br>▪ Perform clerical and technical work in support of the department, including general administrative/office tasks, organizing and maintaining  department files and records, reviewing all incoming mail and drafting correspondence as appropriate, and maintaining a variety of administrative records and controls)<br><br>**Planned Future State Activities:**<br><br>▪ Continue to support the Strategy and Finance department with effective and efficient administrative controls, draft and send timely and informative correspondence, as appropriate, and maintain organized department files and records<br><br>▪ Assist with ad hoc projects and initiatives in support of the Strategy and Finance department, as directed | ▪ **1 FTE:**<br><br>— Administrative Assistant (GS 07) |

71

FOR INTERNAL USE ONLY

**Strategy and Finance is adequately staffed for its current workload, which is not expected to change for FY13-16, but future policy changes could impact workload**

*Key Considerations*

- Strategy and Finance has a **consistent workload over the next 4 years**, and **staffing levels are appropriate** for the department's current and anticipated future workload

    – Strategy and Finance recently **hired a GS-14 Senior Management / Program Analyst**

- Although workload is currently not expected to change, certain policy or organizational design changes could impact workload and staffing needs for the department and would require revision of the workload model. These changes may include:

    – Major **policy changes, such as the need for additional staff** in one (or multiple) RPO departments could temporarily increase workload for the human capital workstream, as well as any **changes to the RPO budget and its user fees** (e.g., changing/removing the RTRP test user fee) could temporarily increase workload for the budget workstream

    – **Organizational design changes,** which may incorporate additional functions under Strategy and Finance, which are not currently a part of the department (e.g., quality reviews)

NOTE: For more detail, please see the *2013 – 2016 S&F Workload Analysis Model*



FY13-16 S&F Workload Model

72

*FOR INTERNAL USE ONLY*



Communications

*FOR INTERNAL USE ONLY*

73

**The Communications department currently has 4 total staff, each of which serves a distinct functional role**

*Communications Organizational Chart (as of 3/2013)*



Total Onboard Staff: 4

Leann Ruf
Director, Communications

Nancy Mathis
Sr. Marketing/Branding Manager

Anjali Garg
Team Lead

Cquincy Fletcher
Sr. Web Analyst

74

*FOR INTERNAL USE ONLY*

BAH_0000352.0074

**Work processes are divided into two categories: case-driven processes associated with volume, and function-driven processes, which are fixed positions**

*Communications: Workload Processes*

| Case-Driven Processes<br>*Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | Function-Driven Processes<br>*Fixed positions necessary to accomplish given role descriptions; positions are not derived using case volume* |
|---|---|
| ▪ This department does not have case-driven processes associated with volume; all work is documented in function-driven processes | ▪ **Plan, organize, direct, and monitor** the Communications department, including development and oversight over implementation of a **Strategic Communications Plan**<br><br>▪ Ensure **adequate and proper marketing/branding** of RPO's message to various stakeholder communities<br><br>▪ Support **development and deployment of communications efforts**, including implementation of Strategic Communications Plan<br><br>▪ **Develop, update, and monitor website content**, coordinate with stakeholders to resolve issues, and support application and integration of internet services |

*NOT APPLICABLE*

**Note:** *The key assumption for the Communications workload model is that* **current workload will remain consistent** *for FY2013 – FY2016*

75

*FOR INTERNAL USE ONLY*

BAH_0000352.0075

**The Director's workload is driven by leading RPO communications efforts, including leveraging resources to implement the Strategic Communications Plan**

*Communications: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Director | *Progress to Date*: <br><br>▪ Oversaw development of a Strategic Communications Plan, which identifies objectives, target audiences, key messages by audience, an environmental scan, and a tactical approach, in accordance with IRS guidelines <br><br>▪ Managed implementation of Strategic Communications Plan activities and marketing efforts; <br><br>▪ Assisted in developing marketing strategies, targeting public understanding of the creation of the Return Preparer Office and new requirements for the return preparer community; <br><br>▪ Oversaw and assisted in the development of new approaches to targeting and reaching program customers; <br><br>▪ Coordinated with internal/external stakeholders, and managed vendor relationships <br><br>*Planned Future State Activities*: <br><br>▪ Continue to oversee implementation of the RPO Strategic Communications Plan, and ensure that communications projects and materials reach intended target audiences with clear and effective messaging <br><br>▪ Collaborate with stakeholders to continue to gather data on target populations and refine Strategic Communications goals and objectives | *1 FTE*: <br><br>— Director (IR-01) |

76

*FOR INTERNAL USE ONLY*

BAH_0000352.0076

## The Marketing/Branding workload is driven by leading RPO marketing efforts, and monitoring the effectiveness of products in reaching target RP populations

*Communications: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Marketing/ Branding Manager | **Progress to Date:**<br><br>▪ Developed and implemented appropriate marketing and branding of RPO materials, with focus on effectively communicating new requirements for the return preparer community<br><br>▪ Established action plans for marketing projects, and a process for reviewing and reporting the status of efforts;<br><br>▪ Analyzed data on target audiences and the effectiveness/impact of marketing efforts, with the goal of improving communications for target audiences;<br><br>▪ Collaborated with vendors and internal/external stakeholders to develop marketing materials and meet project goals and objectives<br><br>▪ Oversee all marketing efforts and public service announcements for the Free File program (Note: this work falls under the Relationship Management and Marketing department)<br><br>**Planned Future State Activities:**<br><br>▪ Continue to develop and disseminate RPO marketing materials to assist in implementation of Strategic Communication Plan goals and heighten public awareness of return preparer requirements<br><br>▪ Collaborate with vendors and leverage resources with internal/external stakeholders to develop marketing products, and monitor the cost-benefit of program efforts<br><br>▪ Continue to manage marketing efforts and public service announcements for the Free File program | **1 FTE:**<br><br>– Senior Marketing/ Branding Manager (GS-15)<br><br>– Note: This position divides responsibilities between the Communications department and the Relationship Management and Marketing department[1] |

[1] The portion of this FTE that supports Relationship Management and Marketing work is not accounted for in that department's workload model; thus, the full 1 FTE is included in the Communications department workload model

*FOR INTERNAL USE ONLY*

77

## The Communications Team Lead's workload is driven by implementing Strategic Communications Plan efforts, and supporting RPO business operations

*Communications: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Team Lead | **Progress to Date**:<br><br>▪ Lead communications systems development and maintenance efforts;<br><br>▪ Coordinated with internal RPO and external stakeholders to implement various communications projects, leveraging resources among stakeholders, as appropriate;<br><br>▪ Assisted in developing tools and communications products, such as brochures, website content, flyers, etc., to disseminate information for return preparers on registering for a PTIN, new testing and continuing education requirements, and other informational topics<br><br>▪ Provided support to RPO-wide business operations, including call center efforts, as needed<br><br>**Planned Future State Activities**:<br><br>▪ Continue to serve as a project lead in the development and implementation of communications efforts and informational products for the return preparer community;<br><br>▪ Collaborate with internal RPO and external stakeholders to gather data on the return preparer community and areas for targeted program communications<br><br>▪ Assist in developing and implementing the Strategic Communications Plan | *1 FTE*:<br><br>▪ — Team Lead (GS-14) |

78

*FOR INTERNAL USE ONLY*

**The Senior Web Analyst's workload is driven by coordinating with stakeholders to support internet services and maintain an accurate and updated RPO website**

*Communications: Progress in Function-Driven Processes*

| Function | Progress Summary | FTE Required |
|---|---|---|
| Senior Web Analyst | <p>_Progress to Date_:</p><ul><li>Provided analytical advice and assisted RPO in the application and integration of internet services;</li><li>Developed written and oral guidance to coordinate with web content providers;</li><li>Monitored web site content to ensure accuracy and timeliness, and developed the FAQ section of the RPO site;</li><li>Resolved issues related to web design in collaboration with internal/external stakeholders</li></ul><p>_Planned Future State Activities_:</p><ul><li>Continue to assist with application and integration of internet services;</li><li>Work with RPO departments and Communications Director to gather updated content to post to the RPO website, and maintain an accurate FAQ section;</li><li>Coordinate with web content providers, resolve design issues, and develop guidance, as necessary</li></ul> | <p>▪ *1 FTE*:</p><p>– Senior Web Analyst (GS-13)</p> |

79

FOR INTERNAL USE ONLY

## The Communications workload is not expected to change for FY13-16, although certain policy changes could result in an FTE surplus for marketing work

*Key Considerations*

- The Communications department has a **consistent workload over the next 4 years**, and **staffing levels are appropriate** for the department's current and anticipated future workload

    – Note: The workload for the Senior Marketing/Branding Manager is currently divided between Communications department efforts and support for Free File marketing efforts in the Relationship Management and Marketing department

- Although workload is not currently expected to change for the Communications department, the recent **Loving v. IRS ruling and ultimate court decision may impact the department's workload**

    – Once RPO has a final decision from the court, the organization may choose, for example, to **re-double outreach efforts** to maintain a strong customer base, increase production of **information pamphlets** or other updates (hard or soft copy) to spread information, or **increase RPO presence at tax forums** and other venues to meet with tax preparers or other stakeholders

    – Additionally, RPO may determine in light of the court ruling that it will not pursue the expansive public information campaign that is currently scheduled. This policy decision would result **in decreased workload demand for the Senior Marketing/ Branding Manager** role within the Communications department, and this position may be more appropriately realigned in another office

    – The **workload model may be updated** in the future to reflect how the Communications department's workload may change – temporarily or permanently – as a result of the *Loving v. IRS* ruling



NOTE: For more detail, please see the *2013 – 2016 Comm Workload Analysis Model*

FY13-16 Comm Workload Model

80

FOR INTERNAL USE ONLY



**Enrolled Agent Policy and Management**

*FOR INTERNAL USE ONLY*

81

BAH_0000352.0081

**Enrolled Agent Policy and Management currently has 15 onboard staff, who perform almost entirely case-driven work for the department**

*Enrolled Agent Policy and Management (EAP&M) Organizational Chart (as of 3/2013)*



