# EXHIBIT CV



RETURN
PREPARER
OFFICE
INTERNAL REVENUE SERVICE

# Suitability Department Desk Guide

Release 2.1
May 2012





**Exhibit
PI 058**
7/26/2021



# Document Revision History/Change Log

*(major revisions are indicated by changing the version number to left of the decimal; for minor revisions, change only the version number to right of the decimal)*

| Date | Version # | Author | Action |
|---|---|---|---|
| 3/5/2012 | 1.0 | Theba Parker, Rob Tillman, BAH Team | Created initial draft based on input from Suitability staff |
| 4/23/2012 | 2.0 | BAH Team | Updated work instructions to reflect manual nature of work (i.e., less reliance on TPPS) and separation of conduct work streams (i.e., Prisoners, SDN, OPR Restricted, and Complaint Referrals) |
| 5/3/2012 | 2.1 | BAH Team | Added work instructions for EA / ERPA Professional Designation Checks and Full Suitability Checks; made other edits based on feedback during Processing Team training in April |

BAH_0004183.0002



## Table of Contents

[ TOC \o "1-3" \h \z \u ]

[ PAGE  \* MERGEFORMAT ]

BAH_0004183.0003

## Desk Guide Purpose

The purpose of this desk guide is to provide the Return Preparer Office (RPO) Suitability Department processing team staff with a useful reference tool to help them perform their work.  Suitability staff should be able to use this guide – along with other materials, guidance from managers, and training – to enhance their understanding of the purpose of the Suitability function within RPO, basic Suitability operations and processes, and their own roles and responsibilities.  As the RPO Suitability Department evolves, this guide will change to incorporate new and updated information, work instructions and best practices.  Any staff who have suggestions to improve the usefulness of this guide are encouraged to share these with their managers.

## Return Preparer Office (RPO) and Suitability Department Overview

### Background on RPO

The tax preparation industry has an estimated 900,000 return preparers preparing over 100 million tax returns annually. In total, professional preparers account for approximately 60% of all tax returns filed by individuals, 89% of tax returns filed by corporations, and 93% of tax returns filed by flow-through entities. In recent years, the size of the industry attracted the attention of both the GAO and the IRS, ultimately resulting in a recommendation for national regulation of all tax return preparers to improve return preparer compliance. From this recommendation, the IRS Commissioner launched the Return Preparer Initiative (RPI) and subsequently established the Return Preparer Office (RPO).

The Return Preparer Office is responsible for oversight, regulation, and enforcement of tax return preparers. The RPO is designed to improve taxpayer compliance by providing oversight of and services to tax professionals. RPO oversight includes, but is not limited to, preparer tax identification number (PTIN) issuance and renewal, suitability determinations, competency testing, continuing education, referral processing, enrolled agent management, and compliance and enforcement.

*RPO Mission*: To improve taxpayer compliance by providing comprehensive oversight and support of tax professionals

*RPO Vision*: A community of professional tax practitioners working with the IRS to improve tax administration

#### RPO Goals:
1. Register and promote a qualified tax professional community
2. Improve the compliance and accuracy of returns prepared by tax professionals
3. Engage stakeholders to create an environment that fosters compliance and program improvement

### Background on the RPO Suitability Department

The Suitability Department's purpose is to develop and sustain a return preparer population that is fit to practice and adheres to high ethical standards. Thus, it supports the broader RPO goal of registering and promoting a qualified tax professional community and its sub-objective of determining that PTIN registrants meet qualification standards.

To achieve its purpose, the Suitability Department plans to conduct a series of checks on all PTIN applicants, as well as other populations overseen by the RPO.  Several checks are underway (see Figure 1 below), while others

[ PAGE   \* MERGEFORMAT ]

BAH_0004183.0004



are in development or are planned for the long-term future (Figure 2).   These figures depict the purpose of each check, along with the determination process and other IRS stakeholders who provide input.

## Figure 1: Return Preparer Suitability Checks Underway

| RP Responsibility | RPO Suitability Determination Process |
|---|---|
| **Personal Tax Compliance (PTC)** | |
| ▸ RTRPs must be up-to-date & provide accurate personal and business tax returns | Systemic review of preparer personal and business tax compliance *(MITS)* |
| **Specially Designated Nationals (SDN)** | |
| ▸ RTRPs cannot be suspected terrorists or threats to national security | Reference against the US Treasury SDN list and refer hits for decision-making *(Criminal Investigations)* |
| **OPR Restricted List** | |
| ▸ RTRPs cannot be currently barred by law from preparing tax returns | Perform name and social security number comparisons with RTRP database *(Office of Professional Responsibility)* |
| **Incarcerated List** | |
| ▸ RTRPs cannot be currently incarcerated | Perform name and social security number comparisons with RTRP database *(Wage and Investment)* |
| **Competency Testing** | |
| ▸ RTRPs must pass the RP competency test (CPAs, Attorneys and EAs are exempted) | Validate test status within TPPS *(RPO Competency & Standards)* |
| **Professional Designation** | |
| ▸ Licensed RTRP Practitioners must actively maintain their license/certification to be exempt from certain program requirements | Systemic review for confirmation of professional designation |

## Figure 2: Return Preparer Suitability Checks Planned for Future

| RP Responsibility | RPO Suitability Determination Process |
|---|---|
| **Criminal Background (CBG)** | |
| ▸ RTRPs cannot possess a criminal background history that would call into question their trustworthiness and judgment | Adjudicate felony history using segmentation and framework methodology |
| **Continuing Education** | |
| ▸ RTRPs (unless exempt) must earn at least 15 hours of qualified Continuing Education every year across several dimensions of preparer knowledge | Audit continuing education credit fulfillment in TPPS *(RPO Continuing Education Management)* |
| **Supervisor/Supervised RPs** | |
| ▸ Supervisor (signing) RTRPs are responsible for reporting changes in their relationship with supervised (non-signing) RPs | Verify declared supervisee information with supervisor RTRP |
| **Registration Renewal** | |
| ▸ RTRPs must renew their certification every year | Compliance review during the registration renewal periods |

[ PAGE  \* MERGEFORMAT ]

BAH_0004183.0005



## Organizational Charts

The Suitability Department is one of several departments that report directly to the Office of the Director of the RPO, who in turn reports to the IRS Deputy Commissioner for Services and Enforcement. Figures 3-5 below depict the IRS, RPO, and Suitability Department organizational charts.

**Figure 3:** IRS Organizational Chart



**Figure 4:** RPO Organizational Chart



BAH_0004183.0006

**Figure 5:** Suitability Department Organizational Chart



## Suitability Staff Roles and Responsibilities

Table 1 below outlines the basic responsibilities of each role within the Suitability Department, to give staff an understanding of who will be performing different assignments and what level of interaction there will be between roles:

**Table 1:** Suitability Department Roles & Responsibilities

| Roles | Responsibilities |
|-------|------------------|
| **Director** | ▶ Oversee the Return Preparer Suitability Department work activities<br>▶ Coordinate with managers from other departments on relevant issues as needed<br>▶ Monitor and manage progress to ensure department measures and goals are being met<br>▶ Ensures quality control of processed cases |
| **Frontline Manager** | ▶ Manages the suitability analysis team, conducts workflow planning and coordinates with the other suitability teams to direct and review work of analysts<br>▶ Supports team activities as necessary to complete case building and disciplinary recommendations<br>▶ Trains and assists in employee development<br>▶ Exercise final decision-making authority for resolving questions over return preparer felony history or tax compliance issues and referring cases to Referral Processing & Discipline for further action<br>▶ Reports on department performance, key accomplishments and metrics<br>▶ Facilitates employee-labor relations<br>▶ Develops and monitors quality control approach and reviews summary results |

