# EXHIBIT CW

**This document has been produced in native format and also has been designated as CONFIDENTIAL**

**Filename:**    **IRS_RPO_Overview Presentation_2011_09_26.ppt**

BAH_0001303



BAH_0001303.0001





RETURN
PREPARER
OFFICE
INTERNAL REVENUE SERVICE

## Phase One
### PTINs for everyone

BAH_0001303.0002

# Preparer Tax Identification Numbers

www.irs.gov/taxpros

- Required for all paid preparers
- Online or paper application - $64.25
- Over 730,000 to date
  - 95% online
  - 62% not an attorney, CPA or EA ("provisional" PTINs)
- Renewal season to begin Oct. 2011
  - Change to calendar year renewal

BAH_0001303.0003



BAH_0001303.0004

# CPAs, Attorneys, and Enrolled Agents

www.irs.gov/taxpros

- Renew PTIN annually
- No additional requirements

BAH_0001303.0005

## Supervised Preparers and Non-1040 Preparers

www.irs.gov/taxpros

- Definitions:
  - Supervised preparers: Those who do not sign returns and are employed by attorney, CPA, or EA firms and are supervised by an attorney, CPA, or EA
  - Non-1040 preparers: Those who do not prepare any Form 1040 series returns
- Renew PTIN
- Submit fingerprints for a background check

BAH_0001303.0006

## All Other Preparers

www.irs.gov/taxpros

- Renew PTIN
- Submit fingerprints for a background check
- Pass a competency test
- Take continuing education courses annually

BAH_0001303.0007

# Background Checks

www.irs.gov/taxpros

- Submit fingerprints through an approved IRS vendor
- Estimated fee range: $60-90
- Due process rights
- Estimated start date October 2011
- Provisional PTIN holders have until end of 2013
- Potential exemption for EFIN fingerprints less than 2 years old

BAH_0001303.0008

# Testing

- Test specifications coming soon
  - Demonstration of minimum competency
  - One level, Form 1040 series only
  - One time requirement, not annual
- Schedule at a Prometric testing center
- Estimated fee range: $100-125
- Estimated start date October 2011
- Provisional PTIN holders have until end of 2013

## Continuing Education

www.irs.gov/taxpros

- Annual requirement beginning in 2012:
  - 3 hours of federal tax law updates
  - 2 hours of ethics
  - 10 hours of federal tax law
- Obtain from approved providers

BAH_0001303.0010

# "Registered Tax Return Preparer"

www.irs.gov/taxpros

- Initial requirements:
  - Pass a tax compliance check
  - Pass a background check
  - Pass a competency test
- Ongoing requirements:
  - Obtain annual continuing education courses
  - Renew PTIN annually
- Notice 2011-45 restricts use of this term until requirements are met

## Current Areas of Focus

www.irs.gov/taxpros

- Ongoing efforts to reach unregistered population, including "ghost" preparers and SSN/non-renewed PTIN users
- Enhancement of range and quality of communications with registered population
- Reconciling PTIN and EFIN processes

BAH_0001303.0012

# Transition to New Governance Structure

www.irs.gov/taxpros

### Return Preparer Office

**David Williams, Director**

- PTIN System
- Initial Suitability
- Testing
- Continuing Education
- Compliance

### Office of Professional Responsibility

**Karen Hawkins, Director**

- Adherence to ethical conduct and professional standards

BAH_0001303.0013

# Preparer e-file Mandate

- Paid preparers (or firms) who expected to file 100 or more Forms 1040/1041 in 2011 required to e-file
  - Exceptions for approved waivers and administrative exemptions
- Threshold decreases to 11 or more in 2012
- Firms must compute the number of anticipated returns in the aggregate.  If the firm meets the threshold, all members must e-file.

# e-file Status Report

www.irs.gov/taxpros

- e-file applications up 18% in FY10 over FY09
- ERO accepted returns up 12% for 2011 over 2010
- 1.5 million returns received indicating mandate applicable, but exception met (1.2 million client opt outs)
- 670+ preparer waiver requests approved

BAH_0001303.0015

# More information

www.irs.gov/taxpros

- IRS.gov/ptin
- Facebook.com/irstaxpros
- Twitter.com/irstaxpros
- YouTube.com/irsvideos (irstaxpros playlist)
- 1-877-613-PTIN (7846)

