UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADAM STEELE, *et al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 1:14-cv-01523-RCL

## ORDER

As set forth in the accompanying memorandum opinion, plaintiffs' motion [163] to compel withheld documents and motion [167] to compel interrogatory answers are both hereby **DENIED**.

It is **SO ORDERED.**

Date: July _19_, 2022

                                                       Hon. Royce C. Lamberth
                                                       United States District Judge