IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br>   *Plaintiffs*,<br><br>  v.<br><br>United States of America,<br>   *Defendant*. | Civil Action No.: 1:14-cv-01523-RCL |

**[PROPOSED] ORDER**

AND NOW, after consideration of the parties' Joint Motion for Amendment of the Court's Order on Summary Judgment Under Rule 60(a) ("Joint Motion") it is hereby:

ORDERED that the Court's order on the parties' cross motions for summary judgment (ECF 222) is amended consistent with Exhibit A to the parties' Joint Motion. As set forth below, the following paragraph related to the government's portion of the PTIN user fee:

- In determining the lawful amount charged and the corresponding refund, the IRS shall use the 2010 Cost Model and fee amount of $50 as the baseline for the FY 2011 through 2015 PTIN fees and the 2015 Cost Model and fee amount of $33 as the baseline for the FY 2016 and 2017 PTIN fees. However, the IRS may look to later cost models for assistance in identifying costs that were improperly included in the 2010 and 2015 Cost Models.

is to be replaced with:

- In determining the lawful amount charged and the corresponding refund, the IRS shall use the 2010 Cost Model and fee amount of $50 as the baseline for the October 1, 2010 to October 31, 2015 PTIN fees and the 2015 Cost Model and fee amount of $33 as the baseline for the November 1, 2015 to July 10, 2017 PTIN fees. However, the IRS may look to later cost models for assistance in identifying costs that were improperly included in the 2010 and 2015 Cost Models.

The following paragraph related to Accenture's portion of the PTIN user fee:

- In determining the lawful amount charged and the corresponding refund, the IRS shall use its initial contract with Accenture and fee amounts of $14.25 for new registrations and $13 for renewals as the baseline for the FY 2011 through 2016 vendor fees and the subsequent contract (to the extent it contemplates different activities) and fee amount of $17 for the FY 2017 vendor fee.

is to be replaced with:

- In determining the lawful amount charged and the corresponding refund, the IRS shall use its initial contract with Accenture and fee amounts of $14.25 for new registrations and $13 for renewals as the baseline for the October 1, 2010 to October 31, 2015 vendor fees and the subsequent contract (to the extent it contemplates different activities) and fee amount of $17 for the November 1, 2015 to July 10, 2017 vendor fee.

IT IS SO ORDERED.

Date: _____

_____
The Honorable Royce C. Lamberth
Senior United States District Judge