IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>　　v.<br><br>United States of America,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:14-cv-01523-RCL<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

On January 24, 2023, this Court remanded this matter to the IRS to determine an appropriate refund for the class. (ECF 222 ("Order")). The Order also required the parties to file a joint status report every 30 days informing the Court of the "IRS's work on remand until such time as that work is complete." *Id.* The parties submit this joint status report as required by the Order.

**United States:** The United States reports as follows: During the past 30 days, counsel for the United States and the IRS have held several additional meetings to resolve the few outstanding issues to calculate the appropriate refund for the vendor portion of the PTIN user fee.  A package containing the vendor portion refund recommendation has been submitted to the appropriate IRS officials for approval. In prior status reports, the IRS reported that it had approved the IRS portion of the PTIN user fee. Nothing reported in this Status Report shall be deemed an admission of any kind or waiver of any appeal right.

**<u>Position of Plaintiffs' Co-Counsel Allen Buckley.</u>** Regarding the above from Defendant and what has been done with respect to this matter to date: Res ipsa loquitur. Counsel for Plaintiffs have an ethical obligation to serve their clients, the vast majority of whom are U.S. citizens and taxpayers. Delaying the refunds due these individuals is harmful to them.

*(Signature blocks on the following pages.)*

Dated: November 22, 2023                                         Respectfully submitted,

*/s/ William H. Narwold*                                          */s/ Benton T. Morton*
MOTLEY RICE LLC                                              BENTON T. MORTON
William H. Narwold                                                EMILY K. MILLER
bnarwold@motleyrice.com                                  STEPHANIE A. SASARAK
D.C. Bar No. 502352                                              JOSEPH E. HUNSADER
One Corporate Center                                           Trial Attorneys, Tax Division
20 Church Street, 17th Floor                                JOSEPH A. SERGI
Hartford, CT 06103                                                 Senior Litigation Counsel
Telephone: (860) 882-1676                                   U.S. Department of Justice, Tax Division
Facsimile: (860) 882-1682                                     Post Office Box 227, Ben Franklin Station
                                                                                Washington, DC  20044
MOTLEY RICE LLC                                              Telephone: (202) 307-2250
Meghan S. B. Oliver                                              Facsimile: (202) 514-6866
moliver@motleyrice.com                                     Joseph.A.Sergi@usdoj.gov
Charlotte Loper                                                     Joseph.E.Hunsader@usdoj.gov
cloper@motleyrice.com                                        Stephanie.A.Sasarak@usdoj.gov
Ebony Bobbitt                                                         Emily.K.Miller@usdoj.gov
ebobbitt@motleyrice.com                                    Benton.T.Morton@usdoj.gov
28 Bridgeside Boulevard                                       *Attorneys for Defendant United States of*
Mount Pleasant, SC 29464                                   *America*
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for Plaintiffs*

LAW OFFICE OF ALLEN BUCKLEY LLC
Allen Buckley
ab@allenbuckleylaw.com
2727 Paces Ferry Road, Suite 750
Atlanta, GA  30339
Telephone: (678) 981-4689
Facsimile: (855) 243-0006

GUPTA WESSLER PLLC
Deepak Gupta, Esq.
deepak@guptawessler.com
Jonathan E. Taylor
jon@guptawessler.com
1735 20th Street, NW
Washington, DC  20009
Telephone:  (202) 888-1741

Facsimile:  (202) 888-7792

CAPLIN & DRYSDALE, CHARTERED
Christopher S. Rizek, Esq.
crizek@capdale.com
One Thomas Circle, NW, Suite 1100
Washington, DC  20005
Telephone: (202) 862-8852
Facsimile: (202) 429-3301

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the Joint Status Report in the CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Benton T. Morton*
BENTON T. MORTON
Trial Attorney, Tax Division
U.S. Department of Justice