IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>United States of America,<br>    *Defendant*. | Civil Action No.: 1:14-cv-01523-RCL |

### NOTICE OF ATTORNEY NAME AND EMAIL ADDRESS CHANGE

Effective immediately, the email address for United States Department of Justice Trial Attorney Emily K. McClure, formerly known as Emily K. Miller, has changed to Emily.K.McClure@usdoj.gov.

Dated: November 24, 2023

Respectfully submitted,

DAVID HUBBERT
Deputy Assistant Attorney General

*/s/ Emily K. McClure*
EMILY K. McCLURE
KY Bar #97725
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
Emily.K.McClure@usdoj.gov
*Counsel for United States of America*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive notice.

                                        */s/ Emily K. McClure*
                                        EMILY K. McClure
                                        Trial Attorney
                                        United States Department of Justice, Tax Division