IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br>　　　　　*Plaintiffs*,<br>　　　　v.<br><br>United States of America,<br>　　　　　*Defendant*. | Civil Action No. 1:14-cv-01523-RCL |

**Plaintiffs' Response to Attorney Allen Buckley's
Motion for Leave to File Supplemental Brief**

On February 22, 2024, Allen Buckley filed a Motion for Leave to File Supplemental Brief requesting the Court to "consider the attached 3-page supplemental brief relating to one important issue of the brief filed by [p]laintiffs on February 20, 2024 (ECF 266)." ECF No. 267 at 1. Mr. Buckley's supplemental submission goes to the merits of any substantive challenge to the IRS's work on remand and not to plaintiffs' request for an opportunity to respond. Mr. Buckley states no disagreement with plaintiffs' request to respond to the IRS's Notice of Refund or to the briefing schedule plaintiffs proposed. For the reasons stated in Plaintiffs' Motion for Leave to File Response (ECF No. 264) and Plaintiffs' Reply (ECF No. 266), plaintiffs respectfully request that the Court permit plaintiffs to file a response to the IRS's work on remand, and further request that the Court enter their proposed briefing schedule.

1

Dated:  February 23, 2024

Respectfully submitted,

*/s/ William H. Narwold*
MOTLEY RICE LLC
William H. Narwold
bnarwold@motleyrice.com
DC Bar No. 502352
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

MOTLEY RICE LLC
Meghan S.B. Oliver
moliver@motleyrice.com
Charlotte Loper
cloper@motleyrice.com
Ebony Bobbitt
ebobbitt@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

GUPTA WESSLER PLLC
Deepak Gupta, Esq.
deepak@guptawessler.com
Jonathan E. Taylor
jon@guptawessler.com
1735 20th Street, NW
Washington, DC  20009
Telephone:  (202) 888-1741
Facsimile:  (202) 888-7792
Facsimile:  (202) 888-7792

CAPLIN & DRYSDALE, CHARTERED
Christopher S. Rizek, Esq.
crizek@capdale.com
One Thomas Circle, NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 862-8852
Facsimile:  (202) 429-3301

*Counsel for Plaintiffs Adam Steele, Brittany Montrois, Joseph Henchman, and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed Plaintiffs' Response to Attorney Allen Buckley's Motion for Leave to File Supplemental Brief through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William H. Narwold*
William H. Narwold
