IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,
                *Plaintiffs*,
      v.

United States of America,
                *Defendant*.

Civil Action No. 1:14-cv-01523-RCL

**PLAINTIFFS' RESPONSE TO DEFENDANT'S RESPONSE
TO ORDER TO SHOW CAUSE (ECF 286)**

On July 2, 2024, the Court ordered the IRS to "show cause as to why this matter should not be remanded back to the IRS for failure to comply with the Court's Amended Remand Order." ECF 285 at 4. In particular, the Court ordered the IRS to "address whether the IRS arrived at its estimate based on the dates in the initial Remand Order or the Amended Remand Order." On July 12, 2024, the IRS submitted its Response, including supplemental calculations, which it supplied after determining that it had "fail[ed] to meet the Court's Amended Order for the PTINs issued or renewed in October 2015" ECF 286 at 2. As the IRS explained, correcting the error resulted in "increasing the Defendant's total restitution owed [to Plaintiffs] by $83,790." *Id.*

Plaintiffs do not intend to challenge the IRS's supplemental calculation correcting the October 2015 restitution and agree that a separate remand is not necessary on that issue. If the Court believes that further remand is necessary on other grounds raised by Plaintiffs in their Motion to Vacate Challenged Agency Actions (ECF 279) and Reply (ECF 283), Plaintiffs respectfully request the Court order the IRS to account for the date discrepancy as part of those remand proceedings. However, for the reasons stated in Plaintiffs' Motion and Reply, Plaintiffs do

not believe further remand is warranted. Plaintiffs respectfully request that the Court vacate the 2010 and 2015 regulations setting the IRS portions of the PTIN fees, and vacate the *ultra vires* agency actions setting the 2010 and 2015 Accenture fees and order the IRS to refund both portions of the PTIN fees in their entirety.

Dated:  July 16, 2024

                                      Respectfully submitted,

                                      */s/ William H. Narwold*
MOTLEY RICE LLC
William H. Narwold
bnarwold@motleyrice.com
DC Bar No. 502352
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

MOTLEY RICE LLC
Meghan S.B. Oliver
moliver@motleyrice.com
Charlotte Loper
cloper@motleyrice.com
Ebony Bobbitt
ebobbitt@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for Plaintiffs Adam Steele, Brittany Montrois, Joseph Henchman, and the Class*

LAW OFFICE OF ALLEN BUCKLEY LLC
Allen Buckley
ab@allenbuckleylaw.com
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA  30339
Telephone: (678) 217-4083

2

Facsimile: (855) 243-0006

GUPTA WESSLER PLLC
Deepak Gupta, Esq.
deepak@guptawessler.com
Jonathan E. Taylor
jon@guptawessler.com
1735 20th Street, NW
Washington, DC  20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Facsimile: (202) 888-7792

*Additional Counsel for Plaintiffs Adam Steele,
Brittany Montrois, Joseph Henchman, and the Class*