# Exhibits 1-9 of Second Supplemental Rogers Declaration Filed Under Seal