IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | No.: 1:14-cv-01523-RCL |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Adam Steele, Brittany Montrois, and Joseph Henchman, on behalf of themselves and the Class, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Final Judgment as to Count Two in Plaintiffs' Second Amended Class Action Complaint entered in this Action on March 24, 2025 (ECF No. 305), the Court's Order and Opinion on the parties' cross-motions for summary judgment (ECF Nos. 221, 222, 236), the Court's Order and Opinion regarding Plaintiffs' Motion for Clarification of Summary-Judgment Opinion (ECF Nos. 248, 249) and the Court's Order and Opinion on Plaintiffs' Motion to Vacate Challenged Agency Actions (ECF Nos. 288, 289).

Dated: March 26, 2025

Respectfully submitted,

*/s/ William H. Narwold*
MOTLEY RICE LLC
William H. Narwold
bnarwold@motleyrice.com
DC Bar No. 502352
One Corporate Center

20 Church Street, 17th Floor
Hartford, CT  06103
Telephone: (860) 882-1676
Facsimile: (860) 882-1682

MOTLEY RICE LLC
Meghan S. B. Oliver
moliver@motleyrice.com
Charlotte Loper
cloper@motleyrice.com
Ebony Bobbitt
ebobbitt@motleyrice.com
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Counsel for Plaintiffs*
*Adam Steele, Brittany Montrois, Joseph Henchman, and the Class*

LAW OFFICE OF ALLEN BUCKLEY LLC
Allen Buckley
ab@allenbuckleylaw.com
2900 Paces Ferry Road, Suite C-2000
Atlanta, GA  30339
Telephone: (678) 217-4083
Facsimile: (855) 243-0006

GUPTA WESSLER PLLC
Deepak Gupta
deepak@guptawessler.com
Jonathan E. Taylor
jon@guptawessler.com
1735 20th Street, NW
Washington, DC  20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Additional Counsel for Plaintiffs*
*Adam Steele, Brittany Montrois, Joseph Henchman, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025 I electronically filed the foregoing document through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William H. Narwold*
William H. Narwold