Director
Gethrel Williams

Total Onboard Staff: 15

Chief Practitioner
Donna Bryant

| Management/ Program Analyst | Clerk | Legal Instrument Examiner | Management Assistant | Secretary |
|---|---|---|---|---|
| Dori Cook* | Rico Mosely<br>Dena Turner*<br>Darrell Clay | Debbie Washington (Lead)<br>Carol Terrell*<br>Sean Hyde*<br>Jacquelyn Starkey<br>Leslies Soloman<br>Fran Parker<br>Darlean Heard | Sharon Jackson | Mary Young |

*Indicates temporary NTE 2 year position

82

FOR INTERNAL USE ONLY

**Work processes are divided into two categories: case-driven processes associated with volume, and function-driven processes, which are fixed positions**

*Enrolled Agent Policy and Management: Workload Processes*

| Case-Driven Processes | Function-Driven Processes |
|---|---|
| *Driven by EA & ERPA registration and renewal application volume, external stakeholder inquiries, and the associated hours necessary to complete the identified work* | *Fixed positions are based on the number of FTE necessary to accomplish given role descriptions; positions are not driven by application & inquiry volumes* |
| • Process **new enrollment applications** (Form 23) for Enrolled Agents (EAs) | • Plan, organize, direct & monitor RPO's EAP&M department |
| • Process **renewal enrollment applications** (Form 8554) for EAs | • Manage EAP&M's frontline staff |
| • Process **new enrollment applications** (Form 23-EP) for Enrolled Retirement Plan Agents (ERPAs) | • Provide administrative and clerical support to EAP&M |
| • Process **renewal enrollment applications** (Form 8554-EP) for ERPAs | • Coordinate general correspondence with EAP&M's internal & external stakeholders |
| • Process **Continuing Education (CE) waivers** | |
| • Respond to **telephone inquiries** from the EA & ERPA communities and take action to resolve issues | |
| • Respond to **email inquiries** from the EA & ERPA communities and take action to resolve issues | |

83

*FOR INTERNAL USE ONLY*

BAH_0000352.0083

# EAP&M's workload is driven primarily by processing a backlog of EA renewal applications, which is caused by the seasonal spike in applications annually

*EAP&M: Progress in Case-Driven Processes & Assumptions*

| Case-Driven Process | Progress Summary | Key Assumptions in Model |
|---|---|---|
| **EA Enrollment**<br><br>Process **new enrollment applications** (Form 23) for Enrolled Agents (EAs) | **Progress to Date:**<br>▪ **Participated in Lean Six Sigma event** to streamline the flow of applications through the Dept. and reduce application processing times<br>▪ **Developed EAP&M Business Report** to measure application processing times, monitor application distribution across LIEs, and number of inquiries fielded by EAP&M staff | **EA Enrollment**<br>▪ Total population size of **45,273 Enrolled Agents** (2012)<br>▪ Assume **5% annual growth** in population size |
| **EA Renewal**<br><br>Process **renewal enrollment applications** (Form 8554) for EAs | **Planned Future State Activities**<br>▪ **Implement e-trak system enhancements**, including repairing non-functional interfaces (e.g., pay.gov interface for Form 23, Form 23-EP, and Form 8554-EP; Prometric interface; AIRE interface); enhancing system navigation and usability; and creating a reporting capability that will provide an automated, real-time "snap shot" of the department's existing application inventory | **EA Renewal**<br>▪ Total population size of **14,940 annual EA renewals** (2012)<br>▪ Assume 33% annual renewal rate for EA population* |
| **ERPA Enrollment**<br><br>Process **new enrollment applications** (Form 23-EP) for Enrolled Retirement Plan Agents (ERPAs) | ▪ **Re-allocate tasks among LIEs** (e.g., decoupling inquiry and application processing responsibilities) to allow LIEs to more effectively process applications<br>▪ **Re-examine the existing "first-in, first-out" application review process** and identify opportunities for prioritizing applications that require minimal research and communication with candidates, thus allowing the Dept. to work through existing workload with increased efficiency | **ERPA Enrollment**<br>▪ Total population size of **595 Enrolled Retirement Plan Agents** (2012)<br>▪ Assume 5% annual growth in population size |
| **ERPA Renewal**<br><br>Process **renewal enrollment applications** (Form 8554-EP) for ERPAs | ▪ **Promote pay.gov submission** as an viable alternative to paper applications to reduce need for manual data entry and paper processing | **ERPA Renewal**<br>▪ Total population size of **196 annual ERPA renewals** (2012)<br>▪ Assume **33% annual renewal rate** for ERPA population* |

*Enrolled Agents and Enrolled Retirement Plan Agents are required to renew their credential every three years based on the last digit of their SSN

**FOR INTERNAL USE ONLY**

84

BAH_0000352.0084

## EAP&M staff also process continuing education waivers and respond to stakeholder inquiries received by phone and email

### EAP&M: Progress in Case-Driven Processes & Assumptions

| Case-Driven Process | Progress Summary | Key Assumptions in Model |
|---|---|---|
| Process **Continuing Education (CE) waivers** | **Progress to Date:**<br>▪ Review EA & ERPA CE waiver application to determine eligibility<br>▪ Communicate decision to EA or ERPA candidate<br>▪ Forward RTRP CE waivers to RPO CEM for processing<br>**Planned Future State Activities:**<br>▪ Continue processing EA & ERPA CE waivers | ▪ Assumes EAP&M receives 1,500 CE waivers annually; 60% of which are submitted by EAs & ERPAs and 40% of which must be forwarded to RPO CEM |
| Respond to **telephone inquiries** from the EA & ERPA communities and take action to resolve issues | **Progress to Date:**<br>▪ Fielding telephone inquiries from stakeholders<br>▪ Responding to voice messages left by stakeholders after-hours<br>▪ Recording number of call received per staff member, per day<br>**Planned Future State Activities:**<br>▪ Begin recording detailed call metrics (subject of inquiry; length of call)<br>▪ Perform quality monitoring to ensure accuracy and consistency of LIE responses | ▪ Assume each LIE receives **25 voicemails** every morning that require a response, and **25 calls throughout the day** |
| Respond to **email inquiries** from the EA & ERPA communities and take action to resolve issues | **Progress to Date:**<br>▪ Receiving and responding to emails submitted by stakeholders to the EAP&M Dept. inbox<br>▪ Leveraging stock responses to address common inquiries<br>▪ Recording the number of email inquiries received per day<br>**Planned Future State Activities:**<br>▪ Continue responding to email correspondences | ▪ Assumed that EAP&M receives approximately **200 emails/wk**<br>▪ 5% of emails are misdirected, erroneous, or blank<br>▪ 40% of emails can be sent a stock response<br>▪ 55% require detailed follow-up |

85

FOR INTERNAL USE ONLY

## Additionally, there are function-driven positions, which support department responsibilities not associated with case volume

### EAP&M: Function-Driven Processes

| Function-Driven Process | Function Description | FTE |
|---|---|---|
| **Plan, organize, direct, and monitor the EAP&M department** | ▪ Plan, organize, direct, and monitor the EAP&M department | 1 |
| **Manage EAP&M's frontline staff** | ▪ Oversees the workload distribution of registration/renewal applications to EAP&M staff, as well as the final "close-out" and distribution of enrollment materials to EA/ERPA candidates (i.e., enrollment cards) | 1 |
| **Provide administrative and clerical support to the EAP&M department** | ▪ Perform clerical and technical work in support of the department (e.g., general administrative/office work, organizing and maintaining files, reviewing all incoming mail and correspondence, responding to correspondence as necessary, and maintaining a variety | 1 |
| **Coordinate general correspondence with EAP&M's internal & external stakeholders** | ▪ Responds to stakeholder inquiries received through traditional mail. Coordinates outgoing correspondence (e.g., EA/ERPA renewal reminders, Future State Operating Model informational messages) to internal & external stakeholders | 1 |

86

*FOR INTERNAL USE ONLY*

BAH_0000352.0086

**EAP&M staffing needs have been broken up by peak season (defined as October 1st – March 31st) and non-peak season to identify workload spikes**



*EAP&M's Case- & Function Driven FTE Requirements for FY14-FY17*

Note: Additional analysis is needed to determine precise staffing needs once EAP&M's future state operating model, including division of responsibilities with RPO Suitability, is finalized

87

FOR INTERNAL USE ONLY

## Based on preliminary estimates of EAP&M's future workload, the department has may have a surplus of FTEs for both peak & non-peak season

*Summary of EAP&M Workload Findings – Peak Season*

*Preliminary*

| Onboard FTE (as of 4/13) | | FY 2014 (Peak) | | FY 2015 (Peak) | | FY 2016 (Peak) | | FY 2017 (Peak) | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimated | Surplus | Estimated | Surplus | Estimated | Surplus | Estimated | Surplus |
| 15 | | 11.3 | 3.7 | 11.1 | 3.9 | 8.5 | 6.5 | 8.5 | 6.5 |
| **Description of Resource Needs Per Year** | | | | | | | | | |
| 1.0 | Director | 1.0 FTE | | | | | | | |
| 1.0 | Chief Practitioner | 1.0 FTE | | | | | | | |
| 1.0 | Program/ Management Analyst | 0.8 FTE  Currently assigned work (i.e., maintenance of the EAP&M Business Report) expected to decrease as a result of e-trak automated reporting functionality | | | | | | | |
| 7.0 | Legal Instruments Examiner | **4.9 FTE** Tiered application review & sorting is expected to reduce average application processing times and associated workload needs | | **4.8 FTE** Increased pay.gov submissions expected to reduce or eliminate occurrence of missing information (i.e., applications that must be 'flagged') and associated candidate contact/research | | **2.5 FTE** Automated initial review practitioner applications expected to decrease LIE staffing requirements | | | |
| 3.0 | Clerk | **1.6 FTE** EAP&M's push to increase electronic (pay.gov) submissions is expected to reduce paper application volume | | **1.5 FTE** EAP&M's push to increase electronic (pay.gov) submissions expected to reduce paper application volume | | **1.2 FTE** Planned elimination of Lockbox will reduce need for time-intensive paper mail processing ; introduction of electronic credential distribution expected reduce manual enrollment card/certificate/letter printing and mailing | | | |
| 1.0 | Management Assistant | 1.0 FTE | | | | | | | |
| 1.0 | Secretary | 1.0 FTE | | | | | | | |