BAH_0004183.0007

RETURN PREPARER OFFICE
INTERNAL REVENUE SERVICE

| | |
|---|---|
| **Policy Analyst** | ▸ Serves as project manager responsible for accomplishing major analytical studies and/or projects relating to substantive, mission-oriented programs for the IRS<br>▸ Participates in formulating new or revised policies for the Suitability Department<br>▸ Conducts in-depth analyses of project data, requirements, and impact; identifies problem areas and determines how to resolve them<br>▸ Establishes a system to review, control, and report on project status<br>▸ Collects and analyzes reporting metrics and performance information, and recommends opportunities for improvement<br>▸ Supports staff workload planning and assists in analysis |
| **Lead Suitability Analyst** | ▸ Supports the professional designation, personal tax compliance reviews, e-file compliance, CE credit checks and other checks of applicants / PTIN holders programmatic suitability<br>▸ Serves as the subject matter expert on the desk guide, decision criteria, overall processes and procedures<br>▸ Provides team leadership with information and initial decision analysis to resolve questions over return preparer tax compliance issues and referring case to Referral Processing and Discipline for further action<br>▸ Monitors and reports on the status of work, and conducts sample quality control checks to ensure that department standards for work methods, priorities, deadlines, and service are upheld<br>▸ Prepares reports and maintains records of work accomplishments, and reports to the Frontline Manager on progress towards meeting established milestones or program issues<br>▸ Assists in professional development and training opportunities for staff, and periodically reports on team and individual work accomplishments |
| **Suitability Analyst** | ▸ Samples, checks, and reviews self-reported professional designation to ensure accuracy of claims<br>▸ Escalates any necessary decisions to leadership for decision making<br>▸ Makes recommendations on determinations for initial suitability recommendations (e.g. revoking a PTIN)<br>▸ Evaluates all available data to identify problem areas or non-compliance issues, and takes appropriate action to resolve any instances of mismatches of self-reported and actual professional designation<br>▸ Contacts return preparers to provide proof of CE credits and review documentation to verify records. Provide guidance depending upon review<br>▸ Reviews correspondence, supporting statements and other documents for correct format |
| **Suitability Case Processor** | ▸ Provides support to suitability analysis teams in case building, maintaining and updating the manual and automated tracking systems and control logs used in processing cases<br>▸ Draws professional designation status samples of CPAs and Attorneys<br>▸ Identifies and validates SSNs of RPs that have tax compliance issues<br>▸ Conducts reviews of preparer history to determine any potential violations<br>▸ Researches automated tax systems and retrieves information for team members<br>▸ Prepares folders, case files, closing documents, forms, acknowledgements, and transmittal instructions for use by team members in executing case processing |
| **Suitability Clerk** | ▸ Provide administrative support, scheduling, and other clerical duties in support of the Frontline Manager<br>▸ Manage incoming communication from tax return preparers |

BAH_0004183.0008



# What is a Suitable Return Preparer?

### Circular 230 Guidance

Circular 230 provides the statutory framework that sets the standard of professional conduct for return preparers. Thus, the rules put forward in the document serve as the basic guidelines governing RPO's work. Generally, Circular 230 states that:

- All paid return preparers must register for a PTIN in order to prepare tax returns for a fee; all such PTIN holders must meet defined suitability requirements
- PTIN holders without a professional designation must pass an IRS-developed and approved competency exam
- PTIN holders without professional designations must complete annual continuing education courses
- PTIN holders must ensure that due diligence is performed on all returns prepared

More specifically, Circular 230 defines failure of suitability and compliance checks as "incompetence or disreputable conduct," which include (but are not limited to):

- Personal Tax Compliance –
  - Willfully failing to file Federal taxes in accordance with laws and regulations
  - Willfully holding a balance due to the IRS of over $500
  - Willfully not filing Federal returns for three or more of the last six years
- Background Checks–
  - Conviction of violating any Federal tax law
  - Conviction of a crime involving dishonest or breach of trust
  - Conviction of a felony that renders the return preparer unfit to practice before the IRS
- Misconduct –
  - Misleading the Department of Treasury
  - Misleading clients in order to obtain employment (especially implying that the return preparer can obtain special consideration from the IRS)
  - Willfully making a Federal tax return (for a client) in violation of tax laws
  - Willfully encouraging a client to violate Federal tax law
  - Misappropriating money received from a client intended to be used to pay taxes
  - Attempting to unlawfully or unethically influence IRS officials
  - Disbarment, injunction, or suspension of practice from a professional association (CPA, Attorney, etc.)
  - Helping someone else practice before the IRS when he/she is ineligible to do so
  - Behaving contemptuously in connection to practice before the IRS
  - Giving a false opinion - due to incompetence or intentionally – on Federal tax laws
  - Willfully failing to sign a tax return the return preparer prepared
  - Willfully disclosing or using tax information in an unauthorized manner
  - Willfully failing to file on magnetic media or electronically when required to do so
  - Willfully preparing all, substantially all of, or signing, a tax return without an ID number
  - Willfully representing a taxpayer before the IRS without eligibility to do so
  - Willfully preparing tax returns while incarcerated
  - Willfully not disclosing a felony conviction on a PTIN application

[ PAGE  \* MERGEFORMAT ]

BAH_0004183.0009



Circular 230 also contains special provisions for preparers with certain professional designations (as shown in Figure 6 below), exempting certain preparers from RTRP requirements already met through their separate accreditation processes.

**Return Preparer PTIN Requirements Matrix**

Different return preparers are required to meet differing requirements based on what kinds of returns they prepare, pre-existing professional licenses, and other factors. Figure 6 below displays the different categories of return preparers and the requirements each must fulfill in order to obtain or renew their PTIN:

**Figure 6:** PTIN Requirements Matrix

| Categories | | | Pass Background Check | | Complete RP Continuing Education | |
|---|---|---|---|---|---|---|
| Certified Public Accountants (CPAs) and Attorneys | ✓ | ✓ | N/A (7) | N/A | N/A | ✓ |
| Enrolled Agents (EAs) | ✓ | ✓ | N/A (7) | N/A | N/A | ✓ |
| Enrolled Retirement Plan Agents (ERPAs) | ✓ | ✓ | N/A (7) | ✓ (4) | N/A (6) | ✓ |
| Enrolled Actuaries (only those who prepare specified documents) | ✓ | ✓ | N/A (7) | ✓ (4) | N/A (6) | ✓ |
| Registered Tax Return Preparers | ✓ | ✓ | N/A (7) | ✓ | ✓ | ✓ |
| PTIN Holders Not Filing 1040's (RP's whose practice does not include 1040s) | ✓ | ✓ | N/A (7) | N/A | N/A (6) | ✓ |
| Supervised Preparers (non-signing RPs supervised by CPAs, EAs, Attorneys, ERPAs, or Enrolled Actuaries) | ✓ | ✓ | N/A (7) | N/A | N/A | ✓ |

**LEGEND**
✓ Preparer must fulfill requirement. to obtain or renew PTIN
N/A Requirement does not apply to this category of RPs

Notes:
(1) Registration process includes declaration of professional designation and terrorist watch list check
(2) No policy decision has been made as to how tax compliance checks will be accomplished for individuals without SSNs
(3) RPs subject to this requirement who register for a PTIN before May 31, 2012 will have until the end of 2013 to pass it. Preparers who only file 1040-PR/1040-SS are exempt from the testing requirement.
(4) This requirement applies only to those who prepare 1040s
(5) The e-file Mandate requires preparers to e-file if they or their firm anticipate filing ≥11 returns in FS2012 and after. Non-SSN preparers will not be able to participate in e-file until after IRS determines fingerprinting process for foreign preparers.
(6) The IRS may add this requirement for this category of preparers in the future
(7) The background check is not currently being implemented, and options are under review by the IRS Commissioner

BAH_0004183.0010



# Suitability Department Operating Plan

## Overview of Suitability Priorities and Principles

The RPO Suitability team's purpose is to develop and sustain a return preparer population that is fit to practice and adheres to high ethical standards.  Under that goal, the team's work is guided by the dual priorities of customer service and programmatic risk reduction.

***Priority 1: Customer Service.***  The team strives to complete required checks consistently and efficiently to provide suitability provisional PTIN-holders with their active RTRP Certifications

***Priority 2: Risk Reduction.***  The team strives to protect and promote the value of PTINs and the RTRP Certification by ensuring that the active RP community has met Circular 230/RPO standards

The RPO Suitability team follows five guiding principles in designing and implementing its work:

1. Demonstrate customer service and responsiveness to all RPs and other internal/external stakeholders
2. Establish clear and objective criteria for each check used to determine RP suitability
   - Convert provisional PTINs to active RTRPs as efficiently as possible, prioritizing those RPs who have passed the competency test and await certificates
   - Revoke PTINs or escalate cases to OPR for RPs who fail to meet suitability standards
3. Provide due process prior to revoking or escalating any RP's case (e.g., allow RP multiple opportunities to explain mitigating circumstances and/or provide documentation)
4. Leverage batch processes as much as possible to efficiently manage large population
5. Conduct thorough evaluation of any individual RPs referred for "full suitability checks"

## Inventory of Suitability Processes

The Suitability Department divides its work into major processing lanes so that checks can be completed as quickly and effectively as possible. Suitability checks currently underway focused on PTIN applicants include Personal Tax Compliance, Prisoners List, OPR Restricted List, Specially Designated Nationals List, Self-Identified Felons, Professional Designation Checks,   Referrals, and (in a limited capacity) Background Checks.

The Suitability Department is authorized to take disciplinary action against provisional PTIN holders, but must work in concert with the Office of Professional Responsibility (OPR) to provide due process if disciplinary action is warranted for active PTIN holders, including Registered Tax Return Preparers who have received their certificates.  While the interactions between RPO and OPR for provisional and active PTIN holders regarding each check are still being finalized, Table 2 shows the current plans for how RPO and OPR will work together on several of these checks.