BAH_0001303.0016





RETURN
PREPARER
OFFICE
INTERNAL REVENUE SERVICE

The role
Compliance and
Enforcement
(C&E) plays within
the RPO

BAH_0001303.0017

## Compliance and Enforcement is an important member of the Return Preparer Office



BAH_0001303.0018

## Compliance and Enforcement Overview

| Description |
|---|
| The RPO will plan and direct the IRS' enforcement actions for return preparers.  This includes setting business drivers and enforcement measures to be met across the service.  This department will work with the BODs to detect preparers of interest for enforcement action, prioritize and manage treatment actions performed by other IRS staff in the BODs.  Additionally this department will work to augment current methods with new detection tools and recommended treatments based on preparer community analysis and segmentation.  This department will also work to validate and build cases for unidentified preparer activity.  These cases will be passed to either the Referral Processing & Discipline department of the RPO for treatment or to the BODs for enforcement actions. |

| Objectives |
|---|
| ▪ Ensure registered Return Preparers prepare accurate and compliant tax returns<br>▪ Ensure high priority enforcement activities are clearly communicated and funded to enable the BODs to effectively execute appropriate treatment<br>▪ Identify and validate reports of preparers operating without a PTIN or misusing false PTINs.  Work with BODs and Referral Processing unit to handle discipline and treatments to bring preparer into compliance |

| Key Activities | Key Deliverables | Key Stakeholders |
|---|---|---|
| ▪ Develop techniques to detect return preparer errors (of action and omission)<br>▪ Develop cost effective compliance treatments to alter undesired behavior<br>▪ Provide the BODs with appropriate funding to execute the defined enforcement activities<br>▪ Coordinate return preparer enforcement actions across the BODs<br>▪ Continuously improve process to increase PTIN usage | ▪ Prioritized return preparer enforcement work plan<br>▪ Updated detection tools and selection logic<br>▪ Funding strategy<br>▪ Effectiveness measurement strategy | ▪ Individual Enrolled Agents, Attorneys and CPAs<br>▪ Registered Return Preparers |

*FOR INTERNAL USE ONLY*

19

## Compliance and Enforcement Overview – Enforcement Planning and Direction



**Total Enforcement Planning & Direction Staff: 10**

Chief , Compliance & Enforcement
IR-SM-340-01 — 1

Admin. Support Compliance & Enforcement
GS-303-7 — 1

*Preliminary*

Frontline Manager Enforcement Planning & Direction
IR-FM-343-03 — 1

Analyst Enforcement Planning & Direction
GS-343-14 — 5

Social Scientist/ Researcher
GS-101-13 — 1

Technical Analyst Enforcement Planning & Direction
GS-343-13 — 1

| FTE Count | |
|---|---|
| IR-SM-01 | 1 |
| IR-FM-03 | 1 |
| GS-14 | 5 |
| GS-13 | 2 |
| GS-7 | 1 |

*FOR INTERNAL USE ONLY*

20

BAH_0001303.0020

## Compliance and Enforcement Overview – Enforcement Planning and Direction (1 of 3)

### Enforcement Planning and Direction

| POSITION | PD # | GRADE | # FTE | POD | RESPONSIBILITIES | SKILLS |
|---|---|---|---|---|---|---|
| Chief, Compliance & Enforcement | 92310 | IR-SM-340-01 NBU | 1 | POD Neutral | • Oversee and manage department activities<br>• Coordinate with leadership of BOD enforcement offices on specific enforcement actions for violators<br>• Manage the development of key policies related to enforcement activities for return preparers<br>• Coordinate with managers from the BODs on PTIN compliance | Knowledge is required of management techniques, methods, theories, principles, and labor relations concepts, to assure optimum utilization of personnel, equipment, and space for the accomplishment of all program objectives<br><br>Significant knowledge of the workflow through the function and ability to assess the performance capabilities of employees in order to assign work appropriately<br><br>In addition, significant knowledge of tax law and how it relates to industry ethical practices, regulatory provisions, and emerging trends sufficient to plan, direct, and evaluate the work of subordinates |
| Frontline Manager, Enforcement Planning and Direction, Compliance & Enforcement | 93319 | IR-FM-343-03 NBU | 1 | POD Neutral | • Oversee and manage analysis of preparer behavior trends<br>• Provide final recommendations of detection or systemic tools<br>• Coordinate with BOD enforcement offices on trends in return preparer behavior and on allocation of resources to ensure enforcement of RP requirements | Significant knowledge of tax law and how it relates to industry ethical practices, regulatory provisions, and emerging trends sufficient to plan, direct and evaluate the work performed by the enforcement divisions<br><br>Significant understanding of data analysis and detection techniques to uncover trends in preparer behavior |