*Note: Additional analysis is needed to determine precise staffing needs once EAP&M's future state operating model, including division of responsibilities with RPO Suitability, is finalized*

**FOR INTERNAL USE ONLY**

88

# In addition, EAP&M may have a surplus of FTEs outside of peak season, and could identify additional opportunities for staff during these periods

*Preliminary*

### Summary of EAP&M Workload Findings - Non-Peak Season

| Onboard FTE *(as of 4/13)* | | FY 2014 (Non-Peak) | | FY 2015 (Non-Peak) | | FY 2016 (Non-Peak) | | FY 2017 (Non-Peak) | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimated | *Surplus* | Estimated | *Surplus* | Estimated | *Surplus* | Estimated | *Surplus* |
| **15** | | 5.5 | *9.5* | 5.5 | *9.5* | 5.0 | *10.0* | 5.0 | *10.0* |
| *Description of Resource Needs Per Year* | | | | | | | | | |
| 1.0 | Director | | | | 1.0 FTE | | | | |
| 1.0 | Chief Practitioner | | | | 1.0 FTE | | | | |
| 1.0 | Program/ Management Analyst | | **0.3 FTE** *Currently assigned work (i.e., maintenance of the EAP&M Business Report) expected to decrease as a result of e-trak automated reporting functionality* | | | | **0.1 FTE** *Currently assigned work (i.e., maintenance of the EAP&M Business Report) expected to decrease as a result of e-trak automated reporting functionality* | | |
| 7.0 | Legal Instruments Examiner | | **1.0 FTE** *Reduction in renewal application submissions during non-peak season expected to decrease application processing workload* | | | | **0.7 FTE** *Automated initial review of all practitioner applications expected to decrease manual workload requirements* | | |
| 3.0 | Clerk | | | | **0.2 FTE** *Low renewal application submissions during non-peak season decreases application processing workload* | | | | |
| 1.0 | Management Assistant | | | | 1.0 FTE | | | | |
| 1.0 | Secretary | | | | 1.0 FTE | | | | |

*Note: Additional analysis is needed to determine precise staffing needs once EAP&M's future state operating model, including division of responsibilities with RPO Suitability, is finalized*

**89**

FOR INTERNAL USE ONLY

## The EAP&M workload model will depend on an understanding of how work processes will change in future state & how workload fluctuates between seasons

### *Key Considerations*

▶ EAP&M developed a specific future state workload model that leverages operating assumptions, historical processes & process time estimates to evaluate organizational size

| Methodology |
|---|
| ▶ *Outline future state processes* |
|   – Identify all major current business processes that will remain in the future-state |
|   – Develop high-level overviews of new processes |
|   – Estimate initial support requirements and note the underlying assumptions |
| ▶ *Map workload to required staff support* |
|   – Critically analyze required activities and staff support |
|   – Validate recommended support levels for each process with key process owners |
| ▶ *Develop and validate volume assumptions* |
|   – Develop assumptions that will drive workload |
|   – Test staff support levels based on changes in the assumptions |

| Key Considerations |
|---|
| ▶ *Based on the future state operating model, the workload analysis assumes processes will become increasingly automated, and therefore, more efficient.* Refining department work processes may impact the workload model's projection of required future state FTEs |
| ▶ *The future state operating model redefines EAP&M's scope* |
|   – Criminal background investigations and personal tax compliance (PTC) checks may, in the future state, be the responsibility of the RPO Suitability department.  This shifting scope will impact workload projections. |
| ▶ *EAP&M's work is cyclical by nature. The department will experience annual fluctuations in workload between peak season and non-peak season* |
|   – The fluctuation in workload from peak to non-peak season directly influences the number of required FTEs needed to effectively operate.  The department should consider other opportunities to utilize current staff in non-peak season |

**NOTE:** For more detail, please see the *2014 – 2016 EAP&M Workload Analysis Model*



DRAFT EAP&M
Workload Model

**90**

*FOR INTERNAL USE ONLY*

BAH_0000352.0090



Joint Board of Actuaries

*FOR INTERNAL USE ONLY*

BAH_0000352.0091

## Joint Board of Actuaries currently has 5 onboard staff, who perform entirely case-driven work



*Joint Board of Actuaries Organizational Chart (as of 3/2013)*

Total Onboard Staff: 5

Pat McDonough
Director, Joint Board

Latarsha Brown[1]
Secretary

Elizabeth Van Osten
Attorney/Advisor

L'Tanya Chew[1]
Admin Specialist

Michelle McDonald
Program Analyst

[1]Staff are on temporary assignment to the department

92

FOR INTERNAL USE ONLY

BAH_0000352.0092

## Work processes are divided into two categories: case-driven processes associated with volume, and function-driven processes, which are fixed positions

*Joint Board of Actuaries: Workload Processes*

**Draft**

| Case-Driven Processes* | Function-Driven Processes |
|---|---|
| *Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | *Fixed positions based on the number of FTE necessary to accomplish given role descriptions; positions are not derived using case volume* |
| • Process Enrolled Actuary (EAc) Applications<br>• Process EAc Renewal Applications<br>• Process EAc Referrals and Related Disciplinary Work<br>• Conduct EAc Personal Tax Compliance Audits<br>• Conduct EAc Continuing Professional Education (CPE) Audits<br>• Process EAc Test Waivers<br>• Process CPE Sponsorship Requests and Renewals | • Oversee and direct RPO JBA Staff<br>• Manage EAc stakeholder relationships (e.g., liaise with different industry groups/government agencies, respond to Joint Board/practitioner inquiries); draft and interpret regulations; and manage technological tools/interfaces |

FOR INTERNAL USE ONLY

93

BAH_0000352.0093

## The RPO JBA workload is driven by both the total number of EAc applicants and renewals, in addition to reviewing EAc eligibility requirements fulfillment

**Draft**

*Joint Board of Actuaries: Progress in Case-Driven Processes & Assumptions*

| Process | Progress Summary | Assumptions |
|---|---|---|
| Process Enrolled Actuary (EAc) Applications | **_Progress to Date_:**<br>• ~233 applications reviewed in FY13 through April 2013*<br>**_Planned Future State Activities_:**<br>• Continue to process EAc applications | • New application volume for FY13 is 400<br>• Volume of new applicants declines by 10% annually after FY13 |
| Process EAc Renewal Applications | **_Progress to Date_:**<br>• 0 (i.e., renewal cycle is every 3 years, next cycle January-April 2014)<br>**_Planned Future State Activities_:**<br>• Continue to process EAc renewal applications every 3 years | • FY14 Renewal rate is 90% of total active  EAc population<br>• Renewal volume in FY14 is 3,960 |
| Process EAc Referrals and Related Disciplinary Work | **_Progress to Date_:**<br>• Approximately 11 cases reviewed*<br>**_Planned Future State Activities_:**<br>• Continue to process referrals and take disciplinary action when necessary | • Anticipated volume to be 20<br>• Volume of referrals anticipated to remain constant over time |
| Conduct EAc Tax Compliance Audits | **_Progress to Date_:***<br>• ~233 cases reviewed in FY13 through April 2013*<br>**_Planned Future State Activities_:**<br>• Continue to conduct personal tax compliance audits | • RPO JBA intends to conduct 400 Personal Tax Compliance Audits in 2013 |

*Note: Year-to-date progress pro-rated based on anticipated volume for FY13*

94

FOR INTERNAL USE ONLY

# The RPO JBA workload is driven by both the total number of EAc applicants and renewals, in addition to reviewing EAc eligibility requirements fulfillment

**Draft**

### Joint Board of Actuaries: Progress in Case-Driven Processes & Assumptions

| Process | Progress Summary | Assumptions |
|---|---|---|
| Conduct EAc Continuing Professional Education (CPE) Audits | **_Progress to Date_**:<br>▪ Approximately 233 cases reviewed*<br>**_Planned Future State Activities_**:<br>▪ Continue to conduct continuing professional education audits | ▪ RPO JBA intends to conduct 400 CPE Audits in 2013 |
| Process EAc Test Waivers | **_Progress to Date_**:<br>▪ Approximately 117 test waivers processed*<br>**_Planned Future State Activities_**:<br>▪ Continue to process EAc test waivers | ▪ Anticipated volume to be 200 in FY2013<br>▪ Annual volume of test waivers anticipated to remain proportional to new EAc applicant rate<br>▪ 50% of waivers require limited RPO JBA research to process |
| Process CPE Sponsorship Requests and Renewals | **_Progress to Date_**:<br>▪ Approximately 6 sponsorship request processed*<br>▪ 0 Sponsorship renewals processed (renewal cycle is every 3 years, next cycle 2014)<br>**_Planned Future State Activities_**:<br>▪ Continue to process CPE sponsorship requests and renewals | ▪ Annual Sponsorship request volume anticipated to be 10 and remain constant over time<br>▪ FY14 Renewal rate is ~85% of total approved CPE Sponsor population<br>▪ Sponsorship renewal volume anticipated to be 66 in 2014 |

**\*Note:** *Year-to-date progress pro-rated based on anticipated volume for FY13*

FOR INTERNAL USE ONLY

95

## Additionally, there are function-driven positions, which support department responsibilities but are not associated with case volume