BAH_0004183.0011



**Table 2:** Responsibilities of RPO Suitability Department and OPR regarding PTIN Holders

| Suitability Process | Criteria to Revoke or Escalate | Suitability Actions | |
| --- | --- | --- | --- |
| | | Active PTINs | Provisional PTINs |
| **Conduct Checks:**<br>▶ Prisoners List<br>▶ SDN List<br>▶ OPR Restricted List | *RP listed on a Conduct List:*<br>▶ Currently incarcerated<br>▶ Suspected terrorist or drug trafficker<br>▶ Enjoined or otherwise sanctioned by OPR | ▶ RPO Revokes PTIN<br>▶ OPR handles Appeals | |
| **Background Checks:**<br>▶ Self-Identified Felons<br>▶ Referrals | *Application of RPO Adjudication Framework to felony conviction(s):*<br>▶ Seriousness<br>▶ Recency<br>▶ Patterns | ▶ RPO Escalates<br>*(provides OPR with justification)*<br>▶ OPR Revokes<br>▶ OPR handles Appeals | ▶ RPO Revokes<br>▶ RPO handles Appeals |
| **Personal Tax Compliance:**<br>▶ Batch runs<br>▶ RPO Referrals | *"Willful" Non-Compliance:*<br>▶ Non-filing<br>▶ Balance due<br>▶ History of non-compliance | ▶ RPO Escalates<br>*(provides OPR with justification)*<br>▶ OPR Revokes<br>▶ OPR handles Appeals | ▶ RPO Revokes<br>▶ RPO handles Appeals |
| The split of RPR/OPR responsibilities for Professional Designation Checks and other future checks are TBD | | | |

***Personal Tax Compliance:*** A key indicator of a preparer's likelihood of compliance in regard to their clients' returns is whether the return preparer is compliant with their own personal returns, including their business tax returns if they own a business. Therefore, RPO will check the personal tax compliance of each PTIN applicant and take action on noncompliant preparers (those with a balance due over $500 or who have not filed returns despite a requirement to do so). The preparers must appear compliant in IDRS to pass the RPO PTC Suitability check. Suitability will not take action against preparers with non-filing requirements, those in installment agreements or tax court, those deemed uncollectable (Status 53), with freezes (-Z or -T from CI or TAS freezes), or preparers with expired PTINs.

Suitability considers preparers to have egregious PTC issues if they have a balance due of more than $100K, have a balance due of over $50K and are non-filers, or have non-filed returns for three or more of the last six years. In 2012, Suitability will first focus its efforts on bringing egregious preparers into compliance, and then turn to non-egregious non-compliant preparers. For 2012, once a preparer passes one PTC check (either in December 2011 or anytime in 2012), they will receive a PTC pass until the end of 2012, even if they later fall out of tax compliance.

***Prisoners List:*** In May 2011, the Office of Chief Counsel at the IRS authored a memo establishing a rule to revoke the PTINs of incarcerated individuals. Persons who are currently incarcerated are not legally permitted to receive compensation for work completed outside of work release programs. In addition, allowing incarcerated

BAH_0004183.0012

persons access to taxpayer financial information is considered a high risk. Thus, the IRS has elected to revoke PTINs from all preparers who are currently incarcerated. The IRS Wage & Investment (W&I) Division compiles a Prisoners List comprised of previously- and currently-incarcerated individuals from state and federal prisoner systems.  This W&I Prisoners List is matched against the list of current PTIN-holders in TPPS (by SSN, name control, and DOB).  Those preparers who are matched to the W&I list will receive a Notice of Proposed Revocation followed by a Notice of Revocation unless they can provide official documentation proving that they are no longer currently incarcerated.

***OPR Restricted List:*** The Office of Professional Responsibility (OPR) establishes and enforces consistent standards of competence, integrity and conduct for licensed tax professionals (Enrolled Agents, Attorneys, CPAs, Enrolled Retirement Plan Agents, and Enrolled Actuaries) and other individuals and groups covered by IRS Circular 230 (including Registered Tax Return Preparers). OPR maintains a Restricted List that denotes licensed practitioners with permanent injunctions, those permanently sanctioned by the OPR due to misconduct, and those with felony tax convictions that deem them unfit to practice before the IRS.

Each quarter, OPR will send RPO its updated Restricted List.  Preparers who appear on OPR's Restricted List will have the following actions taken against them:

- Enjoined preparers on OPR's injunction list will be issued NOPRs by RPO

- Preparers on OPR's conviction list who did not self-disclose their felonies on the PTIN application will be issued NOPRs by RPO

- Preparers on OPR's conviction list who did self-disclose their felonies on the PTIN will be adjudicated by RPO, following the same procedure used for all other self-identified felons

- Preparers on OPR's Circular 230 Sanction list will be issued NOPRs by RPO

Follow-up actions and appeal processes for these preparers remain to be developed.

***Specially Designated National List:*** As part of its enforcement efforts, the Office of Foreign Assets Control (OFAC) publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries. It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers, designated under programs that are not country-specific. Collectively, such individuals and companies are called "Specially Designated Nationals" or "SDNs." Their assets are blocked and U.S. persons are generally prohibited from dealing with them. Each month, OPERA sends RPO the list of potential matches between the SDN list and the current list of PTIN holders in TPPS (match based on name only).  RPO Suitability conducts a first level of investigation and any potential matches are sent to CI for further investigation.  CI will notify RPO Suitability if any matches are deemed "actionable."  RPO Suitability will then determine the appropriate course of action in concert with the RPO Director, Counsel and other stakeholders.

***Self-Identified Felons:*** On the PTIN application, preparers are asked to disclose any felony convictions within the past 10 years. Their self-reported explanations are intended to provide RPO with specific details on these preparers' disciplinary history. Depending on their relevance, seriousness and recency, felony convictions may be indicative of future behavior, and therefore such information is critical to reducing risk to the return preparer program and promoting a compliant return preparer community.  RPO is currently piloting a full suitability check process to obtain felony disposition information from state and federal courts and adjudicate it against the RPO

[ PAGE   \* MERGEFORMAT ]

BAH_0004183.0013



Framework (described in the next section) in order to take appropriate action against unsuitable preparers based on their criminal histories. The pilot includes a random sampling of self-identified felons as well as a random sampling of RPs that did not self-identify as felons, in order to examine the utility of the self-identification question.

***Professional Designation Checks:*** PTIN holders who indicated on their applications that they also hold other specific professional designations (i.e., CPAs, Attorneys, EAs, ERPAs, and Enrolled Actuaries) are exempted from specific PTIN requirements; many automatically received an "Active" designation instead of a provisional PTIN. These PTIN holders will be investigated to determine if their licensed status is accurate and if they are in "good standing" with their relevant licensing bodies (i.e., met all necessary obligations to obtain / retain their designation status). If the individual's professional designation is not current and/or in good standing, they may be required to meet additional PTIN requirements. The process for contacting return preparers who have issues identified as a result of professional designation checks is still under development.

***Referrals:*** The RPO Suitability Office is responsible for conducting full suitability checks on many return preparers who are referred to RPO from various sources. Referrals can originate from both internal and external stakeholders. Usually, RPO Suitability will obtain the referral from the Complaint Referrals Office or the stakeholder requesting a suitability check. After conducting the full suitability check and creating cases in TPPS, RPO Suitability will take any appropriate actions and report back a summary of the actions taken to the stakeholder who provided the referral.

***Background Checks:*** Although the Suitability Department is still developing a long-term background check solution, RPO Senior Leadership has agreed to a proof of concept pilot of an interim background check solution that could form part of the Full Suitability Check process. RPO Suitability will utilize publicly available federal, state, and county criminal databases to research each return preparer's criminal history and obtain their final dispositions of any felony charges and make a decision utilizing the RPO Adjudication Framework. After a thorough evaluation of the proof of concept, Suitability will potentially extend this process until a long-term solution becomes available.

The Suitability Department is also responsible for a variety of activities that will be phased into operation in the future. Additional activities will include more comprehensive background checks, competency testing checks, continuing education checks, and supervisor / supervised preparer checks.

### Other Suitability Checks

The Suitability Department is also currently responsible for two other checks performed on individuals who may or may not be PTIN-holders.

***EFIN Adjudication/Appeals:*** The ETA Office has transitioned background check adjudication responsibilities for EFIN applications from CI to the RPO Suitability Office. Starting in December 2011, RPO Suitability adjudicated a large backlog of EFIN background checks and reviewed incoming appeals to adjudication decisions. To complete EFIN background checks, Suitability obtains case files with RAP (Records of Arrest and Prosecution) sheets on EFIN holders with criminal records from ETA, compares this data to the RPO Adjudication Framework, categorizes the EFIN holders based on this information, and reports the findings to ETA. Moving forward Suitability will be responsible for all EFIN background check adjudications and initial appeals to those

BAH_0004183.0014



adjudication decisions. RPO expects this work to include approximately 4,000 cases per year (with the highest volumes of applications coming in from November to January).