BAH_0001303.0021

## Compliance and Enforcement Overview – Enforcement Planning and Direction (2 of 3)

### Enforcement Planning and Direction

| POSITION | PD # | GRADE | # FTE | POD | RESPONSIBILITIES | SKILLS |
|----------|------|-------|-------|-----|------------------|--------|
| Analyst, Enforcement Planning and Direction, Compliance & Enforcement | 91600 | GS-343-14 NBU | 5 | Washington, DC Metro Atlanta, Nashville, Jacksonville, St. Louis, Kansas City, Laguna Niguel | • Perform analysis on preparer behavior trends to outline key enforcement areas<br>• Analyze systemic detection tools and recommend performance improvements<br>• Conduct workload planning for RPs<br>• Develop new an innovative treatment options for RPs deemed to be non-compliant<br>• Track effectiveness of enforcement programs / studies<br>• | Knowledge of tax law and how it relates to industry ethical practices, regulatory provisions, and emerging trends sufficient to plan, direct and evaluate the work performed by the enforcement divisions<br><br>Understanding of data analysis and detection techniques to uncover trends in preparer behavior |
| Social Scientist/Researcher, Enforcement Planning and Direction, Compliance & Enforcement | 95235 | GS-101-13 BU | 1 | Remain in POD | • Lead the initiation, planning, implementation, controlling, modifying, and executing of all or part of an entire research project<br>• Develop social economic and social psychology studies, using social science methods, to identify behavioral segments and profiles of Return Preparer behavior<br>• Provides guidance in the demonstration of applicability of social science concepts and theories when framing research questions, analyzing data, and interpreting findings | Professional knowledge of social economic and social psychology principles, methods, theories, and techniques to assess and understand problems of critical importance in order to provide solutions, guidance, consultation, and support. Extensive skill in oral communications and descriptive report writing to prepare comprehensive written and oral reports |

*FOR INTERNAL USE ONLY*

22

## Compliance and Enforcement Overview – Enforcement Planning and Direction (3 of 3)

### Enforcement Planning and Direction

| POSITION | PD # | GRADE | # FTE | POD | RESPONSIBILITIES | SKILLS |
|---|---|---|---|---|---|---|
| Technical Analyst, Enforcement Planning and Direction, Compliance & Enforcement | 93663 | GS-343-13 BU | 1 | Washington, DC Metro Atlanta, Nashville, Jacksonville, Kansas City, Laguna Niguel | • Build and maintain programs that capture statistical data<br>• Build or lead development of models that accurately capture trends within the Tax Professional Community | Understanding of data analysis techniques. Knowledge of program creation and maintenance. Knowledge or experience in creating statistical or predictive models |
| Admin. Support, Compliance & Enforcement | 94330 | GS-303-7 NBU | 1 | Washington, DC Metro Atlanta, Nashville, Jacksonville, St. Louis, Kansas City | • Provide administrative support, scheduling, clerical duties, etc. for Chief, Enforcement Planning and Direction Office | Knowledgeable in Microsoft Word, Excel, basic office administration |

*FOR INTERNAL USE ONLY*

23

## Compliance and Enforcement – Unidentified Preparer Detection Org Design



*FOR INTERNAL USE ONLY*

24

BAH_0001303.0024

## Compliance and Enforcement Overview – Unidentified Preparer Detection

### Unidentified Preparer Detection

| POSITION | PD # | GRADE | # FTE | POD | RESPONSIBILITIES | SKILLS |
|----------|------|-------|-------|-----|------------------|--------|
| Chief, Compliance Enforcement, see page 47 | | | | | | |
| Frontline Manager, Unidentified Preparer Detection, Compliance & Enforcement | 92313 | IR-FM-343-05 NBU | 2 | POD Neutral | • Lead a team in manually investigating RPs that filed a return without a PTIN by reviewing e-file anomalies, collecting referrals, researching tax records, or conducting other appropriate analysis<br>• Lead teams in performing certain treatments for preparers not in compliance with the PTIN regulation<br>• Direct and evaluate the work of subordinates | Significant knowledge of tax law and how industry ethical practices, regulatory provisions, and emerging trends sufficient to plan<br><br>Knowledge of workload management techniques |
| PTIN Analyst, Unidentified Preparer Detection, Compliance & Enforcement* | 97498: GS-11<br>GS-12 PD is currently in development with HCO | GS-501-11/12 BU | 16 | Atlanta, Jacksonville, St. Louis, Laguna Niguel | • Review analysis on appropriate detection and treatment methods for those utilizing invalid PTINs or not obeying PTIN regulations<br>• Provide recommendations for treatment activities<br>• Review historical data as necessary to identify potential leads | Knowledge of policies, and procedures and functions to provide support to the manager or to use when acting as supervisor |
| Admin. Support, Compliance Enforcement, see page 49 | | | | | | |
| Clerk, Unidentified Preparer Detection, Compliance & Enforcement* | 92442 | GS-303-5 BU | 2 | Atlanta, Jacksonville, St. Louis, Laguna Niguel | • Provide administrative support, scheduling, clerical duties, case processing, etc. for Managers and Team Members | Knowledgeable in Microsoft Word, Excel, basic office administration |