Draft

### Joint Board of Actuaries: Function-Driven Processes

| Function | Function Description | FTE | | | |
|---|---|---|---|---|---|
| | | FY13 | FY14 | FY15 | FY16 |
| *Oversee and Direct RPO JBA Staff* | • Plans , schedules , and coordinates work operations, training, and development of employees, evaluating employees' work  performance, and conducting quality assurance and performance all other administrative functions | 0.5 FTE | | | |
| *Manage EAc Stakeholder Relationships and Manage Publications & Internal Systems/Processes* | • Support and coordinate events for partnering actuary committees and organizations, respond to TIGTA and GAO inquiries, liaise with stakeholder groups and partners (e.g., DoL, PBGC, Joint Board, Advisory Committee, Society of Actuaries, GSA, ASPPA), manage technological interfaces, train new employees, respond to customer inquiries, draft and interpret regulations, maintain/update application and renewal forms | 2.15 FTE | | | |

96

*FOR INTERNAL USE ONLY*

BAH_0000352.0096

## Aside from workflow surges due to the digitization project and FY2014 EAc renewal season, RPO JBA is appropriately staffed at 5 FTE through FY16

*Summary of Joint Board of Actuaries Workload Findings*

| Onboard FTE | | FY 2013* | FY 2014 (peak)* | FY 2014 (non-peak)* | FY 2015* | FY 2016* |
|---|---|---|---|---|---|---|
| 5** | | *4.95 + 2.98[i]* | *4.95 + 3.10[ii]* | *4.95 + 1.0[iii]* | *4.69* | *4.59[iv]* |
| *Description of Resource Needs Per Year* | | | | | | |
| 1.0 | Director | 0.99 FTE | 0.5 FTE | 1.48 FTE | 0.99 FTE | 0.99 FTE |
| 1.0 | Attorney Advisor | 1.00 FTE | 0.33 FTE | 1.79 FTE | 0.92 FTE | 0.89 FTE |
| 1.0 | Program Mgmt Analyst | 0.95 FTE | 3.48 FTE | 0.70 FTE | 0.87 FTE | 0.83 FTE |
| 1.0 | Administrative Specialist | 1.0 FTE | 1.87 FTE | 0.99 FTE | 0.96 FTE | 0.94 FTE |
| 1.0 | Secretary | 1.0 FTE | 1.87 FTE | 0.99 FTE | 0.96 FTE | 0.94 FTE |

*Notes*

i.   Additional 2.98 FTE for FY2013 represents the amount of resources required to complete digitization effort by the end of FY 2013

ii.  Additional FTE in FY2014 "peak renewal season" represents the potential amount of resources required to complete all renewal applications within 6 month in FY14 in the event that e-trak is not functioning effectively

iii. Assumes the amount of resources required to complete annual case-driven workload not completed during "peak renewal season"

iv.  Small, incremental decreases in total FTE needs through FY16 are projected due to anticipated decline in number of annual EAc applications; however, this assumption is subject to change based on industry conditions

*Discrepancies in FTE totals are due to decimal rounding variances from workload model; FTE counts are normally rounded to the closest full FTE
**Includes 2 detailed employees

97

FOR INTERNAL USE ONLY

## To complete the document digitization project by the end of FY 2013, RPO JBA may need an additional 3 temporary FTE

### *Digitization Effort Key Calculations*

┌─ **Digitization Project Considerations**

- The current document digitization project with which RPO JBA has been tasked is a **temporary assignment** and its **scope and timelines may be revisited** by RPO JBA leadership and RPO leadership
- The calculations below assume that RPO JBA and RPO leadership **agree to complete the entire digitization effort by the end of FY2013**

**FY 2013**

| Digitization Effort - *Assumptions* | |
|---|---|
| - **6000** files remain to be scanned and packaged<br><br>- Based on anecdotal data gathered from RPO JBA staff, 1 file takes **an average of 15 minutes** to scan and package<br><br>- Therefore, <u>**1500 direct FTE hours are required**</u> to complete the scanning process | - Time remaining in FY 2013 (as of 4/16/2013)<br>  — **5.5 Months** or<br>  — **~503 direct business hours** (i.e., 8 hour business days x 20 days per month x 5.5 months ÷ 1.748-indirect hours rate) |

| FTE Calculation | |
|---|---|
| Direct hours need to complete scanning process | 1500 |
| Remaining direct business hours in FY2013 | 503 |
| ***FTEs required to complete by end of FY 2013*** | ***2.98*** |

98

*FOR INTERNAL USE ONLY*

BAH_0000352.0098

## Aside from the digitization project and peak renewal season, RPO JBA is appropriately staffed at 5 FTE at "steady state" workload levels

### *Key Considerations*

- Aside from the digitization project and FY2014 EAc renewal season, **RPO JBA's current staffing level (i.e., 5 FTE, including the 2 detailed employees) is appropriate for the department's current and future workload**

- At the current processing rate of digitizing legacy files, RPO JBA **would require an additional temporary ~3 FTE** to finish this project by the end of FY2013 (Note: Were the completion deadline extended beyond 9/30/2013, the total number of FTE needed to complete in the effort in the extended timeframe would decrease proportionally)

- To support timely processing during the FY2014 EAc peak renewal season, RPO JBA **may benefit from 3 additional FTE as "surge support,"** particularly in the event that e-trak is not functioning effectively (Note: While 3 additional FTE resources would aid renewal processing during peak renewal season, 1 FTE may need to remain for the rest of FY2014 to address the remaining case-driven work not completed during peak season of the renewal year)

**Next Steps**

- Analyze workload across departments and identify opportunities for potential resource reallocation, as necessary
- Continuously update workload model as workload volume changes, processes are changed, and/or the department's scope of work is adjusted

**NOTE**: For more detail, please see the *2014 – 2016 JBA Workload Analysis Model*



FY13-16 JBA
Workload Model

99

*FOR INTERNAL USE ONLY*

BAH_0000352.0099



**Complaint Referrals**

100

*FOR INTERNAL USE ONLY*

## Function driven roles constitute three positions while, case driven roles make-up nine positions within the Complaint Referrals Office



*Complaint Referrals Organizational Chart (as of 3/2013)*

**Total Onboard Staff: 12**

Function-Driven Work
- Teresa Medlock — Director, CR
- Andrew Kolody — Admin. Support
- Zachary Woodside — FLM Case Specialist

Case-Driven Work
- Kay Patel — Case Specialist
- Daphne Meadows — Case Specialist
- Natalie Trankle — Case Specialist
- Earline Smith — Case Specialist
- Sonya Grier — Case Specialist
- Vicki Morris — Case Specialist
- Tiffany Brown — Case Processor
- Necole Hoggard — Case Processor
- Jared Kelly — Clerk

*FOR INTERNAL USE ONLY*

101

## Work processes are divided into two categories: case-driven processes associated with volume, and function-driven processes, which are fixed positions

*Complaint Referrals: Workload Processes*

| **Case-Driven Processes:** *Department work processes that are driven by case volume* |
|---|
| ▪ Receive complaint case, log receipt and assign to Case Processor per FLM guidelines |
| ▪ Conduct initial research on complaints to verify legitimacy of claim and build complaint case based on the specific allegation |
| ▪ Apply treatment if applicable, or refer to other office, and/or close complaint case |

| **Function-Driven Processes:** *Fixed positions based on the number of FTE necessary to accomplish given role descriptions* |
|---|
| ▪ Plan, organize, direct, and monitor the Complaint Referrals department |
| ▪ Provide administrative and clerical support to the Complaint Referrals department and staff |
| ▪ Assign, direct, and review the work of subordinate employees as a first level supervisor |

102

FOR INTERNAL USE ONLY

BAH_0000352.0102

## The CR department recently adopted new processes that are still being adapted by staff, as the processes are integrated processing complaints will quicken

**Complaint Referrals: Progress in Case-Driven Processes & Assumptions**

Draft

| Process | Progress Summary | Assumptions |
|---|---|---|
| Receive complaint, log receipt and assign to Case Processor per FLM guidelines | <u>Progress to Date</u>:<br><br>• Between 1/1/13 and 3/31/13, approximately **2921 complaint were received and logged** in the CR Master Spreadsheet<br><br>• As of 3/31/13, **1549 of the 2921 complaints were received and prioritized by Case Processors,** leaving 1372 complaints "in-process"<br><br><u>Planned Future State Activities</u>:<br><br>• Continue to receive, log, and assign complaints to Case Processors utilizing the CR Master Spreadsheet | • Complaint Referrals **anticipates ~9,000 complaints in FY2013 with an increase of 12% year-over-year** (e.g., ~10,080 in FY2014, ~11,290 in FY2015, and ~ 12,644 in FY2016) based upon complaint volume increase between FY2012 and FY2013<br><br>• There is a seasonal spike in CR workload. For example, in FY2013, CR will receive **~55 complaints per business day** (i.e., a total of ~5k over 4 months) from February – May, , while CR will receive **~25 complaints per business day** from June – January (i.e., a total of ~4k over 8 months)<br><br>• Batches of complaints received from other departments are reflected in the total average volume of complaints received during the February – May time period<br><br>• **Case Processor's data entry and prioritization step is estimated to take ~30 minutes per complaint in FY2013;** however, it's estimated to decrease to **~20 minutes per complaint in FY2014-2016** as staff adapt new processes |

<u>Note</u>:  As FY2013 progresses, a more precise volume of complaints will be gathered due to the use of new case management process (implemented on 2/5/13, including using a Master Spreadsheet). This process will allow CR to more accurately estimate annual complaint volumes and revise this workload model in the future as better data becomes available

103

FOR INTERNAL USE ONLY

BAH_0000352.0103

**75% of processable complaints are treated within RPO, while 25% of processable complaints are referred to other offices; referring is a more time intensive process**