*EA / ERPA Suitability Checks:* The Enrolled Agent Policy & Management Department within RPO recently transitioned part of its work conducting suitability checks on EA/ERPA application and renewals to the RPO Suitability Department. All Enrolled Agents (EAs) and Enrolled Retirement Plan Agents (ERPAs) must undergo tax compliance checks and background screenings to validate their eligibility to possess their licensed status. Former employees of the IRS who are applying to become EAs must also have their employment records verified in order to exempt them from the EA testing requirement. All former employee EA applications and EA/ERPA applications from individuals with background check issues are transferred from the EA Policy & Management Department in Detroit to RPO Suitability to work these cases and appeals. While the specific processes are still being developed, in general, RPO Suitability will investigate and close out cases by granting certificates of enrollment or limited enrollment, or denying enrollment. RPO Suitability also prepares memorandums for appeals cases that are forwarded to the Chief Counsel in the Office of Appeals.

### RPO's Criminal Felony Adjudication Framework

RPO developed an adjudication methodology to assess felony convictions across various populations (return preparers, EFIN applicants, and potentially EA/ERPAs), using a standardized and consistent procedure in order to:

- Ensure fairness and minimize outcome variance
- Reduce the likelihood of high-risk individuals entering the tax professional community
- Serve as the foundation for a meaningful preparer profile
- Highlight higher-risk PTIN holders for potential renewal reviews

The RPO Criminal Background Suitability Adjudication Framework leverages HCO Personnel Security's current practices used across federal agencies to assess the suitability of employees and contractors. This is done by evaluating the initial issue seriousness, the recency of conviction, and a presence of multiple issues (e.g. pattern of convictions).

- Issue **Seriousness** segments felony convictions into three categories: Major (e.g., highly relevant to one's performance as a tax professional, such as embezzlement), Moderate (e.g., fraud), and Minor (e.g., trespassing). See Figure 7 for the Felony Seriousness Segmentation Model

- Issue **Recency** refers to the time elapsed since the conviction. See Figure 8 for the Felony Recency Timeframe Model

- **Risk Level** is generated when the Recency factor is applied to the Issue Seriousness. Risk Levels are assigned to the convictions being assessed (from A - C, with C being the highest) and each conviction will have a Risk Level

- **Case Levels** address the applicant's Risk Level(s) in totality. In single issue cases, the Risk Level is the same as the Case Level. In multi-issue cases, Risk Levels interact to generate a final Case Level that provides an overall assessment of the risk associated with the applicant, and highlights patterns of conviction. See Figure 8 for the Results by Case Level

BAH_0004183.0015



## Figure 7: Felony Seriousness Segmentation Model



## Figure 8: Felony Recency Timeframe Model

| Issue Seriousness | Recency Timeframe | Risk Level |
|---|---|---|
| Major | 0-72 Months | C |
| | 73-120 Months | B |
| | 121+ Months | A |
| Moderate | 0-36 Months | B |
| | 37+ Months | A |
| Minor | -- | A |

| Patterns of Conviction | Recency Timeframe | Case Level |
|---|---|---|
| 2 or More B-Risk Levels | -- | C |
| 3 or More A-Risk Levels | 0-48 Months | Reviewed by RPO Suitability to determine Case Level |

**Non self-identified Return Preparers**

Those RPs that did not self-identify felony(ies) within the last 10 years will be sent to RPO Suitability for Revocation

**RESULTS BY CASE LEVEL**

A- PASS
B- PASS
C- FAIL, Deny Participation

BAH_0004183.0016



## Detailed Work Instructions for Suitability Checks

The below tables present the detailed work instructions for suitability checks currently underway: PTC, Prisoners, OPR Restricted, Professional Designation, Referrals, Background Checks, and EFIN Adjudication. These work instructions will be modified as processes are added or evolve, and as best practices are identified.

| Personal Tax Compliance (PTC) Checks | | |
|---|---|---|
| **Frontline Manager** | 1 | Obtain PTC list from MITS (Suitability Director, Policy Analyst, Frontline Manager, and RPO Vendor Business Process Requirements Management (VBPRM) team will be getting a secure email; which needs to be uploaded to the SharePoint site). |
| **Policy Analyst** | 2 | Remove any preparers who have a Z or T Freeze or expired PTINs from the PTC list. Filter preparers by provisional, active, provisional egregious and provisional active. Compare the new list with the previous batch lists to determine the letter the return preparer should receive and send the list to the Frontline Manager via email:<br>▸ Soft Letter – return preparer is on the PTC list for the first time (i.e., they were not on the previous PTC list)<br>▸ NOPR - return preparer has a provisional PTIN, was on the previous PTC list, and a soft letter has already been sent OR the return preparer has a provisional PTIN and is egregious<br>▸ NOPE – return preparer has an active PTIN, was on the previous PTC list, and a soft letter has already been sent<br>▸ NOR – return preparer has a provisional PTIN, was on the previous 2 PTC lists, both a soft letter and NOPR has already been sent, OR the return preparer was egregious on the previous PTC list and still is egregious on the new list after receiving a NOPR<br>▸ NOE – return preparer has an active PTIN, was on the previous 2 PTC lists, and both a soft letter and NOPE has already been sent |
| **Frontline Manager** | 3 | Assign the work to Suitability Analysts via the SharePoint site under the "Assignment" folder |
| **Suitability Analyst** | 4 | Obtain the PTC letter template and the Excel spreadsheet of the individuals to receive this letter from the Suitability SharePoint site and follow the instructions for the mail merge in Word. Quality check the letters and mail to the RPs personal address in TPPS. |
| **Suitability Analyst / Case Processor** | 5a | Create a case for the preparer at the top of the assigned list by logging into TPPS, going to Complaint Search, entering in basic case information (i.e., the Board, License Type, and Case Type), and then clicking "New |
| **Suitability Analyst / Case Processor** | 5b | Go to the Complaint tab and input summary compliant information using details from IDRS as needed (i.e., Source, Form, Classification, Security, Complexity, and Date Received, Summary). Under Summary, input "PTC balance due" or, in egregious cases "PTC balance due - top 20%" (also mark complexity as High for egregious cases) |
| **Suitability Analyst / Case Processor** | 5c | Go to the Respondent tab, search for preparer attributes using the License Type binoculars. Search using the PTIN in the License Number field. This will auto-populate the preparer information in the case fields. |
| **Suitability Analyst / Case Processor** | 5d | Go to the Complainant tab, select Organization and click Find. Click the Organization Name binoculars. |
| **Suitability Analyst / Case Processor** | 5e | Search for "IRS Suitability" or "837947" and unclick "Current Primary Names" before you search. This will populate the Org Name information. |
| **Suitability Analyst / Case Processor** | 5f | Save the case information using the "Save" button (a confirmation message will appear with a unique case number). |
| **Suitability Analyst / Case Processor** | 5g | Document status change and letter notification actions in case history (go to the Enforcement tab and select the sub-tab Complaint. Select the Dispositions button and click Change. Set status to "Soft Letter Sent", "NOPR Sent", "NOPE Sent", "NOE Sent", or "NOR Sent" and record the Status Date). Repeat steps 4 through 5 until work assignments are complete. Provide inventory sheet back to Clerk. |
| **Clerk** | 6 | Notify Frontline Manager via email (i.e., contains work summary with the type of work completed, # completed, # unresolved with explanation, and original work assignments with markups) |
| **Frontline Manager** | 7 | Compare work completed to spreadsheet to ensure completion; document work completed and unresolved; reassign as necessary |

[ PAGE \\* MERGEFORMAT ]

BAH_0004183.0017



| Prisoners List Checks | | |
|---|---|---|
| **Data Analyst** | 1 | Each quarter, receive a list of the current preparers in TPPS who matched with the most recent W&I Prisoners List and filter for only those matches based on SSN, name control and DOB |
| | | Remove all individuals from the spreadsheet with CI T&Z freezes |
| **Clerk** | 2 | Monitor the Prisoners List inbox and the PO Box for any correspondence from return preparers. Compile these responses into an Excel spreadsheet and pass them to the Frontline Manager, along with the matched RPO Prisoners List from the Data Analyst |
| **Frontline Manager** | 3 | Review the list and preparer correspondence compiled by the Clerk to ensure each case has sufficient information to issue a letter |
| | | Assign work to Suitability Analysts or Case Processors via email (an Excel spreadsheet with case assignments or the SharePoint site under the "assignment" folder) |
| **Suitability Analyst / Case Processor** | 4 | Log into TPPS and search for the person (by name or SSN). If the person has an active / provisional PTIN, then document that the person is a preparer in the Excel spreadsheet and continue to the next row.  If not, then document that the return preparer has not renewed in the Excel spreadsheet and continue on to next case |
| | | Create a case for the preparer at the top of the work assignment by logging into TPPS, going to Complaint Search, entering in basic case information (the Board, License Type, and Case Type), and then clicking "New" |
| | | Go to the Complaint tab and input summary complaint information using details from IDRS as needed (Source, Form, Classification, Security, Complexity, Date Received, and Summary). Under Summary, input a brief description of the Referral and who provided the Referral (e.g., "Prisoners List from W&I" or "Preparer Response to Prisoner NoPR") |
| | | Go to the Respondent tab, search for preparer attributes using the License Type binoculars. Search using the PTIN in the License Number field. This will auto-populate the preparer information in the case fields |
| | | Go to the Complainant tab, select Organization and click Find. Use the Organization name binoculars |
| | | Search for "IRS Suitability" or "837947" and unclick "Current Primary Names" before you search. This will populate the Org Name information |
| | | Save the case information using the "Save" button (a confirmation message will appear with a unique case number) |
| **Suitability Analyst** | 5 | For new W&I Prisoners List cases only, reference the Prisoners List spreadsheet and look at the "Match" column to determine the preparer's match level (1-4) and compare the "Release Date" to today's date (to determine if they are still incarcerated). Letters are only sent to match levels 1-2.  For all other cases, skip to next row |
| | | To determine what letter to send, utilize the appropriate Letter Matrix or manager guidance. For responses to preparers, additional research may be required using Accurint, IDRS, the Inmate Locator website, PACER, or by calling the prisons to verify conviction information, incarceration dates, and release dates (these resources are not necessary for the initial Prisoners List letters). For mass mailings, prepare a mail merge for the response / letter template, add any applicable information to the body of the letter as necessary, and mail the letters. For one-off mailings, prepare the letter template, add any applicable information to the body of the letter, and mail the letters |
| | | Document status change and letter notification actions in case history (go to the Enforcement tab and select the sub-tab Complaint. Select the Dispositions button and click Change. Set status to reflect what letter was sent and record the Status Date) and in the Correspondence log |
| **Lead Analyst** | 6 | Review all completed work and the completed inventory sheets  (i.e., contains work summary with the type of work completed, # completed, # unresolved with explanation, and original work assignments with markups) |