\* - Must have same POD as Frontline Manager

*FOR INTERNAL USE ONLY*

25

BAH_0001303.0025



BAH_0001303.0026

## The RP FY2012 Strategy focuses on select enforcement categories, building on the primary programs and activities from the past two filing seasons

### FY2012 Strategy Overview

▸ While the office is being stood up and capabilities being built, enforcement efforts must continue to be coordinated across the Service, building on and expanding current projects and initiatives

▸ Due to resource and funding constraints, the RP Strategy for FY2012 will mirror the FY2010 and FY2011 resource levels, focusing primarily on expansion and enhancement of the same programs, projects, and tests

▸ The enforcement activities for the past two filings season have broadly fallen under one of the following categories:

   – Integrated EITC Preparer Strategy
   – Return Preparer Visitation Program
   – Certified Acceptance Agent (CAA) Project
   – E-Filing & PTIN Compliance Project
   – Unidentified Return Preparer (URP) Project

▸ Resource planning for 2012 required the Office to leverage efficiencies and lessons learned to reallocate resources, enhancing and expanding on activities across its programs

BAH_0001303.0027

## Building on the previous success of the EITC Return Preparer Strategy, knock & talk visits and streamlined injunctions will increase in FY2012

**Initiative Description**

▶ Multi-faceted approach to compliance treatments for EITC return preparers developed through years of testing and research

▶ Employs a risk-based analysis of preparer behavior and assigns treatments based on risk scores

▶ Integrated treatment streams include:

  – Letters: Both educational and compliance, for first time EITC preparers and low- and medium-risk preparers

  – Knock and Talk Visits: (KTV) Face to face educational visits

  – Due Diligence Visits (DDV): Audit of preparer for compliance with IRC § 6695(g) and penalty assertion when warranted

  – Streamlined Injunction: Develop and pursue injunction case against preparers who continue egregious behavior after treatments

**Results**

▶ Significant improvement in preparers receiving KTV (only 17% required escalation to a DDV after cycles four and five); estimated revenue protection: $8M

▶ DDVs estimated to have protected $39M in FY2010

▶ Significant improvement noted in FY2010 in both DDV and KTV programs with initiation of risk-based scoring model

**Plan for 2012**

▶ 3,000 letters to FTPP and low/medium risk preparers

▶ 150 knock and talk visits

▶ 650-700 due diligence visits

▶ 20 streamlined injunctions

**Enhancement Opportunities**

▶ FY2012 Pilot test of campus groups of Tax Examiners to develop return preparer penalties based on their client audit results

▶ Revised regulations to be issued this year for IRC § 6695(g)

▶ Revise FY2012 letters based on behavioral engineering concepts

▶ Enhancements to the EITC form

*FOR INTERNAL USE ONLY*

28

## Strategic reductions in the Return Preparer Visitation Program enables the reallocation of resources to expand other Enforcement programs and activities

**Initiative Description**

▸ During the 2009 filing season IRS instituted the Return Preparer Visitation Program.  This program was designed to address the most egregious, identified return preparers through a multi-tiered treatment strategy

▸ The strategy utilized a risk scoring methodology designed by WIRA that targeted potential non-compliance as defined by a set of 14 filters on Schedule A, C, and E filings.  This methodology identifies return preparers, segments them based on their risk profile, and assigns an appropriate treatment including:

    – Letter Campaigns

    – Return Preparer Visitations (RPVs)

    – Program Action Cases (PACs)

**Results**

▸ 10,005 informational letters were issued to either high risk / medium volume or high risk / high volume

▸ 2, 852 preparers selected for follow-up visit from the FY2010 Return Preparer Visitation Program

▸ 88% (2,498) of the preparers identified  for follow-up visits by Revenue Agents were held

▸ 116 of the most egregious preparers were selected for a PAC

**Plan for 2012**

▸ Continue oversight and involvement with Return Preparers, sending letters (10,000)

▸ 10 PACs (reduction will be used to provide resource coverage to other activities)

▸ 2,000 RPVs

**Enhancement Opportunities**

▸ Creation of multiple treatment streams, soft notices, educational, streamline injunctions, program action cases, criminal consideration