*Complaint Referrals: Progress in Case-Driven Processes & Assumptions*

Draft

| Process | Progress Summary | Assumptions |
|---|---|---|
| Conduct initial research on complaints to verify legitimacy of claim and build complaint supporting documentation on the specific allegation | *Progress to Date:*<br>▪ Between 1/1/13 and 3/31/13, approximately *926 complaints of 1549*, were identified as "Processable" (i.e., 60%), *while  623 of  1549*  were "Unprocessable" (i.e., 40%)<br>*Planned Future State Activities:*<br>▪ Case Specialists continue to conduct research to verify legitimacy of claim and to gather necessary documentation | ▪ *~60% of incoming complaints received are "Processable" complaints (Note: At the time that this data was gathered, 1372 complaints received were not yet categorized)*<br>▪ Case Specialist's research and analysis stage is anticipated at *80 minutes per complaint in FY2013;* however, will decrease to *60 minutes per complaint in FY2014-2016*<br>▪ Case Specialist's documentation step will also decrease from *20 minutes  in FY2013, to 15 minutes in FY2014-2016* |
| Apply treatment if applicable, or refer to other office, and/or close complaint | *Progress to Date:*<br>▪ Between 1/1/13 and 3/31/13, *1111 complaints were closed. Of those 1111 closed cases, 839 were resolved within CR* (e.g., Closed, Resolved, RPO transfer, or treated with a Warning Letter), and  *272 cases were referred to other offices* outside of RPO for additional investigation<br>*Planned Future State Activities:*<br>▪ Case Specialists will continue to process complaints, apply treatment, or refer cases to other offices on an ongoing basis | ▪ On average, CR  *treats and closes 75% of all "Processable" complaints, while the other 25% is referred to other offices* for treatment<br>▪ The time it takes to refer cases to other offices varies depending on the referral criteria required by other IRS offices; however, on average, a Case Specialist may spend *~20-25 minutes per complaint* (in addition to the ~15-20 minutes for documentation estimated above) to *compile any additional research required to refer the complaint* |

104

*FOR INTERNAL USE ONLY*

## The function-driven positions in the Complaint Referrals office support department responsibilities but are not associated with case volume

*Draft*

**Complaint Referrals: Function-Driven Processes and Assumptions**

| Function | Function Description | FTE |
|---|---|---|
| *Plan, organize, direct, and monitor the Complaint Referrals department* | ▪ Plan, organize, direct, and monitor the Complaint Referrals department | 1.0 |
| *Provide administrative and clerical support to the Complaint Referrals department and staff* | ▪ Perform clerical and technical work in support of the department such as general office work, organize and maintain files, respond to general office correspondence, and maintain a variety of administrative records and controls | 1.0 |
| *Assign, direct, and review the work of subordinate employees as a first level supervisor* | ▪ Assign, direct, and review the work of subordinate employees as a first level supervisor. Plan, schedule, and coordinate work operations, training and development of employees, performance evaluations, and conduct quality assurance on case work | 1.0 |

<u>Key Assumption:</u> *The workload associated with the function-driven processes will remain constant over the next four years*

*The Frontline Manager is responsible for work that traditionally is assigned to a Policy Analyst; however, because there is no Policy Analyst within CR, the FLM is responsible for interpreting procedures, reviewing processes, and analyzing policy, while other activities (e.g., quality review of "unprocessable" complaints) are not being completed due to resource/bandwidth availability*

**FOR INTERNAL USE ONLY**

105

BAH_0000352.0105

**Complaint Referrals is operating with a backlog of complaints and must decrease processing times, while evaluating other options to manage an increasing workload**

*Complaint Referrals: Summary of Workload Findings*



| Workload Model | | Onboard FTE (as of 3/22/13) | | FY 2013 | | FY 2014 | | FY 2015 | | FY 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage |
| | | 12 | | 16.4 | 4.4 | 14.4 | 2.4 | 15.8 | 3.8 | 17.3 | 5.3 |
| | | *Resource Needs Per Year* | | | | | | | | | |
| 1.0 | Director | 1.0 FTE | | | | | | | | | |
| 1.0 | Admin Support | 1.0 FTE | | | | | | | | | |
| 1.0 | Frontline Manager | 1.0 FTE | | | | | | | | | |
| 6.0 | Case Specialist | 8.1 FTE | | 6.9 FTE | | 7.8 FTE | | 8.7 FTE | | | |
| 2.0 | Case Processor | 3.9 FTE | | 2.9 FTE | | 3.3 FTE | | 3.7 FTE | | | |
| 1.0 | Clerk | 1.4 FTE | | 1.6 FTE | | 1.7 FTE | | 1.9 FTE | | | |

Draft

_Preliminary Findings_

▸ As workload increases every year and processing times decrease between FY13-FY14, the workload model indicates a *staff shortage* across all four years resulting in a potential backlog of complaints

▸ The FY2013 staff shortage (i.e, 4.4) does not account for the additional processes that the Frontline Manager is currently taking on (e.g., traditional Policy Analyst tasks) and planned improvement efforts (e.g., quality review of "unprocessable complaints, Form 14157 revisions, Complaint Trend Analysis)

▸ Given the consistent and potential backlog of inventory, the CR office must *evaluate a variety of options to address the backlog of complaints* (e.g., additional investigation into processing procedures, further prioritization of complaints, utilizing additional staff)

*Note: In addition, the potential processing time decrease in FY2014 may not be realized if there is staff attrition, hiring and on-boarding new staff may not result in processing efficiencies due to time dedicated to bringing new staff on-board*

106

FOR INTERNAL USE ONLY

BAH_0000352.0106

## Given the infancy of CR's new operating model, additional analysis, data, and time is needed to more precisely estimate required resources

*Next Steps and Key Considerations*

▸ **Allow CR staff to fully adopt new operating model.** As of 2/5/2013, CR implemented new complaint processing procedures, which quickly improved the intake stage and resulted in an increased ability to collect and document a high volume of complaints. However, the research and resolution stage remains a time intensive process resulting in a low number of CR actions (e.g., ~10 researched and closed cases per day)

▸ **Discuss options to formally incorporate new activities into CR operating model.** CR Director should engage RPO S&F Director and RPO Leadership to discuss the resource constraints that prevent CR from implementing desired analyses, including Quality Review Process, Form 14157 Revision, IRM revisions, and Policy/Procedural Analysis. Currently, CR is leveraging a CEM employee to support some of this work; however, further discussion and consideration should be given to the value of these activities to determine if RPO can devote additional, formalized resources to these activities

▸ **Continue to enhance operations to increase overall productivity.** There is additional opportunities to analyze and enhance current CR operations and resource allocation. Potential solutions may include staffing seasonal employees, obtaining research support, changing PODs or the organizational structure, or utilizing new technologies

▸ **Refine CR workload model with new data.** Annual complaint volume estimates used in this model were based upon data gathered over a 3-month period. As CR continues to mature, the department should refine the model with new data (e.g., complaint volume, processing times) to more accurately estimate the necessary resources

**NOTE:** For more detail, please see the *2014 – 2016 CR Workload Analysis Model*



FY13-16 CR Workload Model

107

*FOR INTERNAL USE ONLY*

BAH_0000352.0107



**Return Preparer Suitability**

108

*FOR INTERNAL USE ONLY*

BAH_0000352.0108

## Return Preparer Suitability currently has 27 onboard staff, who perform primarily function driven work



*Return Preparer Suitability Organizational Chart (as of 3/2013)*

[1]Staff are on temporary assignment to the department

**FOR INTERNAL USE ONLY**

109

## Work processes are divided into two categories: case-driven processes associated with volume, and function-driven processes, which are fixed positions

*Return Preparer Suitability Workload Processes*

| Case-Driven Processes* | Function-Driven Processes |
|---|---|
| *Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | *Fixed positions based on the number of FTE necessary to accomplish given role descriptions; positions are not derived using case volume* |
| ▪ Determine whether or not a PTIN holder is on the Specially-Designated Nationals List and revoke PTINs as needed<br>▪ Determine whether or not a PTIN holder is on the Prisoner's List and revoke PTINs as needed<br>▪ Conduct a Personal Tax Compliance check on preparers<br>▪ Confirm preparer Professional Designation status<br>▪ Conduct appropriate suitability check on preparers referred to Suitability by Competency & Standards, Complaint Referrals, or another stakeholder<br>▪ Conduct background check on preparers<br>▪ Adjudicate EFIN background check results<br>▪ Respond to denied EFIN application appeals<br>▪ Review EA / ERPA applications (through FY13) and appeals (ongoing), and grant / deny final enrollment<br>▪ Review EA / ERPA Former Employee applications and grant / deny enrollment (through FY13)<br>▪ Verify supervisory relationships between preparers<br>▪ Revoke PTINs of preparers who fail to comply with Continuing Education Requirements<br>▪ Intake, document, and distribute preparer correspondence | ▪ Plan, organize, direct ,and monitor the Return Preparer Suitability department<br>▪ Assign, direct, and conduct quality assurance for all processing team work and ensure professional development of staff<br>▪ Conduct policy analysis to evaluate the effectiveness, efficiency, and productivity of operating procedures<br>▪ Provide administrative and clerical support to the Return Preparer Suitability department<br>▪ Assist in case management through assignment linking and other technical support |

*\* **NOTE**: Assumed that the Loving Case will only impact  case volume for checks related to Testing and CE (and will be resolved before FY14)*

110

**The high and low workload models show the variance of Suitability's scope and work prioritization that the department may process over the next four years**

*Overview of RP Suitability Workload Models*

- Given the large volume of work Suitability can potentially process, the department will likely need to scope and prioritize work to manage the indefinite workload
- Because of this, there are two separate models that were created given the variance that the department will encounter

### High Model

- This model shows Suitability's workload if the department works all cases using current process plans
- **Workload Assumptions:**
  - Personal Tax Compliance: All cases (~38,000)
  - Professional Designation Checks: All credentials (~350,000)
  - Background Checks: 10,000 checks in FY13; 50,000 annually thereafter
  - Continuing Education Checks: All cases (~6,000)
  - Supervised Preparer Checks: Spot checks (~5,000)
- **Process Assumptions:**
  - Processes will remain status quo