BAH_0004183.0018



| | | |
|---|---|---|
| | | Provide inventory sheet back to Clerk |
| **Clerk** | 7 | Notify Frontline Manager via email of all work completed, tracking closed cases using the spreadsheet (i.e., contains work summary with the type of work completed, # completed, # unresolved with explanation, and original work assignments with markups) |
| **Frontline Manager** | 8 | Compare work completed to spreadsheet to ensure completion; document work completed and unresolved; reassign as necessary *(any correspondence negating claims of incarceration need to be sent through the Full Suitability Check process)* |

## OPR Restricted List Checks

| | | |
|---|---|---|
| **Frontline Manager** | 1 | Obtain Restricted list from OPR (Suitability Director, Policy Analyst, Frontline Manager, and RPO Vendor Business Process/Requirements Management team will be getting a secure email; which needs to be uploaded to the SharePoint site). |
| **Policy Analyst** | 2 | Remove any preparers who have a Z or T Freeze or expired PTINs from the list. Filter the list by enjoined preparers, felony tax convicts that did not self-identify and felony tax convicts that did self-identify. Determine the letter the return preparer should receive and send the list to the Frontline Manager via email:<br>▸ NOPR - return preparer is an enjoined preparer or did not self-identify his / her felony tax conviction<br>▸ NOR - return preparer is an enjoined preparer or did not self-identify his / her felony tax conviction and 30 days has passed since the NOPR was sent with no return preparer response<br>▸ None – return preparer did self-identify his / her felony conviction and will need to go through an entire suitability check to determine if they are eligible to maintain their PTIN and return preparer status |
| **Frontline Manager** | 3 | Assign the work to Lead Suitability Analysts via email in an Excel spreadsheet |
| **Suitability Analyst** | 4 | Obtain the Restricted list letter template and the Excel spreadsheet of the individuals to receive this letter from the Suitability SharePoint site and follow the instructions for the mail merge in Word. Quality checks the letters and mail to the RPs personal address in TPPS. Send the letters to Bob Johnson in OPR to monitor the appeal response date |
| **Suitability Analyst / Case Processor** | 5a | Create a case for the preparer at the top of the assigned list by logging into TPPS, going to Complaint Search, entering in basic case information (i.e., the Board, License Type, and Case Type), and then clicking "New |
| **Suitability Analyst / Case Processor** | 5b | Go to the Complaint tab and input summary compliant information using details from IDRS as needed (i.e., Source, Form, Classification, Security, Complexity, and Date Received, Summary). Under Summary, input "Enjoined on Restricted List" or "Non-Self-Identified Felony Conviction on Restricted List" |
| **Suitability Analyst / Case Processor** | 5c | Go to the Respondent tab, search for preparer attributes using the License Type binoculars. Search using the PTIN in the License Number field. This will auto-populate the preparer information in the case fields. |
| **Suitability Analyst / Case Processor** | 5d | Go to the Complainant tab, select Organization and click Find. Click the Organization Name binoculars. |
| **Suitability Analyst / Case Processor** | 5e | Search for "IRS Suitability" or "837947" and unclick "Current Primary Names" before you search. This will populate the Org Name information. |
| **Suitability Analyst / Case Processor** | 5f | Save the case information using the "Save" button (a confirmation message will appear with a unique case number). |
| **Suitability Analyst / Case Processor** | 5g | Document status change and letter notification actions in case history (go to the Enforcement tab and select the sub-tab Complaint. Select the Dispositions button and click Change. Set status to "NOPR Sent"or "NOR Sent" and record the Status Date). Repeat steps 4 through 5 until work assignments are complete. Provide inventory sheet back to Clerk. |
| **Clerk** | 6 | Notify Frontline Manager via email (i.e., contains work summary with the type of work completed, # completed, # unresolved with explanation, and original work assignments with markups) |
| **Frontline Manager** | 7 | Compare work completed to spreadsheet to ensure completion; document work completed and unresolved; reassign as necessary |

BAH_0004183.0019



## Professional Designation Checks

| | | |
|---|---|---|
| **Frontline Manager** | 1 | Obtain the quarterly list of all individuals with professional designations from Vendor Business Process and Requirements Management |
| **Policy Analyst** | 2 | Remove any preparers who have a Z / T Freeze. Filter on to separate tabs those preparers who are deceased or have active, expired, provisional, revoked, suspended, or withdrawn PTINs. Compare the new Professional Designation list with the previous lists to remove any duplicates. Continue to filter the active preparers by professional designation to separate the individuals onto different tabs based on their certification (i.e., Attorney, CPA, EA, ERPA, Enrolled Actuary, and / or a combination of licenses). Send to the Frontline Manager for assignment |
| **Frontline Manager** | 3 | Filter the separate active tabs by states and assign the cases to the staff based on states and complexity (to reduce the number of websites that need to be visited) |
| **Suitability Analyst** | 4 | Research the websites and / or systems (links found on the "Professional Designation" tab of the "Suitability Check" spreadsheet on SharePoint) as needed (per table 7 below) to determine whether the return preparer is still licensed and in "good standing" |
| **Suitability Analyst / Case Processor** | 5 | Update the Excel spreadsheet to reflect whether the return preparer is "in good standing," record any comments if the preparer is not "in good standing" (i.e., expired license or uncompleted CE), and input the license expiration date (if applicable). Repeat steps 4-5 for all assigned cases on the tab. Submit final spreadsheet to the Frontline Manager for review |
| **Frontline Manager** | 6 | Review the "in good standing" decision for a random set of cases to ensure consistency and quality of work. Send the spreadsheet to the Clerk for uploading to SharePoint |
| **Clerk** | 7 | Combine and upload all files to the SharePoint site and monitor for version control |
| **Frontline Manager** | 8 | Compare spreadsheets to ensure completion; document work completed and unresolved; reassign as necessary |

## Professional Designation Checks – Definition of "Good Standing"

| Type of Professional | Websites | Search Directions | Definition of "Good Standing" |
|---|---|---|---|
| **Attorneys** | [ HYPERLINK "http://www.statebarassociations.org/ba.htm" ] | a) Search the State Bar site for the first and last name of the return preparer; b) Search the state or county specific bar sites for the first and last name of the return preparer; c) Email or call the state or county-specific sites for the first and last name of the return preparer (SSN as well when needed) to determine if they are still considered in "good standing" | a) Compliant with all testing, compliance, and continuous education requirements or obligations; b) Up-to-date licenses and membership fees (if applicable); c) Not enjoined or barred from practice due to tax misconduct / incompliance; d) A lawyer will be classified as "inactive" if not in good standing and "active" if in good standing |
| **CPAs** | [ HYPERLINK "http://www.cpaverify.org/" ]  (currently only 24 states available) | a) Search CPAverify by selecting "start search" b) Enter the CPAs first and last name, license number (if available), and state of licensure | Depending on the state: a) CPAs in good standing will have one of the following statuses: Issued, Active, Registered, Clear, License, or CPA License b) CPAs that are not in good standing will have one of the following statuses: |

BAH_0004183.0020

| | | | Inactive, Deceased, Retired, Expired, Expired Late Renewal, Voluntarily Surrendered, Voluntary Resignation, Not Registered, Revoked, Delinquent, Lapsed, or Canceled |
| --- | --- | --- | --- |

[ PAGE  \* MERGEFORMAT ]