▸ Improve the Service-wide methodology of identifying bad preparers

▸ Partner with non-enforcement staff to deliver education objective (e.g., SPEC)

*FOR INTERNAL USE ONLY*

29

## Plans to increase Certified Acceptance Agent Visitations in FY2012 requires leveraging lessons learned from previous filing seasons to optimize productivity

**Initiative Description**

▸ Certified Acceptance Agents (CAA) are authorized by IRS to validate taxpayer's foreign status and identity documentation and expedite the issuance of Individual Taxpayer Identification Numbers (ITIN)

▸ Beginning in FY2010 the IRS conducted compliance reviews of CAAs by random population sampling in order to determine adherence to program requirements

▸ Revenue agents reviewed a sample of W-7 applications to determine CAAs adherence with program requirements as specified in Revenue Procedure 2006-10, the CAA agreement, and Publication 4520

**Results**

▸ 237 preparers were visited in FY2010

▸ More than 90% of all CAAs visited failed to meet all the requirements: 21% were terminated from the program, 11% were put on probation, and 58% received a warning

▸ 285 conducted in FY2011 and results are pending

**Plan for 2012**

▸ 300 CAA visits planned

**Enhancement Opportunities**

▸ CAAs will be selected using a risk-based approach (10% or higher error or reject rate)

*FOR INTERNAL USE ONLY*

30

BAH_0001303.0030

## By incorporating e-File Monitoring visits into other RP program visits, the e-File Monitoring Program plans to increase visits without requiring additional resources

**Initiative Description**

▸ e-File Monitoring visits are conducted to ensure compliance with e-File rules as detailed in Rev. Proc 2007-40, 2007-26, I.R.B.1488 Pub 3112 IRS e-file Application and Participation & Pub 1345 Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns

▸ Preparers were selected based on referrals, follow-up visits, targeted and random selection

▸ Agents evaluated several areas of consideration including: advertising, recordkeeping, Form 8879 e-File signature authorization, Forms W-, EITC Due Diligence, return preparation, and security of sensitive information

▸ Sanctions were imposed for non-compliance

▸ FY2011: 1199 Visits Planned with approximately 20% to be W-2 visits

**Results**

▸ FY2009: 1576 Planned / 1641 Completed

   – 789 Sanctions Imposed (48%)

▸ FY2010: 1654 Planned / 1662 Completed

   – 870 Sanctions Imposed (52%)

▸ FY2011: 1199 Planned / 746 Completed (as of 3/11/11)

   – 208 Sanctions Imposed (27%) as of 3/11/11

**Plan for 2012**

▸ 2,000 visits planned

▸ Where applicable, e-File visitations will be performed in conjunction with all categories of other visitations

▸ Preparers e-Filing more than 100 returns with up to 1% coverage across areas

▸ It is expected that 20% of the visits will be W-2 related, as in FY2011

**Enhancement Opportunities**

▸ Enhanced Training of EMCs – nationally consistent

▸ Management training via conference call

▸ Recorded Centra training

▸ RPP Penalties

*FOR INTERNAL USE ONLY*

31

BAH_0001303.0031

## Plans to increase and enhance examination for the Unidentified Return Preparer Project requires utilization of reallocated resources from the RP Visitation Program

**Initiative Description**

▸ In FY2011 the Service initiated a test to evaluate detection and treatment options of return preparers who fail to self identify

— 120 potential preparers were identified using SB/SE and WIRA research methodologies (EFIN, refund deposits, invalid identifiers)

▸ An unidentified preparer is one who:

— Fails to report their identifying number (i.e., PTIN)

— Uses a valid identifier belonging to another individual (preparer or otherwise)

— Uses an invalid identifier (e.g., SSN 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)

▸ The purpose of the initial test was to address income tax compliance, assess return preparer penalties, and validate identification methodologies

**Results**

▸ Cases have been assigned, agents have been trained, and initial interviews were scheduled to be conducted by April 1, 2011

▸ When audit results are available detection methodologies will be evaluated and refined

**Plan for 2012**

▸ Leverage 2011 results to enhance identification methodologies

▸ Mirror 2011 process for 2012

▸ Increase URP Audit Inventory (500 URP examinations)

▸ Test New Identification Methodologies (5 x 100 Test Cases)

**Enhancement Opportunities**

▸ Added/Enhanced Identification Methodologies

▸ Added Treatment Stream Tests

▸ Shared Drive & Share Point Site – Improve Information Sharing

▸ Enhanced Training/Centra Training

*FOR INTERNAL USE ONLY*

32