### Low Model

- This model shows Suitability's workload if the department works high-priority cases and finds process improvements over time
- **Workload Assumptions:**
  - Personal Tax Compliance: High priority cases (~8,000)
  - Professional Designation Checks: 50% of credentials (~175,000)
  - Background Checks: 10,000 checks in FY13; 40,000 annually thereafter
  - Continuing Education Checks: Egregious cases (~1,200)
  - Supervised Preparer Checks: Spot checks (~1,000)
- **Process Assumptions:**
  - Case management enhancements in FY14 (e.g., RPO Database and/or RP360)
  - Matching process improvements (e.g., Professional designation check batch matching by state)

111

## The Suitability workload is driven by both the total number of PTIN registrants and the number of non-credentialed preparers

*Return Preparer Suitability: Progress in Case-Driven Processes & Assumptions*

| Process | Progress Summary | Assumptions |
|---|---|---|
| Determine whether or not a PTIN holder is on the Specially-Designated Nationals List and revoke PTINs as needed | *Progress to Date*:<br>■ Of 347 cases reviewed, identified 4 true matches in CY 2012<br>*Planned Future State Activities*:<br>■ Continue to review potential cases from the OPERA list and validate matches through collaboration with CI | ■ Across all PTIN lanes of work, the model assumes final appeals go to OPR (as stated in the recent MOU)<br>■ Volume of SDN cases remains constant over time<br>– *Both: 10* |
| Determine whether or not a PTIN holder is on the Prisoner's List and revoke PTINs as needed | *Progress to Date*:<br>■ Reviewed 958 suspected matches on the 2011 Prisoners List, issued 37 NOPRs, and revoked 15 PTINs<br>*Planned Future State Activities*:<br>■ Improve matching process to identify true matches and continue to issue NOPRs and NORs to incarcerated RPs | ■ The percentage of incarcerated preparers remains constant over time<br>– *Both: 40 (or .015% of PTIN holders)* |
| Conduct a Personal Tax Compliance check on preparers | *Progress to Date*:<br>■ Matched approximately 850,000 PTINs to the Tax Master File; Contacted 194 active egregious preparers<br>– Identified 215 active egregious cases in the latest batch<br>*Planned Future State Activities*:<br>■ Begin to issue Soft Letters to non-egregious preparers, eventually revoking PTINs in FY13 | ■ Suitability will address all PTC issues for credentialed preparers ONLY in FY13<br>■ Soft Letters will be mailed in batch and cases automatically created in TPPS<br>■ Level of non-compliance will remain constant starting in FY14<br>– *High: 38,000 (or 5.8% of PTIN holders); Low: 8,000 (or 1.25%)* |

BAH_0000352.0112

## The Suitability workload is driven by both the total number of PTIN registrants and the number of non-credentialed preparers

### Return Preparer Suitability: Progress in Case-Driven Processes & Assumptions

| Process | Progress Summary | Assumptions |
|---|---|---|
| Confirm preparer Professional Designation status | **Progress to Date**:<br>■ Checked 384,248 single credentials and 2,712 multiple credentials; Unable to verify/failed 7,874 preparers<br><br>**Planned Future State Activities**:<br>■ Issue NOIs to preparers with unverified/failed credentials; Recheck all credentialed preparers in FY13 | ■ Volume is driven by number of credentialed PTIN holders<br>  – *High: 350,000 (or 100% of credentials); Low: 175,000 (or 50% of credentials)*<br>■ The percentage of non-compliant preparers remains constant over time |
| Conduct appropriate suitability check on preparers referred to Suitability by Competency & Standards, Complaint Referrals, or another stakeholder | **Progress to Date**:<br>■ Completed 1,444 Referral cases in 2012, proposing revocation in 41 cases; Case volume primarily driven by test-takers seeking a certificate<br><br>**Planned Future State Activities**:<br>■ Lead Analysts work through backlog of Referral cases after a final decision in the Loving case | ■ Case volume driven primarily by test takers and thus will vary significantly over time<br>  – *Both: 3,000 FY13; 17,000 FY14; 4,000 FY15; 2,000 FY16* |
| Conduct background check on high-risk, high-impact preparers without professional credentials | **Progress to Date**:<br>■ Proposed the Internal Background Check as the long-term solution; Performed checks in a limited capacity for EA Suitability cases and some Referrals cases<br><br>**Planned Future State Activities**:<br>■ Pending a final decision, Suitability plans to conduct Internal Checks as staffing and budgets permit | ■ Suitability performs checks on a set number of preparers annually, prioritized based on the Prioritization Matrix<br>  – *High: 50,000; Low: 40,000*<br>■ Suitability performs limited checks in FY13<br>  – *Both: 10,000* |

BAH_0000352.0113

## The Suitability workload is driven by both the total number of PTIN registrants and the number of non-credentialed preparers

*Return Preparer Suitability: Progress in Case-Driven Processes & Assumptions*

| Process | Progress Summary | Assumptions |
|---|---|---|
| Adjudicate EFIN background check results | **_Progress to Date_**:<br>▪ 5,276 adjudications completed in 2012 with 728 cases resulting in denial<br>**_Planned Future State Activities_**:<br>▪ Continue to execute the well-defined process, allocating additional resources to the work during peak season | ▪ EFIN adjudication volume is unaffected by the PTIN background check and remains constant over time<br>– *Both: 3,900* |
| Respond to denied EFIN application appeals | **_Progress to Date_**:<br>▪ 753 appeals processed in 2012 and 2013, 65 of which were upheld<br>**_Planned Future State Activities_**:<br>▪ Continue to execute the well-defined process, allocating additional resources to the work during peak season | ▪ EFIN applicants appeal at the same rate over time<br>– *Both: 650*<br>▪ Volume may decrease with a revision to the adjudication framework |
| Review EA / ERPA applications (through FY13) and appeals (ongoing), and grant / deny final enrollment | **_Progress to Date_**:<br>▪ Completed 301 EA Suitability Checks and 40 appeals cases in the Atlanta office<br>**_Planned Future State Activities_**:<br>▪ Lead Analysts continue to handle EA/ERPA Suitability Checks through FY13; in FY14 and beyond Suitability will only work appeals (for ALL EA cases) | ▪ Volume of EA cases will remain constant through FY13<br>– *Both: 350*<br>▪ After FY13, Suitability will only work appeals<br>– *Both: 50*<br>▪ EA Renewals are not included in the current workload model |

114

BAH_0000352.0114

## The Suitability workload is driven by both the total number of PTIN registrants and the number of non-credentialed preparers

### Return Preparer Suitability: Progress in Case-Driven Processes & Assumptions

| Process | Progress Summary | Assumptions |
|---|---|---|
| Review EA / ERPA Former Employee applications and grant / deny enrollment (through FY13) | *Progress to Date*:<br>■ 212 Former Employee applications and 22 appeals reviewed; OPR and RPO agreed on the process and documentation for cases moving forward<br>*Planned Future State Activities*:<br>■ Staff Assistant will continue to own the work in FY13, but future checks will be performed by EAP&M | ■ Volume of former employee applications will remain constant through FY13<br>  – *Both: 300*<br>■ After FY13, former employee cases will be EAP&M's responsibility (appeals will go to Suitability) |
| Verify supervisory relationships between preparers | *Progress to Date*:<br>■ No checks completed to date; Suitability has a preliminary process outlined<br>*Planned Future State Activities*:<br>■ Finalize a Supervised Preparer Check process and collaborate with VBPRM to generate a regular worklist | ■ Suitability will spot check supervisory relationships on an annual basis starting in FY14 (after resolution of the Loving case)<br>  – *High: 5,000; Low: 1,000* |
| Revoke PTINs of preparers who fail to comply with Continuing Education Requirements | *Progress to Date*:<br>■ No checks completed to date (suspended due to Loving case); Suitability has a preliminary process outlined<br>*Planned Future State Activities*:<br>■ Future state is largely unknown; Division of responsibility with the CE department will impact future volume and processing time | ■ Suitability will only be responsible for revoking PTINs and issuing an NOR<br>■ Volume will remain constant starting in FY14 (after the resolution of the Loving case)<br>  – *High: 6,000; Low: 1,200* |

115

**The Suitability workload is driven by both the total number of PTIN registrants and the number of non-credentialed preparers**

*Return Preparer Suitability: Progress in Case-Driven Processes & Assumptions*

| Process | Progress Summary | Assumptions |
|---|---|---|
| Intake, document, and distribute preparer correspondence | *Progress to Date*:<br>▪ Clerks created a Correspondence Spreadsheet and process for logging and distributing letters<br><br>*Planned Future State Activities*:<br>▪ A significant increase in letter sent will likely result in a significant increase in letters received; Suitability must ensure this process links preparer responses to existing cases as efficiently as possible | ▪ Volume of letters sent is based on volume assumptions in all other lanes of work<br>– *High: 85,000; Low: 30,000*<br>▪ Preparers will respond to 20% of all letters sent and Suitability will perform an initial review of all responses<br>– *High: 17,000; Low: 6,000* |

116

BAH_0000352.0116

# Additionally, there are function-driven positions, which support department responsibilities but are not associated with case volume