BAH_0004183.0021



| Type of Professional | Websites | Search Directions | Definition of "Good Standing" |
|---|---|---|---|
| CPAs (cont.) | [ HYPERLINK "http://www.nysscpa.org/useful_links/state_boards.htm" ] | a) Find the state from the Regional site or for the specific state (Column G) using the individual's first and last name, city / county of location, and license type (if available) | Depending on the state: a) CPAs in good standing will have one of the following statuses: Issued, Active, Registered, Clear, License, or CPA License b) CPAs that are not in good standing will have one of the following statuses: Inactive, Deceased, Retired, Expired, Expired Late Renewal, Voluntarily Surrendered, Voluntary Resignation, Not Registered, Revoked, Delinquent, Lapsed, or Canceled |
| EAs | e-trak | a) Search e-trak by selecting "Search -- Practitioner" b) On the "Criteria" screen select "Practitioner" c) Enter the first and last name of the EA , select "Like" from the drop down menu for both values, and select the EA designation further down on the screen d) On the results screen select the most recently dated file and select the "Details" icon (white , rectangular box on the far right hand side) e) On the "Details" page, scroll down to the "Enrollment" section to view the "Cycle Period" and the "Enrollment Status" | a) "Cycle Period" includes the current year AND the "Enrollment Status" is "Active" b) EAs with inactive, expired, deceased, or canceled "Enrollment Status" are not in "good standing" |
| ERPAs | e-trak | a) Search e-trak by selecting "Search -- Practitioner" b) On the "Criteria" screen select | a) "Cycle Period" includes the current year AND the "Enrollment Status" is "Active" |

BAH_0004183.0022



| | | "Practitioner"<br>c) Enter the first and last name of the ERPA , select "Like" from the drop down menu for both values, and select the ERPA designation further down on the screen<br>d) On the results screen select the most recently dated file and select the "Details" icon (white , rectangular box on the far right hand side)<br>e) On the "Details" page, scroll down to the "Enrollment" section to view the "Cycle Period"  and the "Enrollment Status" | b) ERPAs with inactive, expired, deceased, or canceled "Enrollment Status" are not in "good standing" |
|---|---|---|---|
| **Enrolled Actuaries** | [ HYPERLINK "http://www.soa.org/" ] | a) Select Advanced Search in the top right side of the screen;<br>b) Search for the return preparer by any demographic information available (i.e., name, city, address, license number)<br>c) Select on the individual in the search results and click on their name to view their professional designation status | a) Actuaries in good standing will have "compliant" under their "Continuing Professional Development Requirement"<br>EX: OA Continuing Professional Development Requirement     Compliant(2010-2011)<br>b) Actuaries not in good standing will have non-compliant under their "Continuing Professional Development Requirement" |

| Referrals | | |
|---|---|---|
| **Frontline Manager** | 1 | If the Referral is a PTC issue, see PTC work instructions <END><br><br>If the Referral is conduct related, see Full Suitability work instructions <END><br><br>If the Referral is not complete, do not accept the Referral and request additional information from the Referrals office, detailing additional information or  corrections needed <END> |

[ PAGE  \* MERGEFORMAT ]

BAH_0004183.0023



| Full Suitability (Background) Checks | | |
|---|---|---|
| **Suitability Analyst** | 1 | Obtain an individual from the self-identified felon spreadsheet in need of a full suitability background check, a random sampling of RPs that did not self-identify as a felon, or a Referral from the Complaints Referral Office and log into IDRS to search for the return preparer using his / her SSN.<br><br>Enter the following code into IDRS: **RPVUE with the processing year, SSN of the Preparer, and the letter P with a space only between RPVUE and the year (ex. RPVUE 2012123-45-6789P)**<br>To obtain the number of returns prepared (ONLY individual returns prepared, i.e., 1040s), enter the same command code into IDRS, replacing the letter P with the letter I (ex. RPVUE 2012123-45-6789I)<br><br>For those individuals that have an "expired, revoked, or suspended" PTIN status, this is the last step. Update TPPS as appropriate and indicate that RPO Suitability will not be investigating this return preparer due to an expired, revoked, or suspended PTIN status<END><br><br>For all other individuals with "active or provisional" PTINs, continue on to **Step 2.0** |
| **Suitability Analyst** | 2 | While in IDRS, enter the following code to search for additional information on the return preparer (i.e., freezes and tax compliance):<br><br>**IMFOLI followed by the preparer's SSN with no spaces (ex. IMFOLI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)**<br><br>PTC Non-Compliant return preparers: Balance due of more than $500 or did not file<br>Egregious return preparers: Balance due of more than $100K, balance due of more than $50K and is a non-filer, or has unfiled returns for three or more of the last six years (non-filing years do not have to be consecutive)<br>For those individuals that have Z / T freezes, this is the last step. Update TPPS as appropriate and forward the names to CI indicating that RPO Suitability will investigate the return preparer once the freezes are removed<END><br><br>For those individuals that are not tax compliant, this is the last step. Update TPPS as appropriate and indicate that a Notice of Proposed Revocation / Escalation will be sent to the practitioner due to tax non-compliance<END><br><br>For those individuals that do not have Z / T freezes and claimed a professional designation, continue to **Step 3.0** to validate their professional designation. If not, continue to **Step 4.0.** |
| **Suitability Analyst** | 3 | If the return preparer is a licensed professional search their name or license number in the appropriate system to validate the individual's "good standing" status (i.e., currently active and up-to-date with all professional requirements and obligations) previously found in IDRS. Refer to the Professional Designation Decision Criteria for guidance (Table 7). All others continue on to **Step 4.0**<br><br>For individuals that stated they are licensed professionals, but are not in "good standing" (e.g., the credential has expired, is "inactive", etc.), update TPPS as necessary to explain the reason that the return preparer is not in "good standing"  and continue on to **Step 4.0**<br><br>For individuals that stated they are licensed professionals, but were never officially licensed or accredited, update TPPS to reflect that the return preparer committed perjury and explain why you believe he / she committed perjury<END> |
| **Suitability Analyst** | 4 | Log into Accurint to search for the address(es) of the individual for the last 10 years to aid the background check. Record the county and state of the address(es) associated with the return preparer (up to 5 different counties in the past 10 years, recording the most recent addresses first) as well as any tips or indicators of felony convictions over the past ten years.<br><br>To log on to Accurint: Sign on and select "Advance Person" under People, next select "Continue to Court, Law Enforcement, or Government Agencies," then enter the preparers last name, first name, and SSN (if available) to search for the individual;  select "Comprehensive Report," and the criteria for the report (possible criminal records, sexual offenses, and professional licenses) |

BAH_0004183.0024



| | | |
|---|---|---|
| **Suitability Analyst** | 5 | Log onto the following websites / systems (in the order provided) to investigate the return preparer's criminal background. Search each portal for the return preparer's SSN, name, and / or date of birth depending on the demographic information available from IDRS or Accurint, and document the findings associated with any crimes along with the source of the information.<br><br>1. PACER.gov – sign into the website with a your user name and password, select "all court," and enter the individuals first and last name to search for his / her criminal record(s)<br>2. State or County Criminal Records websites* (for up to five states or counties the individual has lived in over the last ten years, focusing on the most recent if there are more than five)<br><br>*When searching the state or county criminal record website, use name control for more accurate results (i.e., the first four letters of the first and last names) and if both county and state links are available, search the less expensive database first*<br><br>If there are no felony convictions, continue on to **Step 9.0**<br><br>If return preparer self-identified a felony and the conviction(s) is / are over 10 years ago (use the conviction dates, not incarceration dates, parole dates, etc.), document any conviction details and the year of occurrence. Then skip to **Step 9.0** (if the conviction date(s) is / are over 10 years ago, these self-identified felonies fall outside of the RPO Adjudication Framework)<br><br>If there is not enough information to make a decision about an individual's criminal history, update TPPS as appropriate indicating that a Notice of Inquiry needs to be sent to the return preparer asking for more information about their felony conviction(s). Continue to **Step 6.0** |
| **Suitability Analyst** | 6 | Compare the PTIN application date (recorded in **Step 1.0**) to the date(s) of the felony conviction(s) (recorded in **Step 5.0**) to determine if the return preparer obtained their PTIN before or after the criminal convictions. Continue to **Step 7.0** |
| **Suitability Analyst** | 7 | If the return preparer obtained their PTIN after their felony conviction(s) ("Yes" to **Step 6.0**) AND did not self-identify themselves as a felon on their PTIN application ("No" in **Step 1.0**) then TPPS as necessary and indicate that a Notice of Proposed Revocation / Escalation needs to be sent to the return preparer stating the reason for the proposed PTIN revocation / escalation and when they can be reinstated (see criteria below). Also indicate that 30 days after the NOPR / E is sent, if the return preparer does not respond, a Notice of Revocation / Escalation should be sent and the PTIN needs to be revoked in TPPS due to perjury.<br><br><u>For those that committed perjury:</u> Reinstatement is only possible once the date of their perjury (i.e., when they choose not to self-identify as a felon on their PTIN application OR falsely reported a professional designation) is over 72 months in the past, they are released from prison (if applicable), they reapply for the PTIN, and fulfill all necessary obligations to become a PTIN-holder (i.e., pass the CE test, pay applicable fees, and are in tax compliance).<br><br>For those individuals that committed perjury, continue to **Step 9.0**<br><br>For any other scenarios continue on the **Step 8.0** to adjudicate the felony conviction(s) / determine incarceration status |
| **Suitability Analyst** | 8 | Reference the latest RPO Adjudication Framework and adjudicate the felony conviction(s) by recency and severity to determine its risk level. Follow the directions in the adjudication framework to decide whether to revoke or escalate the PTIN; if the criminal history indicates that the return preparer may still be incarcerated, use VineLink or other State / Federal websites to research the incarceration status and release date.<br><br>If, based on the adjudication framework or incarceration status, the individual's PTIN should be revoked or escalated, then update TPPS as appropriate, indicate that a Notice of Proposed Revocation / Escalation needs to be sent to the return preparer, that the PTIN needs to be flagged in TPPS due to high risk felony convictions, and that they can reapply for a PTIN when the high risk felonies are outside of the time restrictions outlined in the adjudication framework (and / or when they are released from prison). Continue to **Step 9.0** |
| **Suitability Analyst** | 9 | Based on the information collected, make the pass / fail suitability final decision, update TPPS as appropriate. Review the entire sheet to make sure it is complete and accurate. Repeat the process for the next Return Preparer on the Excel Spreadsheet (return to Step 1.0) |