**Draft**

*Return Preparer Suitability: Function-Driven Processes & Assumptions*

| Function | Function Description | FTE | | | |
|---|---|---|---|---|---|
| | | FY13 | FY14 | FY15 | FY16 |
| *Assign, direct, and conduct quality assurance for all processing team work and ensure professional development of staff* | • Responsible for assigning, directing, and reviewing the work of employees as a first level supervisor. Plans, schedules, and coordinates work operations, training and development of employees, evaluating employees' work performance, and conducting quality assurance | 2.5 FTE | | | |
| *Conduct policy analysis to evaluate the effectiveness, efficiency, and productivity of operating procedures* | • Responsible for accomplishing major technical, operating, or administrative analytical studies, evaluating program for effectiveness of operating procedures, and carrying out broad, long-term analytical studies and projects requiring analysis of effectiveness, efficiency, and productivity of operations. Also responsible for manipulating case inventory, preparing case work for assignment, and coordinating with third party stakeholders to follow-up on cases or obtain additional case work.<br>• Responsible for evaluating operating procedures and improving specific suitability "lanes of work" (i.e., PTC, PDC, Background Checks, etc.). | **3.0 FTE** *Policy in flux and worklist analysis required* | **3.0 FTE** *Policy in flux and worklist analysis required* | **2.0 FTE** *Policy decisions made; Case mgmt system exists* | **2.0 FTE** *Policy decisions made; Case mgmt system exists* |
| *Plan, organize, direct and monitor the Return Preparer Suitability department* | • Plan, organize, direct, and monitor the Return Preparer Suitability department | 1.0 FTE | | | |
| *Provide administrative and clerical support to the Return Preparer Suitability department* | • Perform clerical and technical work in support of the Crystal City office, maintaining the SharePoint site , compiling and reporting metrics for the manager, and ensuring all cases are logged by process owners and assigned to FLMs in Atlanta<br>• Perform clerical and technical work in support of the Atlanta office<br>• Manage the writing and approval process for all standard Suitability letters | **1.8 FTE** *Letter drafting needed* | **1.5 FTE** *No letter drafting* | **1.5 FTE** *No letter drafting* | **1.4 FTE** *Less time for admin w/ increased responses* |
| *Assist in case management through assignment linking and other technical support* | • Responsible for linking staff case assignments to SharePoint sites and performing other clerical and technical work in support of the Atlanta office | **2.0 FTE** *Large # of cases req. linking* | **1.0 FTE** *Case mgmt system exists* | **1.0 FTE** *Case mgmt system exists* | **1.0 FTE** *Case mgmt system exists* |

117

BAH_0000352.0117

## Completing all desired Suitability checks using current and planned processes will require additional Analysts to perform research and documentation

*RP Suitability: Summary of Workload Findings (High Model)*

Draft

| Onboard FTE (as of 2/12/13) | FY 2013 | | FY 2014 | | FY 2015 | | FY 2016 | |
|---|---|---|---|---|---|---|---|---|
| | Estimated | Surplus | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage |
| 30 | 25.5 | 4.5* | 49.3 | 19.3 | 45.5 | 15.5 | 45.3 | 15.3 |

| | | Description of Resource Needs Per Year | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1.0 | Director | 1.0 FTE | | | | | | |
| 1.0 | Staff Support Assistant | 1.0 FTE | | | | | | |
| 1.0 | Staff Assistant | **0.5 FTE** Work limited to EA Former Employees and managing letters | | **0.1 FTE** Decreased need for new letter creation and EA Former Employee cases | | | | |
| 1.0 | Policy Analyst | 1.0 FTE | | | | | | |
| 2.0 | Program Analyst | **2.0 FTE** Support process improvement, worklist manipulation, prioritization, and analysis | | **1.0 FTE** Decreased need for manual worklist manipulation, prioritization, and analysis with system improvements (i.e., TPPS updates, ETA database, and/or RP360) | | | | |
| 2.0 | Frontline Manager | 2.0 FTE | | | | | | |
| 2.0 | Lead Suitability Analyst | **1.4 FTE** Low Referrals cases volume requires 0.9 FTE | **4.6 FTE** High volume of Referrals cases require 3.9 FTE | | **1.5 FTE** Near steady-state Referrals volume requires 1.0 FTE | | **1.0 FTE** Steady state Referrals volume requires 0.6 FTE | |
| 14.0 | Suitability Analyst | **13.0 FTE** A high workload, but lower than other years because of pending background check decision and Loving case | **33.2 FTE** PTC, PDC, Background Check, Supervised Preparers, and CE Checks require significant research and documentation | | **33.6 FTE** PTC, PDC, Background Check, Supervised Preparers, and CE Checks require significant research and documentation | | **33.9 FTE** PTC, PDC, Background Check, Supervised Preparers, and CE Checks require significant research and documentation | |
| 4.0 | Case Processor | **2.4 FTE** Support case assignment and case management | **2.4 FTE** Decrease in manual case assignment and management with system improvements (i.e., TPPS updates, ETA database, and/or RP360), but increase in letter volume | | | | | |
| 2.0 | Clerk | **1.5 FTE** Low letter volume | **2.0 FTE** Steady state | | | | | |

\* Does not reflect EA Renewal work and other EA/ERPA surge support

> These projections assume Suitability performs **50,000 Internal Background Checks annually** (starting in FY14) and addresses all expected **PTC, PDC, Supervised Preparer, and CE issues**

## Suitability can maintain close to current staffing levels if it decreases checks performed in low priority areas while seeking to improve existing processes

*RP Suitability: Summary of Workload Findings (Low Model)*

**Draft**

| Onboard FTE (as of 2/12/13) | FY 2013 | | FY 2014 | | FY 2015 | | FY 2016 | |
|---|---|---|---|---|---|---|---|---|
| | Estimated | Surplus | Estimated | Shortage | Estimated | Shortage | Estimated | Shortage |
| **30** | **20.7** | **9.3*** | **35.3** | **5.3** | **31.3** | **1.3** | **30.9** | **0.9** |

*These projections assume Suitability performs **40,000 Internal Background Checks** annually (starting in FY 14) and addresses **4,000 PTC, 180,000 PDC, 1,000 Supervised Preparer, and 1,200 CE issues***

| | | Description of Resource Needs Per Year | | | |
|---|---|---|---|---|---|
| 1.0 | Director | 1.0 FTE | | | |
| 1.0 | Staff Support Assistant | 1.0 FTE | | | |
| 1.0 | Staff Assistant | **0.5 FTE** Work limited to EA Former Employees and managing letters | | **0.1 FTE** Decreased need for new letter creation and EA Former Employee cases | |
| 1.0 | Policy Analyst | 1.0 FTE | | | |
| 2.0 | Program Analyst | **2.0 FTE** Support process improvement, worklist manipulation, prioritization, and analysis | | **1.0 FTE** Decreased need for manual worklist manipulation, prioritization, and analysis with system improvements (i.e., TPPS updates, ETA database, and/or RP360) | |
| 2.0 | Frontline Manager | 2.0 FTE | | | |
| 2.0 | Lead Suitability Analyst | **1.4 FTE** Low Referrals cases volume requires 0.9 FTE | **4.6 FTE** High volume of Referrals cases require 3.9 FTE | **1.5 FTE** Near steady-state Referrals volume requires 1.0 FTE | **1.0 FTE** Steady-state Referrals volume requires 0.6 FTE |
| 14.0 | Suitability Analyst | **8.0 FTE** Low workload because of pending background check decision and Loving case | **19.6 FTE** PTC, PDC, Background Check, Supervised Preparers, and CE Checks require significant research and documentation | **19.8 FTE** PTC, PDC, Background Check, Supervised Preparers, and CE Checks require significant research and documentation | **19.9 FTE** PTC, PDC, Background Check, Supervised Preparers, and CE Checks require significant research and documentation |
| 4.0 | Case Processor | **2.4 FTE** Support case assignment and case management | | **2.0 FTE** Decrease in manual case assignment and management with system improvements (i.e., TPPS updates, ETA database, and/or RP360) | |
| 2.0 | Clerk | **1.5 FTE** Low letter volume | | **2.0 FTE** Steady state | |

*\* Does not reflect EA Renewal work and other EA/ERPA surge support*

## Suitability should maintain current staffing levels while RPO finalizes major policy decisions and implements a comprehensive case management solution

### Key Considerations

- Suitability should maintain current staffing levels while RPO finalizes major policy decisions and implements a comprehensive case management solution

| Category | Issue |
|---|---|
| Undetermined Policies | <ul><li>The *Loving* case will potentially impact some of Suitability's future work (e.g., Reduced emphasis on Professional Designation and Supervised Checks, decrease in Referrals, and elimination of Continuing Education Checks)</li><li>Suitability is only currently addressing active egregious PTC cases; if the office does not address non-egregious or provisional cases, there will be a significant decrease in Suitability workload</li><li>This analysis excluded the OPR Restrict List work. This volume could be incorporated into the Background Check</li><li>This analysis also assumed the majority of the EA/ERPA work will be transferred back to EAP&M in FY14</li><li>Responsibility for Continuing Education Checks remains a question between Suitability and the CE Department</li><li>The need and scope for Supervised Preparer Checks remain undetermined</li><li>While RPO is leaning toward the Internal Background Check, leadership has not officially decided on a long-term background check solution</li></ul> |
| Process Uncertainty | <ul><li>An improved case management function could significantly reduce processing time. TPPS case management accounted for significant analyst workload (~15 min for case creation and ~10 min for case updates)</li><li style="list-style-type: '– '">May also reduce the related workload for the Policy Analyst, Program Analysts, and Case Processors</li><li>Unknown letter receipt volume and processing time (depending on the types and quality of responses received)</li></ul> |

120

BAH_0000352.0120

**As the RP Suitability department obtains information on policy decision, which impact key work processes, the department should refine the workload model**

*Next Steps*

- Verify workload model with Director and make recommended changes

- Analyze workload across departments and identify opportunities for resource reallocation

- Continuously update workload model as decisions are made, processes improved, and scope of work clarified

NOTE: For more detail, please see the *2014 – 2016 Suitability Workload Analysis Models*

FY13-16 Workload Model (High)

FY13-16 Workload Model (Low)

121

BAH_0000352.0121



**eFile Provider Program Management**

*FOR INTERNAL USE ONLY*

BAH_0000352.0122

# eFile Provider Program Management currently has 11 onboard staff performing all function-driven work



*eFile Provider Program Management Organizational Chart (as of 3/2013)*

Total Onboard Staff: 11

Kevin Hatton
Director, ePPM

Harold Schwartzweider,Jr
Sr. Mgmt/Prog Analyst

Yudeckia Brothers
Sr. Mgmt/Prog Analyst

Joan Tann
Sr. Mgmt/Prog Analyst

Keith Morris
Sr. Mgmt/Prog Analyst

Milka Rodriguez
Mgmt/Prog Analyst

Amy Dance-Lewis
Mgmt/Prog Analyst

Maxine Holland[1]
Mgmt/Prog Analyst

Teresa Sexton
Mgmt/Prog Analyst

Elwood Lucas
Mgmt/Prog Analyst

Rosalind Inge[1]
Mgmt/Prog Analyst

[1]Staff are on temporary assignment to the department

123

*FOR INTERNAL USE ONLY*

BAH_0000352.0123

# ePPM work processes fall into only one category:  function-driven processes, in which a fixed amount of FTE are aligned to specific functions