BAH_0004183.0025



| EFIN Adjudication | | |
|---|---|---|
| **Frontline Manager** | 1 | Obtain a list of preparers who require EFIN adjudication from CI/ETA |
| **Frontline Manager** | 2 | Review the list of preparers in Excel, divide into bundles (30 cases each) of work and send this master file of cases to the Clerk |
| **Clerk** | 3 | Receive master file of background check cases and make available to Analysts |
| **Suitability Analyst** | 4 | At the start of the day, check out a bundle of cases from the Clerk and obtain a cover sheet for the bundle of work |
| **Suitability Analyst** | 5 | Review the list of preparers and the explanations provided and divide the cases into three categories based on the information provided using RPO's adjudication framework: actionable (FAIL), non-actionable (PASS), and potentially actionable (COURT DISPO). Record this initial categorization in Excel |
| **Suitability Analyst** | 6 | Send the Clerk and Case Processor the updated Excel sheet along with the completed cover sheet, documenting the initial categorization. If there is time left in the workday, check out a new bundle and restart the process (step 4) |
| **Case Processor** | 7 | Review the Excel sheets and cover sheets provided by the Analysts and update the master file (including information provided by the Analyst, the Analyst SEID, and the checkout date). Communicate changes to Clerk |
| **Clerk** | 8 | Notify Frontline Manager of updates to the master file via email |
| **Frontline Manager** | 9 | Review assigned work to ensure completion; document work completed and unresolved; reassign as necessary |
| **Clerk** | 10 | At the end of the workday, collect all work and store it in a locked file cabinet |
| **Clerk** | 11 | At the end of the work week, send CI/ETA all work completed via mail |

BAH_0004183.0026



## Overview of Internal/External Databases and Tools

In order to complete all of the Suitability checks, staff will need to leverage a number of computer systems. The level of access varies based on role, but it is important that all staff are aware of the available tools and how each is used to perform Suitability work. These include, but are not limited to, the resources listed below:

| SYSTEM | DESCRIPTION | SUITABILITY ATTRIBUTES |
|---|---|---|
| **TPPS**<br>*Tax Professional PTIN System* | ‣ PTIN registration system run by Accenture<br>‣ Case management functionality will be added to allow RPO teams to open and transfer cases within and outside RPO | ‣ Displays basic preparer information<br>‣ Allows for changes to PTIN statuses (i.e., provisional, active, revoked) |
| **IDRS**<br>*Integrated Data Retrieval System* | ‣ Databases and operating programs that support IRS employees working active tax cases<br>‣ Manages data that has been retrieved from the Tax Master Files allowing IRS employees to take specific actions on taxpayer account issues, track statuses, and post transaction updates back to the Master Files | ‣ Provides ability to review documented history of return preparer cases<br>‣ Assists with case building and identification of clients<br>‣ Integrated Automation Technologies – processes cases through IDRS, so the same history items which you would input manually are left on the accounts and provides the ability to determine if a return preparer has a filing requirement<br>‣ http://iat.web.irs.gov/ |
| **Internet/ Intranet** | ‣ A vast public resource which can assist in professional designation checks<br>‣ Online state and county level databases provide criminal information for full suitability / background checks | A sample of potential resources include:<br>‣ State Bar Association Websites<br>  – Some websites list accredited attorneys while other states must be contacted for additional information<br>‣ State Boards of Accountancy Websites<br>  – Some websites list accredited CPAs while other states must be contacted for additional information<br>  – State and county court sites and prison sites<br>  – Some websites list previous convictions and final dispositions for free while others charge fees |
| **Accurint** | ‣ An online database used to investigate taxpayers' personal information | ‣ Provides addresses listed within the last 10 years<br>‣ Provides tips and indicators on conviction information for potential felons in order to adjudicate and make a final decision |
| **PACER.gov**<br>*Public Access to Court Electronic Records* | ‣ An public, online system provided by the federal Judiciary that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts | ‣ Provides felony conviction information on most RPs undergoing a criminal background check (for a fee) in order to adjudicate their suitability to practice before the IRS |

BAH_0004183.0027



# Glossary of RPO Suitability Terms

### Activation Notification Letter
A letter sent to preparers after they have passed both the Competency Test and PTC to notify them that they are now a "Registered Tax Return Preparer"

### Active
A final PTIN status given to preparers once RPO has verified that they have met all program criteria. In the short term, non-licensed return preparers must pass both PTC and Competency Testing. Licensed return preparers according to the matrix in Figure 5 will receive an Active PTIN immediately when they register for a PTIN

### Attorney
Any person who is a member in good standing of the bar of the highest court of any state, territory, or possession of the United States, including a Commonwealth, or the District of Columbia. An attorney, not currently under suspension or disbarment from practice before the IRS, is eligible to represent taxpayers before the IRS

### Board
The organization ultimately responsible for processing the Complaint (i.e., the IRS)

### Certificate
A document attached to the Activation Notification Letter that certifies the preparer has fulfilled program requirements (in the short term, Competency Testing and PTC)

### Certificate Issuance
If a preparer has passed the Competency Test and PTC requirements, the RPO Suitability Office will issue the return preparer a certificate indicating fulfillment of program requirements. Background checks may be added in the future as a program requirement. This process differentiates compliant and competent preparers and promotes confidence in the return preparer community

### Case Type
The category of the Complaint (i.e., IRS Suitability Case)

### Certified Public Accountant (CPA)
Any person who is duly licensed to practice as a certified public accountant in any state, territory, or possession of the United States, including a Commonwealth, or the District of Columbia. CPAs not currently under suspension or disbarment from practice before the IRS are eligible to represent taxpayers before the IRS

### Circular 230:
Treasury Department guidance with rules governing practice before the IRS. Circular 230 applies to Attorneys, Certified Public Accountants, Enrolled Agents, Enrolled Actuaries, Enrolled Retirement Plan Agents, and Registered Tax Return Preparers

### Complainant
The person or entity that raised the Complaint against the preparer

BAH_0004183.0028



***Complaint***
Any issue (PTC, Professional Designation, Self- Identified Convicted Felons, or Conduct Referral) that could potentially affect a preparer's PTIN status

***Electronic Filing Identification Number (EFIN)***
A number issued by the IRS to individuals or firms that have been approved as authorized IRS e-file providers.  It is included with all electronic return data transmitted to the IRS

***Employee Identification Number (EIN)***
Also known as a federal tax identification number. EINs are used to identify a business entity

***Enrolled Agents (EAs)***
A person who has earned the privilege of representing taxpayers before the IRS. Enrolled agents are unrestricted as to which taxpayers they can represent, what types of tax matters they can handle, and which IRS offices they can practice before

***Enrolled Actuaries***
Any individual who has satisfied the qualifications set forth in the regulations of the Joint Board for the Enrollment of Actuaries and who has been approved by the Joint Board to perform actuarial services under the Employee Retirement Income Security Act (ERISA) of 1974

***Enrolled Retirement Plan Agents (ERPAs)***
An individual who has been approved by the IRS to practice before the IRS on certain retirement plan issues. An ERPA is similar to an Enrolled Agent

***e-Services***
An online IRS.gov program for tax professionals where they can apply for an electronic filing ID number, electronically submit power of attorney forms, and obtain IRS transcripts

***Individual Taxpayer Identification Number (ITIN)***
The tax processing number issued by IRS. It is a nine-digit number that always begins with the number nine. IRS issues ITINs to individuals who are required to have a U.S. taxpayer identification number but who do not have, and are not eligible to obtain, a Social Security Number (SSN) from the Social Security Administration (SSA). Individuals with ITINs are not eligible for Preparer Tax Identification Numbers (PTINs)