*ePPM Workload Processes*

| Case-Driven Processes<br>*Department work processes that are driven by case volume; number of FTE required is calculated using time and volume estimates* | Function-Driven Processes<br>*Fixed positions based on the number of FTE necessary to accomplish given role descriptions; positions are not derived using case volume* |
|---|---|
| ▪ This department does not have case-driven processes associated with volume; all work is documented in function-driven processes | ▪ *Plan, organize, direct, and monitor* the ePPM department<br><br>▪ Provide *administrative and clerical support* to ePPM<br><br>▪ Manage the *e-File application in the Third Party Data Store*<br><br>▪ Manage *e-File enrollment suitability standards* (i.e., ASAP program, master file transcripts process, work requests)<br><br>▪ Manage the *Electronic Management System*<br><br>▪ Manage and analyze *policy for e-Signature* initiatives<br><br>▪ Manage *e-File participation rules* and update guidance/publications<br><br>▪ Manage *IRS Privacy, Security and Business Standards for authorized eFile providers* (i.e., research/administrative support to the ETAAC, control URL registration, monitor compliance/standards)<br><br>▪ Provide *administrative and policy support for other studies, projects, and initiatives* (i.e., representation at nationwide tax forums, coordinate Business Improvement Action Plan for eFile mandate, conduct studies in support of e-initiatives) |

NOT APPLICABLE

124

FOR INTERNAL USE ONLY

BAH_0000352.0124

**The Director's workload is driven by department oversight responsibilities, while TPDS management entails work request and broad system & data management**

*ePPM: Function-Driven Processes*

| Function | Detailed Responsibilities | FTE Required |
|----------|---------------------------|--------------|
| Director | Plan, organize, direct, and monitor the ePPM department | • *1 FTE:*<br>— Director (IR-01) |
| Secretary | Provide administrative and clerical support to ePPM | • *1 FTE:*<br>— Secretary (GS 07) |
| Manage the e-File application in the Third Party Data Store | • Coordinate, update, and revise the related enrollment rules and standards in IRM 3.42.10 (Authorized e-File Providers)<br>• Develop and coordinate work requests related to the e-File application<br>• Create data reports (including for Freedom of Information Act requests)<br>• Oversee the work on the e-File application performed by Electronic Products & Services Support (EPSS)<br>• Participate in requirements "scrubs" with developers<br>• Manage the e-file application on e-services | • *1 FTE:*<br>— Management/ Program Analyst (GS 13) |

125

FOR INTERNAL USE ONLY

BAH_0000352.0125

## The department manages e-file business requirements associated with Suitability standards, while also providing program support to the Electronic Mgmt System

*ePPM: Function-Driven Processes*

| Function | Detailed Responsibilities | FTE Required |
|---|---|---|
| Manage e-File enrollment suitability standards | <ul><li>Manage the Automated Suitability Analysis Program (ASAP) program</li><li>Manage the master file transcripts process</li><li>Develop and coordinate work requests related to e-File enrollment suitability standards</li><li>Coordinate, update, and revise the suitability standards in IRM 3.42.101</li><li>Oversee the suitability related work performed by EPSS</li><li>Provide subject matter expertise by assessing impacts and advising stakeholders on suitability standards</li></ul> | *0.5 FTE:*<br>&minus; Sr. Management/ Program Analyst (GS 14)<br><br>*0.5 FTE:*<br>&minus; Management/ Program Analyst (GS 13) |
| Manage the Electronic Management System (EMS) | <ul><li>Monitor system stability with the EMS Project Office and Enterprise Operations</li><li>Evaluate and approve system changes for EMS, including developing work requests to ensure that EMS remains compliant with security requirements</li><li>Maintain EMS Plan of Actions and Milestones (POA&M) and update the Trusted Agent FISMA (TAF) application to track progress against POA&Ms</li><li>Coordinate and participate in EMS Certification and Accreditation</li><li>Communicate with trade partners regarding system outages and updates and provide subject matter expertise on the EMS system</li><li>Prepare risk based decisions for the ETARC Director's approval on whether to address system weaknesses</li><li>Coordinate the EMS to MeF transition</li><li>Maintain and update the MITS Consolidated Service Level Agreement (SLA), Information Contingency Technology Plan (ITCP), and Disaster Recovery Checklist</li></ul> | *1 FTE:*<br>&minus; Sr. Management/ Program Analyst (GS 14) |

126

*FOR INTERNAL USE ONLY*

BAH_0000352.0126

## Additional functional work is driven by evaluating e-Signature proposals as well as engaging various stakeholders on e-file rules changes and other updates

*ePPM: Function-Driven Processes*

| Function | Detailed Responsibilities | FTE Required |
|---|---|---|
| Manage and analyze policy for E-Signature Initiatives | ▪ Manage and evaluate e-Signature proposals, pilot requests and implementations<br>▪ Provide subject matter expertise for related initiatives, including Electronic Filing PIN, Internet Strategy and Error Reject Code projects<br>▪ Work with Privacy and Cyber Security to update policy as new products are developed<br>▪ Work with RPO Communications to distribute service-level policy guidance to BODs and FODs | ▪ *1 FTE:*<br>— Sr. Management/ Program Analyst (GS 14) |
| Manage e-File participation rules and maintain updated program guidance | ▪ Maintain and update IRM 3.42.10, IRS Publication 3112 (Application and Participation Guidelines), IRS Form 9325 (Acknowledgement and General Information for Taxpayers Who File Returns Electronically), and Form 8633 (Application to Participate in the IRS e-file Program)<br>▪ Act as SBSE liaison for e-File Monitoring and with EPSS (e-Help) for case resolution<br>▪ Manage content on the Content Management Application and generate Quick Alerts | ▪ *1 FTE:*<br>— Sr. Management/ Program Analyst (GS 14)<br>▪ *1 FTE:*<br>— Management/ Program Analyst (GS 13) |

127

FOR INTERNAL USE ONLY

## Finally, the department provides program support for EAPF, ETARC, and provides additional support for other studies, projects, and initiatives

*ePPM: Function-Driven Processes*

| Function | Detailed Responsibilities | FTE Required |
|---|---|---|
| Manage IRS Privacy, Security and Business Standards for authorized e-File providers | • Manage and coordinate the E-Enrollment and Participation (EEP) Application and Participation Framework Study (EAPF)<br>• Perform administrative functions for the ETAAC Security Subcommittee<br>• Provide technical support for the E-Enrollment and Participation (EEP) Application and Participation Framework Study (EAPF)<br>• Perform statistical data research for the ETAAC Security Subcommittee | • **0.5 FTE:**<br>   – Sr. Management/ Program Analyst (GS 14)<br>• **0.5 FTE:**<br>   – Management/ Program Analyst (GS 13) |
| Provide administrative and policy support for other studies, projects, and initiatives | • Serve as Nationwide Tax Forums ETARC Coordinator and Contact Analytics Business Unit (CACoe) Partner Representative<br>• Manage project reporting (e.g., 100 day plan, Operation Reviews, BPR)<br>• Provide ETARC e-IRS room representation for Nationwide Tax Forums; coordinate the Business Improvement Action Plan for e-File mandate<br>• Update and maintain the Operations and Maintenance Transition Plan<br>• Serve as the Return Preparer e-file mandate initiative liaison<br>• Support department-wide policy development & provide department-wide technical reviews<br>• Provide ETARC e-IRS room representation for Nationwide Tax Forums<br>• Coordinate the Business Improvement Action Plan for e-File mandate | • **1 FTE:**<br>   – Management/ Program Analyst (GS 13)<br>• **1 FTE:**<br>   – Management/ Program Analyst (GS 12) |

*FOR INTERNAL USE ONLY*

BAH_0000352.0128

## In sum, the department currently requires 11 FTE across its 9 functions

*ePPM: Summary of Workload*

| | Function | Total FTE Required |
|---|---|---|
| 1 | Director | 1 FTE |
| 2 | Secretary | 1 FTE |
| 3 | Manage the e-File application in the Third Party Data Store | 1 FTE |
| 4 | Manage e-File enrollment suitability standards | 1 FTE |
| 5 | Manage the Electronic Management System (EMS) | 1 FTE |
| 6 | Manage and analyze policy for E-Signature Initiatives | 1 FTE |
| 7 | Manage e-File participation rules and maintain updated program guidance | 2 FTE |
| 8 | Manage IRS Privacy, Security and Business Standards for authorized e-File providers | 1 FTE |
| 9 | Provide administrative and policy support for other studies, projects, and initiatives | 2 FTE |
| | *Total* | *11 FTE* |

FOR INTERNAL USE ONLY

BAH_0000352.0129

# ePPM currently is appropriately staffed at 11FTE; however, workload shifts due to the phase-out of EMS and the evolving ID theft policy and e-file IT environments

*Key Considerations*

- ePPM's current work consists of solely of Function-Driven Processes, and, based on conversations with the department director regarding the department's workload model, ***ePPM is currently appropriately staffed with 11 FTE***

- Despite the current appropriate FTE level in the department, ***changes in workload in multiple Function-Driven process areas may impact the department's FTE needs through FY2016***, specifically:
  - The gradual IRS transition away from the Electronic Management System (EMS) and into MeF may cause ePPM workload related to management of EMS to decrease
  - By contrast, evolving policy and e-file IT environments associated with Privacy & Security and ID theft could result in increased workload for ePPM through FY2016 (e.g., due to revised policies and IRMs, and/or configuration changes to ASAP and Masterfile Transcripts)

**NOTE:** For more detail, please see the *2013 – 2016 ePPM Workload Analysis Models*

 FY13‑16 ePPM Workload Model

130

*FOR INTERNAL USE ONLY*