***Licensed Professional***
Any preparer who is also a CPA, Attorney, Enrolled Agent, Enrolled Retirement Plan Agent, and / or Enrolled Actuary. RPO will not take any final disciplinary actions against these preparers (they fall under OPR's jurisdiction)

***License Standing***
The current status of the preparer's PTIN license (i.e., provisional, active, revoked, or inactive)

***License Type***
This category of the License in the Tax Professional PTIN System (i.e., PTIN)

***Non-Filing***
Some PTIN holders may not be required to file personal income taxes because they are below the filing threshold. These preparers must be filtered out during PTC checks to ensure that they are not incorrectly disciplined for noncompliance

BAH_0004183.0029



### Notice of Escalation (NOE)
A letter sent to licensed preparers to tell them that their case has been escalated to OPR after they are issued NOPRs and failed to correct their noncompliance

### Notice of Proposed Escalation (NOPE)
A letter sent to licensed preparers after they are issued Soft Letters and failed to correct their noncompliance, informing them that their case will be raised to OPR if they do not correct their noncompliance

### Notice of Proposed Revocation (NOPR)
A letter sent to non-licensed preparers after they are issued Soft Letters and failed to correct their noncompliance, informing them that their PTINs will be revoked if they do not correct their noncompliance

### Notice of Revocation (NOR)
A letter sent to non-licensed preparers to tell them that their PTINs were revoked (i.e., after preparers are issued NOPRs and failed to correct their noncompliance, or, in the case of a referral, after the case is received from the Referrals Office)

### Personal Tax Compliance (PTC)
A key indicator of a preparer's likelihood of compliance with regard to his / her clients' returns is whether the return preparer is compliant with his / her own personal returns. Therefore, RPO will check the personal tax compliance of each applicant and revoke the PTINs of noncompliant preparers

### Personally Identifiable Information (PII)
e.g., Social security numbers

### Preparer Tax Identification Number (PTIN)
Unique identifier that paid tax return preparers must use on tax returns and claims for refunds submitted to the IRS

### Professional Designation Check
Licensed practitioners, including attorneys, CPAs, Enrolled Agents, Enrolled Actuaries, and Enrolled Retirement Plan Agents, are exempt from certain suitability requirements. Therefore, RPO verifies licensed practitioner accreditations and status to ensure that applicants properly report professional designations

### Provisional PTIN
Individuals that have not passed the competency test or tax compliance check have a provisional PTIN until December 31, 2013. They may still prepare tax returns during that time

### PTIN Holders Not Filing 1040s
These PTIN holder's practices do not include filing 1040s and thus they are exempt from certain program requirements

### Refer
A term used to define case movement to operating units or organizations external to RPO
*Ex. RPs identified as having not filed their required income tax returns are referred to SB / SE for Examination*

### Referrals Processing and Discipline Group (RP&D)
The RP&D serves as a centralized referral staging area (e.g., complaints from the field and public). They will gather metrics on common referrals and assist in the building of comprehensive preparer data repositories.

BAH_0004183.0030



Further, the RP&D Group will review the initial cases and conduct preliminary research to build case files for referral or transfer

**Registered Tax Return Preparer (RTRP)**
An individual approved by the IRS for limited practice rights before for the IRS. RTRPs have passed an IRS test establishing minimal competency. RTRPs have limited practice rights before the IRS, which means they can represent clients in only certain circumstances

**Respondent**
The preparer identified as potentially unsuitable in the Complaint (and thus the person responsible for correcting any noncompliance with Suitability criteria)

**Revocation**
The removal of a preparer's PTIN and therefore the preparer's right to practice because of a violation of program requirements

**Self-Identified Convicted Felons**
In the short term RPO will only treat preparers who have self-reported their felony histories in order to address preparers with a high-risk of noncompliance and / or fraud. RPO Suitability will review background information and make a determination on the preparer's eligibility for participation in the program

**Soft Letter**
An initial letter sent to preparers who are found to be noncompliant with suitability requirements to notify them that RPO is aware of their noncompliance

**Status**
Documents the current status of a Complaint (i.e., Soft Letter Sent, NOPR Sent, NOPE Sent, NOR Sent, NOE Sent, or Closed)

**Supervised Preparers**
A supervised preparer must meet all three of the following criteria: Does not sign tax returns (and is not required to); employed by an attorney or CPA firm OR employed by a recognized firm that is at least 80% owned by attorneys, CPAs, or enrolled agents; supervised by an attorney, CPA, enrolled agent, enrolled retirement plan agent or enrolled actuary

**Tax Professional PTIN System (TPPS)**
Online system for tax professionals to obtain / renew their Preparer Tax Identification Number. It is also the initial case management tool RPO will use to process preparer cases and to send letters

**Transfer**
A term used to define case movement within the RPO
*Ex. Cases are transferred between Suitability, C&E, and Referrals*

**Unenrolled**
Tax professionals that were previously unregulated by any external organization; those without professional credentials (e.g., CPA, attorney, or EA)

**Work Assignments**
An Excel spreadsheet containing pending work assignment Suitability Analysts, Lead Analysts, and Para-technicians

[ PAGE  \* MERGEFORMAT ]



***Worklist***
A list of all pending assignments for Suitability Analysts, Lead Analysts, and Para-technicians within TPPS

***Z-freeze and T-freeze***
A restriction placed on a taxpayer by the Criminal Investigation unit of the IRS. Preparers with these restrictions should not be contacted by the Suitability Office for any reason

[ PAGE   \* MERGEFORMAT ]



# Suitability Letter Matrix

The Suitability Department communicates with tax preparers through a variety of letters – most will be based on templates while others are more specific to a specific preparer's situation.  Several Suitability letter templates are still under development and must go through the Office of Taxpayer Correspondence approval process before they can be used.  A preliminary matrix of the types of letters and situations in which Suitability sends them is shown below.

| Letter | Description | Application |
|---|---|---|
| **Notice of Inquiry (NOI)** *also referred to as a "soft letter"* | ▸ Soft letter informing preparer of specific suitability issue and asking them to respond with additional information and/or take steps to come into compliance (within 30 days) | ▸ First mailing that RPO Suitability will send to a preparer who is flagged for PTC or felony issues<br>  – #4911 for Personal Tax Compliance<br>  – # TBD for full suitability (background) checks |
| **Notice of Proposed Revocation (NOPR)** | ▸ Letter to inform preparer of the proposed revocation of their PTIN, unless they provide information clearing them of the specific suitability issue and/or come into compliance within 30 days<br>▸ NOPR is almost always sent before an NOR (when PTIN is actually revoked) to give the preparer opportunity to provide explanation | ▸ In most cases, RPO only revokes provisional PTINs while escalating active PTIN holder cases to OPR<br>▸ RPO can propose revocation for both provisional and active PTIN holders if preparer is on Prisoners List, OPR Restricted List or SDN List<br>▸ NOPR usually second mailing sent to provisional PTIN holders with PTC or background check issues, if they are not resolved after sending soft letter (NOI)<br>  – #4913 for Personal Tax Compliance<br>  – # TBD for full suitability (background) checks |
| **Notice of Revocation (NOR)** | ▸ Letter to inform preparer that their PTIN will be revoked unless they file an appeal within 30 days<br>▸ Depending on the situation, appeals are filed with either RPO or OPR<br>▸ If no appeal is filed within 30 days of the date of the letter, RPO Suitability changes the preparer's PTIN status in TPPS to "revoked" | ▸ In most cases, RPO only revokes provisional PTINs while escalating active PTIN holder cases to OPR<br>▸ RPO can revoke both provisional and active PTIN holders if preparer is on Prisoners List, OPR Restricted List or SDN List<br>  – #4919 for OPR Restricted List (enjoined)<br>  – # TBD for all others<br>▸ NOR usually third mailing sent to provisional PTIN holders with PTC or background check issues, if they are not resolved after sending NOPR<br>  – Letter #s TBD |
| **Notice of Proposed Escalation (NOPE)** | ▸ Letter to inform active PTIN holder of the proposed escalation of their case to OPR for further investigation, unless they provide information clearing them of the specific suitability issue and/or come into compliance within 30 days<br>▸ NOPE always sent before NOE | ▸ NOPE usually second mailing sent to active PTIN holders with PTC or background check issues, if they are not resolved after sending soft letter (NOI)<br>  – #4912 for Personal Tax Compliance<br>  – # TBD for full suitability (background) checks |
| **Notice of Escalation (NOE)** | ▸ Letter to inform active PTIN holder of the escalation of their case to OPR for further investigation<br>▸ RPO Suitability will then transfer their case to OPR immediately | ▸ NOE usually third mailing sent to active PTIN holders with PTC or background check issues, if they are not resolved after sending NOPE<br>  – Letter #s TBD |

BAH_0004183.0033



| | | |
|---|---|---|
| **Notice of Resolution** | ▶ Letter informing preparer that their suitability issues have been resolved and no further action will be taken against their PTIN as long as they stay in compliance | ▶ Sent to any preparer who has previously received a communication letter from Suitability informing them of a potential issue, and has now either come into compliance and/or provided information proving that they are already in compliance |

BAH_0004183.0034